# Exhibit 2

Paul Goldstein, Ph.D.

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF LOUISIANA

 3

 4   ANDREA FRISCHHERTZ, wife   *
     of/and BRAD FRISCHHERTZ,   *
 5   individually and on        *
     behalf of the minor        *
 6   child, EVAN FRISCHHERTZ,   *
                                *
 7        Plaintiffs,           *
                                *  CIVIL ACTION NO. 10-2125
 8                              *
     VS.                        *  JUDGE BERRIGAN
 9                              *
     SMITHKLINE BEECHAM          *  MAGISTRATE ROBY
10   CORPORATION d/b/a          *
     GLAXOSMITHKLINE,           *
11                              *
          Defendant.           *
12

13

14

15

16   ********************************************************

17            ORAL AND VIDEOTAPED DEPOSITION OF

18               PAUL GOLDSTEIN, Ph.D.

19               SEPTEMBER 5, 2012

20   ********************************************************

21

22

23           GOLKOW TECHNOLOGIES, INC.

24      877.370.3377 ph | 917.591.5672 fax

25              deps@golkow.com
```

Paul Goldstein, Ph.D.

**Page 2**

1
2        ORAL AND VIDEOTAPED DEPOSITION OF PAUL
3    GOLDSTEIN, Ph.D., produced as a witness at the
4    instance of the Defendants, and duly sworn, was taken
5    in the above-styled and numbered cause on September 5,
6    2012, from 9:04 a.m. to 2:39 p.m., before Janice K.
7    McMoran, RDR, CRR, TCRR, and Certified Shorthand
8    Reporter in and for the State of Texas, reported by
9    realtime stenographic means at the offices of Elite
10   Video Productions, 3018 Commerce Street, Dallas,
11   Texas, pursuant to the Federal Rules of Civil
12   Procedure and the provisions stated on the record or
13   attached hereto.
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1                    I N D E X
2                                    PAGE
3    WITNESS:  PAUL GOLDSTEIN, Ph.D.
4       Examination by Mr. Glanville..................6
5    Certificate........................................226
6    Acknowledgment of Deponent......................227
7    Errata.............................................228
8    Lawyer's Notes....................................229
9
10
11            EXHIBIT INDEX
12   NUMBER        DESCRIPTION           IDENTIFIED
13   GOLDSTEIN 1 - Third Amended Notice of
               Videotaped Deposition of
14             Paul Goldstein, Ph.D. ..............6
     GOLDSTEIN 2 - Rule 26(a)(2)(B) Expert Report of
15             Paul Goldstein, Ph.D. dated
               12 March 2012.......................17
16   GOLDSTEIN 3 - Rule 26(a)(2)(B) Expert Report of
               Paul Goldstein, Ph.D. dated
17             26 January 2012.....................18
     GOLDSTEIN 4 - Curriculum Vitae of Paul
18             Goldstein, Ph.D. ...................19
     GOLDSTEIN 5 - Excerpt of Videotaped Deposition
19             of Paul Goldstein taken May 15,
               2009................................34
20   GOLDSTEIN 6 - Report of Paul Goldstein, Ph.D.
               entitled Paxil (Paroxetine) Is A
21             Human Teratogen.....................52
     GOLDSTEIN 7 - Web posting for Paul Goldstein,
22             Ph.D. .............................67
     GOLDSTEIN 8 - Order in Mause vs. Global Household
23             Brands, Inc., et al................74
     GOLDSTEIN 9 - Decision in Kent Lewis and Tracy
24             Lewis vs. D.A. Stuart Company.......76
     GOLDSTEIN 10- Decision in Robert F. Leija versus
25             Penn Maritime, Inc.................77-78

**Page 3**

1            A P P E A R A N C E S
2
3    APPEARING FOR THE PLAINTIFFS:
4       LARRY J. CENTOLA, III, ESQUIRE
        Martzell & Bickford
5       338 Lafayette Street
        New Orleans, Louisiana  70130
6       Telephone:  (504) 581-9065
        Facsimile:  (504) 581-7635
7       e-mail: lic@mbfirm.com
8
9    APPEARING FOR THE DEFENDANT:
10      ROBERT E. GLANVILLE, ESQUIRE
        Phillips Lytle LLP
11      3400 HSBC Center
        Buffalo, New York  14203-2887
12      Telephone:  (716) 847-7019
        Facsimile:  (716) 852-6100
13      e-mail: rglanville@phillipslytle.com
14          a n d
15      EVA CANAAN, ESQUIRE
        TAMAR P. HALPERN, J.D., Ph.D., ESQUIRE
16      Phillips Lytle LLP
        437 Madison Avenue
17      34th Floor
        New York, New York  10022
18      Telephone:  (212) 508-0480
        Facsimile:  (212) 308-9079
19      e-mail: ecanaan@phillipslytle.com
          thalpern@phillipslytle.com
20
21
22
23   ALSO PRESENT:
24      Joseph McDermott - Videographer
25

**Page 5**

1            EXHIBIT INDEX (continued)
2    NUMBER        DESCRIPTION           IDENTIFIED
3    GOLDSTEIN 11 - Order Striking Expert Testimony
               of Paul Goldstein in Reed vs.
4              Advanced Delivery & Chemical.......80
     GOLDSTEIN 12 - Bradford Hill transcribed lecture
5              of Sir Austin Bradford Hill........89
     GOLDSTEIN 13 - Article entitled "First Trimester
6              Exposure to Paroxetine and Risk of
               Cardiac Malformation in Infants:
7              The Importance of Dosage".........107
     GOLDSTEIN 14 - Response to the letter to the
8              Editor from Reproductive
               Toxicology.....................135-136
9    GOLDSTEIN 15 - OTIS Paroxetine and Pregnancy
               questions and answers.............140
10   GOLDSTEIN 16 - Article entitled "Paroxetine in
               the first trimester and the
11             prevalence of congenital
               malformations"....................146
12   GOLDSTEIN 17 - Reviewer Guidance Evaluating the
               Risks of Drug Exposure in Human
13             Pregnancies.......................160
     GOLDSTEIN 18 - Article entitled "Paroxetine
14             (Paxil) and congenital
               malformations"....................181
15   GOLDSTEIN 19 - Epidemiology Study by United
               HealthCare........................182
16   GOLDSTEIN 20 - Article entitled "First Trimester
               Use of Selective Serotonin-
17             Reuptake Inhibitors and the
               Risk of Birth Defects.............188
18   GOLDSTEIN 21 - Toxicology Report prepared by
               Paul Goldstein, Ph.D. dated
19             13 May 2000.......................189
     GOLDSTEIN 22 - Article entitled "congenital
20             talipes equinovarus (clubfoot):
               a disorder of the foot but not the
21             hand..............................195
     GOLDSTEIN 23 - Toxic Exposure Questionnaire
22             of Andrea Frischhertz.............202
     GOLDSTEIN 24 - CVS Pharmacy Patient Prescription
23             Record............................215
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

1          P R O C E E D I N G S
2          (Exhibit No. 1 marked)
3          THE VIDEOGRAPHER:  We are now on record
4    at 9:04 a.m. on September 5th, 2012, for the
5    videotaped deposition of Dr. Paul Goldstein in the
6    action entitled Evan Frischhertz versus GSK, Case
7    Number 10-2125.
8          My name is Joseph McDermott.  I'm the
9    videographer.  The court reporter is Janice McMoran.
10   This is tape number 1.
11         Counsel may identify themselves at this
12   time.  Afterwards, the court reporter will swear in
13   the witness.
14         MR. CENTOLA:  Larry Centola and Scott
15   Bickford for plaintiffs.
16         MR. GLANVILLE:  Bob Glanville for GSK,
17   along with Eva Canaan and Tamar Halpern and Meredith
18   Redwine all for GSK.
19         PAUL GOLDSTEIN, Ph.D.,
20   having been first duly sworn, testified as follows:
21         EXAMINATION
22   BY MR. GLANVILLE:
23    Q.   Good morning, Doctor.  I'm going to hand you
24   what we've marked as Exhibit 1, which is the Third
25   Amended Notice for Videotaped Deposition of Paul

1    Goldstein, Ph.D.  Have you seen that document before?
2     A.   Yes.
3     Q.   When did you first see it?
4     A.   When you sent it to me.
5     Q.   Do you know when that was?
6     A.   No.
7     Q.   And this is the third amended notice.  You've
8    seen previous iterations of this same document, right?
9     A.   It's not the same document, but it's entitled
10   the same.
11    Q.   Right.  And part of the document includes
12   seven numbered paragraphs requesting the production of
13   materials from your files in this matter, right?
14    A.   Correct.
15    Q.   All right.  And those seven paragraphs were
16   in the original iteration of this document as well,
17   weren't they?
18    A.   I don't know that.
19    Q.   And in the last week, a number of documents
20   have been produced to us from your files, correct?
21    A.   Correct.
22    Q.   Have you examined your file in this matter
23   and produced to us everything in that file that's
24   responsive to the paragraphs in this request for
25   production?

1     A.   That's correct, to the best of my ability.
2     Q.   Okay.  And paragraph number 7 requests a copy
3    of Dr. Goldstein's toxicology text materials from the
4    course taught through the University of Texas
5    TeleCampus as referenced on pages 2 and 3 of his
6    report.
7          That's a document you didn't produce to
8    us, correct?
9     A.   Yes, because I don't -- I don't have it.
10    Q.   Is it your testimony, Doctor, that you're
11   incapable of either printing or downloading that
12   textbook and producing it to us?
13    A.   It's not a textbook.  It clearly says text
14   materials.  There is a significant difference between
15   text and textbook.  They're within --
16    Q.   Well, Doctor, is it your testimony --
17         MR. CENTOLA:  Could you let the --
18    Q.   -- that you're incapable of producing that
19   material to us either as a copy of text materials or
20   textbook or downloaded on a disk?
21         MR. CENTOLA:  We would ask that you let
22   the witness finish his answer before asking another
23   question.
24    A.   That is correct.  I do not have access to
25   those materials, per se.  I don't have the ability to

1    download them or print them.  When I produce the text
2    materials for the course, everything was done online,
3    and so I don't even have a hard copy of those
4    materials.
5          I did, however -- we do use a textbook
6    for the course, and I did bring a copy of the front --
7    you know, the page of the textbook itself that we use.
8    That's the textbook we use, and the text materials
9    that are in the course are those ancillary and
10   additional materials that I wrote up for the students
11   to use.
12    Q.   (By Mr. Glanville) And your testimony is, it
13   is impossible to print or download that material?
14    A.   For me, yeah.  That's correct.
15    Q.   Okay.  And so as I understand it, the only
16   way we could get access to that material would be to
17   pay to enroll in your course?
18    A.   That's -- I don't know how -- I imagine that
19   would be the case.
20    Q.   Well, that's how your students get access to
21   it, right?
22    A.   That's how the students get it, yes.
23    Q.   And you just handed me the cover sheet of the
24   Fourth Edition, A Textbook of Modern Toxicology, by
25   Hodgson, H-O-D-G-S-O-N, correct?

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

1     A.   Correct.
2     Q.   And this is a textbook that you actually use
3   with your students in the toxicology course?
4     A.   Yes.
5     Q.   You didn't produce this in advance of the
6   deposition, did you, Doctor?
7     A.   No.  I just gave it to you.
8     Q.   All right.  Why didn't you produce it in
9   advance?
10    A.   Because in my preparation, I realized that --
11  in preparing for the deposition, I realized that,
12  well, you're not really asking me for that.  You're
13  just asking me for my text materials, but I decided to
14  be a nice guy and give you my -- the information about
15  the textbook we're using.  But you never really asked
16  for it, but I just brought it anyhow.
17    Q.   So have you ever -- have you identified any
18  other documents that we requested that you didn't
19  either produce in advance or bring with you today?
20    A.   No, not that I know of.
21    Q.   Okay.  And did you issue an invoice to GSK
22  back in May of 2012 in the amount of $4,320,
23  purportedly representing 12 hours of your time at $380
24  per hour to produce your file to us in this case?
25    A.   I did not issue that invoice to you, no.  Oh,

1   maybe I did.  I sent an e-mail, but then I think it
2   was sent -- I don't remember.  I think I sent an
3   e-mail, but actually all invoicing is done through
4   Consolidated Consultants.  So I don't remember exactly
5   how that went.
6     Q.   You charged 12 hours at $380 an hour,
7   correct?
8     A.   I didn't charge anything.  Consolidated
9   Consultants charges it.
10    Q.   And who is Consolidated Consultants?
11    A.   The agency that hired me to do this -- the
12  agency that contacted me to assist in this case.
13    Q.   And when was that contact initiated?
14    A.   I don't know.  A couple -- a year ago, maybe.
15  I don't know exactly.
16    Q.   Do you have a written contract with them
17  related to your work in this case?
18    A.   I don't know.
19    Q.   You haven't looked?
20    A.   I don't know if I have a written contract or
21  not, no.
22    Q.   I said you haven't looked.  Is that correct?
23    A.   Okay.
24    Q.   Well, is it correct or not?  Have you
25  examined your file to determine what --

1     A.   I don't have that in my file.
2     Q.   Okay.  What is your compensation arrangement
3   with them?
4     A.   They charge whatever they charge.  I charge
5   250 an hour, and then they charge you whatever they
6   charge you.  You've gotten the invoices from them, so
7   you -- so you already know that.
8     Q.   They pay you $250 an hour; is that correct?
9     A.   That's correct, yes.
10    Q.   Well, do they pay you for -- is that a flat
11  rate whether you're taking deposition, giving trial --
12    A.   No.
13    Q.   -- testimony?
14    A.   No.  You've already read my Rule 26 report,
15  and in there it says that I charge 250 and I charge
16  2500 for a deposition, for four hours of deposition.
17  And so whatever they charge is because we're using --
18  we have an intermediate agency.
19    Q.   Is it your assertion that your expert report
20  says that the $2500 charge is for four hours of
21  deposition, Doctor?
22    A.   It says in the Rule 26 report, my rate for
23  testifying at deposition is $2500 per appearance.
24    Q.   Right.
25    A.   So --

1     Q.   It doesn't say four hours, does it?
2     A.   It doesn't specify.  But in my fee schedule
3   that I use, it would specify on that.
4     Q.   Have you produced that fee schedule to us?
5     A.   You didn't ask for it.  We're contracted
6   through GS -- GSK, that's you.  We are contracted
7   through CCC Consolidated Consultants.
8     Q.   Is there any way anybody reading that expert
9   report, when you say your rate for an appearance at a
10  deposition is $2500, to know that the $2500 only
11  represents a four-hour deposition?
12    A.   Not from there, but if you ask me, I'll tell
13  you.
14    Q.   Well, in fact, you know that we were billed
15  $900 an hour for your deposition today, don't you,
16  Doctor?
17    A.   I don't know that to be true at all.
18    Q.   Did you communicate to plaintiff's counsel
19  last week that the company for which you're working on
20  this matter charges $900 an hour for your testimony?
21    A.   I don't think so.  I don't know what they
22  charge.
23    Q.   You didn't tell Mr. Centola that they were
24  charging $900 an hour for your testimony?
25    A.   I don't recall saying that, but I wouldn't

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 14

1   even know that because I don't do the billing.  You --
2   you have only -- anything to do with billing or
3   finances, you talk to CCC.
4       Q.   Is there any way for us to know that from
5   reading your expert report?
6       A.   No.
7       Q.   Now --
8       A.   But that's not really too bad, because some
9   of your experts, I saw, charge $800 an hour just for
10  review.  So it's in line with them, I guess.
11           MR. GLANVILLE:  Move to strike as
12  unresponsive.
13      Q.   (By Mr. Glanville) Doctor, we talked about
14  the billing of $360 per hour for 12 hours totaling
15  $4,320 to produce your file in this matter.  Can you
16  tell us what you did for 12 hours to justify that
17  invoice?
18      A.   Sure.  I looked through all the reports I
19  had, I looked on the Internet to try to get additional
20  information that I thought you might need, and then I
21  took it down to the copy center -- I drove down to the
22  copy center, I copied it, I drove back, I packed it
23  up, I sent it out via however it was sent out, and
24  that actually took a lot more than 12 hours of time to
25  do that.

Page 15

1       Q.   So plaintiff supplied you with medical
2   records, correct?
3       A.   Okay.
4       Q.   Is that correct?
5       A.   Well, I didn't get them myself.
6       Q.   Right.  And they supplied you with the expert
7   reports that you produced to us from the defense
8   witnesses, correct?
9       A.   Obviously.
10      Q.   And they supplied you with the transcripts
11  you produced to us, correct?
12      A.   Obviously.
13      Q.   Okay.  And so you had that material
14  segregated in the file of this case, correct?
15      A.   It was part of the file.
16      Q.   Right.
17      A.   I don't know I would classify it as being
18  segregated.
19      Q.   So you're telling us that you spent 12 hours
20  transporting that material to a copy center and then
21  you physically did the copying yourself?
22           MR. CENTOLA:  Objection to form.
23      Q.   (By Mr. Glanville) Is that what
24  you're telling us?
25           MR. CENTOLA:  Objection to form.

Page 16

1           You can answer.
2       A.   No.  Why would I do that?
3       Q.   (By Mr. Glanville) So someone else did the
4   copying?
5       A.   Right.
6       Q.   Okay.  So you spent 12 hours identifying the
7   materials and transporting them -- you spent more than
8   12 hours --
9       A.   Right.
10      Q.   -- identifying materials and transporting
11  them to the copy center.  Is that your representation
12  under oath on the record?
13      A.   Yes.  And I was on the Internet trying to get
14  some of those materials, as well.
15      Q.   What materials were you trying to get on the
16  Internet?
17      A.   Some of the papers that I sent you.
18      Q.   Specifically what?
19      A.   What I sent you in the file.  Specifically?
20      Q.   Yeah.  What did you retrieve last week in
21  connection with the production of documents in this
22  matter?
23      A.   Well, let's see, some of the papers I sent
24  you here.  I don't know exactly which ones, sorry.
25  Don't know.

Page 17

1       Q.   How much time did you spend on the Internet?
2       A.   Quite a few hours.
3       Q.   And how many papers did you locate?
4       A.   I don't know.  I didn't keep that
5   information.
6       Q.   There's less than five published papers that
7   you produced to us, isn't there, Doctor?
8       A.   I don't know that, either.  Whatever it is,
9   I -- again, to the best of my ability, I sent you
10  everything in my file as you requested.
11      Q.   And you spent more than 12 hours
12  accomplishing that task, right?
13      A.   That's right.
14           (Exhibit No. 2 marked)
15      Q.   Let me give you what we've marked as
16  Exhibit 2.  Do you recognize that as your March 12th,
17  2012 expert report in this matter?
18      A.   Correct.
19      Q.   And that was your second report, correct?
20      A.   I have no idea.
21      Q.   You don't know whether you served an earlier
22  report in this same case?
23      A.   I don't recall.
24           (Document tendered)
25      A.   This is an earlier version that you have?

Paul Goldstein, Ph.D.

Page 18

1          (Exhibit No. 3 marked)
2     Q.   I'll hand you what we've marked as Exhibit 3.
3 What's the date on that, Doctor?
4     A.   Exhibit 3 is January 26, 2012.  The next
5 one -- oh, well, there you go.  March 12th, 2012.
6     Q.   So did you serve two reports in this matter?
7     A.   Obviously.
8     Q.   Up until now you didn't have a recollection
9 of serving the first one?
10     A.   Well, I don't keep any drafts that I have,
11 so --
12     Q.   Was this a draft or was this a report?
13     A.   Well, if I amended the report, then I
14 wouldn't have kept the earlier version, so I wouldn't
15 have remembered putting -- you know, writing this
16 version.  Because I don't keep an earlier version.
17          Okay.  So there's an earlier version.
18 You're right.
19     Q.   And so I take it you don't know what the
20 rates are that are charged for your deposition
21 testimony as compared to your report preparation
22 testimony by the company that retained you to work in
23 this matter; is that correct?
24     A.   I have no idea.
25     Q.   Let's talk a little bit about your background

Page 19

1 and qualifications.
2          (Exhibit No. 4 marked)
3     Q.   I'm going to give you what we're marking as
4 Exhibit 4, which is a copy of your CV.  Would you take
5 a look at that and tell us whether you believe that
6 is -- represents your current CV?
7     A.   That's pretty current.
8     Q.   Well, is there anything that would need to be
9 changed to make it absolutely up to date?
10     A.   No.  That's fine.
11     Q.   Okay.  And as I understand it, your
12 undergraduate degree was from the State University of
13 New York at Albany in 1973; is that correct?
14     A.   That's correct.
15     Q.   And was that training in genetics?  Was the
16 degree in genetics?
17     A.   The degree is in biology, but the specialty
18 was genetics.
19     Q.   And have you testified previously that
20 genetics includes the study of inheritable factors
21 from one generation to the next?
22     A.   I don't recall that, but that's accurate.
23     Q.   Okay.  And after you got your undergraduate
24 degree in 1975, you got a master's from Ohio
25 University; is that correct?

Page 20

1     A.   Correct.
2     Q.   And your master's degree, was that in
3 genetics?
4     A.   Well, specifically in -- well, I guess so,
5 yeah, it would be genetics.
6     Q.   And your master's thesis involved genetics of
7 ascaris; is that correct?
8     A.   That's correct.
9     Q.   And ascaris is a nematode?
10     A.   Correct.
11     Q.   And it was entitled Embryogenesis of ascaris
12 cell, correct?
13     A.   That's correct.
14     Q.   Embryogenesis is the process by which the
15 embryos form and develops?
16     A.   Yes.
17     Q.   And a nematode is a parasitic worm, isn't it?
18     A.   No.  It is -- well, this specific one is.
19     Q.   Right.
20     A.   You're correct.  Ascaris is a parasitic worm.
21     Q.   Right.
22     A.   But a nematode is nematoda.  It's a whole
23 classification of different life forms, and some are
24 parasitic and some are free-living.
25     Q.   Right.  And this particular nematode, does

Page 21

1 that inhabit human intestines?
2     A.   Ascaris suum, no.  There are ascaris forms,
3 obviously, that do inhabit humans, and there are
4 ascaris forms that inhabit pigs and horses.
5     Q.   And the one you focused on, ascaris suums,
6 what does that inhabit?
7     A.   This particular one inhabits pigs.
8     Q.   Pigs, okay.  Is this particular one
9 hermaphroditic?
10     A.   No.
11     Q.   So it sexually reproduces?
12     A.   Sometimes.
13     Q.   Is that --
14     A.   Sure, let's make it easy.  Yes.
15     Q.   Okay.  This particular ascaris does not have
16 a heart, does it, Doctor?
17     A.   It has an early version of a heart because it
18 has to still pump its version of blood around through
19 the body.
20     Q.   Does it have a heart, Doctor?
21     A.   It has a progenitor heart.  So, in other
22 words, it has an early form of a heart.  It does not
23 have heart chambers as we do.
24     Q.   Right.  Does it have a true circulatory
25 system with arteries, veins, and capillaries like we

Paul Goldstein, Ph.D.

Page 22

1  do?
2      A.   No.
3      Q.   Okay.  It has what's known as a pseudocele,
4  doesn't it?
5      A.   Very good.
6      Q.   Is that -- is that correct?
7      A.   Yes, it is.
8      Q.   And that distributes nutrients and oxygen
9  throughout the tissues, correct?
10     A.   I'm impressed.
11          MS. HALPERN:  Is that a yes?
12     A.   I'm impressed as to --
13          MR. CENTOLA:  How many people are asking
14  questions?
15          MR. GLANVILLE:  I'm asking the
16  questions.
17          THE WITNESS:  No, I'm impressed with the
18  fact that he knows what a pseudocele is.  Nobody knows
19  what a pseudocele is, so that was very good.
20     Q.   (By Mr. Glanville) So the answer to my
21  question is yes, correct?
22     A.   Yes.
23     Q.   Okay.  And would it be fair to say that you
24  can't study the genetics or the development of
25  mammalian hearts based upon the study of the nematode?

Page 23

1      A.   That's probably true.
2      Q.   Okay.  Nematodes don't have limbs, do they?
3      A.   Well, argument about that.
4      Q.   Well, the ascaris suum doesn't have arms and
5  legs, does it?
6      A.   Not as we know it, but, again, it has similar
7  early versions of limbs.
8      Q.   Well, would it be fair to say that you can't
9  study the genetics of the development of arms and legs
10  based upon the study of the ascaris suum?
11     A.   That's right.  But I didn't do that.  I
12  studied embryogenesis --
13     Q.   All right.
14     A.   -- and mechanisms and things that perturb
15  embryogenesis in this organism.
16          MR. GLANVILLE:  Move to strike as
17  unresponsive everything after the initial answer
18  "yes."
19     Q.   And then --
20     A.   All right.  It doesn't bother me.
21     Q.   After your -- after you got your master's
22  degree, you entered into a Ph.D. program at York
23  University in Toronto, correct?
24     A.   Correct.
25          (Court reporter clarification)

Page 24

1      Q.   And you got your Ph.D. in 1977, correct?
2      A.   That is correct.
3      Q.   And that also involved the genetics of a
4  nematode, correct?
5      A.   Correct.
6      Q.   And your dissertation was entitled
7  Chromosomes of Ascaris Suum, correct?
8      A.   That's correct.
9      Q.   And then you did postdoc at the University --
10  at North Carolina State University, correct?
11     A.   Yes.
12     Q.   And during that time you continued to study
13  the genetics of a nematode, correct?
14     A.   That's correct.
15     Q.   And then you took on an assistant
16  professorship at the University of North Carolina from
17  1979 to 1984, correct?
18     A.   Well, since you're asking, let's be a little
19  more specific, because you're alluding to the fact
20  that the jury would feel that I stayed with ascaris,
21  but that's not entirely accurate.  When I got my
22  Ph.D., it was more specifically using Caenorhabditis
23  elegans, C. elegans, C, period, elegans.
24     Q.   It's a roundworm, correct?
25     A.   It's a nematode.  And it is a free-living

Page 25

1  nematode, and the National Institute of Health,
2  Muscular Dystrophy Association, and many other
3  associations use this nematode as a biological model
4  to study cell lineage in organisms, and it's directly
5  applicable to cell lineage studies in humans.
6          The work that I did on C. elegans and
7  have continued to do directly relates to mechanisms of
8  cell expression at very early stages of embryogenesis.
9          MR. GLANVILLE:  Move to strike as
10  unresponsive.
11     Q.   (By Mr. Glanville) Doctor, whether we're
12  talking about ascaris suum or C. elegans, you can't
13  study the genetics of the development of mammalian
14  hearts based on studying those species, can you?
15     A.   I'm not sure.  I believe there are
16  probably -- there is probably a group, but not myself,
17  who has looked at the early stages of heart
18  development in C. elegans, but I'm not familiar with
19  those studies very much, and I myself don't do that.
20     Q.   Okay.  And the same is true with respect to
21  limbs.
22     A.   Yes.
23     Q.   Yeah, okay.  And when you were at University
24  of North Carolina, you taught genetics, correct?
25     A.   Correct.

Paul Goldstein, Ph.D.

Page 26

1    Q.   And then in 1985, you went to University of
2  Texas at El Paso, correct?
3    A.   That's correct.
4    Q.   And you've been there ever since?
5    A.   Right.
6    Q.   Now, one of the hallmarks of a scientist is
7  the publication of peer-reviewed scientific research,
8  correct?
9    A.   Correct.
10    Q.   And you tell us in your expert report,
11  Exhibit 3, at the bottom of page 2, that you've
12  published 70 or more scientific articles over the
13  years; is that correct?
14    A.   That's correct.
15    Q.   Would it be fair to say that the majority of
16  those publications, the vast majority, involve the
17  genetics of a nematode?
18    A.   Yeah, probably, but not only genetics, but
19  certainly in the last 20 years, the toxicology -- the
20  effects of teratogens and environmental -- other
21  environmental insults on myosis.  That's really my
22  specialty.
23    Q.   And would it also be fair to say that you've
24  probably published more papers in a publication called
25  the Worm Breeders Gazette than any other single

Page 27

1  publication?
2    A.   I have no idea.
3    Q.   Is Worm Breeders Gazette --
4    A.   I don't even -- I didn't even list those in
5  here, because Worm Breeders Gazette is strictly for
6  abstracts that you produce in meetings.  But in my
7  publication list, I don't list those because it's not
8  really peer-reviewed.
9    Q.   That was -- that was my question.
10    A.   I know.
11    Q.   Is it peer-reviewed?
12    A.   No.  But I don't list it in my publications,
13  either.  Those are just abstracts.
14    Q.   Well, previous iterations -- well, actually,
15  Doctor, take a look at, for example, item 23 on your
16  CV.
17    A.   Okay.  Well, there you go.  I take it back.
18    Q.   And there are multiple listings of Worm
19  Breeders Gazette in here, aren't there?
20    A.   Well, yeah, there are, actually.  I didn't
21  realize that they were in there.  There are quite a
22  few.
23    Q.   Okay.
24    A.   Okay.  Well, those are abstracts that
25  would -- that would have been produced at meetings.

Page 28

1    Q.   When you say "abstracts produced at
2  meetings" --
3    A.   In other words, you produce the abstract and
4  then we -- when you have a meeting, everyone sends in
5  their abstracts, and if you're an invited speaker,
6  which I was obviously for these, then you produce your
7  abstract and then you give your talk at the meeting,
8  and then they publish it.  I know what this is now.
9  They publish it in the proceedings of the meetings.
10    Q.   Right.
11    A.   And so this would have been published in the
12  proceedings of whatever meeting it was in Cold Spring
13  Harbor.
14    Q.   But it's only published in abstract form,
15  correct?
16    A.   Yeah, because it would have been a talk.
17    Q.   Right.  Would it be fair to say that the vast
18  majority of your scientific publications occurred in
19  the period from 1975 through 1997?
20    A.   That's probably true, yeah.
21    Q.   In fact, 64 out of 71.
22    A.   Oh, you know better than me.
23    Q.   Correct?
24    A.   Okay.
25    Q.   I mean, we can -- we can look at your CV.

Page 29

1    A.   Okay.  That's good.  That's fine.  I agree.
2    Q.   And number 64 was published in 1997, correct?
3    A.   Okay.
4    Q.   And then the next one, 65, jumps to 2001.
5    A.   Right.
6    Q.   Okay.  And there are 71.  The last one is
7  published in 2011, correct?
8    A.   Correct.
9    Q.   And throughout your career, most of your
10  publications, the vast majority, have related to some
11  aspect of a nematode, correct?
12    A.   The vast majority.
13    Q.   Yeah.
14    A.   There's been some mouse studies in there and
15  some -- a couple -- maybe one or two human studies,
16  but that's about it.
17    Q.   So from 1975 to 1997, you published 64
18  articles, and then you published items 65 through 71
19  in the 15 years since 1997, correct?
20    A.   Okay.
21    Q.   Would it be fair to say that your scholarly
22  production, as measured by publication of scientific
23  articles, has dropped off substantially since 1997?
24    A.   If you want to look at the absolute number.
25  But, you know, scientific studies take a long time.

8 (Pages 26 to 29)

Paul Goldstein, Ph.D.

Page 30

1  It could take years to do one study if you do it
2  right.
3      Q.   So you've been doing same -- is your
4  suggestion that you've been doing scholarly work,
5  scientific research at the same level since 1997 as
6  you did previously even though you were previously
7  publishing, on average, three papers a year, and now
8  you publish, on average, one paper every two years?
9      A.   The scholarly level is the same.  It's
10  just --
11     Q.   Okay.
12     A.   I have the wonderful luxury of publishing
13  when I choose to.
14     Q.   You started litigation consulting when,
15  Doctor?
16     A.   About probably ten years ago or so.
17     Q.   A little longer?
18     A.   Ten, twenty years ago.  I don't know.
19     Q.   And has your service as a litigation
20  consultant interfered with your productivity as a
21  scientist over the last 15 years?
22     A.   Not at all.  I don't do very much litigation
23  consulting.  I teach a lot of courses.  I have 500
24  students a semester in three courses, so that's my
25  primary responsibility as a professor at this time.

Page 31

1      Q.   And has that been true essentially for the
2  last 20 years?
3      A.   I've taught a lot of students over the last
4  20 years.
5      Q.   Well, has your teaching load increased or
6  decreased in the last 20 years?
7      A.   Stayed about the same.
8      Q.   Okay.  Did you -- have you testified that you
9  taught your first toxicology course around the year
10  2000?
11     A.   I don't recall testifying that.  That might
12  be true.
13     Q.   Is it an accurate statement?
14     A.   I don't know.  I don't remember when I first
15  started teaching toxicology.
16     Q.   Do you have any reason to believe you taught
17  it prior to the year 2000?
18     A.   I just don't remember when I started teaching
19  toxicology.
20     Q.   Have you described toxicology as the science
21  of poisons?
22     A.   That's what it is.
23     Q.   Would it be fair to say that neither your
24  master's nor your -- your master's degree nor your
25  Ph.D. involved toxicology?

Page 32

1      A.   Not per se.  But we were still looking at
2  environmental insults to how we could perturb the
3  myotic process at that time.
4      Q.   Well, doctor, you have no formal degree in
5  either -- in toxicology; is that correct?
6      A.   That's correct.
7      Q.   And, in fact, you've testified that you've
8  never taken a single course in toxicology.  Do you
9  recall giving that testimony?
10     A.   As an undergraduate, I never took a single
11  course as a toxicologist -- in toxicology, that's
12  correct.
13     Q.   Well, as a graduate student did you --
14     A.   Nor in graduate.
15     Q.   Okay.  So you've not taken a formal course
16  ever in toxicology, correct?
17     A.   Right.
18     Q.   In fact, you said that -- you testified,
19  didn't you, that when I got my Ph.D., we didn't have
20  such a thing as toxicology in 1977, right?
21     A.   Well, you couldn't get a degree in it.
22  That's for sure.
23     Q.   Now, you wouldn't misstate your academic
24  credentials in the context of litigation, would you,
25  Doctor?

Page 33

1      A.   I have no reason to.
2      Q.   Have you ever testified that your Ph.D. is in
3  genetics and toxicology?
4      A.   I don't remember.  I mean, I -- my Ph.D. is
5  in genetics with a toxicology interest in it.
6      Q.   Doctor, your Ph.D. is in genetics, isn't it?
7      A.   It's specifically in genetics, right.
8      Q.   You didn't take any toxicology courses --
9      A.   Right.
10     Q.   -- as part of your Ph.D. curriculum, correct?
11     A.   As far as I remember, yeah.
12     Q.   And your diploma doesn't say anything about
13  toxicology, does it?
14     A.   No.  It doesn't say anything about genetics,
15  either.  It just says Ph.D.
16     Q.   If you testified that your Ph.D. is in
17  genetics and toxicology, that would be a misstatement,
18  wouldn't it?
19     A.   I wouldn't say it's a misstatement.  I
20  wouldn't say it's inaccurate or accurate.  I don't
21  recall doing that, but I'm sure you obviously -- no,
22  that's okay, that's fine, that's fine, that's fine.
23  I'm sure you have the testimony to -- that I said
24  that.
25     Q.   Well, let's mark it so there's no confusion.

9 (Pages 30 to 33)

Page 34

1    A.   Yeah, I'm sure you have it.  So -- I would
2  say that my Ph.D. is in genetics with some emphasis in
3  toxicology.  I'm sure you've got it.
4         (Exhibit No. 5 marked)
5    A.   Can you tell me what page it's on?
6    Q.   Okay.  I'm handing you an excerpt from a
7  transcript from a deposition in a case called CPC
8  Reference Laboratories, Inc., Laboratory versus
9  Laboratory Corporation of America Holdings taken
10  May 15th. 2009.
11    A.   Okay.
12    Q.   Do you see that, Doctor?
13    A.   Sure.
14    Q.   And let's turn to page 6.
15    A.   Okay.
16    Q.   It says --
17    A.   What is your Ph.D in?  Yeah.  What is your
18  Ph.D. in?  Genetics and toxicology, all right.
19    Q.   That's not an accurate statement, is it,
20  Doctor?
21    A.   Well, obviously it's not entirely accurate,
22  but I don't remember saying that, and I probably
23  should have just been a little more verbose and given
24  a better explanation at that time.
25    Q.   What genetics -- or what toxicology training

Page 35

1  did you have in the course of acquiring your Ph.D.?
2    A.   Well, we were using environmental insult as
3  part of the basis for the work that I produced, and
4  so -- you know, you don't have to take courses in
5  order to learn this stuff.  I've gotten -- I belong to
6  the Society of Toxicology, which you have to be
7  recognized as a toxicologist and have done work in
8  toxicology --
9         MR. GLANVILLE:  I need to move to strike
10  as unresponsive, Doctor.
11         MR. CENTOLA:  Please let him finish
12  his --
13         MR. GLANVILLE:  He's not going to
14  filibuster this.  I asked him a simple question:  What
15  toxicology training did you have in the course of your
16  Ph.D?  Now he's telling me what societies he's a
17  member of today.
18         MR. CENTOLA:  And if you --
19         MR. GLANVILLE:  I'm not interested in
20  that, it's not responsive, and we're not going to
21  permit that to occur.
22         MR. CENTOLA:  I understand.  And if you
23  want to ask him another question after he finishes his
24  answer, you have that right.  But please allow this
25  man to answer the question as he sees fit.

Page 36

1         MR. GLANVILLE:  No, I will not.
2    A.   Well, actually --
3         MR. GLANVILLE:  I'll allow him to answer
4  responsively.
5    A.   I am trying to, because part of the reason I
6  got into the Society of Toxicology was my Ph.D.
7  thesis.  So you're asking me what training I have.
8  So --
9    Q.   (By Mr. Glanville) I asked you what training
10  you had as part of your Ph.D. curriculum.
11    A.   Uh-huh.  Did not take any formal courses, but
12  we spent a lot of time learning about toxicology.
13  And -- but no formal work, if that's what you're
14  asking.  You've got this face on you that's like
15  really antagonistic, so just relax.  Take your time.
16  Move to strike as nonresponsive.
17    Q.   (By Mr. Glanville) What environmental insults
18  did you study in the course of your Ph.D. work?
19    A.   Oh.  Well, from what I -- remember, it's
20  going back so many years -- we used various chemicals,
21  we used radiation.
22    Q.   What chemicals?
23    A.   I don't remember.  We used lasers.  We used
24  all kinds of things to try to change the nature of the
25  division of the embryonic cells and the expression of

Page 37

1  the genes as we could at that time.  And so that was
2  something that you did as -- when you're a Ph.D.
3  student.
4    Q.   Okay.  And so that will be addressed in your
5  Ph.D. dissertation?
6    A.   I don't know that.  Who remembers?
7    Q.   Doctor, to the extent that you claim to have
8  expertise in toxicology, would it be fair to say that
9  you're self-educated?
10         MR. CENTOLA:  Objection, form.
11         You can answer.
12    A.   Self-educated.  Okay.  That's pretty fair.
13    Q.   (By Mr. Glanville) Okay.  Now, there are
14  certifications available in toxicology, aren't there?
15    A.   From private firms, that's correct.
16    Q.   And you have to pass a certification
17  examination to be a certified toxicologist, correct?
18    A.   You pay your money, you take the private exam
19  by a private company, and you get a certification for
20  whatever that's worth.  It's not worth much.
21    Q.   And you haven't done that, have you?
22    A.   There's no reason to.  I'm a member of the
23  Society of Toxicology, a full member of the Society of
24  Toxicology.
25    Q.   So the answer is no, you haven't done it,

Paul Goldstein, Ph.D.

Page 38

1  correct?
2      A.  The answer is I don't think they're worth the
3  paper they're printed on.  You pay your money and you
4  take a fairly simple exam and you're done.  And the
5  only one that has any real worth to it, as far as I'm
6  concerned, is the Society of Toxicology, where they
7  are very -- they really scrutinize you as to whether
8  you should be a full member or not.
9      Q.  Is that the American Society of Toxicology?
10     A.  It's called the Society of Toxicology, SOT.
11     Q.  Is that different from the American Society
12  of Toxicology?
13     A.  I wouldn't know.  I have no idea.
14     Q.  The Society of Toxicology does not require
15  you to take an examination; is that correct?
16     A.  No.  They require that you have publications
17  in toxicology and refereed journals.  They require
18  that you've had grants from like NIH or NSF in the
19  area of toxicology.  They require that you are an
20  expert in toxicology, and it goes to the vote of the
21  toxicologists in the society as to whether or not
22  you've been admitted.  And you also have to have two
23  people from the society who will vouch for you and
24  submit your name.
25          MR. GLANVILLE:  Move to strike as

Page 39

1  unresponsive everything after the word "no."
2      Q.  (By Mr. Glanville) Doctor, you're not a
3  medical toxicologist, either, are you?
4      A.  That's correct.
5      Q.  And medical toxicology is a medical
6  subspecialty focusing on the diagnosis, management,
7  prevention of poisoning and other adverse health
8  effects due to medications or occupational or
9  environmental exposures, correct?
10     A.  Sounds good.
11     Q.  And it's a medical subspecialty recognized by
12  the American Board of Medical Specialists, correct?
13     A.  I wouldn't know that.
14     Q.  You're not eligible to become a member of the
15  American Board of Medical Toxicology, are you?
16     A.  I don't know what their qualifications are.
17     Q.  And are you familiar with the American
18  College of Toxicology?
19     A.  I've heard of them.
20     Q.  You're not a member of that organization, are
21  you?
22     A.  No.  But you knew that already, so why even
23  ask.
24          MR. GLANVILLE:  Move to strike as
25  unresponsive.

Page 40

1      Q.  (By Mr. Glanville) Now, Doctor, you mentioned
2  that you have published a number of papers that
3  involve some aspects of toxicology, correct?
4      A.  That's correct.
5      Q.  And would it be fair to say that all of those
6  papers involve the toxic effects of substances on
7  either worms or rats or mice?
8      A.  That's true.
9      Q.  Mostly worms, right?
10     A.  Oh, we're using these as biological models as
11  accepted by the National Institute of Health, so most
12  of them are done in, I believe, in C. elegans.
13          MR. GLANVILLE:  Move to strike as
14  unresponsive everything after the first word.
15     Q.  (By Mr. Glanville) Doctor, is it fair to say
16  that you've never published any paper investigating
17  the toxic effects of any substance on humans?
18     A.  That's probably true.
19     Q.  And you've never conducted any scientific
20  research concerning the toxic effects of any substance
21  on humans.  Is that also correct?
22     A.  On humans per se, that's correct.
23     Q.  Okay.  And would it be fair to say that even
24  if a substance is demonstrably toxic to a worm or a
25  rat or a mouse, it may or may not be toxic to a human?

Page 41

1      A.  Absolutely.  Yes.
2      Q.  And the same is true with -- teratogenicity,
3  right?
4      A.  Absolutely.
5      Q.  Okay.  In fact, a substance may be toxic or
6  teratogenic to some nonhuman species but not others,
7  correct?
8      A.  I don't understand your question.
9          MR. GLANVILLE:  Would you read it back,
10  please.
11          (Record read)
12     A.  Some human species?
13     Q.  (By Mr. Glanville) No, nonhuman species.
14     A.  Oh, nonhuman.
15     Q.  But not other nonhuman species.  It can be
16  toxic or teratogenic to, for example, a nematode but
17  not us.
18     A.  Oh, sure.
19     Q.  Right.
20          THE WITNESS:  Can I give him this?
21          MR. CENTOLA:  Just wait.
22          THE WITNESS:  Okay.
23     Q.  (By Mr. Glanville) Would you also agree that
24  you can't reach reliable conclusions about the
25  toxicity or teratogenicity of a substance on humans

11 (Pages 38 to 41)

Paul Goldstein, Ph.D.

Page 42

1 based on data relating to its toxicity or
2 teratogenicity with respect to nonhumans?
3      A.   I wouldn't agree with that.  I mean, you do
4 it all the time.  GSK has to have animal studies in
5 order to determine if it's a risk to humans.  We use
6 animals all the time to try to get an idea.
7      Q.   Doctor, my question was a little more
8 precise.
9      A.   Oh, okay.
10      Q.   It is, can you reach a reliable conclusion
11 about the teratogenicity or toxicity of a substance on
12 humans based on animal data?
13           MR. CENTOLA:  Objection, form.
14      A.   I don't really know how you're using the word
15 "reliable," but drug companies rely upon those studies
16 for medications for the eye, mediation for the skin,
17 medications for various organs that may be similar
18 between one -- between other organisms and humans, so
19 certainly we rely upon those.  Whether they're
20 reliable or not is not my area.  You'd have to talk to
21 an epidemiologist about that.
22      Q.   (By Mr. Glanville) Well, let's put it another
23 way.  Would you agree that the best you can do is
24 formulate a scientific hypothesis about the potential
25 toxicity or teratogenicity in a substance on human

Page 43

1 based on, for example, a study of that substance on C.
2 elegans?
3      A.   Well, that's really something you'd have to
4 ask an epidemiologist.  I have no opinion about that.
5      Q.   What substances have you studied in terms of
6 their teratogenicity or toxicity?
7      A.   What have I studied?
8      Q.   Yes.
9      A.   Oh, sure.  Diethylstilbestrol.
10           THE COURT REPORTER:  I'm sorry, can you
11 repeat?
12      A.   DES, Diethylstilbestrol.  That's ethanol.
13 Let's see.  I used Retinol.
14      Q.   Vitamin A?
15      A.   Vitamin A.
16      Q.   DMSO?
17      A.   Yes.  Very good.  Dimethyl sulfoxide, DMSO,
18 and dimethyl sulfone as well.
19           THE COURT REPORTER:  Can you just say
20 those words slowly.
21           THE WITNESS:  Dimethyl sulfone,
22 S-U-L-F-O-N-E.
23      A.   There may be a few others.
24      Q.   And those were all in either worms or mice or
25 rats?

Page 44

1      A.   Well, we also looked at gamma radiation using
2 CZM137.
3      Q.   Doctor, my question was, those studies were
4 all conducted in either worms or mice or rats; is that
5 correct?
6      A.   That's correct.
7      Q.   Okay.
8      A.   You see, it's unethical to test on humans.
9 You can't get a cohort of humans and say, I'm going to
10 pay you 20 bucks and I'm going to treat you with these
11 chemicals to see if they're teratogenic or if they're
12 mutagens or if they're carcinogens or whatever.  So we
13 use rats, we use mice, and we use C. elegans
14 specifically to try to do it ethically.
15           MR. GLANVILLE:  Move to strike as
16 unresponsive.
17      Q.   (By Mr. Glanville) Doctor, have you ever
18 conducted any scientific research concerning the
19 toxicity or teratogenicity of any substance on humans?
20      A.   No.
21      Q.   Have you ever served on any FDA advisory
22 committee?
23      A.   Not -- FDA advisory.  No.
24      Q.   Have you ever provided advice to FDA in any
25 capacity?

Page 45

1      A.   Yes.
2      Q.   What was that?
3      A.   I seem to recall discussing DMSO with
4 somebody at some time, but I don't remember.  Nothing
5 formal.
6      Q.   Did you submit anything written?
7      A.   Not that I -- no, I don't think so.  In other
8 words, when my DMSO paper came out, it was kind of a
9 shock to people that it can perturb myosis, and so I
10 got a few phone calls and responded as best I could.
11 But I don't think it went any further than that.
12      Q.   Have you ever consulted with a pharmaceutical
13 company about the reproductive safety of any
14 medication?
15      A.   No.
16      Q.   You mentioned epidemiology earlier, and the
17 implication was that's not your area of expertise.
18 Was that a correct inference on my part?
19      A.   Yes.  I'm not an epidemiologist.
20      Q.   Do you any formal training at all in
21 epidemiology?
22      A.   No.
23      Q.   Do you claim any expertise in epidemiology?
24      A.   No.  I've never claimed to be an expert in
25 epidemiology.

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 46

1    Q.   What about biostatistics?  Do you claim any
2  expertise in that area?
3    A.   I've taught it, but I don't claim expertise
4  in it.
5    Q.   And you don't -- do you hold yourself out to
6  the scientific community as having expertise in the
7  area of biostatistics?
8    A.   No.
9    Q.   And you don't have a medical degree, correct?
10    A.   As you asked -- correct.  You've asked that,
11  and I answered, yes.
12    Q.   You're not legally permitted to diagnose or
13  treat the patient for any condition under any
14  circumstances, are you?
15    A.   No.
16    Q.   And you're not permitted to diagnose or
17  recommend treatment relating to a genetic condition in
18  humans, either, are you, Doctor?
19    A.   Well, there are really no treatments for
20  genetic conditions, so there's no real answer to that
21  question.  But I certainly wouldn't -- I don't treat
22  people.
23    Q.   Well, and you don't -- are you lawfully able
24  to counsel patients concerning genetic problems?
25       MR. CENTOLA:  Objection, form.

Page 47

1    A.   Well, I'm not an attorney, so I don't have
2  any idea what that means.  I don't have the answer to
3  that question.
4    Q.   (By Mr. Glanville) You don't have any genetic
5  counseling experience, do you, Doctor?
6    A.   Not specifically, no.  But you realize, of
7  course, that many geneticists -- many genetics --
8  geneticists who have Ph.D.'s are the ones who are
9  counseling people who have issues with genetics issues
10  with their babies.
11    Q.   Right.
12    A.   So --
13    Q.   But you're not one of them, are you, Doctor?
14    A.   No.  I don't do --
15    Q.   You don't counsel --
16    A.   I don't counsel humans.
17    Q.   Right.  And never have.
18    A.   Not that I recall.
19    Q.   Have you ever diagnosed a teratogenically-
20  induced cardiac or limb defect in anyone at any time
21  outside of the litigation context?
22    A.   No.
23    Q.   And would it be fair to say that you don't
24  hold yourself out to the scientific community as an
25  expert in the causes of either -- of limb defects in

Page 48

1  humans?
2    A.   No.
3    Q.   It wouldn't be fair to say that?
4    A.   No, I don't.
5    Q.   Okay.  Outside of the litigation context,
6  have you ever been asked to evaluate whether a
7  congenital cardiac or a limb defect was induced by in
8  utero exposure to any substance?
9    A.   I don't recall.  I just don't remember.
10  Nothing that comes to my mind.
11    Q.   Okay.  And you're not trained in cardiology,
12  correct?
13    A.   That's correct.
14    Q.   Have you ever done any scientific research
15  concerning the causes of heart defects in humans?
16    A.   No.
17    Q.   Or limb defects in humans?
18    A.   No.
19    Q.   And you don't hold yourself out as an
20  embryologist, do you?
21    A.   As an embryologist, per se?  I don't -- I've
22  never been asked that question.  I've never held
23  myself out as an embryologist.  I've studied a lot of
24  embryos and I've published on embryos, but I don't
25  consider myself an em- -- I don't really know what an

Page 49

1  embryologist is, per se.
2    Q.   Well, there's an organization called the
3  American College of Embryology, isn't there?
4    A.   I've never heard of it, but okay.
5    Q.   So it's fair to say you're not a member then,
6  right?
7    A.   That's right.
8    Q.   Do you have any training in pharmacology?
9    A.   Not specifically, no.
10    Q.   And would it be fair to assume that you don't
11  hold yourself out to the scientific community as an
12  expert in pharmacology?
13    A.   Specifically as an expert in pharmacology,
14  no.
15    Q.   And do you claim to be an expert in the
16  labeling of pharmaceutical products?
17    A.   No.
18    Q.   Okay.  And would it be fair to assume that
19  you're not expertise in the subset of pharmacology
20  known as psychopharmacology?
21    A.   That's true.
22    Q.   You know that psychopharmacology involves --
23    A.   Yes, I understand.
24    Q.   -- psychotropic medications, right?
25    A.   I know, yes.

13 (Pages 46 to 49)

Page 50

1   Q.   And that would include medications like
2   Paxil --
3   A.   Yes.
4   Q.   -- and selective serotonin --
5   A.   Right.
6   Q.   -- uptake inhibitors --
7   A.   Right.
8   Q.   The class of drugs --
9   A.   Yeah, the whole group of them.
10   Q.   We've got to go one at a time.
11   A.   I'm sorry.  Yeah, the whole group of SSRIs.
12          THE COURT REPORTER:  Whole group of
13   what?
14          THE WITNESS:  SSRI.
15   Q.   (By Mr. Glanville) You don't claim to have
16   expertise in pharmacokinetics or pharmacodynamics with
17   SSRIs in general or Paxil in particular, correct?
18   A.   Well, we know what the literature says.  We
19   know what the package insert says about the various
20   cyto- -- cytochrome 450 systems and the various ways
21   that it's metabolized, but I'm not an expert in that
22   area.
23   Q.   Okay.  And would it be fair to assume that
24   the information you've acquired related to the
25   psycho -- or the pharmacodynamics and pharmacokinetics

Page 51

1   of Paxil in particular or SSRIs in general was
2   acquired for purposes of this litigation.
3   A.   That's true.
4   Q.   Okay.  Hadn't done any research on that issue
5   prior to your retention in this matter?
6   A.   No.  It's not my area of specialty.
7   Q.   And I take it it would be fair to say that
8   prior to your retention in this matter, you hadn't
9   done any comprehensive review of the literature
10   concerning the possible relationship of Paxil to
11   congenital defects.
12   A.   That's probably true.
13   Q.   Okay.  And as you sit here right now, have
14   you comprehensively reviewed that literature?
15   A.   To the best of my ability, as much as we
16   could find.  And, of course, reading other experts'
17   reports and reading the literature that they cite,
18   I've reviewed that literature.
19   Q.   None of that literature was produced in
20   response to the document request we served on you, was
21   it, Doctor?
22   A.   Whatever was in -- some of it was, what I
23   relied upon.  And the others I just read on the
24   Internet and -- or go down to the library and then
25   read it.  But I don't keep copies of it.

Page 52

1   Q.   Do you have any record of the scientific
2   literature you've reviewed since you were retained in
3   this matter concerning the relationship of Paxil in
4   particular or SSRIs in general to congenital defects?
5   A.   Yeah, sure.  I brought that.  I mean --
6          THE WITNESS:  Actually, can we give this
7   to him at this point?
8          MR. CENTOLA:  Just answer -- just answer
9   the question.  We'll --
10   A.   Well, I have it listed here in this document.
11   Can I give you this document?
12          THE WITNESS:  Can you give him that
13   document?
14          (Exhibit No. 6 marked)
15   Q.   (By Mr. Glanville) Doctor, you referred to a
16   document that we're going to mark as Exhibit 6 --
17   A.   Right.
18   Q.   -- which is entitled Paxil Paroxetine as a
19   Human Teratogen.
20   A.   Right.  When we first -- when we first met --
21   Q.   Let me finish.
22   A.   Sorry.
23   Q.   It's a three-and-a-half page document.  And
24   when you and I met out in the lobby this morning, you
25   told me you had something that you characterized as a

Page 53

1   response to Scialli.  Is this the document you were
2   referring to?
3   A.   Yes.  And Lammer, I guess, too.
4          THE COURT REPORTER:  Ad --
5          THE WITNESS:  And Lammer, L-A-M-M-E-R.
6   Q.   (By Mr. Glanville) Tell me what document 6,
7   Exhibit 6 is.
8   A.   Okay.  As I was preparing for this
9   deposition, I hadn't even written this down, per se,
10   but I decided just to write down my basis for my
11   opinions, trying to follow what Scialli, I guess, is
12   the correct pronunciation, had said in his position
13   paper in 2005 from the Teratology Society Public
14   Affairs Committee.  It was authored by Scialli.
15          And so in here, I file -- I follow their
16   five criteria, as he did in his report.  And so in
17   strength of the association, number one, I list the A
18   through G, the scientific studies that I read that
19   answer your question specifically as to what
20   scientific studies show that there were a higher rate
21   of major anomalies or birth defects or congenital
22   malformations of any kind that would identify Paxil as
23   a teratogen, teratogen being a drug or other
24   environmental substance capable of interfering with
25   the development of an embryo fetus that may lead to

Paul Goldstein, Ph.D.

Page 54

1  birth defects or developmental malformations.
2      Q.  When did you prepare this document?
3      A.  I prepared this as I was getting ready for
4  this deposition.
5      Q.  Oh.
6      A.  So over the -- a few days ago.
7      Q.  Did you have any discussions with plaintiff's
8  counsel about your intention to prepare it?
9      A.  No, not at all.  I just sent it to him.
10     Q.  When did you send it to him?
11     A.  I think yesterday.
12     Q.  Okay.  When did you first see the Scialli
13  report?
14     A.  I have no idea.  Whenever it was sent to me.
15  I don't know when that was.
16     Q.  Just to give you a frame of reference, the
17  defense expert reports, including Scialli and Lammer,
18  were served on April 30th.  Do you believe you saw
19  them shortly thereafter?
20     A.  I don't think so.  I saw them much later.
21     Q.  Any idea when?
22     A.  No.
23     Q.  You were scheduled to be deposed back in May.
24  Do you recall that?
25     A.  Yes.  So if I had seen them then -- maybe I

Page 55

1  saw it before that first deposition.
2      Q.  You don't know?
3      A.  I don't remember.
4      Q.  Presumably, you prepared for your deposition
5  in May.  Is that accurate?
6      A.  Whenever we were ready to go.
7      Q.  Because it got called off within a couple of
8  days of its --
9      A.  Yeah, I remember that.
10     Q.  -- scheduled date, right?
11     A.  Sure, that I remember.  How would we find
12  that out?  Let's see, I guess we can look here.  It
13  would say what I reviewed, huh?
14     Q.  What are you looking at?
15     A.  I'm looking at Exhibit -- I don't know.  My
16  Rule 26 report.
17     Q.  Exhibit 3.
18     A.  Okay.  I'm just looking to see -- it says
19  what I reviewed.
20     Q.  That's as of March, right?
21     A.  Yeah, whenever this was written.  March,
22  right.  So I guess as of March -- but, of course, he
23  hadn't done his report yet because it was in April.
24     Q.  Right.
25     A.  Okay.  So I hadn't seen it when I wrote

Page 56

1  those, or Lammer or any of those, I guess.
2      Q.  Doctor, have you ever presented a lecture to
3  students concerning the possible relationship between
4  Paxil and birth defects?
5      A.  Not a lecture per se, but in the course, once
6  in a while we talk about different drugs and their
7  effects.  So I think it was last year or the year
8  before that, we had a pretty good discussion with the
9  students and -- about SSRIs, Paxil.  So it's what's in
10  the news.  So we always discuss the drugs that are in
11  the news.
12         So we've talked about various drugs
13  that -- or the advertising.  You know, the attorneys
14  advertise and they say, if you've been taking this
15  medication, come on down and we'll help you out.  So
16  that we have a whole forum -- not kind of formal
17  basis, but just with the students, and we discuss all
18  the issues involved.
19     Q.  Did you present any written materials in
20  connection with that discussion?
21     A.  No.
22     Q.  Do your course materials or your text-like
23  materials, however you characterized them, does that
24  in any way address the relationship between Paxil in
25  particular or SSRIs in general and congenital defects?

Page 57

1      A.  No.
2      Q.  Have you ever made a presentation to your
3  academic colleagues concerning possible relationship
4  between Paxil and congenital defects?
5      A.  No.
6      Q.  And you've never published anything on that
7  subject, correct?
8      A.  Correct.
9      Q.  And would it be fair to say that none of your
10  published work addresses the possible role of
11  teratogens in producing cardiac defects?
12     A.  Right.  There's nothing in there about
13  cardiac defects.
14     Q.  Right.  Whether genetically determined or
15  teratogenically induced, correct?
16     A.  Correct.
17     Q.  Okay.  You're familiar with the specialty
18  known as teratology, aren't you?
19     A.  Yeah, I've heard of it.
20     Q.  Right.  And that's the science involving
21  causes and prevention of birth defects, correct?
22     A.  Correct.
23     Q.  And you don't hold yourself out to the
24  scientific community as a teratologist, do you?
25     A.  Again, I don't really -- my research is not

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 58

1  in the area specifically of birth defects in humans,
2  so -- I'm at a stage where I'm much more interested in
3  how you can change the nature of programming in early
4  embryos as opposed to what the outcome is in humans.
5       MR. GLANVILLE:  Move to strike as
6  unresponsive everything after the first sentence.
7       Q.  (By Mr. Glanville) Doctor, do you have any
8  affiliation with the Texas Birth Defects Research
9  Center?
10      A.  No.
11      Q.  You're familiar with it, aren't you?
12      A.  Yeah, sure.
13      Q.  Right.  Do you recognize it -- are you
14  familiar with the teratology society as well?
15      A.  I've heard of them.  I don't know much about
16  them.
17      Q.  And you're not a member?
18      A.  No.
19      Q.  Are you affiliated with any professional
20  organization of teratologists?
21      A.  No.
22      Q.  You do -- have you ever done genetic testing
23  on humans?
24      A.  We've done allergy testing, taking into
25  account when we gave them -- each of the people

Page 59

1  genetics questionnaires to see if there was any
2  relationship between what their allergenicity is and
3  their familial genetics background, but I've never
4  done specifically genetics testing on humans.
5       Q.  Okay.  Have you ever directed humans to have
6  genetic testing to evaluate the possible genetic
7  causes of congenital defects?
8       A.  Oh, I think I probably have.
9       Q.  Do you --
10      A.  Not myself directly, but I would have told
11  the physician that whoever their physician was at that
12  time, that you need to tell your patient to go for
13  genetic testing if it's applicable at that time.
14      Q.  Okay.  And in what context did that occur?
15      A.  I don't know.  But I'm just thinking
16  generally what I would have done.
17      Q.  And if -- if you recommended genetic testing
18  in that context, did you evaluate the results of the
19  genetic tests?
20      A.  I would have read the results if the testing
21  was done and made my opinion known to the physician,
22  the treating physician.
23      Q.  On how many occasions have you done that?
24      A.  Not many.  A few.
25      Q.  When?

Page 60

1       A.  Over the years.  Again, I don't remember any
2  specific thing.  The only thing I can remember is
3  telling the doctor to have his patient tested for the
4  BRAC [sic] gene for breast cancer, because it was in
5  the family and we wanted to know if she was a carrier
6  or not, and the physician didn't -- had never heard of
7  the BRAC gene.  So I said to him, well, why don't you
8  just test her and find out.  And then the test came
9  back, and I reviewed it and told him whatever the
10  results were.
11      Q.  Did you ever consult with a physician about
12  potential genetic or teratogenic causes of a cardiac
13  or a limb defect in humans?
14      A.  Not that I recall.
15      Q.  Now, did you find -- establish a company
16  called Toxicology and Forensic DNA Experts, L.L.C.?
17      A.  Yes.
18      Q.  Is that company still extant?
19      A.  Yes.
20      Q.  Okay.  You're the president?
21      A.  According to my wife.
22      Q.  And your wife is secretary, right?
23      A.  No, no, no, no.
24      Q.  Oh, she's not the secretary of the company?
25      A.  No, no, no.  We're -- it was a joke.

Page 61

1       Q.  I understand that, but...
2       A.  No, no, we're copartners in that.
3       Q.  Okay.
4       A.  It's a partnership.
5       Q.  And are you the sole owners of that company?
6       A.  Yes.
7       Q.  What's the business of that company?
8       A.  Strictly consulting.
9       Q.  Litigation consulting?
10      A.  Not necessarily litigation.  Not everything
11  has to be -- you know, go to litigation.  Some things
12  are just because people have problems and they need
13  help.
14      Q.  Well, is it predominantly litigation
15  consulting?
16      A.  Yeah, probably predominantly, but not always.
17      Q.  Okay.  To the extent that it's not litigation
18  related, what's the nature of the consulting work
19  that's done?
20      A.  Just I took this chemical or I got exposed to
21  this.  It's almost like a poison control center.  I --
22  do I have any issues here or -- my head is bursting,
23  it's like three times the size.  Do you think that the
24  acne cream I used did this.  Things like that.
25      Q.  Okay.  Have any of those nonlitigation

Paul Goldstein, Ph.D.

Page 62

1  inquiries related to congenital defects?
2      A.   Not that I recall.
3      Q.   Does the company operate any sort of
4  scientific laboratory or conduct any scientific
5  research?
6      A.   No.  Any testing is done by a third
7  independent party.
8      Q.   And are you and your wife compensated in some
9  fashion by the company?
10     A.   Not directly, no.  We don't take salary.  We
11  don't draw salary from it.
12     Q.   Do you receive any income from him?
13     A.   Sure.  I mean, the company makes money.
14     Q.   And money is distributed to the sole owners
15  of the business, you and your wife, right?
16     A.   Well, we're not that big yet.  We've never --
17  we don't use the money that way.  We don't take salary
18  from it.
19     Q.   Well, if somebody retains the company, they
20  pay the company --
21     A.   Right.
22     Q.   -- what happens to the income that the
23  company gets?
24     A.   Actually, it's just sitting in the bank right
25  now.

Page 63

1      Q.   And that's been true -- how long has that
2  company been around?
3      A.   I don't know exactly.  Maybe ten years.
4      Q.   And it's never made a distribution of income
5  in ten years?
6      A.   Not that I -- maybe once or twice, but not
7  anything really big.  It's not that big.
8      Q.   Can you estimate the number of times in which
9  you've given either trial testimony or deposition
10  testimony over the years?
11     A.   Somewhere between 50 and 100, I would guess,
12  in the last ten to 20 years.
13     Q.   And would it be fair to assume that you've
14  consulted on an even larger number of cases than those
15  in which beautiful actually given trial or deposition
16  testimony?
17     A.   I would think so, yeah.
18     Q.   Can you estimate that number?
19     A.   I wouldn't even have any idea.
20     Q.   Grab your expert report, if you would,
21  Exhibit 2, the one from March.
22     A.   Okay.
23     Q.   And on the last page, it says, list of cases
24  in which doctor Goldstein testified at trial or by --
25     A.   I'm sorry, are you on page 5?

Page 64

1      Q.   The last page of the document.  This is
2  Exhibit 2.
3      A.   Oh, this right here?
4      Q.   No?
5      A.   This is five, sorry.  Oh, here, two, I've got
6  it.
7      Q.   The March 12th?
8      A.   Oh, okay.  Eye got it.
9      Q.   Last page.  List of cases in which doctor
10  field stone testified at trial or by deposition in the
11  last four years.  You list two cases there, right?
12     A.   Yeah.  Not too many.
13     Q.   Is that an accurate statement?
14     A.   As far as I know.  I don't remember the
15  others, if there were others.  I don't know.
16     Q.   Well, Doctor, Exhibit 5 is a deposition given
17  by you in the CPC Reference Laboratories case,
18  May 15th, 2009, isn't it?
19     A.   Okay.  So what are you saying?  That it
20  should have been on here?
21     Q.   Well, don't you think that somebody reading
22  this list would say, oh, he's only testified at trial
23  or in deposition in two cases in the last four years?
24     A.   Okay.  But you found another one.
25     Q.   I found a bunch more.

Page 65

1      A.   Oh.
2      Q.   And my question is:  What did you do, if
3  anything, to ensure that this list was accurate?
4      A.   You're talking the difference between a
5  scientist and a -- and a businessman, let's say.  I'm
6  a scientist, and so I had -- like on a note pad over
7  here, I had written down when I had taken -- when I
8  had done work on the case.  And so when I had to
9  produce the report, I went ahead and looked at my
10  notes that -- over the time period over the years I
11  had written down to write down the case, and that's
12  what I used.  I guess this particular case, or maybe
13  you found another one, it didn't get onto the list.
14     Q.   Well, do you keep any record of the cases in
15  which you appear, Doctor?
16     A.   No, I don't.  Other than the list that I keep
17  maybe just writing just handwritten on the side of the
18  desk.
19     Q.   So how is it that the CBC case escaped your
20  list?
21     A.   I have no idea.  I wasn't trying to hide
22  anything.  It's just that my record keeping is -- I'm
23  a scientist.  If you came into my office, you'd --
24  there's a story about Albert Einstein.  Can I tell it?
25  No, okay --

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 66

```
 1      Q.   Let's do it later.
 2           Do you know whether you gave a
 3   deposition in Galvan versus Rathman and O'Brien in May
 4   of 2010?  Does that ring any bells?
 5      A.   Okay.  I don't remember it.
 6      Q.   How about Harms versus Imperial Palace of
 7   Mississippi in 2011?  Did you give a deposition in
 8   that case?
 9      A.   I don't remember that I gave it.  I'm --
10      Q.   I'm just asking.
11      A.   I don't remember.  Maybe.
12      Q.   All right.  How about Watts versus McGhan
13   Medical?  Does that ring any bells?
14      A.   No.
15      Q.   So is there any way from your records that we
16   could determine what cases you gave testimony in in
17   the last four years?
18      A.   Well, I gave you the records as I have them.
19      Q.   And that's the best you can do?
20      A.   That's the only thing I can do.
21      Q.   Do you advertise your services as a
22   litigation consultant?
23      A.   I don't advertise, no.
24      Q.   Have you previously?
25      A.   I don't remember if I did previously.  I
```

Page 67

```
 1   don't think so.  I've never paid for an advertisement.
 2   I've never purposely listed myself with anything or
 3   anybody.  I'm sure you're going to come up with me
 4   being on the Internet, but I didn't list myself.  Oh,
 5   what's that?
 6      Q.   I'm hoping you'll tell us.
 7           (Exhibit No. 7 marked)
 8      Q.   I'll give you what I've marked as Exhibit 7.
 9      A.   We've been trying to trace down our genealogy
10   under my family.  I think after the case I'm going to
11   hire you to help us do that.  So what is this?  This
12   is -- oh, Free Servers.  Oh, I remember doing this,
13   sure.  But I don't look at this as advertising.  This
14   is just somebody asked me for information about where
15   they could get me -- find me on the Web, and I just
16   made a Web page on this free website.
17      Q.   Why don't you want to read what it says under
18   the paragraph under your photo.
19      A.   Yeah.  "Dr. Goldstein has testified in many
20   state and federal courts in the areas including toxic
21   mold.  E. coli, salmonella, HACCP regulations, FSIS
22   guidelines, environmental exposure, pharmaceutical
23   interactions, and all aspects of forensic science and
24   DNA analysis.  He is also an expert on DUI and field
25   sobriety tests."  Right.
```

Page 68

```
 1      Q.   So for the jury's benefits, HACCP are
 2   regulations that relate to food safety, correct?
 3      A.   That's correct.
 4      Q.   And FSIS is the same thing, correct?
 5      A.   Food safety, right.
 6      Q.   And DUI stands for driving while impaired or
 7   under the --
 8      A.   Driving under the influence, right.
 9      Q.   Are there any other areas where you've done
10   litigation consulting that aren't listed here?
11      A.   I don't know.  I mean, in teratogens, for
12   sure.  I -- I assume so.
13      Q.   In the last year, can you estimate what
14   percentage of your professional work time was --
15      A.   Oh, sure.  I didn't even know this was still
16   on the Web.  This is years and years old.
17      Q.   You're in custody of the original exhibits.
18      A.   Sure, okay, that's fine.
19      Q.   So in the last year, can you estimate the
20   percentage of your professional work time that's been
21   involved in litigation consulting?
22      A.   Professional work time?
23      Q.   Right.
24      A.   Five percent, maybe.  I don't even think --
25   maybe five.  Five, ten, max.
```

Page 69

```
 1      Q.   Has that changed over the last five years?
 2      A.   No, not really.
 3      Q.   Do you recall testifying in the Fabriole
 4   versus Fisk Electric Company case back in October of
 5   2005, that 25 to 30 percent of your income was derived
 6   from litigation consulting?
 7      A.   I don't recall that, but it may have been
 8   true at that particular moment.
 9      Q.   What's the current proportion of your earned
10   income derived from litigation consulting?
11      A.   Maybe 5 to 10 percent, as far as I know.
12      Q.   So you're consulting much less now than you
13   were five years ago; is that correct?
14           MR. CENTOLA:  Object to form.
15      A.   No.  I'm a consultant when it comes around.
16   I don't remember what I was doing five years ago.
17   Everything is cyclical.  It's either busy or it's not
18   busy.  But, you know, my emphasis is on -- on
19   research.
20      Q.   (By Mr. Glanville)  You've given testimony or
21   consulted in a number of criminal cases where DNA
22   evidence was at issue, correct?
23      A.   That's correct.
24      Q.   And was your focus on identification in those
25   cases?
```

Paul Goldstein, Ph.D.

Page 70

1    A.   It's always on identification.
2    Q.   Right.  It has nothing to do with genetic
3 defects --
4    A.   No.
5    Q.   -- correct?  Have you testified that
6 approximately 80 percent of all your litigation
7 consulting work involves DNA analysis?
8    A.   I don't recall saying that, but if I -- I'm
9 sure you have the citation for it, so...
10    Q.   Well, is that a fair estimate?
11         MR. CENTOLA:  Objection to form.
12    A.   Maybe at that particular moment, but I --
13 today it's, I don't know, 50-50.  I get some DNA
14 cases; I get some toxicology cases.
15    Q.   (By Mr. Glanville) Okay.  Have you ever
16 headed a laboratory or worked in a laboratory that
17 does clinical genetic testing?
18    A.   No.  Well, that's not true.  I take that
19 back.  Years ago, a long time ago, yeah, I did.  I was
20 working for a physician, and I was in charge of his
21 laboratory, and we went through the CAP studies and
22 all that, you know, College of American Pathologists,
23 that is.  Yes, I was --
24         THE COURT REPORTER:  American --
25         THE WITNESS:  CAP, C-A-P.

Page 71

1    A.   So I was in charge of his laboratory at that
2 time, many, years ago.
3    Q.   (By Mr. Glanville) And you were conducting
4 genetic testing?
5    A.   No, allergy testing.
6    Q.   Right.  Okay.  I asked about genetic testing.
7    A.   Sorry.  No, we don't do genetic testing on
8 humans.
9    Q.   You've never done any genetic testing --
10    A.   On humans.
11    Q.   -- in any laboratory setting on humans.
12    A.   Right, as we said before.
13    Q.   Up through the time you wrote your March 2012
14 report in this matter, which is Exhibit 2, there was
15 no DNA testing of either Andrea Frischhertz or Evan
16 Frischhertz that you evaluated, correct?
17    A.   I haven't seen any of the genetic testing on
18 them at all.
19    Q.   Still haven't seen any?
20    A.   That's correct.
21    Q.   Right.  And you recommended some, didn't you?
22    A.   I recommended that in order to at least have
23 some idea what's going on.  It was my recommendation,
24 it was my feeling that they should undergo genetic
25 testing to see, with whatever skills we have today in

Page 72

1 testing, if anything hit a red light or not.
2    Q.   And who did you make that recommendation to?
3    A.   Mr. Centola.
4    Q.   What was his response to the recommendation?
5    A.   I'll think about it.
6    Q.   Did you follow up with him on that?
7    A.   At various times, but apparently it was not
8 my decision not to do the testing.
9    Q.   Did he ever tell you that the decision had
10 been made not to do the testing?
11    A.   Possibly.  I'm not sure.
12    Q.   So if you --
13    A.   I kind of just dropped it.  I mean, it's
14 over.
15    Q.   Did he explain to you what reservations he
16 had about doing the testing?
17    A.   Not that I recall.
18    Q.   What did you tell him you hoped would be
19 accomplished by the testing?
20    A.   Well, if we get a positive, then that's --
21 we'll know what the situation is.  If we get a
22 negative, then we may not know what the situation is.
23 But we don't know.  You can never predict what testing
24 will tell you.
25    Q.   And obviously, you can't rule out a genetic

Page 73

1 explanation for the defects that you claim Evan
2 Frischhertz has without doing genetic testing,
3 correct?
4    A.   It would certainly help, right.
5    Q.   Now, you have been involved over the years on
6 a couple of other litigated cases where birth defects
7 were at issue, correct?
8    A.   I seem to remember.  I seem to think so,
9 yeah.
10    Q.   Can you identify them with any specificity?
11    A.   No.
12    Q.   Are you aware that on a number of occasions
13 over the years, your ability to testify as an expert
14 witness has been successfully challenged by the
15 opposition?
16    A.   Oh, I don't know that to be true at all.
17    Q.   You don't?
18    A.   I've never heard of that.  Successfully
19 challenged?
20    Q.   Yes.
21    A.   I know it's been challenged.  I don't think
22 successfully, though.  I don't know of any.
23    Q.   You don't think you've been handed a
24 transcript or an order in which your testimony was
25 excluded in the course of any depositions that you've

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 74

1  given over the years?
2      A.  I just remember one many, many years ago, it
3  had to do in a DNA case, but that was overturned on
4  appeal.  But I don't know of any others.  I'm sure you
5  must have some.
6      Q.  What's the case you recall?
7      A.  A DNA case, Oscar something.  But, again,
8  that was overturned on appeal.  But I don't know of
9  anything else.
10         (Exhibit No. 8 marked)
11     Q.  I give you what we've marked as Exhibit 8.
12     A.  Oh, Mause.
13     Q.  Are you familiar with the Elizabeth Karen
14  Mause --
15     A.  Yeah.
16     Q.  -- M-A-U-S-E, case?
17     A.  Yeah, I remember that, from 2003.
18     Q.  And I've handed you an order that reads -- if
19  you turn to page 4 --
20     A.  Okay.
21     Q.  -- there's a heading, Testimony of Dr. Paul
22  Goldstein.  Do you see that?
23     A.  Yeah.
24     Q.  That's you, right?
25     A.  Yeah, that's me.

Page 75

1      Q.  Okay.  It says, "The Court will first address
2  the question of whether Dr. Goldstein may offer
3  causation testimony.  In his report, Dr. Goldstein
4  concluded that the patient -- the plaintiff's injuries
5  were directly caused by her exposure to X14.  The
6  Court finds that Dr. Goldstein's opinion is
7  unreliable."
8            Were you unaware of that ruling by the
9  Court?
10     A.  You know, I don't remember it from 2003.
11  This was a really interesting case.  This --
12     Q.  Doctor, you really need to respond to my
13  questions.
14     A.  I don't remember this.
15     Q.  Okay.  In this case, you were expressing an
16  opinion that the plaintiff's exposure to this mildew
17  and stain remover known as X14 caused her injury,
18  correct?
19     A.  Something like that, yeah.  She was in the
20  shower, in an enclosed area, she's spraying X14 and
21  then she can't breathe and she falls down and was in
22  really bad shape.
23            And, you know, when you're an expert and
24  you're testifying, it's really up to the attorney,
25  also.  It's a team, the attorney and the expert.  I

Page 76

1  went in there, from what I remember, and said, yeah,
2  she was in the shower in an enclosed area, she sprayed
3  it, and then she basically almost passed out.  There
4  wasn't anything else in there except water vapor, so
5  it's like getting punched in the face and you get a
6  bloody nose.
7      Q.  Well, were you unaware, Doctor, that your
8  testimony was excluded as unreliable in that matter?
9      A.  No, I don't remember that.  But that's fine.
10         (Exhibit No. 9 marked)
11     Q.  All right.  I'm going to give you --
12     A.  Oh, what's that?  Kent Lewis.
13     Q.  Exhibit 9 is Kent Lewis and Tracy Lewis
14  versus D.A. Stuart Company, October 22nd, 2003, U.S.
15  District Court for the Eastern District of Texas,
16  Texarkana Division.
17            Were you involved in that matter?
18     A.  It says I was.
19     Q.  Well, do you have any recollection of it?
20     A.  No.
21     Q.  Does it refresh your recollection that
22  Mr. Kent claimed that he experienced, among other
23  things, pericarditis due to alleged workplace exposure
24  to various substances?
25     A.  I don't remember anything about this case.

Page 77

1      Q.  Why don't you turn to page 5 of the opinion.
2      A.  Sure.
3      Q.  Toward the bottom of the left column, there's
4  a heading, "Dr. Goldstein is not qualified to testify
5  regarding Mr. Lewis's alleged pericarditis."
6      A.  Okay.
7      Q.  "The Court observes that Dr. Goldstein is not
8  qualified to testify regarding Mr. Lewis's alleged
9  pericarditis.  Dr. Goldstein may testify regarding the
10  microorganisms, metalworking fluids, sludge, bacteria,
11  and the like, but Dr. Goldstein is not a medical
12  doctor, and he is not an expert in pericarditis, and
13  he cannot make the diagnosis of a patient."
14            Were you unaware of that ruling by the
15  Court?
16     A.  Right, I never knew that.  But that's -- that
17  seems to be pretty much what I just said.  I'm not a
18  medical doctor, and if I give a medical opinion such
19  as what is stated here, then probably the Court is
20  right.  But he did allow me to testify about
21  microorganisms, metalworking fluids, sludge, bacteria,
22  and the like, which is more my area of toxicology.  So
23  that's fine.
24         (Exhibit No. 10 marked)
25     Q.  I hand you what we've marked as Exhibit 10.

20 (Pages 74 to 77)

Paul Goldstein, Ph.D.

Page 78

1    It's Robert F. Leija versus Penn Maritime, Inc.,
2    United States District Court for the Eastern District
3    of Louisiana, from January 23rd, 2009.
4            Do you recall being involved in that
5    case?
6       A.   No.
7       Q.   The claim there was that workplace exposure
8    to various toxic substances, including refined
9    gasoline products, caused the plaintiff's cancer.
10           Does that refresh your recollection?
11      A.   No, but that's okay.
12      Q.   Well, if you turn to page 2 in the left
13   column, third full paragraph, it says, "Defendant
14   urges that plaintiff's expert, Paul Goldstein, Ph.D.,
15   is not competent to render a medical opinion, and his
16   report which suggests a connection between PAH
17   exposure and Leija's cancer is insufficient to support
18   a finding of either general or specific causation."
19           Does that refresh your recollection
20   about whether you were excluded from testifying in
21   that case?
22      A.   No.  It just says I shouldn't give a medical
23   opinion.
24      Q.   And if you turn to the last page, the bottom
25   left column, it says, "Dr. Goldstein, who is not a

Page 79

1    medical doctor, is not qualified to render a medical
2    opinion as to whether workplace exposure to toxic
3    substances more likely than not caused Leija's
4    cancer."
5            Do you agree that you were not -- you
6    were not qualified in that case to render an opinion
7    as to whether workplace exposure to a toxic substance
8    caused the plaintiff's cancer?
9       MR. CENTOLA:  Objection, form.
10      A.   Oh, I don't agree with that.  I think that
11   this judge obviously didn't understand the
12   proceedings, and I think that an appeal should have
13   been filed.  If it was, I don't know.  But that's
14   where a toxicologist can do.  A toxicologist can take
15   the exposure and the diagnosis and link them together.
16   Medical doctors can't do that.  They're not trained to
17   do that.  They don't know how to do it.  But a
18   toxicologist can.
19           So I don't know the full reason for why
20   this particular judge ruled that way, but I would have
21   appealed that one.
22      Q.   (By Mr. Glanville) But you don't know whether
23   it was appealed or not?
24      A.   I didn't even know this was a decision that
25   was rendered.

Page 80

1            (Exhibit No. 11 marked)
2       Q.   Do you recall being involved in a case called
3    Reed versus Advanced Delivery & Chemical Systems in
4    Burnet County, Texas.
5       A.   No.
6       Q.   So you wouldn't have any recollection as to
7    whether your testimony was also excluded in that case,
8    right?
9       A.   That would be an appropriate response.
10      Q.   Do you recall whether you were asked by the
11   plaintiffs to testify that the mother's exposure to
12   certain chemicals during pregnancy caused the child's
13   aplastic anemia and leukemia?  Does that ring any
14   bells?
15      A.   This is from the year 2000.  I wouldn't have
16   any idea.  That's 12 years ago.
17      Q.   So you don't know whether that was a case in
18   which you sought to express the opinion that the
19   mother's exposure caused the child's illness?
20      A.   No, I wouldn't remember that.
21      Q.   Do you see in the concluding paragraph, "The
22   Court finds that your testimony is unreliable, would
23   not aid the jury, and is therefore inadmissible under
24   Rule 702?
25      A.   Oh, yeah, but before that, since you're

Page 81

1    reading it, the Court recognizes that the expert's
2    theory -- that's me -- may indeed be perfectly valid.
3    So I've got to put that one in there, too.  I might
4    have been perfectly valid.  That's what the Court
5    says.
6            In the end, he doesn't like -- he
7    doesn't think there's enough evidence here, but my
8    ideas might have been perfectly valid.
9       Q.   Right.  But as presented, they were
10   determined to be unreliable.
11      A.   According to Rule 702, whatever that is, of
12   the Texas Rules of Evidence.
13      Q.   And you wouldn't have any idea whether that
14   was appealed or not, correct?
15      A.   No.
16      Q.   And in that case, one of the reasons it was
17   held that your position was unreliable is that there
18   was an absence of epidemiological evidence supporting
19   the relationship that you were positing, right?
20      MR. CENTOLA:  Objection to form.
21      A.   I don't know.  But you don't do tests like
22   these on people.
23      Q.   (By Mr. Glanville) Well, Doctor, to have
24   epidemiological evidence, are you suggesting you have
25   to do toxicology testing on humans?

21 (Pages 78 to 81)

Paul Goldstein, Ph.D.

Page 82

1    A.   No.  But it's really hard to find a cohort
2  that's exactly the same as your patient.
3    Q.   And one of the things the Court said is that
4  in most cases of leukemia, the cause is unknown.  Do
5  you see that, second page, paragraph 5?
6    A.   So what?
7    Q.   You agree with that, right?
8    A.   I wouldn't know.
9    Q.   Well, doctor, if you're expressing an opinion
10  about the cause of a condition, would you agree that
11  you cannot rule out unknown causes as an explanation
12  for that condition?
13    A.   Yeah.  That's why they're called ideopathic.
14    Q.   Right.  And if the majority of cases of a
15  condition are of unknown origin or ideopathic origin,
16  you can never rule out the background rate or the
17  ideopathic explanation as the cause of the condition,
18  can you?
19         MR. CENTOLA:  Objection to form.
20    A.   Well, that's like three questions in one.
21  But the truth is of that is that you try to determine
22  if there's been an exposure and if the results are --
23  have anything to do or are linked to that exposure.
24  So you can make an educated guess.  You can guess.
25  You can have an estimate.  You can produce odds

Page 83

1  ratios.  You can produce, you know, all these
2  different statistical models.  But in the end, you
3  have unknowns.  And I -- that's the best you can --
4  answer you can get for that question.
5    Q.   (By Mr. Glanville) Well, you didn't produce
6  statistical models or probability estimates in that
7  case.
8    A.   I don't do that.
9    Q.   And you didn't do that in this case, did you?
10    A.   No.  I don't do those things.
11    Q.   Right.
12    A.   He should have hired an epidemiologist.
13    Q.   Well, Doctor, how is it -- I mean, would you
14  agree that it's never possible to rule out an unknown
15  cause as an explanation for a condition?
16    A.   I don't know.  That sounds like a really
17  loaded question, so I have really no opinion about
18  that.
19    Q.   You've appeared as an expert in federal court
20  in a substantial number of cases over the years,
21  haven't you?
22    A.   I don't -- a few, maybe.
23    Q.   And you've served expert reports in a larger
24  number of federal cases over the years, correct?
25    A.   I've served expert reports over the years.

Page 84

1    Q.   You're familiar with the rules that govern
2  expert reports served in federal cases, aren't you?
3    A.   Very briefly.
4    Q.   And when you write a report in a federal
5  case, such as this case, do you know whether you're
6  required to set forth a complete statement of the
7  opinions you intend to express in the case?
8    A.   I'm -- I know that I have to set forth my
9  opinions.  I try to do that to the best of my ability
10  as what I'm thinking when I write the report.  But
11  that's also why I put a disclaimer in there at the end
12  that -- on page -- at the very end of the report, "I
13  retain my right to change my opinions as I receive new
14  information."
15    Q.   Okay.
16    A.   So it's the best that I can do at that time
17  with that information.
18    Q.   Right.  And you attempt, when you put
19  together a report in a case such as this, to provide a
20  complete statement of the opinions that you hold,
21  correct?
22    A.   Well, I don't know if it's a complete
23  statement, but it's a statement that you are -- you
24  think is complete.  But who knows if it's complete or
25  not?

Page 85

1    Q.   Well, do you know whether you're required to
2  set forth all the bases and reasons for the opinions
3  that you express in a court in a federal case?
4    A.   I try to do that.
5    Q.   Okay.  And you tried to do that in this case,
6  correct?
7    A.   Yes.
8    Q.   Do you know whether you're required to
9  include in your report all the facts and data that you
10  considered in forming your opinions?
11    A.   No, I don't know that.
12    Q.   So you didn't try to do that in this case?
13    A.   Sure I did.  I tried to.
14    Q.   Okay.
15    A.   But -- yeah.  That's why --
16    Q.   You didn't know that was a requirement, but
17  you tried to do it anyway?
18    A.   That's what  I would do when I'm writing a
19  report.
20    Q.   Okay.  So if we go back to your March 12th
21  report, which we marked as Exhibit 2 --
22    A.   Uh-huh.
23    Q.   -- if you'll turn to page 4 --
24    A.   Okay.
25    Q.   -- I want to talk to you about that.

Paul Goldstein, Ph.D.

Page 86

1    A.   Got it.
2    Q.   In the last paragraph you say, in the second
3  and third sentence, "The key criteria required to
4  establish causation are commonly 1) temporal
5  relationship, 2) specificity, 3) biological
6  plausibility, 4) coherence," citing Friedman 2000,
7  correct?
8    A.   Right.
9    Q.   Do you know anything about the qualifications
10 of Ms. Friedman?
11   A.   No.
12   Q.   Do you know whether she has any scientific
13 training whatsoever?
14   A.   No.
15   Q.   Do you know whether the paper you're citing
16 there is peer-reviewed?
17   A.   No.
18   Q.   Ms. Friedman cites nothing in her paper for
19 the proposition that the key criteria are the four
20 that you enumerate here, does she?
21   A.   Maybe.  I don't know.  That's the ones that I
22 chose.  But in the paper that I just gave you, this
23 report, I didn't even go that way.  I went the way of
24 Scialli and his report in the Teratology Society
25 Public Affairs Committee, using strength of

Page 87

1  association, specificity of association, consistency
2  of association, biologic plausibility (coherence),
3  and temporal (time order).
4        MR. GLANVILLE:  Move to strike as
5  unresponsive.
6    Q.   (By Mr. Glanville) I'm here right now to talk
7  to you about the report that you served in this case
8  back in January and in March, not what you delivered
9  to us at the beginning of this deposition.
10   A.   Oh, sure, okay.  Well, that's fine.  This is
11 just a general statement as to what -- Bradford Hill.
12 There's nothing in there that's so specific, as
13 mentioned by Scialli, as you know.
14   Q.   Well, did you apply those four, what you
15 call, key Bradford Hill criteria, in reaching your
16 conclusions both as to general and specific causation
17 in this case?
18   A.   Yes.
19   Q.   Okay.  And is it fair to say that you used
20 the same methodology to reach your general causation
21 opinions as you did your specific causation opinions?
22   A.   Well, used the Bradford Hill.  We used the
23 criteria of causation, as we call it.
24   Q.   Well, is that a yes?
25   A.   We use the same methodology.

Page 88

1    Q.   Okay.  Now, in your report, you list only
2  four, what you call, key Bradford Hill criteria out of
3  the nine criteria that Bradford Hill himself posited,
4  right?
5    A.   Right.  Because these are the ones that
6  toxicologists generally rely on that are more
7  applicable to toxicology.
8    Q.   Do you claim that it's generally accepted in
9  the scientific community that those are the four key
10 criteria of the nine articulated by Bradford Hill in
11 assessing causality with respect to birth defects?
12   A.   Okay.  So?  I don't --
13   Q.   Well, that's a question.
14   A.   Is there a question?  No.  What's the -- I
15 didn't catch the question.  I thought it was a
16 statement.
17   Q.   I'll ask her to read it back.
18        (Record read)
19   A.   I'd say that the majority of papers that ever
20 talk about Bradford Hill use these four, and then they
21 may add another one or two, but these are the main
22 four that everybody uses.
23   Q.   (By Mr. Glanville) With respect to birth
24 defects?
25   A.   With respect to any -- not with respect to

Page 89

1  anything that you're using Bradford Hill criteria
2  causation for.
3        In fact, it's included in Scialli's
4  five, although they kind of run into each other.  The
5  same ones that I chose are the same ones he chose, and
6  I don't see anything different there than what I did
7  anyhow.
8    Q.   We'll explore that in some greater detail in
9  a minute.
10   A.   Okay, that's fine.
11   Q.   Doctor, would it be fair to assume that you
12 wrote this entire report, Exhibit 2, yourself?
13   A.   Yes.
14   Q.   Every word of it?
15   A.   Every word.
16        (Exhibit No. 12 marked)
17   Q.   Now, let's take a look at the Bradford Hill
18 paper, we'll mark as Exhibit 12, that you cite as the
19 source of the Bradford Hill paper.  That's a 1965,
20 basically, transcribed lecture by Sir Austin Bradford
21 Hill, correct?
22   A.   Correct.
23   Q.   Now, he talks about temporal relationship on
24 page 297.  That's the third page of that document,
25 correct?

23 (Pages 86 to 89)

Paul Goldstein, Ph.D.

Page 90

1    A.   Sure.
2    Q.   And basically, what that means is the
3  exposure has to perceive the adverse effect, correct?
4    A.   Essentially, yes.
5    Q.   And the timing of that exposure has to be
6  biologically meaningful in terms of the manifestation
7  of the problem, correct?
8    A.   Correct.
9    Q.   Okay.  And then he talks about specificity
10  also on page 297, right?
11    A.   Yes.
12    Q.   And what that means, as he apprehends the
13  term, is that the association is limited to specific
14  exposures and specific outcomes, correct?
15    A.   I don't see that here.  Oh, specificity,
16  number 3.
17    Q.   Yes.
18    A.   Got it.  Well, generally, yeah, that's
19  specificity, right.
20    Q.   And, in fact, the example he cites has to do
21  with scrotal cancer being associated with chimney soot
22  exposure among chimney sweeps, right?
23    A.   Okay.
24    Q.   And then he talks on the next page about
25  biological plausibility, correct?

Page 91

1    A.   What number is that?  Oh, six, got it.
2    Q.   Right.  And basically, what that means is
3  that there's an understanding of the biological
4  mechanism by which a particular exposure can lead to a
5  particular adverse outcome, right?
6    A.   Okay.
7    Q.   And then he, on the same page, 298, lists
8  coherence as number 7, correct?
9    A.   Correct.
10    Q.   And basically, what that means is that --
11  that cause and effect assessment shouldn't seriously
12  conflict with the known facts about the natural
13  history and biology of the condition, right?
14    A.   Should be biologically plausible, right.
15    Q.   Correct.  Now, in addition to those four,
16  which you list as the key criteria, Sir Austin lists a
17  number of others, including strength of the
18  association back on page 295, right?
19    A.   Okay.
20    Q.   And, in fact, strength, he says -- that's
21  number 1, and he says, First on my list, I would list
22  the strength -- I would put the strength of the
23  association, correct?
24    A.   Yes.
25    Q.   And that relates to the magnitude of the

Page 92

1  increased risk associated with the exposure to a
2  particular substance, right?
3    A.   Increased risk?  Sure.
4    Q.   And usually that's determined by
5  epidemiological data, isn't it, Doctor?
6    A.   These days, yes.
7    Q.   And, in fact, Sir Austin cites the 200-fold
8  increased risk of scrotal cancer in chimney sweeps and
9  characterizes that as an example of a -- of a strong
10  relationship, doesn't he?
11    A.   That's what he says.
12    Q.   You don't dispute that, do you?
13    A.   No.
14    Q.   And he gives a second example of a 20- to
15  30-fold increase in lung cancer in heavy smokers
16  compared to nonsmokers, down at the bottom of the
17  right column on the first page.  You wouldn't dispute
18  that assessment, either, would you?
19    A.   No, I shouldn't.  It's in the proceedings of
20  the Royal Society of Medicine.
21    Q.   Right.  And by putting strength of the
22  association first on his list, Sir Bradford -- Sir
23  Austin was telling us that, at least in his view,
24  that's the most important of the criteria, wasn't he?
25    A.   Well, he says, "first upon my list."

Page 93

1    Q.   Right.  Isn't it generally accepted in the
2  scientific community that strength of association is
3  the most important of the Bradford Hill criteria?
4    A.   Sure.  I don't know about that, but it's
5  certainly a very important one.
6    Q.   But it's one you left off your list, right?
7    A.   Really?  I did?  Let's see.
8    Q.   Yeah.  If we look on page 4, you've got
9  temporal relationships, specificity, biological
10  plausibility, and coherence.  You don't list strength
11  of association, do you, Doctor?
12    A.   Oops.  So the document I just gave you has
13  number 1, strength of association.
14    Q.   We'll get to that document later.
15    A.   Okay.
16    Q.   When you formed your opinion in this case, as
17  reflected in your expert reports of January and March,
18  2012, you didn't consider strength of association --
19    A.   No.
20    Q.   -- as reflected in your report, did you?
21    A.   That's not true.  That's absolutely not true.
22    Q.   Is there any discussion of strength of
23  association in this report?
24    A.   No, but that doesn't mean anything.  It's
25  just not listed.  And that's why we have updates on

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 94

1   the reports.
2        Q.   But it's fair to say --
3        A.   No, it's not fair to say.  No.
4        Q.   You need to let me finish my question.
5        A.   Ah, okay, sure.
6        Q.   -- that your opinion, as reflected in your
7   expert report that was served upon us most recently in
8   March of 2012 --
9        A.   Okay.
10       Q.   -- does not reflect any consideration of the
11  criterion, strength of association, as described by
12  Sir Bradford -- Sir Austin Bradford Hill, correct?
13       A.   No, because I just mention this.  I just
14  mention the key criteria, okay?  However, I also
15  mentioned that use of this methodology by Sir Bradford
16  Hill.  So that would include all of the criteria.  I'm
17  just saying these -- at least these four key criteria,
18  but I don't exclude -- I would have to have said,
19  strength of association is not important here.
20            But by mentioning the fact that I used
21  the Bradford Hill criteria, I am inclusive of all his
22  criteria.  I just happened to point out these
23  particular four.
24            So, therefore, strength of association
25  is still included in here regardless of what you say.

Page 95

1        Q.   Doctor --
2        A.   And, in fact, it's included in the
3   information that I just gave you, which is a little
4   more detailed, because I felt that it was necessary to
5   produce something a little more detailed.
6            MR. GLANVILLE:  Move to strike as
7   unresponsive.
8        A.   It's not unresponsive.  It's exactly what
9   you're asking.
10       Q.   (By Mr. Glanville) Actually, it's not even
11  close to responsive.
12       A.   Oh, okay, good.
13       Q.   My question was:  Is there any discussion of
14  strength of association anywhere in that report?
15       A.   Yes.
16       Q.   Point me the language that talks about
17  strength of association.
18       A.   Use of this methodology -- so the methodology
19  that I'm referring to is Sir Bradford Hill, and I
20  quoted the paper.  Therefore, when we go to Bradford
21  Hill, number 1 is strength of association.  I did not
22  mention it specifically, but I alluded -- I more than
23  alluded.  I gave the reference to this paper.
24  Therefore, each of these criteria were considered.  I
25  just happened to mention four of them.  But I did not

Page 96

1   mention in any way, shape, or form that I did not take
2   into account strength of association, as you are
3   trying to say.  So that's incorrect.
4            MR. GLANVILLE:  Move to strike as
5   unresponsive.
6        Q.   (By Mr. Glanville) Doctor, would you agree
7   that strength of association typically is measured
8   objectively by the size of the relative risk?
9        A.   I'm going to tell you what Lammer says.
10  Lammer in --
11       Q.   No, Doctor, I asked you --
12       A.   Lammer in 2012 says, "Strength of association
13  means that high risks identified by well conducted,
14  human epidemiological investigations," which are
15  therefore published in peer-review journals, my words,
16  "carry more weight because they are more likely to
17  hold up over time or more likely to represent true
18  increased risks in comparison with increased odds
19  ratios."  I'm sorry, I take that back.  "In comparison
20  with small increased odds ratios, let's say, OR equals
21  9.1 or less."
22            So I would agree with Lammer on that.
23       Q.   Would you agree that there's no explicit
24  discussion of the second criterion in the Bradford
25  Hill paper, consistency of association, anywhere in

Page 97

1   your expert report?
2        A.   I didn't go into any details at all in my
3   expert report, but I did so in this additional report
4   I gave you.
5        Q.   Do you agree that consistency of association
6   is also generally judged by epidemiologic data?
7        A.   That's probably true.  Sure, I would agree
8   with that.
9        Q.   Well, another one of the criterion not
10  explicitly discussed in your expert report or
11  identified as one of the key criterion that you
12  evaluated is biological gradient, correct?
13       A.   That's correct.
14       Q.   And that basically means that the greater the
15  dose, the greater the injury, correct?
16       A.   Sure.  Dosage -- dose response, that's right.
17  And that's not included, either, in the Teratology
18  Society Public Affairs Committee.  Although it's still
19  very important.  Dose response is -- it's nice to have
20  a dose response, but you get more adverse effect or
21  more severe the higher the dose.
22       Q.   And that's typically established either by
23  epidemiologic or experimental data, correct?
24       A.   Not necessarily, but maybe typically.
25       Q.   And is it true that your expert report cites

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 98

1   no epidemiological or experimental data establishing a
2   dose response relationship between Paxil exposure and
3   birth defects in general or the particular categories
4   of birth defects that you claim that Evan Frischhertz
5   suffered from.
6          MR. CENTOLA:  Objection, form.
7       A.  I didn't go into detail on that for my
8   report.
9       Q.  (By Mr. Glanville) So the answer to my
10  question is yes, correct?
11      A.  I didn't go into detail in that in my report.
12      Q.  You don't cite any data relating to a dose
13  response effect in your report, correct?
14      A.  That's correct.
15          THE VIDEOGRAPHER:  Five minutes until
16  tape change, Counsel.
17      Q.  (By Mr. Glanville) And you also don't
18  reference experiment as another of the Bradford Hill
19  criteria, correct?
20      A.  That's correct.  It's not really applicable
21  here.
22      Q.  It's what?
23      A.  It's not applicable here.
24      Q.  And you don't mention the Bradford Hill
25  criterion of analogy.  Is that also correct?

Page 99

1       A.  That's correct.  And, in fact, that's not
2   even -- that's not even in the Teratology Society
3   Public Affairs Committee position paper in 2005.
4   That's not there as well.
5       Q.  Now, Doctor, is it your testimony that
6   notwithstanding the fact that you failed to mention
7   any of those five Bradford Hill criteria in your
8   expert report, you nevertheless considered all of
9   those criteria except experiment in coming to the
10  conclusions expressed in that report?
11      A.  Oh, I considered all the criteria in coming
12  to the conclusions in my report, including
13  experimentation.  I considered them, and I thought
14  about them, and then I continued on.
15      Q.  And you didn't write about those five at all
16  in your report, correct?
17      A.  I didn't go into details, no.
18      Q.  You didn't mention them, period.
19      A.  Mention --
20      Q.  Explicitly.
21      A.  I don't have to mention them explicitly.  I
22  said I use those criteria, I used that methodology.
23      Q.  Well, when you say that the four you
24  mentioned are key, does that imply that the five you
25  didn't mention are not important?

Page 100

1       A.  Not at all.  Everything is important.
2       Q.  Okay.
3       A.  You have to consider everything.  And then
4   you choose -- and then you try to support your claim
5   or you support your hypothesis with the ones that you
6   feel are the strongest ones.  But, at the same time,
7   you're still considering everything.  You're not --
8   unless you specifically state, you know, this is not
9   applicable here, otherwise it's applicable and
10  considered.
11      Q.  Okay.  So if you had failed to consider the
12  other five Bradford Hill criteria that you didn't
13  reference in your report, I take it you would agree
14  that the conclusions you reached would be speculative
15  and misleading and not valid scientifically.
16      A.  No.
17          MR. CENTOLA:  Objection, form.
18      A.  That's absolutely wrong.  Because Bradford
19  Hill himself, if you'd like to quote from his paper,
20  states that these guidelines are just guidelines.
21  These criteria are just guidelines, and not all will
22  be applicable to every particular situation.  And they
23  should only be used guidelines.  I'm just paragraphing
24  Bradford Hill.  They should only be used as guidelines
25  in trying to determine causation.

Page 101

1       Q.  (By Mr. Glanville) But do you agree, Doctor,
2   that in this case, strength of association and
3   consistency of association are essential
4   considerations in reaching a conclusion about
5   causation?
6       A.  Oh, I think they're very important, yes.
7       Q.  Okay.
8       A.  I do.  And that's why I put it into the
9   report that I just gave you.
10      Q.  And if you hadn't considered strength and
11  consistency of association --
12      A.  Oh, but I did.
13      Q.  -- the conclusions you reached would not be
14  valid, would they?
15      A.  No, I wouldn't say that at all.  I would just
16  say that I did consider it.  So your -- I can't answer
17  your question.  It's -- it doesn't exist.
18          MR. GLANVILLE:  Okay.  Why don't we take
19  a break.
20          THE VIDEOGRAPHER:  Off the record at
21  10:56 a.m., end of tape 1.
22          (Recess taken 10:56 a.m. - 11:09 a.m.)
23          THE VIDEOGRAPHER:  Back on record at
24  11:09 a.m., beginning of tape 2.
25      Q.  (By Mr. Glanville) Ready to resume, Doctor?

26 (Pages 98 to 101)

Paul Goldstein, Ph.D.

1    A.   Sure.
2    Q.   Either in your March 2012 expert report or in
3  this document that we've marked as Exhibit 6 that you
4  handed to us this morning, did you do a Bradford Hill
5  analysis of the relationship between Paxil and limb
6  defects?
7    A.   Yes.
8    Q.   Okay.  And did you analyze the strength of
9  the association between exposure to Paxil and limb
10  defects of the kind that Evan Frischhertz has?
11    A.   Yes.
12    Q.   Okay.  And can you show me where that's
13  reflected in either your original expert report or in
14  your supplement that was served this morning?
15    A.   Okay, sure.  It says, "Given," first one,
16  "There are no specific papers in refereed journals
17  that describe a situation in which Paxil was taken by
18  a known cohort of pregnant women during the first
19  trimester who then gave birth to babies with a
20  condition similar to that diagnosed in Evan
21  Frischhertz described as unilateral proximal
22  symphalangism" -- symphalangism (pronouncing) --
23  "which is the fusion of interphalangeal joints of the
24  hand, and is classified as a type of limb deficiency."
25        So in my analysis of all the papers --

1  and that's listed in number 1 under Strength of
2  Association, there is obviously nothing specific,
3  there's no specific paper that's there.  There are --
4  there is a specific paper that identifies lower limb
5  defects, in the form of clubfoot, but there's nothing
6  that specifically identifies upper limb defects.
7    Q.   So if I am understanding you, you're saying
8  that you are unable to identify any epidemiological
9  data supporting the association between Paxil --
10  prenatal Paxil exposure and upper limb defects of the
11  kind that Evan Frischhertz has; is that correct?
12    A.   That's what I just said, yes.
13    Q.   Okay.  And so similarly, there would be no
14  consistency of association if there's no strength of
15  association, right?
16    A.   For that specific thing.  But your original
17  question was did I consider for limb defects, you used
18  the term "limb defects."
19    Q.   Right.
20    A.   And under limb defects, of course, it's been
21  shown by Louick that there was an odds ratio of 5.8.
22  Louick said, "The use of paroxetine in first-trimester
23  maternal use resulted in increase of clubfoot."  And
24  that's OR 5.8.  And then there was another one that
25  also showed clubfoot.

1    Q.   Right.  But nothing showing the particular
2  defect that Evan Frischhertz has.
3    A.   That is correct.
4    Q.   Okay.  And you referred to the Louick finding
5  related to clubfoot.  You don't claim that there's any
6  developmental relationship between the kind of upper
7  limb defect that Evan Frischhertz has and clubfoot, do
8  you, Doctor?
9    A.   Well, both of these, the hand and the foot,
10  arise from similar types of cells in the bud.  And if
11  a teratogen is present, then it could possibly affect
12  the developing cells in the -- either the hand limb --
13  the hand bud -- the hand plate, sorry, or the foot
14  plate.  So I don't know that there's any direct, you
15  know, concordance here, but we do have a hand plate
16  and a foot plate that's developing right around the
17  same stage in the Carnegie stages of embryo
18  development.  If there's a teratogen present and it's
19  affecting the expression of those tissues, then, yeah,
20  it could happen.
21    Q.   Doctor, have you done any research on whether
22  there's any relationship -- any developmental
23  relationship whatsoever between clubfoot and upper
24  limb defects of the kind that Evan Frischhertz has?
25    A.   There's nothing that says that specifically.

1    Q.   Okay.  And if I understand you, you've not
2  identified any epidemiological association between
3  Paxil exposure prenatally and any -- any upper limb
4  defects of any kind, not just those limited to Evan
5  Frischhertz's type; is that correct?
6    A.   That's correct.
7    Q.   Now, specificity of association.  Did you do
8  a Bradford Hill analysis to assess whether there's
9  specificity with respect to prenatal Paxil exposure
10  and upper limb defects?
11    A.   I'm sorry, repeat the question.
12    Q.   Yeah.  Did you do any sort of Bradford Hill
13  analysis, as reflected in either of those reports, as
14  to whether there's a specificity requirement Bradford
15  Hill has satisfied with respect to prenatal exposure
16  to Paxil and upper limb defects?
17    A.   Yes.
18    Q.   And there is no such specificity, is there,
19  Doctor?
20    A.   No.
21    Q.   Okay.  Biological gradient.  Did you attempt
22  to assess whether the Bradford Hill criterion of
23  biological gradient is satisfied for prenatal Paxil
24  exposure and upper limb defects?
25    A.   Yes.  Under Berard 2007, it says -- it says

27 (Pages 102 to 105)

Paul Goldstein, Ph.D.

Page 106

1    this, and then I'll tell you what I think about that.
2    When considering the dose -- a dose response
3    relationship was observed, thus women exposed to
4    greater than 25 milligrams a day of paroxetine during
5    the first trimester of pregnancy, which I believe
6    Frischhertz was, were at increased risk of having an
7    infant with major congenital malformations.
8        Now, while it does not specify upper
9    limb, as your question asked me, all of these papers
10   that I list in this document do talk about the fact
11   that -- these are A through G -- do talk about the
12   fact that Paxil is a teratogen.  It is, according to
13   these number of articles that the exposure to
14   paroxetine or Paxil -- we'll use that
15   interchangeably -- during the first trimester did
16   result in measurable and recognizable and
17   scientifically acceptable reports of increased
18   malformations.  Are they specific for the upper limb?
19   No.
20       Q.   Doctor, you referred to the Berard study, and
21   you were looking at something.  Is that the abstract
22   of the Berard study?
23       A.   Actually, I was looking in my report, but I
24   do have that out here that I left out here.
25       Q.   Right.  You produced the abstract to us last

Page 107

1    week.
2        A.   I think so, yeah.  Like I said, I tried to
3    produce everything that I could.
4            (Exhibit No. 13 marked)
5        Q.   Well, I'm going to mark the Berard article,
6    not the abstract, as Exhibit 13.  Have you ever read
7    the article itself as opposed to the abstract?
8        A.   I've read the article online, but I was not
9    able to get a copy of it.
10       Q.   Oh, you couldn't print it?
11       A.   No.
12       Q.   Now, look at Table 5 on page 25, if you
13   would.
14       A.   Okay.  Got it.
15       Q.   She lists major congenital malformations in
16   the left column, right, and major cardiac
17   malformations in the right column, correct?  Table 5.
18       A.   Oh, I see it.  Major -- got it.
19       Q.   Right.
20       A.   Got it.
21       Q.   Okay.  And she gives adjusted odds ratios for
22   major cardiac malformations in the far right column,
23   correct?
24       A.   Right.  I see it.
25       Q.   Okay.  And at greater than 25 milligrams, the

Page 108

1    lower confidence interval is 1.00, isn't it?
2        A.   25.
3        Q.   Right here, Doctor.
4        A.   Oh, down there.
5        Q.   Yes.
6        A.   Oh, got it, okay.
7        Q.   That's the greater than 25 --
8        A.   You're right, right.  Yeah, I see it, yeah.
9    I'm just having trouble seeing the small letters.
10       Q.   And the lower confidence interval is 1.00,
11   correct?
12       A.   Yes.
13       Q.   That renders that finding not statistically
14   significant, doesn't it?
15       A.   Well, it's not great, yeah.
16       Q.   Well, by definition --
17       A.   By definition.
18       Q.   -- if the lower confidence level includes
19   one --
20       A.   I know, I know.  Right, I got you.  Right.
21   Exactly.
22       Q.   And if you look at the 20 to 25-milligram
23   exposure, the -- the adjusted odds ratio there is
24   0.61, right?
25       A.   Right.

Page 109

1        Q.   And then for the less than 20, the adjusted
2    odds ratio is 1.76, isn't it?
3        A.   Less than 20 -- I can't see it, but I
4    guess -- the letters are too small.
5        Q.   That gives you a U-shaped curve, doesn't it?
6        A.   Yeah.
7        Q.   That's not conventional dose response
8    relationship, is it, Doctor?
9        A.   Well, it certainly can be.  It absolutely can
10   be.  With diethylstilbestrol and embryonic
11   development --
12           THE COURT REPORTER:  I'm sorry, what?
13       A.   With DES and embryonic development, we found
14   that, interestingly, at mid to low levels, there were
15   tremendous perturbations of myosis.  But for some
16   reason, which is unexplainable -- perhaps it relates
17   to this -- is that at higher levels, it didn't have
18   that response.  The embryo seemed to not be able to
19   even use -- or there was some kind of protective
20   response of taking high levels of DES.  But nobody is
21   going to tell their kid -- nobody is going to tell a
22   pregnant woman to take, oh, well, instead of taking
23   these low levels, just go ahead and take the salt
24   shaker and fill it up.
25           So the dose response curve is based on a

Paul Goldstein, Ph.D.

Page 110

1  lot of metabolism here.  So is it typical?  I don't
2  know what's typical.  I don't know what that word
3  means.  But is it seen in other teratogens?  Oh,
4  absolutely.
5      Q.  Do you know enough about the
6  pharmacokinetics --
7      A.  No.
8      Q.  -- and pharmacodynamics --
9      A.  No.
10     Q.  -- of Paxil --
11     A.  No.
12     Q.  -- to know whether this makes sense as a dose
13 response --
14     A.  No.
15     Q.  -- relationship?
16     A.  No, I don't.
17         MR. CENTOLA:  Let him finish.
18     Q.  (By Mr. Glanville)  Okay.  Let's turn to
19 page 26 of the Berard article.
20     A.  But I am saying that given what you said and
21 given this data, if you found somebody that is really
22 an expert in that specific topic, you might get a
23 better explanation.
24     Q.  But you don't have that expertise.
25     A.  I'm not an epidemiologist.

Page 111

1      Q.  Page 26, if you would, of the Berard article.
2      A.  Sure.
3      Q.  Okay.  Left column, just before the final
4  carry-over paragraph, there are two sentences that
5  say, "It remains, however, that our finding is based
6  on few cases of major cardiac malformations in our
7  dose response analysis and that our estimate is not
8  robust.  This finding needs to be replicated in other
9  study populations."
10         Did I read that accurately?
11     A.  Yes.
12     Q.  You don't dispute that, do you?
13     A.  No.
14     Q.  And you know that this finding has never been
15 replicated by anyone, don't you, Doctor?
16     A.  I don't know that to be true, but --
17     Q.  Have you investigated it?
18     A.  I didn't see anything else that replicates
19 it.
20     Q.  Okay.
21     A.  But it was published in Birth Defects, and --
22 I mean, this is a great journal.
23     Q.  And --
24     A.  And it was peer-reviewed.
25     Q.  Do you know whether Dr. Berard herself has

Page 112

1  given testimony in a deposition where she's said this
2  study is not sufficient to establish a dose response
3  relationship?
4      A.  I have no knowledge of that.
5      Q.  If she gave that testimony, you wouldn't
6  dispute it, would you?
7      A.  She's the author.
8      Q.  You don't claim this, standing alone, is
9  sufficient to establish a dose response relationship,
10 do you?
11     A.  I think it tends to make you think about it.
12 But nothing -- nothing establishes anything.
13     Q.  And did you do a biological plausibility
14 analysis of the relationship between Paxil and upper
15 limb defects as reflected in either of your expert
16 reports or your supplement?
17     A.  Yes.  Sure did.
18     Q.  And can you tell us about the biological
19 plausibility of Paxil causing upper limb defects?
20     A.  Sure.  I'll read it to you.  According to A.
21 Scialli, biological -- biologic plausibility includes
22 a consideration of alternative explanations for the
23 outcome in an individual plaintiff.  For example, if a
24 plaintiff has a birth defect syndrome caused by a
25 known genetic disorder, chemical exposure becomes

Page 113

1  implausible as a cause of the abnormality in that
2  particular individual.
3      And I agree with that.  He is a notable
4  and well-known scientific researcher.  In fact, he's
5  the editor of Reproductive Toxicology.  So there can
6  be no person who would really know the field better
7  than Scialli because he has the responsibility of
8  reviewing every single paper that comes in and making
9  sure that everything in that paper is accurate and
10 making sure, as editor of Reproductive Toxicology,
11 making sure that, having gone through the peer-review
12 process, all the papers that he personally accepts as
13 editor are accurate.  And unless he would at some time
14 in the future print a retraction, that paper remains
15 and stands as accurate.
16      So that's -- but continuing on in what I
17 say, "Examination of genetics databases, including
18 NIH's OMIM reveals that there are no specific genetic
19 disorders that can be attributed" -- I'm sorry, "can
20 be ascribed to Evan Frischhertz.  This is supported by
21 Dr. Y. Lacassie, who also could not identify a genetic
22 basis for Evan's condition.  An alternative
23 explanation is that a teratogen affected the
24 development of the hand plate in Evan resulting in
25 malformation of the hand.  The only known teratogen

29 (Pages 110 to 113)

Paul Goldstein, Ph.D.

Page 114

1  that he would have been exposed to at that time was
2  Paxil."  That was my analysis of that.
3      Q.  Well, Doctor, I asked you earlier if there's
4  any evidence that you could point to in either humans
5  or animals that demonstrates that Paxil is a limb
6  teratogen.
7      A.  Well, I actually answered that earlier on.
8  The answer is no.
9      Q.  Okay.
10     A.  Right.  But I already talked about that in --
11 when I read "Given," number one, because there's --
12 there's nothing there.
13     Q.  And what you read a moment ago tells us that
14 you examined genetics databases and you couldn't
15 identify a specific genetic disorder that can be
16 ascribed to Evan Frischhertz, and you say that
17 Dr. Lacassie could not identify a genetic basis.
18         Dr. Lacassie, actually in his report,
19 identified a number of potential general causes of
20 condition, didn't he?
21     MR. CENTOLA:  Objection, form.
22     A.  Not really.  He just said it may be a genetic
23 mosaicism, which is a term that geneticists use to
24 say, what do I know.
25     Q.  (By Mr. Glanville) And you yourself

Page 115

1  recommended genetic testing that was never done to
2  assess whether there was a genetic explanation for the
3  condition, correct?
4      A.  Well, to try to get more information.  To see
5  if, yeah, we might get a hit.
6      Q.  Right.
7      A.  We might get a hit and we might not.
8      Q.  So having failed to do that genetic testing,
9  you can't rule out a genetic origin for the condition,
10 can you?
11     A.  No, other than saying that -- just like we're
12 saying -- you're saying Paxil doesn't have anything to
13 do with upper limb, we can turn here and say that --
14 and I sent you this document already in the stuff that
15 I sent you -- that following this genetics database,
16 which tries to list every single known genetic
17 condition right up to yesterday, essentially, there's
18 just -- just nothing there.  So we don't know.  I
19 guess the answer is we just don't know.  But there's
20 no -- there's nothing been reported so far.
21         So given that, given that, there's no
22 other explanation.  There's no genetic basis for this.
23 So why would a child have an upper limb deformity?
24 Just because it happens?
25     Q.  Well, Doctor, you say there's no genetic

Page 116

1  basis for it, but you acknowledge that no genetic
2  testing has been done to assess whether that's true,
3  right?
4      A.  That's correct.
5      Q.  And you also know that new genetic
6  explanations for congenital anomalies are being
7  identified almost on a weekly basis, don't you?
8      A.  Actually, there was five done today.
9      Q.  Yeah.
10     A.  I don't know that, but I'm just saying, yeah,
11 right.
12     Q.  Right.  And so you can't exclude -- there is
13 no rational way to exclude a genetic explanation,
14 particularly an unidentified genetic explanation for
15 this condition, right?
16     A.  Well, the only thing that we know -- well, to
17 answer your question, right, the only thing that we
18 know is that as of now, we haven't seen it yet.  And
19 so we just don't know.
20     Q.  Okay.  I want to go back to your
21 qualifications because I've been told I omitted some
22 critical questions, so...
23         Do you hold yourself out to the
24 scientific community as an expert in cardiac defects?
25     A.  No.

Page 117

1      Q.  Or birth defects generally?
2      A.  No.
3      Q.  Or in upper limb defects?
4      A.  No.
5      Q.  Or lower limb defects?
6      A.  No.
7      Q.  Or in SSRIs or Paxil specifically?
8      A.  No.
9      Q.  Have you ever published anything involving
10 cardiac or limb defects?
11     A.  No.
12     Q.  Or birth defects generally?
13     A.  Generally, no.
14     Q.  Okay.  Let's go back to your expert report
15 that we marked as Exhibit 2, if you would, please.
16     A.  Okay.
17     Q.  If you turn to page 4.
18     A.  Okay.  Got it.
19     Q.  Right after the Friedman citation in the last
20 paragraph, it reads, "The expert has to provide
21 scientific opinion based on methods and techniques
22 generally used and/or relying on peer-reviewed
23 publications for testability of his opinion that
24 causation is more likely than not due to the toxin in
25 question (51 percent probability)."

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 118

1    Did I read that accurately?
2    A.   Yes.
3    Q.   Is that a legal opinion or a scientific
4  opinion?
5    A.   It's -- I don't know that it would be
6  classified as legal, for sure.  I'm not an attorney.
7  It's just my opinion, or maybe it's the author that I
8  quoted's opinion.  Where are you again?  Page 4?
9    Q.   Page 4 of the bottom.
10   A.   At the bottom.  Well, this is Friedman's
11 opinion.  There you go.  Yeah, Friedman, 2000, is the
12 one who wrote this.
13   Q.   Do you happen to have the Friedman paper
14 there?
15   A.   Do I have the Friedman paper.
16   Q.   Yeah.
17   A.   I don't know.  I think I do.  I'm not sure
18 whatever happened to it.  This is it, maybe.  No, no,
19 that's not it.  Here it is.  Got it.
20   Q.   Okay.  Could I see it?  And Friedman lists
21 all the Bradford Hill criteria, doesn't she?
22   A.   Yes.
23   Q.   And she cites nothing for the proposition
24 that the key Bradford Hill criteria are the four that
25 you identify in your report, correct?  Yeah, can we

Page 119

1  keep at that out?
2    A.   Sure.  We can just leave it here and mark it
3  if you want.  I don't need it.  Well, he asked for it
4  first.
5    Q.   And your testimony is that the material we
6  just read came from Friedman, correct?
7    A.   I think so.
8    Q.   Okay.  And the following several sentences,
9  the expert does not necessarily need to rely on
10 epidemiology or scientific certainty or provide
11 scientific proof but rather follow the guidelines
12 applied in the U.S. Supreme Court Daubert decision.
13 The expert should know the accepted methodology to
14 establish causation described in the scientific and
15 medical literature and established originally by Sir
16 Bradford Hill."
17        That all came out of Friedman; is that
18 right?
19   A.   I believe so.
20   Q.   It's not cited to Friedman and it's not
21 quoted from Friedman, is it?
22   A.   Oh, it is, actually.  That first --
23   Q.   No, in your report.
24   A.   Oh, yeah, yeah, it is, in that first part
25 right there.

Page 120

1    Q.   That reference relates to the four key
2  criteria, correct?
3    A.   Oh, well, when I wrote it, I meant that the
4  following -- yeah, when I wrote it, the following
5  statement would also follow Friedman.
6    Q.   Okay.  And even though it's not in quotes in
7  your report, it's a quotation from Friedman, correct?
8        MR. CENTOLA:   Objection, form.
9    A.   I believe so, yeah.  I tried to get it so
10 that it related to Friedman.
11   Q.   (By Mr. Glanville) In writing your expert
12 reports in this case and the supplement you presented
13 to us this morning, did you apply the same rigorous
14 scientific approach in analyzing the data and writing
15 the report that you use in publication of scientific
16 materials to your peers?
17   A.   Well, you know, in my scientific papers that
18 I write, we don't really have to -- I don't talk about
19 causation in my papers.  I just report findings and
20 scientific studies.
21        So when I publish in a peer-reviewed
22 journal, I don't think we necessarily use criteria of
23 causation because it's not related to causation.  We
24 talk about -- we talk about more, you know -- we did
25 all these experiments, we've got these effects, we

Page 121

1  don't generally mention criteria of causation.  But I
2  guess the standards of methodology is the same --
3    Q.   So --
4    A.   -- would be the same.
5    Q.   So are you saying that you typically do not
6  reach conclusions in your scientific work about
7  causation, or if you reached those conclusions, you
8  don't apply the Bradford Hill --
9    A.   No, no, no.
10   Q.   -- criteria that --
11   A.   We have to apply the basics of Bradford Hill,
12 because we do it the same way, experimentation and
13 when did you treat the organism, what did you find,
14 what was your cohort?  So we do the same thing.  We
15 don't mention it in our papers because we're -- we're
16 not applying it to causation of birth defects or
17 something, so -- or humans.  But other -- the
18 methodology is the same.  It's the scientific
19 methodology that's --
20   Q.   Well, is it --
21   A.   -- issued by scientists.
22        THE WITNESS:   Is that you or me?
23        THE COURT REPORTER:   It's not me.
24   Q.   (By Mr. Glanville) Is it fair to conclude
25 that the opinions expressed in your reports and the

31 (Pages 118 to 121)

Paul Goldstein, Ph.D.

Page 122

1 supplement today are consistent with the methodology
2 that you lay out and we just read on page 4 of the
3 March 2012 report?
4    A.   I rely on the Bradford Hill criteria, as I
5 mentioned.  I'm just saying what she says, that the
6 expert -- you know, this is what she says.  I just put
7 that in there as an explanation of what I think the
8 scientific community feels about Bradford Hill
9 criteria and this litigation process, anyhow, so --
10    Q.   Have they ever read the Supreme Court's
11 Daubert opinion?
12    A.   No.
13    Q.   Is it your position that if you have evidence
14 that persuades you that there's at least a 51 percent
15 probability that Paxil causes cardiac or limb defects
16 of the kind you attribute to Evan Frischhertz, then
17 you're entitled to express an opinion that Paxil
18 caused those defects?
19       MR. CENTOLA:  Objection to form.
20    A.   It's my understanding that in a legal setting
21 such as this, if it's more probable than not, that
22 that that constitutes a firm -- that constitutes an
23 acceptable opinion.
24    Q.   (By Mr. Glanville) And when you say "more
25 probable than not," you mean 51 percent?

Page 123

1    A.   It means 51 percent.
2    Q.   So your view is that if you achieve that
3 level of certainty, then you can conclude, at least in
4 a litigation context, that a causal relationship has
5 been established.  Is that a fair inference?
6    A.   My understanding -- my understanding is, to
7 answer your question, is that if you can achieve more
8 probable than not, then you can say more probable than
9 not.
10    Q.   And that's the standard you applied when
11 assessing the evidence in this case, correct?
12    A.   More probable than not.
13    Q.   Right.  And how does that compare with the
14 standard you apply in reaching conclusions about
15 causation in the context of your scientific research
16 and writing?
17    A.   It's totally different.  I mean, I've been an
18 editor and I've been on editorial boards and accepted
19 papers and rejected papers.  And when I do my own
20 work, if I do any statistics, it's got to be
21 95 percent or better.
22    Q.   So it's a different standard.
23    A.   Totally different.
24    Q.   Okay.  And a more rigorous standard, I take
25 it, when you're talking about 95 percent probability

Page 124

1 in the scientific arena than in the legal arena.
2 We're talking about --
3    A.   The two are like apples and oranges,
4 obviously.
5    Q.   Can you quantify the level of certainty that
6 you reached with respect to your conclusion that Paxil
7 causes upper limb defects of a kind that Evan
8 Frischhertz has?
9    A.   Quantifying, no.  But I can certainly state
10 that -- when a doctor does differential -- when a
11 doctor uses differential diagnosis, for example, he
12 rules out -- if there's no really -- if there's
13 nothing sitting on it and you can really tell exactly
14 what's going on, if there's no literature, for
15 example, you look at the case and you say, well,
16 what's the most probable reason here?  Why did
17 something like this occur?
18       And if there weren't any teratogens
19 around and Evan had this hand malformation, one would
20 say this is ideopathic and we just don't know.  If
21 there are teratogens around while Evan is
22 developing -- now, let's make it personal, let's call
23 him Evan -- while Evan is developing, then we turn
24 around and we say, there are teratogens around while
25 the hand plate is developing, there are teratogens

Page 125

1 around while the hands and the fingers are developing.
2 We know teratogens affect the cells and their
3 development.  Scialli himself says so.  So that's more
4 probable than not the reason.
5    Q.   Well, Doctor --
6    A.   It's the only -- I'm sorry, I'm sorry.  It's
7 the only thing left to consider at that point.
8    Q.   Doctor -- and I apologize for interrupting.
9    A.   That's okay.
10    Q.   I take it you agree that the vast majority of
11 cases of upper limb defects of a kind that Evan
12 Frischhertz has are of unknown etiology.
13    A.   I wouldn't know that number to be sure, but I
14 wouldn't be surprised.
15    Q.   Have you investigated the extent to where the
16 causes of upper limb defects of his kind are known
17 versus not known?
18    A.   I looked under -- I mean, I examined some
19 papers on upper limb defects, but there was nothing
20 there relating specifically to this case.
21    Q.   Have you identified any known causes of the
22 particular type of upper limb defect that Evan
23 Frischhertz has?
24       MR. CENTOLA:  Objection to form?
25    A.   Of the particular type.

32 (Pages 122 to 125)

Paul Goldstein, Ph.D.

Page 126

1    Q.   (By Mr. Glanville)  Yeah.  He has a limb
2  reduction defect, doesn't he?
3    A.   Yeah, that's what it's been diagnosed as.
4    Q.   Okay.  Well, do you have any reason to
5  dispute that diagnosis?
6    A.   No.
7    Q.   Okay.  Have you --
8    A.   But I do --
9    Q.   -- identified --
10   A.   I do dispute the fact that one of your
11  experts said that there are no known teratogens that
12  affect the hand plate or the hand, the developing
13  hand.  That's incorrect.
14   Q.   That wasn't my question, Doctor.
15   A.   I know, I know, but that's -- but that
16  statement was incorrect.  So I've wrote a paper, which
17  I believe I sent to you, by Ogino and Clinical
18  Orthopedic something from 1996 that shows that using
19  this particular teratogen, there were -- there were
20  four -- there were deficiencies in the hands,
21  congenital absence of tickets, ulnar, radial
22  deficiencies, different kinds of deficiencies of the
23  hand.
24   Q.   What was the teratogen, Doctor?
25   A.   Not one we were talking about here today.

Page 127

1  Busulfan.
2    Q.   Okay.  Does that have any relationship
3  whatsoever to Paxil or the category of drugs of which
4  it's a member?
5    A.   Only in the sense that it's shown here that a
6  teratogen can affect the development of a hand,
7  whereas one of your experts said that's not possible,
8  and he was incorrect, because here we clearly have a
9  situation where a -- the exposure of the limb bud to
10  the teratogen ended up in some type of hand
11  abnormality, whether -- and it says, "Cause of these
12  deficiencies is related closely to a deficit of
13  mesenchymal cells in the limb bud caused by an
14  impairment before the formation of the limb bud."
15         And that's where we are with Frischhertz
16  as well --
17   Q.   Right.
18   A.   -- right in that same time period.
19   Q.   Doctor, have you identified any study in
20  animals or in humans that indicates that Paxil, in
21  particular or SSRIs in general affect mesenchymal
22  cells and adversely affect the development of the
23  hands?
24   A.   No.  As I stated in number 1 quite a long
25  time ago, there are no specific papers in refereed

Page 128

1  journals that describe that specific situation.
2         So the answer is no, haven't found it.
3  But you know why we haven't found it?  The reason is,
4  is because when you want to find something like that,
5  you can't ask a pregnant woman to, would you like to
6  become part of a study where we're going to give you
7  this teratogen and we want to see how your kid's hand
8  comes out, you know, after it's -- after it's born.
9  You can't do those kind of studies.
10   Q.   Well, you can do observational
11  epidemiological studies, can't you, Doctor?
12   A.   For what it's worth.  I mean, we know for
13  what that's worth.  They're not great epidemiological
14  studies, as you know.  Everybody is yelling and
15  screaming at each other back and forth, and so this
16  one is good, this one is not good.  Your experts and
17  all the papers themselves discuss why it's good and
18  why it's not good.
19         So they're just kind of guidelines.
20  They're not to be taken as biblical intonations here.
21  They are just studies, and they tell you what they
22  found, and you try to figure out what you can from
23  them.  They're just studies.
24   Q.   Doctor, do you know what the rate of error
25  is, are you able to quantify it, of your opinion that

Page 129

1  Paxil causes the types of cardiac and limb defects
2  that Evan Frischhertz has?
3    A.   No, I wouldn't have any idea.
4    Q.   Has that opinion that Paxil causes those
5  particular types of cardiac and limb defects been
6  subject to peer review?
7    A.   I would assume that in -- when you asked me
8  about whether I know the amount of error involved, you
9  can't quantify this error, but if you're relying on
10  papers -- I'm relying on papers that have been
11  published in peer-reviewed journals.  In fact, I'm
12  relying on one of the papers that Scialli accepted, as
13  you know.  Scialli accepted the Sloop paper.  Scialli
14  was the editor of Reproductive Toxicology when the
15  Sloot paper was sent to him.
16         And he examined it, he looked at all the
17  details in the paper, he examined everything in it,
18  and in his -- in his opinion, he accepted the paper.
19   Q.   You really -- where do you get that
20  information, Doctor?
21   A.   Scialli is the editor of Reproductive
22  Toxicology.
23   Q.   All right.  Are you aware that Dr. Scialli
24  was not the editor on that paper and, in fact, wrote a
25  letter to the editor heavily criticizing that paper?

33 (Pages 126 to 129)

Paul Goldstein, Ph.D.

Page 130

1    A.   I didn't see that.
2    Q.   You didn't look for that, did you?
3    A.   I didn't see it.  I didn't -- never came
4 across my desk.  My opinion is that he was the editor,
5 but if he wasn't, he wasn't, so I'll retract that
6 statement.
7    Q.   Well, let me remind you, you're under oath,
8 and you're making assertions about what Dr. Scialli
9 did, what he thought, and you don't have a clue
10 whether that's a truthful statement, do you, Doctor?
11    A.   It was -- from the information that I have,
12 after looking to see who was the editor in those days,
13 I assumed that he was the editor.
14    Q.   Well, we'll get into that in some detail when
15 we get to the Sloot paper --
16    A.   Okay.
17    Q.   -- but you'll see that he was heavily
18 critical of it and the authors actually retreated from
19 their position that Paxil is a teratogen in response
20 to that letter.
21    A.   Okay.
22    Q.   You're not aware of that, either, are you?
23    A.   He wasn't the editor?
24    Q.   I said he didn't edit that issue of the
25 journal.

Page 131

1    A.   Oh.  Oh, well, that's a different story.
2 He's still responsible for it if he's the editor.
3    Q.   Are you aware that the authors retreated from
4 their position in response to criticisms in the form
5 of letters to the editor from Dr. Scialli and from
6 Dr. Brent?
7    A.   Possibly.  Yeah, possibly.  Okay.  So,
8 anyhow, so I guess I got off on a tangent here.
9 Sorry.  But just to get back to this, I relied upon
10 these papers that were published in these
11 peer-reviewed journals to identify the fact that there
12 was an increase in the number of congenital
13 malformations.
14    Q.   Doctor, I asked you specifically about the
15 malformations that you claim that Evan Frischhertz
16 has.  Let's itemize those.  You claim that he has a
17 PFO, right, or had a PFO, a patent foramen ovale.
18         MR. CENTOLA:  Objection, form.
19    A.   Yeah, but I don't -- I mean, I've changed my
20 opinion since then.
21    Q.   (By Mr. Glanville) What's your opinion about
22 that?
23    A.   My opinion now is that after reading all
24 these new materials, I don't see -- and after reading
25 all the reports, I don't -- I don't have an opinion

Page 132

1 that he had any kind of heart defect at all.
2    Q.   Okay.
3    A.   You have to realize when I was -- and I
4 obviously put that into my report that I retain my
5 right to change my opinions.  When I did this report,
6 I had seen the medical reports of the doctors that
7 identified specific problems with Evan.
8    Q.   Well, Doctor, you served this supplemental
9 report this morning that you prepared in the last
10 week.
11    A.   Right.  And it says nothing in there about
12 heart defects.
13    Q.   Okay.  So we were to know from reading this
14 that you no longer hold the view that he had a cardiac
15 defect.
16         MR. CENTOLA:  Objection, form.
17    A.   I no longer hold that view.
18    Q.   (By Mr. Glanville) Okay.  And we've already
19 talked about upper limb defects, and, as I understand
20 your testimony, you've not identified a single study
21 conducted by any woman, in humans or in animals,
22 demonstrating that Paxil is even associated with upper
23 limb defects, let alone causes them.  Is that an
24 accurate statement?
25    A.   That is correct.  However, if I can continue

Page 133

1 to explain that, Paxil was present during the
2 development of the hand bud and the hand plate and the
3 hand limb -- and -- you know, so that is my position,
4 that it was a teratogen present.  The development of
5 the limb would be affected by the teratogen that was
6 present.
7    Q.   Doctor, have you researched the scientific
8 literature to examine whether Paxil in particular or
9 SSRIs in general have been administered to various
10 animals in developmental stages and examined for
11 effects on upper limb development?
12         MR. CENTOLA:  Objection, form.
13    A.   Yes.
14    Q.   (By Mr. Glanville) And you know there have
15 been multiple studies of that nature, not one of which
16 has identified an upper limb development defect, don't
17 you?
18    A.   Yes.  Yeah, getting back to the Scialli
19 here -- sorry about the mispronunciation -- he says in
20 his report on page 12 that he does not agree with
21 Sloot's paper; however, he does not identify in any
22 way, shape, or form, that he was not the editor at
23 that time.  I'm relying on his report.  He's known to
24 be the editor.  He says, I am the editor of the
25 journal of -- I'm sorry -- the journal called

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 134

1  Reproductive Toxicology.  In fact, I'm the founding
2  editor of the peer-reviewed journal, Reproductive
3  Toxicology.  And so --
4      Q.  Doctor, if you examined the issue in which
5  the Sloot issue was published, you would have seen
6  that it had a guest European editor and there were
7  European contributors to that issue.
8      A.  But he's still the editor.
9      Q.  And --
10     A.  He's still the editor.
11     Q.  You can see from his report that he's heavily
12  critical of the Sloot paper and that he reports that
13  the Sloot authors retracted their position that Paxil
14  is a teratogen.
15     A.  You know --
16     Q.  Do you see that?
17     A.  Yes.  But you can't --
18     Q.  Do you dispute that?
19     A.  No, I don't dispute that.
20     Q.  Okay.
21     A.  But you cannot under any circumstances push
22  the responsibility of being the editor of your journal
23  off to somebody else without -- if he didn't -- you
24  know, okay.  I'm not going against Scialli.  That's
25  his problem.  He's got to live with this.  But there

Page 135

1  was no retraction published, that I could find, in
2  Reproductive Toxicology.  You know, papers -- is there
3  a retraction published?
4      Q.  There's not a retraction.  The response is to
5  letters to the editors.
6      A.  Oh, big deal.  Retraction is a bit different
7  than people just yelling and screaming at each other.
8  That happens all the time.  Formal retraction is the
9  mechanism used in the scientific community for
10  removing a paper that's not considered acceptable.
11  Otherwise, we just have a difference of opinions.
12     Q.  Doctor, I think you'll see that there's no
13  difference of opinion when it comes to what their
14  findings show, as reflected in their response to the
15  letter to the editor.  We'll get it out here.
16     A.  Yeah, but, you know, you're either --
17         MR. CENTOLA:  Wait for a question.
18         (Exhibit No. 14 marked)
19         MR. GLANVILLE:  26.
20     Q.  (By Mr. Glanville) I'll you give you what
21  we've marked as Exhibit 26 -- oh, that's not 26.
22  What's the number on there?  14?
23     A.  14.
24     Q.  Yeah.
25     A.  Okay.  So Sloot says, ah, I'm not so sure

Page 136

1  after all of this.
2      Q.  In the first page in the left column toward
3  the bottom, the last paragraph, they say, "In the WEC
4  studies, a differentiation has been made between
5  malformations associated with adverse affects on
6  growth and development of the embryos (i.e.
7  embryotoxicity) and malformations without such effects
8  (i.e. teratogenic activity/potency).  Furthermore,
9  this distinction is made for purposes of the WEC test;
10  it is not intended as a definition of in vivo
11  teratogenicity."
12         That means that, by their own
13  definition, they do not intend that expression to
14  identify a substance capable of causing birth defects
15  in living animals, correct?
16     A.  In vivo, in vivo.
17     Q.  Right.  That means in live animals, right?
18     A.  That's correct.
19     Q.  Right.
20     A.  In live animals.
21     Q.  And you know what WEC stands for, don't you?
22     A.  It's the process of -- their -- their
23  methodology for doing this specific test.
24     Q.  It's whole embryo culture, right?
25     A.  Right, yeah.  They take the embryo out and

Page 137

1  they treat it --
2      Q.  Right.
3      A.  -- outside of the mother.  They treat it with
4  various chemicals.  Kind of like what we do with cell
5  tissue culture.  And when we do cell tissue culture,
6  those studies have been used by pharmaceutical
7  companies, HeLa cells and things like that, to
8  determine whether a chemical should be used on humans
9  or not.
10         Even we use bacteria very often to
11  determine if chemicals that we'd like to use in our
12  own environment, or drugs, are teratogenic or
13  mutagenic.
14         (Cell phone interrupts proceedings)
15     A.  Excuse me.  You can keep it on.  Let me --
16  sorry.  Okay.
17     Q.  (By Mr. Glanville) Do you need to step out?
18     A.  No, no, no.  I'm just going to turn the
19  volume down.  I'll put it over here so it buzzes the
20  table.
21         So in those types of studies, where he's
22  taking the embryo out of the womb, essentially, and
23  treating it to see what happens, it's not like being
24  in vivo.
25     Q.  Right.  Because you have no protective effect

Paul Goldstein, Ph.D.

Page 138

1  of the womb, right? You're pouring the substance
2  directly on the embryo, correct?
3      A. Everything is different.
4      Q. Right.
5      A. Everything is different.
6      Q. And you understand for that reason, FDA and
7  every other regulatory agency in the U.S. that's
8  addressed the question has said WEC studies cannot be
9  used to predict human risk, don't you?
10     A. They're not the greatest studies to use.
11     Q. Right.
12     A. I don't disagree with that.
13     Q. Okay.
14     A. I happen to agree with that. My only point
15 is, is that this one went into Reproductive
16 Toxicology. When it was accepted, they said, wow,
17 this is great, this is great stuff. This is the best
18 journal for reproductive toxicology that man has ever
19 produced.
20     Q. Well, you understand these studies --
21 nobody's saying they're worthless. They could be
22 used --
23     A. Yeah.
24     Q. -- for hypothesis generation, right?
25     A. They're -- they're data --

Page 139

1      Q. Right.
2      A. -- and how you want to use it.
3      Q. Yeah. And if you develop a hypothesis from
4  this, there are scientifically acceptable ways of
5  exploring whether that hypothesis is valid, correct?
6      A. Okay.
7      Q. And this is just the first step in that
8  process.
9      A. I agree.
10     Q. To your knowledge, is your opinion that Paxil
11 can cause birth defects in general or limb defects,
12 upper limb defects in particular been accepted by any
13 professional organization?
14     A. Organizations don't take stands on these
15 things.
16     Q. Well, actually, they do.
17     A. Well, they shouldn't. That's -- they might,
18 but I would disagree with an organization doing that.
19 They can write position papers, but this is not a
20 function of an organization.
21     Q. Well, one of the functions of professional
22 organizations is to evaluate the available scientific
23 literature and provide guidance to the people
24 interested in --
25     A. Right.

Page 140

1      Q. -- their expertise, right?
2      A. Right. And that's what they do in their
3  journals.
4          (Exhibit No. 15 marked)
5      Q. Okay.
6      A. Who is this from? This is from the
7  Organization of Teratology Information Specialists?
8      Q. Yes.
9      A. I've never heard of them. That's a group of
10 guys who got together over a beer one day. I don't
11 know who these people are.
12     Q. It's a principal organization of birth
13 defects counselors in the United States, isn't it,
14 Doctor?
15     A. It's immaterial. This is not peer-reviewed.
16 This is nothing. I don't even know what -- I
17 haven't -- I haven't seen this, and they shouldn't be
18 taking a stand like this.
19     Q. Well, you say this is not peer-reviewed. You
20 don't have a clue whether this is peer-reviewed, do
21 you?
22     A. Well, I kind of like their logo. Raising
23 mom's awareness, reducing baby's risk, with a little
24 heart, and it says Otis, like the elevator.
25         So this is not --

Page 141

1      Q. Do you know anything about this organization,
2  Doctor?
3      A. This is not a journal. This is a statement
4  that somebody wrote by Otis.
5      Q. What I want to call your attention to is on
6  the first page, the lower left column, the question,
7  "Can taking paroxetine during my pregnancy cause birth
8  defects?" Would you read the answer to that, please.
9      A. Sure. Sure. Well, you want me to read the
10 whole answer?
11     Q. Sure.
12     A. Okay. "Early studies looking at paroxetine
13 use during pregnancy found no increased risk for birth
14 defects. Since 2005, a few studies have suggested" --
15 and those are the studies probably that I read -- that
16 I mentioned in part one here in my paper that I gave
17 to you -- "may be associated with an increased risk
18 for heart defects. In the general population, the
19 background risk for heart defects is 1 percent."
20         Okay. "These studies showed that
21 paroxetine use during pregnancy may increase this risk
22 to 2 percent." Okay. "Based on these studies," which
23 is like 100 percent increase, double. "Based on these
24 studies, several organizations made statements saying
25 that women should avoid taking paroxetine during

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 142

1  pregnancy if possible.  However, more recent studies
2  have not found an increased risk for heart defects."
3  And this was produced when?
4      Q.  2008.
5      A.  2008.  So they totally ignore lots of papers
6  published in 2007, okay?  "However, more recent
7  studies have not found an increased risk for heart
8  defects with exposure to paroxetine during pregnancy."
9          Okay.  They don't say when during
10 pregnancy.  "Overall, the majority of studies show
11 that paroxetine is not associated with an increase in
12 the risk for birth defects over what is normally seen
13 in the general population."
14     Q.  Do you agree or disagree with that statement?
15     A.  I absolutely disagree with -- I don't even
16 have to disagree.  You have one, two, three, four,
17 five, six, seven papers here that state after
18 exclusion, this is Diav-Citrin, 2005, "After exclusion
19 of genetic and cytogenetic anomalies" --
20         (Court reporter interruption)
21     A.  -- "there was a higher rate of major
22 anomalies in the paroxetine group exposed in the first
23 trimester compared to the controls" with an odds ratio
24 of 1.92."
25     Q.  Doctor, I can read those.  I have a question.

Page 143

1      A.  Well, so it goes on and on and on as to,
2  well, there were.
3      Q.  Do you know how many studies there are in the
4  scientific peer-reviewed literature examining the
5  relationship between Paxil and birth defects?
6      A.  No.
7      Q.  You don't know whether there are 20 or 50 or
8  100, do you?
9      A.  No.
10     Q.  And you don't know what percent of those find
11 a statistically significant increase in birth defects
12 in general or particular birth defects, do you?
13     A.  I don't know what percent they do, but I know
14 that there are some that found no -- in their cohort,
15 under the conditions, whatever conditions they
16 established, under whatever group of people that they
17 included in their cohort, considering wherever they
18 might have gotten their information from, and any
19 other of the hundred confounding factors described in
20 these papers, there are some papers that describe no,
21 that there weren't any defects.
22     Q.  Right.  And have you made a comprehensive
23 survey of that literature to determine and to be able
24 to express under oath an opinion as to whether the
25 majority of studies do or don't find a statistically

Page 144

1  significant association between Paxil and birth
2  defects?
3          MR. CENTOLA:  Objection to form.
4      A.  No, I haven't done a majority of studies, but
5  I have identified those that I believe -- as for what
6  they say in their own information that was published
7  in these peer-reviewed journals.
8      Q.  (By Mr. Glanville) Are you aware of any
9  professional organization or any regulatory body
10 anywhere in the world taking a position contrary to
11 the one we just read that Otis expressed?
12         MR. CENTOLA:  Objection, form.
13     A.  No, but I imagine that there are some.
14     Q.  (By Mr. Glanville) Do you claim that your
15 opinion that Paxil can cause upper limb defects of the
16 type that Evan Frischhertz has is generally accepted
17 in the scientific community?
18     A.  Well, it's obviously not generally accepted,
19 is it, because there are no papers out there that
20 exactly show that.  My claim -- my claim is based
21 on -- my claim.  My opinion -- I don't make any claims
22 here.  My opinion is, is that since we know, it's
23 proven that teratogen is a -- I'm sorry, that Paxil is
24 a teratogen, and I believe it's proven that she took
25 the Paxil during the time period when the limb bud and

Page 145

1  the hand plate and the hand is being -- is undergoing
2  embryogenesis here, then this is a reasonable
3  explanation.  It's, in fact, the only scientific
4  explanation for a problem with her hand.  There's
5  nothing else out there that would indicate such a
6  thing.  Everything else would be considered
7  ideopathic, as we say.
8      Q.  Right.
9      A.  But this is at least a known teratogen is
10 present at that time.  This is a possible effect.
11     Q.  And the question is, is there some scientific
12 methodology by which you distinguish an ideopathic
13 hand defect of the type he has from one caused by what
14 you allege is a teratogen?
15     A.  Well, yes, it's actually quite easy.  It's
16 not necessarily ideopathic, because we have a known
17 chemical here that does perturb the development of
18 cells in the embryo.  And when we have such a thing,
19 that is a reasonable explanation.
20     Q.  Well, Doctor, if you agree that the
21 majority -- the vast majority of these conditions are
22 ideopathic, that means, by coincidence alone, some
23 babies whose mothers took Paxil will have a limb
24 defect that has nothing to do with their Paxil
25 exposure, right?

Paul Goldstein, Ph.D.

Page 146

1    A.   It's possible.
2    Q.   Okay.
3    A.   Yes.
4    Q.   And the question is, scientifically, how do
5  you distinguish that condition from one that you
6  allege is caused by the Paxil exposure?
7    A.   You basically use differential diagnosis.
8  You rule out everything you can, like a null
9  hypothesis, essentially.  If it's not this, it's not
10  this, it's not this, they get everything down to zero,
11  and because they're left with nothing else, then you
12  have this.
13    Q.   (By Mr. Glanville) How do you rule out
14  ideopathic, unknown?
15    A.   You don't.
16    Q.   Okay.
17    A.   You just really don't.  That ideopathic just
18  comes in every time.
19        (Exhibit No. 16 marked)
20    Q.   Now, we talked about biological plausibility
21  earlier.  I've handed you what I've marked as
22  Exhibit 16.
23    A.   That's okay.  No, I have it.
24    Q.   Well, I want to make sure you've got the same
25  one I've got.

Page 147

1    A.   Okay, sure.
2    Q.   I appreciate it if you'd use that.
3    A.   Okay.
4    Q.   That's the Cole article, and that's one you
5  actually cited in your report, isn't it?
6    A.   Yeah.  I sent it to you.
7    Q.   Okay.  Let's turn to page 1084 of that
8  publication.  Are you there?
9    A.   I'm trying to get there.  Okay.
10    Q.   Okay.  If you look at the first full
11  paragraph, the second sentence, it says, Animal
12  studies of paroxetine at two and nine --
13    A.   Wait a minute.  I'm not with you now.
14    Q.   Second sentence of the first full paragraph,
15  upper left.
16    A.   Found it.  Okay.
17    Q.   "Animal studies of paroxetine at two and nine
18  times the maximum recommended dosage in humans did not
19  find teratogenic effects, which further supports the
20  lack of a biologic model."
21        Did I read that accurately?
22    A.   Yes.
23    Q.   Do you have any reason to dispute that
24  statement?
25    A.   No.

Page 148

1    Q.   Now, you've told us that biologic
2  plausibility is one of the key factors in assessing
3  causation under Bradford Hill, right?
4    A.   Yes.
5    Q.   And would you agree that biologic
6  plausibility has not been satisfied under the
7  circumstances.
8        MR. CENTOLA:  Objection to form.
9    A.   Good question.  Let me think about that.
10        I can't really answer it, and here's
11  why.  I haven't seen the Hallberg study, and he's
12  citing Holberg.  Similar to -- what he says here, he
13  says, "did not find teratogenic effects."  17.
14  Citation 17.  And that's citing Hallberg and from
15  2005, The use of selective serotonin reuptake
16  inhibitors during pregnancy and breast feeding: a
17  review and clinical aspects.
18        I've never seen the paper.  I don't
19  really know anything about the paper.  So although I
20  have no reason to disagree with him, I have no reason
21  to agree with him, either.  I'm kind of neutral about
22  that.
23        The other thing is this:  People are
24  different.  You can give a person .1 gram of something
25  and they'll go into anaphylactic shock.  You give

Page 149

1  another person a hundred grams of that and they'll
2  look at you and say it's not even working.
3        And so there's so much genetic
4  variability, as we know, because of epistasis, right,
5  and other genetic mechanisms.  Pleiotropy, for
6  example.  There's so much individual variation here,
7  I'm kind of neutral about the statement.
8    Q.   Have you examined any of the preclinical
9  studies involving Paxil?
10    A.   Preclinical.
11    Q.   Yeah.
12    A.   Like what?
13    Q.   Like the animal studies, the rabbits and
14  rats.
15    A.   I've looked at those, sure.
16    Q.   Did you see any evidence in there that Paxil,
17  no matter what dosage it was given, was associated
18  with an increased risk of upper limb defects?
19    A.   No.
20    Q.   Have you seen any publication by anyone of an
21  experiment demonstrating that Paxil in particular or
22  SSRIs in general were associated with an increased
23  risk of upper limb defects?
24    A.   No.
25    Q.   Would that militate against biological

38 (Pages 146 to 149)

Paul Goldstein, Ph.D.

Page 150

1  plausibility?
2      A.  No.  Because Scialli says biological
3  plausibility includes a consideration of alternative
4  explanations for the outcome of an individual
5  plaintiff.
6          So an alternative explanation is that a
7  teratogen -- a teratogen affecting the development of
8  the hand plate in Evan was also a malformation of the
9  hand.  The known teratogen that he had been exposed to
10  through his mother at that time was Paxil, that we
11  know about, that is known.
12          So that's the alternative explanation.
13  So biologic plausibility follows Scialli's definition.
14      Q.  Doctor, do you have a view as to your
15  positing that Paxil is not only a teratogen but that
16  it's a teratogen that adversely affects upper limb
17  development, correct?
18      A.  I am positing -- to answer your question, I
19  am positing that it's a teratogen, right, that
20  adversely affects the limb bud and the hand, at that
21  specific stage of development.  So that's -- that's
22  specifically what I'm posit -- I'm suggesting, I'm
23  trying to say.
24      Q.  Right.  And have you identified the
25  biological mechanism by which you think that

Page 151

1  phenomenon occurs?
2      A.  The biological mechanism would be how
3  teratogens act.  Nobody knows for sure how these
4  things occur.
5      Q.  Well --
6      A.  You can get into serotonin and all that.  And
7  there are studies that show that increased levels of
8  serotonin are -- well, maternal serotonin is involved
9  in production of -- in the development of limbs in the
10  embryo.
11          THE COURT REPORTER:  Development of
12  what?
13          THE WITNESS:  Of limbs in the embryo.
14      A.  And I believe I sent those to you already.
15      Q.  (By Mr. Glanville)  Right.
16      A.  It's the Cote article and the Fligney article
17  where they say that serotonin -- early embryos use the
18  5HT, which is serotonin, to regulate cell
19  proliferation and/or morphogenetic movements during
20  embryogenesis.  And it's involved in limb development.
21  Mesenchymal cell growth and differentiation, on and on
22  and on and on.
23      Q.  And, Doctor, in any of those experiments, did
24  they identify any limb defects in any of those animals
25  associated with alterations in serotonin?

Page 152

1      A.  Alterations in serotonin?
2      Q.  Yeah.
3      A.  Not that I know of.
4      Q.  Okay.  None of those studies involve Paxil or
5  SSRIs, did they?
6      A.  No.  They're just -- because serotonin had
7  come up in arguments between other experts, I reviewed
8  this material.
9      Q.  Right.
10      A.  And so I found that serotonin is involved,
11  apparently from these studies, with limb development.
12  So you take it the next step, and on one of these
13  papers -- this is 2007 and 2009, you take this kind of
14  information and you say, wow, gee, serotonin is
15  involved with limb -- the production of a limb, from
16  these studies.  If you alter those levels, it could be
17  that you now have the influence that you're looking
18  for or the mechanism you're looking for.
19      Q.  Right.  That's an interesting hypothesis,
20  isn't it?
21      A.  And that's what it is, it's a hypothesis.
22      Q.  Right.  And it hasn't been demonstrated to be
23  a fact, has it?
24      A.  It's a hypothesis.
25      Q.  Right.

Page 153

1      A.  In fact, we have -- we don't have anything
2  that we can actually call facts.  And the reason we
3  don't really have facts is because we're in the
4  physical world, and as we learn more, it's amazing how
5  those facts disappear and are replaced by other facts.
6      Q.  Right.  And, Doctor, one of those papers you
7  produced involved use of a knockout mouse, right?
8      A.  I believe so, yes.
9      Q.  And the knockout mouse was unable to
10  produce -- the maternal mouse only had 15 or so
11  percent of the normal level of circulating serotonin,
12  right?
13      A.  I believe so, yeah.
14      Q.  Right.  And what they found was not any birth
15  defects in the mouse they studied, right?
16      A.  Right.  But we also have discussed the fact
17  that it's hard to go -- you can't have it both ways.
18  You know, either you support animal studies or you
19  don't.  So if we support animal studies, then we would
20  say, well, yeah, this is clear proof that it can
21  happen in humans.  But since we know that it's somehow
22  hard on your experts and other people and papers have
23  also said, you know, it's sometimes hard to take a
24  situation in an animal or a mouse or whatever and
25  apply it directly to humans.

39 (Pages 150 to 153)

Paul Goldstein, Ph.D.

Page 154

1    So I agree with what you're saying in
2  the sense that, hmm, a knockout mouse, if you don't
3  get a response, that's pretty definitive.
4    Q.   Yeah.  The only thing they found was
5  cardiomyopathy --
6    A.   Yeah.
7    Q.   -- in the adult --
8    A.   Yeah, I understand that, okay?  But that's in
9  a mouse.  And so it's hard, again, to apply that
10 directly to humans.
11   Q.   Well, if you don't see it in a mouse --
12   A.   Yeah.
13   Q.   -- at that very low level of serotonin
14 exposure, then you don't even have a hypothesis that
15 it might happen in humans, right?  I mean, the other
16 way around, if it happens in a mouse, then you can
17 hypothesize it happens in humans, but if you don't see
18 it in a mouse, you don't even have a basis for the
19 hypothesis, do you, Doctor?
20         MR. CENTOLA:  Objection.  Can we lower
21 our voice and can we talk respectfully to this man?
22 There's no need to be argumentative.  I've let it go
23 on for a very long time.  The video will show that
24 it's been argumentative for a very long time.  Can we
25 please bring it down, talk to the man in a normal

Page 155

1  voice?  He hasn't raised his voice at you, sir.
2          MR. GLANVILLE:  I didn't think that I
3  was talking in an extraordinary voice, and I don't
4  think the doctor had that impression.
5          THE WITNESS:  Well, it's not for me to
6  say.
7          MR. CENTOLA:  Let's not argue with the
8  witness.  Let's ask questions.
9          MR. GLANVILLE:  I'm arguing with you.
10   A.   What I was going to say was, we want it both
11 ways.
12   Q.   (By Mr. Glanville) Excuse me?
13   A.   We want it both ways.  So --
14   Q.   But the fact is, Doctor, you haven't seen any
15 studies -- well, do you have an opinion as to what
16 effect, if any, Paxil has on circulating maternal
17 serotonin in the human?
18   A.   The way it's supposed to work is that it
19 raises the level of serotonin available to cells and
20 tissues, but as far as circulating?
21   Q.   Right.
22   A.   I don't know the levels of that.  I know that
23 it crosses the placenta, but this is out of my area.
24   Q.   Well, what --
25   A.   As far as -- like you said, the levels -- how

Page 156

1  it effect the levels of circulating serotonin in the
2  mother?
3    Q.   Right.
4    A.   I don't know -- I don't know those numbers.
5    Q.   Well, you said, "I know the way it's supposed
6  to work."  When you referred to increasing the level
7  of serotonin in the tissues, what you presumably meant
8  to say is that it increases the availability of
9  serotonin in the neural synapse, right?
10   A.   That's correct, yeah.
11   Q.   Okay.
12   A.   Right.
13   Q.   That may not have anything to do with what
14 happens with maternal serotonin, circulating
15 serotonin, right?
16   A.   I don't know the answer to that.
17   Q.   Okay.  And do you know the answer to that
18 question --
19   A.   That's not really in my area.
20   Q.   Right.  Do you know the answer to the
21 question of whether Paxil in particular or SSRIs in
22 general in any way affect the level of serotonin to
23 which the fetus is exposed during the first trimester
24 of pregnancy?
25   A.   This is out of my area, so I don't know that

Page 157

1  information.
2    Q.   Well, don't you agree that in order to posit
3  a biological mechanism, that is, alteration in
4  serotonin level to which the fetus is exposed as an
5  explanation for why you think Paxil causes birth
6  defects, you need data to support the proposition that
7  Paxil alters the level of serotonin to which the fetus
8  is exposed during organogenesis.
9          MR. CENTOLA:  Objection to form.
10   A.   The level is not necessarily important in --
11 in this argument.  The fact that serotonin does cross
12 the placenta and the fetus is exposed to it is what I
13 utilized here.
14         Those -- you know, just because -- like
15 you said, there is not necessarily a dose response
16 issue here.  The fact that it's exposed at all is what
17 I'm talking about.
18   Q.   (By Mr. Glanville) Doctor, you understand
19 that whether a patient -- whether a mother of a fetus
20 is taking Paxil or not, she has circulating serotonin,
21 right?
22   A.   Right.
23   Q.   Okay.  And as I understand your testimony,
24 you don't know if Paxil has any effect whatsoever on
25 the level of circulating maternal serotonin.

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 158

1    A.  I don't know that right offhand --
2    Q.  Okay.
3    A.  -- right.
4    Q.  And you have made the statement twice that
5  serotonin crosses the placenta.
6    A.  That is correct, yes.
7    Q.  Are you aware of any data examining the
8  question of whether maternal serotonin crosses the
9  human placenta at any time during the first trimester
10  of pregnancy when organogenesis occurs?
11    A.  I don't know the answer to that.
12    Q.  The data you're familiar with looks at
13  transmission of SSRIs transplacentally at or about the
14  time of the term of the pregnancy, right, the full
15  term?
16    A.  No.  Well, the data that I'm most interested
17  in is what happened during the first trimester.
18    Q.  Right.  And you don't have any information
19  indicating one way or the other whether Paxil crosses
20  the human placenta during the first trimester, do you?
21    A.  I don't have any information that says
22  anything other than that.  It crosses the placenta.
23    Q.  Well, Doctor, you understand that the
24  placenta changes its permeability characteristics over
25  its developmental life, don't you?

Page 159

1    A.  I would assume so.  I would hope so.
2    Q.  Have you ever researched the question of the
3  extent to which substances in maternal blood are
4  transferable to the fetus across the placenta at
5  different times during a pregnancy?
6    A.  No.
7    Q.  Okay.  I should ask, you make the call on
8  this, whenever you want to take a lunch break.
9    A.  I don't eat lunch.
10        MR. GLANVILLE:  Let's take five minutes.
11        THE VIDEOGRAPHER:  Off the record at
12  12:20 p.m., end of tape 2.
13        (Lunch recess 12:20 p.m. - 1:02 p.m.)
14        THE VIDEOGRAPHER:  Back on record at
15  1:02 p.m., beginning of tape 3.
16    Q.  (By Mr. Glanville) Doctor, as I understand
17  it, your opinion that Paxil caused Evan Frischhertz's
18  limb defects is based on your belief that Paxil is a
19  teratogen and that Evan Frishhertz was exposed to
20  Paxil during a critical period of limb formation; is
21  that correct?
22    A.  Yes.
23    Q.  Okay.  Now, are you familiar with FDA's
24  Reviewer Guidance Evaluating the Risks of Drug
25  Exposure in Human Pregnancies?

Page 160

1    A.  No.
2        (Exhibit No. 17 marked)
3    Q.  Well, I'm going to show it to you anyway.
4  We'll mark it as Exhibit 17, and I want to ask you
5  about some statements in there and see whether you
6  agree or disagree.  Let's turn to page 2 of the
7  document, if you would, please.
8    A.  Okay.
9    Q.  And in the first paragraph under
10  "Background," the last sentence says, "Whether a drug
11  causes abnormal development or not depends not only on
12  the physical and chemical nature of the drug but also
13  on the dose, duration, frequency, route of
14  administration, and gestational timing involved."
15        Do you agree with that?
16    A.  Yes, absolutely.
17    Q.  The last paragraph on that page, it says,
18  About 4 percent, 1 of 28, babies born each year with
19  major -- are born each year with major birth defect or
20  congenital malformations.
21        Do you agree with that statement?
22    A.  They're quoting March of Dimes 2001.  I
23  assume that was correct then.  I don't know what the
24  numbers are in 2005.
25    Q.  Do you have any reason to believe they've

Page 161

1  changed?
2    A.  Why not?  They change every year.  So I don't
3  know.  I agree with this statement from 2001.
4    Q.  Okay.  And in that paragraph it also says,
5  For the majority of birth defects, about 65 percent,
6  etiology is unknown.
7        Do you agree or disagree with that?
8    A.  I agree with that.
9    Q.  And they say, Chemically-induced birth
10  defects, including those associated with drug
11  exposure, probably account for less than 1 percent of
12  all birth defects.  Few drugs are proven human
13  teratogens at clinical doses.
14        Do you agree or disagree with that?
15    A.  I agree.  There are not that many human
16  teratogens out there.
17    Q.  And they say, Out of the thousands of drugs
18  available, only about 20 drugs or groups of drugs,
19  most being anticonvulsants, antineoplastics, and
20  retinoids, are recognized as having an increased risk
21  of developmental abnormalities when used clinically in
22  humans.
23        Any reason to dispute that?
24    A.  No.  I mean, that's quoting something from
25  2000, so that's 12 years ago.  But I have no reason to

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 162

1   dispute that that was the current belief in 2000.
2       Q.   And then over on page 4, in Section A,
3   Background Prevalence of Adverse Pregnancy Outcomes,
4   they say, "Every pregnancy has a risk of an abnormal
5   outcome regardless of drug exposure."
6            Do you agree with that?
7       A.   Yes.
8       Q.   Then turn to page 6, if you would.  They say,
9   Human teratogens generally increase rates of specific
10  drugs or a spectrum of -- I'm sorry -- specific
11  defects or a spectrum of defects.
12           Do you agree with that statement?
13      A.   Okay.  Sure, why not.
14      Q.   Do you know of any human teratogen that
15  increases the risk of each and every birth defect?
16      A.   No, there is none.
17      Q.   Well, every category of birth defects.
18      A.   It doesn't exist.
19      Q.   Okay.
20      A.   Thank God for that.
21      Q.   All right.  And then on page 6, in the third
22  paragraph, they say, "It has been suggested that the
23  possibility of detecting a teratogen can be increased
24  by grouping individual malformations according to an
25  understanding of their embryologic tissue of origin."

Page 163

1            Do you agree with that?
2       A.   Yes.
3       Q.   And they go on at the -- in the last sentence
4   of that paragraph and they say, "A case in point is
5   isotretinoin, which interferes with neural crest cell
6   migration/development and leads to specific
7   malformations of the ear, heart, and neural tube."
8            Do you agree with that statement?
9       A.   I don't know anything about isotretinoin, but
10  I don't disagree or agree.  I just take it for what it
11  says.
12      Q.   But you're familiar with the notion that in
13  assessing teratogenicity of a substance, it's useful
14  to identify developmentally related structures,
15  correct?
16      A.   Yes.
17      Q.   Okay.
18      A.   Absolutely.
19      Q.   And with respect to upper limb defects in
20  particular, have you identified any other
21  developmentally related organs or structures?
22      A.   Well, in that particular instance we go back
23  to the limb bud and the hand plate.  So anything that
24  comes from a limb bud or hand plate is related.  Like
25  if a person has their fourth finger or let's say their

Page 164

1   pinky finger is shortened, hmm, does that relate to
2   another person who has a thumb that is shortened?
3   Could be.
4            So these are -- certainly have different
5   functions, certainly have different reasons for
6   existence, but they all come from the same tissue, so,
7   in essence, we can say that anything that would have
8   affected the hand -- the limb bud or the hand plate
9   would have accounted for that.  But I don't know that
10  you can say that -- well, I don't know.  Well, let's
11  just stop there.
12      Q.   Okay.  And so is it your view that limbs are
13  not developmentally related to any other organ system?
14      A.   I don't know enough about it.
15      Q.   Well, in other words, in order to reach a
16  conclusion that a substance causes limb defects, do
17  you need evidence that it causes limb defects, or does
18  evidence that it causes some other form of defect
19  enable you to extrapolate from that other defect to a
20  limb defect?
21      A.   Oh, I see what you're saying.
22      Q.   Yeah.
23      A.   With a teratogen, that can be.  A teratogen
24  is something that affects the develop -- we don't know
25  exactly how they work, but assuming that they interact

Page 165

1   with the DNA, once you have a chemical that can
2   interact with the DNA, it doesn't have to be so
3   specific the way they're saying here.  It can be much
4   more -- a little more generalized because it depends
5   on the individual.
6            These are always going to be --
7   everything you read here is going to depend on the
8   individual.  Epistasis is where genes interact with
9   each other.  Pleiotropic events is where one gene
10  can -- the expression of one gene can be manifested in
11  multiple phenotypes.
12           So all that has to be taken into account
13  to answer that type of question.  So the answer is
14  yes, it can.
15      Q.   I think your testimony earlier -- and I don't
16  want to misstate it, so tell me if I am -- is that
17  you're unaware of any human or animal data showing
18  that Paxil or SSRIs can adversely affect the
19  development of limbs.
20      A.   I said that, yeah.
21      Q.   Okay.  And I think you also said that you're
22  unaware of any animal or human data establishing that
23  alterations of serotonin can adversely affect the
24  development of limbs.  Is that correct?
25      A.   You know, I never mentioned serotonin in any

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 166

1  of my reports, and I'm not here even to discuss
2  serotonin because that's for a serotonin expert, as I
3  mentioned before.  So any serotonin kind of questions,
4  I'm going to refer to the medical doctor or the
5  epidemiologist.
6      Q.  Fair enough.
7      A.  I'm not going to discuss serotonin.  I
8  don't -- I just know that it's a positive idea, but it
9  doesn't come into my thinking, way of thinking.
10     Q.  Now, in reaching your conclusion that Paxil
11 causes limb defects of the type that Evan Frischhertz
12 had -- has -- what specific data relating to Paxil and
13 its alleged ability to cause birth defects do you rely
14 on?
15     A.  I've already answered that question a few
16 times, but I already mentioned it a number of times by
17 referring to statement number one of the document that
18 I gave you, "Given:  There are no specific papers in
19 refereed journals that describe the situation which
20 Paxil was taken by non-cohorted pregnant women during
21 the first trimester who then gave birth to babies with
22 a condition similar to that diagnosed in Evan
23 Frishhertz," described as and then continued on.
24         So there are no studies that show that
25 specifically.

Page 167

1      Q.  Right.  But then you've nevertheless, even in
2  the absence of those studies, you've concluded that
3  Paxil is capable of causing that kind of limb defect.
4  And I'm asking you:  Are you relying on Paxil's
5  association -- reported association in some studies
6  with cardiac defects?  With all congenital
7  malformations combined?  With clubfoot?  What specific
8  body of data do you rely on to support that
9  conclusion?
10     A.  Okay.  I'm relying on -- as I mentioned in
11 number one, and the list of those papers, I'm relying
12 on the fact that Paxil has been shown to be a
13 teratogen, that it's shown to have a number of
14 different congenital malformations that --
15         THE COURT REPORTER:  I'm sorry, a number
16 of what?
17     A.  -- congenital malformation that may or may
18 not be truly associated with it, but they're reported
19 in the literature, and that a teratogen can affect --
20 as I've said many times already, can affect the
21 development of the limb bud, can affect the
22 development of the hand plate.
23         And these were the tissues that were
24 developing -- that were developing in Evan while his
25 mother was taking Paxil and the Paxil was getting

Page 168

1  directly into Evan through the placenta.
2      Q.  Okay, Doctor.  I take it you agree that not
3  every teratogen can adversely affect the development
4  of limbs.
5      A.  Absolutely.
6      Q.  Okay.
7      A.  Who knows?  We don't even know the answer to
8  that.
9      Q.  And you earlier identified one teratogen --
10 when you told me you disagreed with one of our
11 experts, you identified one teratogen that you claimed
12 adversely affects limb development, right?
13     A.  Yeah.  The Busulfan.
14     Q.  Right.  And we agree that doesn't have any
15 properties in common with Paxil, right?
16     A.  Right.  Other than the fact that there are
17 teratogens that can affect hand development.
18     Q.  Understood.  Now, can you identify any other
19 teratogen that you believe causes limb defects?
20     A.  Not specifically, no.
21     Q.  Okay.  With respect to Paxil, what data do
22 you find most informative about the potential for
23 Paxil to cause limb defects?
24     A.  None of it in specific.  I'm just taking it
25 as a whole body, saying that there are congenital

Page 169

1  abnormalities associated with this.  It's my
2  understanding that -- I don't know if it was Scialli
3  or Lammer, I don't remember exactly who said that they
4  didn't even believe that Paxil was a teratogen.  They
5  weren't even going to go that far.  And yet it's been
6  shown in so many studies that it's clearly a
7  teratogen, it clearly affects -- it clearly increases
8  the risk of having congenital abnormalities.  And so
9  that's where I'm coming from.
10     Q.  What -- has FDA ever taken the position that
11 Paxil causes any type of birth defects, to your
12 knowledge?
13     A.  It just says there's an increased risk, as
14 far as I know.
15     Q.  Okay.
16     A.  It's a category D.
17     Q.  That's an association, isn't it?
18     A.  They're all associations.
19     Q.  And there's a fundamental difference between
20 an association and a causal relationship, isn't there?
21     A.  Sometimes.
22     Q.  Right.  You can't have a causal relationship
23 without an association, right?
24     A.  Generally.
25     Q.  But the fact that you have an association

43 (Pages 166 to 169)

Paul Goldstein, Ph.D.

Page 170

1   doesn't mean that the relationship is causal.
2       A.   Okay.
3       Q.   Now, you said there's an abundance of studies
4   showing that Paxil is a teratogen.  In humans, you
5   mean.
6       A.   Yeah, in these cohorts.
7       Q.   Okay.  And --
8       A.   In these --
9       Q.   Name all the ones you can identify.
10      A.   In humans.  Well, I don't know about in
11  humans, per se.  But, I mean, I'd have to go back to
12  the original papers.  The ones that I wrote down here
13  are Diav-Citrin, Bar-Oz, Berard, Williams report.
14  Well, Williams states, "The data taken from a GSK
15  report which indicated that the number of major
16  congenital malformations in infants exposed to
17  paroxetine used internally during the first trimester
18  was 43.6 per 100 live births," with an odds ratio of
19  2.2.
20           And then Wurst, Louick, Cole.  That's
21  the ones that I have.
22      Q.   Right.  So the Cole study, which we marked
23  earlier -- do you have that handy?  It was marked as
24  Exhibit 16.  Here it is, Doctor.
25      A.   Okay.  I'll get this one.  Okay.

Page 171

1       Q.   Now, this study -- the authors of this study,
2   and, in fact, none of the authors of any of the
3   studies you've cited conclude that Paxil causes
4   congenital defects of any kind, do they, Doctor?
5           MR. CENTOLA:  Objection, form.
6       A.   I don't agree with that.  Louick's -- I'm
7   sorry.  Cole says, "The odds ratio for all congenital
8   malformations associated with paroxetine were 1.89."
9   And he says it quite specifically.  And then he cites
10  the -- then, of course, he's -- I think he's relating
11  to the GSK study where the odds ratio were 2.01.
12      Q.   (By Mr. Glanville)  That's evidence of an
13  association, Doctor, isn't it?  When you find a
14  statistically significant increased risk, that's
15  evidence of an association, correct?
16      A.   Okay.  So?  And?
17      Q.   What I asked you was whether these authors
18  conclude that Paxil is a human teratogen.
19      A.   Do they conclude that Paxil is a human
20  teratogen.  The definition of a human teratogen is a
21  drug or other environmental substance capable of
22  interfering with the development of an embryo fetus
23  that may lead to birth defects or developmental
24  malformations.  That's what a teratogen is.
25           So by them saying that there was an

Page 172

1   association between use of Paxil and congenital
2   malformations means that it's a teratogen.  There's no
3   other term that you possibly can say.
4       Q.   They're reporting an association.  The
5   question is whether that association is causal, right?
6   And do they address that issue?  Do they tell you
7   anywhere that association that they report for all
8   congenital malformations combined is causal?
9           MR. CENTOLA:  Objection to form.
10      A.   You'd have to talk to an epidemiologist about
11  that.  That's -- that's for an epidemiologist to go
12  into the nuances of those terms.
13           I read something like Louick who says,
14  Use of paroxetine in first trimester maternal use
15  resulted in an increase of obstruction defects, neural
16  tube defects, clubfoot with a -- with an adjusted
17  ratio -- with an odds ratio of 5.8.  These are clearly
18  developmental defects, as defined by the word
19  teratogen.  That's what the word is, so...
20      Q.   (By Mr. Glanville)  Doctor, if you look at the
21  conclusion in the abstract on the first page of the
22  Cole article.
23      A.   Okay.
24      Q.   They say, "The present findings are
25  consistent with other recent results suggesting the

Page 173

1   possibility of a modestly increased occurrence of
2   congenital malformations following first trimester
3   exposure to paroxetine compared to other
4   antidepressants."
5           Did I read that accurately?
6       A.   Right.  And then if you continue on to key
7   words, the key words are paroxetine, antidepressant,
8   pregnancy, first trimester, teratogen, congenital
9   malformations.
10      Q.   And you understand that when they looked at
11  cardiac defects, they found no statistically
12  significant increased risk of cardiac defects, right?
13      A.   That's fine.  I'm not here to talk about
14  cardiac defects, as I said.
15      Q.   Right.  And they tell us with respect to
16  noncardiac defects, on page 1082 --
17      A.   Yes, I see it.
18      Q.   -- they don't list upper limb defects as any
19  of the defects they identify in the course of this
20  study, do they?
21      A.   Well, I'm not sure, because they have the --
22  you have something here called arthrogryposis
23  multiplex, and they only have one person with it.  My
24  understand -- I'm not a hand doctor, so you'd have to
25  go to these guys.  But my understanding is that

44 (Pages 170 to 173)

Paul Goldstein, Ph.D.

Page 174

1   arthrogryposis is a defect in the joints of the
2   fingers.
3       Q.   That's not a condition that Evan Frischhertz
4   had, is it?
5           MR. CENTOLA:  Objection, form.
6       A.   No, but it is something in the hand.
7       Q.   (By Mr. Glanville) Now, if you look at
8   page 1083.
9       A.   Like I said -- oh, I'm sorry, can I just
10  finish?
11      Q.   Sure.  I thought you had.
12      A.   I thought I had, too.  But, you know, it gets
13  to the point to what are we -- okay.  I'm just going
14  to respond to what you said about it's not a condition
15  he had.  So at what point does it become if it's not
16  his hand, it's his finger.  So, okay, we can show a
17  paper that -- let's make believe we could show a paper
18  that it's his finger.  And if it's not his finger,
19  then it's the second joint of his finger, and we can
20  show a paper that talkies about the second joint of
21  not that finger but the finger next to it.  So at what
22  point, once we are talking about hands, do we have to
23  say, well, you can't show a paper that specifically
24  talks about the third phalangeal joint of that
25  specific finger on his left hand versus his right

Page 175

1   hand?  It becomes a little bit of nitpicking, maybe?
2   I'm not sure.  I don't want to accuse you of that in
3   any way.
4           But what I'm saying is that they do talk
5   about, in Table 4 on page 1082, this condition of
6   arthrogryposis, which, again, a hand doctor might tell
7   you is totally different than what Evan has, and it
8   probably is, but it is a condition that affects the
9   hand in this case.
10          MR. GLANVILLE:  I know you're passing
11  over notes to him to tell him what to say.
12      Q.   (By Mr. Glanville) Doctor, would you look at
13  page 1083, please.
14      A.   Sure.  I got it.
15      Q.   In the upper right-hand column, they say,
16  "The importance of the present analysis was to
17  demonstrate that the excess noted originally for
18  paroxetine, though it may be due to chance, is not due
19  to confounding by maternal characteristics, pregnancy
20  complications" --
21      A.   I'm sorry, I can't find -- let me go back.  I
22  just found it.  The importance of the -- okay.  Go
23  ahead.
24      Q.   -- "or other drug exposures during
25  pregnancy."

Page 176

1   Did I read that accurately?
2       A.   Yes.
3       Q.   Okay.  What they say is that their findings
4   could be due to chance, right?
5       A.   Sure.
6       Q.   Okay.  So if they're due to chance, then it's
7   not a causal relationship, is it?
8       A.   Could be, would be, but who knows.  If it's
9   due to chance, then it's not a causal relationship.
10  There's just no way to know that.
11      Q.   So they're clearly not saying it's causal
12  when they say it could be due to chance.
13      A.   Anything could be due to chance.  Everybody
14  puts disclaimers in their papers because nobody knows
15  for sure what's going on.
16      Q.   And you understand that the comparators to
17  this study were patients taking other antidepressants,
18  right?
19      A.   No -- oh, in this particular study?
20      Q.   Right, in this study.
21      A.   I -- well, they talk about monotherapy, 791
22  women are exposed as monotherapy, so they might have
23  been taking other things as well, but they clearly
24  identify monotherapy for paroxetine.
25      Q.   Right.

Page 177

1       A.   And they also identify a whole different list
2   of people doing polytherapy, meaning taking other
3   drugs.
4       Q.   Right.  But they're all taking
5   antidepressants, right?
6       A.   Okay.
7       Q.   Okay.  And so there's no non-drug-treated
8   control in this study, correct?
9       A.   You're going to have to talk to an
10  epidemiologist if you want to go through the details
11  of one study versus another and why one is better than
12  another in controls.  I'm relying on the fact that
13  this is published in Pharmacoepidemiology and Drug
14  Safety in 2007, which is a refereed journal, and I'm
15  relying on the fact that what, you know, was accepted
16  after it went through peer review.
17      Q.   Right, but, Doctor, but there --
18      A.   I'm sorry.  But as far as comparison of one
19  study, did they do the proper controls, that's for an
20  epidemiologist to discuss.
21      Q.   Well, this is a study you're relying on to
22  support your opinion, and so I'm asking you what you
23  know about it.  And one of the questions I asked is do
24  you know whether the controls are all taking
25  antidepressants.

Paul Goldstein, Ph.D.

Page 178

1    A.   I don't know that.
2    Q.   If you posit that they are all taking
3    antidepressants, even if you find a statistically
4    significant increased risk of combined birth defects
5    with Paxil, that could simply mean that Paxil is less
6    protective against birth defects than all the other
7    antidepressants, right?
8          MR. CENTOLA:  Objection to form.
9    A.   You're going to have to address that to an
10   epidemiologist.
11   Q.   (By Mr. Glanville) If you turn to page 1084,
12   in the first full paragraph, they say, "No one
13   malformation or set of related malformations accounted
14   for the increase in risk in the paroxetine cohorts."
15         You don't have any reason to dispute
16   that, do you?
17   A.   No, not at all.
18   Q.   And as we talked earlier, the typical human
19   teratogen is associated with specific defects or
20   specific related defects, right?
21   A.   Typically, yes.
22   Q.   And they didn't find that here, correct?
23   A.   That's what they said.
24   Q.   Okay.  And then they say in that same
25   paragraph, "Finally, the odds ratios in this study

Page 179

1    were all at 2.0 or below, which are unlike drugs
2    established as having major teratogenic effects."
3          You don't dispute that, do you?
4    A.   Right.  They're not saying it has major
5    teratogenic effects, but in order to use the word
6    major, you have to account for the word minor.
7          So they're saying it's not like
8    Thalidomide, for example, but they do have --
9    obviously, if they don't have major effects, they have
10   minor effects.  So there are effects, nevertheless.
11   Q.   And, Doctor, you've taken the position in
12   other expert reports that with respect to determining
13   the toxicity of a drug or other substance, you
14   typically need a 2.0 or higher odds ratio, haven't
15   you?
16   A.   No, I've never used that.
17   Q.   No?
18   A.   Not that I know of.  I mean, I don't remember
19   saying anything about odds ratios.
20   Q.   Let me see if we can refresh your
21   recollection.  Well, I'm having trouble putting my
22   hands on it at the moment.  We'll come back to that.
23         All right.  You're familiar with the
24   expression "confounding by indication," aren't you,
25   Doctor?

Page 180

1    A.   Yes.
2    Q.   And what that tells us in the context of a
3    study like Cole is that patients who receive
4    antidepressants such as Paxil made by virtue of the
5    condition that results in the prescription of Paxil to
6    them be independently at increased risk for birth
7    defects, right?
8    A.   You'd have to discuss that with an
9    epidemiologist.
10   Q.   You have no way of ruling out confounding or
11   bias as an explanation for the observations they made
12   in the Cole paper; is that correct?
13   A.   That question is addressed to -- is more
14   properly addressed to an epidemiologist.
15   Q.   Okay.  You mentioned the Williams study and
16   the GSK -- or the Williams paper and the GSK study.
17   You understand those are earlier iterations of the
18   published Cole paper, don't you, based on a smaller
19   data set?
20   A.   I'm just taking the Williams report for what
21   it says.  I don't know that it relates to the Cole
22   study specifically.
23   Q.   Have you investigated that question?
24   A.   No.
25   Q.   The Cole paper is derived from the United

Page 181

1    Healthcare database, correct?
2    A.   Okay.
3    Q.   Is that what they tell us?
4    A.   If you say so.
5    Q.   Well, I'm asking you.  That's what they say,
6    isn't it?
7    A.   The study used data from the United
8    HealthCare, a large U.S. insurer.  That's correct.
9    Q.   Okay.
10         MR. CENTOLA:  Do you mind if I try to
11   get Scott back up on the line?  I hung up on him.
12         MS. CANAAN:  It's Exhibit 84.
13         MR. GLANVILLE:  It's 18.
14         (Exhibit No. 18 marked)
15   Q.   (By Mr. Glanville) Okay.  Doctor, I'm going
16   to mark the Cole paper as Exhibit 18 -- or not Cole --
17   the Williams.  That's the Williams paper you cite,
18   right, 2005?
19   A.   Yeah.
20   Q.   And according to the paper, the author, Megan
21   Williams, is a resident, Department of Family
22   Medicine, University of Iowa, correct?
23   A.   Right.
24   Q.   And she says in the first paragraph, "The
25   results of an unpublished study by GlaxoSmithKline,"

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 182

1   correct?
2       A.   I don't that.
3       Q.   Right in the first paragraph.  That's what
4   she's talking about.
5       A.   Oh, okay, yeah, thank you.  I see it.
6   "However, the results of an unpublished study."  Got
7   it.
8       Q.   And she gives us a citation to that study,
9   doesn't she?
10      A.   Yes.
11      Q.   And have you looked at that study?
12      A.   Oh, I have that study, yes.
13      Q.   Yeah.
14           (Exhibit No. 19 marked)
15      Q.   I'm marking it as Exhibit 19.
16      A.   Okay, I have it.  That's fine.
17      Q.   And that tells us it's from the United
18   HealthCare database, doesn't it?
19      A.   Okay.  Where does it say that?
20      Q.   Right down here under "Data Source."
21      A.   Okay, I see.  Yeah.
22      Q.   So do you know whether Ms. Williams has any
23   expertise in birth defects, being a resident in the
24   Department of Family Medicine?
25      A.   I don't know anything about her.

Page 183

1       Q.   And she tells us in the middle column of her
2   paper, "This study did not include controls of women
3   not taking antidepressants," doesn't she?
4       A.   That's correct.
5       Q.   And you don't dispute that, do you?
6       A.   No.
7       Q.   And then "What to do:  This study is limited
8   by its retrospective design, its post hoc secondary
9   analysis, and limited clinical details available in an
10   insurance database and its lack of controls."  You
11   don't dispute that, do you?
12      A.   No.
13      Q.   Do you think those are significant
14   limitations on this study?
15      A.   I think this is something you need to ask of
16   an epidemiologist.
17      Q.   And then in that same paragraph it says, "Why
18   paroxetine may have this effect is not clear, and the
19   results conflict with other epidemiologic studies
20   performed to date."
21           Any reason to dispute that?
22      A.   No.  I think there's a lot of conflict
23   between all these studies.
24      Q.   Okay.  And then if you go to what we've
25   marked as Exhibit 19, we have tables in the back.

Page 184

1       A.   Okay.  But in the Williams study, she also
2   identifies that paroxetine -- we looked at 527
3   mothers.  They had 23 infants with malformations.  So
4   that came out to be 43.6 malformations per 1,000, it
5   says life births, with an adjusted odds ration of 2.2.
6       Q.   Then we saw from the Cole article that when
7   they enlarged that database and went from 527 exposed
8   Paxil patients to 815, the odds ratios declined,
9   right?
10      A.   Because they included more people.
11      Q.   Right.
12      A.   With more genetic variability.
13      Q.   And what that tells you is all other things
14   being equal, the larger and more robust database, the
15   more reliable the results from that database, right?
16      A.   No.  What it tells you is that the larger and
17   more robust the database, the more information you'll
18   have.  The reliability is a separate issue, and the
19   epidemiologist will discuss that.
20      Q.   Doctor, when they list in the GSK website
21   paper the various defects they identified in these
22   patients, if you turn to page 11, at the bottom it
23   says Congenital Malformations, Noncardiovascular
24   Malformations, there's no listing of any upper limb
25   defect cases, is there?

Page 185

1       A.   I don't have these pages.  Let me take this
2   one.  Okay.
3       Q.   Page 11, starting at the bottom of the
4   page --
5       A.   Okay.  Yeah, I see that.
6       Q.   Do you see any listing of upper limb defect?
7       A.   No.
8       Q.   So can you infer anything from this study
9   about the relationship between Paxil ingestion and
10   upper limb defects?
11      A.   Not specifically, but we certainly, with all
12   those congenital malformations, can agree that this
13   teratogen named Paxil is causal to increased risk of
14   genetic -- I'm sorry, of congenital malformations.
15      Q.   Well, Doctor, they didn't find an increased
16   risk of cardiac malformations, right?
17      A.   Well, I'm not even here to discuss cardiac
18   because I don't think it applies.
19      Q.   Right.  But they didn't find that, correct?
20      A.   Okay.
21      Q.   And they didn't find an increased risk of
22   upper limb malformations.  What they found was an
23   increased risk of all malformations combined, correct?
24      A.   Yeah.  That makes it worse.  And --
25      Q.   And so you're saying that under those

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 186

1  circumstances, you can extrapolate and say Paxil
2  causes or is capable of causing each and every type of
3  birth defect known to humans?
4        MR. CENTOLA:  Objection, form.
5    A.  No, not at all.  I'm just saying that they
6  identified that -- they have to figure out which ones
7  are associative, as you said.  They identified that
8  these women who are taking these -- this medication
9  had -- how many?  Paroxetine monotherapy count.  They
10  had 17 women in this particular study that they quote
11  who had nine cardiovascular congenital malformations
12  of various types.
13        But don't forget, there is pleiotropic
14  response here as well.  So I don't know which ones are
15  applicable or not, but that's not for me to worry
16  about.  That's for an epidemiologist to worry about.
17  For me to worry about is whether or not Paxil is a
18  teratogen, and I think that the evidence is pretty
19  clear.
20    Q.  (By Mr. Glanville) And your contention is --
21  I mean, you just told me it was not your contention
22  that Paxil can cause each and every birth defect,
23  correct?
24    A.  Right.  But we don't really know which ones
25  they do.

Page 187

1    Q.  Okay.  But you have expressed the opinion
2  that it can cause limb reduction defects.
3    A.  No.  I have expressed the opinion that -- oh,
4  I guess it can cause limb -- okay.  I expressed the
5  opinion quite specifically that because these cells of
6  the limb bud and the hand plate were -- were dividing,
7  there's no question about that, at the time that Evan
8  was exposed to Paxil, that teratogens, since they
9  don't have to be so specific and there's genetic
10  variability between one person and another, that,
11  yeah, could be.  I mean, this could have affected his
12  hand plate.
13        And I don't think there's a person out
14  there that can say, no, it can't be.  I don't think
15  there's a person out there to say that's an impossible
16  thing that could happen, because everybody knows that
17  it could happen.
18    Q.  The question --
19    A.  Do we have evidence for it?  No.
20    Q.  Yeah, that's the question, Doctor.
21    A.  That's the question.
22    Q.  Not could it have happened --
23    A.  Don't know.
24    Q.  -- but did it happen.
25    A.  Don't know.

Page 188

1        (Exhibit No. 20 marked)
2    Q.  Okay.  Now, I want to give you Exhibit 20,
3  which is another one of the reports you cited.  This
4  is the Louick study, right?
5    A.  Yes.
6    Q.  And you've read this one carefully, right?
7    A.  I've read it.
8    Q.  Now, what I want you to do is turn to Table 3
9  on page 2680.
10    A.  Okay.
11    Q.  That provides adjusted odds ratios and
12  95 percent confidence intervals for specific SSRIs in
13  relation to outcomes not previously reported to be
14  associated with SSRI use, right?
15    A.  Yes.
16    Q.  And there's a column that relates to Paxil
17  and paroxetine?
18    A.  Yes.
19    Q.  Okay.  In the bottom of that column it says
20  limb reduction defects, doesn't it?
21    A.  Yes, it does.
22    Q.  And the odds ratio is 1.0, isn't it?
23    A.  That's correct.
24    Q.  Now, 1.0 is precisely what you'd expect if
25  there is no relationship whatsoever between exposure

Page 189

1  to the substance and the defect in question, correct?
2    A.  That's correct.
3    Q.  Okay.
4    A.  But it also goes on to say that clubfoot had
5  an odds ratio of 5.8.  Now, we know -- we've discussed
6  the fact that clubfoot and limb reduction defects are
7  different.  However, clubfoot is a congenital
8  malformation that begins in the first trimester of
9  pregnancy.  And this is from a paper written by Scott
10  Hoffinger, M.D. and a few other M.D.s.
11        And they're just identifying what
12  clubfoot is and when it occurs.  When it occurs, when
13  is the -- so the question is when is the lower limb
14  bud active?  When are the cells in the lower limb bud
15  dividing?  The cells in the lower limb bud are
16  dividing right around the same time that the upper
17  limb bud is dividing.
18        So, again, this could be -- or could be
19  because we have an interaction of teratogen with
20  developing tissues.
21        (Exhibit No. 21 marked)
22    Q.  I just handed you your expert report in the
23  Mose case, which we've marked as Exhibit 21.  I said
24  we'd come back to this, and Eva was right, it was 84.
25  I was looking for something else at the time.  But if

48 (Pages 186 to 189)

Paul Goldstein, Ph.D.

Page 190

1 you'll turn to the second page.
2     A.   Okay.
3     Q.   Read into the record, if you would, the last
4 paragraph on that page.  Aloud, if you would, please.
5     A.   I will in a second.  Okay.  Here we go.  I
6 wrote in 2000, May 13, 2000, on this particular case:
7 With regard to the Bradford-Hill criteria of strength
8 of the observed association, this is objectively
9 measured by the size of the relative risk reported in
10 the clinical epidemiological or observational study;
11 odds ratios or relative risks of 1.0 mean there is no
12 association; odds ratios greater than 1.0 indicate
13 that the exposure factor conveys higher risk than does
14 the reference control.  The confidence intervals does
15 not include or go below 1.0, and a relative risk of
16 2.0 often is used to make an interpretation that a
17 difference exists.  Relative risks less than 1.0 show
18 that the exposure factor conveys protection or that it
19 conveys a benefit rather than harm.
20     Okay.
21     Q.   So by that standard, we can agree that the
22 findings for limb reduction defects in the -- in the
23 Louick article provide no support for the proposition
24 that Paxil increases the risk of such defects, right?
25         MR. CENTOLA:  Objection to form.

Page 191

1     A.   You've already asked me that question.
2     Q.   (By Mr. Glanville) And presumably if you
3 described a relative risk of 2.0 often is used to make
4 an interpretation that a difference exists because you
5 endorse that proposition, right?
6     A.   I just said that it's often used to make that
7 statement.
8     Q.   Right.  It's very generally accepted in the
9 field that unless you have a risk of 2.0, you should
10 be very wary of drawing any causal inferences,
11 correct?
12         MR. CENTOLA:  Objection to form.
13     A.   No, I didn't say that.  I said specifically,
14 the relative risk of 2.0 often is used to make
15 interpretation that a difference exists.  I wouldn't
16 say anything other than that.
17     Q.   Well, do you agree with that statement?
18     A.   I didn't infer anything.  I didn't -- there
19 was nothing to read into that.  I just said that in
20 studies -- if you want me to expound on that?
21     Q.   No, let's -- let's forego that.
22     A.   These studies that use these numbers, it's
23 often used to make an interpretation that a difference
24 exists.
25     Q.   And it's often used by teratologists, isn't

Page 192

1 it?
2     A.   There's nothing more I have to say other than
3 that statement.
4     Q.   Okay.  Let's -- you cited the Louick findings
5 for clubfoot.  Turn to page -- well, it's on the same
6 page where Table 3 is, the authors at the bottom of
7 the left column say, "However, we cannot rule out the
8 possibility of chance associations given the multiple
9 comparisons performed."
10     You don't dispute that, do you?
11     A.   No.  Everybody has the same disclaimer in
12 their papers.
13     Q.   Right.  And you know that, given the number
14 of comparisons they performed in this study, that if
15 they adjusted that 5.8 odds ratio that you cited for
16 multiple comparisons, it would no longer be
17 statistically significant, don't you?
18     A.   You'd have to ask an epidemiologist to --
19     Q.   You don't know one way or the other.
20     A.   You'd have to ask an epidemiologist to have
21 an opinion about that.
22     Q.   They continue on and say, "The previously
23 unreported associations we identified were a
24 particularly cautious interpretation.  In the absence
25 of preexisting hypotheses and the presence of multiple

Page 193

1 comparisons, distinguishing random variation from true
2 elevations and risk is difficult."
3     You agree with that, don't you?
4     A.   You have to ask an epidemiologist whether
5 that is an accurate statement or not.
6     Q.   Well, do you understand that their finding
7 with respect to clubfoot is one of those previously
8 unreported associations that they say you need to be
9 particularly cautious about?
10     A.   That's immaterial.  They reported it.  Now,
11 whether you need to be particularly cautious about it
12 is something that an epidemiologist should comment on.
13     Q.   Do you know if it's ever been confirmed in
14 any other study conducted by anyone?
15     A.   What's that?
16     Q.   The association with clubfoot.
17     A.   I think there is one other one, just one
18 other one that I might have seen.  Maybe just one
19 other one.
20     Q.   Can you identify it?
21     A.   Good question.
22         MR. GLANVILLE:  Safe travels.
23         (Ms. Halpern left the deposition)
24     A.   Now, I can't identify it right now, but I
25 believe there may be one other one, but I don't

49 (Pages 190 to 193)

Paul Goldstein, Ph.D.

Page 194

1  remember exactly which one it was.
2      Q.  Do you know, Doctor, whether clubfoot has a
3  different ICD9 code than limb reduction defects?
4          MR. CENTOLA:  Objection, form.
5      A.  It's not my area to answer that.
6      Q.  (By Mr. Glanville) If you assume that it
7  does -- do you know whether ICD9 codes are designed to
8  associate related conditions?
9      A.  I have nothing to say about ICD9 codes.  I
10  never use them and it's not in my area of expertise.
11     Q.  Do you know whether there are different kinds
12  of clubfoot?
13     A.  I assume there must be, but I don't know.
14     Q.  Positional versus structural clubfoot?  Do
15  those --
16     A.  I know that there is teratogenic causes and
17  ideopathic causes, but that's all I know about that.
18     Q.  So you don't know anything about the causes
19  of so-called positional clubfoot?
20     A.  Not my area of expertise.
21     Q.  And I take it you don't know whether any or
22  all of the cases of clubfoot that gave rise to the
23  odds ratio -- excuse me -- you identified in Table 3
24  of the Louick article involved positional on the one
25  hand or structural on the other.

Page 195

1      A.  Teratogenic, yeah.  It's either ideopathic or
2  teratogenic.
3      Q.  And you don't know if any of these are
4  teratogenic, do you?
5      A.  No, I don't know that.
6          (Exhibit No. 22 marked)
7      Q.  I'm going to give you what we're going to
8  mark as 22.  That's a publication entitled Congenital
9  talipes equinovarus (clubfoot): a disorder of the foot
10  but not the hand.
11         Are you familiar with that article?
12     A.  Never saw it.  In 2002.
13     Q.  If you turn to the next-to-last page of the
14  article, in the "Conclusions" section, about
15  two-thirds of the way through that, the authors tell
16  us that the hand is never affected by ICTEV, which
17  is --
18     A.  What is that?
19     Q.  Congenital talipes equinovarus.
20     A.  No, no.  ICT.  It's ideopathic.
21     Q.  They say, congenital talipes equinovarus is
22  CTEV.
23     A.  All right.  So the "I" refers to the
24  ideopathic.
25     Q.  And ICTEV is ideopathic congenital talipes --

Page 196

1      A.  Right, exactly.
2      Q.  -- equinovarus.
3      A.  Ideopathic, right.
4      Q.  Right.  And they say the hand is never
5  affected by that, and thus the explanation of its
6  pathology is likely to lead to identification of genes
7  whose effects are exclusive to the foot and lower
8  limb, don't they?
9      A.  Yeah, that's what they are thinking about in
10  this ideopathic version of clubfoot.
11     Q.  Right.  Do you know of any identified human
12  teratogen that causes both upper limb reductions and
13  clubfoot?
14     A.  No.
15     Q.  Do you agree, Doctor, that during the first
16  two weeks after conception, the developing embryo is
17  not susceptible to teratogenesis?
18     A.  No.  I don't agree with that at all.
19     Q.  So if we look at what we've marked as
20  Exhibit 17, the FDA Reviewer Guidance -- do you have
21  that handy?
22     A.  From 2005?
23     Q.  Right.
24     A.  Okay.
25     Q.  Page 8, last paragraph, first sentence.

Page 197

1      A.  Okay.  During the first two weeks.  Got it.
2      Q.  So you're saying FDA is simply flat wrong
3  about that?
4      A.  No, they're quoting a paper from 1998.  That
5  was 14 years ago.  We didn't have cell -- did we have
6  cell phones then, 14 years ago?
7      Q.  Yeah, we did.
8      A.  All right.  We did.  I think so.  But they
9  couldn't do --
10     Q.  We didn't have smartphones.
11     A.  I mean, they couldn't get you a good
12  restaurant like in Yelp or something.  So to quote a
13  paper from 1998 with such a statement like that is
14  irresponsible.
15     Q.  So, Doctor, your -- your position is that
16  it's now generally accepted that exposure to a
17  teratogenic substance during the first two weeks
18  following conception can cause birth defects?
19     A.  I don't know if it's generally accepted, but
20  there's no evidence that it doesn't.  And that's a
21  ridiculous statement from 1998.
22     Q.  Is this one ridiculous, too?  On page 9, they
23  say, "If drug exposure occurred after the critical
24  period of development for an organ, exposure is an
25  unlikely cause of the organ malformation."

Paul Goldstein, Ph.D.

Page 198

1    A.   Where are we?
2    Q.   On page 9, middle of the page, right here.
3    A.   Okay.  Let me see what that says.  (Reading
4  to self)  In other words, an infant born (reading to
5  self).
6         (Court reporter interruption)
7    A.   I really don't have much of a comment on
8  that.
9    Q.   You don't know one way or the other?
10    A.   It's not that I don't know one way or the
11  other.  This is really something -- well, what they're
12  saying is this.  They're saying that if -- because
13  the -- the wording is wrong.  I mean, the wording is
14  too imprecise.  That's what I'm having an issue with.
15  What they're saying is that if, in fact, the organ has
16  finished its development, totally finished its
17  development, which, of course, they don't know, and
18  then you're exposed, that it can't affect the
19  development of the organ because they're done, we're
20  done.
21         So that's a very naive thing to say
22  since we don't know very much about the development of
23  humans at all.  We know very little about how genes
24  work.  We know very little bit about the protium, how
25  proteins interact with the gene expression.  So this

Page 199

1  is a very naive statement, and it's -- you can't
2  really make a comment on this.
3    Q.   You agree that Thalidomide is a recognized
4  generally accepted human teratogen, right?
5    A.   Yes.
6    Q.   And, among other things, it causes limb
7  defects, right?
8    A.   Yes.
9    Q.   What's the nature of those limb defects?  Are
10  they limb reduction defects?
11    A.   I don't know.  I think so, but I'm not sure.
12  I'm not an expert in that area.
13    Q.   If you look at page 10 of the FDA Reviewer
14  Guidance, they have a Table 3.
15    A.   Okay, I see it.
16    Q.   Top of the table is Thalidomide, and it says,
17  "Exposure between days 24 to 36 postconception can
18  produce limb and other defects."
19         Do you have any reason to dispute the
20  accuracy of that observation?
21    A.   No, other than the fact that it was made 14
22  years ago, and there may be more information since
23  then.
24    Q.   Doctor, do you know whether it's the case
25  that exposure to Thalidomide that ceases prior to day

Page 200

1  24 postconception or starts after day 36
2  postconception is not associated with limb defects?
3    A.   I have no idea.  I haven't studied
4  Thalidomide.
5    Q.   What days postconception do you believe Evan
6  Frischhertz's limb reduction defects formed?
7    A.   I've already identified that in -- actually,
8  my report.  And -- okay.  My report I said that, page
9  4.
10    Q.   It's page 4.
11    A.   On page 4, right.  So during week 4, the
12  heart and upper limb bud associated tissues are
13  formed.  Then week 5, the heart and upper limb bud
14  associated tissues are formed.  And during -- again,
15  still during week 5, the hand plate and its associated
16  tissues are formed.
17         The presence of a teratogen such as
18  Paxil -- okay -- could affect those tissues.  So we're
19  up to day 5 -- I'm sorry, we're up to week 5.
20    Q.   So is it your contention that there had to be
21  exposure to Paxil between week 4 and week 5 for Paxil
22  to cause his limb defect?
23    A.   Yes.
24    Q.   Okay.
25    A.   Week 4, 5, maybe 6.

Page 201

1    Q.   If the exposure --
2    A.   In week 6 already we're into hand digital
3  rays, so we're into fingers.  So week 4, 5, 6,
4  something like that.
5    Q.   So if he was exposed either before that and
6  the exposure stopped before week 4 or exposed after
7  weeks -- week 5?
8    A.   6, week 6.
9    Q.   After week 6, then even you would agree that
10  Paxil could not be responsible for the defect.
11    A.   No, I wouldn't say it could not be, but I
12  would say that -- because we don't really know how
13  these things work.  Nobody knows how these things
14  work.
15         So I would say that it's stronger
16  between week 4, 5, or 6 and weaker at a later time
17  because we don't know how the hand actually is formed.
18  We think we do, but we certainly don't.
19    Q.   Well, what's the latest he could have been
20  exposed to Paxil and have it produce a limb defect of
21  the type that he had?
22    A.   I don't know the answer to that.  It would be
23  somewhere in the first trimester.  But after that, I
24  mean, you've already had the beginning of the
25  formation of a -- of the hand.

51 (Pages 198 to 201)

Paul Goldstein, Ph.D.

Page 202

1    Q.   Doctor, do you know what other medications
2  Ms. Frishhertz was exposed to during the course of her
3  pregnancy with Evan?
4          MR. CENTOLA:  Objection, form.
5    A.   During the first trimester?
6    Q.   (By Mr. Glanville) At any time.
7    A.   Well, I'm only interested in the first
8  trimester.  I don't care what happened after that.
9  Let's see.  She filled out a toxicology -- here it
10  is -- toxicology questionnaire that I gave her.
11   Q.   When did she fill that out, Doctor?
12   A.   November 10, 2011.
13   Q.   Okay.  So that was in the context of her
14  pending claim against GSK?
15   A.   I guess.  I mean, I sent it to her.  So --
16   Q.   Let's mark -- I've got a version of that that
17  we'll mark as Exhibit 23.
18          (Exhibit No. 23 marked)
19   A.   She just said she was on and off between 1999
20  and 2006 as far as taking, I guess, various
21  antidepressants, but that she said that during her
22  pregnancy, the first nine weeks, she was on Paxil.
23   Q.   Can you tell me where she says she's on and
24  off various antidepressants?
25   A.   Yeah, number 3.  Did you take this medication

Page 203

1  with any other medications, I asked her specifically,
2  at the same time.  And she said Ativan or Xanax on
3  occasion.
4    Q.   Okay.  And do you know what Ativan is?
5    A.   It's an antidepressant of some kind.
6    Q.   It's an antianxiety medication, isn't it?
7    A.   Okay.
8    Q.   Did you investigate whether Ativan is
9  associated with an increased risk of birth defects?
10   A.   Yes.  I didn't find anything there.
11   Q.   Did you look at the label of the Ativan?
12   A.   Probably.  But she said that she was only
13  taking Paxil during the first nine -- eight weeks or
14  six weeks, six to eight weeks.
15   Q.   But she says -- it says, "Did you take this
16  medication with any other medications at the same
17  time?"  "Ativan or Xanax on occasion."  That means she
18  took it during her pregnancy with Evan while she was
19  taking Paxil, right?
20          MR. CENTOLA:  Objection to form.
21   Q.   (By Mr. Glanville) Isn't that what that
22  means, Doctor?
23          MR. CENTOLA:  Objection to form.
24   A.   But other places she says that it was
25  specifically only Paxil.

Page 204

1    Q.   (By Mr. Glanville) Did you talk to her in
2  connection with this form?
3    A.   I haven't spoken to her.
4    Q.   Okay.  So -- did you prepare this form?
5    A.   Yeah.
6    Q.   Is this a form you use in other contexts
7  or --
8    A.   I always modify it as per the person.
9    Q.   All right.  Have you ever used it previously
10  in connection with an alleged teratogenic exposure?
11   A.   Probably.  Or something similar to it.
12   Q.   And did you assume that notwithstanding the
13  answer to question 3, that she did not take Ativan or
14  Xanax during the first trimester of her pregnancy?
15   A.   Yes.  My assumption is that she only took
16  Paxil during the first eight weeks or six weeks of her
17  pregnancy.  She said she took it up to six weeks and
18  then she started to wean herself off and she was off
19  by eight weeks or nine weeks.
20   Q.   And you're unaware that the Ativan label says
21  that Ativan has been associated -- reported to be
22  associated with an increased risk of congenital
23  defects.  Is that your testimony?
24   A.   I didn't see any evidence for that statement.
25   Q.   Did you look at the label?

Page 205

1    A.   Yeah, I did.  But I didn't see any evidence
2  for that.  And, again, it's my understanding that she
3  only took it -- she only took Paxil.
4    Q.   Well, what's the basis for that
5  understanding, Doctor?
6    A.   From communication and --
7    Q.   You told me you didn't talk to her.
8    A.   No, I mean from communication with
9  Mr. Centola and also --
10          MR. CENTOLA:  From her deposition.
11   A.   And from her deposition as well, which I'm
12  looking for.
13   Q.   (By Mr. Glanville) So you disregarded the
14  information on this form that you asked her to fill
15  out?
16   A.   No.  I just understood what she meant.  What
17  she meant was that -- and you can ask her -- was that
18  she only took Paxil, and that between 1999 and 2006,
19  if you go to question one, that on occasion between
20  1999 and 2006, she took Xanax and -- I'm sorry, and
21  Ativan, but for her pregnancy, she only took the
22  Paxil.  That's what that says to me.
23   Q.   Did she take Sertraline or Zoloft during her
24  pregnancy with Evan?
25   A.   Not that I know of.

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 206

1    Q.   Did you investigate her medical records to
2  see whether there was any report that she took
3  Sertraline during that pregnancy?
4    A.   Yes.  And I don't see any reference to that.
5    Q.   Okay.  Did you -- so you had no occasion to
6  investigate whether Zoloft is associated with an
7  increased risk of any congenital defects, correct?
8    A.   Well, she said this, on page 174 of her -- of
9  her deposition, that she took Zoloft during pregnancy
10  between 8 and 18 weeks of pregnancy.
11    Q.   Did you make an effort to confirm that by
12  looking at her medical records?
13    A.   I didn't see it anywhere in her medical
14  records that it said that.
15    Q.   Did you look at her medical records to see if
16  there was any reference to her taking Zoloft?
17    A.   Between 8 and 18 weeks?  I did look at her
18  medical records, but I didn't see any reference to
19  that.
20    Q.   Did you make any investigation as to whether
21  Zoloft is associated with an increased risk of
22  congenital defects?
23    A.   I did, but, again, I didn't see anything
24  specific for that.  And it's after the time -- like
25  you said, it's after the time that I'm interested in,

Page 207

1  which would be weeks 4, 5 and 6.
2    Q.   Well, I thought your testimony was earlier
3  that we can't be sure when the organ is fully formed,
4  and therefore we can't identify a precise cutoff date
5  when exposure to a substance may have adversely
6  affected its development.
7    A.   That's true.  But I also said that after
8  weeks 4, 5 and 6, it would become much less of a --
9  even of a possibility because, as you said, the organ
10  is formed already.  These are the times when these
11  cells, between weeks 4, 5, and 6, are most susceptible
12  because they're dividing and they're becoming
13  differentiated.  Up until then, it's all
14  undifferentiated tissue.  At the time of
15  differentiation is when the -- that's a critical time
16  period.
17    Q.   Doctor, you said you didn't find anything on
18  Zoloft being associated with birth defects.  Let's go
19  back to Table 3 of the Louick article.
20    A.   Okay.
21    Q.   It's on page 2680.
22    A.   Yeah.
23    Q.   Doesn't that tell us they found a nearly
24  fourfold statistically significant increased risk of
25  limb reduction defects with Sertraline, which is

Page 208

1  Zoloft?
2    A.   Yes, it does.
3    Q.   Did you even consider whether Zoloft could
4  account for the limb reduction defects that Evan
5  Frischhertz was born with?
6          MR. CENTOLA:  Objection to form.
7    A.   Yes, I did.  But, again, it was after the
8  critical period that I had identified, as weeks 4, 5,
9  and 6, and she said -- she was into the next
10  trimester, really, by that point.
11    Q.   (By Mr. Glanville) Well, week 8 isn't the
12  next trimester.
13    A.   Well, no, it's not.  It's at the end of the
14  first trimester.  She's heading into the second
15  trimester already.
16    Q.   So your position is that exposure to any
17  teratogenic substance after week 6 could not have
18  accounted for those defects?
19    A.   No, that's not my position.  My position is,
20  is that you have to factor that in.  But after week 4,
21  5, or 6, the chances are much less.
22    Q.   Can you say to a reasonable degree of
23  scientific certainty that exposure to Sertraline, a
24  substance associated in the Louick article with a
25  fourfold increased risk of limb reduction defects,

Page 209

1  could not have caused or contributed to Evan
2  Frischhertz's defects, hand defects?
3          MR. CENTOLA:  Objection, form.
4    A.   I mean, that's a very good question, and --
5  I'd have to say that since the critical period of
6  embryogenesis was past at that point, that the chances
7  are very slight.  However, you really do have to take
8  that into consideration, and it may have played a
9  factor.  But there's no way to know that.
10    Q.   (By Mr. Glanville) And is it also your
11  position that unless Evan Frischhertz was exposed to
12  Paxil during weeks 4 through 6 postconception, it is
13  unlikely that Paxil could have caused or contributed
14  to his hand defect?
15    A.   I would say that he would have had to have
16  been exposed during that time period for any kind of
17  defect to have occurred.
18    Q.   Okay.
19          MR. GLANVILLE:  I'm trying to cut this
20  short as much as possible.
21          THE WITNESS:  Much appreciated.
22          MR. CENTOLA:  My flight just got delayed
23  to 10:00 p.m., so I'll be here.
24          THE WITNESS:  And my flight just got
25  pushed up an hour.  Oh, I'm just kidding.  I don't

53 (Pages 206 to 209)

Golkow Technologies, Inc. - 1.877.370.DEPS

Paul Goldstein, Ph.D.

Page 210

1 know.
2 Q. (By Mr. Glanville) Now, let's go back to the
3 Toxic Exposure Questionnaire that you had Andrea
4 Frischhertz fill out.
5 A. Okay.
6 Q. Number 11 reads: At work or at home, have
7 you ever been exposed to hazardous solvents, hazardous
8 airborne --
9 A. Hold on. I'm not with you here. Do you know
10 what page that is?
11 Q. Yeah, it's on page 6.
12 A. Okay, got it. Thank you. At work or at
13 home, okay.
14 Q. Hazardous airborne chemicals (e.g., gases,
15 fumes --
16 A. Right.
17 Q. -- or dust), or have you come into skin
18 contact with any hazardous chemicals. And she said
19 no, right?
20 A. That's correct.
21 Q. You didn't follow up by asking her about
22 specific substances, right?
23 A. No. She said no.
24 Q. And you relied on her, based on this
25 question, to identify hazardous airborne gases, fumes

Page 211

1 or dust, right?
2 A. That's the only person I can rely on.
3 Q. Would you agree that in the absence of an
4 interactive communication with a layperson about
5 whether they've had exposure to hazardous substances,
6 they often wouldn't even recognize that something they
7 were exposed to was hazardous?
8 A. Possibly.
9 Q. Right.
10 A. Yeah, absolutely.
11 Q. And you've actually testified that substances
12 in normal air, ambient air pollutants can cause birth
13 defects, haven't you?
14 A. I don't recall saying that, but possibly.
15 Q. Did you look at any air monitoring reports
16 for the area where she lived to see if she was exposed
17 to any hazardous air pollutants that could have caused
18 Evan's congenital anomalies?
19 A. No.
20 Q. Number 12 it says: Have you ever worked with
21 any chemicals -- or with any materials or knowingly
22 been exposed to the chemicals listed below. And you
23 list several, and then there's a catch-all, it says,
24 "Any other hazardous exposures," right?
25 A. Correct.

Page 212

1 Q. And she answered no to that, correct?
2 A. Correct.
3 Q. And, once again, there was no follow-up
4 asking her about particular exposures that she might
5 not recognize were potentially hazardous, right?
6 A. No, but she's an intelligent women, and
7 people generally know if they're exposed to things
8 that are different than what they should be -- than
9 they -- than would be normal in their environment.
10 Q. Well, Doctor, you've given testimony that
11 substances in consumer products may cause birth
12 defects, haven't you?
13 A. Absolutely.
14 Q. Now, did you explore with her whether she had
15 been exposed to any of those particular consumer
16 products?
17 A. No.
18 Q. So you can't rule that out, can you?
19 A. Well, you can talk about that -- you can talk
20 about radiation coming from krypton, so -- you can't
21 rule out any of these things, but they're also
22 implausible, though.
23 Q. Well, Doctor, you say -- I mean, you've given
24 testimony that exposure to consumer products could
25 cause birth defects, and yet if I understand your

Page 213

1 testimony, you haven't even asked her whether she was
2 exposed to any of those consumer products that you
3 believe can cause birth defects.
4 MR. CENTOLA: Objection to form.
5 A. I never asked her if she was -- what consumer
6 products she uses.
7 Q. (By Mr. Glanville) I mean, you've said that
8 exposure to paint can cause birth defects, haven't
9 you?
10 A. Certain kinds of paint.
11 Q. Correct. Did you ask her whether she was
12 exposed to any paint of the kind that you believe is
13 teratogenic during the course of her pregnancy with
14 Evan Frischhertz?
15 A. No. I didn't ask her if she chews white gum
16 or green gum, either. I mean, how many questions can
17 you possibly ask a person?
18 Q. Well, is there any reason to believe that
19 white gum versus green gum increases the risk of birth
20 defects?
21 A. Well, you never know. You have to look and
22 see what's in it.
23 Q. Did you happen to read Dr. Kramer's
24 deposition in this matter?
25 A. Did I read Kramer's deposition?

54 (Pages 210 to 213)

Paul Goldstein, Ph.D.

Page 214

1    Q.   Yeah.
2    A.   No, not that I remember.
3    Q.   Now, have you assumed that Andrea Frischhertz
4  took Paxil throughout her first trimester of pregnancy
5  with Evan?
6    A.   Yes.
7    Q.   Every day?
8    A.   I don't know exactly.  I believe it was every
9  day, yes.
10    Q.   Do you know when -- did you look at the
11  prescribing records to see when she filled her Paxil
12  prescription either immediately preceding her
13  pregnancy with Evan or during that first trimester of
14  pregnancy?
15    A.   I don't recall exactly when she filled the
16  prescriptions.
17    Q.   Did you -- well, you understand that the
18  defense experts have calculated the date of conception
19  as either July 10th or July 11th, 2004, right?
20    A.   No, July 10th or July --
21    Q.   11th?
22    A.   -- 18th.  No, it was a whole week difference
23  there.  There was a question as to when that occurred.
24  It was within that week anyhow.
25    Q.   Did you come to any independent conclusion

Page 215

1  about when conception occurred?
2    A.   No, I can't do that.  I have to rely on the
3  experts.
4    Q.   Well, which experts in particular did you
5  rely on in that area?
6    A.   Well, Scialli says date of conception for
7  Evan was July 10th.  Lammer says it was July 18th.  So
8  I don't -- you know, we never know when conception
9  occurs, and we just use all these different ways of
10  thinking about it.
11        (Exhibit No. 24 marked)
12    Q.   I'm going to give you what we've marked as
13  Exhibit 24.  You've seen pharmacy records in this
14  case, haven't you?
15    A.   Not entirely, no.
16    Q.   Have you seen this one?
17    A.   No.
18    Q.   What that tells us, if you look at the last
19  line, is that she filled a prescription for Paxil on
20  June 18th, 2000.
21    A.   No, no.  Date filled July 15.
22    Q.   I'm sorry.
23    A.   Right?  On the bottom --
24    Q.   Yeah.
25    A.   -- July 15?

Page 216

1    Q.   I'm looking at the wrong column.
2    A.   That's okay.  July 15, 2004.
3    Q.   Right.
4    A.   That's what it says.
5    Q.   Are you aware of any other information
6  indicating that she acquired Paxil from any source
7  after that date?
8    A.   I was informed that she was taking
9  37.5 milligrams of Paxil extended release and she had
10  prescriptions for that afterwards.
11    Q.   Have you seen any evidence to support that?
12    A.   No.
13    Q.   Who informed you?
14    A.   Mr. Centola.
15    Q.   Did you ask him if there was any prescription
16  evidence to support that?
17    A.   Yes.  And he said there was.
18    Q.   He said there was.
19    A.   Yes.
20    Q.   But you didn't ask him to supply it to you?
21    A.   No, I did not.
22    Q.   Before you assume that she took Paxil
23  throughout the first trimester of her pregnancy,
24  wouldn't it be prudent to ask for corroboration of
25  that claim?

Page 217

1        MR. CENTOLA:  Objection to form.  It's
2  argumentative.
3        You can answer.
4    A.   It would be my prerogative to have had those
5  records.
6    Q.   (By Mr. Glanville)  Okay.  If you assume that
7  the only prescription she had during her first
8  trimester was the one that we just discussed, I take
9  it you would agree that if she had taken those
10  consecutively, it could not have accounted for the
11  limb defect that Evan Frischhertz has.
12        MR. CENTOLA:  Objection, form.
13    A.   I would agree with that.
14    Q.   (By Mr. Glanville)  Okay.  Did you read the
15  testimony of any of her prescribers concerning -- or
16  of any of her treating physicians -- and specifically
17  the OB-GYN physicians -- concerning any discussions
18  they had with her about her ingestion of Paxil during
19  the first trimester?
20    A.   What names are they?  Do you have the names?
21  I haven't read testimony.  I've just seen their
22  reports that they produced -- these are the medical
23  reports?  But I haven't seen testimony.
24    Q.   How about Dr. Stewart?
25    A.   No.

55 (Pages 214 to 217)

Paul Goldstein, Ph.D.

Page 218

1    Q.   Dr. Moreno?
2    A.   No.
3    Q.   Dr. -- there's another one here.  Dr. McLean?
4    A.   No.
5    Q.   So you don't know what they have to say about
6    their discussions with her concerning when she took
7    Paxil, if at all?
8    A.   No, I don't.
9    Q.   Would it be useful to know that before -- how
10   about Dr. Hoffman?  Dr. Congara?  Did you read any of
11   their testimony?
12   A.   I was not supplied any of that.
13   Q.   Okay.  Do you think it's important to read
14   all of the potentially relevant testimony and review
15   all of the potentially relevant evidence concerning
16   her exposure before you make assumptions that she was
17   exposed throughout the first trimester of her
18   pregnancy?
19        MR. CENTOLA:  Objection, form.
20   A.   Yes.  But, in fact, I didn't even know that
21   those other reports even existed.
22   Q.   (By Mr. Glanville) I'm not talking about
23   reports.  I'm talking about --
24   A.   You're talking about the depositions.  Yeah,
25   I didn't even know until you just mentioned it that

Page 219

1    those depositions even existed.
2    Q.   Let me -- let's take five minutes and talk to
3    my colleagues and maybe we can cut this much shorter.
4        THE VIDEOGRAPHER:  Off the record at
5    2:22 p.m.
6        (Recess taken 2:22 p.m. - 2:32 p.m.)
7        THE VIDEOGRAPHER:  Back on record at
8    2:32 p.m., beginning of tape 4.
9        MR. GLANVILLE:  I just want to note on
10   the record that we will object to the service of this
11   supplemental report this morning.  We haven't had time
12   to thoroughly evaluate it.  I haven't got some of the
13   articles that are referenced in it.  It's untimely,
14   and we'll move to strike.
15   Q.   (By Mr. Glanville) But having said that, I'm
16   going to do the best I can to ask you some additional
17   questions about it.
18        You cite on page 2, the Bar-Oz
19   publication from 2007.  Do you see that, Doctor?
20   A.   Yes.
21   Q.   And you say, "First trimester paroxetine
22   exposure was associated with a significant increase in
23   the risk for cardiac malformation."  Correct?
24   A.   Yes.
25   Q.   Okay.  Do you have that article with you?

Page 220

1    A.   Yes.  I certainly -- I sent that to you as
2    part of the package.  I do have that somewhere.
3    Q.   Thank you.  Now, in the "Conclusions" section
4    of that publication, the authors -- why don't you read
5    that into the record since we only have one copy and
6    we can't look at it at the same time.
7    A.   Just tell me what you want me to read.
8    Q.   The "Conclusions" section.
9    A.   Okay.  Here we go.  Ready?  Based on the --
10   this is the "Conclusions" section from Bar-Oz Clinical
11   Therapeutics 2007.  "Based on the results of this
12   metaanalysis, first-trimester exposure to paroxetine
13   appears to be associated with a significant increase
14   in the risk for cardiac malformation.  However, a
15   detection bias cannot be ruled out as contributing to
16   the apparent increased detection of cardiovascular
17   malformation of children exposed in utero to
18   paroxetine. A significantly greater number of women
19   were using paroxetine for anxiety or panic when
20   compared with women with other SSRIs."
21   Q.   That's good enough.  Do you have any reason
22   to dispute the accuracy of their statements about
23   potential detection bias, ascertainment bias?
24   A.   The answer is no, but in truth, an
25   epidemiologist really has to comment on that.  But I

Page 221

1    don't dispute what they say.
2    Q.   Okay.  If there's, in fact, an ascertainment
3    bias operating, that means the increased risk they
4    associated -- or they observed an association with
5    Paxil would not be causal, right?
6    A.   Again, that's really for an epidemiologist to
7    answer.
8    Q.   All right.  And you don't know whether
9    they've subsequently written publications in which
10   they've confirmed their hypothesis about ascertainment
11   biases, have you?
12   A.   I haven't seen anything.
13   Q.   Have you looked at their follow-up research?
14   A.   I have.  I just haven't seen anything in
15   addition.
16   Q.   All right.  Do you happen to have the
17   Diav-Citrin publication that you referred to in that
18   supplemental report --
19   A.   I think so.
20   Q.   -- you gave us this morning?
21   A.   I have just the abstract here.
22   Q.   Thank you.  So it's fair to say that the --
23   the Diav-Citrin, or rather, the Bar-Oz authors did not
24   conclude that Paxil causes cardiovascular or any other
25   defects, right?

56 (Pages 218 to 221)

Paul Goldstein, Ph.D.

Page 222

1    A.   They concluded that first-trimester
2  paroxetine exposure was associated with a significant
3  increase in risk for cardiac malformation with an odds
4  ratio of 1.72.  In addition, the metaanalysis of seven
5  other studies revealed that 4.8 percent of the babies
6  born had major malformations with an odds ratio of
7  1.31 compared to the prevalence of congenital
8  malformations in the United States general population
9  of 3 percent.
10        So there was an increase from 3 percent
11 to 4.8 percent.  That was their major conclusion.
12    Q.   Doctor, did they anywhere conclude that those
13 increased risks that they observed were causally
14 related to paroxetine use?
15    A.   Again, the -- that's something that is really
16 answered by an epidemiologist.
17    Q.   Do you know whether they've done any
18 follow-up studies looking at larger databases where
19 they failed to find any association at all between
20 Paxil ingestion and birth defects?
21    A.   I haven't seen those studies.
22    Q.   The 2002 Diav-Citrin article that you cite
23 says, "In conclusion, the results of this study
24 suggest a possible association between cardiovascular
25 anomalies and first-trimester exposure to paroxetine,

Page 223

1  right?
2    A.   That's correct.
3    Q.   All right.  A possible association is not
4  even a confirmed association, let alone a causal
5  nexus, right?
6    A.   Well, that's true.
7    Q.   Okay.
8    A.   But what they also state is after ex- -- this
9  is from Diav-Citrin.  "After exclusion of genetic and
10 cytogenetic anomalies, there was a higher rate of
11 major anomalies in the paroxetine group exposed in the
12 first trimester compared to the controls, with an odds
13 ratio of 1.92.
14    Q.   All right.  And do you know if they've done
15 follow-up studies in which they did not find an
16 increased risk of cardiovascular defects with Paxil?
17    A.   Well, I haven't seen those, but, again, I
18 said right from the onstart -- onstart? -- right from
19 when we started, that I didn't think that the
20 cardiovascular aspect was relevant any longer.
21    Q.   Okay.  And they nowhere suggest that you can
22 extrapolate from cardiovascular anomalies to anomalies
23 of the upper limbs, do they?
24    A.   No.  But, again, my position is, is that once
25 you have a teratogen and you have genetic variability

Page 224

1  in each individual, hypervariability, then, again,
2  you -- a teratogen affects undifferentiated cells, and
3  who knows what's going to happen at that point.
4        So my concern was that this -- you know,
5  they're saying that this is a teratogen, and they
6  clearly are.
7    Q.   And -- well, Doctor, you said they clearly
8  are.  They talk about a possible association.  A
9  teratogen is not just possibly associated with an
10 increased risk.  It causes an increased risk.  Right?
11    A.   That's correct.
12    Q.   Okay.
13        MR. GLANVILLE:  Unless you -- I believe
14 we've covered that.
15    Q.   (By Mr. Glanville) We had talked about the
16 Bar-Oz discussion of potential confounding by
17 indication.  I inferred from what you said that you
18 don't believe you're qualified to address that
19 question, right?
20    A.   An epidemiologist should address that
21 question.
22    Q.   Because you're not qualified to.
23    A.   Because an epidemiologist is the one who
24 specializes in it.
25        MR. GLANVILLE:  Okay.  Let's call it a

Page 225

1  day.
2        THE VIDEOGRAPHER:  Off the record at
3  2:39 p.m., end of tape 4.
4        (Deposition concluded at 2:39 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

57 (Pages 222 to 225)

Paul Goldstein, Ph.D.

Page 226

1              C E R T I F I C A T E
2        I, Janice K. McMoran, RDR, CRR, TCRR, and
3   Certified Shorthand Reporter in and for the State of
4   Texas, certify that the foregoing deposition of PAUL
5   GOLDSTEIN, Ph.D. was reported stenographically by me
6   at the time and place indicated, said witness having
7   been placed under oath by me, and that the deposition
8   is a true record of the testimony given by the
9   witness.
10       I further certify that I am neither counsel
11  for nor related to any party in the case and am not
12  financially interested in its outcome.
13       Given under my hand on this the 6th day of
14  September, 2012.
15
16  _____
17            JANICE K. McMORAN, RDR, CRR, TCRR
              Texas CSR #1959
18            Expiration Date:  12/31/12
19            Golkow Technologies, Inc.
              One Liberty Place, 51st Floor
20            1650 Market Street
              Philadelphia, Pennsylvania  19103
21            (877) 370-3377
22
23
24
25

Page 227

1         ACKNOWLEDGMENT OF DEPONENT
2        I,_____, do hereby certify that I
3   have read the foregoing pages, and that the same is a
4   correct transcription of the answers given by
5   me to the questions therein propounded, except for the
6   corrections or changes in form or substance, if any,
7   noted in the attached Errata Sheet.
8
9   _____
10      PAUL GOLDSTEIN, Ph.D.          DATE
11
12    Subscribed and sworn to before me this
13  _____ day of _____, 2012.
14
15  _____
16      Notary Public
17
18  My commission expires: _____
19
20
21
22
23
24
25

Page 228

1         - - - - - - -
          E R R A T A
2         - - - - - - -
3   WITNESS: PAUL GOLDSTEIN, Ph.D.   DATE: SEPTEMBER 5, 2012
4   PAGE NO.   LINE NO.   CHANGE      REASON FOR CHANGE
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25

Page 229

1         - - - - - - -
2         LAWYER'S NOTES
3         - - - - - - -
4   PAGE  LINE
5   ____  ____   _____
6   ____  ____   _____
7   ____  ____   _____
8   ____  ____   _____
9   ____  ____   _____
10  ____  ____   _____
11  ____  ____   _____
12  ____  ____   _____
13  ____  ____   _____
14  ____  ____   _____
15  ____  ____   _____
16  ____  ____   _____
17  ____  ____   _____
18  ____  ____   _____
19  ____  ____   _____
20  ____  ____   _____
21  ____  ____   _____
22  ____  ____   _____
23  ____  ____   _____
24
25

58 (Pages 226 to 229)

## A

**ability** 8:1,25 17:9
51:15 73:13 84:9
166:13
**able** 46:23 107:9
109:18 128:25 143:23
**abnormal** 160:11 162:4
**abnormalities** 161:21
169:1,8
**abnormality** 113:1
127:11
**above-styled** 2:5
**absence** 81:18 126:21
167:2 192:24 211:3
**absolute** 29:24
**absolutely** 19:9 41:1,4
93:21 100:18 109:9
110:4 142:15 160:16
163:18 168:5 211:10
212:13
**abstract** 28:3,7,14
106:21,25 107:6,7
172:21 221:21
**abstracts** 27:6,13,24
28:1,5
**abundance** 170:3
**academic** 32:23 57:3
**acceptable** 106:17
122:23 135:10 139:4
**accepted** 40:11 88:8
93:1 119:13 123:18
129:12,13,18 138:16
139:12 144:16,18
177:15 191:8 197:16
197:19 199:4
**accepts** 113:12
**access** 8:24 9:16,20
**accomplished** 72:19
**accomplishing** 17:12
**account** 58:25 96:2
161:11 165:12 179:6
208:4
**accounted** 164:9
178:13 208:18 217:10
**accuracy** 199:20
220:22
**accurate** 19:22 24:21
31:13 33:20 34:19,21
55:5 64:13 65:3
113:9,13,15 132:24
193:5
**accurately** 111:10
118:1 147:21 173:5
176:1
**accuse** 175:2
**achieve** 123:2,7
**acknowledge** 116:1
**Acknowledgment** 4:6

227:1
**acne** 61:24
**acquired** 50:24 51:2
216:6
**acquiring** 35:1
**act** 151:3
**action** 1:7 6:6
**active** 189:14
**activity/potency** 136:8
**Ad** 53:4
**add** 88:21
**addition** 91:15 221:15
222:4
**additional** 9:10 14:19
97:3 219:16
**address** 56:24 75:1
172:6 178:9 224:18
224:20
**addressed** 37:4 138:8
180:13,14
**addresses** 57:10
**adjusted** 107:21 108:23
109:1 172:16 184:5
188:11 192:15
**administered** 133:9
**administration** 160:14
**admitted** 38:22
**adult** 154:7
**advance** 10:5,9,19
**Advanced** 5:4 80:3
**adverse** 39:7 90:3 91:5
97:20 136:5 162:3
**adversely** 17:22
150:16,20 165:18,23
168:3,12 207:5
**advertise** 56:14 66:21
66:23
**advertisement** 67:1
**advertising** 56:13
67:13
**advice** 44:24
**advisory** 44:21,23
**Affairs** 53:14 86:25
97:18 99:3
**affect** 104:11 125:2
126:12 127:6,21,22
156:22 165:18,23
167:19,20,21 168:3
168:17 198:18 200:18
**affiliated** 58:19
**affiliation** 58:18
**agency** 11:11,12 12:18
138:7
**ago** 11:14 30:16,18
54:6 69:13,16 70:19
70:19 71:2 74:2
80:16 114:13 127:25
161:25 197:5,6

199:22
**agree** 29:1 41:23 42:3
42:23 79:5,10 82:7,10
83:14 96:6,22,23 97:5
97:7 100:13 101:1
113:3 125:10 133:20
138:14 139:9 142:14
145:20 148:5,21
154:1 157:2 160:6,15
160:21 161:3,7,8,14
161:15 162:6,12
163:1,8,10 168:2,14
171:6 185:12 190:21
191:17 193:3 196:15
196:18 199:3 201:9
211:3 217:9,13
**ah** 94:5 135:25
**ahead** 65:9 109:23
175:23
**aid** 80:23
**air** 211:12,12,15,17
**airborne** 210:8,14,25
**al** 4:23
**Albany** 19:13
**Albert** 65:24
**allege** 145:14 146:6
**alleged** 76:23 77:5,8
166:13 204:10
**allergenicity** 59:2
**allergy** 58:24 71:5
**allow** 35:24 36:3 77:20
**alluded** 95:22,23
**alluding** 24:19
**Aloud** 190:4
**alter** 152:16
**alteration** 157:3
**alterations** 151:25
152:1 165:23
**alternative** 112:22
113:22 150:3,6,12
**alters** 157:7
**amazing** 153:4
**ambient** 211:12
**amended** 4:13 6:25 7:7
18:13
**America** 34:9
**American** 38:9,11
39:12,15,17 49:3
70:22,24
**amount** 10:22 129:8
**analogy** 98:25
**analysis** 67:24 70:7
102:5,25 105:8,13
111:7 112:14 114:2
175:16 183:9
**analyze** 102:8
**analyzing** 120:14
**anaphylactic** 148:25

**ancillary** 9:9
**Andrea** 1:4 5:22 71:15
210:3 214:3
**and/or** 117:22 151:19
**anemia** 80:13
**animal** 42:4,12 147:11
147:17 149:13 153:18
153:19,24 165:17,22
**animals** 42:6 114:5
127:20 132:21 133:10
136:15,17,20 151:24
**anomalies** 53:21 116:6
142:19,22 211:18
222:25 223:10,11,22
223:22
**answer** 8:22 16:1 22:20
23:17 35:24,25 36:3
37:11,25 38:2 46:20
47:2 52:8,8 53:19
83:4 98:9 101:16
114:8 115:19 116:17
123:7 128:2 141:8,10
148:10 150:18 156:16
156:17,20 158:11
165:13,13 168:7
194:5 201:22 204:13
217:3 220:24 221:7
**answered** 46:11 114:7
166:15 212:1 222:16
**answers** 5:9 227:4
**antagonistic** 36:15
**antianxiety** 203:6
**anticonvulsants** 161:19
**antidepressant** 173:7
203:5
**antidepressants** 173:4
176:17 177:5,25
178:3,7 180:4 183:3
202:21,24
**antineoplastics** 161:19
**anxiety** 220:19
**anybody** 13:8 67:3
**anyway** 85:17 160:3
**aplastic** 80:13
**apologize** 125:8
**apparent** 220:16
**apparently** 72:7 152:11
**appeal** 74:4,8 79:12
**appealed** 79:21,23
81:14
**appear** 65:15
**appearance** 12:23 13:9
**appeared** 83:19
**APPEARING** 3:3,9
**appears** 220:13
**apples** 124:3
**applicable** 25:5 59:13
88:7 98:20,23 100:9,9

100:22 186:15
**applied** 119:12 123:10
**applies** 185:18
**apply** 87:14 120:13
121:8,11 123:14
153:25 154:9
**applying** 121:16
**appreciate** 147:2
**appreciated** 209:21
**apprehends** 90:12
**approach** 120:14
**appropriate** 80:9
**approximately** 70:6
**April** 54:18 55:23
**area** 38:19 42:20 45:17
46:2,7 50:22 51:6
58:1 75:20 76:2
77:22 155:23 156:19
156:25 194:5,10,20
199:12 211:16 215:5
**areas** 67:20 68:9
**arena** 124:1,1
**argue** 155:7
**arguing** 155:9
**argument** 23:3 157:11
**argumentative** 154:22
154:24 217:2
**arguments** 152:7
**arms** 23:4,9
**arrangement** 12:2
**arteries** 21:25
**arthrogryposis** 173:22
174:1 175:6
**article** 5:5,10,13,16,19
107:5,7,8 110:19
111:1 147:4 151:16
151:16 172:22 184:6
190:23 194:24 195:11
195:14 207:19 208:24
219:25 222:22
**articles** 26:12 29:18,23
106:13 219:13
**articulated** 88:10
**ascaris** 20:7,9,11,20
21:2,2,4,5,15 23:4,10
24:7,20 25:12
**ascertainment** 220:23
221:2,10
**ascribed** 113:20 114:16
**asked** 10:15 35:14 36:9
46:10,10 48:6,22
67:14 71:6 80:10
96:11 106:9 114:3
119:3 129:7 131:14
171:17 177:23 191:1
203:1 205:14 213:1,5
**asking** 8:22 10:12,13
22:13,15 24:18 36:7

36:14 66:10 95:9
167:4 177:22 181:5
210:21 212:4
**aspect** 29:11 223:20
**aspects** 40:3 67:23
148:17
**assertion** 12:19
**assertions** 130:8
**assess** 105:8,22 115:2
116:2
**assessing** 88:11 123:11
148:2 163:13
**assessment** 91:11 92:18
**assist** 11:12
**assistant** 24:15
**associate** 194:8
**associated** 90:21 92:1
132:22 136:5 141:17
142:11 149:17,22
151:25 161:10 167:18
169:1 171:8 178:19
188:14 200:2,12,14
200:15 203:9 204:21
204:22 206:6,21
207:18 208:24 219:22
220:13 221:4 222:2
224:9
**association** 25:2 53:17
87:1,1,2 90:13 91:18
91:23 92:22 93:2,11
93:13,18,23 94:11,19
94:24 95:14,17,21
96:2,7,12,25 97:5
101:2,3,11 102:9
103:2,9,14,15 105:2,7
144:1 167:5,5 169:17
169:20,23,25 171:13
171:15 172:1,4,5,7
190:8,12 193:16
221:4 222:19,24
223:3,4 224:8
**associations** 25:3
169:18 192:8,23
193:8
**associative** 186:7
**assume** 49:10,18 50:23
63:13 68:12 89:11
129:7 159:1 160:23
194:6,13 204:12
216:22 217:6
**assumed** 130:13 214:3
**assuming** 164:25
**assumption** 204:15
**assumptions** 218:16
**Ativan** 203:2,4,8,11,17
204:13,20,21 205:21
**attached** 2:13 227:7
**attempt** 84:18 105:21

**attention** 141:5
**attorney** 47:1 75:24,25
118:6
**attorneys** 56:13
**attribute** 122:16
**attributed** 113:19
**Austin** 5:5 89:20 91:16
92:7,23 94:12
**author** 112:7 118:7
181:20
**authored** 53:14
**authors** 130:18 131:3
134:13 171:1,2,17
192:6 195:15 220:4
221:23
**availability** 156:8
**available** 37:14 139:22
155:19 161:18 183:9
**Avenue** 3:16
**average** 30:7,8
**avoid** 141:25
**aware** 73:12 129:23
130:22 131:3 144:8
158:7 216:5
**awareness** 140:23
**a.m** 2:6 6:4 101:21,22
101:22,24

**B**

**babies** 47:10 102:19
145:23 160:18 166:21
222:5
**baby's** 140:23
**back** 10:22 14:22 27:17
36:20 41:9 54:23
60:9 69:4 70:19
85:20 87:8 88:17
91:18 96:19 101:23
116:20 117:14 128:15
131:9 133:18 159:14
163:22 170:11 175:21
179:22 181:11 183:25
189:24 207:19 210:2
219:7
**background** 18:25 59:3
82:16 141:19 160:10
162:3
**bacteria** 77:10,21
137:10
**bad** 14:8 75:22
**bank** 62:24
**Bar-Oz** 170:13 219:18
220:10 221:23 224:16
**based** 22:25 23:10
25:14 42:1,12 43:1
109:25 111:5 117:21
141:22,23 144:20
159:18 180:18 210:24

220:9,11
**bases** 85:2
**basically** 76:3 89:20
90:2 91:2,10 97:14
146:7
**basics** 121:11
**basis** 35:3 53:10 56:17
113:22 114:17 115:22
116:1,7 154:18 205:4
**beautiful** 63:15
**becoming** 207:12
**BEECHAM** 1:9
**beer** 140:10
**beginning** 87:9 101:24
159:15 201:24 219:8
**begins** 189:8
**behalf** 1:5
**belief** 159:18 162:1
**believe** 19:5 25:15
31:16 40:12 54:18
106:5 119:19 120:9
126:17 144:5,24
151:14 153:8,13
160:25 168:19 169:4
174:17 193:25 200:5
213:3,12,18 214:8
224:13,18
**bells** 66:4,13 80:14
**belong** 35:5
**benefit** 190:19
**benefits** 68:1
**Berard** 105:25 106:20
106:22 107:5 110:19
111:1,25 170:13
**BERRIGAN** 1:8
**best** 8:1 17:9 42:23
45:10 51:15 66:19
83:3 84:9,16 138:17
219:16
**better** 28:22 34:24
110:23 113:6 123:21
177:11
**bias** 180:11 220:15,23
220:23 221:3
**biases** 221:11
**biblical** 128:20
**Bickford** 3:4 6:15
**big** 62:16 63:7,7 135:6
**billed** 13:14
**billing** 14:1,2,14
**biologic** 87:2 112:21
147:20 148:1,5
150:13
**biological** 25:3 40:10
86:5 90:25 91:3 93:9
97:12 105:21,23
112:13,18,21 146:20
149:25 150:2,25

151:2 157:3
**biologically** 90:6 91:14
**biology** 19:17 91:13
**biostatistics** 46:1,7
**birth** 5:17 53:21 54:1
56:4 57:21 58:1,8
73:6 88:11,23 98:3,4
102:19 111:21 112:24
117:1,12 121:16
136:14 139:11 140:12
141:7,13 142:12
143:5,11,12 144:1
153:14 157:5 160:19
161:5,9,12 162:15,17
166:13,21 169:11
171:23 178:4,6 180:6
182:23 186:3,22
197:18 203:9 207:18
211:12 212:11,25
213:3,8,19 222:20
**births** 170:18 184:5
**bit** 18:25 135:6 175:1
198:24
**blood** 21:18 159:3
**bloody** 76:6
**Board** 39:12,15
**boards** 123:18
**Bob** 6:16
**body** 21:19 144:9 167:8
168:25
**born** 128:8 160:18,19
198:4 208:5 222:6
**bother** 23:20
**bottom** 26:11 77:3
78:24 92:16 118:9,10
136:3 184:22 185:3
188:19 192:6 215:23
**BRAC** 60:4,7
**BRAD** 1:4
**Bradford** 5:4,5 87:11
87:15,22 88:2,3,10,20
89:1,17,19,20 92:22
93:3 94:12,12,15,21
95:19,20 96:24 98:18
98:24 99:7 100:12,18
100:24 102:4 105:8
105:12,14,22 118:21
118:24 119:16 121:8
121:11 122:4,8 148:3
**Bradford-Hill** 190:7
**Brands** 4:23
**break** 101:19 159:8
**breast** 60:4 148:16
**breathe** 75:21
**Breeders** 26:25 27:3,5
27:19
**Brent** 131:6
**briefly** 84:3

**bring** 9:6 10:19 154:25
**brought** 10:16 52:5
**bucks** 44:10
**bud** 104:10,13 127:9,13
127:14 133:2 144:25
150:20 163:23,24
164:8 167:21 187:6
189:14,14,15,17
200:12,13
**Buffalo** 3:11
**bunch** 64:25
**Burnet** 80:4
**bursting** 61:22
**business** 61:7 62:15
**businessman** 65:5
**Busulfan** 127:1 168:13
**busy** 69:17,18
**buzzes** 137:19

**C**

**C** 3:1 6:1 24:23,23 25:6
25:12,18 40:12 43:1
44:13 226:1,1
**Caenorhabditis** 24:22
**calculated** 214:18
**call** 87:15,23 88:2
124:22 141:5 153:2
159:7 224:25
**called** 26:24 34:7 38:10
49:2 55:7 60:16 80:2
82:13 133:25 173:22
**calls** 45:10
**Canaan** 3:15 6:17
181:12
**cancer** 60:4 78:9,17
79:4,8 90:21 92:8,15
**CAP** 70:21,25
**capable** 53:24 136:14
167:3 171:21 186:2
**capacity** 44:25
**capillaries** 21:25
**carcinogens** 44:12
**cardiac** 5:6 47:20 48:7
57:11,13 60:12
107:16,22 111:6
116:24 117:10 122:15
129:1,5 132:14 167:6
173:11,12,14 185:16
185:17 219:23 220:14
222:3
**cardiology** 48:11
**cardiomyopathy** 154:5
**cardiovascular** 186:11
220:16 221:24 222:24
223:16,20,22
**care** 202:8
**career** 29:9
**carefully** 188:6

Paul Goldstein, Ph.D.

**Carnegie** 104:17
**Carolina** 24:10,16
  25:24
**carrier** 60:5
**carry** 96:16
**carry-over** 111:4
**case** 6:6 9:19 10:24
  11:12,17 15:14 17:22
  34:7 64:17 65:8,11,12
  65:19 66:8 67:10
  69:4 74:3,6,7,16
  75:11,15 76:25 78:5
  78:21 79:6 80:2,7,17
  81:16 83:7,9 84:5,5,7
  84:19 85:3,5,12 87:7
  87:17 93:16 101:2
  120:12 123:11 124:15
  125:20 163:4 175:9
  189:23 190:6 199:24
  215:14 226:11
**cases** 63:14,23 64:9,11
  64:23 65:14 66:16
  69:21,25 70:14,14
  73:6 82:4,14 83:20,24
  84:2 111:6 125:11
  184:25 194:22
**catch** 88:15
**catch-all** 211:23
**categories** 98:3
**category** 127:3 162:17
  169:16
**causal** 123:4 169:20,22
  170:1 172:5,8 176:7,9
  176:11 185:13 191:10
  221:5 223:4
**causality** 88:11
**causally** 222:13
**causation** 75:3 78:18
  86:4 87:16,20,21,23
  89:2 100:25 101:5
  117:24 119:14 120:19
  120:23,23 121:1,7,16
  123:15 148:3
**cause** 2:5 82:4,10,17
  83:15 91:11 113:1
  127:11 139:11 141:7
  144:15 166:13 168:23
  186:22 187:2,4
  197:18,25 200:22
  211:12 212:11,25
  213:3,8
**caused** 75:5,17 78:9
  79:3,8 80:12,19
  112:24 122:18 127:13
  145:13 146:6 159:17
  209:1,13 211:17
**causes** 47:25 48:15
  57:21 59:7 60:12

82:11 114:19 122:15
  124:7 125:16,21
  129:1,4 132:23 157:5
  160:11 164:16,17,18
  166:11 168:19 169:11
  171:3 186:2 194:16
  194:17,18 196:12
  199:6 221:24 224:10
**causing** 112:19 136:14
  167:3 186:2
**cautious** 192:24 193:9
  193:11
**CBC** 65:19
**CCC** 13:7 14:3
**ceases** 199:25
**cell** 20:12 25:4,5,8
  137:4,5,14 151:18,21
  163:5 197:5,6
**cells** 36:25 104:10,12
  125:2 127:13,22
  137:7 145:18 155:19
  187:5 189:14,15
  207:11 224:2
**center** 3:11 14:21,22
  15:20 16:11 58:9
  61:21
**Centola** 3:4 6:14,14
  8:17,21 13:23 15:22
  15:25 22:13 35:11,18
  35:22 37:10 41:21
  42:13 46:25 52:8
  69:14 70:1 72:3
  79:9 81:20 82:19
  98:6 100:17 110:17
  114:21 120:8 122:19
  125:24 131:18 132:16
  133:12 135:17 144:3
  144:12 148:8 154:20
  155:7 157:9 171:5
  172:9 174:5 178:8
  181:10 186:4 190:25
  191:12 194:4 202:4
  203:20,23 205:9,10
  208:6 209:3,22 213:4
  216:14 217:1,12
  218:19
**certain** 80:12 213:10
**certainly** 26:19 42:19
  46:21 73:4 93:5
  109:9 124:9 164:4,5
  185:11 201:18 220:1
**certainty** 119:10 123:3
  124:5 208:23
**Certificate** 4:5
**certification** 37:16,19
**certifications** 37:14
**certified** 2:7 37:17
  226:3

**certify** 226:4,10 227:2
**challenged** 73:14,19,21
**chambers** 21:23
**chance** 175:18 176:4,6
  176:9,12,13 192:8
**chances** 208:21 209:6
**change** 36:24 58:3
  84:13 98:16 132:5
  161:2 228:4,4
**changed** 19:9 69:1
  131:19 161:1
**changes** 158:24 227:6
**characteristics** 158:24
  175:19
**characterized** 52:25
  56:23
**characterizes** 92:9
**charge** 11:8 12:4,4,4,5
  12:6,15,15,17,20
  13:22 14:9 70:20
  71:1
**charged** 11:6 18:20
**charges** 11:9 13:20
**charging** 13:24
**chemical** 5:4 61:20
  80:3 112:25 137:8
  145:17 160:12 165:1
**Chemically-induced**
  161:9
**chemicals** 36:20,22
  44:11 80:12 137:4,11
  210:14,18 211:21,22
**chews** 213:15
**child** 1:6 115:23
**children** 220:17
**child's** 80:12,19
**chimney** 90:21,22 92:8
**choose** 30:13 100:4
**chose** 86:22 89:5,5
**Chromosomes** 24:7
**circulating** 153:11
  155:16,20 156:1,14
  157:20,25
**circulatory** 21:24
**circumstances** 46:14
  134:21 148:7 186:1
**citation** 70:9 117:19
  148:14 182:8
**cite** 51:17 89:18 98:12
  181:17 219:18 222:22
**cited** 119:20 147:5
  171:3 188:3 192:4,15
**cites** 86:18 90:20 92:7
  97:25 118:23 171:9
**citing** 86:6,15 148:12
  148:14
**Civil** 1:7 2:11
**claim** 37:7 45:23 46:1,3

49:15 50:15 73:1
  78:7 88:8 98:4 100:4
  104:5 112:8 131:15
  131:16 144:14,20,20
  144:21 202:14 216:25
**claimed** 45:24 76:22
  168:11
**claims** 144:21
**clarification** 23:25
**class** 50:8
**classification** 20:23
**classified** 102:24 118:6
**classify** 15:17
**clear** 153:20 183:18
  186:19
**clearly** 8:13 127:8
  169:6,7,7 172:17
  176:11,23 224:6,7
**clinical** 70:17 126:17
  148:17 161:13 183:9
  190:10 220:10
**clinically** 161:21
**close** 95:11
**closely** 127:12
**clubfoot** 5:20 103:5,23
  103:25 104:5,7,23
  167:7 172:16 189:4,6
  189:7,12 192:5 193:7
  193:16 194:2,12,14
  194:19,22 195:9
  196:10,13
**clue** 130:9 140:20
**code** 194:3
**codes** 194:7,9
**coherence** 86:6 87:2
  91:8 93:10
**cohort** 44:9 82:1
  102:18 121:14 143:14
  143:17
**cohorts** 170:6 178:14
**coincidence** 145:22
**Cold** 28:12
**Cole** 147:4 170:20,22
  171:7 172:22 180:3
  180:12,18,21,25
  181:16,16 184:6
**coli** 67:21
**colleagues** 57:3 219:3
**College** 39:18 49:3
  70:22
**column** 77:3 78:13,25
  92:17 107:16,17,22
  111:3 136:2 141:6
  175:15 183:1 188:16
  188:19 192:7 216:1
**combined** 167:7 172:8
  178:4 185:23
**come** 56:15 67:3 152:7

164:6 166:9 179:22
  189:24 210:17 214:25
**comes** 48:10 69:15
  113:8 128:8 135:13
  146:18 163:24
**coming** 99:9,11 169:9
  212:20
**comment** 193:12 198:7
  199:2 220:25
**Commerce** 2:10
**commission** 227:18
**committee** 44:22 53:14
  86:25 97:18 99:3
**common** 168:15
**commonly** 86:4
**communicate** 13:18
**communication** 205:6
  205:8 211:4
**community** 46:6 47:24
  49:11 57:24 88:9
  93:2 116:24 122:8
  135:9 144:17
**companies** 42:15 137:7
**company** 4:24 13:19
  18:22 37:19 45:13
  60:15,18,24 61:5,7
  62:3,9,13,19,20,23
  63:2 69:4 76:14
**comparators** 176:16
**compare** 123:13
**compared** 18:21 92:16
  142:23 173:3 220:20
  222:7 223:12
**comparison** 96:18,19
  177:18
**comparisons** 192:9,14
  192:16 193:1
**compensated** 62:8
**compensation** 12:2
**competent** 78:15
**complete** 84:6,20,22,24
  84:24
**complications** 175:20
**comprehensive** 51:9
  143:22
**comprehensively** 51:14
**conception** 196:16
  197:18 214:18 215:1
  215:6,8
**concern** 224:4
**concerned** 38:6
**concerning** 40:20 44:18
  46:24 48:15 51:10
  52:3 56:3 57:3
  217:15,17 218:6,15
**conclude** 121:24 123:3
  171:3,18,19 221:24
  222:12

Paul Goldstein, Ph.D.

**concluded** 75:4 167:2
    222:1 225:4
**concluding** 80:21
**conclusion** 42:10 101:4
    124:6 164:16 166:10
    167:9 172:21 214:25
    222:11,23
**conclusions** 41:24
    87:16 99:10,12
    100:14 101:13 121:6
    121:7 123:14 195:14
    220:3,8,10
**concordance** 104:15
**condition** 46:13,17
    82:10,12,15,17 83:15
    91:13 102:20 113:22
    114:20 115:3,9,17
    116:15 146:5 166:22
    174:3,14 175:5,8
    180:5
**conditions** 46:20
    143:15,15 145:21
    194:8
**conduct** 62:4
**conducted** 40:19 44:4
    44:18 96:13 132:21
    193:14
**conducting** 71:3
**confidence** 108:1,10,18
    188:12 190:14
**confirm** 206:11
**confirmed** 193:13
    221:10 223:4
**conflict** 91:12 183:19
    183:22
**confounding** 143:19
    175:19 179:24 180:10
    224:16
**confusion** 33:25
**Congara** 218:10
**congenital** 5:11,14,19
    48:7 51:11 52:4
    53:21 56:25 57:4
    59:7 62:1 106:7
    107:15 116:6 126:21
    131:12 160:20 167:6
    167:14,17 168:25
    169:8 170:16 171:4
    172:1,8 173:2,8
    184:23 185:12,14
    186:11 189:7 195:8
    195:19,21,25 204:22
    206:7 211:18 222:7
**congential** 171:7
    206:22
**connection** 16:21 56:20
    78:16 204:2,10
**consecutively** 217:10

**consider** 48:25 93:18
    100:3,11 101:16
    103:17 125:7 208:3
**consideration** 94:10
    112:22 150:3 209:8
**considerations** 101:4
**considered** 85:10 95:24
    99:8,11,13 100:10
    101:10 135:10 145:6
**considering** 100:7
    106:2 143:17
**consistency** 87:1 96:25
    97:5 101:3,11 103:14
**consistent** 122:1 172:25
**Consolidated** 11:4,8,10
    13:7
**constitutes** 122:22,22
**consult** 60:11
**consultant** 30:20 66:22
    69:15
**Consultants** 11:4,9,10
    13:7
**consulted** 45:12 63:14
    69:21
**consulting** 30:14,23
    61:8,9,15,18 68:10,21
    69:6,10,12 70:7
**consumer** 212:11,15,24
    213:2,5
**contact** 11:13 210:18
**contacted** 11:12
**contention** 186:20,21
    200:20
**context** 32:24 47:21
    48:5 59:14,18 123:4
    123:15 180:2 202:13
**contexts** 204:6
**continue** 132:25 173:6
    192:22
**continued** 5:1 24:12
    25:7 99:14 166:23
**continuing** 113:16
**contract** 11:16,20
**contracted** 13:5,6
**contrary** 144:10
**contributed** 209:1,13
**contributing** 220:15
**contributors** 134:7
**control** 61:21 177:8
    190:14
**controls** 142:23 177:12
    177:19,24 183:2,10
    223:12
**conventional** 109:7
**conveys** 190:13,18,19
**copartners** 61:2
**copied** 14:22
**copies** 51:25

**copy** 8:2,19 9:3,6 14:21
    14:22 15:20 16:11
    19:4 107:9 220:5
**copying** 15:21 16:4
**Corporation** 1:10 34:9
**correct** 7:14,20,21 8:1
    8:8,24 9:14,25 10:1
    11:7,22,24 12:8,9
    15:2,4,8,11,14 17:18
    17:19 18:23 19:13,14
    19:25 20:1,7,8,10,12
    20:13,20 22:6,9,21
    23:23,24 24:1,2,4,5,7
    24:8,10,13,14,17,24
    25:24,25 26:2,3,8,9
    26:13,14 28:15,23
    29:2,7,8,11,19 32:5,6
    32:12,16 33:10 37:15
    37:17 38:1,15 39:4,9
    39:12 40:3,4,21,22
    41:7 44:5,6 45:18
    46:9,10 48:12,13
    50:17 53:12 57:7,8,15
    57:16,21,22 68:2,3,4
    69:13,22,23 70:5
    71:16,20 73:3,7 75:18
    81:14 83:24 84:21
    85:6 86:7 89:21,22,25
    90:3,7,8,14,25 91:8,9
    91:15,23 94:12 97:12
    97:13,15,23 98:10,13
    98:14,19,20,25 99:1
    99:16 103:11 104:3
    105:5,6 107:17,23
    108:11 115:3 116:4
    118:25 119:6 120:2,7
    123:11 132:25 136:15
    136:18 138:2 139:5
    150:17 156:10 158:6
    159:21 160:23 163:15
    165:24 171:15 177:8
    178:22 180:12 181:1
    181:8,22 182:1 183:4
    185:19,23 186:23
    188:23 189:1,2
    191:11 206:7 210:20
    211:25 212:1,2
    213:11 219:23 223:2
    224:11 227:4
**corrections** 227:6
**corroboration** 216:24
**Cote** 151:16
**counsel** 6:11 13:18
    46:24 47:15,16 54:8
    98:16 226:10
**counseling** 47:5,9
**counselors** 140:13
**count** 186:9

**County** 80:4
**couple** 11:14 29:15
    55:7 73:6
**course** 8:4 9:2,6,9,17
    10:3 31:9 32:8,11,15
    35:1,15 36:18 47:7
    51:16 55:22 56:5,22
    73:25 103:20 171:10
    173:19 198:17 202:2
    213:13
**courses** 30:23,24 33:8
    35:4 36:11
**court** 1:1 6:9,12 23:25
    43:10,19 50:12 53:4
    70:24 75:1,6,9 76:15
    77:7,15,19 78:2 80:22
    81:1,4 82:3 83:19
    85:3 109:12 119:12
    121:23 142:20 151:11
    167:15 198:6
**courts** 67:20
**Court's** 122:10
**cover** 9:23
**covered** 224:14
**CPC** 34:7 64:17
**cream** 61:24
**credentials** 32:24
**crest** 163:5
**criminal** 69:21
**criteria** 53:16 86:3,19
    87:15,23 88:2,3,10
    89:1 91:16 92:24
    93:3 94:14,16,17,21
    94:22 95:24 98:19
    99:7,9,11,22 100:12
    100:21 118:21,24
    120:2,22 121:1,10
    122:4,9 190:7
**criterion** 94:11 96:24
    97:9,11 98:25 105:22
**critical** 116:22 130:18
    134:12 159:20 197:23
    207:15 208:8 209:5
**criticisms** 131:4
**criticizing** 129:25
**cross** 157:11
**crosses** 155:23 158:5,8
    158:19,22
**CRR** 2:7 226:2,17
**CSR** 226:17
**CTEV** 195:22
**culture** 136:24 137:5,5
**current** 19:6,7 69:9
    162:1
**curriculum** 4:17 33:10
    36:10
**curve** 109:5,25
**custody** 68:17

**cut** 209:19 219:3
**cutoff** 207:4
**CV** 19:4,6 27:16 28:25
**CVS** 5:22
**cyclical** 69:17
**cyto** 50:20
**cytochrome** 50:20
**cytogenetic** 142:19
    223:10
**CZM137** 44:2
**C-A-P** 70:25

**D**

**d** 3:14 4:1 6:1 169:16
**Dallas** 2:10
**data** 42:1,12 85:9 92:5
    97:6,23 98:1,12 103:9
    110:21 120:14 138:25
    157:6 158:7,12,16
    165:17,22 166:12
    167:8 168:21 170:14
    180:19 181:7 182:20
**database** 115:15 181:1
    182:18 183:10 184:7
    184:14,15,17
**databases** 113:17
    114:14 222:18
**date** 18:3 19:9 55:10
    183:20 207:4 214:18
    215:6,21 216:7
    226:18 227:10 228:3
**dated** 4:15,16 5:18
**Daubert** 119:12 122:11
**day** 106:4 140:10
    199:25 200:1,19
    214:7,9 225:1 226:13
    227:13
**days** 54:6 55:8 92:6
    130:12 199:17 200:5
**deal** 135:6
**decided** 10:13 53:10
**decision** 4:23,24 72:8,9
    79:24 119:12
**declined** 184:8
**decreased** 31:6
**defect** 47:20 48:7 60:13
    104:2,7 112:24
    125:22 126:2 132:1
    132:15 133:16 145:13
    145:24 160:19 162:15
    164:18,19,20 167:3
    174:1 184:25 185:6
    186:3,22 189:1
    200:22 201:10,20
    209:14,17 217:11
**defects** 5:17 47:25
    48:15,17 51:11 52:4
    53:21 54:1 56:4,25

Paul Goldstein, Ph.D.

57:4,11,13,21 58:1,8
59:7 62:1 70:3 73:1,6
88:11,24 98:3,4 102:6
102:10 103:5,6,10,17
103:18,20 104:24
105:4,10,16,24
111:21 112:15,19
116:24 117:1,3,5,10
117:12 121:16 122:15
122:18 124:7 125:11
125:16,19 129:1,5
132:12,19,23 136:14
139:11,11,12 140:13
141:8,14,18,19 142:2
142:8,12 143:5,11,12
143:21 144:2,15
149:18,23 151:24
153:15 157:6 159:18
161:5,10,12 162:11
162:11,17 163:19
164:16,17 166:11,13
167:6 168:19,23
169:11 171:4,23
172:15,16,18 173:11
173:12,14,16,18,19
178:4,6,19,20 180:7
182:23 184:21 185:10
187:2 188:20 189:6
190:22,24 194:3
197:18 199:7,9,10,18
200:2,6 203:9 204:23
206:7,22 207:18,25
208:4,18,25 209:2,2
211:13 212:12,25
213:3,8,20 221:25
222:20 223:16
**Defendant** 1:11 3:9
78:13
**Defendants** 2:4
**defense** 15:7 54:17
214:18
**deficiencies** 126:20,22
126:22 127:12
**deficiency** 102:24
**deficit** 127:12
**defined** 172:18
**definition** 108:16,17
136:10,13 150:13
171:20
**definitive** 154:3
**deformity** 115:23
**degree** 19:12,16,17,24
20:2 23:22 31:24
32:4,21 46:9 208:22
**delayed** 209:22
**delivered** 87:8
**Delivery** 5:4 80:3
**demonstrably** 40:24

**demonstrate** 175:17
**demonstrated** 152:22
**demonstrates** 114:5
**demonstrating** 132:22
149:21
**Department** 181:21
182:24
**depend** 165:7
**depends** 160:11 165:4
**Deponent** 4:6 227:1
**deposed** 54:23
**deposition** 1:17 2:2
4:13,18 6:5,25 10:6
10:11 12:11,16,16,21
12:23 13:10,11,15
18:20 34:7 53:9 54:4
55:1,4 63:9,15 64:10
64:16,23 66:3,7 87:9
112:1 193:23 205:10
205:11 206:9 213:24
213:25 225:4 226:4,7
**depositions** 73:25
218:24 219:1
**deps@golkow.com**
1:25
**derived** 69:5,10 180:25
**DES** 43:12 109:13,20
**describe** 102:17 128:1
143:20 166:19
**described** 31:20 94:11
102:21 119:14 143:19
166:23 191:3
**DESCRIPTION** 4:12
5:2
**design** 183:8
**designed** 194:7
**desk** 65:18 130:4
**detail** 89:8 98:7,11
130:14
**detailed** 95:4,5
**details** 97:2 99:17
129:17 177:10 183:9
**detecting** 162:23
**detection** 220:15,16,23
**determine** 11:25 42:5
66:16 82:21 100:25
137:8,11 143:23
**determined** 57:14
81:10 92:4
**determining** 179:12
**develop** 139:3 164:24
**developing** 104:12,16
124:22,23,25 125:1
126:12 167:24,24
189:20 196:16
**development** 22:24
23:9 25:13,18 53:25
104:18 109:11,13

113:24 125:3 127:6
127:22 133:2,4,11,16
136:6 145:17 150:7
150:17,21 151:9,11
151:20 152:11 160:11
165:19,24 167:21,22
168:3,12,17 171:22
197:24 198:16,17,19
198:22 207:6
**developmental** 54:1
104:6,22 133:10
158:25 161:21 171:23
172:18
**developmentally**
163:14,21 164:13
**develops** 20:15
**diagnose** 46:12,16
**diagnosed** 47:19
102:20 126:3 166:22
**diagnosis** 39:6 77:13
79:15 124:11 126:5
146:7
**Diav-Citrin** 142:18
170:13 221:17,23
222:22 223:9
**diethylstilbestrol** 43:9
43:12 109:10
**difference** 8:14 65:4
135:11,13 169:19
190:17 191:4,15,23
214:22
**different** 20:23 38:11
56:6 83:2 89:6
123:17,22,23 126:22
131:1 135:6 138:3,5
148:24 159:5 164:4,5
167:14 175:7 177:1
189:7 194:3,11 212:8
215:9
**differential** 124:10,11
146:7
**differentiated** 207:13
**differentiation** 136:4
151:21 207:15
**difficult** 193:2
**digital** 201:2
**Dimes** 160:22
**dimethyl** 43:17,18,21
**diploma** 33:12
**direct** 104:14
**directed** 59:5
**directly** 25:4,7 59:10
62:10 75:5 138:2
153:25 154:10 168:1
**disagree** 138:12 139:18
142:14,15,16 148:20
160:6 161:7,14
163:10

**disagreed** 168:10
**disappear** 153:5
**disclaimer** 84:11
192:11
**disclaimers** 176:14
**discuss** 56:10,17
128:17 166:1,7
177:20 180:8 184:19
185:17
**discussed** 97:10 153:16
189:5 217:8
**discussing** 45:3
**discussion** 56:8,20
93:22 95:13 96:24
224:16
**discussions** 54:7 217:17
218:6
**disk** 8:20
**disorder** 5:20 112:25
114:15 195:9
**disorders** 113:19
**dispute** 92:12,17
111:12 112:6 126:5
126:10 134:18,19
147:23 161:23 162:1
178:15 179:3 183:5
183:11,21 192:10
199:19 220:22 221:1
**disregarded** 205:13
**dissertation** 24:6 37:5
**distinction** 136:9
**distinguish** 145:12
146:5
**distinguishing** 193:1
**distributed** 62:14
**distributes** 22:8
**distribution** 63:4
**District** 1:1,2 76:15,15
78:2,2
**dividing** 187:6 189:15
189:16,17 207:12
**division** 36:25 76:16
**DMSO** 43:16,17 45:3,8
**DNA** 60:16 67:24 69:21
70:7,13 71:15 74:3,7
165:1,2
**doctor** 6:23 8:10,16
10:6 12:21 13:16
14:13 17:7 18:3
21:16,20 25:11 27:15
30:15 32:4,25 33:6
34:12,20 35:10 37:7
39:2 40:1,15 42:7
44:3,17 46:18 47:5,13
51:21 52:15 56:2
58:7 60:3 63:24 64:9
64:16 65:15 75:12
76:7 77:12,18 79:1

81:23 82:9 83:13
89:11 92:5 93:11
95:1 96:6,11 99:5
101:1,25 104:8,21
105:19 106:20 108:3
109:8 111:15 114:3
115:25 124:10,11
125:5,8 126:14,24
127:19 128:11,24
129:20 130:10 131:14
132:8 133:7 134:4
135:12 140:14 141:2
142:25 145:20 150:14
151:23 153:6 154:19
155:4,14 157:18
158:23 159:16 166:4
168:2 170:24 171:4
171:13 172:20 173:24
175:6,12 177:17
179:11,25 181:15
184:20 185:15 187:20
194:2 196:15 197:15
199:24 202:1,11
203:22 205:5 207:17
212:10,23 219:19
222:12 224:7
**doctors** 79:16 132:6
**document** 7:1,8,9,11,16
8:7 17:24 51:20
52:10,11,13,16,23
53:1,6 54:2 64:1
89:24 93:12,14 102:3
106:10 115:14 160:7
166:17
**documents** 7:19 10:18
16:21
**doing** 30:3,4 33:21
67:12 69:16 72:16
73:2 136:23 139:18
177:2
**dosage** 5:7 97:16
147:18 149:17
**dose** 97:15,16,19,20,21
98:2,12 106:2,2 109:7
109:25 110:12 111:7
112:2,9 157:15
160:13
**doses** 161:13
**double** 141:23
**download** 9:1,13
**downloaded** 8:20
**downloading** 8:11
**Dr** 6:5 8:3 67:19 74:21
75:2,3,6 77:4,7,9,11
78:25 111:25 113:21
114:17,18 129:23
130:8 131:5,6 213:23
217:24 218:1,3,3,10

Paul Goldstein, Ph.D.

218:10
**draft** 18:12
**drafts** 18:10
**draw** 62:11
**drawing** 191:10
**driving** 68:6,8
**dropped** 29:23 72:13
**drove** 14:21,22
**drug** 5:12 42:15 53:23
  159:24 160:10,12
  161:10 162:5 171:21
  175:24 177:13 179:13
  197:23
**drugs** 50:8 56:6,10,12
  127:3 137:12 161:12
  161:17,18,18 162:10
  177:3 179:1
**due** 39:8 76:23 117:24
  175:18,18 176:4,6,9
  176:12,13
**DUI** 67:24 68:6
**duly** 2:4 6:20
**duration** 160:13
**dust** 210:17 211:1
**Dystrophy** 25:2
**D.A** 4:24 76:14
**d/b/a** 1:10

────────────

**E**

**E** 3:1,1,10 4:1 6:1,1
  67:21 226:1,1 228:1
**ear** 163:7
**earlier** 17:21,25 18:14
  18:16,17 45:16 114:3
  114:7 146:21 165:15
  168:9 170:23 178:18
  180:17 207:2
**early** 21:17,22 23:7
  25:8,17 58:3 141:12
  151:17
**earned** 69:9
**Eastern** 1:2 76:15 78:2
**easy** 21:14 145:15
**eat** 159:9
**ecanaan@phillipslytl...**
  3:19
**edit** 130:24
**Edition** 9:24
**editor** 5:8 113:5,10,13
  123:18 129:14,21,24
  129:25 130:4,12,13
  130:23 131:2,5
  133:22,24,24 134:2,6
  134:8,10,22 135:15
**editorial** 123:18
**editors** 135:5
**educated** 82:24
**effect** 90:3 91:11 97:20

98:13 137:25 145:10
  155:16 156:1 157:24
  183:18
**effects** 26:20 39:8 40:6
  40:17,20 56:7 120:25
  133:11 136:7 147:19
  148:13 179:2,5,9,10
  179:10 196:7
**effort** 206:11
**eight** 203:13,14 204:16
  204:19
**Einstein** 65:24
**either** 8:11,19 10:19
  17:8 27:13 32:5
  33:15 39:3 40:7
  43:24 44:4 46:18
  47:25 63:9 69:17
  71:15 78:18 92:18
  97:17,22 102:2,13
  104:12 105:13 112:15
  114:4 130:22 135:16
  148:21 153:18 195:1
  201:5 213:16 214:12
  214:19
**El** 26:2
**Electric** 69:4
**elegans** 24:23,23,23
  25:6,12,18 40:12 43:2
  44:13
**elevations** 193:2
**elevator** 140:24
**eligible** 39:14
**Elite** 2:9
**Elizabeth** 74:13
**em** 48:25
**embryo** 53:25 104:17
  109:18 136:24,25
  137:22 138:2 145:18
  151:10,13 171:22
  196:16
**embryogenesis** 20:11
  20:14 23:12,15 25:8
  145:2 151:20 209:6
**embryologic** 162:25
**embryologist** 48:20,21
  48:23 49:1
**Embryology** 49:3
**embryonic** 36:25
  109:10,13
**embryos** 20:15 48:24
  48:24 58:4 136:6
  151:17
**embryotoxicity** 136:7
**emphasis** 34:2 69:18
**enable** 164:19
**enclosed** 75:20 76:2
**ended** 127:10
**endorse** 191:5

**enlarged** 184:7
**enroll** 9:17
**ensure** 65:3
**entered** 23:22
**entire** 89:12
**entirely** 24:21 34:21
  215:15
**entitled** 4:20 5:5,10,13
  5:16,19 6:6 7:9 20:11
  24:6 52:18 122:17
  195:8
**enumerate** 86:20
**environment** 137:12
  212:9
**environmental** 26:20
  26:21 32:2 35:2
  36:17 39:9 53:24
  67:22 171:21
**epidemiologic** 97:6,23
  183:19
**epidemiological** 81:18
  81:24 92:5 96:14
  98:1 103:8 105:2
  128:11,13 190:10
**epidemiologist** 42:21
  43:4 45:19 83:12
  110:25 166:5 172:10
  172:11 177:10,20
  178:10 180:9,14
  183:16 184:19 186:16
  192:18,20 193:4,12
  220:25 221:6 222:16
  224:20,23
**epidemiology** 5:15
  45:16,21,23,25
  119:10
**epistasis** 149:4 165:8
**equal** 184:14
**equals** 96:20
**equinovarus** 5:20
  195:9,9,21 196:2
**Errata** 4:7 227:7
**error** 128:24 129:8,9
**escaped** 65:19
**ESQUIRE** 3:4,10,15
  3:15
**essence** 164:7
**essential** 101:3
**essentially** 31:1 90:4
  115:17 137:22 146:9
**establish** 60:15 86:4
  112:2,9 119:14
**established** 97:22
  119:15 123:5 143:16
  179:2
**establishes** 112:12
**establishing** 98:1
  165:22

**estimate** 63:8,18 68:13
  68:19 70:10 82:25
  111:7
**estimates** 83:6
**et** 4:23
**ethanol** 43:12
**ethically** 44:14
**etiology** 125:12 161:6
**European** 134:6,7
**Eva** 3:15 6:17 189:24
**evaluate** 48:6 59:6,18
  139:22 219:12
**evaluated** 71:16 97:12
**Evaluating** 5:12 159:24
**Evan** 1:6 6:6 71:15
  73:1 98:4 102:10,20
  103:11 104:2,7,24
  105:4 113:20,24
  114:16 122:16 124:7
  124:19,21,23,23
  125:11,22 129:2
  131:15 132:7 144:16
  150:8 159:17,19
  166:11,22 167:24
  168:1 174:3 175:7
  187:7 200:5 202:3
  203:18 205:24 208:4
  209:1,11 213:14
  214:5,13 215:7
  217:11
**Evan's** 113:22 211:18
**events** 165:9
**everybody** 88:22
  128:14 176:13 187:16
  192:11
**evidence** 69:22 81:7,12
  81:18,24 114:4
  122:13 123:11 149:16
  164:17,18 171:12,15
  186:18 187:19 197:20
  204:24 205:1 216:11
  216:16 218:15
**ex** 223:8
**exactly** 11:4,15 16:24
  63:3 82:2 95:8
  108:21 124:13 144:20
  164:25 169:3 194:1
  196:1 214:8,15
**exam** 37:18 38:4
**examination** 4:4 6:21
  37:17 38:15 113:17
**examine** 133:8
**examined** 7:22 11:25
  114:14 125:18 129:16
  129:17 133:10 134:4
  149:8
**examining** 143:4 158:7
**example** 27:15 41:16

43:1 90:20 92:9,14
  112:23 124:11,15
  149:6 179:8
**excerpt** 4:18 34:6
**excess** 175:17
**exclude** 94:18 116:12
  116:13
**excluded** 73:25 76:8
  78:20 80:7
**exclusion** 142:18,18
  223:9
**exclusive** 196:7
**excuse** 137:15 155:12
  194:23
**Exhibit** 4:11 5:1 6:2,24
  17:14,16 18:1,2,4
  19:2,4 26:11 34:4
  52:14,16 53:7 55:15
  55:17 63:21 64:2,16
  67:7,8 71:14 74:10,11
  76:10,13 77:24,25
  80:1 85:21 89:12,16
  89:18 102:3 107:4,6
  117:15 135:18,21
  140:4 146:19,22
  160:2,4 170:24
  181:12,14,16 182:14
  182:15 183:25 188:1
  188:2 189:21,23
  195:6 196:20 202:17
  202:18 215:11,13
**exhibits** 68:17
**exist** 101:17 162:18
**existed** 218:21 219:1
**existence** 164:6
**exists** 190:17 191:4,15
  191:24
**expect** 188:24
**experience** 47:5
**experienced** 76:22
**experiment** 98:18 99:9
  149:21
**experimental** 97:23
  98:1
**experimentation** 99:13
  121:12
**experiments** 120:25
  151:23
**expert** 4:14,16 5:3
  12:19 13:8 14:5 15:6
  17:17 26:10 38:20
  45:24 47:25 49:12,13
  49:15 50:21 54:17
  63:20 67:24 73:13
  75:23,25 77:12 78:14
  83:19,23,25 84:2
  93:17 94:7 97:1,3,10
  97:25 99:8 102:2,13

110:22 112:15 116:24
117:14,20 119:9,13
120:11 122:6 166:2
179:12 189:22 199:12
**expertise** 37:8 45:17,23
46:2,3,6 49:19 50:16
110:24 140:1 182:23
194:10,20
**experts** 14:9 51:16
60:16 126:11 127:7
128:16 152:7 153:22
168:11 214:18 215:3
215:4
**expert's** 81:1
**Expiration** 226:18
**expires** 227:18
**explain** 72:15 133:1
**explanation** 34:24 73:1
82:11,17 83:15
110:23 113:23 115:2
115:22 116:13,14
122:7 145:3,4,19
150:6,12 157:5
180:11 196:5
**explanations** 112:22
116:6 150:4
**explicit** 96:23
**explicitly** 97:10 99:20
99:21
**explore** 89:8 212:14
**exploring** 139:5
**exposed** 61:20 106:3
114:1 142:22 150:9
156:23 157:4,8,12,16
159:19 170:16 176:22
184:7 187:8 198:18
201:5,6,20 202:2
209:11,16 210:7
211:7,16,22 212:7,15
213:2,12 218:17
220:17 223:11
**exposure** 5:6,12,21
48:8 67:22 75:5,16
76:23 78:7,17 79:2,7
79:15 80:11,19 82:22
82:23 90:3,5,22 91:4
92:1 98:2 102:9
103:10 105:3,9,15,24
106:13 108:23 112:25
127:9 142:8 145:25
146:6 154:14 159:25
161:11 162:5 173:3
188:25 190:13,18
197:16,23,24 199:17
199:25 200:21 201:1
201:6 204:10 207:5
208:16,23 210:3
211:5 212:24 213:8

218:16 219:22 220:12
222:2,25
**exposures** 39:9 90:14
175:24 211:24 212:4
**expound** 191:20
**express** 80:18 84:7 85:3
122:17 143:24
**expressed** 99:10 121:25
144:11 187:1,3,4
**expressing** 75:15 82:9
**expression** 25:8 36:25
104:19 136:13 165:10
179:24 198:25
**extant** 60:18
**extended** 216:9
**extent** 37:7 61:17
125:15 159:3
**extraordinary** 155:3
**extrapolate** 164:19
186:1 223:22
**eye** 42:16 64:8
**e-mail** 3:7,13,19 11:1,3
**e.g** 210:14

——————————

**F**

**F** 4:24 78:1 226:1
**Fabriole** 69:3
**face** 36:14 76:5
**Facsimile** 3:6,12,18
**fact** 13:14 22:18 24:19
28:21 32:7,18 41:5
89:3 90:20 91:20
92:7 94:20 95:2 99:1
99:6 106:10,12 113:4
126:10 129:11,24
131:11 134:1 145:3
152:23 153:1,16
155:14 157:11,16
167:12 168:16 169:25
171:2 177:12,15
189:6 198:15 199:21
218:20 221:2
**factor** 190:13,18
208:20 209:9
**factors** 19:20 143:19
148:2
**facts** 85:9 91:12 153:2
153:3,5,5
**failed** 99:6 100:11
115:8 222:19
**fair** 22:23 23:8 26:15
26:23 28:17 29:21
31:23 37:8,12 40:5,15
40:23 47:23 48:3
49:5,10,18 50:23 51:7
57:9 63:13 70:10
87:19 89:11 94:2,3
121:24 123:5 166:6

221:22
**fairly** 38:4
**falls** 75:21
**familial** 59:3
**familiar** 25:18 39:17
57:17 58:11,14 74:13
84:1 158:12 159:23
163:12 179:23 195:11
**family** 60:5 67:10
181:21 182:24
**far** 33:11 38:5 64:14
69:11 107:22 115:20
155:20,25 169:5,14
177:18 202:20
**fashion** 62:9
**fax** 1:24
**FDA** 44:21,23,24 138:6
169:10 196:20 197:2
199:13
**FDA's** 159:23
**federal** 2:11 67:20
83:19,24 84:2,4 85:3
**fee** 13:2,4
**feeding** 148:16
**feel** 24:20 100:6
**feeling** 71:24
**feels** 122:8
**felt** 95:4
**fetus** 53:25 156:23
157:4,7,12,19 159:4
171:22
**field** 64:10 67:24 113:6
191:10
**figure** 128:22 186:6
**file** 7:22,23 10:24 11:25
12:1 14:15 15:14,15
16:19 17:10 53:15
**filed** 79:13
**files** 7:13,20
**filibuster** 35:14
**fill** 109:24 202:11
205:14 210:4
**filled** 202:9 214:11,15
215:19,21
**final** 111:3
**Finally** 178:25
**finances** 14:3
**financially** 226:12
**find** 51:16 55:11 60:8
60:15 67:15 82:1
121:13 128:4 135:1
143:10,25 147:19
148:13 168:22 171:13
175:21 178:3,22
185:15,19,21 203:10
207:17 222:19 223:15
**finding** 78:18 104:4
108:13 111:5,8,14

193:6
**findings** 120:19 135:14
172:24 176:3 190:22
192:4
**finds** 75:6 80:22
**fine** 19:10 29:1 33:22
33:22,22 68:18 76:9
77:23 87:10 89:10
173:13 182:16
**finger** 163:25 164:1
174:16,18,18,19,21
174:21,25
**fingers** 125:1 174:2
201:3
**finish** 8:22 35:11 52:21
94:4 110:17 174:10
**finished** 198:16,16
**finishes** 35:23
**firm** 122:22
**firms** 37:15
**first** 5:5,10,16 6:20 7:3
18:9 31:9,14 40:14
52:20,20 54:12 55:1
58:6 75:1 91:21
92:17,22,25 102:15
102:18 106:5,15
119:4,22,24 136:2
139:7 141:6 142:22
147:10,14 156:23
158:9,17,20 160:9
166:21 170:17 172:14
172:21 173:2,8
178:12 181:24 182:3
189:8 196:15,25
197:1,17 201:23
202:5,7,22 203:13
204:14,16 208:14
214:4,13 216:23
217:7,19 218:17
219:21 223:12
**first-trimester** 103:22
220:12 222:1,25
**Fisk** 69:4
**fit** 35:25
**five** 17:6 53:16 64:5
68:24,25,25 69:1,13
69:16 89:4 98:15
99:7,15,24 100:12
116:8 142:17 159:10
219:2
**flat** 12:10 197:2
**flight** 209:22,24
**Fligney** 151:16
**Floor** 3:17 226:19
**fluids** 77:10,21
**focus** 69:24
**focused** 21:5
**focusing** 39:6

**follow** 53:11,15 72:6
119:11 120:5 210:21
**following** 115:15 119:8
120:4,4 173:2 197:18
**follows** 6:20 150:13
**follow-up** 212:3 221:13
222:18 223:15
**food** 68:2,5
**foot** 5:20 104:9,13,16
195:9 196:7
**foramen** 131:17
**forego** 191:21
**foregoing** 226:4 227:3
**forensic** 60:16 67:23
**forget** 186:13
**form** 15:22,25 20:15
21:22 28:14 37:10
42:13 46:25 69:14
70:11 79:9 81:20
82:19 96:1 98:6
100:17 103:5 114:21
120:8 122:19 125:24
131:4,18 132:16
133:12,22 144:3,12
148:8 157:9 164:18
171:5 172:9 174:5
178:8 186:4 190:25
191:12 194:4 202:4
203:20,23 204:2,4,6
205:14 208:6 209:3
213:4 217:1,12
218:19 227:6
**formal** 32:4,15 36:11
36:13 45:5,20 56:16
135:8
**formation** 127:14
159:20 201:25
**formed** 93:16 200:6,13
200:14,16 201:17
207:3,10
**forming** 85:10
**forms** 20:23 21:2,4
**formulate** 42:24
**forth** 84:6,8 85:2
128:15
**forum** 56:16
**found** 64:24,25 65:13
109:13 110:21 128:2
128:3,22 141:13
142:2,7 143:14
147:16 152:10 153:14
154:4 173:11 175:22
185:22 207:23
**founding** 134:1
**four** 12:16,20 13:1
64:11,23 66:17 86:19
87:14 88:2,9,20,22
91:15 94:17,23 95:25

99:23 118:24 120:1
126:20 142:16
**fourfold** 207:24 208:25
**fourth** 9:24 163:25
**four-hour** 13:11
**frame** 54:16
**free** 67:12,16
**free-living** 20:24 24:25
**frequency** 160:13
**Friedman** 86:6,10,18
117:19 118:11,13,15
118:20 119:6,17,20
119:21 120:5,7,10
**Friedman's** 118:10
**Frischhertz** 1:4,4,6
5:22 6:6 71:15,16
73:2 98:4 102:10,21
103:11 104:2,7,24
106:6 113:20 114:16
122:16 124:8 125:12
125:23 127:15 129:2
131:15 144:16 166:11
174:3 208:5 209:11
210:4 213:14 214:3
217:11
**Frischhertz's** 105:5
159:17 200:6 209:2
**Frishhertz** 159:19
166:23 202:2
**front** 9:6
**FSIS** 67:21 68:4
**full** 37:23 38:8 78:13
79:19 147:10,14
158:14 178:12
**fully** 207:3
**fumes** 210:15,25
**function** 139:20
**functions** 139:21 164:5
**fundamental** 169:19
**further** 45:11 147:19
226:10
**Furthermore** 136:8
**fusion** 102:23
**future** 113:14

---

**G**

**G** 6:1 53:18 106:11
**Galvan** 66:3
**gamma** 44:1
**gases** 210:14,25
**gasoline** 78:9
**Gazette** 26:25 27:3,5
27:19
**gee** 152:14
**gene** 60:4,7 165:9,10
198:25
**genealogy** 67:9
**general** 50:17 51:1 52:4

---

56:25 78:18 87:11,16
87:20 98:3 114:19
127:21 133:9 139:11
141:18 142:13 143:12
149:22 156:22 222:8
**generalized** 165:4
**generally** 59:16 88:6,8
90:18 93:1 97:6
117:1,12,13,22 121:1
144:16,18 162:9
169:24 191:8 197:16
197:19 199:4 212:7
**generation** 19:21
138:24
**genes** 37:1 165:8 196:6
198:23
**genetic** 46:17,20,24
47:4 58:22 59:6,6,13
59:17,19 60:12 70:2
70:17 71:4,6,7,9,17
71:24 72:25 73:2
112:25 113:18,21
114:15,17,22 115:1,2
115:8,9,16,22,25
116:1,5,13,14 142:19
149:3,5 184:12
185:14 187:9 223:9
223:25
**genetically** 57:14
**geneticists** 47:7,8
114:23
**genetics** 19:15,16,18,20
20:3,5,6 22:24 23:9
24:3,13 25:13,24
26:17,18 33:3,5,6,7
33:14,17 34:2,18,25
47:7,9 59:1,3,4
113:17 114:14 115:15
**gestational** 160:14
**getting** 54:3 76:5
133:18 167:25
**give** 10:14 17:15 19:3
28:7 41:20 52:6,11,12
54:16 66:7 67:8
74:11 76:11 77:18
78:22 128:6 135:20
148:24,25 188:2
195:7 215:12
**given** 34:23 63:9,15
64:16 69:20 74:1
102:15 110:20,21
112:1 114:11 115:21
115:21 149:17 166:18
192:8,13 212:10,23
226:8,13 227:4
**gives** 92:14 107:21
109:5 182:8
**giving** 12:11 32:9

---

**Glanville** 3:10 4:4 6:16
6:16,22 9:12 14:11,13
15:23 16:3 22:15,20
23:16 25:9,11 35:9,13
35:19 36:1,3,9,17
37:13 38:25 39:2,24
40:1,13,15 41:9,13,23
42:22 44:15,17 47:4
50:15 52:15 53:6
58:5,7 69:20 70:15
71:3 79:22 81:23
83:5 87:4,6 88:23
95:6,10 96:4,6 98:9
98:17 101:1,18,25
110:18 114:25 120:11
121:24 122:24 126:1
131:21 132:18 133:14
135:19,20 137:17
144:8,14 146:13
151:15 155:2,9,12
157:18 159:10,16
171:12 172:20 174:7
175:10,12 178:11
181:13,15 186:20
191:2 193:22 194:6
202:6 203:21 204:1
205:13 208:11 209:10
209:19 210:2 213:7
217:6,14 218:22
219:9,15 224:13,15
224:25
**GlaxoSmithKline** 1:10
181:25
**Global** 4:22
**go** 18:5 27:17 50:10
51:24 55:6 59:12
61:11 85:20 86:23
95:20 97:2 98:7,11
99:17 109:23 116:20
117:14 118:11 148:25
153:17 154:22 163:3
163:22 169:5 170:11
172:11 173:25 175:21
175:22 177:10 183:24
190:5,15 205:19
207:18 210:2 220:9
**God** 162:20
**goes** 38:20 143:1 189:4
**going** 6:23 19:3 35:13
35:20 36:20 44:9,10
52:16 67:3,10 71:23
76:11 96:9 107:5
109:21,21 124:14
128:6 134:24 137:18
155:10 160:3 165:6,7
166:4,7 169:5 174:13
176:15 177:9 178:9
181:15 195:7,7

---

215:12 219:16 224:3
**Goldstein** 1:18 2:3 4:3
4:13,14,14,15,16,16
4:17,18,18,19,20,20
4:21,21,22,23,24 5:3
5:3,4,5,7,9,10,12,13
5:15,16,18,18,19,21
5:22 6:5,19 7:1 63:24
67:19 74:22 75:2,3
77:4,7,9,11 78:14,25
226:5 227:10 228:3
**Goldstein's** 8:3 75:6
**Golkow** 1:23 226:19
**good** 6:23 22:5,19 29:1
39:10 43:17 56:8
95:12 128:16,16,17
128:18 148:9 193:21
197:11 209:4 220:21
**gotten** 12:6 35:5 143:18
**govern** 84:1
**Grab** 63:20
**gradient** 97:12 105:21
105:23
**graduate** 32:13,14
**gram** 148:24
**grams** 149:1
**grants** 38:18
**great** 108:15 111:22
128:13 138:17,17
**greater** 89:8 97:14,15
106:4 107:25 108:7
190:12 220:18
**greatest** 138:10
**green** 213:16,19
**group** 25:16 50:9,11,12
140:9 142:22 143:16
223:11
**grouping** 162:24
**groups** 161:18
**growth** 136:6 151:21
**GS** 13:6
**GSK** 6:6,16,18 10:21
13:6 42:4 170:14
171:11 180:16,16
184:20 202:14
**guess** 14:10 20:4 53:3
53:11 55:12,22 56:1
63:11 65:12 82:24,24
109:4 115:19 121:2
131:8 187:4 202:15
202:20
**guest** 134:6
**guidance** 5:12 139:23
159:24 196:20 199:14
**guidelines** 67:22
100:20,20,21,23,24
119:11 128:19
**gum** 213:15,16,19,19

---

**guy** 10:14
**guys** 140:10 173:25

---

**H**

**HACCP** 67:21 68:1
**Hallberg** 148:11,14
**hallmarks** 26:6
**Halpern** 3:15 6:17
22:11 193:23
**hand** 5:21 6:23 18:2
77:25 102:24 104:9
104:12,13,13,15
113:24,25 124:19,25
126:12,12,13,23
127:6,10 128:7 133:2
133:2,3 145:1,1,4,13
150:8,9,20 163:23,24
164:8,8 167:22
168:17 173:24 174:6
174:16,25 175:1,6,9
187:6,12 194:25
195:10,16 196:4
200:15 201:2,17,25
209:2,14 226:13
**handed** 9:23 73:23
74:18 102:4 146:21
189:22
**handing** 34:6
**hands** 125:1 126:20
127:23 174:22 179:22
**handwritten** 65:17
**handy** 170:23 196:21
**happen** 104:20 118:13
118:14 153:21 154:15
187:16,17,24 213:23
221:16 224:3
**happened** 94:22 95:25
118:18 158:17 187:22
202:8
**happens** 62:22 115:24
135:8 137:23 154:16
154:17 156:14
**Harbor** 28:13
**hard** 9:3 82:1 153:17
153:22,23 154:9
**harm** 190:19
**Harms** 66:6
**hazardous** 210:7,7,14
210:18,25 211:5,7,17
211:24 212:5
**head** 61:22
**headed** 70:16
**heading** 74:21 77:4
208:14
**health** 25:1 39:7 40:11
**HealthCare** 5:15 181:1
181:8 182:18
**heard** 39:19 49:4 57:19

---

58:15 60:6 73:18
140:9
**heart** 21:16,17,20,21
21:22,23 25:17 48:15
132:1,12 140:24
141:18,19 142:2,7
163:7 200:12,13
**hearts** 22:25 25:14
**heavily** 129:25 130:17
134:11
**heavy** 92:15
**HeLa** 137:7
**held** 48:22 81:17
**help** 56:15 61:13 67:11
73:4
**hereto** 2:13
**hermaphroditic** 21:9
**hide** 65:21
**high** 96:13 109:20
**higher** 53:20 97:21
109:17 142:21 179:14
190:13 223:10
**Hill** 5:4,5 87:11,15,22
88:2,3,10,20 89:1,17
89:19,21 93:3 94:12
94:16,21 95:19,21
96:25 98:18,24 99:7
100:12,19,24 102:4
105:8,12,15,22
118:21,24 119:16
121:8,11 122:4,8
148:3
**hire** 67:11
**hired** 11:11 83:12
**history** 91:13
**hit** 72:1 115:5,7
**hmm** 154:2 164:1
**hoc** 183:8
**Hodgson** 9:25
**Hoffinger** 189:10
**Hoffman** 218:10
**Holberg** 148:12
**hold** 46:5 47:24 48:19
49:11 57:23 84:20
96:17 116:23 132:14
132:17 210:9
**Holdings** 34:9
**home** 210:6,13
**hope** 159:1
**hoped** 72:18
**hoping** 67:6
**horses** 21:4
**hour** 10:24 11:6 12:5,8
13:15,20,24 14:9,14
209:25
**hours** 10:23 11:6 12:16
12:20 13:1 14:14,16
14:24 15:19 16:6,8

17:2,11
**Household** 4:22
**HSBC** 3:11
**huh** 55:13
**human** 4:21 5:12 21:1
29:15 40:25 41:12
42:25 52:19 96:14
138:9 155:17 158:9
158:20 159:25 161:12
161:15 162:9,14
165:17,22 171:18,19
171:20 178:18 196:11
199:4
**humans** 21:3 25:5
40:17,21,22 41:25
42:5,12,18 44:8,9,19
46:18 47:16 48:1,15
48:17 58:1,4,23 59:4
59:5 60:13 71:8,10,11
81:25 114:4 121:17
127:20 132:21 137:8
147:18 153:21,25
154:10,15,17 161:22
170:4,10,11 186:3
198:23
**hundred** 143:19 149:1
**hung** 181:11
**hypervariability** 224:1
**hypotheses** 192:25
**hypothesis** 42:24 100:5
138:24 139:3,5 146:9
152:19,21,24 154:14
154:19 221:10
**hypothesize** 154:17
**H-O-D-G-S-O-N** 9:25

**I**

**ICD9** 194:3,7,9
**ICT** 195:20
**ICTEV** 195:16,25
**idea** 17:20 18:24 27:2
38:13 42:6 47:2
54:14,21 63:19 65:21
71:23 80:16 81:13
129:3 166:8 200:3
**ideas** 81:8
**identification** 69:24
70:1 196:6
**identified** 4:12 5:2
10:17 96:13 97:11
105:2 114:19 116:7
125:21 126:9 127:19
132:7,20 133:16
144:5 150:24 163:20
168:9,11 184:21
186:6,7 192:23
194:23 196:11 200:7
208:8

**identifies** 103:4,6 184:2
**identify** 6:11 53:22
73:10 103:8 113:21
114:15,17 118:25
131:11 133:21 136:14
151:24 163:14 168:18
170:9 173:19 176:24
177:1 193:20,24
207:4 210:25
**identifying** 16:6,10
189:11
**ideopathic** 82:13,15,17
124:20 145:7,12,16
145:22 146:14,17
194:17 195:1,20,24
195:25 196:3,10
**ignore** 142:5
**III** 3:4
**illness** 80:19
**imagine** 9:18 144:13
**immaterial** 140:15
193:10
**immediately** 214:12
**impaired** 68:6
**impairment** 127:14
**Imperial** 66:6
**implausible** 113:1
212:22
**implication** 45:17
**imply** 99:24
**importance** 5:7 175:16
175:22
**important** 92:24 93:3,5
94:19 97:19 99:25
100:1 101:6 157:10
218:13
**impossible** 9:13 187:15
**imprecise** 198:14
**impressed** 22:10,12,17
**impression** 155:4
**inaccurate** 33:20
**inadmissible** 80:23
**incapable** 8:11,18
**include** 50:1 85:9 94:16
183:2 190:15
**included** 89:3 94:25
95:2 97:17 143:17
184:10
**includes** 7:11 19:20
108:18 112:21 150:3
**including** 54:17 67:20
78:8 91:17 99:12
113:17 161:10
**inclusive** 94:21
**income** 62:12,22 63:4
69:5,10
**incorrect** 96:3 126:13
126:16 127:8

**increase** 92:15 103:23
131:12 141:21,23
142:11 143:11 162:9
172:15 178:14 219:22
220:13 222:3,10
**increased** 31:5 92:1,3,8
96:18,18,20 106:6,17
141:13,17 142:2,7
149:18,22 151:7
161:20 162:23 169:13
171:14 173:1,12
178:4 180:6 185:13
185:15,21,23 203:9
204:22 206:7,21
207:24 208:25 220:16
221:3 222:13 223:16
224:10,10
**increases** 156:8 162:15
169:7 190:24 213:19
**increasing** 156:6
**independent** 62:7
214:25
**independently** 180:6
**INDEX** 4:11 5:1
**indicate** 145:5 190:12
**indicated** 170:15 226:6
**indicates** 127:20
**indicating** 158:19
216:6
**indication** 179:24
224:17
**individual** 112:23
113:2 149:6 150:4
162:24 165:5,8 224:1
**individually** 1:5
**induced** 47:20 48:7
57:15
**infant** 106:7 198:4
**infants** 5:6 170:16
184:3
**infer** 185:8 191:18
**inference** 45:18 123:5
**inferences** 191:10
**inferred** 224:17
**influence** 68:8 152:17
**information** 10:14
14:20 17:5 50:24
67:14 84:14,17 95:3
115:4 129:20 130:11
140:7 143:18 144:6
152:14 157:1 158:18
158:21 184:17 199:22
205:14 216:5
**informative** 168:22
**informed** 216:8,13
**ingestion** 185:9 217:18
222:20
**inhabit** 21:1,3,4,6

**inhabits** 21:7
**inheritable** 19:20
**inhibitors** 5:17 50:6
148:16
**initial** 23:17
**initiated** 11:13
**injuries** 75:4
**injury** 75:17 97:15
**inquiries** 62:1
**insert** 50:19
**instance** 2:4 163:22
**Institute** 25:1 40:11
**insufficient** 78:17
**insult** 35:2
**insults** 26:21 32:2
36:17
**insurance** 183:10
**insurer** 181:8
**intelligent** 212:6
**intend** 84:7 136:13
**intended** 136:10
**intention** 54:8
**interact** 164:25 165:2,8
198:25
**interaction** 189:19
**interactions** 67:23
**interactive** 211:4
**interchangeably**
106:15
**interest** 33:5
**interested** 35:19 58:2
139:24 158:16 202:7
206:25 226:12
**interesting** 75:11
152:19
**interestingly** 109:14
**interfered** 30:20
**interferes** 163:5
**interfering** 53:24
171:22
**intermediate** 12:18
**internally** 170:17
**Internet** 14:19 16:13
16:16 17:1 51:24
67:4
**interphalangeal** 102:23
**interpretation** 190:16
191:4,15,23 192:24
**interrupting** 125:8
**interruption** 142:20
198:6
**interrupts** 137:14
**interval** 108:1,10
**intervals** 188:12 190:14
**intestines** 21:1
**intonations** 128:20
**investigate** 203:8 206:1
206:6

**investigated** 111:17
  125:15 180:23
**investigating** 40:16
**investigation** 206:20
**investigations** 96:14
**invited** 28:5
**invoice** 10:21,25 14:17
**invoices** 12:6
**invoicing** 11:3
**involve** 26:16 40:3,6
  152:4
**involved** 20:6 24:3
  31:25 56:18 68:21
  73:5 76:17 78:4 80:2
  129:8 151:8,20
  152:10,15 153:7
  160:14 194:24
**involves** 49:22 70:7
**involving** 57:20 117:9
  149:9
**Iowa** 181:22
**irresponsible** 197:14
**isotretinoin** 163:5,9
**issue** 10:21,25 51:4
  69:22 73:7 130:24
  134:4,5,7 157:16
  172:6 184:18 198:14
**issued** 121:21
**issues** 47:9,9 56:18
  61:22
**item** 27:15
**itemize** 131:16
**items** 29:18
**iteration** 7:16
**iterations** 7:8 27:14
  180:17
**i.e** 136:6,8

**J**

**J** 3:4
**Janice** 2:6 6:9 226:2,17
**January** 4:17 18:4 78:3
  87:8 93:17
**joint** 174:19,20,24
**joints** 102:23 174:1
**joke** 60:25
**Joseph** 3:24 6:8
**journal** 111:22 120:22
  130:25 133:25,25
  134:2,22 138:18
  141:3 177:14
**journals** 38:17 96:15
  102:16 128:1 129:11
  131:11 140:3 144:7
  166:19
**judge** 1:8 79:11,20
**judged** 97:6
**July** 214:19,19,20,20

215:7,7,21,25 216:2
**jumps** 29:4
**June** 215:20
**jury** 24:20 80:23
**jury's** 68:1
**justify** 14:16
**J.D** 3:15

**K**

**K** 2:6 226:2,17
**Karen** 74:13
**keep** 17:4 18:10,16
  51:25 65:14,16 119:1
  137:15
**keeping** 65:22
**Kent** 4:23 76:12,13,22
**kept** 18:14
**key** 86:3,19 87:15 88:2
  88:9 91:16 94:14,17
  97:11 99:24 118:24
  120:1 148:2 173:6,7
**kid** 109:21
**kidding** 209:25
**kid's** 128:7
**kind** 45:8 53:22 56:16
  72:13 89:4 102:10
  103:11 104:6,24
  105:4 109:19 122:16
  124:7 125:11,16
  128:9,19 132:1 137:4
  140:22 148:21 149:7
  152:13 166:3 167:3
  171:4 203:5 209:16
  213:12
**kinds** 36:24 126:22
  194:11 213:10
**knew** 39:22 77:16
**knockout** 153:7,9
  154:2
**know** 7:5,18 9:7,18
  10:20 11:14,15,18,20
  12:7 13:10,14,17,21
  14:1,4 15:17 16:24,25
  17:4,8,21 18:15,19
  23:6 27:10 28:8,22
  29:25 30:18 31:14
  35:4 37:6 38:13
  39:13,16 42:14 48:25
  49:22,25 50:18,19
  54:15 55:2,15 56:13
  58:15 59:15 60:5
  61:11 63:3 64:14,15
  66:2 68:11,15 69:11
  69:18 70:13,22 72:21
  72:22,23 73:16,21,22
  74:4,8 75:10,23 79:13
  79:17,19,22,24 80:17
  81:21 82:8 83:1,16

84:5,8,22 85:1,8,11
  85:16 86:9,12,15,21
  87:13 93:4 100:8
  104:14,15 108:20,20
  110:2,2,5,12 111:14
  111:16,25 113:6
  114:24 115:18,19
  116:5,10,16,18,19
  118:5,17 119:13
  120:17,24 122:6
  124:20 125:2,13
  126:15,15 128:3,8,12
  128:14,24 129:8,13
  132:13 133:3,14
  134:15,24 135:2,16
  136:21 140:11,16
  141:1 143:3,7,10,13
  143:13 144:22 148:19
  149:4 150:11,11
  152:3 153:18,21,23
  155:22,22 156:4,4,5
  156:16,17,20,25
  157:14,24 158:1,11
  160:23 161:3 162:14
  163:9 164:9,10,14,24
  165:25 166:8 168:7
  169:2,14 170:10
  174:12 175:10 176:10
  177:15,23,24 178:1
  179:18 180:21 182:22
  182:25 186:14,24
  187:23,25 189:5
  192:13,19 193:13
  194:2,7,11,13,16,17
  194:18,21 195:3,5
  196:11 197:19 198:9
  198:10,17,22,23,24
  199:11,24 201:12,17
  201:22 202:1 203:4
  205:25 209:9 210:1,9
  212:7 213:21 214:8
  214:10 215:8,8 218:5
  218:9,20,25 221:8
  222:17 223:14 224:4
**knowingly** 211:21
**knowledge** 112:4
  139:10 169:12
**known** 22:3 49:20
  57:18 59:21 75:17
  91:12 102:18 112:25
  113:25 115:16 125:16
  125:17,21 126:11
  133:23 145:9,16
  150:9 186:3
**knows** 22:18,18 84:24
  151:3 168:7 176:8,14
  187:16 201:13 224:3
**Kramer's** 213:23,25

**krypton** 212:20

**L**

**label** 203:11 204:20,25
**labeling** 49:16
**Laboratories** 34:8
  64:17
**laboratory** 34:8,9 62:4
  70:16,16,21 71:1,11
**Lacassie** 113:21 114:17
  114:18
**lack** 147:20 183:10
**Lafayette** 3:5
**Lammer** 53:3,5 54:17
  56:1 96:9,10,12,22
  169:3 215:7
**language** 95:16
**large** 181:8
**larger** 63:14 83:23
  184:14,16 222:18
**Larry** 3:4 6:14
**lasers** 36:23
**latest** 201:19
**lawfully** 46:23
**Lawyer's** 4:8 229:2
**lay** 122:2
**layperson** 211:4
**lead** 53:25 91:4 171:23
  196:6
**leads** 163:6
**learn** 35:5 153:4
**learning** 36:12
**leave** 119:2
**lecture** 5:4 56:2,5 89:20
**left** 77:3 78:12,25 93:6
  106:24 107:16 111:3
  125:7 136:2 141:6
  146:11 147:15 174:25
  192:7 193:23
**legal** 118:3,6 122:20
  124:1
**legally** 46:12
**legs** 23:5,9
**Leija** 4:24 78:1
**Leija's** 78:17 79:3
**letter** 5:7 129:25
  130:20 135:15
**letters** 108:9 109:4
  131:5 135:5
**let's** 16:23 18:25 21:14
  24:18 33:25 34:14
  42:22 43:13 55:12
  65:5 66:1 89:17 93:7
  96:20 110:18 117:14
  124:22,22 131:16
  147:7 155:7,8 159:10
  160:6 163:25 164:10
  174:17 191:21,21

192:4 202:9,16
  207:18 210:2 219:2
  224:25
**leukemia** 80:13 82:4
**level** 30:5,9 108:18
  123:3 124:5 153:11
  154:13 155:19 156:6
  156:22 157:4,7,10,25
**levels** 19:14,17,20,23
  151:7 152:16 155:22
  155:25 156:1
**Lewis** 4:23,24 76:12,13
  76:13
**Lewis's** 77:5,8
**Liberty** 226:19
**library** 51:24
**lic@mbfirm.com** 3:7
**life** 20:23 158:25 184:5
**light** 72:1
**limb** 47:20,25 48:7,17
  60:13 102:5,9,24
  103:4,6,10,17,18,20
  104:7,12,24 105:3,10
  105:16,24 106:9,18
  112:15,19 114:5
  115:13,23 117:3,5,10
  122:15 124:7 125:11
  125:16,19,22 126:1
  127:9,13,14 129:1,5
  132:19,23 133:3,5,11
  133:16 139:11,12
  144:15,25 145:23
  149:18,23 150:16,20
  151:20,24 152:11,15
  152:15 159:18,20
  163:19,23,24 164:8
  164:16,17,20 166:11
  167:3,21 168:12,19
  168:23 173:18 184:24
  185:6,10,22 187:2,4,6
  188:20 189:6,13,14
  189:15,17 190:22
  194:3 196:8,12 199:6
  199:9,10,18 200:2,6
  200:12,13,22 201:20
  207:25 208:4,25
  217:11
**limbs** 23:2,7 25:21
  151:9,13 164:12
  165:19,24 168:4
  223:23
**limitations** 183:14
**limited** 90:13 105:4
  183:7,9
**line** 14:10 181:11
  215:19 228:4 229:3
**lineage** 25:4,5
**link** 79:15

Paul Goldstein, Ph.D.

linked 82:23
list 27:4,7,7,12 53:17
    63:23 64:9,11,22 65:3
    65:13,16,20 67:4 88:1
    91:16,21,21 92:22,25
    93:6,10 106:10
    115:16 167:11 173:18
    177:1 184:20 211:23
listed 52:10 67:2 68:10
    93:25 103:1 211:22
listing 184:24 185:6
listings 27:18
lists 91:7,16 107:15
    118:20
literature 50:18 51:9
    51:14,17,18,19 52:2
    119:15 124:14 133:8
    139:23 143:4,23
    167:19
litigated 73:6
litigation 30:14,19,22
    32:24 47:21 48:5
    51:2 61:9,10,11,14,17
    66:22 68:10,21 69:6
    69:10 70:6 122:9
    123:4
little 18:25 24:18 30:17
    34:23 42:7 95:3,5
    140:23 165:4 175:1
    198:23,24
live 134:25 136:17,20
    170:18
lived 211:16
living 136:15
LLP 3:10,16
load 31:5
loaded 83:17
lobby 52:24
locate 17:3
logo 140:22
long 29:25 63:1 70:19
    127:24 154:23,24
    192:16 223:20
look 19:5 27:15 28:25
    29:24 55:12 67:13
    89:17 93:8 107:12
    108:22 124:15 130:2
    147:10 149:2 172:20
    174:7 175:12 196:19
    199:13 203:11 204:25
    206:15,17 211:15
    213:21 214:10 215:18
    220:6
looked 11:19,22 14:18
    14:19 25:17 44:1
    65:9 125:18 129:16
    149:15 173:10 182:11

184:2 221:13
looking 32:1 55:14,15
    55:18 106:21,23
    130:12 141:12 152:17
    152:18 189:25 205:12
    206:12 216:1 222:18
looks 158:12
lot 14:24 30:23 31:3
    36:12 48:23 110:1
    183:22
lots 142:5
Louick 103:21,22
    104:4 170:20 172:13
    188:4 190:23 192:4
    194:24 207:19 208:24
Louick's 171:6
Louisiana 1:2 3:5 78:3
low 109:14,23 154:13
lower 103:4 108:1,10
    108:18 117:5 141:6
    154:20 189:13,14,15
    196:7
lunch 159:8,9,13
lung 92:15
luxury 30:12
Lytle 3:10,16
L-A-M-M-E-R 53:5
L.L.C 60:16

M
Madison 3:16
MAGISTRATE 1:9
magnitude 91:25
main 88:21
major 53:21 106:7
    107:15,16,18,22
    111:6 142:21 160:19
    160:19 170:15 179:2
    179:4,6,9 222:6,11
    223:11
majority 26:15,16
    28:18 29:10,12 82:14
    88:19 125:10 142:10
    143:25 144:4 145:21
    145:21 161:5
making 113:8,10,11
    130:8
malformation 5:6
    113:25 124:19 150:8
    167:17 178:13 189:8
    197:25 219:23 220:14
    220:17 222:3
malformations 5:11,14
    53:22 54:1 106:7,18
    107:15,17,22 111:6
    131:13,15 136:5,7
    160:20 162:24 163:7
    167:7,14 170:16

171:8,24 172:2,8
    173:2,9 178:13 184:3
    184:4,23,24 185:12
    185:14,16,22,23
    186:11 222:6,8
mammalian 22:25
    25:13
man 35:25 138:18
    154:21,25
management 39:6
manifestation 90:6
manifested 165:10
March 4:15 17:16 18:5
    55:20,21,22 63:21
    64:7 71:13 85:20
    87:8 93:17 94:8
    102:2 122:3 160:22
Maritime 4:25 78:1
mark 33:25 52:16
    89:18 107:5 119:2
    160:4 181:16 195:8
    202:16,17
marked 6:2,24 17:14
    17:15 18:1,2 19:2
    34:4 52:14 67:7,8
    74:10,11 76:10 77:24
    77:25 80:1 85:21
    89:16 102:3 107:4
    117:15 135:18,21
    140:4 146:19,21
    160:2 170:22,23
    181:14 182:14 183:25
    188:1 189:21,23
    195:6 196:19 202:18
    215:11,12
Market 226:20
marking 19:3 182:15
Martzell 3:4
master's 19:24 20:2,6
    23:21 31:24,24
material 8:19 9:13,16
    15:13,20 119:5 152:8
materials 7:13 8:3,14
    8:19,25 9:2,4,8,10
    10:13 16:7,10,14,15
    56:19,22,23 120:16
    131:24 211:21
maternal 103:23 151:8
    153:10 155:16 156:14
    157:25 158:8 159:3
    172:14 175:19
matter 7:13,22 13:20
    14:15 16:22 17:17
    18:6,23 51:5,8 52:3
    71:14 76:8,17 149:17
    213:24
Mause 4:22 74:12,14
max 68:25

maximum 147:18
McDermott 3:24 6:8
McGhan 66:12
McLean 218:3
McMoran 2:7 6:9
    226:2,17
mean 28:25 33:4 42:3
    52:5 62:13 68:11
    72:13 83:13 93:24
    111:22 122:25 123:17
    125:18 128:12 131:19
    154:15 161:24 170:1
    170:5,11 178:5
    179:18 186:21 187:11
    190:11 197:11 198:13
    201:24 202:15 205:8
    209:4 212:23 213:7
    213:16
meaning 177:2
meaningful 90:6
means 2:9 47:2 90:2,12
    91:2,10 96:13 97:14
    110:3 123:1 136:12
    136:17 145:22 172:2
    203:17,22 221:3
meant 120:3 156:7
    205:16,17
measurable 106:16
measured 29:22 96:7
    190:9
mechanism 91:4 135:9
    150:25 151:2 152:18
    157:3
mechanisms 23:14 25:7
    149:5
mediation 42:16
medical 15:1 39:3,5,5
    39:11,12,15 46:9
    66:13 77:11,18,18
    78:15,22 79:1,1,16
    119:15 132:6 166:4
    206:1,12,13,15,18
    217:22
medication 45:14 56:15
    186:8 202:25 203:6
    203:16
medications 39:8 42:16
    42:17 49:24 50:1
    202:1 203:1,16
Medicine 92:20 181:22
    182:24
meeting 28:4,7,12
meetings 27:6,25 28:2
    28:9
Megan 181:20
member 35:17 37:22
    37:23 38:8 39:14,20
    49:5 58:17 127:4

mention 94:13,14
    95:22,25 96:1 98:24
    99:6,18,19,21,25
    121:1,15
mentioned 40:1 45:16
    87:13 94:15 99:24
    122:5 141:16 165:25
    166:3,16 167:10
    180:15 218:25
mentioning 94:20
Meredith 6:17
mesenchymal 127:13
    127:21 151:21
met 52:20,24
metaanalysis 220:12
    222:4
metabolism 110:1
metabolized 50:21
metalworking 77:10,21
methodology 87:20,25
    94:15 95:18,18 99:22
    119:13 121:2,18,19
    122:1 136:23 145:12
methods 117:21
mice 40:7 43:24 44:4
    44:13
microorganisms 77:10
    77:21
mid 109:14
middle 183:1 198:2
migration/developm...
    163:6
mildew 75:16
militate 149:25
milligrams 106:4
    107:25 216:9
mind 48:10 181:10
minor 1:5 179:6,10
minute 89:9 147:13
minutes 98:15 159:10
    219:2
misleading 100:15
mispronunciation
    133:19
Mississippi 66:7
misstate 32:23 165:16
misstatement 33:17,19
model 25:3 147:20
models 40:10 83:2,6
Modern 9:24
modestly 173:1
modify 204:8
mold 67:21
moment 69:8 70:12
    114:13 179:22
mom's 140:23
money 37:18 38:3
    62:13,14,17

Paul Goldstein, Ph.D.

monitoring 211:15
monotherapy 176:21
  176:22,24 186:9
Moreno 218:1
morning 6:23 52:24
  102:4,14 120:13
  132:9 219:11 221:20
morphogenetic 151:19
mosaicism 114:23
Mose 189:23
mother 137:3 150:10
  156:2 157:19 167:25
mothers 145:23 184:3
mother's 80:11,19
mouse 29:14 40:25
  153:7,9,10,15,24
  154:2,9,11,16,18
move 14:11 23:16 25:9
  35:9 36:16 38:25
  39:24 40:13 44:15
  58:5 87:4 95:6 96:4
  219:14
movements 151:19
multiple 27:18 133:15
  165:11 192:8,16,25
multiplex 173:23
Muscular 25:2
mutagenic 137:13
mutagens 44:12
myosis 26:21 45:9
  109:15
myotic 32:3
M-A-U-S-E 74:16
M.D 189:10
M.D.s 189:10

_____

N

n 3:1,14 4:1 6:1
naive 198:21 199:1
name 6:8 38:24 170:9
named 185:13
names 217:20,20
National 25:1 40:11
natural 91:12
nature 36:24 58:3
  61:18 133:15 160:12
  199:9
nearly 207:23
necessarily 61:10 97:24
  119:9 120:22 145:16
  157:10,15
necessary 95:4
need 14:20 19:8 35:9
  59:12 61:12 75:12
  94:4 119:3,9 137:17
  154:22 157:6 164:17
  179:14 183:15 193:8
  193:11

needs 111:8
negative 72:22
neither 31:23 226:10
nematoda 20:22
nematode 20:9,17,22
  20:25 22:25 24:4,13
  24:25 25:1,3 26:17
  29:11 41:16
Nematodes 23:2
neural 156:9 163:5,7
  172:15
neutral 148:21 149:7
never 10:15 32:8,10
  40:16,19 45:24 47:17
  48:22,22 49:4 57:6
  59:3 60:6 62:16 63:4
  67:1,2 71:9 72:23
  73:18 77:16 82:16
  83:14 111:14 115:1
  130:3 140:9 148:18
  165:25 179:16 194:10
  195:12,16 196:4
  213:5,21 215:8
nevertheless 99:8 167:1
  179:10
new 3:5,11,17,17 19:13
  84:13 116:5 131:24
news 56:10,11
next-to-last 195:13
nexus 223:5
nice 10:14 97:19
NIH 38:18
NIH's 113:18
nine 88:3,10 147:12,17
  186:11 202:22 203:13
  204:19
nitpicking 175:1
nobody's 138:21
noncardiac 173:16
Noncardiovascular
  184:23
nonhuman 41:6,13,14
  41:15
nonhumans 42:2
nonlitigation 61:25
nonresponsive 36:16
nonsmokers 92:16
non-cohorted 166:20
non-drug-treated
  177:7
normal 153:11 154:25
  211:12 212:9
normally 142:12
North 24:10,16 25:24
nose 76:6
notable 113:3
Notary 227:16
note 65:6 219:9

noted 175:17 227:7
notes 4:8 65:10 175:11
  229:2
notice 4:13 6:25 7:7
notion 163:12
notwithstanding 99:6
  204:12
November 202:12
NSF 38:18
nuances 172:12
null 146:8
number 4:12 5:2 6:7,10
  7:19 8:2 29:2,24 40:2
  53:17 63:8,14,18
  69:21 73:12 83:20,24
  90:16 91:1,8,17,21
  93:13 95:21 103:1
  106:13 114:11,19
  125:13 127:24 131:12
  135:22 166:16,17
  167:11,13,15 170:15
  192:13 202:25 210:6
  211:20 220:18
numbered 2:5 7:12
numbers 156:4 160:24
  191:22
nutrients 22:8

_____

O

O 6:1
oath 16:12 130:7
  143:24 226:7
object 69:14 219:10
Objection 15:22,25
  37:10 42:13 46:25
  70:11 79:9 81:20
  82:19 98:6 100:17
  114:21 120:8 122:19
  125:24 131:18 132:16
  133:12 144:3,12
  148:8 154:20 157:9
  171:5 172:9 174:5
  178:8 186:4 190:25
  191:12 194:4 202:4
  203:20,23 208:6
  209:3 213:4 217:1,12
  218:19
objectively 96:8 190:8
observation 199:20
observational 128:10
  190:10
observations 180:11
observed 106:3 190:8
  221:4 222:13
observes 77:7
obstruction 172:15
obviously 15:9,12 18:7
  21:3 28:6 33:21

34:21 72:25 79:11
  103:2 124:4 132:4
  144:18 179:9
OB-GYN 217:17
occasion 203:3,17
  205:19 206:5
occasions 59:23 73:12
occupational 39:8
occur 35:21 59:14
  124:17 151:4
occurred 28:18 197:23
  209:17 214:23 215:1
occurrence 173:1
occurs 151:1 158:10
  189:12,12 215:9
October 69:4 76:14
odds 82:25 96:18,20
  103:21 107:21 108:23
  109:2 142:23 170:18
  171:7,11 172:17
  178:25 179:14,19
  184:5,8 188:11,22
  189:5 190:11,12
  192:15 194:23 222:3
  222:6 223:12
offer 75:2
offhand 158:1
office 65:23
offices 2:9
of/and 1:4
Ogino 126:17
oh 10:25 18:5 28:22
  36:19 40:10 41:14,18
  42:9 43:9 54:5 59:8
  60:24 64:3,5,8,22
  65:1 67:4,12,12 68:15
  73:16 74:12 76:12
  79:10 80:25 87:10
  90:15 91:1 95:12
  99:11 101:6,12
  107:10,18 108:4,6
  109:22 110:3 119:22
  119:24 120:3 131:1,1
  135:6,21 164:21
  174:9 176:19 182:5
  182:12 187:3 209:25
Ohio 19:24
okay 8:2 9:15 10:21
  11:23 12:2 15:3,13
  16:6 18:17 19:11,23
  21:8,15 22:3,23 23:2
  25:20,23 27:17,23,24
  28:24 29:1,3,6,20
  30:11 31:8 32:15
  33:22 34:6,11,15 37:4
  37:12,13 40:23 41:5
  41:22 42:9 44:7 48:5
  48:11 49:4,18 50:23

51:4,13 53:8 54:12
  55:18,25 57:17 59:5
  59:14 60:20 61:3,17
  61:25 63:22 64:8,19
  64:24 65:25 66:5
  68:18 70:15 71:6
  74:20 75:1,15 77:6
  78:11 84:15 85:5,14
  85:20,24 87:10,19
  88:1,12 89:10 90:9,23
  91:6,19 93:15 94:5,9
  94:14 95:12 100:2,11
  101:7,18 102:8,12,15
  103:13 104:4 105:1
  105:21 107:14,21,25
  108:6 110:18 111:3
  111:20 114:9 116:20
  117:14,16,18 118:20
  119:8 120:6 123:24
  125:9 126:4,7 127:2
  130:16,21 131:7
  132:2,13,18 134:20
  134:24 135:25 137:16
  138:13 139:6 140:5
  141:12,20,22 142:6,9
  146:2,16,23 147:1,3,7
  147:9,10,16 152:4
  154:8 156:11,17
  157:23 158:2 159:7
  159:23 160:8 161:4
  162:13,19 163:17
  164:12 165:21 167:10
  168:2,6,21 169:15
  170:2,7,25,25 171:16
  172:23 174:13,16
  175:22 176:3,6 177:6
  177:7 178:24 180:15
  181:2,9,15 182:5,16
  182:19,21 183:24
  184:1 185:2,5,20
  187:1,4 188:2,10,19
  189:3 190:2,5,20
  192:4 196:24 197:1
  198:3 199:15 200:8
  200:18,24 202:13
  203:4,7 204:4 206:5
  207:20 209:18 210:5
  210:12,13 216:2
  217:6,14 218:13
  219:25 220:9 221:2
  223:7,21 224:12,25
old 68:16
OMIM 113:18
omitted 116:21
once 56:5 63:6 165:1
  174:22 212:3 223:24
ones 16:24 47:8 86:21
  88:5 89:5,5 100:5,6

170:9,12,21 186:6,14
186:24
**online** 9:2 107:8
**onstart** 223:18,18
**Oops** 93:12
**operate** 62:3
**operating** 221:3
**opinion** 43:4 59:21
75:6,16 77:1,18 78:15
78:23 79:2,6 80:18
82:9 83:17 93:16
94:6 117:21,23 118:3
118:4,7,8,11 122:11
122:17,23 128:25
129:4,18 130:4
131:20,21,23,25
135:13 139:10 143:24
144:15,21,22 155:15
159:17 177:22 187:1
187:3,5 192:21
**opinions** 53:11 84:7,9
84:13,20 85:2,10
87:21,21 121:25
132:5 135:11
**opposed** 58:4 107:7
**opposition** 73:15
**ORAL** 1:17 2:2
**oranges** 124:3
**order** 4:22 5:3 35:5
42:5 71:22 73:24
74:18 87:3 157:2
164:15 179:5
**organ** 164:13 197:24
197:25 198:15,19
207:3,9
**organism** 23:15 121:13
**organisms** 25:4 42:18
**organization** 39:20
49:2 58:20 139:13,18
139:20 140:7,12
141:1 144:9
**organizations** 139:14
139:22 141:24
**organogenesis** 157:8
158:10
**organs** 42:17 163:21
**origin** 82:15,15 115:9
162:25
**original** 7:16 68:17
102:13 103:16 170:12
**originally** 119:15
175:17
**Orleans** 3:5
**Orthopedic** 126:18
**Oscar** 74:7
**Otis** 5:9 140:24 141:4
144:11
**outcome** 58:4 91:5

112:23 150:4 162:5
226:12
**outcomes** 90:14 162:3
188:13
**outside** 47:21 48:5
137:3
**ovale** 131:17
**Overall** 142:10
**overturned** 74:3,8
**owners** 61:5 62:14
**oxygen** 22:8
**O'Brien** 66:3

## P

**P** 3:1,1,15 6:1
**package** 50:19 220:2
**packed** 14:22
**pad** 65:6
**page** 4:2 9:7 26:11 34:5
34:14 52:23 63:23,25
64:1,9 67:16 74:19
77:1 78:12,24 82:5
84:12 85:23 89:24,24
90:10,24 91:7,18
92:17 93:8 107:12
110:19 111:1 117:17
118:8,9 122:2 133:20
136:2 141:6 147:7
160:6,17 162:2,8,21
172:21 173:16 174:8
175:5,13 178:11
184:22 185:3,4 188:9
190:1,4 192:5,6
195:13 196:25 197:22
198:2,2 199:13 200:8
200:10,11 206:8
207:21 210:10,11
219:18 228:4 229:3
**pages** 8:5 185:1 227:3
**PAH** 78:16
**paid** 67:1
**paint** 213:8,10,12
**Palace** 66:6
**panic** 220:19
**paper** 30:8 38:3 40:16
45:8 53:13 86:15,18
86:22 89:18,19 95:20
95:23 96:25 99:3
100:19 103:3,4 113:8
113:9,14 118:13,15
126:16 129:13,15,17
129:18,24,25 130:15
133:21 134:12 135:10
141:16 148:18,19
174:17,17,20,23
180:12,16,18,25
181:16,17,20 183:2
184:21 189:9 197:4

197:13
**papers** 16:17,23 17:3,6
26:24 30:7 40:2,6
88:19 102:16,25
106:9 113:12 120:17
120:19 121:15 123:19
123:19 125:19 127:25
128:17 129:10,10,12
131:10 135:2 139:19
142:5,17 143:20,20
144:19 152:13 153:6
153:22 166:18 167:11
170:12 176:14 192:12
**paragraph** 8:2 67:18
78:13 80:21 82:5
86:2 111:4 117:20
136:3 147:11,14
160:9,17 161:4
162:22 163:4 178:12
178:25 181:24 182:3
183:17 190:4 196:25
**paragraphing** 100:23
**paragraphs** 7:12,15,24
**parasitic** 20:17,20,24
**paroxetine** 4:20 5:6,9
5:10,13 52:18 103:22
106:4,14 141:7,12,21
141:25 142:8,11,22
147:12,17 170:17
171:8 172:14 173:3,7
175:18 176:24 178:14
183:18 184:2 186:9
188:17 219:21 220:12
220:18,19 222:2,14
222:25 223:11
**part** 7:11 15:15 33:10
35:3 36:5,10 45:18
119:24 128:6 141:16
220:2
**particular** 20:25 21:7,8
21:15 50:17 51:1
52:4 56:25 65:12
69:8 70:12 79:20
91:4,5 92:2 94:23
98:3 100:22 104:1
113:2 125:22,25
126:19 127:21 129:5
133:8 139:12 143:12
149:21 156:21 163:20
163:22 176:19 186:10
190:6 212:4,15 215:4
**particularly** 116:14
192:24 193:9,11
**partnership** 61:4
**party** 62:7 226:11
**Paso** 26:2
**pass** 37:16
**passed** 76:3

**passing** 175:10
**patent** 131:17
**Pathologists** 70:22
**pathology** 196:6
**patient** 5:22 46:13
59:12 60:3 75:4
77:13 82:2 157:19
**patients** 46:24 176:17
180:3 184:8,22
**Paul** 1:18 2:2 4:3,14,15
4:16,17,19,20,21 5:3
5:18 6:5,19,25 74:21
78:14 226:4 227:10
228:3
**Paxil** 4:20 5:14 50:2,17
51:1,10 52:3,18 53:22
56:4,9,24 57:4 98:2
102:5,9,17 103:9,10
105:3,9,16,23 106:12
106:14 110:10 112:14
112:19 114:2,5
115:12 117:7 122:15
122:17 124:6 127:3
127:20 129:1,4
130:19 132:22 133:1
133:8 134:13 139:10
143:5 144:1,15,23,25
145:23,24 146:6
149:9,16,21 150:10
150:15 152:4 155:16
156:21 157:5,7,20,24
158:19 159:17,18,20
165:18 166:10,12,20
167:3,12,25,25
168:15,21,23 169:4
169:11 170:4 171:3
171:18,19 172:1
178:5,5 180:4,5 184:8
185:9,13 186:1,17,22
187:8 188:16 190:24
200:18,21,21 201:10
201:20 202:22 203:13
203:19,25 204:16
205:3,18,22 209:12
209:13 214:4,11
215:19 216:6,9,22
217:18 218:7 221:5
221:24 222:20 223:16
**Paxil's** 167:4
**pay** 9:17 12:8,10 37:18
38:3 44:10 62:20
**peer** 129:6 177:16
**peers** 120:16
**peer-review** 96:15
113:11
**peer-reviewed** 26:7
27:8,11 86:16 111:24
117:22 120:21 129:11

131:11 134:2 140:15
140:19,20 143:4
144:7
**pending** 202:14
**Penn** 4:25 78:1
**Pennsylvania** 226:20
**people** 22:13 38:23
45:9 46:22 47:9
58:25 61:12 81:22
135:7 139:23 140:11
143:16 148:23 153:22
177:2 184:10 212:7
**perceive** 90:3
**percent** 68:24 69:5,11
70:6 117:25 122:14
122:25 123:1,21,25
141:19,22,23 143:10
143:13 153:11 160:18
161:5,11 188:12
222:5,9,10,11
**percentage** 68:14,20
**perfectly** 81:2,4,8
**performed** 183:20
192:9,14
**pericarditis** 76:23 77:5
77:9,12
**period** 24:23 28:19
65:10 99:18 127:18
144:25 159:20 197:24
207:16 208:8 209:5
209:16
**permeability** 158:24
**permit** 35:21
**permitted** 46:12,16
**person** 113:6 148:24
149:1 163:25 164:2
173:23 187:10,13,15
204:8 211:2 213:17
**personal** 124:22
**personally** 113:12
**persuades** 122:14
**perturb** 23:14 32:2
45:9 145:17
**perturbations** 109:15
**PFO** 131:17,17
**ph** 1:24
**phalangeal** 174:24
**pharmaceutical** 45:12
49:16 67:22 137:6
**pharmacodynamics**
50:16,25 110:8
**Pharmacoepidemiol...**
177:13
**pharmacokinetics**
50:16,25 110:6
**pharmacology** 49:8,12
49:13,19
**pharmacy** 5:22 215:13

phenomenon 151:1
phenotypes 165:11
Philadelphia 226:20
Phillips 3:10,16
phone 45:10 137:14
phones 197:6
photo 67:18
physical 153:4 160:12
physically 15:21
physician 59:11,11,21
  59:22 60:6,11 70:20
physicians 217:16,17
Ph.D 1:18 2:3 3:15 4:3
  4:14,15,16,18,20,22
  5:18 6:19 7:1 23:22
  24:1,22 31:25 32:19
  33:2,4,6,10,15,16
  34:2,17,18 35:1,16
  36:6,10,18 37:2,5
  47:8 78:14 226:5
  227:10 228:3
pigs 21:4,7,8
pinky 164:1
place 226:6,19
placed 226:7
placenta 155:23 157:12
  158:5,9,20,22,24
  159:4 168:1
places 203:24
plaintiff 15:1 112:23,24
  150:5
plaintiffs 1:7 3:3 6:15
  80:11
plaintiff's 13:18 54:7
  75:4,16 78:9,14 79:8
plate 104:13,14,15,16
  113:24 124:25 126:12
  133:2 145:1 150:8
  163:23,24 164:8
  167:22 187:6,12
  200:15
plausibility 86:6 87:2
  90:25 93:10 112:13
  112:19,21 146:20
  148:2,6 150:1,3,13
plausible 91:14
played 209:8
please 35:11,24 41:10
  117:15 141:8 154:25
  160:7 175:13 190:4
pleiotropic 165:9
  186:13
Pleiotropy 149:5
point 52:7 94:22 95:16
  114:4 125:7 138:14
  163:4 174:13,15,22
  208:10 209:6 224:3
poison 61:21

poisoning 39:7
poisons 31:21
pollutants 211:12,17
polytherapy 177:2
population 141:18
  142:13 222:8
populations 111:9
posit 150:22 157:2
  178:2
posited 88:3
positing 81:19 150:15
  150:18,19
position 53:12 81:17
  99:3 122:13 130:19
  131:4 133:3 134:13
  139:19 144:10 169:10
  179:11 197:15 208:16
  208:19,19 209:11
  223:24
positional 194:14,19,24
positive 72:20 166:8
possibility 162:23
  173:1 192:8 207:9
possible 51:10 56:3
  57:3,10 59:6 83:14
  127:7 142:1 145:10
  146:1 209:20 222:24
  223:3 224:8
possibly 72:11 104:11
  131:7,7 172:3 211:8
  211:14 213:17 224:9
post 183:8
postconception 199:17
  200:1,2,5 209:12
postdoc 24:9
posting 4:21
potential 42:24 60:12
  114:19 168:22 220:23
  224:16
potentially 212:5
  218:14,15
pouring 138:1
preceding 214:12
precise 42:8 207:4
precisely 188:24
preclinical 149:8,10
predict 72:23 138:9
predominantly 61:14
  61:16
preexisting 192:25
Pregnancies 5:13
  159:25
pregnancy 5:9 80:12
  106:5 141:7,13,21
  142:1,8,10 148:16
  156:24 158:10,14
  159:5 162:3,4 173:8
  175:19,25 189:9

202:3,22 203:18
  204:14,17 205:21,24
  206:3,9,10 213:13
  214:4,13,14 216:23
  218:18
pregnant 102:18
  109:22 128:5 166:20
prenatal 103:10 105:9
  105:15,23
prenatally 105:3
preparation 10:10
  18:21
prepare 54:2,8 204:4
prepared 5:18 54:3
  55:4 132:9
preparing 10:11 53:8
prerogative 217:4
prescribers 217:15
prescribing 214:11
prescription 5:22 180:5
  214:12 215:19 216:15
  217:7
prescriptions 214:16
  216:10
presence 192:25 200:17
present 3:23 56:19
  104:11,18 133:1,4,6
  145:10 172:24 175:16
presentation 57:2
presented 56:2 81:9
  120:12
president 60:20
presumably 55:4 156:7
  191:2
pretty 19:7 37:12 56:8
  77:17 154:3 186:18
prevalence 5:11 162:3
  222:7
prevention 39:7 57:21
previous 7:8 27:14
previously 19:19 30:6,6
  66:24,25 188:13
  192:22 193:7 204:9
primary 30:25
principal 140:12
print 9:1,13 107:10
  113:14
printed 38:3
printing 8:11
prior 31:17 51:5,8
  199:25
private 37:15,18,19
probability 83:6
  117:25 122:15 123:25
probable 122:21,25
  123:8,8,12 124:16
  125:4
probably 23:1 25:16,16

26:18,24 28:20 30:16
  34:22 40:18 51:12
  59:8 61:16 77:19
  97:7 141:15 161:11
  175:8 203:12 204:11
problem 90:7 134:25
  145:4
problems 46:24 61:12
  132:7
Procedure 2:12
proceedings 28:9,12
  79:12 92:19 137:14
process 20:14 32:3
  113:12 122:9 136:22
  139:8
produce 8:7 9:1 10:5,8
  10:19,24 14:15 27:6
  28:3,6 65:9 82:25
  83:1,5 95:5 107:3
  153:10 199:18 201:20
produced 2:3 7:20,23
  13:4 15:7,11 17:7
  27:25 28:1 35:3
  51:19 106:25 138:19
  142:3 153:7 217:22
producing 8:12,18
  57:11
production 7:12,25
  16:21 29:22 151:9
  152:15
Productions 2:10
productivity 30:20
products 49:16 78:9
  212:11,16,24 213:2,6
professional 58:19
  68:14,20,22 139:13
  139:21 144:9
professor 30:25
professorship 24:16
progenitor 21:21
program 23:22
programming 58:3
proliferation 151:19
pronouncing 102:22
pronunciation 53:12
proof 119:11 153:20
proper 177:19
properly 180:14
properties 168:15
proportion 69:9
proposition 86:19
  118:23 157:6 190:23
  191:5
propounded 227:5
protection 190:18
protective 109:19
  137:25 178:6
proteins 198:25

protium 198:24
proven 144:23,24
  161:12
provide 84:19 117:20
  119:10 139:23 190:23
provided 44:24
provides 188:11
provisions 2:12
proximal 102:21
prudent 216:24
pseudocele 22:3,18,19
psycho 50:25
psychopharmacology
  49:20,22
psychotropic 49:24
Public 53:13 86:25
  97:18 99:3 227:16
publication 26:7,24
  27:1,7 29:22 120:15
  147:8 149:20 195:8
  219:19 220:4 221:17
publications 26:16
  27:12 28:18 29:10
  38:16 117:23 221:9
publish 28:8,9 30:8
  120:21
published 17:6 26:12
  26:24 28:11,14 29:2,7
  29:17,18 40:2,16
  48:24 57:6,10 96:15
  111:21 117:9 129:11
  131:10 134:5 135:1,3
  142:6 144:6 177:13
  180:18
publishing 30:7,12
pump 21:18
punched 76:5
purportedly 10:23
purposely 67:2
purposes 51:2 136:9
pursuant 2:11
push 134:21
pushed 209:25
put 42:22 81:3 84:11,18
  91:22 101:8 122:6
  132:4 137:19
puts 176:14
putting 18:15 92:21
  179:21
p.m 2:6 159:12,13,13
  159:15 209:23 219:5
  219:6,6,8 225:3,4

_____
Q
qualifications 19:1
  39:16 86:9 116:21
qualified 77:4,8 79:1,6
  224:18,22

**quantify** 124:5 128:25
129:9
**Quantifying** 124:9
**question** 8:23 22:21
27:9 35:14,23,25 41:8
42:7 44:3 46:21 47:3
48:22 52:9 53:19
65:2 75:2 83:4,17
88:13,14,15 94:4
95:13 98:10 101:17
103:17 105:11 106:9
116:17 117:25 123:7
126:14 135:17 138:8
141:6 142:25 145:11
146:4 148:9 150:18
156:18,21 158:8
159:2 165:13 166:15
172:5 180:13,23
187:7,18,20,21 189:1
189:13 191:1 193:21
204:13 205:19 209:4
210:25 214:23 224:19
224:21
**questionnaire** 5:21
202:10 210:3
**questionnaires** 59:1
**questions** 5:9 22:14,16
75:13 82:20 116:22
155:8 166:3 177:23
213:16 219:17 227:3
**quite** 17:2 27:21 127:24
145:15 171:9 187:5
**quotation** 120:7
**quote** 100:19 186:10
197:12
**quoted** 95:20 119:21
**quoted's** 118:8
**quotes** 120:6
**quoting** 160:22 161:24
197:4

_____

**R**

**R** 3:1 6:1 226:1 228:1,1
**rabbits** 149:13
**radial** 126:21
**radiation** 36:21 44:1
212:20
**raised** 155:1
**raises** 155:19
**Raising** 140:22
**random** 193:1
**rat** 40:25
**rate** 12:11,22 13:9
53:20 82:16 128:24
142:21 223:10
**rates** 18:20 162:9
**Rathman** 66:3
**ratio** 103:21 108:23

109:2 142:23 170:18
171:7,11 172:17,17
179:14 188:22 189:5
192:15 194:23 222:4
222:6 223:13
**ration** 184:5
**rational** 116:13
**ratios** 83:1 96:19,20
107:21 178:25 179:19
184:8 188:11 190:11
190:12
**rats** 40:7 43:25 44:4,13
149:14
**rays** 201:3
**RDR** 2:7 226:2,17
**reach** 41:24 42:10
87:20 121:6 164:15
121:7 124:6
**reaching** 87:15 101:4
123:14 166:10
**read** 12:14 41:9,11
51:23,25 53:18 59:20
67:17 88:17,18 107:6
107:8 111:10 112:20
114:11,13 118:1
119:6 122:2,10 141:8
141:9,15 142:25
144:11 147:21 165:7
172:13 173:5 176:1
188:6,7 190:3 191:19
213:23,25 217:14,21
218:10,13 220:4,7
227:3
**reading** 13:8 14:5
51:16,17 64:21 81:1
131:23,24 132:13
198:3,4
**reads** 74:18 117:20
210:6
**ready** 54:3 55:6 101:25
220:9
**real** 38:5 46:20
**realize** 27:21 47:6
132:3
**realized** 10:10,11
**really** 10:12,15 14:8
26:21 27:8 36:15
38:7 42:14 43:3
46:19 48:25 57:25
63:7 69:2 75:11,12,22
75:24 82:1 83:16,17
93:7 98:20 110:21
113:6 114:22 120:18
124:12,13 129:19
146:17 148:10,19
153:3 156:19 186:24
198:7,11 199:2

201:12 208:10 209:7
220:25 221:6 222:15
**realtime** 2:9
**reason** 31:16 33:1 36:5
37:22 79:19 109:16
124:16 125:4 126:4
128:3 138:6 147:23
148:20,20 153:2
160:25 161:23,25
178:15 183:21 199:19
213:18 220:21 228:4
**reasonable** 145:2,19
208:22
**reasons** 81:16 85:2
164:5
**recall** 13:25 17:23
19:22 31:11 32:9
33:21 45:3 47:18
48:9 54:24 60:14
62:2 69:3,7 70:8
72:17 74:6 78:4 80:2
80:10 211:14 214:15
**receive** 62:12 84:13
180:3
**recess** 101:22 159:13
219:6
**recognizable** 106:16
**recognize** 17:16 58:13
211:6 212:5
**recognized** 35:7 39:11
161:20 199:3
**recognizes** 81:1
**recollection** 18:8 76:19
76:21 78:10,19 80:6
179:21
**recommend** 46:17
**recommendation** 71:23
72:2,4
**recommended** 59:17
71:21,22 115:1
147:18
**record** 2:12 5:23 6:3
16:12 41:11 52:1
65:14,22 88:18
101:20,23 159:11,14
190:3 219:4,7,10
220:5 225:2 226:8
**records** 15:2 66:15,18
206:1,12,14,15,18
214:11 215:13 217:5
**red** 72:1
**reducing** 140:23
**reduction** 126:2 187:2
188:20 189:6 190:22
194:3 199:10 200:6
207:25 208:4,25
**reductions** 196:12
**Redwine** 6:18

**Reed** 5:3 80:3
**refer** 166:4
**refereed** 38:17 102:16
127:25 166:19 177:14
**reference** 34:8 54:16
64:17 95:23 98:18
100:13 120:1 190:14
206:4,16,18
**referenced** 8:5 219:13
**referred** 52:15 104:4
106:20 156:6 221:17
**referring** 53:2 95:19
166:17
**refers** 195:23
**refined** 78:8
**reflect** 94:10
**reflected** 93:17,20 94:6
102:13 105:13 112:15
135:14
**refresh** 76:21 78:10,19
179:20
**regard** 190:7
**regarding** 77:5,8,9
**regardless** 94:25 162:5
**regulate** 151:18
**regulations** 67:21 68:2
**regulatory** 138:7 144:9
**rejected** 123:19
**relate** 68:2 164:1
**related** 11:17 29:10
50:24 61:18 62:1
104:5 120:10,23
127:12 163:14,21,24
164:13 178:13,20
194:8 222:14 226:11
**relates** 25:7 91:25
109:16 120:1 180:21
188:16
**relating** 42:1 46:17
98:12 125:20 166:12
171:10
**relation** 188:13
**relationship** 51:10 52:3
56:3,24 57:3 59:2
81:19 86:5 89:23
92:10 98:2 102:5
104:6,22,23 106:3
109:8 110:15 112:3,9
112:14 123:4 127:2
143:5 169:20,22
170:1 176:7,9 185:9
188:25
**relationships** 93:9
**relative** 96:8 190:9,11
190:15,17 191:3,14
**relax** 36:15
**release** 216:9
**relevant** 218:14,15

223:20
**reliability** 184:18
**reliable** 41:24 42:10,15
42:20 184:15
**relied** 51:23 131:9
210:24
**rely** 42:15,19 88:6
119:9 122:4 166:13
167:8 211:2 215:2,5
**relying** 117:22 129:9
129:10,12 133:23
167:4,10,11 177:12
177:15,21
**remains** 111:5 113:14
**remember** 11:2,4 31:14
31:18 33:4,11 34:22
36:19,23 45:4 48:9
55:3,9,11 60:1,2
64:14 66:5,9,11,25
67:12 69:16 73:8
74:2,17 75:10,14 76:1
76:9,25 80:20 169:3
179:18 194:1 214:2
**remembered** 18:15
**remembers** 37:6
**remind** 130:7
**remover** 75:17
**removing** 135:10
**render** 78:15 79:1,6
**rendered** 79:25
**renders** 108:13
**repeat** 43:11 105:11
**replaced** 153:5
**replicated** 111:8,15
**replicates** 111:18
**report** 4:14,16,20 5:18
8:6 12:14,19,22 13:9
14:5 17:17,19,22
18:12,13,21 26:10
53:16 54:13 55:16,23
63:20 65:9 71:14
75:3 78:16 84:4,10,12
84:19 85:9,19,21
86:23,24 87:7 88:1
89:12 93:20,23 94:7
95:14 97:1,3,3,10,25
98:8,11,13 99:8,10,12
99:16 100:13 101:9
102:2,13 106:23
114:18 117:14 118:25
119:23 120:7,15,19
122:3 132:4,5,9
133:20,23 134:11
147:5 170:13,15
172:7 180:20 189:22
200:8,8 206:2 219:11
221:18
**reported** 2:8 115:20

Paul Goldstein, Ph.D.

167:5,18 188:13
190:9 193:10 204:21
226:5
**reporter** 2:8 6:9,12
23:25 43:10,19 50:12
53:4 70:24 109:12
121:23 142:20 151:11
167:15 198:6 226:3
**reporting** 172:4
**reports** 14:18 15:7 18:6
51:17 54:17 83:23,25
84:2 93:17 94:1
105:13 106:17 112:16
120:12 121:25 131:25
132:6 134:12 166:1
179:12 188:3 211:15
217:22,23 218:21,23
**represent** 96:17
**representation** 16:11
**representing** 10:23
**represents** 13:11 19:6
**reproduces** 21:11
**reproductive** 5:8 45:13
113:5,10 129:14,21
134:1,2 135:2 138:15
138:18
**request** 7:24 51:20
**requested** 10:18 17:10
**requesting** 7:12
**requests** 8:2
**require** 38:14,16,17,19
**required** 84:6 85:1,8
86:3
**requirement** 85:16
105:14
**research** 26:7 30:5
40:20 44:18 48:14
51:4 57:25 58:8 62:5
69:19 104:21 123:15
221:13
**researched** 133:7 159:2
**researcher** 113:4
**reservations** 72:15
**resident** 181:21 182:23
**respect** 25:20 42:2
88:11,23,25,25 105:9
105:15 124:6 163:19
168:21 173:15 179:12
193:7
**respectfully** 154:21
**respond** 75:12 174:14
**responded** 45:10
**response** 5:7 51:20
53:1 72:4 80:9 97:16
97:19,20 98:2,13
106:2 109:7,18,20,25
110:13 111:7 112:2,9
130:19 131:4 135:4

135:14 154:3 157:15
186:14
**responsibility** 30:25
113:7 134:22
**responsible** 131:2
201:10
**responsive** 7:24 35:20
95:11
**responsively** 36:4
**restaurant** 197:12
**result** 106:16
**resulted** 103:23 172:15
**resulting** 113:24
**results** 59:18,20 60:10
82:22 172:25 180:5
181:25 182:6 183:19
184:15 220:11 222:23
**resume** 101:25
**retain** 84:13 132:4
**retained** 18:22 52:2
**retains** 62:19
**retention** 51:5,8
**retinoids** 161:20
**Retinol** 43:13
**retract** 130:5
**retracted** 134:13
**retraction** 113:14
135:1,3,4,6,8
**retreated** 130:18 131:3
**retrieve** 16:20
**retrospective** 183:8
**reuptake** 5:17 148:15
**revealed** 222:5
**reveals** 113:18
**review** 14:10 51:9
129:6 148:17 177:16
218:14
**reviewed** 51:14,18 52:2
55:13,19 60:9 152:7
**Reviewer** 5:12 159:24
196:20 199:13
**reviewing** 113:8
**rglanville@phillipsly...**
3:13
**ridiculous** 197:21,22
**right** 7:8,11,13,15 9:21
10:8 12:24 15:6,16
16:5,9 17:12,13 18:18
20:19,21,25 21:24
23:11,13,20 26:5
28:10,17 29:5 30:2
32:17,20 33:7,9 34:18
35:24 40:9 41:3,19
47:11,17 49:6,7,24
50:5,7 51:13 52:17,20
55:10,20,22,24 57:12
57:14,20 58:13 60:22
62:15,21,24 64:3,11

66:12 67:25 68:5,8,23
70:2 71:6,12,21 73:4
74:24 76:11 77:16,20
80:8 81:9,19 82:7,14
83:11 84:13,18 86:8
87:6 88:4,5 90:10,19
90:22 91:2,5,13,14,18
92:2,17,21 93:1,6
97:16 103:15,19
104:1,16 106:25
107:16,17,19,22,24
108:3,8,8,20,20,24,25
114:10 115:6,17
116:3,11,12,15,17
117:19 119:18,25
123:13 127:17,18
129:23 131:17 132:5
132:11 136:17,17,19
136:24,25 137:2,25
138:1,4,11,24 139:1
139:25 140:1,2
143:22 145:8,25
148:3 149:4 150:19
150:24 151:15 152:9
152:19,22,25 153:6,7
153:12,14,15,16
154:15 155:21 156:3
156:9,12,15,20
157:21,22 158:1,3,14
158:18 162:21 167:1
168:12,14,15,16
169:22,23 170:22
172:5 173:6,12,15
174:25 176:4,18,20
176:25 177:4,5,17
178:7,20 179:4,23
180:7 181:18,23
182:3,20 184:9,11,15
185:16,19 186:24
188:4,6,14 189:16,24
190:24 191:5,8
192:13 193:24 195:23
196:1,3,4,11,23 197:8
198:2 199:4,7 200:11
203:19 204:9 210:16
210:19,22 211:1,9,24
212:5 214:19 215:23
216:3 221:5,8,16,25
223:1,3,5,14,18,18
224:10,19
**right-hand** 175:13
**rigorous** 120:13 123:24
**ring** 66:4,13 80:13
**rise** 194:22
**risk** 5:6,17 42:5 92:1,3
92:8 96:8 106:6
138:9 140:23 141:13
141:17,19,21 142:2,7

142:12 149:18,23
161:20 162:4,15
169:8,13 171:14
173:12 178:4,14
180:6 185:13,16,21
185:23 190:9,13,15
190:24 191:3,9,14
193:2 203:9 204:22
206:7,21 207:24
208:25 213:19 219:23
220:14 221:3 222:3
223:16 224:10,10
**risks** 5:12 96:13,18
159:24 190:11,17
222:13
**Robert** 3:10 4:24 78:1
**robust** 111:8 184:14,17
**ROBY** 1:9
**role** 57:10
**roundworm** 24:24
**route** 160:13
**Royal** 92:20
**rule** 4:14,16 12:14,22
55:16 72:25 80:24
81:11 82:11,16 83:14
115:9 146:8,13 192:7
212:18,21
**ruled** 79:20 220:15
**rules** 2:11 81:12 84:1
124:12
**ruling** 75:8 77:14
180:10
**run** 89:4

### S

**s** 3:1 6:1 47:8
**Safe** 193:22
**safety** 45:13 68:2,5
177:14
**salary** 62:10,11,17
**salmonella** 67:21
**salt** 109:23
**satisfied** 105:15,23
148:6
**saw** 14:9 54:18,20 55:1
184:6 195:12
**saying** 13:25 34:22
64:19 70:8 94:17
103:7 110:20 115:11
115:12,12 116:10
121:5 122:5 138:21
141:24 154:1 164:21
165:3 168:25 171:25
175:4 176:11 179:4,7
179:19 185:25 186:5
197:2 198:12,12,15
211:14 224:5
**says** 8:13 12:15,20,22

33:15 34:16 50:18,19
55:18 63:23 67:17
75:1 76:18 78:13,22
78:25 81:5 91:20,21
92:11,25 96:9,12
102:15 104:25 105:25
105:25 122:5,6 125:3
127:11 132:11 133:19
133:24 135:25 140:24
147:11 148:12,13
150:2 158:21 160:10
160:17 161:4 163:11
169:13 171:7,9
172:13 180:21 181:24
183:17 184:5,23
188:19 198:3 199:16
202:23 203:15,15,24
204:20 205:22 211:20
211:23 215:6,7 216:4
222:23
**schedule** 13:2,4
**scheduled** 54:23 55:10
**scholarly** 29:21 30:4,9
**Scialli** 53:1,11,14 54:12
54:17 86:24 87:13
112:21 113:7 125:3
129:12,13,13,21,23
130:8 131:5 133:18
134:24 150:2 169:2
215:6
**Scialli's** 89:3 150:13
**science** 31:20 57:20
67:23
**scientific** 26:7,12 28:18
29:22,25 30:5 40:19
42:24 44:18 46:6
47:24 48:14 49:11
52:1 53:18,20 57:24
62:4,4 86:12 88:9
93:2 113:4 116:24
117:21 118:3 119:10
119:11,14 120:14,15
120:17,20 121:6,18
122:8 123:15 124:1
133:7 135:9 139:22
143:4 144:17 145:3
145:11 208:23
**scientifically** 100:15
106:17 139:4 146:4
**scientist** 26:6 30:21
65:5,6,23
**scientists** 121:21
**Scott** 6:14 181:11 189:9
**screaming** 128:15
135:7
**scrotal** 90:21 92:8
**scrutinize** 38:7
**se** 8:25 32:1 40:22

48:21 49:1 53:9 56:5
170:11
**second** 17:19 82:5 86:2
92:14 96:24 147:11
147:14 174:19,20
190:1,5 208:14
**secondary** 183:8
**secretary** 60:22,24
**section** 162:2 195:14
220:3,8,10
**see** 7:3 16:23 34:12
43:13 44:8,11 54:12
55:12,18 59:1 71:25
74:22 80:21 82:5
89:6 90:15 93:7
107:18,24 108:8
109:3 111:18 115:4
118:20 128:7 130:1,3
130:12,17 131:24
134:11,16 135:12
137:23 149:16 154:11
154:17 160:5 164:21
173:17 179:20 182:5
182:21 185:5,6 198:3
199:15 202:9 204:24
205:1 206:2,4,13,15
206:18,23 211:16
213:22 214:11 219:19
**seeing** 108:9
**seen** 7:1,8 54:25 55:25
71:17,19 110:3
116:18 132:6 134:5
140:17 142:12 148:11
148:18 149:20 155:14
193:18 215:13,16
216:11 217:21,23
221:12,14 222:21
223:17
**sees** 35:25
**segregated** 15:14,18
**selective** 5:16 50:4
148:15
**self** 198:4,5
**self-educated** 37:9,12
**semester** 30:24
**send** 54:10
**sends** 28:4
**sense** 110:12 127:5
154:2
**sent** 7:4 11:1,2,2 14:23
14:23 16:17,19,23
17:9 54:9,14 115:14
115:15 126:17 129:15
147:6 151:14 202:15
220:1
**sentence** 58:6 86:3
147:11,14 160:10
163:3 196:25

**sentences** 111:4 119:8
**separate** 184:18
**September** 1:19 2:5 6:4
226:14 228:3
**seriously** 91:11
**serotonin** 5:16 50:4
148:15 151:6,8,8,17
151:18,25 152:1,6,10
152:14 153:11 154:13
155:17,19 156:1,7,9
156:14,15,22 157:4,7
157:11,20,25 158:5,8
165:23,25 166:2,2,3,7
**Sertraline** 205:23
206:3 207:25 208:23
**serve** 18:6
**served** 17:21 44:21
51:20 54:18 83:23,25
84:2 87:7 94:7
102:14 132:8
**Servers** 67:12
**service** 30:19 219:10
**services** 66:21
**serving** 18:9
**set** 84:6,8 85:2 178:13
180:19
**setting** 71:11 122:20
**seven** 7:12,15 142:17
222:4
**severe** 97:21
**sexually** 21:11
**shaker** 109:24
**shape** 75:22 96:1
133:22
**sheet** 9:23 227:7
**shock** 45:9 148:25
**short** 209:20
**shortened** 164:1,2
**shorter** 219:3
**Shorthand** 2:7 226:3
**shortly** 54:19
**show** 53:20 102:12
135:14 142:10 144:20
151:7 154:23 160:3
166:24 174:16,17,20
174:23 190:17
**showed** 103:25 141:20
**shower** 75:20 76:2
**showing** 104:1 165:17
170:4
**shown** 103:21 127:5
167:12,13 169:6
**shows** 126:18
**sic** 60:4
**side** 65:17
**significant** 8:14 108:14
143:11 144:1 171:14
173:12 178:4 183:13

192:17 207:24 219:22
220:13 222:2
**significantly** 220:18
**similar** 23:6 42:17
102:20 104:10 148:12
166:22 204:11
**similarly** 103:13
**simple** 35:14 38:4
**simply** 178:5 197:2
**single** 26:25 32:8,10
113:8 115:16 132:20
**sir** 5:5 89:20 91:16 92:7
92:22,22 94:12,12,15
95:19 119:15 155:1
**sit** 51:13
**sitting** 62:24 124:13
**situation** 72:21,22
100:22 102:17 127:9
128:1 153:24 166:19
**six** 91:1 142:17 203:14
203:14 204:16,17
**size** 61:23 96:8 190:9
**skills** 71:25
**skin** 42:16 210:17
**slight** 209:7
**Sloop** 129:13
**Sloot** 129:15 130:15
134:5,12,13 135:25
**Sloot's** 133:21
**slowly** 43:20
**sludge** 77:10,21
**small** 96:20 108:9
109:4
**smaller** 180:18
**smartphones** 197:10
**SMITHKLINE** 1:9
**smokers** 92:15
**sobriety** 67:25
**societies** 35:16
**society** 35:6 36:6 37:23
37:23 38:6,9,10,11,14
38:21,23 53:13 58:14
86:24 92:20 97:18
99:2
**sole** 61:5 62:14
**solvents** 210:7
**somebody** 45:4 62:19
64:21 67:14 110:21
134:23 141:4
**soot** 90:21
**sorry** 16:24 43:10
50:11 52:22 63:25
64:5 71:7 96:19
104:13 105:11 109:12
113:19 125:6,6 131:9
133:19,25 137:16
144:23 162:10 167:15
171:7 174:9 175:21

177:18 185:14 200:19
205:20 215:22
**sort** 62:3 105:12
**SOT** 38:10
**sought** 80:18
**sounds** 39:10 83:16
**source** 89:19 182:20
216:6
**so-called** 194:19
**speaker** 28:5
**Specialists** 39:12 140:7
**specializes** 224:24
**specialty** 19:17 26:22
51:6 57:17
**species** 25:14 41:6,12
41:13,15
**specific** 20:18 24:19
60:2 78:18 87:12,16
87:21 90:13,14
102:16 103:2,3,4,16
106:18 110:22 113:18
114:15 127:25 128:1
132:7 136:23 150:21
162:9,10 163:6 165:3
166:12,18 167:7
168:24 174:25 178:19
178:20 187:9 188:12
206:24 210:22
**specifically** 16:18,19
20:4 24:22 33:7
44:14 47:6 49:9,13
53:19 58:1 59:4
95:22 100:8 103:6
104:25 117:7 125:20
131:14 150:22 166:25
168:20 171:9 174:23
180:22 185:11 187:5
191:13 203:1,25
217:16
**specificity** 73:10 86:5
87:1 90:9,15,19 93:9
105:7,9,14,18
**specify** 13:2,3 106:8
**spectrum** 162:10,11
**speculative** 100:14
**spend** 17:1
**spent** 15:19 16:6,7
17:11 36:12
**spoken** 204:3
**sprayed** 76:2
**spraying** 75:20
**Spring** 28:12
**SSRI** 50:14 188:14
**SSRIs** 50:11,17 51:1
52:4 56:9,25 117:7
127:21 133:9 149:22
152:5 156:21 158:13
165:18 188:12 220:20

**stage** 58:2 104:17
150:21
**stages** 25:8,17 104:17
133:10
**stain** 75:17
**stand** 140:18
**standard** 123:10,14,22
123:24 190:21
**standards** 121:2
**standing** 112:8
**stands** 68:6 113:15
136:21 139:14
**started** 30:14 31:15,18
204:18 223:19
**starting** 183:3
**starts** 200:1
**state** 2:8 19:12 24:10
67:20 100:8 124:9
142:17 223:8 226:3
**stated** 2:12 77:19
127:24
**statement** 31:13 34:19
64:13 84:6,20,23,23
87:11 88:16 120:5
126:16 130:6,10
132:24 141:3 142:14
147:24 149:7 158:4
160:21 161:3 162:12
163:8 166:17 191:7
191:17 192:3 193:5
197:13,21 199:1
204:24
**statements** 141:24
160:5 220:22
**states** 1:1 78:2 100:20
140:13 170:14 222:8
**statistical** 83:2,6
**statistically** 108:13
143:11,25 171:14
173:11 178:3 192:17
207:24
**statistics** 123:20
**stayed** 24:20 31:7
**stenographic** 2:9
**stenographically** 226:5
**step** 137:17 139:7
152:12
**Stewart** 217:24
**stone** 64:10
**stop** 164:11
**stopped** 201:6
**story** 65:24 131:1
**Street** 2:10 3:5 226:20
**strength** 86:25
91:17,20,22,22 92:21
93:2,10,13,18,22
94:11,19,24 95:14,17
95:21 96:2,7,12 101:2

Paul Goldstein, Ph.D.

101:10 102:8 103:1
103:14 190:7
**strictly** 27:5 61:8
**strike** 14:11 23:16 25:9
35:9 36:16 38:25
39:24 40:13 44:15
58:5 87:4 95:6 96:4
219:14
**Striking** 5:3
**strong** 92:9
**stronger** 201:15
**strongest** 100:6
**structural** 194:14,25
**structures** 163:14,21
**Stuart** 4:24 76:14
**student** 32:13 37:3
**students** 9:10,20,22
10:3 30:24 31:3 56:3
56:9,17
**studied** 23:12 43:5,7
48:23 153:15 200:3
**studies** 25:5,19 29:14
29:15,25 42:4,15 44:3
53:18,20 70:21
120:20 128:9,11,14
128:21,23 133:15
136:4 137:6,21 138:8
138:10,20 141:12,14
141:15,20,22,24
142:1,7,10 143:3,25
144:4 147:12,17
149:9,13 151:7 152:4
152:11,16 153:18,19
155:15 166:24 167:2
167:5 169:6 170:3
171:3 183:19,23
191:20,22 222:5,18
222:21 223:15
**study** 5:15 19:20 22:24
22:25 23:9,10 24:12
25:4,13 30:1 36:18
43:1 106:20,22 111:9
112:2 127:19 128:6
132:20 148:11 170:22
171:1,1,11 173:20
176:17,19,20 177:8
177:11,19,21 178:25
180:3,15,16,22 181:7
181:25 182:6,8,11,12
183:2,7,14 184:1
185:8 186:10 188:4
190:10 192:14 193:14
222:23
**studying** 25:14
**stuff** 35:5 115:14
138:17
**subject** 57:7 129:6
**submit** 38:24 45:6

**Subscribed** 227:12
**subsequently** 221:9
**subset** 49:19
**subspecialty** 39:6,11
**substance** 40:17,20,24
41:5,25 42:11,25 43:1
44:19 48:8 53:24
79:7 92:2 136:14
138:1 163:13 164:16
171:21 179:13 189:1
197:17 207:5 208:17
208:24 227:6
**substances** 40:6 43:5
76:24 78:8 79:3
159:3 210:22 211:5
211:11 212:11
**substantial** 83:20
**substantially** 29:23
**successfully** 73:14,18
73:22
**suffered** 98:5
**sufficient** 112:2,9
**suggest** 222:24 223:21
**suggested** 141:14
162:22
**suggesting** 81:24
150:22 172:25
**suggestion** 30:4
**suggests** 78:16
**sulfone** 43:18,21
**sulfoxide** 43:17
**supplement** 102:14
112:16 120:12 122:1
**supplemental** 132:8
219:11 221:18
**supplied** 15:1,6,10
218:12
**supply** 216:20
**support** 78:17 100:4,5
153:18,19 157:6
167:8 177:22 190:23
216:11,16
**supported** 113:20
**supporting** 81:18 103:9
**supports** 147:19
**supposed** 155:18 156:5
**Supreme** 119:12
122:10
**sure** 14:18 21:14 25:15
32:22 33:21,23 34:1,3
34:13 41:18 43:9
52:5 55:11 58:12
62:13 67:3,13 68:12
68:15,18 70:9 72:11
74:4 77:2 85:13
87:10 90:1 92:3 93:4
94:5 97:7,16 102:1,15
111:2 112:17,20

113:9,10,11 118:6,17
119:2 125:13 135:25
141:9,9,11 146:24
147:1 149:15 151:3
162:13 173:21 174:11
175:2,14 176:5,15
199:11 207:3
**surprised** 125:14
**survey** 143:23
**susceptible** 196:17
207:11
**suum** 21:2 23:4,10 24:7
25:12
**suums** 21:5
**swear** 6:12
**sweeps** 90:22 92:8
**sworn** 2:4 6:20 227:12
**symphalangism** 102:22
102:22
**synapse** 156:9
**syndrome** 112:24
**system** 21:25 164:13
**systems** 50:20 80:3
**S-U-L-F-O-N-E** 43:22

## T

**T** 226:1,1 228:1
**table** 107:12,17 137:20
175:5 188:8 192:6
194:23 199:14,16
207:19
**tables** 183:25
**take** 18:19 19:4 27:15
27:17 29:25 30:1
33:8 35:4 36:11,15
37:18 38:4,15 51:7
62:10,17 70:18 79:14
89:17 96:1,19 100:13
101:18 109:22,23
123:24 125:10 136:25
139:14 152:12,13
153:23 159:8,10
163:10 168:2 185:1
194:21 202:25 203:15
204:13 205:23 209:7
217:8 219:2
**taken** 2:4 4:19 32:8,15
34:9 65:7 101:22
102:17 128:20 165:12
166:20 169:10 170:14
179:11 217:9 219:6
**talipes** 5:20 195:9,19
195:21,25
**talk** 14:3 18:25 28:7,16
42:20 56:6 85:25
87:6 88:20 106:10,11
120:18,24,24 154:21
154:25 172:10 173:13

175:4 176:21 177:9
204:1 205:7 212:19
212:19 219:2 224:8
**talked** 14:13 56:12
114:10 132:19 146:20
178:18 224:15
**talkies** 174:20
**talking** 25:12 65:4
123:25 124:2 126:25
155:3 157:17 174:22
182:4 218:22,23,24
**talks** 89:23 90:9,24
95:16 174:24
**Tamar** 3:15 6:17
**tangent** 131:8
**tape** 6:10 98:16 101:21
101:24 159:12,15
219:8 225:3
**task** 17:12
**taught** 8:4 25:24 31:3,9
31:16 46:3
**TCRR** 2:7 226:2,17
**teach** 30:23
**teaching** 31:5,15,18
**team** 75:25
**techniques** 117:21
**Technologies** 1:23
226:19
**TeleCampus** 8:5
**Telephone** 3:6,12,18
**tell** 13:12,23 14:16 19:5
26:10 34:5 53:6
59:12 65:24 67:6
72:9,18,24 96:9 106:1
109:21,21 112:18
124:13 128:21 165:16
172:6 173:15 175:6
175:11 181:3 195:15
202:23 207:23 220:7
**telling** 15:19,24 35:16
60:3 92:23
**tells** 114:13 180:2
182:17 183:1 184:13
184:16 215:18
**temporal** 86:4 87:3
89:23 93:9
**ten** 30:16,18 63:3,5,12
68:25
**tendered** 17:24
**tends** 112:11
**teratogen** 4:21 52:19
53:23,23 104:11,18
106:12 113:23,25
114:6 126:19,24
127:6,10 128:7
130:19 133:4,5
134:14 144:23,24
145:9,14 150:7,7,9,15

150:16,19 159:19
162:14,23 164:23,23
167:13,19 168:3,9,11
168:19 169:4,7 170:4
171:18,20,20,24
172:2,19 173:8
178:19 185:13 186:18
189:19 196:12 199:4
200:17 223:25 224:2
224:5,9
**teratogenesis** 196:17
**teratogenic** 41:6,16
44:11 60:12 136:8
137:12 147:19 148:13
179:2,5 194:16 195:1
195:2,4 197:17
204:10 208:17 213:13
**teratogenically** 47:19
57:15
**teratogenicity** 41:2,25
42:2,11,25 43:6 44:19
136:11 163:13
**teratogens** 26:20 57:11
68:11 110:3 124:18
124:21,24,25 125:2
126:11 151:3 161:13
161:16 162:9 168:17
187:8
**teratologist** 57:24
**teratologists** 58:20
191:25
**teratology** 53:13 57:18
58:14 86:24 97:17
99:2 140:7
**term** 90:13 103:18
114:23 158:14,15
172:3
**terms** 43:5 90:6 172:12
136:23
**testability** 117:23
**tested** 60:3
**testified** 6:20 19:19
31:8 32:7,18 33:2,16
63:24 64:10,22 67:19
70:5 211:11
**testify** 73:13 77:4,8,9
77:20 80:11
**testifying** 12:23 31:11
69:3 75:24 78:20
**testimony** 5:3 8:10,16
9:12 12:13 13:20,24
18:21,22 32:9 33:23
63:9,10,16 66:16
69:20 73:24 74:21
75:3 76:8 80:7,22
99:5 112:1,5 119:5
132:20 157:23 165:15

Paul Goldstein, Ph.D.

204:23 207:2 212:10
212:24 213:1 217:15
217:21,23 218:11,14
226:8
**testing** 58:22,24 59:4,6
59:13,17,20 62:6
70:17 71:4,5,6,7,9,15
71:17,25 72:1,8,10,16
72:19,23 73:2 81:25
115:1,8 116:2
**tests** 59:19 67:25 81:21
**Texarkana** 76:16
**Texas** 2:8,11 8:4 26:2
58:8 76:15 80:4
81:12 226:4,17
**text** 8:3,13,15,19 9:1,8
10:13
**textbook** 8:12,13,15,20
9:5,7,8,24 10:2,15
**text-like** 56:22
**Thalidomide** 179:8
199:3,16,25 200:4
**thalpern@phillipslyt...**
3:19
**thank** 162:20 182:5
210:12 220:3 221:22
**theory** 81:2
**Therapeutics** 220:11
**thesis** 20:6 36:7
**thing** 32:20 60:2,2
66:20 68:4 103:16
116:16,17 121:14
125:7 145:6,18
148:23 154:4 187:16
198:21
**things** 23:14 36:24
61:11,24 76:23 82:3
83:10 137:7 139:15
151:4 176:23 184:13
199:6 201:13,13
212:7,21
**think** 11:1,2 13:21 38:2
45:7,11 54:11,20 56:7
59:8 61:23 63:17
64:21 67:1,10 68:24
72:5 73:8,21,23 79:10
79:12 81:7 84:24
101:6 106:1 107:2
112:11,11 118:17
119:7 120:22 122:7
135:12 148:9 150:25
155:2,4 157:5 165:15
165:21 171:10 183:13
183:15,22 185:18
186:18 187:13,14
193:17 197:8 199:11
201:18 218:13 221:19
223:19

**thinking** 59:15 84:10
166:9,9 196:9 215:10
**third** 4:13 6:24 7:7 62:6
78:13 86:3 89:24
162:21 174:24
**thoroughly** 219:12
**thought** 14:20 88:15
99:13 130:9 174:11
174:12 207:2
**thousands** 161:17
**three** 30:7,24 61:23
82:20 142:16
**three-and-a-half** 52:23
**thumb** 164:2
**tickets** 126:21
**time** 6:12 10:23 14:24
17:1 24:12 29:25
30:25 32:3 34:24
36:12,15 37:1 42:4,6
45:4 47:20 50:10
59:12,13 65:10 68:14
68:20,22 70:19 71:2
71:13 84:16 87:3
96:17 100:6 113:13
114:1 127:18,25
133:23 135:8 144:25
145:10 146:18 150:10
154:23,24 158:9,14
187:7 189:16,25
201:16 202:6 203:2
203:17 206:24,25
207:14,15 209:16
219:11 220:6 226:6
**times** 61:23 63:8 72:7
147:18 159:5 166:16
166:16 167:20 207:10
**timing** 90:5 160:14
**tissue** 137:5,5 162:25
164:6 207:14
**tissues** 22:9 104:19
155:20 156:7 167:23
189:20 200:12,14,16
200:18
**today** 10:19 13:15
35:17 70:13 71:25
116:8 122:1 126:25
**told** 52:25 59:10 60:9
116:21 148:1 168:10
186:21 205:7
**Top** 199:16
**topic** 110:22
**Toronto** 23:23
**totaling** 14:14
**totally** 123:17,23 142:5
175:7 198:16
**toxic** 5:21 40:6,17,20
40:24,25 41:5,16
67:20 78:8 79:2,7

210:3
**toxicity** 41:25 42:1,11
42:25 43:6 44:19
179:13
**toxicologist** 32:11 35:7
37:17 39:3 79:14,14
79:18
**toxicologists** 38:21 88:6
**toxicology** 5:8 8:9
9:24 10:3 26:19 31:9
31:15,19,20,25 32:5,8
32:11,16,20 33:3,5,8
33:13,17 34:3,18,25
35:6,8,15 36:6,12
37:8,14,23,24 38:6,9
38:10,12,14,17,19,20
39:5,15,18 40:3 60:16
70:14 77:22 81:25
88:7 113:5,10 129:14
129:22 134:1,3 135:2
138:16,18 202:9,10
**toxin** 117:24
**trace** 67:9
**Tracy** 4:23 76:13
**trained** 48:11 79:16
**training** 19:15 34:25
35:15 36:7,9 45:20
49:8 86:13
**transcribed** 5:4 89:20
**transcript** 34:7 73:24
**transcription** 227:4
**transcripts** 15:10
**transferable** 159:4
**transmission** 158:13
**transplacentally**
158:13
**transporting** 15:20
16:7,10
**travels** 193:22
**treat** 44:10 46:13,21
121:13 137:1,3
**treating** 59:22 137:23
217:16
**treatment** 46:17
**treatments** 46:19
**tremendous** 109:15
**trial** 12:11 63:9,15,24
64:10,22
**tried** 85:5,13,17 107:2
120:9
**tries** 115:16
**trimester** 5:5,10,16
102:19 106:5,15
142:23 156:23 158:9
158:17,20 166:21
170:17 172:14 173:2
173:8 189:8 201:23
202:5,8 204:14

208:10,12,14,15
214:4,13 216:23
217:8,19 218:17
219:21 223:12
**trouble** 108:9 179:21
**true** 13:17 21:24 23:1
25:20 28:20 31:1,12
40:8,18 41:2 49:21
51:3,12 63:1 69:8
70:18 73:16 93:21,21
96:17 97:7,25 111:16
116:2 193:1 207:7
223:6 226:8
**truly** 167:18
**truth** 82:21 220:24
**truthful** 130:10
**try** 14:19 36:24 42:6
44:14 82:21 84:9
85:4,12 100:4 115:4
128:22 181:10
**trying** 16:13,15 36:5
53:11 65:21 67:9
96:3 100:25 147:9
150:23 209:19
**tube** 163:17 172:16
**turn** 34:14 74:19 77:1
78:12,24 85:23
110:18 115:13 117:17
124:23 137:18 147:7
160:6 162:8 178:11
184:22 188:8 190:1
192:5 195:13
**twenty** 30:18
**twice** 63:6 158:4
**two** 18:6 29:15 30:8
38:22 64:5,11,23
88:21 111:4 124:3
142:16 147:12,17
196:16 197:1,17
**two-thirds** 195:15
**type** 102:24 105:5
125:22,25 127:10
144:16 145:13 165:13
166:11 169:11 186:2
201:21
**types** 104:10 129:1,5
137:21 186:12
**typical** 110:1,2 178:18
**typically** 96:7 97:22,24
121:5 178:21 179:14

--------

**U**

**Uh-huh** 36:11 85:22
**ulnar** 126:21
**unable** 103:8 153:9
**unaware** 75:8 76:7
77:14 165:17,22
204:20

**undergo** 71:24
**undergoing** 145:1
**undergraduate** 19:12
19:23 32:10
**understand** 9:15 19:11
35:22 41:8 49:23
61:1 79:11 105:1
132:19 138:6,20
154:8 157:18,23
158:23 159:16 173:10
173:24 176:16 180:17
193:6 212:25 214:17
**understanding** 91:3
103:7 122:20 123:6,6
162:25 169:2 173:25
205:2,5
**understood** 168:18
205:16
**undifferentiated**
207:14 224:2
**unethical** 44:8
**unexplainable** 109:16
**unidentified** 116:14
**unilateral** 102:21
**United** 1:1 5:15 78:2
140:13 180:25 181:7
182:17 222:8
**University** 8:4 19:12,25
23:23 24:9,10,16
25:23 26:1 181:22
**unknown** 82:4,11,15
83:14 125:12 146:14
161:6
**unknowns** 83:3
**unpublished** 181:25
182:6
**unreliable** 75:7 76:8
80:22 81:10,17
**unreported** 192:23
193:8
**unresponsive** 14:12
23:17 25:10 35:10
39:1,25 40:14 44:16
58:6 87:5 95:7,8 96:5
**untimely** 219:13
**updates** 93:25
**upper** 103:6,10 104:6
104:23 105:3,10,16
105:24 106:8,18
112:14,19 115:13,23
117:3 124:7 125:11
125:16,19,22 132:19
132:22 133:11,16
139:12 144:15 147:15
149:18,23 150:16
163:19 173:18 175:15
184:24 185:6,10,22
189:16 196:12 200:12

Paul Goldstein, Ph.D.

200:13 223:23
**uptake** 50:6
**urges** 78:14
**use** 5:16 9:5,7,8,11 10:2
13:3 25:3 42:5 44:13
44:13,13 62:17 87:25
88:20 94:15 95:18
99:22 103:22,23
106:14 109:19 114:23
120:15,22 137:10,11
138:10 139:2 141:13
141:21 146:7 147:2
148:15 151:17 153:7
172:1,14,14 179:5
188:14 191:22 194:10
204:6 215:9 222:14
**useful** 163:13 218:9
**uses** 88:22 124:11
213:6
**usually** 92:4
**utero** 48:8 220:17
**utilized** 157:13
**U-shaped** 109:5
**U.S** 76:14 119:12 138:7
181:8

**V**

**valid** 81:2,4,8 100:15
101:14 139:5
**vapor** 76:4
**variability** 149:4
184:12 187:10 223:25
**variation** 149:6 193:1
**various** 36:20 42:17
50:19,20 56:12 72:7
76:24 78:8 133:9
137:4 184:21 186:12
202:20,24
**vast** 26:16 28:17 29:10
29:12 125:10 145:21
**veins** 21:25
**verbose** 34:23
**version** 17:25 18:14,16
18:16,17 21:17,18
196:10 202:16
**versions** 23:7
**versus** 4:24 6:6 34:8
66:3,6,12 69:4 76:14
78:1 80:3 125:17
174:25 177:11 194:14
213:19
**video** 2:10 154:23
**videographer** 3:24 6:3
6:9 98:15 101:20,23
159:11,14 219:4,7
225:2
**videotaped** 1:17 2:2
4:13,18 6:5,25

**view** 92:23 123:2
132:14,17 150:14
164:12
**virtue** 180:4
**Vitae** 4:17
**Vitamin** 43:14,15
**vivo** 136:10,16,16
137:24
**voice** 154:21 155:1,1,3
**volume** 137:19
**vote** 38:20
**vouch** 38:23
**vs** 1:8 4:22,24 5:3

**W**

**wait** 41:21 135:17
147:13
**want** 29:24 35:23 67:17
85:25 116:20 119:3
128:4,7 139:2 141:5,9
146:24 155:10,13
159:8 160:4 165:16
175:2 177:10 188:2,8
191:20 219:9 220:7
**wanted** 60:5
**wary** 191:10
**wasn't** 65:21 76:4
92:24 126:14 130:5,5
130:23
**water** 76:4
**Watts** 66:12
**way** 9:16 13:8 14:4
42:23 56:24 62:17
66:15 79:20 86:23,23
96:1 116:13 121:12
133:22 154:16 155:18
156:5,22 158:19
165:3 166:9 175:3
176:10 180:10 192:19
195:15 198:9,10
209:9
**ways** 50:20 139:4
153:17 155:11,13
215:9
**weaker** 201:16
**wean** 204:18
**Web** 4:21 67:15,16
68:16
**website** 67:16 184:20
**WEC** 136:3,9,21 138:8
**week** 7:19 13:19 16:20
107:1 132:10 200:11
200:13,15,19,21,21
200:25 201:2,3,6,7,8
201:9,16 208:11,17
208:20 214:22,24
**weekly** 116:7
**weeks** 196:16 197:1,17

201:7 202:22 203:13
203:14,14 204:16,16
204:17,19,19 206:10
206:17 207:1,8,11
208:8 209:12
**weight** 96:16
**well-known** 113:4
**went** 11:5 26:1 45:11
65:9 70:21 76:1
86:23 138:15 177:16
184:7
**weren't** 7:17 124:18
143:21 169:5
**we'll** 52:9 56:15 72:21
89:8,18 93:14 106:14
130:14 135:15 160:4
179:22 202:17 219:14
**we're** 10:15 12:17 13:5
19:3 25:11 35:20
40:10 52:16 60:25
61:2 62:16 115:11
121:15,15 124:2
128:6 153:3 195:7
198:19 200:18,19
201:2,3
**we've** 6:24 17:15 18:2
50:10 56:12 58:24
62:16 67:9 74:11
77:25 102:3 120:25
132:18 135:21 183:24
189:5,23 196:19
215:12 224:14
**whatsoever** 86:13
104:23 127:3 157:24
188:25
**white** 213:15,19
**wife** 1:4 60:21,22 62:8
62:15
**Williams** 170:13,14
180:15,16,20 181:17
181:17,21 182:22
184:1
**witness** 2:3 4:3 6:13
8:22 22:17 41:20,22
43:21 50:14 52:6,12
53:5 70:25 73:14
121:22 151:13 155:5
155:8 209:21,24
226:6,9 228:3
**witnesses** 15:8
**woman** 109:22 128:5
132:21
**womb** 137:22 138:1
**women** 102:18 106:3
141:25 166:20 176:22
183:2 186:8,10 212:6
220:18,20
**wonderful** 30:12

**word** 39:1 40:14 42:14
89:14,15 110:2
172:18,19 179:5,6
**wording** 198:13,13
**words** 21:22 28:3 43:20
45:8 96:15 164:15
173:7,7 198:4
**work** 11:17 18:22 25:6
30:4 35:3,7 36:13,18
57:10 61:18 65:8
68:14,20,22 70:7
121:6 123:20 155:18
156:6 164:25 198:24
201:13,14 210:6,12
**worked** 70:16 211:20
**working** 13:19 70:20
149:2
**workplace** 76:23 78:7
79:2,7
**world** 144:10 153:4
**worm** 20:17,20 26:25
27:3,5,18 40:24
**worms** 40:7,9 43:24
44:4
**worry** 186:15,16,17
**worse** 185:24
**worth** 37:20,20 38:2,5
128:12,13
**worthless** 138:21
**wouldn't** 13:25 18:14
18:14 32:23 33:18,19
33:20 38:13 39:13
42:3 46:21 48:3
63:19 80:6,15,20
81:13 82:8 92:17
101:15 112:5 125:13
125:14 129:3 191:15
201:11 211:6 216:24
**wow** 138:16 152:14
**write** 53:10 65:11 84:4
84:10 99:15 120:18
139:19
**writing** 18:15 65:17
85:18 120:11,14
123:16
**written** 11:16,20 45:6
53:9 55:21 56:19
65:7,11 189:9 221:9
**wrong** 100:18 197:2
198:13 216:1
**wrote** 9:10 55:25 71:13
89:12 118:12 120:3,4
126:16 129:24 141:4
170:12 190:6
**Wurst** 170:20

**X**

**X** 4:1

**Xanax** 203:2,17 204:14
205:20
**X14** 75:5,17,20

**Y**

**Y** 113:21
**yeah** 9:14 16:20 20:5
25:23 26:18 27:20
28:16,20 29:13 33:11
34:1,17 50:9,11 52:5
55:9,21 57:19 58:12
61:16 63:17 64:12
67:19 70:19 73:9
74:15,17,23,25 75:19
76:1 80:25 82:13
85:15 90:18 93:8
104:19 105:12 107:2
108:8,8,15 109:6
115:5 116:9,10
118:11,16,25 119:24
119:24 120:4,9 126:1
126:3 131:7,19
133:18 135:16,24
136:25 138:23 139:3
147:6 149:11 152:2
153:13,20 154:4,6,8
154:12 156:10 164:22
165:20 168:13 170:6
181:19 182:5,13,21
185:5,24 187:11,20
195:1 196:9 197:7
202:25 204:5 205:1
207:22 210:11 211:10
214:1 215:24 218:24
**year** 11:14 30:7 31:9,17
56:7,7 68:13,19 80:15
160:18,19 161:2
**years** 26:13,19 29:19
30:1,8,16,18,21 31:2
31:4,6 36:20 60:1
63:3,5,10,12 64:11,23
65:10 66:17 68:16,16
69:1,13,16 70:19 71:2
73:5,13 74:1,2 80:16
83:20,24,25 161:25
197:5,6 199:22
**yelling** 128:14 135:7
**Yelp** 197:12
**yesterday** 54:11 115:17
**York** 3:11,17,17 19:13
23:22

**Z**

**zero** 146:10
**Zoloft** 205:23 206:6,9
206:16,21 207:18
208:1,3

| | | | | |
|---|---|---|---|---|
| **$** | **13** 5:5,19 107:4,6 190:6 | 44:10 63:12 92:14 | **298** 91:7 | **581-7635** 3:6 |
| **$250** 12:8 | **135-136** 5:8 | 108:22 109:1,3 143:7 | | **581-9065** 3:6 |
| **$2500** 12:20,23 13:10 | **14** 5:7 135:18,22,23 | 161:18 188:1,2 | **3** | |
| 13:10 | 197:5,6 199:21 | **200-fold** 92:7 | **3** 4:16 8:5 18:1,2,4 | **6** |
| **$360** 14:14 | **140** 5:9 | **2000** 5:19 31:10,17 | 26:11 55:17 86:5 | **6** 4:4,14,20 34:14 52:14 |
| **$380** 10:23 11:6 | **14203-2887** 3:11 | 80:15 86:6 118:11 | 90:16 159:15 188:8 | 52:16 53:6,7 102:3 |
| **$4,320** 10:22 14:15 | **146** 5:11 | 161:25 162:1 190:6,6 | 192:6 194:23 199:14 | 162:8,21 200:25 |
| **$800** 14:9 | **15** 4:19 5:9 29:19 30:21 | 215:20 | 202:25 204:13 207:19 | 201:2,3,8,8,9,16 |
| **$900** 13:15,20,24 | 140:4 153:10 215:21 | **2001** 29:4 160:22 161:3 | 222:9,10 | 207:1,8,11 208:9,17 |
| | 215:25 216:2 | **2002** 195:12 222:22 | **30** 69:5 | 208:21 209:12 210:11 |
| **#** | **15th** 34:10 64:18 | **2003** 74:17 75:10 76:14 | **30th** 54:18 | **6th** 226:13 |
| **#1959** 226:17 | **16** 5:10 146:19,22 | **2004** 214:19 216:2 | **30-fold** 92:15 | **64** 28:21 29:2,17 |
| | 170:24 | **2005** 53:13 69:5 99:3 | **3018** 2:10 | **65** 29:4,18 161:5 |
| **0** | **160** 5:13 | 141:14 142:18 148:15 | **308-9079** 3:18 | **67** 4:22 |
| **0.61** 108:24 | **1650** 226:20 | 160:24 181:18 196:22 | **338** 3:5 | |
| | **17** 4:15 5:12 148:13,14 | **2006** 202:20 205:18,20 | **34** 4:19 | **7** |
| **1** | 160:2,4 186:10 | **2007** 105:25 142:6 | **34th** 3:17 | **7** 4:21 8:2 67:7,8 91:8 |
| **1** 4:13 6:2,10,24 86:4 | 196:20 | 152:13 177:14 219:19 | **3400** 3:11 | **70** 26:12 |
| 91:21 93:13 95:21 | **174** 206:8 | 220:11 | **36** 199:17 200:1 | **70130** 3:5 |
| 101:21 103:1 127:24 | **18** 4:17 5:13 181:13,14 | **2008** 142:4,5 | **37.5** 216:9 | **702** 80:24 81:11 |
| 141:19 148:24 160:18 | 181:16 206:10,17 | **2009** 4:19 34:10 64:18 | **370-3377** 226:21 | **71** 28:21 29:6,18 |
| 161:11 | **18th** 214:22 215:7,20 | 78:3 152:13 | | **716** 3:12,12 |
| **1,000** 184:4 | **181** 5:14 | **2010** 66:4 | **4** | **74** 4:23 |
| **1.0** 188:22,24 190:11 | **182** 5:15 | **2011** 29:7 66:7 202:12 | **4** 4:17 19:2,4 74:19 | **76** 4:24 |
| 190:12,15,17 | **188** 5:17 | **2012** 1:19 2:6 4:15,17 | 85:23 86:6 93:8 | **77-78** 4:25 |
| **1.00** 108:1,10 | **189** 5:19 | 6:4 10:22 17:17 18:4 | 117:17 118:8,9 122:2 | **791** 176:21 |
| **1.31** 222:7 | **19** 4:18 5:15 182:14,15 | 18:5 71:13 93:18 | 160:18 162:2 175:5 | |
| **1.72** 222:4 | 183:25 | 94:8 96:12 102:2 | 200:9,10,11,11,21,25 | **8** |
| **1.76** 109:2 | **19103** 226:20 | 122:3 226:14 227:13 | 201:3,6,16 207:1,8,11 | **8** 4:22 74:10,11 196:25 |
| **1.89** 171:8 | **195** 5:21 | 228:3 | 208:8,20 209:12 | 206:10,17 208:11 |
| **1.92** 142:24 223:13 | **1965** 89:19 | **202** 5:22 | 219:8 225:3 | **80** 5:4 70:6 |
| **1:02** 159:13,15 | **1973** 19:13 | **21** 5:18 189:21,23 | **4.8** 222:5,11 | **815** 184:8 |
| **10** 4:24 69:11 77:24,25 | **1975** 19:24 28:19 29:17 | **212** 3:18,18 | **43.6** 170:18 184:4 | **84** 181:12 189:24 |
| 199:13 202:12 | **1977** 24:1 32:20 | **215** 5:23 | **437** 3:16 | **847-7019** 3:12 |
| **10th** 214:19,20 215:7 | **1979** 24:17 | **22** 5:19 195:6,8 | **450** 50:20 | **852-6100** 3:12 |
| **10-2125** 1:7 6:7 | **1984** 24:17 | **22nd** 76:14 | | **877** 226:21 |
| **10:00** 209:23 | **1985** 26:1 | **226** 4:5 | **5** | **877.370.3377** 1:24 |
| **10:56** 101:21,22 | **1996** 126:18 | **227** 4:6 | **5** 1:19 2:5 4:18 34:4 | **89** 5:5 |
| **100** 63:11 141:23 143:8 | **1997** 28:19 29:2,17,19 | **228** 4:7 | 63:25 64:16 69:11 | |
| 170:18 | 29:23 30:5 | **229** 4:8 | 77:1 82:5 107:12,17 | **9** |
| **10022** 3:17 | **1998** 197:4,13,21 | **23** 5:21 27:15 184:3 | 200:13,15,19,21 | **9** 4:23 76:10,13 197:22 |
| **107** 5:7 | **1999** 202:19 205:18,20 | 202:17,18 | 200:25 201:3,7,16 | 198:2 |
| **1082** 173:16 175:5 | | **23rd** 78:3 | 207:1,8,11 208:8,21 | **9.1** 96:21 |
| **1083** 174:8 175:13 | **2** | **24** 5:22 199:17 200:1 | 228:3 | **9:04** 2:6 6:4 |
| **1084** 147:7 178:11 | **2** 4:14 8:5 17:14,16 | 215:11,13 | **5HT** 151:18 | **917.591.5672** 1:24 |
| **11** 5:3 80:1 184:22 | 26:11 63:21 64:2 | **25** 69:5 106:4 107:12 | **5th** 6:4 | **95** 123:21,25 188:12 |
| 185:3 210:6 | 71:14 78:12 85:21 | 107:25 108:2,7 | **5.8** 103:21,24 172:17 | |
| **11th** 214:19,21 | 86:5 89:12 101:24 | **25-milligram** 108:22 | 189:5 192:15 | |
| **11:09** 101:22,24 | 117:15 141:22 159:12 | **250** 12:5,15 | **50** 63:11 143:7 | |
| **12** 4:15 5:4 10:23 11:6 | 160:6 219:18 | **2500** 12:16 | **50-50** 70:13 | |
| 14:14,16,24 15:19 | **2.0** 179:1,14 190:16 | **26** 4:17 12:14,22 18:4 | **500** 30:23 | |
| 16:6,8 17:11 80:16 | 191:3,9,14 | 55:16 110:19 111:1 | **504** 3:6,6 | |
| 89:16,18 133:20 | **2.01** 171:11 | 135:19,21,21 | **508-0480** 3:18 | |
| 161:25 211:20 | **2.2** 170:19 184:5 | **26(a)(2)(B)** 4:14,16 | **51** 117:25 122:14,25 | |
| **12th** 17:16 18:5 64:7 | **2:22** 219:5,6 | **2680** 188:9 207:21 | 123:1 | |
| 85:20 | **2:32** 219:6,8 | **28** 160:18 | **51st** 226:19 | |
| **12/31/12** 226:18 | **2:39** 2:6 225:3,4 | **295** 91:18 | **52** 4:21 | |
| **12:20** 159:12,13 | **20** 5:16 26:19 31:2,4,6 | **297** 89:24 90:10 | **527** 184:2,7 | |