# Exhibit 7

# EXPERT REPORT BY GARY M. SHAW, DrPH
# (Frischhertz)

## A.  Summary of Expertise and Experience

1. I am a birth defects epidemiologist.  The primary focus of my research has involved heart defects, neural tube defects, orofacial clefts (cleft lip with/without cleft palate and cleft palate alone), and limb reduction defects.  I hold master's and doctorate degrees in epidemiology from University of California, Berkeley.

2. Over the last 20 years I have led 8 large epidemiologic studies involving thousands of maternal interviews and DNA sample collections.  These studies have investigated various heart defects, facial defects, spinal defects, brain defects, limb defects for a variety of risk factors, including medication use, occupational exposures, alcohol use, smoking, nutritional aspects, medical conditions, and genetic variants.

3. I have published approximately 260 articles in the peer-reviewed scientific literature.  These publications have appeared in many of the best scientific journals and have focused almost exclusively on the epidemiology of birth defects.

4. I am currently an Associate Editor of the journal Birth Defects Research A, the American Journal of Epidemiology, and the American Journal of Medical Genetics.  I was an Associate Editor for the journal Pediatric and Perinatal Epidemiology.

5. I am a member of the Teratology Society, the Society for Epidemiologic Research, the Society for Pediatric Epidemiologic Research, a Fellow of the American College of Epidemiology, an elected member of the American Epidemiological Society, and was awarded the Godfrey P. Oakley, Jr. Award by the National Birth Defects Prevention Network in 2007 for my contribution to the field.

6. From 1986 until July 2007, I held the positions of epidemiologist, senior epidemiologist, and research director in the California Birth Defects Monitoring Program.  This program was considered to be one of the largest birth defects registries in the world.  From July 2007 to April 2009 I was the Research Director for the March of Dimes California Division of Research.

7. As of April 1, 2009, I became Professor of Pediatrics, Division of Neonatal and Developmental Medicine, Stanford University, School of Medicine.

8. I was recently appointed as the Associate Chair of Clinical Research in the entire department of Pediatrics at Stanford University.

9. I am a recognized world expert on birth defects epidemiology with a large network of active collaborations in numerous scientific disciplines focusing on etiologies of birth defects.

10. I have received >$60 million in competitive research funding from either NIH, CDC, or another nonprofit funder.

11. I hold several other academic appointments:  Adjunct Professor of Epidemiology, Texas A&M University; Adjunct Professor of Pediatrics, University of Nebraska, and Clinical Scientist at the Children's Hospital Oakland Research Institute.

12. I have participated as a scientific advisor to strategic planning panels for several institutes of the NIH.

13. I was a scientific advisor to the National Children's Study birth defects planning committee
14. I have been an expert reviewer for several NIH section review groups.
15. I am a member of the Teratogen Information System (TERIS) Advisory Board. This Board is comprised of 7 internationally-recognized authorities in clinical teratology. The working group reviews and analyzes summaries and prepares ratings and risk assessments of a variety of agents based upon available data.
16. I am Principal Investigator for the California Center of the National Birth Defects Prevention Study.  This is the largest birth defects study ever conducted in the US.
17. In the last 4 years, I provided expert testimony on two previous cases – Kade Hayes *vs* GlaxoSmithKline and Lyam Kilker *vs* GlaxoSmithKline.
18. My curriculum vitae is attached

## B.  Epidemiology as a Field of Study

Epidemiology is the study of the distributions, and the etiologic factors, of diseases in human populations.  Epidemiologists use a variety of designs and statistical procedures to identify and assess etiologic factors.  Unless a particular exposure (procedure) is beneficial, most studies cannot ethically be experimental in their design.  Therefore epidemiologists are typically relegated to conducting <u>observational</u> studies on populations.  As a contrast, in experimental studies the investigator has much more "control" over the many exposures study subjects may encounter whereas in observational studies the investigator is relegated to being an "observer" of what subjects in a study population are exposed to.  In some instances many of these exposures may not be known or cannot be adequately controlled for.  Thus, observational epidemiology studies offer associations and do not "establish" causation.

The two primary types of observational studies that epidemiologists have at their disposal are <u>cohort</u> or <u>case-control</u> studies.  The cohort study approach, sometimes referred to as a prospective study design, starts with one group of individuals in a defined population exposed to a particular agent and compares the risk of disease/outcome in that group to a second group of individuals from the population not exposed to the same agent.  These studies tend to involve large populations or long periods of follow-up time to reliably establish the risk of disease/outcome between the two groups.  The second main type of study design – case-control – also sometimes referred to as a retrospective study design is the reverse of the cohort approach.  That is, the epidemiologist identifies a group of individuals from the population with the disease/outcome of interest and compares the frequency of the desired exposure/factor in that group to a second group of individuals from the population who do not have the disease/outcome.  This design gets the moniker of retrospective because it starts with the disease and looks "backward" for factors that affect risk.   These types of studies tend to be more economical than cohort studies because one does not have to enroll large numbers of individuals, many of whom will never get the disease/outcome that is of interest for study.

Associations in these studies are assessed by calculating "risk estimates."  The typical measure used in cohort studies to estimate how large an association is between a factor of interest and a disease/outcome of interest is known as the <u>relative risk</u>.  A relative risk of 1.0 indicates that the risk of disease in the group exposed to the risk factor is the

same as the risk of disease in the group not exposed.  Relative risks more than 1.0 indicate that risks are higher in the exposed group, whereas relative risks less than 1.0 indicate that risks are lower in the exposed group when compared to the unexposed.  The typical measure used in case-control studies to estimate how large an association is between a factor of interest and a disease/outcome of interest is known as the odds ratio.  The odds ratio is an approximation of the relative risk (under certain conditions) and its interpretation is similar to the relative risk.  That is, an odds ratio of 1.0 indicates no association between factor and disease, an odds ratio >1.0 indicates an increased risk association, and an odds ratio <1.0 indicates a decreased risk association.  Confidence intervals are a measure of statistical precision of the relative risk or the odds ratio.  Confidence intervals that contain 1.0 indicate that relative risk or odds ratio estimates do no not differ statistically from the null (no effect) value of 1.0.

Conducting epidemiologic studies and drawing inferences from such observational studies requires the epidemiologist to be cognizant of methodologic issues pertinent to the exposure and the disease entity being studied.  Section D of this report characterizes some of these considerations for studies of congenital heart defects and paroxetine exposures.

## C.  Report Synopsis and Overview

I have reviewed the totality of the epidemiologic research literature pertaining to paroxetine and birth defects.  My opinion is that there are no published findings that support an association between paroxetine and congenital limb reduction birth defects or congenital limb malformations of any kind.  In the absence of an association, a causal conclusion cannot be supported.  In addition, the published data regarding paroxetine and congenital heart defects, overall as a group, and specific types of heart defects, are inconsistent and thus do not provide a sufficient scientific basis to support the conclusion that gestational paroxetine exposure causes congenital heart defects of any kind.  Thus, the literature does not provide sufficient scientific evidence to support a conclusion that paroxetine is a cause of either limb reduction birth defects or congenital heart defects.

In this report I point out critical methodologic issues pertinent to studies of both limb reduction and heart defects, and paroxetine, I critically review the salient epidemiologic literature on these birth defects and paroxetine, I synthesize this literature based on methodologic considerations and causal inference criteria, and then I provide concluding remarks about how the data relate to specific limb and specific heart defects.

It is my understanding that the limb reduction defect that Evan Frischhertz has is known as proximal symphalangism – more broadly classified as a <u>longitudinal</u> limb reduction defect.  Evan also was diagnosed with patent ductus arteriosus, patent foramen ovale, and aortic insufficiency.  These conditions would not be considered as structural heart defects in epidemiologic studies.   I also understand that plaintiffs' experts consider Evan to have had an atrial septal defect.  Atrial septal defects can be more generally classified for etiologic assessment as septal defects according to Botto et al. 2007.  Because plaintiffs' experts allege that Evan had a structural heart defect at birth (i.e., an atrial septal defect), I have reviewed and evaluated the epidemiologic studies regarding gestational paroxetine exposure and both limb and heart defects.

3

## D.  Methodological Issues Pertinent to Studies of Limb Reduction Defects and Paroxetine

**Limb Defect Case Definitions for Analysis**   Human birth defects are not one disease entity.  That is, birth defects comprise many different developmental systems and structures.  These differences reflect manifold differences in underlying etiologies.  It is widely accepted in the field that birth defect causing agents, known as teratogens, do not tend to increase risks of all birth defects, but rather fairly specific birth defects or patterns of defects (Mitchell).

Further, many investigators have noted for decades that limb defects themselves are heterogeneous in anatomy, development, and epidemiologic factors (Robitaille et al. 2009; Lin et al. 1993; McGuirk et al. 2001; Kallen 1989; Stoll et al. 1992; Werler et al. 2009).  Such information has led to a number of approaches to classify limb reduction defects, some more specific than others (Ekblom et al. 2011; Koskimies et al. 2011).  The minimum accepted classification that is considered good epidemiologic practice for analyses of limb reduction defects typically separates terminal transverse, longitudinal, and intercalary defects into individual groupings.  More detailed separations involving, e.g., upper vs lower limbs, laterality, and specific fingers or toes are well recognized as important for making etiologic queries (McGuirk et al. 2001).  Of note, club foot is not a limb reduction defect.

Limb reduction defects have been associated with teratogenic exposures such as thalidomide, misoprostol, and chorionic villus sampling.  It is important to note that each of these exposures results in a distinct pattern of defects involving the limbs (McGuirk et al. 2001; Firth et al. 1991; Gonzalez et al. 1998).

Therefore, considering all limb reduction defects as a single group for analysis is not generally accepted.

Thus, if we want to know whether a particular medication causes a specific limb reduction defect we would narrow our case definition to be very specific because we know from past research that "all" limb reduction defects will not be caused by the same pathogenic processes.  Studies on all birth defects as a group, or musculoskeletal defects as a group, or even studies that group all limb reduction defects together cannot inform an inference of causal association regarding a specific limb defect.

## E.  Methodological Issues Pertinent to Studies of Heart Defects and Paroxetine

**Heart Defect Case Ascertainment**   Some heart defects are much more easily ascertained, for example, severe heart defects such as hypoplastic left heart syndrome or d-transposition of the great arteries.  Less severe heart defects such as some septal defects and some pulmonary valve stenoses are much more difficult to ascertain uniformly in a population because they may be asymptomatic in early life.  Thus, a study of less severe heart defects needs to be particularly concerned about ascertainment

influences associated with detection. That is, ascertainment influences can lead to bias and potentially wrong conclusions from a study. Indeed, such mild types are the prominent heart defects that have been observed in some of the best studies (Kallen, Cole)

The detection of various heart defect phenotypes is highly dependent on several factors, including length of follow-up post-delivery (e.g., Wurst et al. 2007; Garne 2004; Hoffman and Kaplan 2002); variability in prenatal ultrasound screening by facility or region (Garne 2001), inclusion of prenatal diagnosis/elective termination (Nikkila et al. 2007) and stillbirths with subsequent pathology, the diagnostic procedures used such as echocardiography (Roguin et al. 1995), and the type of source documents that are scrutinized to identify heart defects. Studies performed to date between paroxetine and heart defects have varied on each of these features. Variability across studies on these issues will impact the composition of the included heart defects. Variability within a study on these issues between exposed and unexposed individuals will impact estimated risks, potentially leading to a spurious result.

As one example, ascertainment influences can arise based on length of follow-up post birth. If follow-up includes only defects observed in the newborn period, the less severe septal defects are less likely to be included than in a study that has follow-up extending to 1 or more years post-delivery. That is, the detection of certain less severe structural heart defects will be augmented based on more pediatric visits over time and consequent detection of abnormal heart sounds. If a pediatric population is not uniformly scrutinized by clinicians, identification of less severe heart defects will be subject to such variability.

Moreover, if clinical scrutiny for an outcome is associated with some other exposure or condition the subsequent investigation of the heart defects will be artifactually associated with that exposure or condition. A possible representation of this from the literature on paroxetine and heart defects is the study conducted by Kallen et al. in Sweden. In that study, the investigators report an association between septal defects and women's reported use of paroxetine in the first trimester. The authors note themselves that many of these were not severe defects and their ascertainment was likely to be variable. It is possible that some proportion of these defects could have been identified by a clinician as a result of the infant suffering from neonatal withdrawal associated with paroxetine exposure and therefore investigating for heart sounds more diligently than might be done in another infant where such information was absent or negative. Differential follow-up of infants delivered by mothers using paroxetine is a potential bias that is not adequately mentioned as an explanation for any of the studies on heart defects and paroxetine.

**Heart Defect Case Definitions for Analysis**  It is widely accepted in the field that birth defect causing agents, known as teratogens, do not tend to increase risks of all birth defects, but rather fairly specific birth defects (Mitchell). Many investigators have also pointed out that heart defects themselves are heterogeneous in anatomy, development, and epidemiologic factors (Pierpoint et al. 2007; Jenkins et al. 2007; Srivastava 2006). Knowledge about classifying heart defects into groupings that reflect underlying mechanisms has advanced in the last two decades (Clark 1996; Botto et al. 2007). We would not expect a single medication or exposure to be associated with a broad range of heart defect phenotypes because heart defects vary in their embryology. For example, some specific heart defects such as conotruncal defects derive from neural crest cells and have been studied as a limited group for a variety of exposures. It has been

5

suggested that even the component defects that comprise conotruncal defects may not be appropriately grouped (Harris et al. 2003).

Thus, it is <u>not generally accepted</u> in birth defects research to consider all heart defects as a single group for study or for deriving inferences about risk factors.

Many of the studies that have investigated the potential effects of paroxetine have grouped all heart defects or even all birth defects together.  The practice of "lumping" all heart defects together may be appropriate for defining and explaining public policy or for generating hypotheses for further study, but such a broad grouping cannot inform an inference of causal association regarding a specific heart defect.

For more than a decade researchers have recognized the need to consider specific heart defects rather than all heart defects combined when investigating possible risk factors.  There are many examples of this in the literature (e.g., Adams et al. 1989; Ferencz et al. 1997; Correa-Villasenor et al. 1997; O'Malley et al. 1996; Shaw et al. 1995; Tikkanen and Heinonen 1992).   Khoury and colleagues (1992) noted almost 20 years ago that lumping of birth defect types is a valid approach only if the birth defects being lumped have an underlying pathogenesis that is similar.

An article by Caton and colleagues exemplifies some of these classification concepts.  That article investigates the dataset (National Birth Defects Prevention Study) that was used for the study by Alwan as well as includes some of the same authors who contributed to the Louik study.  The article by Caton and colleagues does not involve paroxetine, it investigates possible associations with another medication (antihypertensive medications).  This paper clearly shows the appropriate evolution of thinking regarding classification of heart defects that has emerged since the Alwan and Louik papers were published.  It utilizes the classification scheme outlined by Botto (2007), a classification scheme that was published shortly after the Alwan and Louik studies.  The Caton paper demonstrates the better way to analyze heart defect groupings – a critical consideration when interpreting epidemiologic results.  The authors analyze pulmonary valve stenosis, Ebstein malformation, and pulmonary atresia, separately, which is consistent with Botto et al's recommendation to use phenotype specific data where possible, and broader level 2 groups such as RVOTO with caution. Indeed, the paper shows how employing the wrong grouping may result in the wrong answer.  For example, the broad grouping of right ventricular outflow tract obstruction (RVOTO) defects appears to be associated with antihypertensive use, but this overall increased risk is actually due to two of the three subgroups that comprise this broad grouping (i.e., pulmonary valve stenosis and Ebstein malformation, but not pulmonary atresia).  This is a good example of why a result from a broad case grouping such as RVOTO is not directly informative for each of the specific heart defects that may comprise the larger grouping.

## F.  Methodological Issues Pertinent to Studies of Limb or Heart Defects and Paroxetine

**Reference Population and Analytic Consideration to Confounding**   The most appropriate control or referent for studies of specific birth defects is a random sample of mothers/babies who had the same opportunity to have the exposure of interest, but did not, and also did not have another birth defect.  In the circumstance with a medication

that is indicated for a limited set of underlying conditions a further approach might be to choose a reference population that had the underlying condition but did not use the medication.  The latter may not be practical nor may it be ideal because those with the underlying condition may differ in severity of the condition or may differ in other possible factors that are important to the risk of the specific birth defect and are associated with the use of the medication of interest.

Studies investigating whether a specific birth defect is associated with a particular medication or other exposure will need to accurately assess whether other factors associated with the use of the medication contribute to the results.  A critical issue in studies of medications is whether the underlying condition for which the medication is indicated is the explanation of observed results.  It may not be possible to disentangle this situation owing to the possibility that only those with the condition use the medication.  This methodologic concern, unresolved confounding or confounding by indication, is a limitation in several of the studies of paroxetine and birth defects.  For example, Alwan raises this concern about their study – "An important limitation of this study is our inability to separate the effect of maternal SSRI use from that of the underlying depression."   Reis and Kallen were similarly cautious in the conclusions of their study.  For example, "We cannot distinguish between the effects of depression and drug treatment of depression."

**Bias from Variable Participation or Ascertainment**   Studies investigating whether a specific birth defect is associated with a particular medication or other exposure will need to ensure that the participation or the inclusion (ascertainment) of a study subject was unrelated to having a child with that specific birth defect AND exposure to paroxetine. If the combination of birth defect and paroxetine exposure leads to a woman's participation or inclusion (ascertainment) in a study relative to a woman who had a child with a birth defect and did not use paroxetine, or relative to a woman who did not have a child with a birth defect and used paroxetine, or a woman who met neither criterion, then the observed result would be artificially inflated.

If participation in a study is reasonably high, say 80% or more, then bias from nonparticipation may be of lesser concern.  If the participation is less than 80%, then the nonparticipants could have altered the observed risks had they been included.  The Louik and Alwan studies are of interest to this topic.  That is, their estimated risks may be vulnerable as a result of low participation by study subjects.

Bias can arise as a result of differences in ascertainment, i.e., if the studied defects were included disproportionately to paroxetine exposure.  If exposure to paroxetine increased the likelihood of clinical detection of defects, observed risks would be biased upwards.  For example, risk estimates would be upwardly biased if paroxetine exposed infants were more likely to come to the attention of the medical system, such as suffer neonatal withdrawal symptoms, and be more scrutinized for milder septal defects.  This may very well be the explanation of the observed results in the Kallen study.

**Chance**   Epidemiologic studies that investigate whether a specific birth defect is associated with a particular medication need to be designed adequately to have sufficient sample sizes to reduce the likelihood that observed results arise by chance, i.e., random error.  Most studies that have been done were designed to investigate whether SSRIs (in general) were associated with birth defects.  More specific analyses of paroxetine-only with certain heart or limb defects resulted in very small numbers of

7

study subjects as well as raised the additional methodologic concern of multiple analytic comparisons.  For example, Alwan points out "Because of the large number of comparisons evaluated in our analysis, it is likely that some of the observed associations reflect chance variation….  Analyses of other data sets are warranted to replicate our findings."

## G.  Causal Inference in Human Birth Defect Studies

Epidemiology studies focus on factors that influence risks at a population scale, e.g., does factor X alter the risk in population Y (general "causation").  Epidemiology studies do not address whether a particular person from population Y developed disease as a result of exposure to factor X (specific "causation").

When interpreting epidemiologic data, the epidemiologist must consider whether the observed associations could be alternatively explained by some source of bias or to chance based on the design or conduct of the study.  It is prudent for an investigator of a study to carefully consider/investigate alternative interpretations that could be consistent with his/her findings.

Assuming that bias and chance are less likely to explain epidemiologic results – an assumption that cannot be reliably made for paroxetine exposure and heart defects, generally, or any specific heart defect - the epidemiologist should be guided by certain criteria in drawing causal inferences.  The following considerations are necessary in making a causal inference between an "exposure" and a particular birth defect.  These considerations are essential features of the well-known A. Bradford Hill (Hill 1965) criteria for assessing causality from associations observed in epidemiologic data.

*Magnitude of Risk:*  most known teratogens fall into the category of what Mitchell (Mitchell) refers to as "moderate-risk" teratogens.  That is, they increase risk by 5-20-fold.  The results in the published literature for heart defects and paroxetine exposure are well below this range.  There are no reported associations between paroxetine and limb reduction defects in the published literature.

An associated methodologic concern is whether the risk is large enough (e.g., relative risk of, say, 4 or more, Morabia 1995) to be less likely to be attributed to some unknown or unmeasured other factor (known as confounding).  If there are only a few confounders known for a specific exposure-disease association, and those factors alone or in combination do not substantially alter the association, one can reasonably conclude that known confounders that have not been adequately controlled are an unlikely explanation of large exposure-disease risks.  Nevertheless, it is possible for several unmeasured confounders with moderate effects to contribute substantially to an exposure-disease association (Fewell et al. 2007).  To remedy the latter, a prudent epidemiologic approach is to carry out sensitivity analyses (algebraic worst case scenarios) (Greenland 1996).

*Specificity of Effect:* the central idea of this criterion is that the studied exposure results in a specific outcome or stated conversely - does not cause a multitude of unrelated effects.  For example, we would not expect a particular exposure to be associated with "all birth defects" or even "all heart defects" or "all limb reduction defects." The results in the published literature for limb or heart defects and paroxetine exposure neither point to a specific limb defect or heart defect, nor fit a specific pattern of birth defects.

8

*Consistency of Findings:* the critical criterion here is that more than one study has been conducted (rigorously) and the preponderance of studies has found similar results with respect to direction and magnitude of the risk between the exposure and a birth defect. The studies of paroxetine that have reported associations have not observed consistent associations with respect to magnitude of risk or risks for the same birth defects, including specific limb or heart defects.

*Temporality:* this criterion specifies that the exposure must precede the disease. Studies of paroxetine and birth defects have generally focused their exposure period of interest correctly on the first trimester of pregnancy.   Given the narrow periods during the first trimester when particular organs and structures are vulnerable, having the precise timing of exposure is critical.  Most, if not all, epidemiologic studies of birth defects and paroxetine exposures have not had granular time data concerning use and no-use for critical embryonic time points.

*Dose-Response Relationship:* the important part of this concept is that as a dose of an exposure increases one generally expects the risk to also increase.  The studies of paroxetine and birth defects have not adequately addressed duration or dose of exposure.  The one study (Berard) that investigated whether risk is associated with a dose gradient of paroxetine and heart defects misinterprets its findings.  As I note below, the findings are not consistent with a dose-response relationship.

*Biological Plausibility:* the critical components here include: a) whether there is appropriate evidence of a mechanism of action (e.g., experimental animal data exist, dose dependent phenomenon has been observed, mechanistic action is related to other known teratogens); b) whether there is an animal model, i.e., administration of an agent to a pregnant animal induces malformations in the offspring; and c) whether there is a single birth defect or specific set of birth defects (phenotype) being observed following an exposure and this phenotype shares a suspected underlying pathogenesis.  The animal data do not support the human data nor has a consistent specific birth defect or pattern of birth defects emerged from the available human studies.

## H.  Epidemiologic Studies of Birth Defects (emphasis on limb and heart defects) and Paroxetine

Studies that have investigated an association between:
>    i) paroxetine in particular and birth defects in general, or
>    ii) SSRI use in general and specific birth defects

do not assist in making inferences about a possible association between paroxetine and specific limb or heart defects.  I conclude this because an increase in all birth defects following paroxetine exposure would not be expected owing to what I noted above that birth defects comprise many different developmental systems and structures with manifold etiologies.  I also conclude this on the premise that individual SSRIs likely have differing mechanistic features (Baghai et al.) and therefore grouping all SSRIs as one exposure does not inform presence or absence of risk associated with paroxetine.  Thus, the following studies will not be considered further in this report, Malm 2005; Wen; Chambers; Simon; Kulin; Wogelius; Unfred; Ramos; and Bruyere.

There are 21 studies that have investigated an association between paroxetine use and birth defects that have either mentioned limb reduction defects or heart defects. Seventeen of these studies are cohort in design (Casper, Diav-Citrin, Cole, Vial, Kallen, Schloemp, Davis, Oberlander, Einarson 2008, Wichman; Einarson 2009; Pedersen; Merlob; Kornum; Colvin; Malm; and Nordeng) and 4 are case-control in design (Alwan, Louik, Bakker, Berard).

Among these 21, one study (Casper) did not provide adequate information to assist interpretation about potential risk and birth defects.  The study was too small in design to be informative.

Among the remaining 20 studies, two (Vial and Schloemp) are described in Abstract-form only.  In each, too few details are provided to consider the study as anything other than a preliminary report that has not been peer-reviewed.  Thus, these studies are not informative toward making an inference about specific heart defects.

The remaining 18 studies (Davis, Berard, Alwan, Louik, Kallen, Cole, Oberlander, Einarson 2008, Diav-Citrin, Wichman, Einarson 2009, Pedersen; Merlob; Bakker; Kornum; Colvin; Malm; and Nordeng) will be interpreted in detail.

1.  Davis Study:  This study is cohort in its design.  It identified users and nonusers of antidepressants (SSRIs and tricyclics) (use defined as those who were or were not prescribed/dispensed antidepressants in the first trimester) from pharmacy databases in 5 managed care systems.  182 pregnancies were identified as exposed and 49,654 identified as unexposed to paroxetine.  Among the 182, 2 infants were observed with the nonspecific classification of "other congenital anomalies of the limbs" resulting in an odds ratio of 0.72 (0.18-2.83).  Among the 182, 6 infants were diagnosed with heart defects.  Among these 6, one was reported as a septal defect, 3 in a broad ICD-9 (3-digit) grouping defined as "other congenital anomalies of the heart," and 2 in a broad ICD-9 grouping defined as "other congenital anomalies of the circulatory system." Although the relative risks for the latter two groups were 1.98 and 1.58, respectively, these risks were quite imprecise.  That is, the confidence intervals were consistent with an interpretation of both increased risk and protective effects.  The broad groupings of 5 of the 6 heart defects limits one's ability to know if the specific defects observed were similar (dysmorphologically/pathogenically) and therefore did not permit one to make further inference. This study's findings are not informative for drawing an inference between specific heart defects and paroxetine.  The study's findings do not show a risk association between limb defects of any kind and paroxetine.

2  Berard Study:  This study used existing databases in Canada to identify 1403 women who used antidepressant medications during pregnancy and record-linked these with delivery information and medical follow-up information to determine the presence/absence of birth defects in offspring (up to 12 months post-delivery).  Among the 1403 women, 542 used paroxetine, 443 another SSRI, and 418 another non-SSRI antidepressant.  There were no limb reduction defects or limb defects at all observed among the paroxetine exposed.  The odds ratios for all heart defects in the paroxetine exposed (n=10) compared to the "other antidepressant" exposed (n=8) group was 0.97 (0.38-2.49).  The 10 heart defect types (6 atrial septal defects, 2 ventricular septal defects, 1 endocardial cushion defect, and 1 hypoplastic left heart syndrome) observed among the paroxetine exposed did not differ compared to the types of heart defects observed in the other SSRI group or the other antidepressant group.  The investigators

10

conclude that "without considering dose intake,....first trimester exposure to paroxetine did not significantly increase the risk of major congenital malformations, and more specifically major cardiac malformations."  In their Table 5 they present adjusted odds ratios of 1.76 for a dose of 1-20mg/d, 0.61 for a dose of 21-25 mg/d, and 3.07 for >25 mg/d, with 3, 2, and 5 exposed cases, respectively.  The number of and the choice of variables to adjust for was suspect given the very small number of exposed cases. Further, my recalculations of the crude odds ratios suggest that there are errors in the computed risks in Table 5 of their paper.  I estimate the 3 dose groups to reveal odds ratios of 1.2, 0.4, and 1.8 for the successive increasing dose/d use of paroxetine. Neither this risk pattern, nor the one the authors report, reveals a dose dependent phenomenon.  That is, the middle dose range has just as much (about 2-fold) of a decrease in risk as the highest dose has in terms of increased risk.  With this observed risk pattern and the small number of cases (n=5) the conclusion that a dose-dependent risk phenomenon was observed is incorrect.  The presented data are not consistent with statistical evidence for trend either. This study's findings are not informative for drawing an inference between specific heart defects and paroxetine.  The study's findings do not show a risk association between limb defects and paroxetine.

3.  Alwan Study:  This study is a population-based case control study conducted in 8 regions in the United States.  The analysis of data corresponded to infants whose birth dates were 1997-2002.  The analysis considered any of the 30 birth defect groups that included 200 interviewed mothers.  Participation was approximately 71% among case mothers and 69% among control mothers.  Exposure was defined as SSRI use in the period 1 month before to 3 months after conception.  The unexposed group included women who may have used other non-SSRI antidepressants.  Among 9622 mothers of case infants, 230 reported exposure to SSRIs in the 1 month before to 3 months after conception.  Of these 230, approximately 70 were considered exposed to paroxetine. The corresponding numbers among control mothers were, 86 SSRI users among whom 18 were users of paroxetine.   The investigators concluded they observed a significant association with paroxetine adjusted for a variety of potential confounders for right ventricular outflow tract obstruction (RVOTO) defects (odds ratio=2.5, 1.0-6.0), but not for other heart defects including septal defects.  For example, the odds ratio for conotruncal heart defects was 1.6 (0.7-4.0) and for left ventricular outflow tract obstruction defects (LVOTO) was 1.3 (0.4-3.8).  The only category of limb defects examined was transverse limb reduction defects.  There were only 2 paroxetine-exposed cases so the authors did not calculate an odds ratio.  My calculations revealed an odds ratio of about 1, thus, providing no support for an association between paroxetine and limb reduction defects.  In general, this is a well-conducted study.  The analytic strategy was to explore SSRIs in general and not paroxetine in particular.  Thus, sample sizes were small for paroxetine use and observations will need to be replicated in follow-up analyses of the same (but larger) data or in other data sets.  The authors also wisely point out that the large number of comparisons made could have led to incorrect results, i.e., some *"of the observed associations are due to chance alone."*  The authors go on to say that this is another reason the observed results will need to be replicated.

4. Louik Study:  This study is case-control in design with a mixture of population-based and hospital-based ascertainment in five study centers.  The analytic objective was to assess risks for birth defects associated with first trimester exposures to SSRI medications.  The analysis of data corresponded to women whose last menstrual period was between January 1993 and December 2004.  The unexposed group was composed of women who did not use any anti-depressant medication (non-SSRI medications as

11

well) from 56 days before the last menstrual period through the entire pregnancy. Among 9849 mothers of case infants and 5860 mothers of control infants, there was 1 infant of 193 cases with limb reduction defects, 25 of 3724 heart defect cases, and 30 control infants with exposure to paroxetine.  Adjusted results showed: limb reduction defects (odds ratio=1.0, 0.1-8.3), any heart defect (odds ratio=1.4, 0.8-2.5), and for the four specific heart defect groups: conotruncal defects (odds ratio=1.7, 0.6-5.1), right ventricular outflow tract obstruction defects (odds ratio=3.3, 1.3-8.8), left ventricular outflow tract obstruction defects (odds ratio=0.5, 0.1-3.9), and septal defects (odds ratio=0.8, 0.3-2.2).  This study concluded that "…specific SSRIs may increase the risk of specific birth defects, and further studies will need sufficient power to pursue these important clinical questions."  In addition to low study power and multiple comparisons, there is another concern associated with this study.  First, the participation percentages among case and control mothers were low, 61.7% of cases and 59.9% of controls.  When percentages of participants are this low – the impact of nonparticipants may result in biased results.  If those women who used paroxetine and had an infant with a particular birth defect were more likely to participate, then the observed odds ratios could be biased upwards.  This scenario is of greater concern when the number of exposed cases in the study is so small.  The study's findings do not show a risk association between limb reduction defects and paroxetine.

5.  Kallen Study:  This study in Sweden is a prospective cohort study design.  Exposure information was elicited at first prenatal visit, nearly all within the first trimester.  Determination of whether infants had or did not have birth defects was established by linkage with three health registers.  41,233 infants with malformations from a source population of 873,876 births were included.  Paroxetine exposed were 46 infants with malformations and 959 infants without malformations.  No specific information is provided about the number of infants with limb reduction defects other than that there were 2 infants with limb reduction defects among ALL SSRI exposures.  This gave an odds ratio of 0.44 (0.05-1.59) – a reduction in risk.  Among the 46 paroxetine exposed infants, 20 had a heart defect.  The risk for heart defects as a group was observed to be 1.63 (1.05-2.53).  Among the 20, 13 were either atrial or ventricular septal defects.  The remaining 7 were: 2 with endocardial cushion defects, one with tetralogy of Fallot, one with coarctation of the aorta, one with pulmonary artery stenosis, one with an unspecified septal defect, and one with pulmonary valve stenosis.  The 13 septal defects and paroxetine exposure had an associated risk estimate of 1.81 (0.96-3.09).  The conclusion made by the authors was that paroxetine appeared to be associated with an increased risk of heart defects, a group comprised primarily of infants with atrial or ventricular septal defects.  The authors' impressions of the heart defects were that "few serious" heart defects were observed among the paroxetine exposed.  The authors also concluded "The finding of an increased risk for a cardiac defect after exposure to paroxetine could well be random as a consequence of multiple testing."

This is a very well conducted study - it was large, it collected exposure information before outcome was known, and it attempted to analyze specific heart defects.  However, the heart defects that comprise the majority of the paroxetine exposed group were septal defects – these conditions could have potentially been overascertained if paroxetine exposed infants were more likely to come to the attention of the medical system (such as suffer neonatal withdrawal symptoms) and be more scrutinized for milder septal defects.  The authors note in a report to GlaxoSmithKline that some infants with birth defects including septal defects, pulmonary stenosis, and coarctation of the aorta were not captured in neonatal registration but were identified subsequently when

the child was hospitalized because of the defect or even for another reason.  If exposure to paroxetine increased the likelihood of clinical detection of septal defects, the increased risks are biased upwards.

This study has been extended by the addition of what appears to be two more recent birth years, 2005 and 2006 (Reis and Kallen).  The addition of these birth years did not substantially alter the earlier observed results.  That is, the newer data show odds ratios of 1.66 (1.09-2.53) for heart defects as a group, compared to 1.63 (1.05-2.53) previously, and 1.61 (0.83-2.82) for atrial or ventricular septal defects, compared to 1.81 (0.96-3.09) previously.   The odds ratio for limb reduction defects associated with all antidepressants as a group was 0.43 (0.09-1.25).  Thus, the newer data do not alter the inferences that were drawn from the earlier study for limb or heart defects.

6.  Cole Study (Ingenix):  This study is record linkage in its design.  It used data drawn from the Ingenix Research Data Mart which contains medical and pharmacy insurance claims to UnitedHealthcare (a large insurer in the US).  The investigators identified women who had deliveries of liveborns between January 1995 and September 2004 and those who used antidepressant medications.  Women who used paroxetine were compared to women who used other antidepressants – based on monotherapy (paroxetine or another antidepressant use only) and polytherapy (use of more than one antidepressant) specifically.  Infants with birth defects were also identified in medical claims data bases.  Period of follow-up from birth for diagnoses of birth defects was 9 months.  1020 infants (989 women) were exposed to paroxetine as monotherapy or polytherapy in the first trimester.  Among these 1020, 815 infants were exposed only to paroxetine – the more appropriate group to consider than the polytherapy group.  Among the 815 infants, there were no infants with limb defects and 12 with any heart defect giving a prevalence of 1.5%.  The prevalence in the comparison group of infants exposed to (monotherapy) other antidepressants was 0.95%.  The specific heart defects in each group did not reveal a consistent pattern within a group nor a difference between exposure groups.

The authors concluded that a "…non-statistically significant increase in the prevalence of cardiovascular malformations associated with paroxetine was observed."   However, some additional points substantially temper this conclusion.  First, the authors note that not all of the medical charts of infants with "suspected" birth defects could be obtained and that unavailability of charts was greater in the comparison group (other antidepressant users) than in the paroxetine exposed.  The numbers provided in the i3 drug safety report in 2006 (Ingenix) indicated that 15% were unavailable in the comparison group while 8% were unavailable in the paroxetine exposed.  Observed odds ratios could have been artifactually inflated if percentages of "true" malformations were different between the two groups.  The authors acknowledge this in their paper.  In their report to GlaxoSmithKline, the authors list the potential malformations among infants whose medical records were unavailable for review (Appendix G in their report).  The numbers of potential heart defects among the paroxetine versus the other antidepressant group are 1 and 24, respectively.  If one assumes that all of these potential diagnoses were actually correct and then recalculates the odds ratio, the odds ratio would be 0.8 rather than the observed value of 1.6.  Even if one assumes that the one paroxetine case is "real" and that only 50% of the potential heart cases are "real" among the other antidepressant group - the odds ratio is still below 1.0 (0.9).

13

Another point of concern relates to the specific heart defects (n=12) among the paroxetine observed infants.  In a narrative description, most of the septal defects were clinically insignificant or would close on their own.  This identification of relatively mild defects may reflect greater diagnostic scrutiny among the paroxetine-exposed group.  Such greater scrutiny would result in an artifactually increased risk associated with heart defects and paroxetine.  Similar to the study by Kallen, if exposure to paroxetine increased the likelihood of clinical detection of septal defects, the increased risks are biased upwards.  The study's findings do not show a risk association between limb defects and paroxetine.

7.  Oberlander Study:  The study used record-linked data drawn from administrative databases corresponding to birth registries, hospital discharge records, prescription data, physician billing records, and medical services records.  The investigators identified women who had deliveries of liveborns (n=119,547) between April 1997 and March 2002.  Women who used SSRIs and benzodiazepines in the first trimester were compared to women who used only SSRIs in the first trimester, as well as to women who did not use either medication in the first trimester.  Infants with birth defects were identified based on discharge diagnoses and it does not appear that medical records of infants were further scrutinized by a clinical geneticist or someone trained to do such a review.  The length of time post-delivery for an infant to be followed and be diagnosed is not given.  Thus, the ascertainment approach (based only on discharge records without expert review, unknown follow-up, and no mention of ascertainment completeness) makes me suspect that this study offers little to our understanding of SSRIs and birth defects.  Moreover, the study is small with only 29 total cases with birth defects and 7 cases of all heart defects combined among women who used paroxetine alone, which is the appropriate analytic group, and only 2 cases of all heart defects combined among women who used combination paroxetine and benzodiazepine therapy.  No information is provided on what specifically the 22 noncardiac defects or what specifically are the 9 heart defects.  The investigators observed a prevalence of all heart defects combined of only 0.48% among women who had no SSRI exposure.  This prevalence appears to be to low and may be contributing to inflated estimated risks in some of the comparisons involving various exposure definitions.  Given that this study does not describe the specific birth defects, its findings are not informative for drawing an inference about risks for limb defects or for specific heart defects and paroxetine.

8.  Einarson (2008) Study:  This study is based on information collected from 8 teratogen information services around the world.  The new information provided by this study is the investigators identified 1174 paroxetine-exposed pregnancies.  Among these, nine heart defect cases were observed giving a prevalence of 0.7%.  Compared to the unexposed comparison group (a group of women exposed to other drugs during pregnancy), the odds ratio revealed no association, i.e., 1.1 (0.36-2.72).  Given that this study does not describe the specific 9 heart defects, its findings are not informative for drawing an inference about risks for specific heart defects and paroxetine.  This study did not investigate limb reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures.

9. Diav-Citrin Study:  This study is based on populations participating in Teratogen Information Services in Jerusalem, Padua, and Berlin.  The study identified 463 women who used paroxetine in the first trimester and who had called for counseling services in one of the study sites.  The deliveries from these pregnancies were compared to deliveries from 1467 pregnancies (predominantly from the Jerusalem program) among

women who had exposures suspected of being non-teratogenic.  Genetic/cytogenetic abnormalities were appropriately excluded from both groups.  The prevalence of birth defects was higher in the paroxetine exposed group (19/348) compared to the unexposed group (40/1359).  A prevalence of 2.9% for birth defects in the comparison group was approximately what one might expect.  Among the paroxetine exposed, there were no limb defects of any kind, 7/19 paroxetine exposed infants were heart defects whereas 8/40 were heart defects among the unexposed comparison group.  This resulted in an odds ratio of 2.7 (0.8-8.9) when adjusted for covariates.  The heart defects reported in the paroxetine exposed group were quite "varied" – an interpretation also made by the study's authors.  It is of concern that information about heart defects appeared to be primarily reported by mothers and not clinically evaluated (physical exam information) for its accuracy.  Further, the prevalence of heart defects among the unexposed comparison group appears to be lower than what one might expect – heart defects are usually 1/3 of all structural birth defects.  Thus, the estimated relative risks may have been artificially inflated because the prevalence in the non-exposed group was too low.  A third concern is that this is a small study.  A fourth concern is that follow-up rates for information on the outcome of pregnancy in the paroxetine-exposed group were low (approximately 60% for the bulk of the data).  Given these concerns coupled with the lack of an association with specific heart defects identified among the paroxetine-exposed group, this study's findings are not informative for drawing an inference about risks for specific heart defects and paroxetine.  The study's findings do not show a risk association between limb defects and paroxetine.

10.  Wichman Study:  This retrospective cohort study is based on a population identified from obstetric records at the Mayo Clinic and included pregnant women presenting at the clinic from January 1993 to July 2005.  808 mothers among 25,214 were prescribed SSRI medications during pregnancy.  Of these 808, 134 were prescribed paroxetine.  Among the 808 women there were 3 (0.4%) cases with "other" (none with ventricular septal defects) congenital heart defects.  This frequency was lower than that in the group not exposed to SSRIs (0.8%).  The specific phenotypes of the 3 cases are not provided.  No information is provided on the specific SSRI that the 3 heart defect cases were exposed to.  This study is too small to draw inferences about paroxetine and heart defects. Thus, this study's findings are not informative for drawing an inference between specific heart defects and paroxetine.  This study did not investigate limb reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures.

11. Einarson (2009) Study:  This cohort study is based on a population who used the Motherisk Teratogen Information service in Toronto.  Women for study were those who called the service to obtain information about the safety/risks associated with medications they had used.  Using these contacts, the investigators compared the malformation frequencies among women who had contacted the service for their use of antidepressants to women who contacted the service for use of nonteratogenic medications.  Among 928 women who used antidepressants, there were 148 who specifically used paroxetine.  In this group of 148, there were 5 (3.3%) infants reported to have congenital malformations.  This is well within the general population prevalence for congenital malformations.  These malformations were: bilateral pulmonary hypoplasia, ventricular septal defect, clinodactyly (curved finger), cleft lip and palate, and omphalocele.  This study is too small to draw inferences about paroxetine and either limb or heart defects.  Thus, this study's findings are not informative for drawing an inference between specific limb or heart defects and paroxetine.

15

12. Pedersen Study:  This cohort study is based on the entire Danish population of births in the period 1996-2003.  National registers of prescription fillings by women were linked to their delivery information.  Data were presented for individual SSRI medications. The study population involved 496,881 singleton infants.  1370 pregnancies were considered to be exposed – had two or more "redemptions for individual SSRIs" during the window of time 28 days before through 112 days after conception.  Among these 1370, 299 women were considered exposed to paroxetine.  There were 12 infants with birth defects other than heart defects.  No information about these 12 is provided.  There were 3 infants with heart malformations among the paroxetine-exposed women providing an odds ratio of 0.88 (0.22-3.55).  One of the 3 had a septal defect giving an odds ratio of 0.76 (0.11-5.43).  This is a well-conducted study based on its ability to capitalize on linked registries and population coverage of study, but it is somewhat limiting for drawing inferences owing to a small number of paroxetine-exposed pregnancies.  Such a limitation notwithstanding, it is important to note that this study reflects an entire country's experience as it relates to paroxetine exposure and birth defects.

13.  Merlob Study:  This cohort study is based on 235 women from a single tertiary care center in Israel who reported first-trimester SSRI use during pregnancy.  All newborn infants in the study time period, 2000-7, were examined for heart murmur and if deemed persistent referred for echocardiography.  8 of the 235 SSRI-exposed infants and 1083 of the 67,636 not SSRI-exposed were found to have nonsyndromic heart defects.  The relative risk for SSRI exposure and heart defects was 2.17 (1.07-4.39).  Among the 8 SSRI-exposed infants, 4 were exposed to paroxetine and 3 were ventricular septal defects.  The authors concluded that all observed heart defects including the ventricular septal defects were "mild."  This is a small study and the relative risks are unadjusted for any potential confounders owing to this information not being collected.  This study did not investigate limb reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures.

14.  Bakker Study:  This case-control study is based on 678 infants with isolated heart defects and 615 controls.  The group of heart defects was assembled based on voluntary physician reporting and inclusion was conditional on parental consent.  Either of these factors could potentially bias results owing to differential reporting or differential participation based on pregnancy characteristics, including the use of paroxetine.  Such factors are of greater concern when the number of exposed cases, as in this study, is small.  The control group is oddly comprised of infants with a variety of genetic (chromosomal or single gene) disorders.  The potential biases of such a control group are of concern and thus the frequency of exposure to paroxetine observed in this group may not be a suitable reference for comparison.  The authors observed a total of 10 case mothers and 6 control mothers to have used paroxetine in the first trimester.  This resulted in an adjusted (for year only) odds ratio of 1.5 (0.5-4.0).  Among the 10 exposed cases, groupings of right-sided defects (n=1) and ventricular septal defects (n=1) did not show elevated risks.  The grouping of left-sided defects (n=3) showed an increased but highly imprecise risk.  The grouping of atrial septal defects (n=3) was found to have an odds ratio of 5.7 (1.4-23.7) (adjusted for year).  This study was strengthened by an attempt to examine specific subgroups of heart defects.  However, this is a small study in terms of the number of exposed, the analyses do not (likely cannot) consider possible confounders, and as I point out above, the study is potentially biased in both case ascertainment and control group composition.  These limitations severely restrict the inferences that one can derive from this study.   This study did not investigate limb

reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures.

15.  Kornum Study:  This study overlaps with the Pedersen study.  This study was conducted in Northern Denmark for the time period [of births] ranging from 1991-2007.  The Pedersen study included the entire country of Denmark but for a slightly shorter period of time, 1996-2003.  As with the Pedersen study, registers of prescription fillings by women were linked to their delivery information.  Data were presented for individual SSRI medications. The study population involved 216,042 women who had a livebirth.  Of those, 2062 were considered exposed (filled a prescription) to a SSRI in early pregnancy.  Among the 2062, 297 women were considered exposed to paroxetine.  There were 10 infants with birth defects (non-heart defects), but no information about the specific defects among these 10 is provided.  There was 1 infant with a heart malformation among the paroxetine-exposed women, a septal heart defect.  Like the Pedersen study, this is a well-conducted study based on its ability to capitalize on linked registries and population coverage of study, but it is somewhat limiting for drawing inferences owing to a small number of paroxetine-exposed pregnancies.  Such a limitation notwithstanding, it is important to note that this study reflects a large segment (31%) of an entire country's experience as it relates to paroxetine exposure and birth defects.

16.  Colvin Study (2 studies):  This record-linkage study is cohort in its design.  It was conducted in Western Australia.  It used data drawn from the national Pharmaceutical Benefits Scheme database and linked its recorded medication dispensings with population-based data on birth defects for the period 2002-2005.  In the 2010 study, these linked administrative data found 25 birth defects among 603 first trimester paroxetine "dispensed" pregnancies, with an odds ratio of 0.9 (0.6-1.3).  Fewer than 5 of the 25 were in the general category of musculoskeletal defects, which could include limb reduction defects, with an odds ratio of 0.4 (0.1-1.2).  9 of the 25 were heart defects with an odds ratio of 1.4 (0.7-2.7).   The authors indicate that 4 of the 9 heart defects were ventricular septal defects.  No specific information is available for the "<5 musculoskeletal defects," the other 5 heart defects, nor is information available for specific heart defects among "unexposed" pregnancies.  This study was unable to control for potential confounders.  Thus, this study's findings are not informative for drawing an inference between limb defects or specific heart defects and paroxetine.  In what appears to be a follow-up analysis of the study material, Colvin (2011) observed that fewer than 5 cases were musculoskeletal defects giving an odds ratio of 0.47 (0.15-1.46) and 7 of 23 defects were heart defects giving an odds ratio of 1.8 (0.8-3.7) associated with paroxetine dispensings.  It is unknown whether any of the musculoskeletal defects observed in the paroxetine-exposed group were limb reduction defects.  They do note that the odds ratio for ostium secundum atrial septal defects was 3.7 (0.9-15.0) and for ventricular septal defects was 1.56 (0.39-6.30).  The number of such cases is very small (<5) and not specifically described but appears to be n=2 for each when imputed from the supplemental tables.  These data are too imprecise to draw meaningful inferences about associations.  The study's findings do not show a risk association between limb defects and paroxetine.

17.  Malm Study:  This was a record-linkage cohort study conducted in Finland for birth years, 1996-2006.  Linked registers included births, terminations, birth defect reporting and drug reimbursement data.  Among the 968 paroxetine exposed there was a total of 47 cases of birth defects, 16 with heart defects.  The number of musculoskeletal defects

is not specifically provided, but the authors indicate that such a grouping did include limb defects with a resulting odds ratio of 1.1 (0.6-2.0). For heart defects, the prevalence 16/968 was similar to the overall prevalence observed for heart defects in the total population (8137/635,583) under investigation. The study was able to control for a variety of potential confounders. More specific heart defect analyses did not show elevated risks for most groups, including atrial septal defects, ventricular septal defects, left ventricular outflow tract defects, and transposition of the great arteries. An increased risk (adjusted) of 4.7 (1.5-14.7) was observed for right ventricular outflow tract defects. This result, as the authors caution, was based on only 3 cases. This study did not specifically investigate limb reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures. This is a well-conducted study based on its ability to capitalize on linked registries and an entire population of study, but it is somewhat limiting for drawing inferences owing to a small number of paroxetine-exposed pregnancies and only a total of 16 heart defects in the exposed group. Such a limitation notwithstanding, it is important to note that this study reflects an entire country's experience as it relates to paroxetine exposure and birth defects.

18. Nordeng Study: This study derived from the premier prospective Norwegian Mother and Child Cohort study. Among 63,395 women studied, 556 reported use of an antidepressant medication in the first trimester. Of the 556, 76 women specifically used paroxetine. Among these 76, 3 infants were identified to have birth defects, of which only one infant had a heart defect and the birth defects in the other 2 infants were not described. These are small numbers of exposed but the prevalence of any birth defect (n=3) or a heart defect (n=1) does not exceed what one would expect from background occurrence. This prospective study is well-conducted and does not have many of the limitations such as recall bias that retrospective studies may be limited by. However, this study is somewhat limiting for drawing inferences owing to a small number of paroxetine-exposed pregnancies and only 1 infant with a heart defect in the exposed group. This study did not specifically investigate limb reduction defects and is therefore not informative for drawing an inference about limb reduction defects and paroxetine exposures.

# I. Meta-Analyses of Epidemiologic Studies of Congenital Heart Defects and Paroxetine

Conducting a meta-analysis is an approach that combines results from several existing studies with the goal of improving the statistical precision of the estimated measure of risk between a specific exposure and specific outcome. This approach is best suited for combining randomized trials whose individual study sample sizes may be too small to determine whether the estimated risk is consistent with random fluctuation (chance). Since 2005, there have been at least 6 meta-analyses made on the existing literature pertaining to SSRI use in pregnancy and risks of birth defects (Einarson and Einarson; Rahimi et al; Bar-Oz et al; GlaxoSmithKline; O'Brien et al; and Wurst et al). Two (Einarson and Einarson; Rahimi et al.) of these meta-analyses did not specifically address paroxetine but rather combined all SSRIs as a single entity. Thus, these two meta-analyses are uninformative for the current report. The other four meta-analyses reported the following summary risk estimates for paroxetine exposure and all heart defects combined: 1.72 (1.22-2.42) in the Bar-Oz analysis, 1.55 (1.18-2.04) in the GlaxoSmithKline analysis, 1.18 (0.88-1.59) for case-control studies and similar

prevalences of heart defects from prospective studies in the O'Brien et al. analysis, and 1.46 (1.17-1.82) in the Wurst et al. analysis.

Although these meta-analyses seem to be reasonably well-conducted, the use of meta-analyses for a body of literature that has varying study designs, particularly study designs that include different inclusion criteria for heart defect case definitions, different methods of obtaining information on exposure, differently defined comparison groups (e.g., other antidepressants versus not), and different levels of detail on potential confounding factors is likely to have so many attendant caveats to render its conclusions to be essentially uninformative.  In addition, a summary measure for all heart defects combined is not sufficiently informative owing to the known etiologic diversity of the various heart defects that comprise the overall grouping.  Thus, these meta-analyses are not informative for the purposes of determining what may have caused a specific heart defect in a particular infant.  Further, these analyses are now somewhat dated.  That is, the available meta-analyses do not include the more recent findings from the literature.

## J. What do the epidemiologic data reveal overall about limb reduction defects and paroxetine?

The body of existing epidemiologic data that I am aware of is summarized in Section H. There are no available studies that have specifically investigated longitudinal limb reduction defects.  There are two studies that investigated the broad category of limb reduction defects.  In one study, Alwan investigated terminal transverse limb reduction defects – that study found an odds ratio of about 1.0 (my calculation).  In the other study by Louik, the odds ratio for limb reduction defects (n=1) was 1.0.  Several studies have not observed increased frequencies of limb reduction defects among the paroxetine exposed (Einarson 2009; Cole; Berard; Colvin; Diav-Citrin).  Thus, there is no evidence from the available epidemiologic literature to support an association between limb defects, whether that is all limb reduction defects combined, longitudinal, transverse or other classification, and exposure to paroxetine.

## K.  What do the epidemiologic data reveal overall about heart defects and paroxetine?

All of the studies of paroxetine and heart defects have been observational in their design.  Observational epidemiology studies offer associations and do not establish causation.  Results from such studies must be carefully interpreted.  Essential to such a process is for researchers to first explore whether alternative interpretations could have contributed to the presence or absence of an observed association.  For example, biases/errors in: how heart defects were ascertained, how heart cases were grouped for analyses, how paroxetine use was established, how comparison groups were selected, and how issues like confounding were handled, must be evaluated.

My review of each of the studies of paroxetine and heart defects has been guided by the questions: 1) were the study's methods of sufficient rigor to support certain interpretations and 2) are there plausible interpretations of study findings, alternative to those made by the study authors.  The body of existing epidemiologic data that I am

aware of is reflected by 20 studies summarized in a previous section.   My assessment is as follows:

- o   Two of these studies are uninformative because they appear only as abstracts (Vial, Schloemp).

- o   Four studies do not provide sufficient information on the included heart defects (Davis, Oberlander, Einarson 2008; Colvin) to guide a meaningful inference.

- o   One study (Wichman) is not informative because it does not report whether there were any congenital heart defects in the infants specifically delivered to women exposed to paroxetine.

- o   One study (Einarson 2009) is not informative because it has too few paroxetine-exposed women to draw a meaningful inference.

- o   One study (Pedersen), although capturing the entire population experience of Denmark for an 8 year period, is limited for drawing inferences owing to a small number of paroxetine-exposed pregnancies.

- o   One study (Kornum), although it too captured a sizable fraction of the population of Northern Denmark, is limited for drawing inferences owing to a small number of paroxetine-exposed pregnancies.

- o   One study (Nordeng), although it was based on the rigorous prospective cohort study in Norway, it is limited for drawing inferences owing to a small number of paroxetine-exposed pregnancies.

- o   One study (Berard) reports an association between paroxetine and heart defects (overall) only at paroxetine doses >25 mg/d. However, this study misinterprets its findings to reveal a dose-response relationship.  As I note above, the findings are not consistent with a dose-response relationship, and there appear to be calculation errors and analytic errors. Therefore, I consider this study to be uninformative.

- o   For septal defects, the data reported in the literature reveal findings that are insufficient to establish an association between paroxetine and septal defects.  Observed results across studies include increased, decreased, and no risk at all.  There are 12 studies (Malm, Alwan, Merlob, Louik, Diav-Citrin, Cole, Colvin, Bakker, Kallen, Pedersen, Kornum, and Davis) that provide information on "septal" defects and paroxetine.  Among those 12, 7 studies (Malm, Louik, Diav-Citrin, Cole, Colvin, Bakker, and Kallen) provide more specific information on atrial septal defects.  Three (Louik, Diav-Citrin, and Cole) of the 7 studies had only 1 infant with an atrial septal defect making a calculation of risk meaningless.   Even the 4 studies with more than 1 infant with an atrial septal defect exposed to paroxetine were severely limited in their ability to calculate meaningful estimates of risk.  The Kallen study had 3 cases and did not report a separate odds ratio, the Malm study had 3 cases and reported an adjusted odds ratio of 1.3 (0.4-4.0), the Bakker study had 3 cases and

reported an odds ratio of 5.7 (1.4-23.7), and the Colvin study appears to have had 2 cases (imputed) with an odds ratio of 3.7 (0.9-15.0). These data are too few and the estimates of risk too unstable to draw a meaningful inference about risk specifically for atrial septal defects. There are 6 studies that provide information specific to ventricular septal defects (Malm, Bakker, Merlob, Colvin, Kallen, and Diav-Citrin). Two of these (Diav-Citrin and Bakker) had only 1 infant with a ventricular septal defect making a calculation of risk meaningless. Among the remaining 4 studies, the studies by Kallen (n=7 cases), Colvin (n~2 cases), Merlob (n=3 cases) showed modestly elevated odds ratios and the largest study by Malm (n=10 cases) showed no risk (odds ratio=1.0). These data are too few and the estimates of risk too unstable to draw a meaningful inference about risk specifically for ventricular septal defects and therefore do not support an association. Further, the consideration of ventricular septal defects as a single analytic group may not be adequate. That is, even within "ventricular septal defects" there are different types (e.g., muscular and perimembranous) (Botto) that should be considered separately when investigating potential risk factors. No study thus far has provided this level of needed detail.

o   Conversely, the Alwan, Louik, and Malm studies observed an association with right ventricular outflow tract defects and paroxetine exposure, but the studies by Kallen, Cole, Pedersen, Bakker and Kornum did not appear to. There is no obvious methodologic reason why this association would not have been observed in the Kallen, Cole, Pedersen, Bakker, and Kornum studies, particularly the large population-based study conducted by Kallen.

o   With respect to left ventricular outflow tract obstruction defects and paroxetine, three studies (Alwan, Louik, and Bakker) report odds ratios of 1.3, 0.5, and 2.1. This range of results does not indicate an association because results are supportive of an interpretation of both increased risk and protective effects. The study by Malm refers to left ventricular outflow tract obstruction defects – observing no infants in this category among those exposed to paroxetine.

Data regarding paroxetine and heart defects generally, as well as groups of heart defects are weak and inconsistent. The hypothesized association between first trimester paroxetine exposure and heart defects has been studied in a number of different populations, using different epidemiologic approaches. When considering entirety of available data, all that can be said with any certainty is that the data remain inconsistent.

There is no single heart defect or group of heart defects that emerges as showing a consistently increased risk sufficient to support a causal conclusion. Even the data for paroxetine and all heart defects lumped together remain weak and inconsistent.

Thus, the findings may be random or explained by the methodologic concerns I raise above for each of these studies, including multiple comparisons and small numbers in the Alwan study, potential selection bias from low participation or follow-up information

and small numbers in the Louik and the Diav-Citrin studies, and biased ascertainment of certain defects in the Kallen and Cole studies.

On the whole, and in particular, findings need to be replicated in further rigorous studies before meaningful inferences can be drawn regarding paroxetine and any specific heart defects or heart defect groups.  Indeed, the primary author of one of these studies (Louik) makes this salient point -   *"The previously unreported associations we identified warrant particularly cautious interpretation.  In the absence of preexisting hypotheses and the presence of multiple comparisons, distinguishing random variation from true elevations in risk is difficult."*

## L.  Comments Associated with Plaintiffs' Expert Reports

I have reviewed Dr. Kramer's report and Dr. Goldstein's report.  It is my opinion that:

1.  Dr. Kramer writes in para #80 that "… grouping of birth defects in epidemiological studies is possible because specificity is not a criterion to establish causation."  Dr. Kramer's suggestion that specificity of outcome is not important is contrary to accepted teratologic principles. Indeed, Dr. Kramer's attempted argument is incompatible with the pertinent published editorial by Dr. Christina Chambers (Chambers 2009).  Dr. Chambers is a recent past President of the Teratology Society.  In the editorial, Dr. Chambers clearly points out the lack of consistency and the lack of specificity [of birth defects] in the epidemiologic literature related to SSRIs, including paroxetine, and risks of birth defects, including heart defects.  She states:  *"Lack of consistency across these studies with respect to specific malformations and specific drugs makes it difficult to translate the findings into clinical practice. One of the fundamental principles of teratology is that teratogenic exposures induce specific patterns of malformation, and not an increase in the incidence of every defect. In other words, if some or all SSRIs are teratogenic, we would expect to see similar findings for specific drug exposures and specific defects in all studies."*

Dr. Kramer has the issue of specificity and grouping of birth defects reversed in logic.  It is because specific teratogens have produced specific phenotypes that make it permissible to group based on similarity in underlying pathogenesis.  As I note above in Section D, limb reduction defects have been associated with teratogenic exposures such as thalidomide, misoprostol, and chorionic villus sampling AND each of these exposures results in a distinct pattern of defects involving EVEN the limbs.

Dr. Kramer's dismissal of the concept of specificity is counter to epidemiologic practice as well.  The idea of designing a study without specificity of outcome would not bode well with scientific funding institutions.  That is, no funding body guided by scientific peer review would provide funding awards to explore a broad base of birth defects unless there is a clear hypothesis with compelling justification.  For example, an application seeking funding to study all heart defects, all limb defects, or all musculoskeletal defects would not likely be favorably received by a scientific review group.

2.  Dr. Kramer states in paragraph 94, *"It is my opinion, to a reasonable degree of scientific certainty, that Paxil (paroxetine) is causally related to an elevated risk of congenital limb malformations among the fetuses exposed to the drug during the first trimester of pregnancy."*  Dr. Kramer then goes on to describe the epidemiologic

literature on birth defects and paroxetine exposures.  Her summary paragraph 137 provides absolutely no support for her opinion in paragraph 94.  Indeed, she does not even mention studies pertaining to limb defects.  It mentions heart defects (her categories a-e).  It mentions all major malformations, non-cardiac, club foot, and relatively severe malformations – none of these categories provides any meaningful information about establishing even an association between paroxetine and limb defects let alone a causal association.  It is entirely unclear why club foot is a category included in her report.  Club foot is a musculoskeletal anomaly but it is not a limb reduction defect.  Further, there are 2 studies, both of which Dr. Kramer reviews, that specifically provide results on limb reduction defects.  These studies did not show increased risks.  Dr. Kramer neglects to add this critical information to her paragraph 137 that she presents as the summary basis of her opinion.  This sleight-of-hand approach clearly reveals either Dr. Kramer's misunderstanding of the subject matter or an attempt to disguise the epidemiologic data for the non-expert reader.

3.  Also in paragraph 137, Dr. Kramer states *"In the reviewed studies, and others, exposure to Paxil (paroxetine) during the first trimester of pregnancy has been associated with increased risk of a variety of congenital cardiac defects…"*  She then summarizes the risk ranges observed for 5 categories of heart defects.  In 4 out of 5 of the presented ranges, the results are consistent with a conclusion of both increased AND decreased risks associated with paroxetine exposure.  The data she presents reveal the inconsistency of the findings on which she relies and tend to refute, rather than support, a causal association between paroxetine exposure and the occurrence of any specific heart defect.  Dr. Kramer's implication that paroxetine exposure is associated with or causes such an array of unrelated birth defect types is contrary to the generally accepted principle of teratology that teratogens act with specificity.

4. Dr. Kramer criticizes much of the epidemiologic work in this area as poorly designed on the basis of insufficient statistical power.   The criticism of insufficient statistical power is a "smokescreen" of sorts.  First of all it implies that studies that showed slightly elevated risks for specific heart defects or any specific birth defect would be statistically significant if the study sample size was larger.  There is no reason to automatically make such a conclusion.  Larger sample sizes would result in more precise risk estimates.  Some of these estimates will stay the same, some would increase, and some would decrease with expanded sample size.  Indeed, the Kallen study is a good example of this.  In the more recent data that was added to the Swedish cohort (Reis and Kallen) the risk estimates decreased slightly.

5. Dr. Kramer indicates on page 63 that there is *"compelling bases of causation…"* between paroxetine exposure and congenital heart defects.  Indeed, she states  *"The weight of the evidence is driven by the strength and consistency of studies finding a positive association between first trimester exposure to Paxil (paroxetine) and congenital cardiac defects and limb defects in the epidemiological literature."*  As discussed above, however, there isn't a single study in the epidemiologic literature regarding paroxetine that finds a positive association between paroxetine and limb reduction defects or limb defects of any kind.  Several studies included ascertainment for limb defects but did not observe any such defects to occur among the exposed groups.  It is completely unreasonable for Dr. Kramer to conclude from this totality of data that  - *"The weight of the evidence, which is driven by the strength and consistency of studies and scientific evidence, supports….a causal association between…(paroxetine) and limb defects in the epidemiological literature."*  The epidemiologic literature provides no support for Dr.

Kramer's opinion.

The findings across the literature are not at all consistent for specific heart defects either. Positive findings have varied across studies, and studies that would have been expected to observe positive associations (if they existed) did not make such observations.  Dr. Kramer does not provide support for her conclusion that results across studies are consistent.  In Section H of this report I outline in detail the lack of consistency in results across the available studies.  Interestingly, Dr. Kramer also states that the strength of the findings contribute to her conclusion.  Even for all heart defects combined, the calculated odds ratios were between 1.5 and 2.  These types of risks would be interpreted by most epidemiologists as modest, at best - not strong associations.  An observed risk of 2 or less certainly does not compare to a risk of 25 such as is observed with a known teratogen like Accutane (Lammer et al. 1985).

6.  Dr. Goldstein states that *"Scientific studies in peer-reviewed literature indicate that congenital limb malformation is positively correlated with the use of Paxil in the first trimester"* and then cites Louik et al. to support his statement.  That is not what the Louik et al. study found or concluded.  The observed odds ratio for limb defects in that study was 1.0, indicating no association.   Again, as I point out above, there isn't a single study in the epidemiologic literature regarding paroxetine that finds a positive association between paroxetine and limb reduction defects or limb defects of any kind.

7.  My failure to point to other specifics in Dr. Kramer's report or Dr. Goldstein's report does not indicate my agreement with the opinions expressed.

24

## M. Conclusion

There is insufficient evidence to conclude that an association exists between prenatal exposure to paroxetine and any limb defects or any specific heart defects.

To a reasonable degree of scientific certainty the epidemiologic data indicate that:

1. There is no evidence to support an association between limb defects, whether that is all limb reduction defects combined, longitudinal, transverse, or other classification including musculoskeletal defects as a whole, and exposure to paroxetine.

2. The epidemiologic data are inconsistent and are therefore insufficient to conclude that paroxetine increases the risk of all heart defects combined. In addition, such an overall grouping of heart defects is uninformative for drawing inferences about associations, causal or otherwise, for a specific heart defect. Chance and bias are reasonable alternative explanations for the findings to date.

3. There is insufficient evidence to support a causal association between paroxetine exposure and the specific heart defect (atrial septal defect), or the larger grouping of septal defects that plaintiffs experts allege that Evan Frischhertz has.

This is my informed opinion of the totality of the currently available epidemiologic data to a reasonable degree of scientific certainty.

---------------------------------------
Gary M. Shaw
April 2012

My compensation for work in this case is $600/hour.

# References

Adams MM et al.  Risk factors for conotruncal defects in Atlanta. J Am Coll Cardiol 1989;14:432-42.

Alwan S, et al.  Use of selective serotonin-reuptake inhibitors in pregnancy and the risk of birth defects. N Engl J Med 2007;356:2684-92.

Baghai TC, et al.  Drug treatment of depression in the 2000s: an overview of achievements in the last 10 years and future possibilities.  World J Biol Psychiatr 2006;7:198-222.

Bakker MK, et al.  First trimester use of paroxetine and congenital heart defects: a population-based case-control study. Birth Defects Res A 2009 epub

Bar-Oz B. et al.  Paroxetine and congenital malformations: meta-analysis and consideration of potential confounding factors. Clin Therap 2007;29:918-26.

Berard A, et al.  First trimester exposure to paroxetine and risk of cardiac malformations in infants: the importance of dosage Birth Def Res B 2007;80:18-27.

Botto LD, et al. Seeking causes: classifying and evaluating congenital heart defects in etiologic studies. Birth Def Res A 2007;79:714-27.

Bruyere I, et al.  Pregnancy outcomes in women exposed to SSRI and SNRI antidepressants: a prospective collaborative study of the French Pharmacovigilance Centers.  2008 Abstract to ESDP Congress

Casper RC et al. Follow-up of children of depressed mothers exposed or not exposed to antidepressant drugs during pregnancy. J Pediatr 2003;142:402-8.

Caton AR et al.  Antihypertensive medication use during pregnancy and the risk of cardiovascular malformations. Hypertension 2009;54:

Cedergren MI, Kallen BAJ.  Maternal obesity and infant heart defects. Obesity Res 2003;11:1065-71.

Chambers C.  Selective serotonin reuptake inhibitors and congenital malformations. BMJ 2009;339:b3525.

Clark EB. Pathogenetic mechanisms of congenital cardiovascular malformations revisited. Semin Perinatol 1996;20:465-72.

Cole JA. et al.  Paroxetine in the first trimester and the prevalence of congenital malformations. Pharmacoepidemiol Drug Saf 2007;16:1075-85.

Colvin L, et al.  Linking a pharmaceutical claims database with a birth defects registry to investigate birth defects rates of suspected teratogens. Pharmacoepidemiol 2010;19:1137-50.

Colvin L, et al.  Dispensing patterns and pregnancy outcomes for women dispensed selective serotonin reuptake inhibitors in pregnancy. Birth Def Res A 2011;91:142-52.

Davis RL, et al.  Risks of congenital malformations and perinatal events among infants exposed to antidepressant medications during pregnancy.  Pharmacol Drug Safety 2007;16:1086-94.

Diav-Citrin O, et al.  Paroxetine and fluoxetine in pregnancy : a prospective, multicentre, controlled observational study. Br J Clin Pharmacol 2008;66:695-705.

Einarson TR, Einarson A.  Newer antidepressants in pregnancy and rates of major malformations: a meta-analysis of prospective comparative studies. Pharmacol Epidemiol Drug Saf 2005;14:823-7.

Einarson A, et al.  Evaluation of the risk of congenital cardiovascular defects associated with use of paroxetine during pregnancy.  Am J Psychiatr 2008;165:749-52.

Einarson A, et al.  Incidence of major malformations in infants following antidepressant exposure in pregnancy: results of a large prospective cohort study.  Can J Psychatr 2009;54:242-6.

Ekblom AG, et al.  Epidemiology of congenital upper limb anomalies in 562 children born in 1997 to 2007: a total population study from Stockholm, Sweden. J Hand Surg 2010;35A:1742-54.

Ferencz C, et al.  Genetic and environmental risk factors for major cardiovascular malformations: the Baltimore Washington Infant Study. Armonk: Futura Publishing Company; 1997.

Fewell Z, et al.  The impact of residual and unmeasured confounding in epidemiologic studies: a simulation study. Am J Epidemiol 2007;166:646-55.

Firth HV, et al.  Severe limb abnormalities after chorionic villus sampling at 56-66 days gestation. Lancet 1991;337:762-3.

Garne E, Eurocat Working Group.  Prenatal diagnosis of six major cardiac malformations in Europe – a population based study.  Acta Obstet Gynecol Scand 2001;80:224-8.

Garne E.  Congenital heart defects – occurrence, surgery, and prognosis in a Danish county. Scand Cardiovasc J 2004;38:357-62.

GlaxoSmithKline, Dr. Barbara Arning communication to Dr. Thomas Laughren, General Correspondence: Pregnancy, congenital malformations, systematic review and meta-analysis of epidemiologic data. May 16,2007.

Greenland S.  Basic methods for sensitivity analysis of biases. Int J Epidemiol 1996;25:1107-16.

Gonzalez CH, et al.  Congenital abnormalities in Brazilian children associated with misoprostol misuse in the first trimester of pregnancy. Lancet 1998;351;1624-7.

Harris JA, et al.  The epidemiology of cardiovascular defects, Part 2: A study based on data from three large registries of congenital malformations. Pediatr Cardiol 2003;24:222-35.

Hill AB. President's Address. Proceedings Royal Soc Med 1965:295-300

Hoffman JI, Kaplan S.  The incidence of congenital heart disease. J Am Coll Cardiol 2002;39:1890-1900.

Jenkins KJ, et al.  Noninherited risk factors and congenital cardiovascular defects: current knowledge.  Circulation 2007;115:2995-3014.

Kallen B.  A prospective study of some etiological factors in limb reduction defects in Sweden.  J Epidemiol Community Health 1989;43:86-91.

Kallen BAJ, et al.  Maternal use of selective serotonin re-uptake inhibitors in early pregnancy and infant congenital malformations. Birth Def Res A 2007;79:301-8.

Kallen B, Olauuson PO.  Use of anti-asthmatic drugs during pregnancy. 3. Congenital malformations in the infants. Eur J Clin Pharmacol 2007;63:383-8.

Khoury MJ, et al.  The interaction between dysmorphology and epidemiology: methodologic issues of lumping and splitting. Teratology 1992;45:133-8.

Kirby ML.  Margaret L. Kirby, PhD. Expert Report (Seale Case).

Kornum JB, et al.  Use of selective serotonin-reuptake inhibitors during early pregnancy and risk of congenital malformations: updated analysis.  Clin Epidemiol 2010;2:29-36.

Koskimies E, et al.  Congenital upper limb deficiencies and associated malformations in Finland: a population-based study. J Hand Surg 2011;36A:1058-65.

Kulin NA, et al.  Pregnancy outcome following maternal use of the new selective serotonin reuptake inhibitors: a prospective controlled multicenter study. JAMA 1998;279:609-10.

Lammer EJ.  Report of Edward J. Lammer, MD. RE: William Adams Seale. July 22, 2009.

Lammer EJ, et al.  Retinoic acid embryopathy. New Engl J Med 1985; 313:837-41.

Lin S, et al.  Evaluation of congenital limb reduction defects in upstate New York. Teratology 1993;47:127-35.

Louik C, et al.  First-trimester use of selective serotonin-reuptake inhibitors and the risk of birth defects. N Engl J Med 2007;356:2675-83.

Malm H, et al.  Risks associated with selective serotonin reuptake inhibitors in pregnancy. Obstet Gynecol 2005;106:1289-96.

Malm H, et al.  Selective serotonin reuptake inhibitors and risk for major congenital

anomalies. Obstet Gynecol. 2011;118:111-20.

McGuirk CK, et al.  Limb deficiencies in newborn infants. Pediatrics 2001;108:1-7.

Merlob P, et al.  Are selective serotonin reuptake inhibitors cardiac teratogens? Echocardiographic screening of newborns with persistent heart murmur.  Birth Defects Res A 2009;85:837-41.

Mitchell AA.  Chapter 34. Studies of drug induced birth defects. Pharmacoepidemiology. Strom BL (ed). Wiley 4th edition. New York. 2005.

Morabia A.  Poppers, kaposi's sarcoma, and HIV infection: empirical example of a strong confounding effect?  Prev Med 1995;24:90-5.

Nikkila A, et al. Prenatal diagnosis of congenital heart defects – a population based study. Acta Paediatrica 2007;96:49-52.

Nordeng H, et al.  Pregnancy outcome after exposure to antidepressants and the role of maternal deprivation. J Clin Pharmaco 2012;32:186-94.

Oberlander TF, et al.  Major congenital malformations following prenatal exposure to serotonin reuptake inhibitors and benzodiaepines using population-based health data. Birth Def Res B 2008;83:68-76.

O'Brien L, et al.  Does paroxetine cause cardiac malformations?  J Obstet Gynaecol Can 2008;30:696-701.

O'Malley C, et al.  Epidemiologic characteristics of conotruncal heart defects in California, 1987-1988. Teratology 1996;53:374-7.

Pedersen LH, et al.  Selective serotonin reuptake inhibitors in pregnancy and congenital malformations: population based cohort study. BMJ 2009;339:b3569.

Pierpoint ME, et al. Genetic basis for congenital heart defects: current knowledge. Circulation 2007;115:3015-3038.

Rahimi R, et al.  Pregnancy outcomes following exposure to serotonin reuptake inhibitors: a meta-analysis of clinical trials. Repro Toxicol 2006;22:571-5.

Ramos E, et al.  Duration of antidepressant use during pregnancy and risk of major congenital malformations.  Br J Psych 2008;192:344-50.

Reis M, Kallen B.  Delivery outcome after maternal use of antidepressant drugs in pregnancy: an update using Swedish data. Psychol Med 2010:1-11.

Robitaille J, et al.   Maternal nutrient intake and risks for transverse and longitudinal limb deficiencies: data from the National Birth Defects Prevention Study, 1997-2003.  Birth Def Res A 2009;85:773-9.

Roguin N, et al.  High prevalence of muscular ventricular septal defects in neonates.  J Am Coll Cardiol 1995;26:1545-8.

Schloemp S, et al.  Congenital malformations after antidepressant medication with paroxetine in early pregnancy? ESHRE Scientific Programme 2006.

Simon GE, et al.  Outcomes of prenatal antidepressant exposure. Am J Psychiatry 2002;159:2055-2061.

Shaw GM, et al. Maternal periconceptional use of multivitamins and reduced risk for conotruncal heart defects and limb deficiencies among offspring. Am J Med Genet 1995;59:536-45.

Shaw GM, Nelson V, Carmichael SL, Lammer EJ, Finnell RH, Rosenquist TH. Maternal periconceptional vitamins: interactions with selected factors and congenital anomalies? Epidemiology. 2002;13:625-30.

Srivastava D.  Genetic regulation of cardiogenesis and congenital heart disease. Annu Rev Pathol Mech Dis 2006;1:199-213.

Stoll C, et al.  Risk factors in limb reduction defects. Ped Perinatol Epidemiol 1992;6:323-38.

Tikkanen J, Heinonen OP.  Risk factors for atrial septal defect. Eur J Epidemiol 1992;8:509-15.

Unfred CL et al.  Birth outcomes among pregnant women taking paroxetine (Paxil). (Abstract) OTIS 14th Annual meeting Program 2001.

Vial T, et al.  Paroxetine and congenital malformations: a prospective comparative study. Drug Safety 2006;29:970.

Wichman CL, et al.  Congenital heart disease associated with selective serotonin reuptake inhibitor use during pregnancy. Mayo Clin Proc 2009;84:23-7.

Wen SW, et al.  Selective serotonin reuptake inhibitors and adverse pregnancy outcomes. Am J Obstet Gynecol 2006;194:961-6.

Werler MM, et al.  Maternal vasoactive exposures, amniotic bands, and terminal transverse limb defects. Birth Def Res A 2009;85:52-7.

Wogelius P, et al.  Maternal use of selective serotonin reuptake inhibitors and risk of congenital malformations. Epidemiology 2006;17:701-4.

Wurst KE, et al.  Evaluation of the General Practice Research Database congenital heart defects prevalence: comparison to the United Kingdom National Systems. Birth Def Res A 2007;79:309-16.

Wurst KE, et al.  First trimester paroxetine use and the prevalence of congenital, specifically cardiac defects: a meta-analysis of epidemiological studies. Birth Def Res A 2010;88:159-70.

# Curriculum Vitae

## GARY M. SHAW

**Contact**      Department of Pediatrics
             Division of Neonatal & Developmental Medicine
             Stanford University
             Medical School Office Bldg
             1265 Welch Road Rm x159
             Stanford, CA 94305-5415
             telephone 650.721.5746
             fax 650.721.5751
             gmshaw@stanford.edu

## EDUCATION

| | | | |
|---|---|---|---|
| University of California at Berkeley | DrPH | Epidemiology, cancer biology | 1986 |
| University of California at Berkeley | MPH | Epidemiology | 1983 |
| State University of New York, Brockport | BS | Health Sciences | 1979 |

## PROFESSIONAL EXPERIENCE

4/09-          PROFESSOR —Stanford University, Stanford University School of Medicine, Department of Pediatrics, Division of Neonatal and Developmental Medicine, Palo Alto, CA.

3/12-          ASSOCIATE CHAIR CLINICAL RESEARCH —Stanford University, Stanford University School of Medicine, Department of Pediatrics.

7/07 – 4/09    SENIOR EPIDEMIOLOGIST/RESEARCH DIRECTOR—California Research Division/March of Dimes.  Oakland, CA.

6/86–6/07      SENIOR EPIDEMIOLOGIST/RESEARCH DIRECTOR—California Birth Defects Monitoring Program/March of Dimes.  Berkeley, CA.

7/03–9/09      ADJUNCT PROFESSOR OF EPIDEMIOLOGY—University of California, Berkeley.

10/01-         CLINICAL SCIENTIST—Children's Hospital Oakland Research Institute, Oakland, CA.

7/05-          ADJUNCT PROFESSOR OF PEDIATRICS – University of Nebraska Medical Center, Omaha.

1/05-8/10      ADJUNCT PROFESSOR OF EPIDEMIOLOGY – Texas A&M University, College Station

## PUBLICATIONS – PEER REVIEWED

1.    Shaw G, Lavey R, Jackson R, Austin D.  Association of childhood leukemia with maternal age, birth order, and paternal occupation: a case-control study. Am J Epidemiol 1984;119:788-95.

2.  Shaw GM, Windham GC, Leonard A, Neutra RR.  Characteristics of hazardous material spills from reporting systems in California. Am J Pub Health 1986;76:540-4.

3.  Shaw GM.  A comparison of techniques used for the detection of spatial and temporal spatial disease clustering.  [Dissertation].  Berkeley, California: University of California; 1986.

4.  Kurtz P, Shaw GM, Jackson R, Kelter A.  An assessment of potential acute health effects in agricultural workers exposed during the application of chlordimeform. J Occup Med 1987;29:592-5.

5.  Shaw GM, Selvin S, Swan SH, Merrill D, Schulman J.  An examination of three spatial disease clustering methodologies. Int J Epidemiol 1988;17:914-20.

6.  Selvin S, Shaw G, Schulman J, Merrill D. Spatial distribution of disease: three case studies. JNCI 1987;79:417-23.

7.  Shaw GM, Gold EB.  Methodologic considerations in studying parental occupational exposures and congenital malformations. Scand J Work Env Health 1988;14:344-55.

8.  Swan SH, Shaw G, Harris J, Neutra RR.  Congenital cardiac anomalies in relation to water contamination, Santa Clara County, California, 1981-1983. Am J Epidemiol 1989;129:885-93.

9.  Schulman J, Shaw G, Selvin S.  On "rates" of birth defects. Teratology 1988;38:427-9.

10. English P, Shaw GM, Windham GC, Neutra RR.  Illness and absenteeism among California Highway Patrol Officers responding to hazardous material spills. Arch Env Health 1989;44:117-9.

11. Shaw GM, Malcoe LH, Croen L, Smith D.  An assessment of error in parental occupation from the birth certificate. Am J Epidemiol 1990;131:1072-9.

12. Shaw GM, Swan SH, Harris JA, Malcoe LH.  Maternal water consumption during pregnancy and congenital cardiac anomalies: A case-control study. Epidemiol 1990;1:206-11.

13. Frisch JD, Shaw GM, Harris JA.  Epidemiologic research using existing data bases of environmental measures.  Arch Env Health 1990;45:303-7.

14. Schulman J, Selvin S, Shaw GM, Merrill D.  Detection of excess disease near an exposure point. A case study. Arch Env Health 1990;45:168-75.

15. Croen LA, Shaw GM, Jensvold NG, Harris JA.  The California Birth Defects Monitoring Program: A resource for epidemiologic research. Paediatr Perinat Epidemiol 1991;5:423-7.

16. Shaw GM, Malcoe LH, Lammer EJ. Maternal use of cocaine during pregnancy and congenital cardiac anomalies.  J Peds 1991;118:167-8.

17. Shaw GM, Croen LA, Curry CJ.  Oral cleft malformations: Associations with maternal and infant characteristics in a California population. Teratology 1991;43:225-8.

18. Shaw GM, Schulman J, Frisch JD, Cummins SK, Harris JA.  Congenital malformations and birthweight in areas with potential environmental contamination.  Arch Environ Health 1992;47:147-54.

19. Neutra RR, Swan SH, Hertz-Piccioto I, Windham GC, Wrensch M, Shaw GM, Fenster L, Deane M.  Potential sources of bias and confounding in environmental epidemiologic studies of pregnancy outcomes. Epidemiol 1992;3:134-42.

20. Swan SH, Shaw GM, Schulman J. Reporting and selection bias in case-control studies of congenital malformations. Epidemiol 1992;4:356-63.

21. Shaw GM, Malcoe LH, Milea A., Swan SH.  Chlorinated water exposures and congenital cardiac anomalies.  Epidemiol 1992;2:459-60.

22. Shaw GM, Malcoe LH, Swan SH, Cummins SK, Schulman J.  Congenital cardiac anomalies relative to selected maternal exposures and conditions during early pregnancy.  Eur J Epidemiol 1992;8:757-60.

23. Shaw GM, Malcoe LH, Katz E.  Maternal workplace exposures to organic solvents and congenital cardiac anomalies.  J Occup Med Toxicol 1992;1:371-6.

24. Matanoski G, Selevan SG, Akland G, Bornschein RL, Dockery D, Edmonds L, Griefe A, Melhman M, Shaw GM, Elliott E. The role of exposure databases in epidemiology.  Arch Environ Health 1992;47:439-46.

25. Schaffer D, Shaw G.  Mothers' motivations to participate in a pregnancy health survey.  Public Health Rep 1992;107:731-3.

26. Shaw GM, Malcoe LH.  Residential mobility during pregnancy for mothers of infants with or without congenital cardiac anomalies. Arch Environ Health 1992;47:236-8.

27. Schulman J, Selvin S, Shaw GM, Malcoe LH.  Exposure misclassification due to residential mobility during pregnancy in epidemiologic investigations of congenital malformations.  Arch Environ Health 1993;48:114-9.

28. Shaw GM, Croen LA.  Human adverse reproductive outcomes and electromagnetic field exposures: Review of epidemiologic studies.  Environ Health Perspect 1993; 101:107-19.

29. Schulman J, Jensvold NG, McLearn A, Edmonds L, Shaw GM, Lucas MK. A comparison of birth defect prevalences in two geographic areas. MMWR, CDC Surveillance Summaries 1993;42:1-7.

30. Hahn JA, Shaw GM.  Trends in Down syndrome prevalence in California, 1983-88. Paediatr Perinat Epidemiol 1993;7:450-60.

31. Shaw GM, Jensvold NG, Wasserman CR, Lammer EJ.  Epidemiologic characteristics of phenotypically distinct neural tube defects among 0.7 million California births, 1983-87. Teratology 1994;49:143-9.

32. Katz E, Shaw GM, Schaffer D.  Exposure assessment in epidemiologic studies of birth defects by industrial hygiene review of maternal interviews.  Am J Ind Med 1994;26:1-11.

33. Shaw GM, Wasserman CR, O'Malley CD, Lammer EJ, Finnell RH.  Orofacial clefts and maternal anticonvulsant use.  Repro Toxicol 1995;9:97-8.

34. Robert E, Francannet C, Shaw G, Kallen B.  Neural tube defects and maternal weight reduction in early pregnancy.  Repro Toxicol 1995;9:57-9.

35. Shaw GM, Schaffer D, Velie EM, Morland K, Harris J.  Periconceptional vitamin use, dietary folate, and the occurrence of neural tube defects. Epidemiol 1995;6:219-26.

36. Olney RS, Khoury MJ, Alo CJ, Costa P, Edmonds LD, Flood TJ, Harris JA, Howe HL, Moore CA, Olsen CL, Panny SR, Shaw GM.  Increased risk of transverse digital deficiency after chorionic villus sampling—Results of the United States Multistate Case-control Study, 1988-1992.  Teratology 1995;51:20-9.

37. Croen LA, Shaw GM.  Young maternal age and congenital malformations: A population-based study.  Am J Pub Health 1995;85:710-13.

38.   Shaw GM, Lammer EJ, Wasserman CR, O'Malley CD, Tolarova MM. Risk of orofacial clefts in children born to women using multivitamins containing folic acid periconceptionally.  Lancet 1995;346:393-6.

39.   Takahashi ER, Shaw GM.  Feasibility of collecting maternal blood and hair samples in a case-control study of congenital anomalies.  Epidemiol 1995;6:469.

40.   Shaw GM, Lammer EJ, Velie EM.  Ovulation induction by clomiphene and neural tube defects. Repro Toxicol 1995;9:399-400.

41.   Cragan JD, Roberts HE, Edmonds LD, Martin ML, Khoury MJ, Shaw GM, Velie EM, Williamson RA, Krishnamurti D, Kirby RS, Stevenson RE, Dean J.  Impact of prenatal diagnosis on the birth prevalence of anencephaly and spina-bifida—United States, 1985-1993. MMWR Surv Summ 1995;44:1-13.

42.   Shaw GM, O'Malley CD, Wasserman CR, Tolarova MM, Lammer EJ, Maternal periconceptional use of multivitamins and reduced risk for conotruncal heart defects and limb deficiencies among offspring.  Am J Med Genet 1995;59:536-45.

43.   Harris JA, Shaw GM.  Neural tube defects—why are rates high among populations of Mexican descent? Environ Health Perspect 1995;103:163-4.

44.   Shaw GM, Wasserman CR, Lammer EJ, O'Malley CD, Murray JC, Basart AM, Tolarova MM. Orofacial clefts, parental cigarette smoking, and transforming growth factor-alpha gene variants. Am J Hum Genet 1996;58:551-61.

45.   Botto LD, Olney RS, Mastroiacovo P, Khoury MJ, Moore CA, Alo CJ, Costa P, Edmonds LD, Flood TJ, Harris JA, Howe HL, Olsen CL, Panny SR, Shaw GM, Chorionic villus sampling and transverse digital deficiencies: evidence for anatomic and gestational-age specificity of the digital deficiencies in two studies. Am J Med Genet 1996;62:173-8.

46.   Khoury MJ, Shaw GM, Moore CA, Lammer EJ, Mulinare J.  Does periconceptional multivitamin/folic acid use reduce the risk of neural tube defects that are associated with other birth defects?  Data from two population-based case-control studies. Am J Med Genet 1996;61:30-6.

47.   Shaw GM, Velie EM, Morland KB.  Parental recreational drug use and risk for neural tube defects.  Am J Epidemiol 1996;144:1155-60.

48.   Shaw GM, Wasserman CR, Block G, Lammer EJ.  High vitamin A intake and risk for anomalies of structures with a cranial neural crest cell contribution. Lancet 1996;347:899-90.

49.   Wasserman CR, Shaw GM, O'Malley CD, Tolarova MM, Lammer EJ. Parental cigarette smoking and risk for congenital anomalies of the heart, neural tube or limb.  Teratology 1996;53:261-7.

50.   Croen LA, Shaw GM, Lammer EJ.  Holoprosencephaly: epidemiologic and clinical characteristics of a California population.  Am J Med Genet 1996;64:465-72.

51.   Velie EM, Shaw GM.  Impact of prenatal diagnosis and elective termination on prevalence and risk estimates of neural tube defects in California 1989-91.  Am J Epidemiol 1996;144:473-9.

52.   O'Malley CD, Shaw GM, Wasserman CR, Lammer EJ.  Epidemiologic characteristics of conotruncal heart defects in California, 1987-88.  Teratology 1996;53:374-7.

53.   Shaw GM, Velie EM, Schaffer D.  Risk for neural tube defect-affected pregnancies among obese women.  JAMA 1996;275:1093-6.

54.   Shaw GM, Lammer EJ. Incorporating molecular genetic variation and environmental exposures into epidemiologic studies of congenital anomalies.  Repro Toxicol 1997;11:275-80.

55.   Shaw GM, Todoroff K, Lammer EJ.  NTD phenotypes in infants and fetuses whose mothers used multivitamins containing folic acid in early pregnancy compared to those who did not.  Am J Med Genet 1997;70:330-1.

56.   Shaw GM, Velie EM, Wasserman CR. Risk for neural tube defect-affected pregnancies among women of Mexican descent and white women in California.  Am J Public Health 1997;87:1467-71.

57.   Croen LA, Shaw GM, Sanbonmatsu L, Selvin S, Buffler PA.  Maternal residential proximity to hazardous waste sites and risk for selected congenital malformations.  Epidemiol 1997;8:347-54.

58.   Werler MM, Cragan JD, Wasserman CR, Shaw GM, Erickson JD, Mitchell A.A.  Multivitamin supplementation and multiple births.  Am J Med Genet 1997;71:93-6.

59.   Shaw GM, Velie EM, Schaffer D, Lammer EJ.  Periconceptional intake of vitamin A among women and risk for neural tube defect-affected pregnancies.  Teratology 1997;55:132-3.

60.   Shaw GM, Liberman RF, Todoroff K, Wasserman CR.  Low birth weight, preterm delivery, and periconceptional vitamin use. J Peds 1997;130:1013-4.

61.   Shaw GM, Velie EM, Schaffer D.  Is dietary intake of methionine associated with a reduction in risk for NTD-affected pregnancies? Teratology 1997;11:295-9.

62.   Wasserman CR, Shaw GM, Selvin S, Gould JB, Syme SL.  Socioeconomic status, neighborhood social conditions and neural tube defects.  Am J Pub Health 1998;88:1674-80.

63.   Shaw GM, Rozen R, Finnell RH, Wasserman CR, Lammer EJ.  Maternal vitamin use, genetic variations of infant methylenetetrahydrofolate reductase and risk for spina bifida. Am J Epidemiol 1998;148:30-7.

64.   Finnell RH, Greer LA, Barber RA, Piedrahita JA, Shaw GM, Lammer EJ. Neural tube and craniofacial defects with special emphasis on folate pathway genes. Crit Rev Oral Biology Med 1998;9:38-53.

65.   Croen LA, Shaw GM, Wasserman CR, Tolarova MM. Racial and ethnic variations in the prevalence of orofacial clefts in California: 1983-1992. Am J Med Genet 1998;79:42-7.

66.   Schaffer DM, Velie EM, Shaw GM, Todoroff K. Energy and nutrient intakes and health practices of latinas and white non-latinas in the 3 months before pregnancy. J Am Diet Assoc 1998;98:876-84.

67.   Shaw GM, Todoroff K, Velie EM, Lammer EJ.  Maternal illness, including fever, and medication use as risk factors for neural tube defects. Teratology 1998;57:1-7.

68.   Shaw GM, Rozen R, Finnel RH, Todoroff K, Lammer EJ.  Infant C677T mutation in MTHFR, maternal periconceptional vitamin use, and cleft lip.  Am J Med Genet 1998;80:196-8.

69.   Shaw GM, Wasserman CR, Murray JC, Lammer EJ.  Infant TGF-alpha genotype, orofacial clefts, and maternal periconceptional multivitamin use. Cleft Palate Craniofac J 1998;35:366-70.

70.   Barber RC, Shaw GM, Lammer EJ, Greer KA, Lacey SW, Wasserman CR, Finnell RH.  Lack of association between mutations in the folate receptor-a gene and spina bifida. Am J Med Genet 1998;76:310-17.

71.   Shaw GM, Lammer EJ. Maternal periconceptional alcohol consumption and risk for orofacial clefts. J Peds 1999;134:298-303.

72.  Shaw GM, Wasserman CR, O'Malley CD, Nelson V, Jackson RJ. Maternal pesticide exposures as risk factors for selected congenital anomalies. Epidemiol 1999;10:60-6.

73.  Shaw GM, Todoroff K, Finnell RH, Lammer EJ, Rozen R.  Infant methionine synthase variants and risk for spina bifida. J Med Genet 1999;36:86-7.

74.  Malcoe LH, Shaw GM, Lammer EJ, Herman A.  Congenital anomalies and mortality risk in white and black infants.  Am J Pub Health 1999;89:887-92.

75.  Shaw GM, Velie EM, Katz EA, Morland KB, Schaffer DM, Nelson V. Maternal occupational and hobby chemical exposures as risk factors for neural tube defects. Epidemiol 1999;10:124-9.

76.  Trembath D, Sherbondy AL, Vandyke DC, Shaw GM, Todoroff K, Lammer EJ, Finnell RH, Marker S, Lerner G, Murray JC. Analysis of select folate pathway genes, PAX3, and human T in a midwestern neural tube defect population. Teratology 1999;59:331-41.

77.  Velie EM, Block G, Shaw GM, Samuels SJ, Schaffer DM. Maternal supplemental and dietary zinc intake and the occurrence of neural tube defects in California.  Am J Epidemiol 1999;150:605-16.

78.  Rozen R, Fraser FC, Shaw GM. Decreased percentage of female newborns with homozygosity for the C677T mutation in methylenetetrahydrofolate reductase. Am J Med Genet 1999;83:142-3.

79.  Shaw GM, Todoroff K, Schaffer DM, Selvin S. Periconceptional nutrient intake and risk for neural tube defect-affected pregnancies. Epidemiol 1999;10:711-6.

80.  Barber RC, Lammer EJ, Shaw GM, Greer KA, Finnell RH.  The role of folate transport and metabolism in neural tube defect risk. Mol Genet Metab 1999;66:1-9.

81.  Carmichael SL, Shaw GM. Maternal corticosteroid use and orofacial clefts. Am J Med Genet 1999;86:242-4.

82.  Shaw GM, Nelson V, Todoroff K, Wasserman CR, Neutra RR. Maternal periconceptional use of electric bed heating devices and risk for neural tube defects and orofacial clefts. Teratology 1999;60:124-9.

83.  Shaw GM, Finnell RH, Todoroff K, Rozen R, Lammer EJ.  Maternal vitamin use, infant C677T mutation in MTHFR, and isolated cleft palate risk. Am J Med Genet 1999;85:84-5.

84.  Strick B, Shaw GM, Harris JA.  An anthropological approach to inform epidemiologic research on birth defects. Teratology 1999;60:109-11.

85.  Todoroff K, Shaw GM. Prior spontaneous abortion, prior elective termination, interpregnancy interval and risk of neural tube defect-affected pregnancies. Am J Epidemiol 2000;151:505-11.

86.  Carmichael SL, Shaw GM.  Maternal life event stress and congenital anomalies. Epidemiol 2000;11:30-5.

87.  Shaw GM, Barber R, Todoroff K, Lammer EJ, Finnell RH.  Microsatellites proximal to leptin and leptin receptor as risk factors for spina bifida. Teratology 2000;61:231-5.

88.  Windham GC, Shaw GM, Todoroff K, Swan SH. Miscarriage and use of multivitamins or folic acid. Am J Med Genet 2000;90:261-2.

89.  Croen LA, Shaw GM, Lammer EJ.  Risk factors for cytogenetically normal holoprosencephaly in California: A population-based case-control study. Am J Med Genet 2000;90:320-5.

90.  Shaw GM, Todoroff K, Finnell RH, Lammer EJ. Spina bifida phenotypes in infants or fetuses of obese mothers. Teratology 2000;61:376-81.

91.   Shaw GM, Todoroff K, Schaffer DM, Selvin S.  Maternal height and prepregnancy weight as risk factors for selected congenital anomalies. Ped Perinatal Epidemiol 2000;14:234-9.

92.   Shaw GM, Croen LA, Todoroff K, Tolorova MM,  Periconceptional intake of vitamin supplements and risk of multiple congenital anomalies. Am J Med Genet 2000;93:188-93.

93.   Shaw GM, Todoroff K, Carmichael SL, Schaffer DM, Selvin S. Lowered weight gain during pregnancy and risk of neural tube defects among offspring. Int J Epidemiol 2001;30:60-5.

94.   Shaw GM. Adverse human reproductive outcomes and electromagnetic fields: a brief summary of the epidemiologic literature. Bioelectromagnetics 2001;22:s5-s18.

95.   Finnell RH, Gelineau-van Waes J, Bennett GD, Barber RC, Wlodarczyk B, Shaw GM, Lammer EJ, Piedrahita JA, Eberwine JH. Genetic basis of susceptibility to environmentally-induced neural tube defects. Ann NY Acad Sci 2000;919:261-77.

96.   Croen LA, Todoroff K, Shaw GM. Maternal exposure to nitrate from drinking water and diet and risk for neural tube defects. Am J Epidemiol 2001;153:325-31.

97.   Shaw GM, Savitz DA, Nelson V, Thorp JM, Jr.  Role of structural birth defects in preterm delivery. Ped Perinatol Epidemiol 2001;15:106-9.

98.   Hartsfield JK, Hickman TA, Everett ET, Shaw GM, Lammer EJ, Finnell RH.  Analysis of the EPHX1 113 polymorphism and GSTM1 homozygous null polymorphism and oral clefting associated with maternal smoking.  Am J Med Genet 2001;102:21-4.

99.   Croen LA, Shaw GM, Barber RC, Baker MM, Lammer EJ, Finnell RH.  Apolipoprotein B and apolipoprotein E genotypes and sporadic holoprosencephaly. Am J Med Genet 2002;108:75-77.

100.  Shaw GM, Selvin S, Carmichael SL, Schaffer DM, Nelson V, Neri E.  Assessing combined chemical exposures as risk factors for neural tube defects. Repro Toxicol 2001;15:631-5.

101.  Carmichael SL, Shaw GM, Neri E, Schaffer DM, Selvin S.  Physical activity and risk of neural tube defects. Maternal Child Health 2002;6:151-7.

102.  Ritz B, Yu F, Fruin S, Chapa G, Shaw GM, Harris JA.  Ambient air pollution and risks of birth defects in southern California. Am J Epidemiol 2002;155:17-25.

103.  Shaw GM, Nelson V, Olshan AF.  Paternal occupational group and risk of offspring with neural tube defects. Ped Perinatol Epidemiol 2002;16:328-333.

104.  Williams LJ, Mai CT, Edmonds LD, Shaw GM, Kirby RS, Hobbs CA, Sever LE, Miller LA Meaney FJ, Leavitt M.  Prevalence of spina bifida and anencephaly during the transition to mandatory folic acid fortification in the United States. Teratology 2002;66:33-9.

105.  Shaw GM, Nelson V, Moore CA.  Prepregnancy body mass index and risk of multiple congenital anomalies.  Am J Med Genet 2002;107:253-55.

106.  Shaw GM, Lammer EJ, Zhu H, Baker MW, Neri E, Finnell RH.  Maternal periconceptional vitamin use, genetic variation of infant reduced folate carrier (A80G) and risk of spina bifida. Am J Med Genet 2002;108:1-6.

107.  Rasmussen S, Lammer EJ, Shaw GM, Finnell RH, McGehee R, Gallagher M, Romitti PA, Murray JC.  Integration of DNA sample collection into a multi-site birth defects case-control study.  Teratology 2002;66:177-184.

108.  Shaw GM, Carmichael SL, Nelson V.  Congenital malformations in offspring of Vietnamese women in California, 1985-97. Teratology  2002;65:121-4.

109.  Finnell RH, Shaw GM, Lammer EJ, Volcik KA.  Does prenatal screening for 5-methyltetrahydrofolate reductase (*MTHFR*) mutations in high risk neural tube defect pregnancies make sense? Genetic Testing 2002;6:47-52.

110.  Carmichael SL, Shaw GM, Nelson V.  Timing of prenatal care initiation and risk of congenital malformations. Teratology 2002;66:326-330.

111.  Carmichael SL, Shaw GM, Selvin S, Schaffer DM.  Diet quality and risk of neural tube defects. Medical Hypotheses 2003;60:351-5.

112.  Zhu H, Barber R, Shaw GM, Lammer EJ, Finnell RH.  Is sonic hedgehog (SHH) a candidate gene for spina bifida? Am J Med Genet 2003;117a:87-8.

113.  Shaw GM, Carmichael SL, Nelson V, Selvin S, Schaffer D.  Food fortification with folic acid and twinning among California infants Am J Med Genet 2003;119A:137-40.

114.  Shaw GM, Nelson V, Iovannisci D, Finnell RH, Lammer EJ.  Maternal occupational chemical exposure and biotransformation genotypes as risk factors for selected congenital anomalies. Am J Epidemiol 2003;157:475-84.

115.  Carmichael SL, Nelson V, Shaw GM, Wasserman CR, Croen LA.  Socioeconomic status and risk of selected congenital anomalies.  Ped Perinatol Epidemiol 2003;17:264-71.

116.  Carmichael SL, Shaw GM, Neri E, Schaffer D, Selvin S.  Social networks and risk of neural tube defects. Eur J Epidemiol 2003;18:129-33.

117.  Shaw GM, Nelson V, Carmichael SL, Lammer EJ, Finnell RH, Rosenquist TR.  Maternal periconceptional vitamins: Interactions with selected factors and congenital anomalies. Epidemiol 2002;13:625-30.

118.  Volcik K, Zhu H, Shaw GM, Lammer EJ, Finnell RH.  Apolipoprotein E and apolipoprotein B genotypes and risk for spina bifida. Teratology 2002;66:257-9.

119.  Shaw GM, Ranatunga D, Quach T, Neri E, Correa A, Neutra RR.  Trihalomethane exposures from municipal water supplies and risks of selected congenital malformations in California. Epidemiol 2003;14:191-9.

120.  Reefhuis J, Honein P, Shaw GM, Romitti P.  Fertility treatments and craniosynostosis, Atlanta, California, and Iowa, 1993-97.  Pediatrics 2003;111:1163-6.

121.  Zhu H, Wicker NJ, Shaw GM, Lammer EJ, Hendricks K, Suarez L, Canfield M, Finnell RH. Homocysteine re-methylation enzyme polymorphisms and increased risks for neural tube defects (NTDs).  Molecular Genet Metab 2003;78:216-21.

122.  Zhu H, Junker WM, Finnell RH, Brown S, Shaw GM, Lammer EJ, Canfield M, Hendricks K, Finnell RH.  Lack of association between Zic2 and Zic3 genes and the risk of neural tube defects in Hispanic populations. Am J Med Genet 2003;116:414-5.

123.  Carmichael SL, Shaw GM, Nelson V, Selvin S, Torfs CP, Curry CJ.  Hypospadias in California: trends and descriptive epidemiology . Epidemiology 2003;14:701-6.

124.  Volcik KA, Shaw GM, Lammer EJ, Zhu H, Finnell RH.  Evaluation of infant methylenetetrahydrofolate reductase genotype, maternal vitamin use, and risk of high versus low level spina bifida defects. Birth Defects Res 2003;67:154-7.

125.  Volcik KA, Shaw GM, Zhu H, Lammer EJ, Finnell RH.  Risk factors for neural tube defects: associations between uncoupling protein 2 polymorphisms and spina bifida. Birth Defects Res 2003;67:158-61.

126. Shaw GM, Quach T, Nelson V, Carmichael SL, Schaffer DM, Selvin S.  Neural tube defects in offspring associated with maternal periconceptional dietary intake of simple sugars and glycemic index. Am J Clin Nutr 2003;78:972-8.

127. Shaw GM, Zhu H, Lammer EJ, Yang W, Finnell RH.  Genetic variation of infant reduced folate carrier (A80G) and risk of orofacial and conotruncal heart defects. Am J Epidemiol 2003;158:747-52.

128. Pawlowski LJL, Shaw GM, Nelson V, Harris JA.  Risk of mental retardation among children born with birth defects. Arch Ped Adol Med 2003;157:545-50.

129. Shaw GM. Strenuous work, nutrition, and adverse reproductive outcomes: a brief review. J Nutr 2003;133:1718S-1721S.

130. Zhu H, Wicker NJ, Volcik K, Shaw GM, Lammer EJ, Suarez L, Canfield M, Finnell RH.  Promoter haplotype combinations of human *PDGFRA* gene are associated with risk of neural tube defects. Mol Genet Med 2004;81:127-32.

131. Carmichael SL, Shaw GM, Schaffer DM, Laurent C, Selvin S.  Dieting behaviors and risk of neural tube defects. Am J Epidemiol 2003;158:1127-30.

132. Carmichael SL, Shaw GM, Wang W, Lammer EJ.  Maternal periconceptional alcohol consumption and risk of conotruncal heart defects. Birth Defects Res 2003;67:875-8.

133. Volcik KA, Shaw GM, Zhu H, Lammer EJ, Laurent C, Finnell RH.  Associations between polymorphisms within the thymidylate synthase gene and spina bifida. Birth Defects Res A 2003;67:924-8.

134. Shaw GM, Carmichael SL, Kaidarova Z, Harris JA.  Differential risks to males and females for congenital malformations among 2.5 million California births, 1989-1997. Birth Defects Res A 2003;67:953-8.

135. Carmichael SL, Shaw GM, Yang W, Lammer EJ, Zhu H, Jafarov T, Finnell RH.  Limb deficiency defects, *MSX1*, and exposure to tobacco smoke. Am J Med Genet 2004;125:285-9.

136. Shaw GM, Carmichael SL, Yang W, Harris JA, Lammer EJ.  Congenital malformations in births with orofacial clefts among 3.6 million California births, 1983-1997. Am J Med Genet 2004;125:250-6.

137. Lammer EJ, Shaw GM, Iovannisci D, Van Waes J, Finnell RH.  Maternal smoking and the risks of orofacial clefts: susceptibility with *NAT1* and *NAT2* polymorphisms. Epidemiology 2004;15:150-6.

138. Shaw GM, Carmichael SL, Nelson V, Selvin S, Schaffer D.  Occurrence of low birthweight and preterm delivery among California infants before and after compulsory food fortification with folic acid. Public Health Reports 2004;199:170-3.

139. Lammer EJ, Shaw GM, Iovannisci DM, Finnell RH.  Periconceptional multivitamin intake during early pregnancy, genetic variation of acetyl-*N*-transferase (*NAT1*), and risk for orofacial clefts. Birth Def Res A 2004;70:846-52.

140. Volcik KA, Zhu H, Shaw GM, Finnell RH, Canfield M, Lammer EJ.  Evaluation of the Cited2 gene and risk for spina bifida and congenital heart defects. Am J Med Genet 2004;126A:324-5.

141. Finnell RH, Shaw GM, Lammer EJ, Brandt KL, Carmichael SL, Rosenquist TH. Gene-nutrient interactions: importance of folates and retinoids during early embryogenesis. Toxicol Appl Pharmacol 2004;198:75-85.

142. Volcik KA, Zhu H, Finnell RH, Shaw GM, Canfield M, Lammer EJ.  Evaluation of the jumonji gene and risk for spina bifida and congenital heart defects. Am J Med Genet 2004;126A:215-7.

143. Shaw GM, Carmichael SL, Yang W, Selvin S, Schaffer DM.  Periconceptional dietary intake of choline and betaine and neural tube defects in offspring. Am J Epidemiol 2004;160:102-9.

144. Carmichael SL, Shaw GM, Kaidarova Z.  Congenital malformations in offspring of Hispanic and African-American women in California, 1989-1997. Birth Def Res A 2004;70:382-8.

145. Shaw GM, Carmichael SL, Kaidarova Z, Harris JA.  Epidemiologic characteristics of anotia and microtia in California, 1989-1997.  Birth Def Res A 2004;70:472-5.

146. Yang J, Carmichael SL, Kaidarova Z, Shaw GM.  Risks of selected congenital malformations among offspring of mixed race-ethnicity. Birth Def Res A 2004;70:820-4.

147. Anderson JL, Waller DK, Canfield MA, Shaw GM, Watkins ML, Werler MM.  Maternal obesity, gestational diabetes and central nervous system birth defects.  Epidemiol 2005;16:87-92.

148. Rosenquist TH, van Waes JG, Shaw GM, Finnell R. Nutrient effects upon embryogenesis: folate, vitamin A and iodine.  Nestle Nutr Workshop Ser Pediatr Program. 2005;55:29-48

149. Curry CJ, Lammer EJ, Nelson V, Shaw GM.  Schizencephaly: heterogeneous etiologies in a population of 4 million California births. Am J Med Genet 2005;137:181-9.

150. Zhu H, Curry S, Wen S, Shaw GM, Lammer EJ, Yang W, Jafarov T, Finnell RH.  Are the betaine homocysteine methyltransferase (*BHMT1* and *BHMT2*) genes risk factors for spina bifida and orofacial clefts? Am J Med Genet 2005;135A:274-7.

151. Shaw GM, Carmichael SL, Yang W, Schaffer DM.  Periconceptional dietary intake of *myo*-inositol and neural tube defects in offspring. Birth Def Res A 2005;73:184-7.

152. Carmichael SL, Shaw GM, Laurent C, Croughan MS, Olney RS, Lammer EJ.  Maternal progestin intake and risk of hypospadias. Arch Ped Adol Med 2005;159:957-62.

153. Olshan AF, Shaw GM, Millikan R, Laurent C, Finnell RH.  Polymorphisms in DNA repair genes as risk factors for spina bifida and orofacial clefts. Am J Med Genet 2005;135A:268-73.

154. Shaw GM, Carmichael SL, Yang W, Harris JA, Finnell RH, Lammer EJ.  Epidemiologic characteristics of anophthalmia and bilateral microphthalmia among 2.5 million births in California, 1989-1997.  Am J Med Genet 2005;137A:36-40.

155. Lu W, Volcik K, Zhu H, Wen S, Yang W, Shaw GM, Lammer EJ, Finnell RH.  Genetic variation in the proto-oncogene SKI and risk for orofacial clefting. Mol Genet Metab. 2005;86:412-6.

156. Zhu H, Lu W, Laurent C, Shaw GM, Lammer EJ, Finnell RH.  Genes encoding catalytic subunits of protein kinase A and risk of spina bifida. Birth Def Res A 2005;73:591-6.

157. Shaw GM, Iovannisci DM, Yang W, Finnell RH, Carmichael SL, Cheng S, Lammer EJ.  Risks of human conotruncal heart defects associated with 32 single nucleotide polymorphisms of selected cardiovascular disease-related genes.  Am J Med Genet 2005;138:21-6.

158. Carmichael SL, Shaw GM, Laurent C, Lammer EJ, Olney R. Hypospadias and maternal exposures to cigarette smoke. Ped Perinatol Epidemiol 2005;19:406-412.

159. Shaw GM, Iovannisci DM, Yang W, Finnell RH, Carmichael SL, Cheng S, Lammer EJ. Endothelial nitric oxide synthase (*NOS3*) genetic variants, maternal smoking, vitamin use, and risk of human orofacial clefts. Am J Epidemiol 2005;162:1-8.

160. Jelliffe-Pawloski LL, Shaw GM, Nelson V, Harris JA. Risks for severe mental retardation occurring in isolation and with other developmental disabilities. Am J Med Genet 2005;136A:152-7.

161. Lammer EJ, Shaw GM, Iovannisci DM, Finnell RH. Maternal smoking, genetic variation of glutathione s-transferases, and risk for orofacial clefts. Epidemiol 2005;16:698-701.

162. Graham JM, Jr, Shaw GM. Gene-environment interactions in rare diseases that include common birth defects. Birth Def Res A 2005;73:865-7.

163. Shaw GM, Carmichael SL, Laurent C, Rasmussen SA. Maternal nutrient intakes and risks of orofacial clefts. Epidemiol 2006;17:285-91.

164. Carmichael SL, Shaw GM, Yang W, Laurent C, Herring A, Royle M, Canfield M. Correlates of intake of folic acid-containing supplements among pregnant women. Am J Obstet Gynecol 2006;194:203-10.

165. Rull RP, Ritz B, Shaw GM. Validation of self-reported proximity to agricultural crops in a case-control study of neural tube defects. J Exp Anal Environ Epidemiol 2006;16:147-55.

166. Rull RP, Ritz B, Shaw GM. Residential proximity to agricultural pesticides and risk of NTDs. Am J Epidemiol 2006;163:743-53.

167. Iovannisci DM, Ha TT, Shaw GM. Recovery of genomic DNA from residual frozen archival blood clots suitable for amplification and use in genotyping assays. Genetic Testing 2006;10:44-9.

168. Zhu H, Yang W, Lu W, Zhang J, Shaw GM, Lammer EJ, Finnell RH. A known functional polymorphism (lle120Val) of the human *PCMT1* gene and risk of spina bifida. Mol Genet Med 2006;87:66-70.

169. Yang W, Carmichael SL, Harris JA, Shaw GM. Epidemiologic characteristics of congenital diaphragmatic hernia among 2.5 million California births, 1989-1997 Birth Def Res A 2006;76:170-4.

170. Zhang J, Zhu H, Yang W, Shaw GM, Lammer EJ, Finnell RH. Phosphatidylethanolamine N-methyltransferase (PEMT) gene polymorphisms and risk of spina bifida. Am J Med Genet A 2006;140:785-9.

171. Slavotinek AM, Moshrefi A, Davis R, Leeth E, Schaeffer B, Shaw GM, Bristow J, Pennacchio LA. Array comparative genomic hybridization in patients with congenital diaphragmatic hernia (CDH): mapping of four CDC-critical regions and sequencing of candidate genes at 15q26.2-15q26.2. Eur J Hum Genet 2006;9:999-1008.

172. Velie EM, Shaw GM, Malcoe LH, Schaffer DM, Samuels S, Todoroff K, Block G. Immigration and anthropometric characteristics and risk of neural tube defect-affected pregnancies among women of Mexican-descent and white women in California. Ped Perinatol Epidemiol 2006;20:219-30.

173. Miller SP, Wu YW, Lee J, Lammer EJ, Iovannisci DM, Glidden DV, Bonifacio SL, Collins A, Shaw GM, Barkovich AJ, Ferriero DM. Genetic polymorphisms in neonatal stroke. Stroke 2006;37:2678-83.

174. Blom HJ, Shaw GM, den Heijer M, Finnell RH. Neural tube defects and folate: case far from closed. Nat Rev Neurosci 2006;7:724-31.

175. Carmichael SL, Shaw GM, Yang W, Iovannisci DM, Lammer E.  Risk of limb deficiency defects associated with NAT1, NAT2, GSTT1, GSTM1, and NOS3 genetic variants, maternal smoking, and vitamin supplement intake.  Am J Med Genet A. 2006;140:1915-22.

176. Torfs CP, Christianson RE, Iovannisci DM, Cheng S, Shaw GM, Lammer EJ.  Selected gene polymorphisms and their interaction with maternal smoking as risk factors for gastroschisis. Birth Def Res A 2006;76:723-30.

177. EbotEnaw JO, Zhu H, Yang W, Lu W, Shaw GM, Lammer EJ, Finnell RH.  CHKA and PCYT1A gene polymorphisms, choline intake, and spina bifida risk in a California population. BMC Med Genet 2006;4:36.

178. Carmichael SL, Shaw GM, Iovannisci DM, Yang W, Finnell RH, Cheng S, Lammer EJ.  Risks of human limb deficiency anomalies associated with 29 SNPs of genes involved in homocysteine metabolism, coagulation, cell-cell interactions, inflammatory response, and blood pressure regulation. Am J Med Genet 2006;140A:2433-2440.

179. Shaw GM, Jelliffe-Pawlowski LL, Nelson V, Zhu H, Harris JA, Finnell RH.  Infant C677T MTHFR polymorphism and severe mental retardation. Birth Def Res A 2007;79:24-6.

180. Lu W, Zhu H, Wen S, Laurent C, Shaw GM, Lammer EJ, Finnell RH.  Screeening for novel *PAX3* polymorphisms and risks of spina bifida. Birth Def Res A 2007;1:45-9.

181. Ramirez D, Lammer EJ, Iovannisci DM, Finnell RH, Shaw GM.  Maternal smoking during early pregnancy, GSTP1 and EPHX1 variants, and risk of isolated orofacial clefts. Cleft Palate J 2007;44:366-73.

182. Waller DK, Shaw GM, Rasmussen SA, Hobbs CA, Canfield MA, Siega-Riz AM, Correa A, Gallaway MS.  Prepregnant obesity and risk for structural birth defects. Arch Peds Adol Med 2007;161:745-50.

183. Carmichael SL, Shaw GM, Laurent C, Olney RS, Lammer EJ.  Maternal reproductive and demographic characteristics as risk factors for hypospadias. Ped Perinatol Epidemiol 2007;21:210-8.

184. Carmichael SL, Shaw GM, Yang W, Abrams B, Lammer EJ.  Maternal stressful life events and risks of birth defects. Epidemiology 2007;18;356-61.

185. Carmichael SL, Shaw GM, Ma C, Werler MM, Rasmussen SA, Lammer EJ.  Maternal corticosteroid use and orofacial clefts. Am J Obstet Gynecol 2007;197:585-7.

186. Yang W, Carmichael SL, Shaw GM.  Congenital malformations co-occurring with hypospadias in California, 1983-1997.  Am J Med Genet A 2007;143:2627-34.

187. Zhu H, Ebotenow JO, Ma C, Shaw GM, Lammer EJ, Finnell RH.  Association between CFL1 gene polymorphisms and spina bifida risk in a California population. BMC Med Genet 2007;8:12-16.

188. Tietjen I, Bodell A, Apse K, Mendonza AM, Chang BS, Shaw GM, Barkovitch AJ, Lammer EJ, Walsh CA. Comprehensive *EMX2* genotyping of a large schizencephaly case series. Am J Med Genet A 2007;143:1313-6.

189. Chen BH, Carmichael SL, Shaw GM, Iovannisci DM, Lammer EJ.  Associations between 49 gene polymorphisms and preterm delivery. Am J Med Genet 2007;143:1990-6.

190. Bleyl SB, Moshrefi A, Shaw GM, Saijoh Y, Schoenwolf GC, Pennacchio L, Slavotinek AM. Candidate genes for congenital diaphragmatic hernia from animal models: sequencing of *FOG2*,

*SIX1*, and *PDGFRalpha* reveals rare variants in patients with diaphragmatic hernia. Eur J Hum Genet. 2007;15:950-8.

191. Wimplinger I, Shaw GM, Kutsche K.  HCCS loss-of-function missense mutation in a female with bilateral microphthalmia and sclerocornea: a novel gene for severe ocular malformations? Molec Vision 2007:13:1475-82.

192. Carmichael SL, Yang W, Herring A, Abrams B, Shaw GM.  Maternal food insecurity is associated with increased risk of certain birth defects. J Nutr 2007;137:2087-2092.

193. Slavotinek AM, Warmerdam B, Lin A, Shaw GM.  Left- and right-sided diaphragmatic hernias show different frequencies of accompanying anomalies. Am J Med Genet 2007:143:3127-36.

194. Shaw GM, Carmichael SL, Laurent C, Louik C, Finnell RH, Lammer EJ.  Nutrient intakes in women and risks of anophthalmia and microphthalmia in their offspring. Birth Def Res A 2007;79:708-13.

195. Yang J, Carmichael SL, Canfield M, Song J, Shaw GM.  Socioeconomic position in relation to selected birth defects. Am J Epidemiol 2008;167:145-54.

196. Carmichael SL, Ma C, Rasmussen SA, Honein MA, Lammer EJ, Shaw GM.  Craniosynostosis and maternal smoking exposures. Birth Def Res A 2008;82;78-85.

197. Yang W, Shaw GM, Carmichael SL, Rasmussen SA, Waller DK, Pober BR, Anderka M.  Nutrient intakes in women and congenital diaphragmatic hernia in their offspring. Birth Def Res A 2008;82:131-8.

198. Vu L, Nobuhara KK, Laurent C, Shaw GM.  Increasing prevalence of gastroschisis: population-based study in California. J Peds 2008:152:807-11.

199. Grewal U, Carmichael SL, Ma C, Shaw GM.  Maternal periconceptional smoking and alcohol consumption and risk for select congenital anomalies. Birth Def Res A 2008;82:519-26.

200. Shaw GM, Carmichael SL.  Prepregnant obesity and risks of selected birth defects in offspring. Epidemiology 2008;19:616-20.

201. Shaw GM, Carmichael SL, Laurent C, Siega-Riz AM.  Periconceptional glycemic load and intake of sugars and their association with neural tube defects in offspring. Ped Perinatol Epidemiol 2008;22:514-9.

202. Glass HC, Shaw GM, Ma C, Sherr EH.  Agenesis of the corpus callosum in California, 1983-2003: A population-based study. Am J Med Genet 2008;146A:2495-5000.

203. Cabrera RM, Shaw GM, Ballard J, Carmichael SL, Yang W, Lammer EJ, Finnell RH.  Maternal production of autoantibodies to the folate receptor: implications for neural tube defect risk. J Repro Immunol 2008;79;85-92.

204. Finnell RH, Shaw GM, Lammer EJ, Rosenquist TH.  Gene-nutrient interactions: importance of folic acid and vitamin B$_{12}$ during early embryogenesis. Food Nutr Bull 2008;29:S86-98.

205. Lu W, Zhu H, Wen S, Yang W, Shaw GM, Lammer EJ, Finnell RH.  *NNMT* gene polymorphisms and risk for spina bifida. Birth Def Res A 2008;82:670-5.

206. Waller DK, Correa A, Wang Y, Hobbs C, Langlois P, Pearson K, Romitti PA, Shaw GM, Hecht JT.  The population-based prevalence of achondroplasia and thanatrophic dysplasia in selected regions of the US. Am J Med Genet 2008;146A:2385-9.

207. Chen B, Carmichael SL, Selvin S, Abrams B, Shaw GM.  Neural tube defect prevalences in central California before and after folic acid fortification.  Birth Def Res A 2008;82:547-52.

208. Lammer EJ, Iovannisci DM, Tom L, Schultz K, Shaw GM.  Gastroschisis: a gene-environment model involving the VEGF-NOS3 pathway. Am J Med Genet C Semin Med Genet 2008;148C:213-8.

209. Carmichael SL, Shaw GM, Song J, Abrams B.  Markers of acculturation and risk of neural tube defects among Hispanic women in California. Birth Def Res A 2008;82:755-62.

210. Grewal J, Carmichael SL, Song J, Shaw GM. Neural tube defects: an analysis of neighborhood and individual level socioeconomic characteristics. Ped Perinatol Epidemiol 2009;23:116-24.

211. MacLehose RF, Olshan AF, Herring AH, Honein MA, Shaw GM, Romitti PA.  Cleft lip, cleft palate, and misclassification of maternal smoking. Epidemiol 2009;20:27-35.

212. Mosley BS, Cleves MA, Siega-Riz AM, Shaw GM, Zhao W, Canfield MA, Wyszynski DF, Waller DK, Hobbs CA.  Neural tube defects and maternal dietary folate. Am J Epidemiol 2009;169:9-17.

213. Hardin J, Carmichael SL, Shaw GM, Selvin S.  Temporal trends in the probability of twins and males in California, 1983-2003. Twin Res 2009;12:93-102.

214. Hardin J, Selvin S, Carmichael SL, Shaw GM.  The estimated probability of dizygotic twins: an international comparison. Twin Res 2009;12:79-85.

215. Shaw GM, Carmichael SL, Vollset SE, Yang W, Finnell RH, Blom H, Midttun O, Ueland P.  Mid-pregnancy cotinine and risks of orofacial clefts and neural tube defects. J Peds 2009;154:4-5.

216. Carmichael SL, Witte J, Shaw GM.  Nutrient pathways and neural tube defects: A hierarchical analysis. Epidemiol 2009;20:67-73.

217. Lammer EJ, Chak JS, Iovannisci DM, Schultz K, Osoegawa K, Yang W, Carmichael SL, Shaw GM.  Chromosomal abnormalities among children born with conotruncal cardiac defects. Birth Def Res A 2009;85:30-5.

218. Canfield MA, Ramadhani TA, Shaw GM, Carmichael SL, Waller DK, Mosley BS, Royle MH, Olney RS.  Anencephaly and spina bifida among Hispanics: Maternal, socio-demographic, and acculturation factors in the National Birth Defects Prevention Study. Birth Def Res A 2009;85:637-46.

219. Hardin J, Selvin S, Lammer EJ, Carmichael SL, Shaw GM.  Exploration of cardiovascular defects in twin births. Am J Med Genet 2009;149A:877-86.

220. Genisca A, Frias JL, Broussard C, Honein MA, Lammer EJ, Moore CA, Shaw GM, Murray JC, Yang W, Cleves M, Rasmussen SA.  Orofacial clefts in the National Birth Defects Prevention Study, 1997-2004.  Am J Med Genet 2009;149A:1149-58.

221. Carmichael SL, Ma C, Werler MM, Olney R, Shaw GM.  Maternal corticosteroid use and hypospadias. J Peds 2009;155:39-44.

222. Shaw GM, Lu W, Zhu H, Yang W, Briggs F, Carmichael SL, Barcellos LF, Lammer EJ, Finnell RH.  118 SNPs of folate-related genes and risks of selected congenital anomalies. BMC Medical Genet 2009;10:49.

223. Hardin J, Finnell RH, Wong D, Hogan M, Horowitz J, Shu J, Shaw GM.  Whole genome microarray analysis from neonatal blood cards. BMC Genetics 2009;10:38.

224. Slavotinek AM, Moshrefi A, Mendell A, Shaw GM, Pennacchio LA, Bates MD.  Sequence variants in the HLX gene at chromosome 1q41-1q42 with diaphragmatic hernia. Clin Genet 2009;75:429-39.

225. Shaw GM, Finnell RH, Blom H, Carmichael SL, Vollset SE, Yang W, Ueland PM.  A prospective study of choline and risks of neural tube defect-affected pregnancies in a folate fortified population.  Epidemiol 2009;20:714-9

226. Wen S, Liu W, Zhu H, Yang W, Shaw GM, Lammer EJ, Islam A, Finnell RH.  Genetic polymorphisms in the thioredoxin 2 (TXN2) gene and risk for spina bifida.  Am J Med Genet A 2009;149A:155-60.

227. Robitaille J, Carmichael SL, Shaw GM, Olney RS.  Maternal nutrient intake, maternal obesity and risk for transverse and longitudinal limb deficiencies: results from the National Birth Defects Prevention Study, 1997-2003. Birth Def Res A 2009 epub.

228. Cogswell ME, Bitsko RH, Anderka M, Caton AR, Feldkamp ML, Hockett-Sherlock SM, Meyer RE, Ramadhani T, Robbins JM, Shaw GM, Mathews TJ, Royle M, Reefhuis J.   Control selection and participation in an ongoing, population-based, case-control study of birth defects. Am J Epidemiol 2009;170:975-85.

229. Carmichael SL, Ma C, Shaw GM.  Socioeconomic measures and orofacial clefts and conotruncal heart defects in California. Birth Def Res A 2009;85:850-7.

230. Shaw GM, Vollset SE, Carmichael SL, Yang W, Finnell RH, Blom H, Ueland PM.  Nested case-control study of one-carbon metabolites in mid-pregnancy and risks of cleft lip and cleft palate. Ped Res 2009;66:501-6.

231. Carmichael SL, Yang W, Olney R, Correa A, Shaw GM.  Hypospadias and Intake of Nutrients Related to One-Carbon Metabolism. J Urol 2009;181:315-21.

232. Kuehl K, Loffredo C, Lammer EJ, Iovannisci DM, Shaw GM.  Association of congenital cardiovascular malformation with 33 single nucleotide polymorphisms of selected cardiovascular disease-related genes. Birth Def Res A 2010;88:101-10.

233. Sanchez-Lara PA, Carmichael SL, Graham JM, Lammer EJ, Shaw GM, Ma C, Rasmussen SA. Fetal constraint as a potential risk factor for craniosynostosis. Am J Med Genet 2010;152A:394-400.

234. Yang Q, El-Sayed Y, Shaw GM, Fu J, Hirschberg DL, Rosenberg-Hasson Y, Schilling J, Madan A.  Second trimester serum cytokines in women who develop spontaneous preterm labor versus term labor. Am J Perinatol 2010;27:31-6.

235. Wen S, Zhu H, Lu W, Mitchell L, Shaw GM, Lammer EJ, Finnell RH.  Planar cell polarity (PCP) pathway genes and risk for spina bifida. Am J Med Genet 2010;152A:299-304.

236. Shin M, Besser L, Siffel C, Kucik JE, Lu, C, Shaw GM, Correa A.  Prevalence of children and adolescents with spina bifida in 10 regions of the United States. Peds 2010;126:274-9.

237. Carmichael SL, Ma C, Shaw GM.   Periconceptional nutrient intake and risks of neural tube defects in California. Birth Def Res A 2010;88:670-8.

238. LopezJimenez N, Gerber S, Popovici V, Mirza S, Copren K, Ta L, Shaw GM, Trueb B, Slavotinek A.  Examination of FGFRL1 as a candidate gene for diaphragmatic defects at chromosome 4p 16.3 shows that FGFRL1 reduced expression of TPM3, sarcomere genes and LRTM1 in the diaphragm.  Hum Genet 2010;127:325-36.

239. Shaw GM, Carmichael SL, Yang W, Lammer EJ.  Periconceptional nutrient intakes and risks of conotruncal heart defects. Birth Def Res A 2010;88:144-51.

240. Carmichael SL, Herring AH, Sjodin A, Jones R, Needham L, Ma C, Shaw GM.  Hypospadias and halogenated organic pollutant levels in maternal mid-pregnancy serum samples. Chemospere 2010;80:641-6. Epub

241. Zayed H, Chao R, Moshrefi A, LopezJimenez N, Delaney A, Chen J, Shaw GM, Slavotinek AM.  A maternally inherited chromosome 18q22.1 deletion in a male with diaphragmatic hernia and microphthalmia – evaluation of *DSEL* as a candidate gene for the diaphragmatic defect. Am J Med Genet 2010;152A;916-23.

242. Carmichael SL, Rasmussen SA, Lammer EJ, Ma C, Shaw GM.  Craniosynostosis and nutrient intake during pregnancy.  Birth Def Res A 2010 epub.

243. Anderka M, Romitti PA, Sun L, Druschel C, Carmichael SL, Shaw GM.  Patterns of tobacco exposure before and during pregnancy.  Acta Obstetricia et Gynecologica Scandinavica 2010;89:505-14.

244. Ma C, Carmichael SL, Scheuerle AE, Canfield MA, Shaw GM.  Anotia and microtia in infants associated with maternal obesity and periconceptional folic acid use. Am J Med Genet 2010;152A:2756-61.

245. Carmichael SL, Rasmussen SA, Shaw GM.  Pre-pregnancy obesity – a complex risk factor for selected birth defects. Birth Def Res A 2010;88:804-10.

246. Finnell, RH, Blom H, Shaw GM.  Does Global hypomethylation contribute to susceptibility to neural tube defects? Am J Clin Nutr 2010;91:1153-4.

247. Lu W, Guzman A, Yang W, Chapa-Garcia CJ, Shaw GM, Lammer EJ, Greene R, Pisano M, Finnell RH, Zhu H.  Genes encoding critical transcriptional activators for murine neural tube development and human spina bifida: a case-control study. BMC Medical Genetics 2010;11:141

248. Obican SG, Finnell RH, Mills JL, Shaw GM, Scialli AR.  Folic acid in early pregnancy. A public health success story.  FASEB 2010 epub

249. Wang J, Moskowitz IP, Wen S, Saadi I, Yu W, Qian L, Shaw GM, Finnell RH, Maas RL, Schwartz RJ.  Defective sumoylation pathway directs congenital heart disease. Birth Def Res A 2011;91:468-76.

250. Mei J, LiXia L, Rasmussen SA, Vollier S, Frias J, Honein MA, Shaw GM, Meyer R, Chaing S, Canfield M, Jones J, Hannon WH.  Effect of specimen storage conditions on newborn dried bloodspots used to assess *Toxoplasma gondii* Immunoglobulin M (IgM). Clin Chim Acta 2011;412:455-9.

251. Grewal J, Carmichael SL, Yang W, Shaw GM.  Paternal age and congenital malformations in offspring in California, 1989-2002. Matern Child Health J 2011;epub

252. Lu W, Garcia C, Canfield M, Finnell RH, Shaw GM, Lammer EJ, Zhu H. A functional haplotype of GTP cyclohydrolase I and Central Nervous System Birth Defects - An hypothesis and preliminary query. (submitted)

253. Mellado C, Poduri A, Gleason D, Elhosary PC, Barry BJ, Partlow J, Chang BS, Shaw GM, Barkovich AJ, Walsh CA.  Candidate Gene Sequencing of *LHX2*, *HESX1*, and *SOX2* in a Large Schizencephaly Cohort.  Am J Med Genet 2010;152A:2736-42.

254. Feldkamp ML, Carmichael SL, Shaw GM, Panichello JD, Moore CA, Botto LD.  Maternal nutrition and the risk for gastroschisis: findings from the National Birth Defects Prevention Study.  Am J Obstet Gynecol 2011; epub

255. Shaw GM, Carmichael SL, Yang W, Siega-Riz AM.  Periconceptional intake of folic acid and food folate and risks of preterm delivery. Am J Perinatol 2011;epub

256. Olshan AF, Hobbs CA, Shaw GM.  Discovery of genetic susceptibility factors for human birth defects: An opportunity for a National agenda. Am J Med Genet 2011;epub

257. Agopian AJ, Canfield MA, Olney RS, Lupo PJ, Ramadhani T, Mitchell LE, Shaw GM, Moore CA.  Spina bifida subtypes and sub-phenotypes by maternal race/ethnicity in the National Birth Defects Prevention Study. Am J Med Genet 2011 epub

258. Carmichael SL, Yang W, Feldkamp ML, Munger RG, Siega-Riz AM, Botto L, Shaw GM. Higher diet quality reduces risks of neural tube defects and orofacial clefts.  Arch Adol Med 2011;epub

259. Carmichael SL, Gonzalez-Felciano AG, Ma C, Shaw GM, Cogswell ME.  Estimated dietary phytoestrogen intake and major food sources among women of reproductive age. J Nutr 2011;epub

260. Marini NJ, Hoffman TJ, Lammer EJ, Hardin J, Lazurak K, Stein JB, Gilbert DA, Wright C, Lipzen A, Pennacchio LA, Carmichael SL, Witte JS, Shaw GM, Rine J.  A genetic signature of spina bifida risk from pathway-informed comprehensive gene-variant analysis. PLoS One 2011 epub

261. Lupo PJ, Langlois PH, Reefhuis J, Lawson CC, Symanski E, Khodr ZG, Agopian AJ, Waters MA, Duwe KN. Finnell RH, Mitchell LE, Moore CA, Romitti PA, Shaw GM.  Maternal occupational exposure to polycyclic aromatic hydrocarbons and the risk of gastroschisis in offspring. Environ Health Perspect (in press)

262. Jelliffe-Pawlowski LL, Shaw GM, Stevenson DK, Oehlert JW, Quaintance C, Santos A, Baer RJ, Currier RJ, O'Brodovich HM, Gould JB.  Risk of bronchopulmonary dysplasia by second trimester maternal serum levels alpha-fetoprotein, human chorionic gonadotrophin, and unconjugated estriol. Ped Res (in press)

263. Fisher PG, Reynolds P, Von Behren J, Carmichael SL, Rasmussen SA, Shaw GM.  Cancer among children with nonchromosomal birth defects. J Pediatr 2012 epub.

264. Zhu H, Yang W, Lu W, Etheridge A, Lammer EJ, Finnell RH, Carmichael SL, Shaw GM.  Gene variants in the folate-mediated one-carbon metabolism pathway as risk factors for conotruncal heart defects. Am J Med Genet (in press)

265. Shin M, Lu C, Siffel C, Kucik JE, Shaw GM, Canfield M, Correa A.  Improved survival among children with spina bifida in the United States.  J Peds (in press)

266. Patel SS, Burns TL, Romitti PA, Botto LD, Riehle-Colarusso TJ, Lin AE, Shaw GM.  Maternal medications, active and passive smoke exposures are associated with non-syndromic atrioventricular septal defects. (submitted)

267. Stevenson DK, Shaw GM, Wise PH, Norton ME, Druzin ML.  Confronting preterm birth: The need for transdisciplinary science. (submitted)

268. Lazaruk K, Stein JB, Hardin J, Ali Z, Sitts K, Westphale E, Marini NJ, Rine J, Lammer EJ, Shaw GM, Witte JS, Gilbert DA.  Spina bifida risk is conferred by multiple polymorphisms in folate one-carbon pathway genes. (submitted)

269. Carmichael SL, Ma C, Feldkamp M, Munger RG, Olney RS, Botto LD, Shaw GM, Correa A. Nutritional factors and risk of hyposapdias Pediatr Perinatol Epidemiol (in press)

270. Zhu H, Yang W, Shaw N, Perloff S, Carmichael SL, Finnell RH, Shaw GM, Lammer EJ. Thymidylate synthase (TYMS) polymorphisms and risk of conotruncal heart defects. Am J Med Genet (in press)

271. Gupta T, Yang W, Iovannisci DM, Carmichael SL, Stevenson DK, Shaw GM, Lammer EJ. Considering the vascular hypothesis for the pathogenesis of small intestinal atresia: a case-control study of genetic factors. (submitted)

272. Etheredge AJ, Finnell RH, Carmichael SL, Lammer EJ, Zhu H, Mitchell LE, Shaw GM. Maternal folate intake and maternal and infant folate-related gene variants on the risk of neural tube defects. (submitted)

273. Parker SE, Werler MM, Shaw GM, Anderka M, Yazdy MM. Dietary glycemic index and the risk of birth defects.  Am J Epidemiol (in press)

274. Langlois PH, Hoyt AT, Lupo PJ, Lawson CC, Watres MA, Desrosiers TA, Shaw GM, Romitti PA, Lammer EJ.  Maternal occupational exposure to polycyclic aromatic hydrocarbons and risk of neural tube defect-affected pregnancies. (submitted)

275. Lupo PJ, Canfield MA, Chapa C, Lu W, Agopian AJ, Mitchell LE, Shaw GM, Waller DK, Olshan AF, Finnell RH, Zhu H.  Diabetes and obesity-related genes and the risk of neural tube defects in the National Birth Defects Prevention Study.  Am J Epidemiol (in press)

276. Yang W, Carmichael SL, Tinker S, Shaw GM.  Weight gain during pregnancy and risks of neural tube defects and gastroschisis in offspring. (submitted)

277. Carmichael SL, Yang W, Shaw GM.  Maternal dietary nutrient intake and risk of preterm delivery. (submitted)

278. Chandler AL, Mosley BS, Berry RJ, Canfield MA, Qi YP, Siega-Riz AM, Hobbs CA, Shaw GM.  Neural tube defects and maternal intake of micronutrients related to one-carbon metabolism or antioxidant activity. (submitted)

279. Ballard JL, Gorman EB, Cabrera RM, Yang W, Salazar MA, Shaw GM, Ratnam M, Finnell RH. Inhibition of the binding of folic acid to folate receptor α, but not β, is associated with spina bifida-affected pregnancies.  (submitted)

280. Cabrera RM, Zhu H, Shaw GM, Finnell RH, Wlodarczyk BJ.  Comparing gene expression in mouse models exhibiting posterior neural tube defect. (submitted)

281. Botto LD, Stone MB, Browne ML, Feldkamp ML, Lammer EJ, Shaw GM.  Maternal febrile illness and risk for congenital heart defects: findings from the National Birth Defects Prevention Study. (submitted)

282. Carmichael SL, Mohammed N, Ma C, Iovannisci DM, Witte JS, Shaw GM, Lammer EJ. Hypospadias and DGKK variants in a California study population. (submitted)

283. Shaw GM, Yang W, Perloff , Shaw NM, Carmichael SL, Zhu H, Lammer EJ.  Thymidylate synthase (TYMS) polymorphisms and risks of human orofacial clefts. (submitted)

284. Carmichael SL, Shaw GM, Lammer EJ.  Environmental and genetic contributors to hypospadias:  A review of the epidemiologic evidence.  (submitted)

## PUBLICATIONS – NON PEER REVIEWED

1. Gold E, Shaw G.  Re: Parental occupation and childhood cancer. J Epidemiol Comm Health 1987;41:86-8.

2. Swan SH, Shaw G.  Re: Reporting accuracy among mothers of malformed and nonmalformed infants.  Am J Epidemiol 1990;131:935.

3. Swan SH, Shaw GM.  Re: Should we consider a subject's knowledge of the etiologic hypothesis in the analysis of case-control studies?  Am J Epidemiol 1994;140:1056-7.

4. Shaw GM. Editorial for inositol supplementation in pregnancies at risk of apparently folate-resistant NTDs. Birth Def Res A 2008;82:543.

## BOOK CHAPTERS

1. Rosenquist TH, van Waes JJ, Shaw GM, Finnell RH.  Nutrient effects upon embryogenesis: folate, vitamin A, and iodine.  In The impact of maternal nutrition on the offspring, Yang X, et al. (eds) Karger, Basel 2004:29-48.

2. Wallis-Schultz D, Ballard JH, Shaw GM, Lammer EJ, Finnell RH.  Folate-related birth defects: embryonic consequences of abnormal folate transport. In, Folate in Health and disease, 2nd edition. Bailey L (ed). 2009

3. Hobbs C, Shaw GM, Werler MM, Mosley B. Folate status and birth defects: epidemiological perspectives. In, Folate in Health and disease, 2nd edition. Bailey L (ed). 2009

4. Rasmussen SA, Shaw GM. How do Epidemiologic Studies Contribute to the Identification of Teratogenic Exposures? Teratology Primer.  2nd edition. Edited by Hales B, Scialli A, Tassinari M. p. 30-32. 2010

5. Shaw GM.  Epidemiology of structural birth defects and preterm birth. In. Neonatology, Stevenson DK (ed) 2013.

## GRANT EXPERIENCE

1992-1998    Principal Investigator, awarded $1,250,000 via cooperative agreement with the Centers for Disease Control and Prevention.  Study investigated a variety of possible risk factors for a selected group of multiple malformations.

1992-1996    Principal Investigator, awarded $320,000 from the Agency for Toxic Substances Disease Registry.  Study examined whether women who live near hazardous waste sites during early pregnancy are at increased risk for offspring with neural tube, heart, or oral cleft defects.

1992-1994    Co-Investigator, awarded $285,000 from the Agency for Toxic Substances Disease Registry.  Study examined whether women of color who live near hazardous waste sites are at increased risk for birth defects compared to women of color who do not live near a hazardous waste site.

1992-1995    Principal Investigator, awarded $253,000 from the Tobacco-Related-Disease Research Program of the University of California to investigate the association between maternal smoking and having a child with an oral cleft by assessing risk in the presence of genetic markers among children with and without an oral cleft.

1990-1993     Principal Investigator, awarded $560,000 to investigate a potential relation between selected birth defects and cigarette smoke exposure.  Funded by University of California Tobacco-Related Disease Research Program.

1986-1990     Project Director, awarded $500,000 from Agency for Toxic Substances Disease Registry and Centers for Disease Control and Prevention to explore relations between potential environmental exposures and reproductive endpoints: lowered birthweight, congenital malformations, and cerebral palsy.

1997-2001     Co-Investigator, awarded $525,000 from the Tobacco-Related-Disease Research Program of the University of California.  This study investigated the association between a variety of biotransformation genes, maternal smoking and delivering infants with oral clefts.

1998-2000     Co-Investigator, awarded $500,000 from the Veteran's Administration to explore quality of birth defects reporting in estimating prevalence of birth defect occurrences among parents active in the Gulf War.

2000-2005     Principal Investigator, awarded $3.5 million in direct costs from the National Institutes of Health/Environmental Protection Agency to investigate hypotheses that genetic variation of candidate genes involved in impaired detoxification pathways, folate metabolism and transport, and vascular integrity, modify risks of human malformations.

2000-2003     Principal Investigator, awarded $1.4 million (RO1 DE012898) in direct costs from the NIH.  This study is a case-control study whose specific aim is to assess the potential association between genetic variation of folate pathway genes, maternal folic acid intake, and risk of orofacial clefts.

2001-2006     Co-Investigator, awarded $8.5 million from NIH/NHLIB (PO1 HL066398) to investigate biologic mechanisms (specifically, insufficient folic acid and hyperhomocysteinemia) that may contribute to abnormal development of the heart.

2002          Co-investigator, awarded $500,000 from NIH/NCRR1 for large laboratory equipment purchases to facilitate studies of genotypes and birth defect risks.

2003-2007     Principal Investigator, awarded $1,050,000 from the Centers for Disease Control and Prevention to investigate non-folate risk factors of spina bifida.

2003-2006     Co-investigator, awarded $560,000 from NIH (R01 HD042538) to explore how low socioeconomic status, nutritional deprivation, negative life events and living environment, negative health indicators, and compromised embryonic development of the mother contribute to risks of selected birth defects.

2003-2006     Co-investigator, awarded $409,000 from the California Tobacco-Related Disease Research Program to investigate the association of maternal smoking with risk of craniosynostosis, hypospadias, and limb defects.

2004-2007    Co-investigator, awarded $525,000 from the California Tobacco-Related Disease Research Program to investigate maternal smoking and polymorphisms of biotransformation enzyme genes as risk factors for infant craniofacial anomalies.

2003-2007    Principal Investigator, awarded $225,000 from the Centers for Disease Control and Prevention to investigate folate-related mechanisms for orofacial clefts.

2005-2012    Principal Investigator, awarded $2.4 million from NIH (R01 NS050249).  This research involves an extensive gene and risk factor discovery program with five aims that focus on nutritional and genetic etiologies of neural tube defects.

2006-2012    Co-investigator, awarded $1.3 million from NIH/NHLBI (R01 HL077708).  This project investigates genes and risk factors that focus on etiologies of selected congenital heart defects.

2006-2013    Principal-investigator, awarded $2.5 million from NIH/NHLBI (R01 HL085859).  This project investigates complex nutrient-only, gene-only, and nutrient-gene interactions associations with congenital heart defects.

2008-2013    Co-investigator, awarded $750,000 from NIH/NIEHS (R01 ES017060).  This project investigates whether pesticides and candidate genes that interfere with maternal, fetal, or placental sex steroid metabolism affect hypospadias risk.

2007-2011    Co-investigator, awarded $750,000 from NIH/NIGMS (R01 GM072859).  This project investigates folate-based genetic etiologies of neural tube defects using deep-sequencing technologies.

2007-2010    Co-investigator, awarded $525,000 from California Tobacco-Related Disease Research Program (16RT-0086) to investigate potential associations between maternal smoke exposures, candidate genes of the nitrosamine detoxification pathway, and risks of gastroschisis.

2008-2010    Co-investigator, awarded $100,000 from NIH/NICHD (R03 HD058873).  This project investigates the association of hypospadias risk with exposures related to sex steroid metabolism.

2008-2013    Co-investigator, awarded $1 million from NIH/NICHD (R01 HD053509).  This project investigates genes involved in transcription as potential contributors to the etiologies of neural tube defects.

2008-2009    Co-investigator, awarded $200,000 from CDC (MM-1125).  This project investigates the co-occurrence between birth defects and childhood cancers by linking large registry-based datasets.

2009        Principal Investigator, awarded $6000 from NIH/NIEHS (R13ES017562) for scientific conference support.

2009-2012    Co-investigator, awarded $1 million from NIH/NIDCR (RC1 DE020640).  This project investigates folate-based genetic etiologies of orofacial clefts using deep-sequencing technologies.

2009-2012    Co-investigator, awarded $3.7 million from NIH/NHLBI (RC2 HL101748).  This project conducts a genome wide scan on infants with and without bronchopulmonary dysplasia.

1996-2013    Principal Investigator, awarded $18 million (U01DD000489) to conduct an environmental/genetic epidemiologic project of major congenital anomalies.  Award from the Centers for Disease Control and Prevention.

2009-2013    Co-investigator (Stanford PI), awarded $1.5 million from NIH/NIEHS (P20ES018173).  This program project grant establishes a Berkeley/Stanford Children's Environmental Health Center to study effects of in utero and childhood exposure to ambient air pollutants and bioaerosols on birth outcomes (low birth weight, small for gestational age, structural birth defects), T-cell regulatory function and the relation of these early life exposures on the occurrence of asthma in the Central Valley of California.

2009-2011    Co-investigator, awarded $250,000 from NIH/NICHD (R21 HD058912) to explore a large number of genetic variants related to diabetes or obesity for their association with neural tube defects.

2009-2011    Co-investigator, awarded $200,000 from NIH/NIDCR (R03 DE 019521) to examine the association of craniosynostosis with maternal nutrient intake and factors related to thyroid dysfunction.

2010-2012    Co-investigator, awarded $100,000 from NIH/NIDCR (R03 DE 20112) to examine the association of nutrient intake and psychosocial stress with risk of orofacial clefts.

2011-2021    Co-investigator, awarded $20 million from the March of Dimes (The March of Dimes Prematurity Research Center at Stanford University School of Medicine) to discover the causes and preventives of preterm birth.

2011-2016    Co-investigator, awarded $3.5 million from NIH/NICHD (P01HD067244) to examine the association of NTDs with mouse and human genes related to folate metabolism and transport.

2012-2016    Co-investigator, awarded $4.5 million from NIH/NICHD (R01HD039054) to examine the genomic associations for selected congenital heart defects.

2012-2016    Co-investigator, awarded $1.7 million from NIH/NHLBI (R01HL) to examine genomic microdeletions and duplications as risk factors for congenital heart defects.

## MENTORING (1995-CURRENT)

| Mentee | Current Position | Dates |
|---|---|---|
| Tanya Gupta | 2nd Yr Medical Student UC San Diego | Current |
| Hui Wang, PhD | Instructor, Stanford University | Current |
| Jennifer Frankovich, MD | Instructor, Stanford University | Current |
| Truc Le, MD | Instructor, Stanford University | Current |
| Amy Padula, PhD | Post-doc, Stanford and Berkeley | Current |
| Matthew Wallenstein, MD | Resident, Stanford University | Current |
| Susan Gage, MD | Fellow, Stanford University | Current |
| Kari Nadeau, MD, PhD | Assoc Professor, Stanford University | Current |
| Marisa Holubar | Fellow, Stanford University | Current |
| Huiping Zhu, MD, PhD | Assistant Professor, UT Austin | Current |
| Laura Pawlowki, PhD | Research Scientist, CA Dept Public Health | Current |
| Analee Etheredge, PhD | Post-doc, Southwestern University | Current |
| Suzan Carmichael, PhD | Assoc Professor, Stanford University | 1998-2007 |
| Julie Robitaile, PhD | Asst Professor, Laval University | 2007-10 |
| Dorian Ramirez, MD | Unknown | 2004-07 |
| Lan Vu, MD | Unknown | 2006-08 |
| Hannah Glass, MD | Asst Professor, UCSF | 2006-08 |
| Yvonne van der Linden, PhD | Research Scientist, Netherlands | 2007-08 |
| Jill Hardin, PhD | Research Scientist, Vitapath Inc, Foster City, CA | 2004-09 |
| Una Grewal, PhD | Staff Scientist, NIH/NICHD | 2006-08 |
| Juan Yang, MD, PhD | Research Scientist CA Dept Public Health | 2004-08 |
| Pedro Sanchez, MD | Director, Craniofacial Center Cedars Sinai | 2005-10 |
| Brian Chen, PhD | Post-doc, NIH | 2004-08 |
| Shu Wen, MD, PhD | Post-doc, Baylor College of Medicine | 2007-09 |
| Rudy Rull, PhD | Research Scientist Northern CA Cancer Program | 2002-06 |
| Thu Quach, PhD | Research Scientist Northern CA Cancer Program | 2000-04 |
| Kimberly Morland, PhD | Assoc Professor Mt Sinai School of Medicine | 1992-96 |
| Lisa Croen, PhD | Senior Research Scientist, Kaiser Div of Research | 1991-98 |
| Cathy Wasserman, PhD | Asst Prof, U Washington | 1990-98 |

## JOURNAL EDITORIAL BOARDS

Birth Defects Research: Clinical and Molecular Teratology (formerly Teratology) 2002-
Pediatric and Perinatal Epidemiology 1998-2006
American Journal of Epidemiology 2008-
American Journal of Medical Genetics 2010-

## JOURNAL REVIEWER

American Journal of Epidemiology
American Journal of Human Genetics
American Journal of Medical Genetics
American Journal of Obstetrics and Gynecology
American Journal of Public Health
Annals of Epidemiology
Annals of Human Biology

Archives of Pediatric and Adolescent Medicine
Birth Defects Research A
British Journal of Occupational Environmental Medicine
Cleft Palate Craniofacial J
Diabetes Care
Environmental Health Perspectives
Epidemiology
Fertility and Sterility
Genetic Epidemiology
Genetics in Medicine
Human Genetics
Human Molecular Genetics
International Journal of Obesity
Journal of Exposure Analysis and Environmental Epidemiology
Journal of Occupational Medicine
Journal of Pediatrics
Journal of the American Medical Association
Lancet
Medscape — Women's Health
New England Journal of Medicine
Pediatric and Perinatal Epidemiology
Pediatric Research
PloS
Preventive Medicine
Reproductive Toxicology

### NIH STUDY SECTION REVIEWER

1997-02        Ad hoc reviewer: Oral Biology and Medicine
2011-          Ad hoc member IRAP study section

### PROFESSIONAL ORGANIZATIONS

American Epidemiological Society (elected member)
Fellow, American College of Epidemiology

Society for Epidemiologic Research
American Public Health Association
International Society for Environmental Epidemiology
Society for Pediatric and Perinatal Epidemiologic Research (2004-07, member of Executive Committee)
Teratology Society (2005- Student Affairs Committee)
American Society of Human Genetics
Society for Pediatric Research

### Scientific Presentations/Lectures (2008- )

1/08 – Free University, Amsterdam, Netherlands.  Folic Acid, Genetics, Metabolomics, and Neural Tube Defects - Mini Symposium, *Neural Tube Defects and Folic Acid, Case Not Closed in Humans*

2/08 – Georgia Institute of Technology – Workshop on a Multifactorial Multi-institutional Approach to Determine the Causation of Neural Tube Defects in Humans: Genetics, Nutrition and Environmental Factors, *Gene-Nutrient Interactions and Human Birth Defects*

5/08 - University of North Carolina, Multidisciplinary Workshop on Nutrition, Brain Development and Aging: Genetics, Epigenetics, Diet and Behavior, *Nutrients and Neural Crest Cell-Related Human Birth Defects*

6/08 – Annual Teratology Society Meeting, Monterey, CA. *Nutrition and birth defects – perspectives from the National Birth Defects Prevention Study*

5/09 – Annual Conference of Nurse Midwives, Seattle, *Choline – the unknown essential nutrient.*

5/09 - Birth Defects and Folate. R25: Public Health Seminar, 2009-AALNMF, Stanford University

5/09 - Gene-Environment Interactions and Birth Defects Research, Seminar in Statistical approaches, Dept Psychiatry, Stanford University

6/09 – 7th International Conference on Homocysteine Metabolism, Prague, Czech-Rep. *Fetal development and other 1-methyl carbon donors.*

9/09 - Sixth International Neural Tube Defects Conference 2009, Burlington, VT,  *118 SNPs of Folate-Related Genes and Risks of Spina Bifida and Conotruncal Heart Defects.*

10/09 - Nutrients, genes, and birth defects: An overview.  HRP - Epidemiology Seminar, Stanford University

11/09 - Nutrients, Genes, and Human Birth Defects.  Pennington Biomedical Research Center Scientific Lecture Series. Baton Rouge, LA

11/09 -  Interactions Between Genes and Exogenous Factors on Risks of Human Birth Defects.  Medical Genetics, Stanford University

2/10 – Fetal Development – folic acid and other 1-methyl carbon donors.  1st Annual Pediatrics Retreat, Stanford University School of Medicine.

3/10 – Nutritionally-related findings from the NBDPS.  National Birth Defects Prevention Network Annual Meeting. Washington, DC.

8/10 – Human Birth Defects, Folate, and Other 1-Methyl-Carbon Donors – A Revisit of the Epidemiologic Evidence.  Federation of the American Societies of Experimental Biologists. Carefree, AZ.

11/10 – Epidemiologic Musings on Nutrients, Related Genes, and Risks of Human Birth Defects. Keynote Address to the Canadian Congenital Anomalies Surveillance Network 8th Annual Scientific Meeting.  Ottawa, CN.

7/11 -  Keynote address to the 7th Summer Institute of Reproductive and Perinatal Epidemiology., NICHD and CIHR. Philadelphia, PA

3/12 – March of Dimes 2012 Conference for Health Professionals.  Plenary talk on Stanford Preterm Center, Santa Ana, CA.

## *National Advisory Committee/Workshop Experience (2006- )*

2003-06  National Childrens Health Study – Birth Defects Working Group, NIH/NICHD, Bethesda, MD

2008  Special Emphasis Panel Reviewer for NIH/NIEHS, Disease Investigation through Specialized Clinically-Oriented Ventures in Environmental Research (DISCOVER P50). Research Triangle, NC

2007 – The Use of Newborn Blood Spots in Environmental Research: Opportunities and Challenges, U North Carolina, Chapel Hill, NC

2007 -  Teratology Society, Annual Meeting Program Planning Committee

2001- current Coordinating Council for the National Birth Defects Prevention Study, Centers for Disease Control and Prevention, Atlanta, GA

2006 – Cardiovascular Strategic Planning  - Valvular and Congenital Diseases, NIH/NHLBI, Bethesda, MD

2004-present     Appointed member of Teratogen Information System Advisory Board

2009-present   Scientific Advisor for the Hydrocephalus Foundation

## *Scientific Meetings Organized (2007-)*

2007 5th International Neural Tube Defects Conference, Asilomar, CA
2009 6th International Neural Tube Defects Conference, Burlington, VT
2010 co-planner for Opportunities and Public Health Priorities for Genetics Research on Birth Defects of Complex Etiology
2011 7th International Neural Tube Defects Conference, Austin, TX

## *Community and University Service (2009- )*

- 2009-current, scientific advisor to California Birth Defects Monitoring Program, California Department of Public Health.
- 2011- current, reviewer for Children's Health Research Institute grant program, Stanford University

- 2010-current, faculty Research reviewer/advisor Genetic Counselor Training Program, Stanford University
-2011-current, planning member for population sciences at Stanford University
-2011-2012, Neonatology faculty search committee, Stanford
-2012, Systems Medicine faculty search committee, Stanford
-2012-current, Co-Chair Research Advisory Committee for Dept of Pediatrics, Stanford

## FELLOWSHIPS/AWARDS

Godfrey Oakley Jr Award by the National Birth Defects Prevention Network 2007
National Cancer Institute Training Grant, University of California Berkeley, 1983-85.
Graduated Summa Cum Laude (undergraduate GPA = 4.0)
Senior of the Year Award
New York State Public Health Conference, 11/79.
William Stebbins Award for Outstanding Student Achievement, 4/79.