# Exhibit 8

RE: EVAN FRISCHHERTZ

STATEMENT OF ANTHONY R. SCIALLI, M.D.

Table of Contents

I. Background and Qualifications.................................................................................... 2
II. Opinions and Basis of Opinions .............................................................................. 3
III. The Clinical Events ................................................................................................ 4
IV. Birth Defects .......................................................................................................... 7
V. Methods of Assessment of Medications for Developmental Effects........................ 8
VI. Experimental Animal Studies of Paroxetine ......................................................... 9
VII. The Paxil® Product Labeling .............................................................................. 15
VIII. The Paxil® IND and NDA ................................................................................. 16
IX. Speculated Mechanisms Concerning Paroxetine and Cardiovascular Defects ...... 16
X. Human Studies....................................................................................................... 17
XI. Causation Analysis................................................................................................ 19
XII. Conclusions......................................................................................................... 23

Appendix A. The Serotonin Literature ...................................................................... 25
I. What is serotonin?.................................................................................................. 25
II. Theories about serotonin in the embryo................................................................. 25
    A. The study by Yavarone et al. (1993)................................................................. 26
    B. Neural crest cells and the study by Moiseiwitsch and Lauder (1995) ................ 27
    C. The study of Sari and Zhou (2003) .................................................................. 28
III. Theories about serotonin receptors....................................................................... 28
IV. Theories about the serotonin transporter .............................................................. 30
V. Conclusions ........................................................................................................... 31

Appendix B. Literature reviewed ............................................................................... 32

Appendix C. Disclosures ........................................................................................... 50
    Rate ..................................................................................................................... 50
    Testimony in the Past Four Years ........................................................................ 50

Appendix D. Curriculum Vitae .................................................................................. 51

RE: EVAN FRISCHHERTZ

STATEMENT OF ANTHONY R. SCIALLI, M.D.

## I. Background and Qualifications

1   I am an obstetrician-gynecologist and reproductive toxicologist with specific expertise in the evaluation of the medical and scientific literature concerning reproductive and developmental toxicology and concerning teratology.[1] I am Adjunct Professor of Obstetrics and Gynecology and of Pharmacology and Physiology at Georgetown University, where I teach and Clinical Professor of Obstetrics and Gynecology at George Washington University, where I teach and provide clinical services. I am employed by Tetra Tech Sciences, a health and environmental consulting firm.

2   I am Director of the Reproductive Toxicology Center, A Non-Profit Foundation. The Reproductive Toxicology Center operates a data base called REPROTOX®, which is a reference source for information on the reproductive and developmental effects of chemical and other agents on all aspects of reproduction. REPROTOX® is used by physicians, genetic counselors, industry scientists, and government agencies in the US and in other countries.

3   I am the founding editor of the peer-reviewed journal *Reproductive Toxicology*, which is published by Elsevier Science. I was Editor-in-Chief of *Reproductive Toxicology* for 17 years. I continue to serve as a reviewer for articles submitted to *Reproductive Toxicology* as well as for articles submitted to other scientific journals including *Birth Defects Research*, *Obstetrics and Gynecology*, *the New England Journal of Medicine*, and the *American Journal of Obstetrics and Gynecology*, among others.

4   From 1983 to 2004, I was a full- time faculty member at Georgetown University School of Medicine, achieving the ranks of Professor of Obstetrics and Gynecology and Professor of Biochemistry and Molecular Biology. I was also Director of the Residency Program in Obstetrics and Gynecology at Georgetown University Hospital.

5   I have served as an advisor or consultant on the subject of developmental toxicology and reproductive medicine for organizations such as the US Food and Drug Administration (FDA), the World Health Organization, the Environmental Protection Agency (EPA), and the Occupational Safety and Health Administration, among others. My activities at the FDA include teaching a course for medical officers on the interpretation and use of developmental toxicity data and service as a consultant to the Pregnancy Labeling Task Force, the purpose of which was to revise the pregnancy portion of the medication labeling to make it more useful and understandable for clinicians.

---

[1] In this report, reproductive toxicology refers to the study of the effects of chemicals and other agents on all aspects of reproduction (e.g., fertility, pregnancy, lactation). Developmental toxicology involves the effects of chemicals or other agents on a subset of reproductive end points involving the developing organism (e.g., the embryo and fetus). Teratology is the study of congenital abnormalities, such as heart defects, whether spontaneous (occurring by themselves), genetic, or due to an exposure.

6   I received a Doctor of Medicine degree from Albany Medical College, Albany, NY in 1975, following which I completed a residency in Obstetrics and Gynecology at George Washington University, Washington, DC in 1979. I did a Fellowship in Reproductive Toxicology from 1982 to 1984. I am Board certified by the American Board of Obstetrics and Gynecology, and I have active licenses to practice in Maryland and the District of Columbia.

7   I have been active in national and international professional societies concerned with reproductive medicine and toxicology. These societies include the Teratology Society, of which I am a past president, the Organization of Teratology Information Specialists, the Society of Toxicology, of which I am a member of the Reproductive and Developmental Toxicology Specialty Section, the American College of Obstetricians and Gynecologists, and the American Society for Reproductive Medicine.

8   I have counseled men and women about the reproductive effects of exposures to chemicals and other agents and have authored, coauthored, or edited original scientific studies, review articles, book chapters, and books in reproductive medicine, including reproductive and developmental toxicology and teratology. I have been a regular contributor to the scientific literature on the effects of chemicals and other agents on reproduction.

9   Details of my training, qualifications, and experience are identified in my curriculum vitae, which is attached as Appendix D to this report.

## II. Opinions and Basis of Opinions

10  My opinions, expressed to a reasonable degree of medical certainty, are

(1) Reproductive toxicology is a well developed and precise discipline with generally accepted methods and procedures for determining whether an exposure increases the risk of birth defects.

(2) There are no single exposures that cause all birth defects, all congenital heart defects, or all limb defects; i.e., teratogenic exposures produce specific abnormalities.

(3) Experimental animal studies support the conclusion that paroxetine[2] administration during pregnancy does not increase the incidence of congenital malformations in general, cardiovascular or limb malformations, or Evan Frischhertz's type of alleged cardiovascular condition and finger malformation.

(4) There is no known mechanism by which treatment with paroxetine would cause congenital malformations in general or cardiovascular or limb malformations in particular.

(5) There is no scientific evidence to support the conclusion that Andrea Frischhertz's alleged exposure to paroxetine caused or contributed to the development of Evan Frischhertz's alleged cardiovascular condition or finger malformation.

---

[2] Paroxetine is the generic name for Paxil®. In this report, Paxil® and paroxetine will be used interchangeably.

(6) At all times, including during the time period when Andrea Frischhertz is alleged to have been exposed to paroxetine, the product labeling for paroxetine appropriately reported the experimental animal data and reflected the state of the science.

11 My opinions are based on my training and experience in the field and on material that I reviewed. The items I reviewed are

**A. Medical records.** I have reviewed reports of diagnostic medical studies of Evan Frischhertz and medical and pharmacy records of his mother, Andrea Frischhertz, also known as Andrea Snow. I have seen photographs of Evan Frischhertz, including photographs of his hands.

**B. Case materials and discovery documents.** I have reviewed transcripts of the depositions of Andrea and Brad Frischhertz and of Drs. Ellen McLean, Eugene Hoffman, Eric George, Aluizio Stopa, Alison Stewart, Richard Marino, Yves Lacassie, and Joseph Gregory. I have reviewed reports of Drs. Paul Goldstein, Susan Andrews, Joseph Hirsch, and Shira Kramer, and of Ms. Nancy Favaloro. I reviewed the GlaxoSmithKline "Case summary for A0348482B" and related documents pertaining to a spontaneously reported case of truncus arteriosus.

**C. Scientific literature.** The scientific literature on which I relied was obtained through a literature search conducted by me using the bibliographic data bases of the National Library of Medicine. Unpublished studies and FDA submissions were provided to me by counsel. The literature on which I rely is listed at the end of this report.

**D. FDA Documents.** I read the Safety Review for paroxetine,[3] the Summary Basis of Approval for paroxetine hydrochloride,[4] and Adverse Event Reports of congenital anomalies received by GlaxoSmithKline. I reviewed a memorandum dated August 15, 1995 from Dr. Steven Sparenborg (PAR000106857–860).

**E. Product Labeling.** I read the Paxil® product labeling published during the time period when Andrea Frischhertz allegedly was first prescribed Paxil® and allegedly took it during her pregnancy with Evan Frischhertz.

## III. The Clinical Events

12 Andrea Frischhertz received prenatal care for her pregnancy with Evan Frischhertz from Dr. Eugene Hoffman's practice. The prenatal record shows a last menstrual period beginning June 26, 2004, although this date is followed by a question mark (552069.002.MED00020). This menstrual history would predict a date of conception of July 10, 2004. A sonogram on September 30, 2004 was read as showing a gestational age of 12 weeks and 4 days. By convention, obstetrical dating is expressed in days and weeks from the first day of the last menstrual period and assumes that conception occurred two weeks thereafter. A sonogram

---

[3] Review and Evaluation of Clinical Data, Original NDA 20-031, Paroxetine (Aropax®) Safety Review, Reviewer: Martin Brecher M.D., D.M.Sc., June 19, 1991. PAR 000014670.
[4] Summary Basis of Approval, NDA 20-031. PAR000677333.

estimate of a gestational age of 12 weeks and 4 days is equivalent to an estimate that conception occurred 10 weeks and 4 days previously. This dating would place the date of conception at July 18, 2004. Pregnancy dating uses the last menstrual period unless a first trimester sonogram disagrees by more than a week. In this case, the sonogram was at the end of the first trimester or beginning of the second trimester, and conception dating cannot be defined with precision except to say that conception most probably occurred during the July 10—18, 2004 time period.

13   Ms. Frischhertz's first prenatal visit on August 18, 2004 was at about 7-4/7 weeks after her last menstrual period or about 5-4/7 weeks after conception (552069.099.MED00003). There is no indication in the record as to when or whether Ms. Frischhertz received a prescription or recommendation for prenatal vitamins. Usual practice would be to prescribe or recommend prenatal vitamins on the first prenatal visit. This initial prenatal care was provided by Drs. Alison Stewart and Richard Marino. These doctors testified that their medical record does not show that Ms. Frischhertz had taken Paxil® during pregnancy and that this information would have been recorded had Ms. Frischhertz reported it (Stewart deposition, page 12; Marino deposition, page 11).

14   There are three references to Paxil® in the prenatal record. On December 2, 2004 at 21–22 weeks after conception, a note reads, "Change to Paxil CR 12.5 mg." On January 21, 2005, there is reference to a refill of Paxil CR (552069.002.MED00023). On March 22, 2005, 8 days before Evan was delivered, there is a note indicating a refill of Paxil® 20 mg to be taken at a dose of ½ pill daily (552069.002.MED00021). Pharmacy records show that 30 doses of Paxil®CR 37.5 mg were dispensed on July 15, 2004 (552069.049.MED00006). This medication would have lasted until August 13, 2004, 27–34 days after conception, if taken as directed.

15   On November 11, 2004, at 16+ to 17+ weeks after conception, Ms. Frischhertz presented to Dr. Marshall St. Amant at East Jefferson General Hospital for evaluation of an echogenic focus that had been found in the fetal heart. A hospital form from that date indicates Zoloft under medications (552069.014.MED00048). Zoloft® (sertraline) is used for many of the same disorders as Paxil®. The records indicate that prior to December 2, 2004, Ms. Frischhertz was taking Zoloft® for some period of time, and that on December 2, 2004, she was switched to Paxil®. Dr. Ellen McLean testified that her records document a visit with Ms. Frischhertz prior to her delivery of Evan in which Ms. Frischhertz reported that she took Paxil® during the third trimester (McLean deposition, page 33; see also 552068.002.MED00043). Ms. Frischhertz testified (deposition pages 252–253) that she personally gave Dr. McLean the information that she had taken Paxil® during the third and not the first trimester of her pregnancy with Evan.

16   On September 15, 2005, less than one year after these events, Ms. Frischhertz saw Dr. Joseph Gregory (552069.022.MED0002). Dr. Gregory's note indicates that Ms. Frischhertz had an anxiety disorder for which she took Paxil® "more often than not" since the summer of 1999. With reference to Ms. Frischhertz's pregnancy, Dr. Gregory noted that Ms. Frischhertz took Paxil® in the third trimester. Dr. Gregory testified that he would have documented use of

Paxil® during the first trimester had he been given that information (Gregory deposition, page 23).

17   Andrea Frischhertz testified more than six years after the pregnancy that she was, indeed, taking Zoloft® during her pregnancy prior to being switched to Paxil® (Andrea Frischhertz deposition, page 147), but that she had also been on Paxil® early in pregnancy. She testified that she had a conversation with her treating psychiatrist between the 4th and 6th week of pregnancy regarding whether she could continue Paxil® during pregnancy (*Id.*, page 162). According to Ms. Frischhertz's testimony, that psychiatrist told her he did not have a reason to tell her to stop the Paxil®. According to Ms. Frischhertz, at the time of her first obstetrical visit, she was told to wean off Paxil® and did so over two weeks (*Id.*, page 152). There is no documentation of conversations about Paxil® during early pregnancy in Ms. Frischhertz's obstetrical records. I have not seen records from the psychiatrist to whom she referred.

18   Ms. Frischhertz testified (deposition pages 289–290) that she had flu with fever to 102.5 degrees in the third trimester of her pregnancy with Evan.

19   Andrea Frischhertz was admitted to the hospital on March 28, 2005 for induction of labor, because Evan had been diagnosed as being growth restricted. She underwent cesarean section on March 30, 2005 for a diagnosis of non-reassuring fetal heart tracing (552069.014.MED00023–024). Evan had a birth weight of 5 pounds, 7 ounces (4.2 percentile). The pathology report on the placenta indicated the presence of slight acute chorioamnionitis (552069.014.MED00070).

20   Brad Frischhertz, Evan's father, testified that he and Evan's mother smoked cigarettes but stopped around the time the pregnancy with Evan was diagnosed (Brad Frischhertz deposition, pages 89–90, 92). Mr. Frischhertz also testified that he and Ms. Frischhertz drank alcohol two or three times weekly and that Ms. Frischhertz stopped drinking around the time the pregnancy with Evan was diagnosed (*Id.*, pages 88–89, 91). Mr. Frischhertz used marijuana and LSD in the past (*Id.*, pages 90–91).

21   Evan Frischhertz had echocardiograms on the day of birth and on April 29, 2005 that showed patent foramen ovale, which is not a birth defect and which is a normal finding in a newborn. The echocardiogram on the day of birth also showed a patent ductus arteriosus, which also is a normal finding in a newborn. Evan's cardiologist, Dr. Stopa, testified that Evan initially had a patent ductus arteriosus, which is a normal finding in a newborn, and a patent foramen ovale, which can normally take up to eight months to close (Dr. Stopa deposition pages 11–13). The ductus arteriosus had closed on its own by April 29, 2005 (*Id.* pages 15–16) and the foramen ovale had closed by November 10, 2005 (552068.029.MED00002). In this report, I will address atrial septal defect, although Evan Frischhertz was not diagnosed with atrial septal defect, because some of Plaintiffs' expert witnesses represent that Evan had an atrial septal defect. Echocardiograms performed on April 29, 2005, November 10, 2005, and February 25, 2011 confirmed that Evan Frischhertz does not have an atrial septal defect or any other cardiac malformation.

22   Evan has also been diagnosed with underdevelopment of two or three fingers on his right hand. The impression of Dr. Thomas, Evan's initial treating geneticist, was that the finger

abnormalities represented Holt-Oram syndrome, a genetic condition (552068.072.MIS/EM00001–002). Dr. Thomas described a small right hand with camptodactyly and shortening of the 2nd and 3rd phalanges of the fourth finger. Dr. Yves Lacassie, a genetic consultant, reported in a letter to Dr. Ellen McLean dated October 31, 2011, that he did not believe that Evan has Holt-Oram syndrome. Dr. Lacassie raised the possibility of an intrauterine vascular abnormality[5] or other possible genetic conditions as the cause of Evan's finger malformation. In his deposition, Dr. Lacassie testified that a mosaic genetic disorder was another possibility.[6] None of these possibilities can be ruled out. Dr. Lacassie confirmed that Evan does not have a cardiovascular defect and indicated that his review of the literature on paroxetine did not support a teratogenic theory for Evan's abnormality. Dr. Lacassie's deposition testimony confirmed the conclusions that were expressed in his October 31, 2011 letter, including his doubt that Evan's abnormalities are due to a medication (Lacassie deposition page 14) and his understanding that Evan did not have a heart defect (*Id.* page 18).

## IV. Birth Defects

23  "Birth defect" is a common term used to describe physical abnormalities that are present from birth. "Congenital malformation" and "congenital anomaly" are terms that are used synonymously. It is common for scientists to use the term "developmental abnormality" to refer to birth defects and other abnormalities of development before birth, including abnormalities of function, growth, and viability. An example of an abnormality of function is mental retardation, where the child appears physically normal but the function of the brain is not normal. An example of an abnormality of growth is growth restriction, where a child appears normal but is born too small. An example of an abnormality of viability is stillbirth.

24  Birth defects are diagnosed in approximately 3–5% of newborns, and cardiovascular abnormalities are diagnosed in about 1% of newborns.[7] The incidence of birth defects, and especially cardiovascular defects, is dependent on the age at which children are evaluated and on the extent of diagnostic testing. Diagnostic testing can identify clinically insignificant abnormalities that would otherwise never have been detected. For example, ventricular septal defect (a kind of heart defect) is diagnosed in typical pediatric practice in fewer than 1% of newborns. If echocardiography is routinely used on all newborns, however, ventricular septal defect is found in 5.3% of newborns (Roguin et al., 1995). Pulmonic stenosis is the most common type of right ventricular outflow tract obstruction and is diagnosed in 3.3 per 10,000 live births (Wren et al., 2000). The diagnosis of pulmonic stenosis is made by Doppler echocardiography based on estimation of the pressure gradient across the pulmonic valve. The more echocardiography is performed, the more opportunity there may be to identify asymptomatic pulmonic stenosis.

---

[5] No study has ever associated paroxetine with vascular abnormalities. Vascular abnormalities, which involve the blood supply to particular organs, are separate and distinct from cardiovascular abnormalities, which involve the heart and great vessels.
[6] No study has associated paroxetine exposure with mosaic genetic disorders.
[7] http://www.marchofdimes.com/pnhec/4439_1206.asp; http://www.cdc.gov/node.do/id/0900f3ec8000dffe; Correa et al., 2007.

25  The increased diagnosis of ventricular septal defect and pulmonic stenosis with increased utilization of echocardiography applies to other congenital heart defects as well. The increased use of echocardiography has been observed to coincide with increased early detection of congenital heart disease in general (Grech, 1999). An increased rate of detection of cardiovascular malformations over time has been attributed to better ascertainment with the use of Doppler echocardiography (Wren et al., 2000). Studies on the diagnosis of congenital heart disease over time show an increase in diagnosis of ventricular septal defect and pulmonic stenosis over time consistent with the increasing use of echocardiography (Wilson et al., 1993; Botto et al., 2001; Correa et al., 2007).

26  An estimated 65% of all birth defects have no known cause. Genetic causes account for 20–25% of birth defects. Maternal diseases, including alcoholism and infections, cause 7% of birth defects. Mechanical problems leading to deformations cause 1–2% of malformations. Maternal exposures to drugs, chemicals, radiation, and heat cause less than 1% of birth defects (Schardein, 2000). In other words, fewer than 0.03–0.05% of all newborns have birth defects due to exposures to medications, chemicals, radiation, and heat. The cause of congenital heart defects is unknown in most cases.[8] Known causes of congenital heart disease include genetic abnormalities, rubella virus infection, ethanol, isotretinoin, maternal diabetes, and maternal phenylketonuria. Inadequate intake of folic acid by the pregnant mother has also been suspected to increase the risk of congenital heart disease.

27  Although exposures to medications are unusual causes of birth defects, it is standard practice to evaluate medications for the potential to cause birth defects and other developmental abnormalities. This evaluation is performed in experimental animals and is a condition of regulatory approval to market prescription medication.

## V. Methods of Assessment of Medications for Developmental Effects

28  The evaluation of medications for developmental effects is an orderly process that includes consideration of experimental animal studies. It is a principle of toxicology that all substances, even oxygen and table sugar, will produce toxicity if the exposure level is sufficiently high. Therefore, experimental animal studies do not have the goal of designating compounds as "toxic" or "non-toxic." Instead, experimental animal studies are designed to identify the exposure level at which toxicity occurs in the species studied. A comparison of the exposure level at which toxicity occurs in experimental animals with the anticipated exposure level in humans is used to develop an estimate of potential risk. This comparison may be made using administered dose per unit of body weight or dose per unit of surface area or using achieved plasma concentrations of the drug.

29  In developmental toxicology studies, a medication is given to pregnant and/or lactating experimental animals to detect effects on the embryo, fetus, or juvenile offspring. Studies designed to evaluate the appearance of malformations use dosing during the time in pregnancy when the malformations of interest are likely to be produced.[9] The medication is

---

[8] http://www.marchofdimes.com/pnhec/4439_1212.asp
[9] Studies that would be designed to detect cardiovascular malformations would use dosing on gestation days 6–15 in the rat and 6–18 in the rabbit.

given to different groups of pregnant or lactating animals at different doses in order to detect the dose level at which developmental toxicity occurs. Typically, the highest dose administered to the pregnant or lactating animal is sufficient to produce some degree of maternal toxicity, for example, a decrease in weight gain during pregnancy. This high dose is designed to produce a toxicologic effect in the species to increase the likelihood that developmental toxicity will be produced.

30   The nature of the developmental toxicity that is produced in experimental animals does not necessarily predict what kind of toxicity, if any, will occur in humans exposed to a medication at therapeutic doses. It is not reliable to predict from an experimental animal study what malformations, if any, will be present in a human exposed to therapeutic doses of a medication.

31   Although experimental animal studies are useful in evaluating the dose level at which developmental toxicity may occur, the appearance of one kind of abnormal development in an experimental animal study does not mean that any developmental toxicity will occur in humans after exposure to therapeutic doses of the medication, because humans may differ from experimental animals in their metabolism of the medication and in the susceptibility of embryonic programs to disruption by the medication.

32   Medications that are associated with an increased risk of birth defects in humans after the use of therapeutic doses by the mother will produce abnormal embryo development in experimental animal studies. The increase in abnormal embryo development with increasing medication dose is not equivocal in these instances. For example, isotretinoin (Accutane®), a medication used for acne, causes malformations in human pregnancy at therapeutic doses (Lammer et al., 1985). Similar malformations are also produced in mice, rats, rabbits, and monkeys (reviewed by Nau, 2001). The experimental animal studies show a clear increase in the incidence of malformations with increasing dose of isotretinoin. In a rat study (Agnish et al., 2001), there were no malformed fetuses in 29 control litters, 12 malformed fetuses in 5 of 18 litters at the low isotretinoin dose, and 39 malformed fetuses in 7 of 14 litters at the high isotretinoin dose. In a rabbit study (Eckhoff et al., 1994) using 10 litters per dose group, the control group had 5 fetuses from 2 litters with malformations. In the low-dose isotretinoin group, 4 fetuses in 2 litters had malformations, and in the high-dose isotretinoin group, 13 fetuses in 7 litters had malformations.

## VI. Experimental Animal Studies of Paroxetine

33   There are four experimental animal studies in two species that systematically evaluated the potential for paroxetine to cause an increase in malformations after exposure during pregnancy. Two additional studies also included evaluation of offspring for structural abnormalities while three others solely evaluated fertility and reproductive parameters. In contrast to the findings in experimental animal studies on isotretinoin and other medications that are known to increase the risk of malformations in humans after therapeutic exposures, none of the paroxetine studies showed an increase in any malformations, including

cardiovascular or limb malformations.[10] There are additional experimental animal studies in which paroxetine was evaluated for effects on fertility and reproductive success in males and females (McIntyre, 1986a, b; Ridings. 1987) or behavioral effects of pregnancy exposure to paroxetine (Coleman et al., 1999; Rayburn et al., 2000). These studies were not designed to evaluate heart or limb development after exposure during pregnancy to paroxetine.

34   While one of the preclinical experimental animal studies showed an increase in rat pup deaths during the neonatal period with drug exposure to 5 mg/kg/day and higher, this increase in mortality rate was reported in the very first Paxil® labeling and continues to be in the labeling today. Moreover, there is nothing in the experimental animal data to suggest that the pup deaths were the consequence of any congenital malformation, cardiovascular, limb, or otherwise.

35   In one study (REPROTOX GmbH, 1981a), adult rats were treated by gavage with paroxetine 0, 5, 15, or 50 mg/kg bw/day throughout pregnancy.[11] Half the females were killed on gestation day 19 (rat gestation is 21–22 days long), and the fetuses were evaluated for malformations. The other half of the females were permitted to deliver their litters, and paroxetine treatment was continued through the lactation period. There was no increase in congenital abnormalities in any of the groups treated with paroxetine, and none of the fetuses was observed to have a cardiovascular or limb malformation. While there was an increase in neonatal pup mortality in all paroxetine dose groups, there is no evidence that the deaths were caused by any structural malformation. Indeed, a follow-up study showed that pup death was produced by treatment of pregnant rats with paroxetine 4 or 15 mg/kg bw/day from 4 days before birth until 4 days after birth, well after the period of organogenesis, showing that the pup death was not due to the production of birth defects (PAR004415497–498). There was no harmful effect of 1 mg/kg bw/day.

36   In another rat study (Cozens et al., 1982), adults were treated by gavage with paroxetine 0, 1, or 50 mg/kg bw/day. Half of the female rats treated with 1 mg/kg/day were killed on gestation day 20 for evaluation of the fetuses, while the other half were permitted to deliver their litters. All females treated with 50 mg/kg/day were killed on gestation day 20 for evaluation of the fetuses; none were allowed to litter. There was no increase in congenital malformations in fetuses or delivered pups from any paroxetine-treated group. None of the fetuses had cardiovascular malformations. One control dam had four fetuses with syndactyly and one 50-mg dam had a fetus with malrotated hind limbs. Neither of these kinds of abnormalities are related to Evan Frischhertz's finger malformation. In the delivered litters, there was no statistically significant difference in the rate of pup death from birth to weaning.

37   In another rat study (REPROTOX GmbH, 1981b), 23–26 animals/dose group were treated by gavage with paroxetine 0, 5, 15, or 50 mg/kg bw/day from gestation day 6 through 15. The

---

[10] In this paragraph and in the descriptions of the studies, the terms "increased" and "decreased" are used when statistical testing showed a statistically significant effect of treatment. The use of statistical significance testing is standard practice in reproductive and developmental toxicity testing.

[11] mg/kg bw/day refers to 1 milligram (1/1000 gram) of the test substance per kilogram (1000 grams) of the animal's body weight each day. Typical human doses are 10–60 mg/day or 0.17–1 mg/kg bw/day for a 60-kg (132-lb) woman. Gavage refers to placement of a tube through the animal's mouth into the stomach with direct injection of the test material into the stomach.

pregnant rats were killed on gestation day 19, and fetuses were evaluated. There was no increase in congenital malformations in fetuses from any paroxetine-treated group. None of the fetuses had cardiovascular or limb defects.

38   In a rabbit study (REPROTOX GmbH, 1981c), 12–14 rabbits/dose group were treated with paroxetine by gavage at 0, 1, 3, or 6 mg/kg bw/day on gestation days 6 though 18. The animals were killed on gestation day 28 (of ~31) for evaluation of the fetuses. There was no increase in the incidence of malformations in any paroxetine-treated group. None of the fetuses had cardiovascular or limb malformations.

39   None of the fetuses evaluated at the end of pregnancy in any of these studies had a cardiovascular malformation, nor were there any cardiovascular malformations reported in those pups necropsied postnatally.

40   The results of experimental animal testing for malformations were summarized in a published paper by Baldwin et al. in 1989, making these results available to the general scientific and medical community. The results were also summarized in the approved labeling for Paxil® issued prior to marketing in the US in 1993 and remain in the labeling today.

41   In a study examining peri/postnatal development following gestational and lactational exposure to paroxetine (Baldwin, 1984), 24 rats/treatment group were mated and treated with paroxetine 0 or 1 mg/kg bw/day by gavage from gestation day 15 (after cardiac and limb development) to postnatal day 24. Offspring were evaluated for weight, viability, and physical development.[12] At autopsy, there were no differences in the occurrence of malformations between the treated and control groups; there were no cardiac or limb malformations observed in any of the necropsied pups. No increase in the rate of neonatal pup mortality was observed.

42   An additional rat study was performed in 1996 to evaluate postnatal development after exposure by gavage during pregnancy and lactation to paroxetine 0, 0.1, 1, or 13 mg/kg bw/day (Wier, 1997). This study was fully consistent with Japanese guidelines for the design of a peri-/postnatal study (Speid et al., 1990). The focus of this study was the physical, neurobehavioral, and reproductive performance of the offspring as they matured. Treatment was started on gestation day 6 and continued through postnatal day 20. On gestation day 19 through postnatal day 6, the group assigned to receive paroxetine 13 mg/kg bw/day was given paroxetine 1 mg/kg bw/day in order to avoid the potential increase in perinatal mortality associated with the higher dose level. Avoiding perinatal mortality is important in order to assure an adequate number of offspring for subsequent neurobehavioral testing. The decrease in dose from 13 to 1 mg/kg bw/day occurred well after most major organ systems, including the heart and limbs, were formed; therefore, most organ systems in the high dose group developed in the presence of paroxetine 13 mg/kg bw/day. There was no increase in external malformations in any group treated with paroxetine, and there was no decrease in offspring survival in any group treated with paroxetine. There was a single dead pup in a

---

[12] Gestation day 15 is after the time when most embryonic structures develop. Consequently, this study was not designed to evaluate possible effects of paroxetine on congenital malformations.

study by Wier (1997) in which a ventricular septal defect was found. Single pup observations are not of teratologic significance. This single pup observation is well within the background rate of ventricular septal defect occurrence in laboratory rats (Johnson et al., 1993; Solomon et al., 1997) and does not indicate a causal relationship with paroxetine. No increase in internal malformations was observed in pups coming to autopsy. There were no pups with limb defects.

43   A paper by Van den Hove et al. (2008) described oral treatment[13] of pregnant rats with paroxetine 10 mg/kg bw/day on gestation days 14–21, the last week of pregnancy. Paroxetine exposure was associated with a decrease in birth weight and gestational age and an increase in pup death. No attempt was made to evaluate the hearts of the offspring; indeed, paroxetine treatments were started on gestation day 14, after most heart development had already been completed. This study is uninformative on the issue of whether gestational paroxetine exposure can cause cardiac malformations.

44   Papers by Coleman et al. (1999) and Rayburn et al. (2000) reported the administration of 30 mg/kg bw/day paroxetine in food bars to pregnant female mice until gestation day 16.5. The mice delivered and reared their offspring, which were evaluated for acquisition of developmental landmarks, for reproductive capability, and for behavioral test performance. In one of the studies (Rayburn et al., 2000), the offspring exposed to paroxetine were 5–8% lighter on postnatal days 1, 3, and 5 and had 5% narrower heads. These findings are not informative on a possible association between paroxetine and cardiovascular or limb abnormalities. In these studies, there were no adverse effects on offspring development or reproductive performance. There was no decrease in survival associated with paroxetine exposure.

45   A paper by Sloot et al. (2009) has been cited by Plaintiffs' experts as showing that paroxetine is teratogenic; however, this characterization is in error. The Sloot et al. paper did not report on the in vivo effects of paroxetine in any animal species. Rather, the investigators used rat whole embryo culture, a technique in which the embryo is removed from the mother and cultured in direct contact with a solution of the test chemical. This technique permits unreasonably high concentrations of the chemical to be put in contact with the embryo. In the Sloot et al. paper, teratogenicity was defined as a specific malformation in the absence of effects on growth and development. This definition is not accepted in the teratology community.[14] The malformations in rat embryos in the Sloot et al. study occurred to a small extent at a concentration of 3000 ng/mL, although not at a rate statistically different from the control, and to a larger extent at a concentration of 9000 ng/mL. There was no increase in malformations at 1000 ng/mL. By contrast, the peak plasma paroxetine concentration in humans on therapy is 61.7 ng/mL.[15] The finding of malformations in an in vitro rat study at 48–145 times the paroxetine concentration achieved in humans on therapy is not predictive of the potential for paroxetine therapy to cause birth defects. In addition, the Sloot et al.

---

[13] The route was not otherwise specified and may have been by stomach tube, drinking water, or diet.

[14] By this definition, fetal alcohol syndrome would not be considered a teratogenic effect, because all children with fetal alcohol syndrome have abnormalities of growth and development as well as congenital malformations.

[15] According to the product labeling, the peak plasma concentration in humans taking paroxetine 30 mg/day for 30 days is 61.7 ng/mL.

paper did not identify cardiovascular or limb defects as having resulted from the massive exposures to paroxetine. The Sloot et al. paper identified cardiovascular defects in embryos cultured with some chemicals but not with paroxetine or any other serotonin reuptake inhibitor.

46  It is not generally accepted in the scientific community that in vitro studies such as described in the paper by the Sloot et al. can be used for human risk assessment. The generally accepted scientific opinion about the lack of utility of in vitro studies for human risk assessment was summarized by a committee of scientists convened to consider the role of in vitro tests in developmental toxicity testing (Chapin et al., 2008). The errors in methodology and interpretation in the paper by Sloot et al. have also been addressed (Scialli and Iannucci, 2010). Moreover, Dr. Sloot and colleagues in response to criticism of their labeling of paroxetine as a teratogen, wrote, "Dr. Scialli and Ms. Iannucci are correct that at high enough concentration every compound will become a poison, or in terms of WEC [whole embryo culture] will become embryotoxic. That is indeed the reason why in the WEC study a distinction has been made between malformations associated with adverse effects on growth and development of the embryos and dysmorphogenesis without such effects. Furthermore, this distinction is made for the purposes of the WEC test and is not intended as a definition of in vivo teratogenicity."

47  The findings in the experimental animal studies did not suggest an increase in congenital malformations of any kind associated with paroxetine exposure. By contrast, experimental animal studies with a drug such as isotretinoin, which causes malformations in the offspring of women on therapy, showed a clear dose-related increase in malformations. There was nothing in the paroxetine studies to suggest that paroxetine use could cause cardiovascular or other malformations in humans at therapeutic doses nor did the results of these experimental animal studies indicate a need for further experimentation to assess potential developmental toxicity.

48  The available data do not demonstrate that the isolated finding of increased neonatal pup mortality seen in the preclinical experimental animal studies was due to gestational exposure to paroxetine. In fact, at the time of submission of the supplemental new drug application (NDA) for the obsessive-compulsive disorder indication in 1995, even the FDA noted, "It is not clear whether this finding was related to effects of the drug on the developing fetus in utero or was secondary to postnatal drug effects on the dams and/or pups."[16] Indeed, a 1995 memorandum from Dr. Steven Sparenborg reviewed the experimental animal studies showing decreased pup survival, which he indicated had been previously reviewed with the initial NDA.[17] Dr. Sparenborg concluded that the results of the studies strongly suggest that the critical period for paroxetine-associated rat pup death was from four days before birth to four days after birth, i.e., after heart formation had been completed. After reviewing the experimental animal studies conducted before and after the marketing of paroxetine, I agree with the FDA that a role for intrauterine treatment in rat pup death has not been established.

---

[16] PAR 000167422-24, page 3
[17] PAR000106857–860

49   Postnatal effects of paroxetine treatment are likely to have been responsible for rat pup death in those studies that show an increase in pup death. In addition to the studies previously described, a study performed by Ferrosan in 1980 demonstrated that pup death occurred with paroxetine treatment at sufficiently high doses during  only the four days before and the four days after birth, long after the heart and other organs had formed (PAR004415496–498). This conclusion is supported by the fact that increased mortality could be avoided by reducing exposure to the no effect level immediately prior to birth and for the first six days of life as demonstrated in the Wier, 1997 study. In addition, if the pup deaths had been related to a serious structural malformation induced during organogenesis, it would be expected that death would have been immediate. The preclinical experimental animal studies demonstrate, however, that both the fetuses harvested on gestation day 20 and the pups born to dams allowed to litter were viable and that death occurred only after the immediate perinatal period. The Wier study, performed by GlaxoSmithKline, answered the issue of pup deaths in rats, contrary to the statement by Plaintiffs' expert Dr. Hirsch that no studies were performed to evaluate this finding. Moreover, neonatal pup mortality was not observed in mice dosed throughout gestation (Rayburn et al., 2000).

50   The Wier study brings clarity to the question of pup death precisely because exposure to a high dose level of paroxetine (which would have caused pup death if not reduced around the time of birth) was maintained throughout the formation of the heart. If paroxetine caused widespread pup death by causing malformations, there should have been widespread pup death in the Wier study, but there was not. The Wier study, performed by GlaxoSmithKline, answered the issue of pup deaths in rats.

51   Neither the preclinical experimental animal data nor animal data published since the registration of paroxetine constitute a signal of fetal harm sufficient to warrant further investigation of potential effects of gestational exposure to paroxetine. Nor do they constitute evidence that therapeutic use of paroxetine by pregnant women causes cardiovascular malformations, limb malformations, or malformations of any kind.

52   Plaintiffs' expert Dr. Hirsch appears to misunderstand the experimental animal studies. He describes the studies as showing an increase in resorptions; however, there were no increases in resorptions except in the rat teratology study, in which resorptions were increased only in the highest dose group at which there was considerable maternal toxicity. At lower dose levels in the rat and at any dose level in the rabbit, there was no increase in resorptions, nor were there increases in malformations at any dose in any study of pregnant animals. Dr. Hirsch attributes significance to what he calls an increase in fetuses with minor skeletal anomalies; however, in the rat teratology study, this putative increase was not statistically significant and in the rabbit study, there were no increases in skeletal anomalies at all. Moreover, the skeletal anomalies in the rat study consisted of delayed ossification, which is not a birth defect and which is widely recognized and generally accepted as being transient, associated with decreased fetal weight, and secondary to maternal toxicity (Carney and Kimmel, 2007).

## VII. The Paxil® Product Labeling

53   The required contents of the product label for prescription medications are set forward in the Code of Federal Regulations (CFR). The language pertaining to pregnancy is indicated in 21 CFR 201.57.

54   The pregnancy portion of the product labeling includes standard language based on findings in human and experimental animal studies. The requirement includes designation of a pregnancy category: A, B, C, D, or X. The particular category to which a medication is assigned depends on the type of studies that have been performed (i.e., animal or human), if any, and what the studies showed. These categories are intended to be risk assessment tools. The placement of a drug in Category D or Category X does not mean that the drug has been shown to cause birth defects or any other abnormality in humans. Plaintiffs' expert Dr. Hirsch is mistaken when he characterizes Category D as meaning, "high risk for birth defects."

55   From May, 1996 through early December, 2005, Paxil® carried Category C labeling. The FDA rule for Category C label was worded as follows:

(c) *Pregnancy category C.* If animal reproduction studies have shown an adverse effect on the fetus, if there are no adequate and well-controlled studies in humans, and if the benefits from the use of the drug in pregnant women may be acceptable despite its potential risks, the labeling shall state: ''Pregnancy Category C. (*Name of drug*) has been shown to be teratogenic (or to have an embryocidal effect or other adverse effect) in (*name*(*s*) *of species*) when given in doses (*x*) times the human dose. There are no adequate and well controlled studies in pregnant women. (*Name of drug*) should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.'' The labeling shall contain a description of the animal studies. If there are no animal reproduction studies and no adequate and well-controlled studies in humans, the labeling shall state: ''Pregnancy Category C. Animal reproduction studies have not been conducted with (*name of drug*). It is also not known whether (*name of drug*) can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. (*Name of drug*) should be given to a pregnant woman only if clearly needed.'' The labeling shall contain a description of any available data on the effect of the drug on the later growth, development, and functional maturation of the child. (21 CFR 201.57)

56   During the time period when Andrea Frischhertz was allegedly taking paroxetine during pregnancy, there were no adequate and well-controlled human data showing that gestational exposure to paroxetine might increase the risk of congenital malformations of any kind; the state of knowledge about the pregnancy effects of paroxetine was clearly consistent with the Category C designation. Any other pregnancy category would have been inconsistent with the medical and scientific knowledge at the time.

57   The use of Pregnancy Category C in product labeling does not mean that therapy with the product will increase the risk for birth defects in humans or that the product is unacceptable for use in humans. According to FDA authors, of medications with an assigned Pregnancy Category, more than 60% were Pregnancy Category C (Uhl et al., 2002). Examples of Category C drugs routinely used during pregnancy are the antihypertensive drugs labetalol,

methyldopa, and nifedipine, the antinausea drugs droperidol and promethazine, the nasal decongestant (sold over-the-counter) phenylephrine, and the asthma medications theophylline, salmeterol, and fluticasone.

## VIII. The Paxil® IND and NDA

58  The term IND refers to the Investigational New Drug package submitted to the FDA before a new drug is studied in humans. NDA refers to New Drug Application, which is the package of material summarizing the sponsor's studies of the drug and requesting FDA approval for marketing.

59  The IND must be approved by FDA before a sponsor can send an unapproved drug across state lines for the purpose of supplying clinical trials. The IND application includes a description of the experimental animal studies so the FDA can assess whether the investigational drug is acceptable for clinical trial use. The FDA again reviews the experimental animal data as part of the NDA, which, if approved, permits the medication to be marketed.

60  I reviewed portions of the Paxil® IND and NDA that summarized the reproductive and developmental toxicity studies on paroxetine. The summaries were accurate and consistent with the underlying study reports.

61  I read the description of the developmental toxicity studies in the 1991 Safety Review from FDA Reviewer Martin Brecher M.D., D.M.Sc. and the summary basis of approval for NDA 20-031 for paroxetine hydrochloride. These documents demonstrate the FDA's awareness of the developmental toxicity studies that were submitted to them prior to approval for marketing.

## IX. Speculated Mechanisms Concerning Paroxetine and Cardiovascular Defects

62  Plaintiffs' experts have presented novel theories concerning mechanisms by which they speculate that paroxetine causes cardiovascular defects in general or atrial septal defect. These theories posit either that (1) paroxetine at therapeutic levels interferes with serotonin in some vague undefined manner and that serotonin is necessary for normal heart development or (2) paroxetine at therapeutic levels interferes with neural crest cell migration, which is necessary for normal development of the heart. In fact, there is no evidence suggesting that serotonin, neural crest cells, or paroxetine have any effect on development of atrial septal defect or limb defects.

63  A summary of the literature on serotonin, paroxetine, and embryo development is presented in Appendix A. This literature does not show that therapeutic levels of paroxetine interfere in any way with cardiovascular development in experimental animals or in humans.

64  The speculation that paroxetine at therapeutic levels interferes with neural crest cell migration in the embryo is without scientific support, as detailed in Appendix A.

65  Plaintiffs' expert Dr. Kramer asserts the unproven theory that paroxetine therapy alters serotonin in the embryo. She does not indicate in what direction serotonin is supposedly altered in the embryo, nor does she indicate what are normal levels of serotonin in the embryo. In fact, there is no evidence that serotonin levels in the embryo are altered at all by paroxetine therapy, and normal levels of serotonin in the human embryo are not known.

66  Dr. Kramer further advances the theory that serotonin reuptake inhibitors such as paroxetine may cause cardiac birth defects by affecting the fetal circulation. There is no evidence in the published literature supporting this proposition, which is not generally accepted in the scientific community. Dr. Kramer cites the paper by Sloot et al. (2009) in support of her novel theory about effects on the fetal circulation; however, Sloot et al. did not investigate any such hypothesis. Rather, Sloot et al. mention this theory as their own speculation about what serotonin reuptake inhibitors might do.

67  Dr. Kramer includes among her putative mechanism arguments the finding of paroxetine in umbilical cord blood and in amniotic fluid in human pregnancies. Most medications taken by the mother can be found in umbilical cord blood and amniotic fluid. Detection of medications in umbilical cord blood or amniotic fluid is not evidence of toxicity and does not speak to any purported mechanism. In addition, the references cited by Dr. Kramer measured antidepressants in cord blood at the time of birth or measured antidepressants in amniotic fluid after the first trimester. These studies are not informative about transfer of drugs to the embryo during much of the first trimester, because the early placenta differs substantially from the later placenta (Jauniaux and Gulbis, 2000; Jauniaux et al., 2001, 2003).

68  Dr. Kramer offers no scientific evidence to support her assertion that paroxetine exposure during pregnancy causes limb defects. She cites a paper by Bhasin et al. (2004) that did not study serotonin, did not study pregnant animals, and did not study limb defects. The Bhasin et al. paper used cultured cells isolated from the hind limb bud of mouse embryos. In this study, stimulation of the 5-HT$_{2B}$ serotonin receptor was associated with incorporation of sulfate into cartilage under artificial conditions in culture. Paroxetine has no effect on the 5-HT$_{2B}$ serotonin receptor. Dr. Kramer also cites an unconfirmed finding of clubfoot associated with paroxetine use during pregnancy; however, clubfoot is completely unrelated to the finger malformation diagnosed in Evan Frischhertz.

## X. Human Studies

69  I have reviewed studies of human pregnancy outcome after therapeutic use of serotonin-reuptake inhibitors or paroxetine. These studies appear in the reference list at the end of my report. While some of these studies reported an association between serotonin reuptake inhibitors or paroxetine and all malformations or all cardiovascular malformations, such findings are uninformative on the question of whether serotonin reuptake inhibitors and/or paroxetine cause any particular type of malformation. Teratogenic exposures are specific; no single exposure causes all types of defects or all types of cardiac defects.

70  I have reviewed the adverse event reports including MedWatch forms that provide information on congenital cardiac and limb abnormality cases reported to GlaxoSmthKline through June 11, 2005.

71   A collection of spontaneously reported cases of abnormal pregnancy outcome cannot give rise to a determination of the incidence, prevalence, or rate of abnormal pregnancy outcome among women who take paroxetine during pregnancy. Any attempt to determine an incidence, prevalence, or rate of abnormal outcome would give rise to a misleadingly high number because of the greater tendency of people to spontaneously report abnormal outcomes than to report normal outcomes (FDA, 2002; 2005).

72   In the FDA Guidance for reviewers on evaluating the risks of drug exposure in human pregnancies, which I assisted FDA in developing, reviewers are cautioned that "case reports cannot distinguish coincidence from causation and cannot be used to assess teratogenic risk" (FDA, 2005).

73   Adverse Drug Experience (ADE) reports submitted to FDA are recognized by FDA as being inappropriate for calculating incidences or estimates of drug risk. FDA states, "Accumulated ADE cases may not be used to calculate incidences of estimates of drug risk. Numbers from these data should be carefully interpreted as reporting rates and not occurrence or incidence rates." (FDA, 1997). The Adverse Event reports do not establish causation between exposure to paroxetine in pregnancy and birth defects in general, cardiovascular abnormalities, atrial septal defect, or limb defects.

74   Information on spontaneous abortion (miscarriage) is not helpful in assessing the causation of birth defects in general, cardiovascular birth defects, or atrial septal defect and neither is it a generally accepted scientific method for evaluating the cause of cardiovascular birth defects. As an obstetrician-gynecologist, I deal with spontaneous abortion on a regular basis. Spontaneous abortions occur in about 20% of recognized pregnancies. The most common cause of spontaneous abortion is abnormal chromosome number.

75   Plaintiffs' expert Dr. Kramer makes reference in her report to a putative association between spontaneous abortion and prescriptions during pregnancy for paroxetine.[18] Dr. Kramer cites a meta-analysis by Rahimi et al. (2006) that considered studies that specifically excluded paroxetine. The only study analyzed by Rahimi et al. that included paroxetine was that of Kulin et al. (1998), which did not show an increase in miscarriage with serotonin reuptake inhibitors.  Dr. Kramer neglects to cite two papers that presented data specifically for paroxetine and did not find a statistically significant association between spontaneous abortion and use of this medication during pregnancy (Diav-Citrin et al., 2008; Paulus et al., 2010).

76   Plaintiffs' expert Dr. Kramer refers to "neonatal withdrawal." She appears to be referring to a neonatal syndrome that has been reported after exposure to a number of different antidepressant medications (Moses-Kolko et al., 2005). This syndrome is generally mild and self-limited. The neonatal syndrome has nothing to do with cardiovascular development and is not a birth defect.

---

[18] Dr. Kramer in her deposition in McMurray v. SmithKline Beecham d/b/a GlaxoSmithKline (November 2, 2009; page 122) testified that causation of one kind of reproductive adverse event, such as spontaneous abortion, is not proof of a different kind of adverse event, such as malformations.

## XI. Causation Analysis

77  The evaluation of chemicals, including pharmaceuticals, for developmental effects is an orderly process that includes consideration of experimental animal and human studies. The principles of causation analysis are based on elements identified by the US Surgeon General (US Department of Health, Education, and Welfare, 1964) and by Hill (1965). These elements include:

    a.  Strength of the association (the likelihood that the association is not due to chance, bias, or confounding)

    b.  Consistency of the association (the association is reproduced in different populations)

    c.  Specificity (uniqueness of the association both with respect to the exposure and with respect to outcome)

    d.  Temporal relationship (the putative cause comes before the effect)

    e.  Coherence (the association is compatible with related knowledge)

    f.  Biologic gradient (there is a dose-response effect)

    g.  Biologic plausibility (the association does not violate known principles)

    h.  Experiment (reducing the putative cause reduces the effect)

    i.  Analogy (evidence is similar to that for other cause-effect relationships)

78  In developmental toxicology, particularly in considering birth defects, these elements have been restated to reflect the particular issues in the field. While stated differently by different authors, virtually all agree that the Hill criteria must inform the determination of whether a particular exposure has teratogenic effects in humans.

79  The Public Affairs Committee of the Teratology Society (2005) has published supplemental information to assist in the application of causation criteria to birth defects. Some of the points emphasized are

    a.  Causation determinations are made using all the scientific evidence.

    b.  The determination of causation is not the same as a regulatory determination of a protective level of exposure.

    c.  Determination of a causal relationship between a chemical and an outcome is specific to the chemical at issue.

    d.  Determination of a causal relationship between a chemical and an outcome is specific to the outcome at issue.

e.  A single case report by itself is not evidence of a causal relationship between an exposure and an outcome.

f.  Human data are required for conclusions that there is a causal relationship between an exposure and an outcome in humans.

g.  Biological plausibility is an essential element in establishing causation.

h.  Evidence of exposure to the putative toxic agent is required for a conclusion of causation.

80  Plaintiffs' expert Dr. Goldstein endorses the Hill criteria, but neglects to conduct an analysis using these criteria.[19] Indeed, the published literature does not support a conclusion that paroxetine exposure causes congenital defects of any kind, including alleged cardiovascular condition or finger malformation. Nor is the totality of the evidence sufficient to conclude that Andrea Frischhertz's alleged exposure to paroxetine during pregnancy caused or contributed to Evan Frischhertz's alleged cardiovascular condition or his finger malformation. The criteria sets of the Surgeon General and Hill are not satisfied. Specifically,

a.  Strength of the association: Evan Frischhertz does not have an atrial septal defect. No study shows a statistically significant association between use of paroxetine during pregnancy and finger malformations.[20] Most studies show no statistically significant association between paroxetine use during pregnancy and cardiovascular malformations. Those studies reporting a statistically significant association between paroxetine and congenital heart disease have 95% confidence intervals the lower bounds of which are close to unity.[21] In the human studies that reported a statistically significant association between paroxetine exposure during pregnancy and congenital heart disease, the lower bounds of the 95% confidence intervals were 1.0 (Bérard et al., 2007)[22] and 1.05 (Källén and Otterblad Olausson, 2007[23]). Inasmuch as each study included relatively few affected children, misclassification of exposure or of outcome of only 1 or 2 children could have affected the conclusions of the study. The authors of each of these papers explicitly stated that chance could not be excluded as responsible for the findings.

---

[19] Dr. Goldstein's discussion is not consistent with generally accepted methods of causation analysis in teratology. He expresses the opinion that causation is based on a 51% probability that an association is causal. This opinion may reflect his understanding of the criterion for a legal conclusion of causation, but is inconsistent with scientific methods, which require a probability of 95% or greater that an association is not due to chance.

[20] Plaintiffs' expert Dr. Goldstein mistakenly states that paroxetine has been associated with limb malformations. He cites Cole et al., 2006 (published in 2007), but Cole et al. did not report an increase in limb malformations associated with paroxetine use during pregnancy.

[21] These studies express their results as risk estimates and 95% confidence intervals. The 95% confidence interval includes the range of numbers that could represent the real risk. This confidence interval recognizes that the risk estimate identified in one sample might be different in a different sample. One way of thinking about the 95% confidence interval is that if the study were repeated an infinite number of times in different samples, 95% of the time, the risk estimate would fall within the 95% confidence interval. A 95% confidence interval that includes unity (1.0) means that a risk of 1.0 (no increase or decrease in risk) is consistent with the study results.

[22] Because the 95% confidence interval includes 1.0, this finding is not statistically significant.

[23] An update of this study gives a lower bound of 1.09 (Reis and Källén, 2010).

b.  Consistency of the association (reproduced in different populations):  Although it is not appropriate to consider all cardiac defects together, Plaintiffs' experts insist on doing so. However, there are 14 studies showing no statistically significant increase in congenital heart defects taken together (Alwan et al., 2007; Bérard et al., 2007; Cole et al., 2007; Davis et al., 2007; Diav-Citrin et al., 2008; Einarson et al., 2008; Louik et al., 2007; Pedersen et al., 2009; Colvin et al., 2010;[24] Bakker et al., 2010[25]; Kornum et al., 2010; Paulus et al., 2010[26]; Malm et al., 2011; Colvin et al., 2011[27], Nordeng et al., 2012), thereby demonstrating a lack of consistency with the proposition that paroxetine increases the risk of cardiovascular defects. Indeed, the lack of an association between paroxetine use during pregnancy and cardiovascular defects is the most consistent finding of these studies. Although the Swedish Medical Birth Register Study found an increase in septal defects in Swedish-born women with body mass index less than 26 who had taken paroxetine during the first trimester of pregnancy, no such association was seen in the full study. Moreover, an updated analysis of the Swedish Medical Birth Register study, which included an additional 3 years of data, was published in 2010 (Reis and Källén, 2010). This larger study did not find a statistically significant increase in septal defects. Septal defects were also not found to be increased in offspring of women who took paroxetine in a large Danish study (Pedersen et al., 2009). Atrial septal defect specifically was not found to be increased in the offspring of women who took paroxetine in a large Finnish study (Malm et al., 2011). As I explained in an invited editorial, consistency is an important element in causation analysis (Scialli, 2010). The lack of consistency in the findings has been emphasized in an editorial by Dr. Christina Chambers, a past president of the Teratology Society (Chambers, 2009) and in a joint report of the American Psychiatric Association and the American College of Obstetricians and Gynecologists (Yonkers et al., 2009).

c.   Specificity (uniqueness of the association): Studies concluding an association between paroxetine exposure and heart malformations are not specific for any unique cardiovascular outcome let alone the outcome in Evan Frischhertz, who does not have a heart abnormality, and have no bearing on limb malformations. The specificity requirement was emphasized by Brent (1995), who wrote that teratogenic exposures produce recognizable syndromes of malformations. Writing of limb malformations, Brent indicated that even thalidomide produces only certain kinds of limb malformations, not *all* limb malformations.[28] There is not a single study showing a statistically significant association between Evan's finger malformation and exposure during pregnancy to Paxil®.

d.  Temporal relationship (the putative cause comes before the effect): Andrea Frischhertz's alleged exposure to Paxil® was prior to the development of Evan Frischhertz's heart and

---

[24] Colvin et al. called the paroxetine risk "increased," but the 95% confidence interval in their study (0.7–2.7) clearly includes unity.

[25] Bakker et al. reported a statistically significant increase in atrial septal defects based on three exposed cases.

[26] The publication by Paulus et al. is an abstract.

[27] This paper appears to have presented the same data as Colvin et al., 2010 and has not been counted as a separate study.

[28] Specificity of limb defects is consistent with the review on the subject by Holmes (2012).

limbs. Ms. Frischhertz's alleged exposure to Paxil® likely ended before Evan's atrial septum was formed.

e. Coherence (compatible with related knowledge): There is no related knowledge indicating that paroxetine exposure should be expected to cause any cardiovascular defect, particularly atrial septal defect or limb defects. No study provides a coherent basis for the assertion that paroxetine therapy can cause atrial septal defect or finger malformations.

f. Biologic gradient (dose-response effect): In the studies on paroxetine and cardiovascular abnormalities, only Bérard et al. (2007) reported an association (not statistically significant) between average daily paroxetine dose over 25 mg/day and cardiovascular abnormalities. In that study, there were only five children with cardiovascular abnormalities whose mothers had filled prescriptions leading the authors to estimate an average daily paroxetine dose above 25 mg/day. As stated in sworn testimony by Dr. Bérard[29], this study does not establish a dose-response relationship between paroxetine exposure and cardiovascular abnormalities.

g. Biologic plausibility (does not violate known principles): There is also no biologically plausible mechanism showing how paroxetine might cause cardiovascular and limb defects in general or atrial septal defect and finger malformations in particular. Because Evan Frischhertz's developing atrial septum likely was not exposed to Paxil®, it is not biologically plausible that Paxil® exposure played a role in his alleged cardiovascular condition.

h. Experiment (reducing the putative cause reduces the effect): There are no experimental studies showing that paroxetine causes any cardiovascular defect including atrial septal defect or any limb defect including finger malformations.

i. Analogy (evidence similar to that for other cause-effect relationships): There is no analogous evidence. No published studies have established an increase in cardiovascular or limb malformations with pregnancy exposure to other serotonin reuptake inhibitors. The literature taken together does not demonstrate an association between serotonin reuptake inhibitors in general or paroxetine in particular and atrial septal defect or finger malformations.

81 Plaintiffs' experts have not considered that Andrea Frischhertz may not have started on prenatal vitamins until after her first prenatal visit at the end of the first trimester, in spite of the finding that periconceptional prenatal vitamins are associated with a reduction in the risk of septal defects in the offspring (Botto et al., 2000).

82 Plaintiffs' experts have not considered a genetic cause for Evan Frischhertz's finger malformation, even though there are genetic conditions that result in finger malformations (Fitch, 1979). Plaintiffs' expert Dr. Goldstein recommended genetic testing to "rule out"

---

[29] Deposition of Anick Bérard in Hayes et al. vs. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, April 6, 2009, page 209, lines 14–20.

Holt-Oram syndrome, but apparently was able to conclude that paroxetine caused Evan Frischhertz's finger malformation even without the results of such testing.[30] One of Evan's physicians, Dr. Lacassie, testified that he did not believe Evan had Holt-Oram syndrome but that several genes or genetic mosaicism may have caused Evan's condition, that testing for genetic causes had not been performed, and that currently available tests would not be able to detect all genetic abnormalities (Lacassie deposition, pages 15–19, 23, 25, 65, 87).

83  Plaintiffs' experts have drawn conclusions about paroxetine as a cause of atrial septal defect using weak, non-statistically significant findings. Notably, however, Evan Frischhertz does not have an atrial septal defect. Moreover, Plaintiffs' experts rely on studies that do not involve limbs defects to draw conclusions about Evan's finger malformation.

84  When viewed together and evaluated in accordance with generally accepted scientific criteria for assessing causation, the available experimental studies and human observational studies do not support the conclusion that gestational exposure to paroxetine causes congenital cardiovascular or limb defects or that Andrea Frischhertz's alleged exposure to paroxetine during pregnancy caused or contributed to Evan Frischhertz's alleged cardiovascular condition or finger malformation.

## XII. Conclusions

85  During the time period when Andrea Frischhertz allegedly took Paxil®, the product labeling indicated that it was a Pregnancy Category C drug that had shown evidence of potential risk in experimental animal studies such that a risk-benefit analysis should guide prescribing decisions. The risk statement was based on an increase in pup death in rats without any evidence of an increase in congenital malformations. This labeling was consistent with the existing evidence and was reviewed and approved by the US Food and Drug Administration.

86  At the time Andrea Frischhertz was allegedly taking Paxil® during pregnancy, there were no "adequate and well controlled" human studies showing an association between gestational exposure to paroxetine and fetal harm, and there was no evidence of a potential risk for cardiovascular or limb malformations.

87  With respect to birth defects, including congenital heart and limb defects, generally accepted scientific criteria for causation have not been satisfied by the experimental animal and human data on paroxetine. These data taken together do not show that exposure during pregnancy to paroxetine causes any birth defect, any congenital cardiovascular or limb defect, or Evan's type of finger defect. Genetic and vascular abnormalities could cause such a defect, and they have not been ruled out.

88  Evan Frischhertz's atrial septum likely was not exposed to Paxil® during development. Moreover, even if there were exposure to Paxil® during an appropriate time period, Evan Frischhertz does not have and never did have an abnormal atrial septum or any other abnormality of his heart.

---

[30] Dr. Goldstein is apparently unaware that testing for Holt-Oram syndrome cannot rule out the diagnosis, because some people with this condition have normal testing.

89   It is, therefore, my opinion that to a reasonable degree of medical certainty, Andrea Frischhertz's alleged exposure to paroxetine during her pregnancy did not cause or contribute to abnormal development of Evan Frischhertz's fingers. Evan Frischhertz does not have a heart defect.


_____     April 30, 2012
Anthony R. Scialli, M.D.                              Date

**Appendix A. The Serotonin Literature**

**I. What is serotonin?**

1. Serotonin is a small molecule that occurs normally in human beings, other animals, and plants. Most serotonin in humans is located in the enterochromaffin cells of the gastrointestinal tract where serotonin release stimulates gastrointestinal motility. Serotonin in the blood is carried in platelets. When platelets aggregate in response to injury of a blood vessel, serotonin is released resulting in vasoconstriction. Free serotonin in the blood is rapidly broken down to 5-hydroxyindoleacetic acid. Serotonin in the brain is one of the chemicals used to transmit messages from one neuron to the next. Serotonin is released by the first neuron into a small space called the synaptic cleft that separates it from the second neuron. The serotonin diffuses across the synaptic cleft and interacts with receptors on the second neuron. This receptor interaction causes chemical changes in the second neuron that transmit the message. The serotonin in the synaptic cleft is taken up again by the first neuron and recycled. The mechanism for uptake of serotonin from the synaptic cleft is dependent on a serotonin transporter protein.

2. Paroxetine and other serotonin reuptake inhibitors interfere with the function of the serotonin transporter protein. The effectiveness of these medications for the treatment of mood disorders is believed to be due to the prolonged residence of serotonin in the synaptic cleft, resulting in enhancement of the message transmission to the second neuron. Paroxetine and other serotonin reuptake inhibitors do not interact with the serotonin receptors, either to stimulate them or to block them. Studies of drugs or other experimental procedures that block serotonin receptors have nothing to do with paroxetine or other serotonin reuptake inhibitors.

3. When a person starts on paroxetine, his or her plasma serotonin concentrations stay the same or decrease (Kotzailias et al., 2004; Mück-Šeler et al., 2002; Figueras et al., 1999). The lack of change may be due to the very short time serotonin can stay free in the blood before it is metabolized to 5-hydroxyindoleacetic acid and excreted in the urine. Studies that create artificial situations in which cells or tissues are bathed in high concentrations of serotonin do not represent what happens when a person takes paroxetine or any other serotonin reuptake inhibitor.

4. Novel theories that therapy during pregnancy with paroxetine or other serotonin reuptake inhibitors might cause cardiovascular malformations are based on experimental observations about serotonin, serotonin receptors, and serotonin transporter protein, sometimes under highly artificial conditions.

**II. Theories about serotonin in the embryo**

5. Serotonin has been found to be present in the developing embryos of lower organisms including sea urchins, starfish, and mollusks (reviewed by Buznikov et al., 2001). A role for serotonin in the development of the rat central nervous system has been described, for example, by Lauder (1990). In this review, Lauder makes the statement at the end of the paper that "psychoactive serotonergic drugs" may act as "neural

teratogens" in the unborn child. Her paper presents no evidence whatever for this conclusion. In addition, she does not describe any experiments in which paroxetine or any other serotonin reuptake inhibitor was administered to pregnant women or even pregnant rats. Finally, her conclusion, unsupported as it is, does not speak to cardiovascular defects.

### A. The study by Yavarone et al. (1993)

6.  In another study, serotonin was found to be transiently present in the mouse embryo heart, specifically in the outflow tract and atrioventricular canal (Yavarone et al., 1993). The timing of the appearance of serotonin in these tissues suggested to the authors that it may be involved in migration of cardiac mesenchyme cells in the outflow tract and atrioventricular canal. These mesenchymal cells are cells that invade the cardiac jelly in these two locations. The statement is made in this study that day 10 embryos (plug = day 1 in this lab) cultured for 48 hours with fluoxetine or sertraline at a concentration of 10 μM showed a decrease in proliferation of cardiac mesenchyme cells; however, the next sentence in the same paragraph says that sertraline did not have significant effects on cell proliferation. The data were not shown, so it cannot be resolved whether this study found statistically significant effects of 10 μM sertraline on cell proliferation. An important problem with the interpretation of this study is the high concentration of sertraline and fluoxetine that were used. The concentrations to which the mouse embryos were exposed were more than 20 times the human therapeutic concentration of sertraline and 10 times the human therapeutic concentration of fluoxetine.[31] This sertraline dose is five times higher than the dose cited by Shuey et al. (1992) as lethal to pregnant mice. Indeed, at these high concentrations, it is not possible to know whether the cardiac mesenchyme cells in the experiment failed to proliferate because they were dying. This kind of nonspecific effect on proliferation could be produced with a high enough concentration of any substance, even sugar, salt, or oxygen.

7.  The study by Yavarone et al. (1993) in fact, showed that serotonin itself at a high enough concentration could inhibit the migration of embryo cells from the outflow tract of the heart. In these experiments, inhibition was produced by concentrations of 10 μM and 100 μM. The authors' theory was that serotonin might promote migration of outflow tract cells, but that too much serotonin is inhibitory. The use of high concentrations of fluoxetine, sertraline, or serotonin points up one of the limitations of in vitro studies: unreasonable concentrations of drugs or other chemicals can be maintained in direct contact with embryonic cells. These levels of exposure would not be tolerated by a living animal, which would become very ill or which would die as a result. In vitro studies must be carefully interpreted with regard to how closely the exposure scenario in this artificial setting models the real world.

---

[31] The molecular weight of sertraline is 343. The peak plasma concentration of sertraline in young women after taking 200 mg/day for 21 days is 166 ng/mL (DeVane et al., 2002). The molecular weight of fluoxetine is 346. According to the product label, the peak plasma concentration of fluoxetine is 302 ng/mL after taking a daily dose of 40 mg for 30 days.

8.  This study raised the possibility that serotonin plays a role in development of the heart in mice. The authors specifically concluded that serotonin may play a role during formation of the endocardial cushions. They introduced the hypothesis that the myocardium (the muscle wall of the heart) may serve as a sink for excess serotonin; that is, the myocardial cells may mop up extra serotonin so that concentrations do not get too high in the heart. This study does not show that therapeutic levels of paroxetine or any other serotonin reuptake inhibitor interferes with the development of the heart.

9.  This study did not involve paroxetine. Given the differences observed between fluoxetine and sertraline, any conclusions regarding how paroxetine might affect mesenchymal cells would be highly speculative.

### B. Neural crest cells and the study by Moiseiwitsch and Lauder (1995)

10. Moiseiwitsch and Lauder (1995) evaluated the effect of different concentrations of serotonin on the migration of mouse neural crest cells in vitro. Neural crest cells were dissected from embryonic day 9 embryos (plug = day 1 in this lab) and put in a chamber where they were attracted to migrate by a chemical attractant (fetal calf serum). Serotonin was added in different concentrations to the cells. In separate experiments, antagonists of specific serotonin receptors were added with the serotonin. It was found that the cells migrated more in the presence of serotonin at concentrations of 0.01, 0.1, and 1 µM. Serotonin concentrations of 10 and 100 µM were too high to stimulate migration. Certain antagonists of serotonin receptors prevented the stimulatory effects of serotonin 0.01 µM on neural crest cell migration in vitro.

11. This paper suggests that serotonin might be one of the factors promoting neural crest cell migration in the mouse embryo, but the paper has nothing to do with putative effects of paroxetine or other serotonin reuptake inhibitors in either mice or humans. This paper evaluated the effects on neural crest cell migration of antagonists of serotonin receptors. Paroxetine and other serotonin reuptake inhibitors are not serotonin receptor antagonists. Serotonin reuptake inhibitors, including paroxetine, exert their effects on the serotonin transporter protein, not on serotonin receptors.

12. Neural crest cells are important in development of the branchial arches, which give rise to craniofacial structures, among others. If therapeutic doses of paroxetine inhibited neural crest cell migration, we would expect craniofacial malformations similar to those seen with isotretinoin, a known inhibitor of neural crest cell migration. Yet there are no epidemiological or experimental animal studies showing that therapeutic doses of paroxetine are associated with craniofacial malformations in humans or in experimental animals. A study by Shuey et al. (1992) reported abnormal craniofacial development in mouse embryos in vitro cultured with 10 µM sertraline, 20 times the maximum human therapeutic concentration of sertraline and five times the concentration that the authors indicate is lethal in mice. This study found no effect of 5 µM sertraline, which would still be a lethal level in mice.

13. The finding that craniofacial development is altered by sertraline at unrealistically high concentrations in an in vitro mouse embryo culture experiment does not predict that paroxetine will cause craniofacial malformations at therapeutic concentrations in real life, let alone that paroxetine will affect heart development. In fact, there is no evidence from in vivo studies of pregnant mice that paroxetine treatment causes craniofacial or any other malformations (Rayburn et al., 2000).

### C. The study of Sari and Zhou (2003)

14. In this paper, hearts were removed from embryonic rats on embryonic day 13 (plug day not identified) and minced to dissociate the cells. This day would be after many structures in the heart had differentiated and many different cell types would be present in the minced specimens. The authors indicate that this stage was selected because the embryo hearts would be actively growing. The dissociated cells were placed in culture and their degree of proliferation was assessed after culture for four days with different concentrations of serotonin. The optimum concentration of serotonin for the promotion of proliferation was 4 μM. Proliferation was inhibited by serotonin at 12 and 24 μM. The addition of paroxetine 1 μM and serotonin 4 μM also decreased proliferation. This concentration of paroxetine is about six times the peak level achieved in humans on therapy.[32]

15. As discussed for other studies, the use of in vitro systems permits unreasonably high concentrations of chemicals to be placed in direct contact with embryonic cells or tissues. In this case, the concentration of paroxetine used to inhibit proliferation of rat heart cells was much higher than would be achieved on therapy. Sari and Zhou showed that even serotonin, which they believe promotes proliferation of embryonic heart cells, will inhibit proliferation if the concentration is three times the optimum concentration of 4 μM. Showing inhibition of proliferation with paroxetine at six times the maximum therapeutic concentration, therefore, says nothing about what might occur during pregnancy when the pregnant patient is taking therapeutic doses of paroxetine.

16. Further, the use of dissociated embryonic heart cells in this study is not a model for the production of any particular birth defect. The cells that were used were a mixture of differentiated heart cells. No malformation of the developing rat heart could be reasonably inferred to be modeled by this experimental system.

### III. Theories about serotonin receptors

17. Dr. Lauder has published a study demonstrating the presence of serotonin receptors in mouse embryos. She further cultured mouse embryos for 48 hours in the presence of chemicals that block different kinds of serotonin receptors (Lauder et al., 2000). With sufficiently high concentrations of these blocking chemicals, the embryos had abnormal development of the head and face. Culturing embryos is an artificial situation because there is no placenta or mother to redistribute chemicals that are

---

[32] The molecular weight of paroxetine is 375. According to the product labeling, the peak plasma concentration in humans taking paroxetine 30 mg/day for 30 days is 61.7 ng/mL.

added to the system and because unreasonably high concentrations of the chemical can be placed in direct contact with the embryo. Notwithstanding, this study has nothing to do with paroxetine or any other serotonin reuptake inhibitor, because these drugs do not block any serotonin receptor.

18. There are at least 15 types of serotonin receptors, but the class of receptors that has been studied with respect to heart development is the $5\text{-HT}_2$ receptor class, consisting of $5\text{-HT}_{2A}$, $5\text{-HT}_{2B}$, and $5\text{-HT}_{2C}$. Studies on the possible role of $5\text{-HT}_2$ receptors in cultured mouse embryo development were performed by Choi et al. (1997). These investigators cultured day 8 mouse embryos (coitus = day 0) for 24 hours with various concentrations of $5\text{-HT}_2$ antagonists, including ritanserin, methysergide, and ketanserin, producing abnormalities of development of the brain, heart, and neural tube. The highest proportion of heart abnormalities was produced by 1 μM ritanserin and consisted of thinness of the subepicardial layer and absence of ventricular trabecular cells. Because effects with ritanserin occurred more often than with ketanserin or mianserin, the authors postulated a predominant effect on $5\text{-HT}_{2B}$ receptors.[33]

19. The $5\text{-HT}_{2B}$ receptors were also studied by Nebigil and coworkers (Nebigil et al., 2000; 2001a,b,c; 2003a,b). This group has used two types of experimental models: mutant mice that have no gene for the $5\text{-HT}_{2B}$ receptor (called $5\text{-HT}_{2B}$ knock-outs) and mutant mice that over-express the $5\text{-HT}_{2B}$ receptor protein.

20. The $5\text{-HT}_{2B}$ knock-out mice had dilated hearts with thin ventricular walls and a deficiency of trabeculation in the ventricles. Newborn and young mice had a decrease in cell density and size in the myocardium with smaller sarcomeres. Mice that over-expressed $5\text{-HT}_{2B}$ receptor protein had thick-walled ventricles with an increase in myocyte density.

21. The Choi et al. and Nebigil et al. papers might explain the role of the $5\text{-HT}_{2B}$ receptor on development of the muscle wall of the ventricle in mice, but these experiments have nothing to do with paroxetine or any other serotonin reuptake inhibitor. Serotonin reuptake inhibitors, including paroxetine, exert their effects on the serotonin transporter protein, not on serotonin receptors. A subsequent paper by Noorlander et al. (2008) reported that pregnant mice treated with fluoxetine 0.6 or 0.8 mg/kg/day intraperitoneally, but not fluvoxamine 4.2 mg/kg/day) had offspring with dilated hearts and identified these hearts as being similar to those produced in the Nebigil studies. Whether the hearts is the Noorlander or Nebigil studies were similar, in neither study did the experimental manipulations of the investigators cause any cardiac malformations, including the malformation at issue in this case. Rather, the Nebigil and Noorlander findings were cardiomyopathies, which are different from malformations.

---

[33] Choi et al. (1997) also proposed that inhibition of neural crest cell migration was involved in abnormal cardiac development; however, they showed a deficiency of neural crest cells only in the first branchial arch, which does not contribute to heart development.

22. Another novel theory posits that serotonin is involved in the determination of the left-right asymmetry of the early embryo and that paroxetine can disrupt this determination. This theory is based on the observation that inhibitors of 5-HT$_3$ and 5-HT$_4$ receptors can randomize the sidedness of organs in frogs and can produce molecular changes in sidedness in chicks (Fukumoto et al., 2005a). The determination of sidedness in frogs and chicks may not be relevant to mammals, including humans. In addition, this study has nothing to do with paroxetine, which is not an inhibitor of 5-HT$_3$ or 5-HT$_4$ receptors.

## IV. Theories about the serotonin transporter

23. The theory that paroxetine could interfere with the determination of sidedness is also based on evidence from frogs and chicks that the serotonin transporter plays a role in the determination of sidedness (Fukumoto et al., 2005b). In these experiments, frog embryos showed sidedness changes after exposure to fluoxetine 10 μM, a concentration 10 times the maximum human therapeutic blood concentration. Chick embryos showed molecular alterations in sidedness after being exposed to fluoxetine concentrations of 100 μM, 100 times the maximum human therapeutic blood concentration. The use of unrealistically high concentrations of fluoxetine in these experiments cannot predict what would happen with therapeutic concentrations of paroxetine.

24. The authors of these studies admit that determination of sidedness in frogs and chicks may not be relevant to mammals, including humans. Fukumoto et al. (1985b) state that the involvement of the serotonin transporter in left-right determination in mice has not yet been evaluated. In reviewing determination of sidedness, Levin et al. (2006) write that conservation of a serotonin-based mechanism of left-right patterning beyond frog and chick has not been established and that, in fact, mouse data suggest an adrenergic mechanism of patterning, that is, a mechanism based on norepinephrine rather than serotonin. Indeed, it is not known if the serotonin transporter is present in human or any other mammalian embryo heart by the time cardiac looping occurs.

25. The serotonin transporter has been identified in certain parts of the embryonic mouse heart (Pavone et al., 2007; 2008). These studies did not identify what role, if any, was played by the serotonin transporter in mouse heart development. Neither did these studies investigate any possible effect of paroxetine or other serotonin reuptake inhibitors on serotonin transporter in the embryonic mouse heart.

26. Mutant mice have been developed that have no genes for the serotonin transporter. These animals are called HTT knock-out mice. Serotonin reuptake inhibitors such as fluoxetine inhibit the function of the serotonin transporter protein. Although serotonin reuptake inhibitors do not completely eliminate the serotonin transporter, in theory HTT knock-out mice might be helpful in estimating whether blocking the serotonin transporter would increase the risk of cardiovascular malformations.

27. Mekontso-Dessap et al. (2006) examined the hearts of six adult HTT knock out mice. They reported that although the hearts were the same weight, there was more connective tissue in the valves and the muscle of the heart than in normal mice. The

theory being investigated by these authors was that the absence of the serotonin transporter would result in an increase in circulating free serotonin in the blood, because the transporter is used by platelets to take up free serotonin from the blood. The connective tissue in the valves of the HTT knock out mice was believed to be analogous to the valve fibrosis that has been seen in humans on medications that increase circulating free serotonin. This theory is not relevant to paroxetine therapy, which is not associated with an increase in circulating free serotonin in the plasma (Kotzailias et al., 2004) and is not relevant to embryo development inasmuch as only adult mice were used in the Mekontso-Dessup study.

28. There are no published studies on the incidence of cardiovascular malformations in HTT knock out mice; however, it has been noted that these mice exhibit normal weight gain, have no increase in lethality compared to wild type mice, have no developmental abnormalities, and reproduce normally (Bengel et al., 1998). It can be inferred that in the complete absence of the serotonin transporter, embryo development in mice usually proceeds normally. It is possible that there are redundant systems for serotonin transport in the embryo that can compensate for absence of the serotonin transporter. It is known, for example, that a transporter called PMAT is responsible for most serotonin transport from the synaptic cleft in the brain (Engel et al., 2004; Dahlin et al., 2007; Zhou et al., 2007). PMAT would not be affected by serotonin reuptake inhibitors or in HTT knock out animals.

29. While paroxetine inhibits the activity of the serotonin transporter, it does not do so nearly to the extent of the complete inactivity in the HTT knockout. If complete inhibition of the serotonin transporter does not cause developmental abnormalities, it is highly unlikely that partial inhibition by paroxetine would cause developmental abnormalities.

## V. Conclusions

30. Theories about the role of serotonin in embryo development have been based in part on the identification of serotonin, serotonin receptors, or serotonin transporter in embryonic tissues of experimental animals.  Theories speculating that paroxetine in therapeutic doses interferes with embryo development have been based on experiments using antagonists of serotonin receptors, which have nothing to do with paroxetine activity, or on experiments using unrealistically high concentrations of paroxetine or other serotonin reuptake inhibitors in artificial in vitro circumstances. It has been shown in in vitro studies that high concentrations of serotonin itself will interfere with embryonic processes that are believed to be enhanced by serotonin, demonstrating that the use of unrealistically high concentrations of a chemical in an in vitro system does not predict the activity of clinically relevant concentrations of that chemical. These experiments do not establish causation; at best, they give rise to hypotheses regarding a potential mechanism by which paroxetine exposure during pregnancy might cause birth defects if such defects, in fact, occur. Such experiments cannot and do not establish, or even suggest, that gestational exposure to therapeutic concentrations of paroxetine cause or contribute to the development of congenital cardiac malformations of any kind, including atrial septal defect, or limb abnormalities.

## Appendix B. Literature reviewed

Agnish ND, Rusin G, DiNardo B. Taurine failed to protect against the embryotoxic effects of isotretinoin in the rat. Fundam Appl Toxicol. 1990;15:249–257.

Alwan S, Reefhuis J, Rasmussen S, Olney R, Friedman JM. Maternal use of selective serotonin re-uptake inhibitors and risk for birth defects. Birth Defects Res (Part A) 2005;73:291.

Alwan S, Reefhuis J, Rasmussen SA, Olney RS, Friedman JM. Use of selective serotonin-reuptake inhibitors in pregnancy and the risk of birth defects. N Engl J Med 2007;356:2684–2692.

Anasiewicz A, Czabak-Garbacz R, Kraczkowski J, Iwanowicz-Palus G, Cieślak U, Golan J, Klepacki J. Teratological assessment of paroxetine hydrochloride in rat foetuses. Teratology Society 46th Annual Meeting, Tucson AZ, 2006.

Ardura J, Gonzalez C, Andres J. Does mild pulmonary stenosis progress during childhood? A study of its natural course. Clin Cardiol 2004;27:519–522.

Baardman ME, Kerstjens-Frederikse WS, Corpeleijn E, de Walle HE, Hofstra RM, Berger RM, Bakker MK. Combined adverse effects of maternal smoking and high body mass index on heart development in offspring: evidence for interaction? Heart. 2012;98(6):474–479.

Bakker MK, Kerstjens-Frederikse WS, Buys CHCM, de Walle HEK, De Jong-Van den Berg LTW. First-trimester use of paroxetine and congenital heart defects: A populatioin-based case-control study. Birth Defects Res (Part A) 2010; in press. doi 10.1002/bdra.20641.

Bakker MK, Kerstjens-Frederikse WS, Buys CHCM, de Walle HEK, De Jong-Van den Berg LTW. First-trimester use of paroxetine and congenital heart defects: A populatioin-based case-control study. Birth Defects Res (Part A) 2010;88(2):94–100.

Bakker MK, Kerstjens-Frederikse WS, Van den Berg MD, De Jong-Van den Berg LTW, De Walle HEK. Use of selective serotonin reuptake inhibitors in early pregnancy and risk of cardiac malformations. Pharmacoepidemiol Drug Saf 2006;15:S81.

Baldwin JA, Davidson EJ, Pritchard AL, Ridings JE. The reproductive toxicology of paroxetine. Acta Psychiatr Scand 1989;350(suppl):37–39.

Baldwin JA. BRL 29060A. Effects of oral administration on the peri- and post-natal development of rats. Beecham Pharmaceuticals Research Division, Report T82511/29060A/R/PO/PPN, 20 June 1984.

Bánhidy F, Acs N, Puhó E, Czeizel AE. Association between maternal panic disorders and pregnancy complications and delivery outcomes. Eur J Obstet Gynecol Reprod Biol. 2006;124:47–52.

Bar-Oz B, Einarson T, Einarson A, Boskovic R, O'Brien L, Malm H, Bérard A, Koren G. Paroxetine and congenital malformations: Meta-analysis and consideration of potential confounding factors. Clin Therap 2007;29:918–926.

Bengel D, Murphy DL, Andrews AM, Wichems CH, Feltner D, Heils A, Mössner R, Westphal H, Lesch K-P. Altered brain serotonin homeostasis and locomotor insensitivity to 3,4-methylenedioxymethamphetamine ("Ecstasy") in serotonin transporter-deficient mice. Mol Pharmacol 1998;53:649-655.

Bérard A, Ramos E, Oraichi D, Blais L, Rey E. Gestational exposure to paroxetine and cardiac malformations in infants: A nested case-control study. Birth Defects Res (Part A) 2006;76:335.

Bérard A, Ramos E, Rey E, Blais L, St-André M, Oraichi D. First trimester exposure to paroxetine and risk of cardiac malformations in infants: The importance of dosage. Birth Defects Res (Part B) 2007;80:18–27.

Bhasin N, Kernick E, Luo X, Seidel HE, Weiss ER, Lauder JM. Differential regulation of chondrogenic differentiation by the serotonin2B receptor and retinoic acid in the embryonic mouse hindlimb. Dev Dyn. 2004;230(2):201–209.

Bloch W, Fleischman BK, Lorke DE, Andressen C, Hops B, Hescheler J, Addicks K. Nitric oxide synthase expression and role during cardiomyogenesis. Cardiovasc Res 1999;43:675-684.

Botto LD, Correa A, Erickson JD. Racial and temporal variations in the prevalence of heart defects. Pediatrics. 2001;107:E32.

Botto LD, Lin AE, Riehle-Colarusso T, Malik S, Correa A, and the National Birth Defects Prevention Study. Seeking causes: Classifying and evaluating congenital heart defects in etiologic studies. Birth Defects Res (Part A) 2007;79:714–727.

Botto LD, Mulinare J, Erickson JD. Occurrence of congenital heart defects in relation to maternal multivitamin use. Am J Epidemiol 2000;151(9):878–884.

Brent RL. 1995. Bendectin: review of the medical literature of a comprehensively studied human nonteratogen and the most prevalent tortogen-litigen. Reprod Toxicol 9(4):337-349.

Buznikov GA, Lambert HW, Lauder JM. Serotonin and serotonin-like substances as regulators or early embryogenesis and morphogenesis. Cell Tissue Res 2001;305:177-186).

Buznikov GA. The action of neurotransmitters and related substances on early embryogenesis. Pharmac Ther 1984;25:23-59.

Carney EW, Kimmel CA. Interpretation of skeletal variations for human risk assessment: Delayed ossification and wavy ribs. Birth Defects Res (Part B) 2007;80:473–496.

Cedergren MI, Källén BAJ. Maternal obesity and infant heart defects. Obesity Res 2003;11(9):1065-1071,

Cedergren MI, Selbing AJ, Källén BAJ. Risk factors for cardiovascular malformation—a study based on prospectively collected data. Scand J Work Environ Health 2002;28(1):12-17.

Chambers CD, Hernandez-Diaz, Van Marter LJ, Werler MM, Louik C, Jones KL, Mitchell AA. Selective serotonin-reuptake inhibitors and risk of persistent pulmonary hypertension in the newborn. N Engl J Med 2006;354:579-587.

Chambers CD. Selective serotonin reuptake inhibitors and congenital malformations. BMJ 2009;339:b3525 doi: 10.1136/bmj/b3525.

Chapin R, Augustine-Rauch K, Beyer B, Daston G, Finnell R, Flynn T, Hunter S, Mirkes P, O'Shea KS, Piersma A, Sandler D, Vanparys P, Van Maele-Fabry G. State of the art in developmental toxicity screening methods and a way forward: a meeting report addressing embryonic stem cells, whole embryo culture, and zebrafish. Birth Defects Res B Dev Reprod Toxicol. 2008;83(4):446-56.

Choi D-S, Ward SJ, Messaddeq N, Launay J-M, Maroteaux L. 5-HT2B receptor-mediated serotonin morphogenetic functions in mouse cranial neural crest and myocardiac cells. Development 1997;124:1745–1755.

Chrapko W, Jurasz P, Radomski MW, Archer SL, Newman SC, Baker G, Lara N, Le Mellédo J-M. Alteration of decreased plasma NO metabolites and platelet NO synthase by paroxetine in depressed patients. Neuropsychopharmacology 2006;31:1286–1293.

Cohen LS, Altshuler LL, Harlow BL, Nonacs R, Newport DJ, Viguera AC, Suri R, Burt VK, Hendrick V, Reminick AM, Loughead A, Vitonis AF, Stowe ZN. Relapse of major depression during pregnancy in women who maintain or discontinue antidepressant treatment. JAMA. 2006;295:499–507.

Cohen LS, Altshuler LL, Stowe ZN, Faraone SV. Reintroduction of antidepressant therapy across pregnancy in women who previously discontinued treatment. Psychother Psychosom 2004;73:255–258.

Cole JA, Ephross SA, Cosmatos IS, Walker AM. Paroxetine in the first trimester and the prevalence of congenital malformations. Pharmacoepidemiol Drug Saf 2007;16:1075–1078.

Cole JA, Ng E, Walker AM. Paroxetine in the first trimester and the prevalence of congenital malformations. Final Report Prepared for GlaxoSmithKline, April 28, 2006. Auburndale MA; i3 Drug Safety, an Ingenix company.

Coleman FH, Christensen HD, Gonzalez CL, Rayburn WF. Behavioral changes in developing mice after prenatal exposure to paroxetine (Paxil). Am J Obstet Gynecol 1999;181:1166-1171.

Coleman KB. Genetic counseling in congenital heart disease. Crit Care Nurs Q 2002;25:8–16.

Colvin L, Slack-Smith L, Stanley F J, Bower C. Dispensing patterns and pregnancy outcomes for women dispensed selective serotonin reuptake inhibitors in pregnancy. Birth Defects Res (Part A). 2011; 91(3):142–152.

Colvin L, Slack-Smith L, Stanley FJ, Bower C. Linking a pharmaceutical claims database with a birth defects registry to investigate birth defects of suspected teratogens. Pharmacoepidemiol Drug Saf 2010; 19(11):1137–1150.

Cooper WO, Willy ME, Pont SJ, Ray WA. Increasing use of antidepressants in pregnancy. Am J Obstet Gynecol 2007;196:544.e1–544.e5.

Correa A, Cragan JD, Kucik JE, Alverson CJ, Gilboa SM, Balakrishnan R, Strickland MJ, Duke CW, O'Leary LA, Riehle-Colarusso T, Siffel C, Gambrell D, Thompson D, Atkinson M, Chitra J. Metropolitan Atlanta Congenital Defects Program 40th Anniversary Edition Surveillance Report. Appendix A. Birth Defects Res (A) 2007;79:94–177.

Correa A, Gilboa SM, Botto LD, Moore CA, Hobbs CA, Cleves MA, Riehle-Colarusso TJ, Waller K, Reece EA, National Birth Defects Prevention Study. Lack of periconceptional vitamins or supplements that contain folic acid and diabetes mellitus-associated birth defects. Am J Obstet Gynecol 2012; doi: 10.1016.j.ajog.2011.12.018.

Costei AM, Kozer E, Ho T, Ito S, Koren G. Perinatal outcome following third trimester exposure to paroxetine. Arch Pediatr Adosc Med 2002;156:1129–1132.

Council on Resident Education in Obstetrics and Gynecology. Educational Objectives, A Core Curriculum in Obstetrics and Gynecology, 8th Edition. Washington, DC: American College of Obstetricians and Gynecologists; 2005:33–34.

Cozens DD, Barton SJ, Offer JM, Gibson WA. Effect of BRL 29060A on fertility of the rat including an assessment of the fertility of the male rat after cessation of treatment. Huntingdon Research Centre, Huntingdon UK, 30 June 1982.

Crider KS, Cleves MA, Reefhuis J, Berry RJ, Hobbs CA, Hu DJ. Antibacterial medication use during pregnancy and risk of birth defects. Arch Pediatr Adolesc Med 2009;163:978-985.

Dahlin A, Xia L, Kong W, Hevner R, Wang J. Expression and immunolocalization of the plasma membrane monoamine transporter in the brain. Neuroscience. 2007;146(3):1193-211.

Davalos DB, Yadon CA, Tragellas HC. Untreated prenatal maternal depression and the potential risks to offspring: A review. Arch Womens Ment Health 2012; doi 10.1007/s00737-011-0251-1.

Davis RL, Rubanowice D, McPhillips H, Raebel MA, Andrade SE, Smith D, Yood MU, Platt R; For the HMO Research Network Center for Education, Research in Therapeutics. Risks of congenital malformations and perinatal events among infants exposed to antidepressant medications during pregnancy. Pharmacoepidemiol Drug Saf. 2007;16:1086–1094.

Dayan J, Creveuil C, Marks MN, Conroy S, Herlicoviez M, Dreyfus M, Tordjman S. Prenatal depression, prenatal anxiety, and spontaneous preterm birth: A prospective cohort study among women with early and regular care. Psychosom Med 2006;68:938-946.

DeVane CL, Liston HL, Markowitz JS. Clinical pharmacokinetics of sertraline. Clin Pharmacokinet 2002;41(15):1247-1266.

Diav-Citrin O, Shechtman S, Weinbaum D, Arnon J, Wajnberg R, Ornoy A. Pregnancy outcome after gestational exposure to paroxetine: A prospective controlled cohort study. Teratology 2002;65:298.

Diav-Citrin O, Shechtman S, Weinbaum D, Aron J, Di Gianantonio E, Clementi M, Ornoy A. Paroxetine and fluoxetine in pregnancy: A multicenter, prospective, controlled study. Reprod Toxicol 2005;20:459.

Diav-Citrin O, Shechtman S, Weinbaum D, Wajnberg R, Avgil M, Di Gianantonio E, Clementi M, Weber-Schoendorfer C, Schaefer C, Ornoy A. Paroxetine and fluoxetine in pregnancy: a prospective, multicentre, controlled, observational study. Br J Clin Pharmacol. 2008;66(5):695–705.

Dulskienė V, Gražulevičienė R. Environmental risk factors and outdoor formaldehyde and risk of congenital heart malformations. Medicine (Kaunas) 2005;41(9): 787-795.

Eckhoff C, Chari S, Kromka M, Staudner H, Juhasz L, Rudiger H, Agnish N. Teratogenicity and transplacental pharmacokinetics of 13-cis-retinoic acid in rabbits. Toxicol Appl Pharmacol. 1994;125:34–41.

Eddahibi S, Hanoun N, Lanfumey L, Lesch KP, Raffestin B, Hamon M, Adnot S. Attenuated hypoxic pulmonary hypertension in mice lacking the 5-hydroxytryptamine transporter gene. J Clin Invest 2000;105(11):1555-1562.

Einarson A, Choi C, Einarson TR, Koren G. Incidence of major malformations in infants following antidepressant exposure in pregnancy: results of a large prospective cohort study. Can J Psychiatry 2009;54(4):242–246.

Einarson A, Pistelli A, DeSantis M, Malm H, Paulus WD, Panchaud A, Kennedy D, Einarson TR, Koren G. Evaluation of the risk of congenital cardiovascular defects associated with use of paroxetine during pregnancy. Am J Psychiatry 2008:165:749-752.

Einarson A, Pistelli A, Desantis M, Malm H, Paulus WE, Panchaud A, Kennedy D, Einarson TR, Koren G. Paroxetine use in pregnancy: Is there an association with congenital cardiovascular defects? Birth Defects Research (Part A) 2007;79:358.

Einarson A, Selby P, Koren G. Abrupt discontinuation of pschotropic drugs during pregnancy: fear of teratogenic risk and impact of counseling. J Psychiatry Neurosci 2001;26:44–48.

Engel K, Zhou M, Wang J. Identification and characterization of a novel monoamine transporter in the human brain. J Biol Chem. 2004;279(48):50042-9.

Ericson A, Källén B, Wiholm B-E. Delivery outcome after the use of antidepressants in early pregnancy. Eur J Clin Pharmacol 1999;55:503–508.

FDA 1997. Annual Adverse Drug Experience Report: 1996. http:\\www.fda.gov/cder/dpe/annrep96.

FDA 2002. Guidance for industry. Establishing pregnancy exposure registries. US Department of Health and Human Services, Food and Drug Administration.

FDA 2005. Review guidance: Evaluating the risks of drug exposure in human pregnancies. US Department of Health and Human Services, Food and Drug Administration.

Feng Q, Song W, Lu X, Hamilton JA, Lei M, Peng T, Yee S-P. Development of heart failure and congenital septal defects in mice lacking endothelial nitric oxide synthase. Circulation 2002;106:873–879.

Ferencz C, Loffredo CA, Correa-Villaseñor A, Wilson PD. Genetic and environmental risk factors of major cardiovascular malformations. Persepctives in Pediatric Cardiology, volume 5. Armonk NY: Futura Publishing Inc; 1997.

Figueras G, Pérez V, San Martino O, Alvarez E, de Trastornos Afectivos G, Artigas F. Pretreatment platelet 5-HT concentration predicts the short-term response to paroxetine in major depression. Biol Psychiatry 1999;46:518-524.

Finkel MS, Laghrissi-Thode F, Pollock BG, Rong J. Paroxetine is a novel nitric oxide synthase inhibitor. Psychopharmacol Bull 1996;32(4):653-658.

Fitch N. Classification and identification of inherited brachydactylies. J Med Genet 1979;16:36–44.

Fukumoto T, Blakely R, Levin M. Serotonin transporter function is an early step in left-right patterning in chick and frog embryos. Dev Neurosci 2005b;27:349-363.

Fukumoto T, Kema IP, Levin M. Serotonin signaling is a very early step in patterning of the left-right axis in chick and frog embryos. Curr Biol 1995a;15:794-803.

Gilboa SM, Correa A, Botto LD, Rasmussen SA, Waller DK, Hobbs CA, Cleves MA, Riehle-Colarusso TJ, and the National Birth Defects Preventions Study. Association between prepregnancy body mass index and congenital heart defects. Am J Obstet Gyneol 2010 Jan;202(1):51.e1-51.e10.

Grech V. The evolution of diagnostic trends in congenital heart disease: A population-based study. J Paediatr Child Health 1999;35:387–391.

Greene MF. Teratogenicity of SSRIs—Serious concern or much ado about litte? N Engl J Med 2007;356:2732–2733.

Grzeskowiak LE, Gilbert AL, Morrison JL. Investigating outcomes following the use of selective serotonin reuptake inhibitors for treating depression in pregnancy. A focus on methodological issues. Drug Saf 2011;34(11):1027–1048.

Gustafsson BI, Tømmerås K, Nordrum I, Loennechen JP, Brunsvik A, Solligård E, Fossmark R, Bakke I, Syversen U, Waldum H. Long-term serotonin administration induces heart valve disease in rats. Circulation 2005;111:1517-1522.

Henry AL, Beach AJ, Stowe ZN, Newport DJ. The fetus and maternal depression: implications for antenatal treatment guidelines. Clin Obstet Gynecol. 2004;47:535–546.

Hill AB. 1965. The environment and disease: Association or causation? Proc R Soc Med 58:295-300.

Holmes LB. Limb malformations. In *Congenital Malformations*. New York: Oxford University Press; 2012:146–205.

Holmes LB. Teratogen-induced limb defects. Am J Med Genet 2002;112:297–303.

Humble M, Bejerot S, Bergqvist PBF, Bengtsson F. Reactivity of serotonin in whole blood: relationship with drug response in obsessive-convulsive disorder. Biol Psychiatry 2001;49:360-368.

Huppertz B, Herrler A. Regulation of proliferation and apoptosis during development of the preimplantation embryo and the placenta. Birth Defects Res C Embryo Today. 2005;75:249–61.

Jauniaux E, Gulbis B, Burton GJ. The human first trimester gestational sac limits rather than facilitates oxygen transfer to the foetus—a review. Placenta 2003;24 Suppl A:S86-S93.

Jauniaux E, Gulbis B. In vivo investigation of placental transfer early in human pregnancy. Eur J Obstet Gynecol Reprod Biol 2000;92:45-49.

Jauniaux E, Johns J, Gulbis B, Spasic-Boskovic O, Burton GJ. Transfer of folic acid inside the first-trimester gestational sac and the effect of maternal smoking. Am J Obstet Gynecol 2007;197:58.e1-58.e6.

Jauniaux E, Watson A, Burton G. Evaluation of respiratory gases and acid-base gradients in human fetal fluids and uteroplacenta tissue between 7 and 16 weeks' gestation. Am J Obstet Gynecol 2001;184:998-1003.

Jenkins KJ, Correa A, Feinstein JA, Botto L, Britt AE, Daniels SR, Elixson M, Warnes CA, Webb CL. Noninherited risk factors and congenital cardiovascular defects: Current knowledge. A scientific statement from the American Heart Association Council on Cardiovascular Disease in the Young. Circulation. 2007;115:2995-3014.

Johnson PD, Dawson BV, Goldberg SJ. Spontaneous congenital heart malformations in Sprague Dawley rats. Lab Anim Sci. 1993 Apr;43(2):183-8.

Kalia M, O'Callaghan JP, Miller DB, Kramer M. Comparative study of fluoxetine, sibutramine, sertraline and dexfenfluramine on the morphology of serotonergic nerve terminals using serotonin immunohistochemistry. Brain Res. 2000;858(1):92-105.

Kalish RB, Thaler HT, Chasen ST, Gupta M, Berman SJ, Rosenwaks Z, Chervenak FA. First- and second-trimester ultrasound assessment of gestational age. Am J Obstet Gynecol. 2004;191(3):975-8.

Källén B, Otterblad Olausson P. Antidepressant drugs during pregnancy and infant congenital heart defects. Reprod Toxicol 2006;21:221–222.

Källén B, Otterblad Olausson P. Maternal use of selective serotonin re-uptake inhibitors in early pregnancy and infant congenital malformations. Birth Defects Res (Part A) 2007a;79:301–308.

Källén B, Otterblad Olausson P. Use of anti-asthmatic drugs during pregnancy. 3. Congenital malformations in infants. Eur J Clin Pharmacol 2007b;63:383-388.

Källén B. Neonatal characteristics after maternal use of antidepressants in late pregnancy. Arch Pediatr Adolesc Med 2004;158:312–316.

Källén K. Maternal smoking and congenital heart defects. Eur J Epidemiol 1999;15:731-737.

Kathiriya IS, Srivastava D. Left-right asymmetry and cardiac looping. Am J Med Genet (Semin Med Genet) 2000;97:271-279.

Kieler H, Artama M, Engeland A, Ericsson Ö, Furu K, Gissler M, Nielsen RB, Nørgaard M, Stephansson O, Valdimarsdottir U, Zoega H, Haglund B. Selective serotonin reuptake inhibitors during pregnancy and risk of persistent pulmonary hypertension in the newborn: a population based cohort study from five Nordic countries. BMJ 2011;344:d8012 doi: 10.1136/bmj.d8012.

Kornum JB, Nielsen RB, Pedersen L, Mortensen PB, Nørgaard M. Use of selective serotonin reuptake inhibitors during early pregnancy and risk of congenital malformations: updated analysis. Clin Epidemiol 2010;2:29–36.

Kotzailias N, Marker M, Jilma B. Early effects of paroxetine on serotonin storage, plasma levels, and urinary excretion. A randomized, double-blind, placebo-controlled trial. J Clin Psychopharmacol 2004;24:536-539.

Kučienė R, Dulskienė V. Parental cigarette smoking and the risk of congenital heart septal defects Medicina (Kaunas) 2010;46(9):635–641.

Kulin NA, Pastuszak A, Sage SR, Schick-Boschetto B, Spivey G, Feldkamp M, Ormond K, Matsui D, Stein-Schechman AK, Cook L, Brochu J, Rieder M, Koren G. Pregnancy outcome following maternal use of the new selective serotonin reuptake inhibitors: a prospective controlled multicenter study. JAMA. 1998;279:609–610.

Kulin NA, Pastuszak AL, Schick B, Sage SR, Spivey GL, Feldkamp M, Ormond K, Stein-Schechman AK, Cook L, Matsui D, Koren G. Pregnancy outcome following first trimester maternal exposure to fluvoxamine, paroxetine and/or sertraline. Teratology 1997;55:101.

Laine K, Heikkinen T, Ekblad U, Kero P. Effects of exposure to selective serotonin reuptake inhibitors during pregnancy on serotonergic symptoms in newborns and cord blood monoamine and prolactin concentrations. Arch Gen Psychiatry 2003;60:720-726.

Lammer EJ, Chen DT, Hoar RM, Agnish ND, Benke PJ, Braun JT, Curry CJ, Fernhoff PM, Grix AW Jr, Lott IT, et al. Retinoic acid embryopathy. N Engl J Med. 1985 Oct 3;313(14):837–841.

Lara N, Archer SL, Baker GB, Le Mellédo J-M. Paroxetine-induced increase in metabolic end products of nitric oxide. J Clin Psychopharmacol 2003;23:641–645.

Lauder JM, Wilkie MB, Wu C, Singh S. Expression of 5-HT$_{2A}$, 5-HT$_{2B}$ and 5-HT$_{2C}$ receptors in the mouse embryo. Int J Devl Neuroscience 2000;18:653-662.

Lauder JM. Ontogeny of the serotonergic system in the rat: Serotonin as a developmental signal. Ann NY Acad Sci 1990;600:297-313.

Lee TC, Zhao YD, Courtman DW, Stewart DJ. Abnormal aortic valve development in mice lacking endothelial nitric oxide synthase. Circulation 2000;101:2345–2348.

Levin M, Buznikov GA, Lauder JM. Of minds and embryos: left-right asymmetry and the serotonergic controls of pre-neural morphogenesis. Dev Neurosci 2006;28:171-185.

Levin M, Buznikov GA, Lauder JM. Of minds and embryos: left-right asymmetry and the serotonergic controls of pre-neural morphogenesis. Dev Neurosci 2006;28:171-185.

Levinson-Castiel R, Merlob P, Linder N, Sirota L, Klinger G. Neonatal abstinence syndrome after in utero exposure to selective serotonin reuptake inhibitors in term infants. Arch Pediatr Adolesc Med 2006;160:173–176.

Lewin MB, McBride KL, Pignatelli R, Fernbach S, Combes A, Menesses A, Lam W, Bezold LI, Kaplan N, Towbin JA, Belmont JW. Echocardiographic evaluation of asymptomatic parental and sibling cardiovascular anomalies associated with congenital left ventricular outflow tract lesions. Pediatrics 2004;114:691-696.

Loane M, Dolk H, Morris JK, a EUROCAT Working Group. Maternal age-specific risk of non-chromosomal anomalies. BJOG 2009;116:1111–1119.

Louik C, Lin AE, Werler MM, Hernández-Diaz S, Mitchell AA. First trimester use of selective serotonin-reuptake inhibitors and the risk of birth defects. N Engl J Med 2007;356:2675–2683.

Lund N, Pedersen LH, Henriksen TB. Selective serotonin reuptake inhibitor exposure in utero and pregnancy outcomes. Arch Pediatr Adolesc Med 2009;163(10):949-954.

Lusskin SI, Pondiak TM, Habib SM. Perinatal depression: hiding in plain sight. Can J Psychiatry 2007;52:479–488.

Mahler GJ, Butcher JT. Cardiac developmental toxicity. Birth Defects Res (Part C). 2011;93:291–297.

Malik S, Cleves MA, Honein MA, Romitti PA, Botto LD, Yang S, Hobbs CA, and the National Birth Defects Prevention Study. Maternal smoking and congenital heart defects. Pediatrics 2008;121:e810-e816.

Malm H, Artama M, Gissler M, Ritvanen A. Risks associated with the use of selective serotonin reuptake inhibitors (SSRIs) during pregnancy—New data based on national registers. Reprod Toxicol 2010;30:220.

Malm H, Artama M, Gissler M, Ritvanen A. Selective serotonin reuptake inhibitors and risk for major congenital anomalies. Obstet Gynecol. 2011;118(1):111–120.

Malm H, Klaukka T, Neuvonen PJ. Risks associated with selective serotonin reuptake inhibitors in pregnancy. Obstet Gynecol 2005;106:1289–1296.

McIntyre MD. BRL 29060A. A study to investigate the effects of oral administration upon fertility and implantation in the female rats. Beecham Pharmaceuticals Reseach Division Study T84509/29060A/R/PO/FGRP, March 1986a.

McIntyre MD. BRL 29060A. An assessment of the effects of oral administration on gonadal function, mating behaviour and fertility in male and female Sprague Dawley rats. Beecham Pharmaceuticals Reseach Division Study T84510/29060A/R/PO/FGRP2, December 1986b.

Mekontso-Dessap A, Brouri F, Pascal O, Lechat P, Hanoun N, Lanfumey L, Seif I, Benhaiem-Sigaux N, Kirsch M, Hamon M, Adnot S, Eddahibi S. Deficiency of the 5-hydroxytryptamine transporter gene leads to cardiac fibrosis and valvulopathy in mice. Circulation. 2006;113(1):81-89.

Merlob P, Birk E, Sirota L, Linder N, Berant M, Stahl B, Klinger G. Are selective serotonin reuptake inhibitors cardiac teratogens? Echocardiographic screening of newborns with persistent heart murmur. Birth Defects Res (Part A) 2009;85:837-841.

Meyer JH, Wilson AA, Sagrati S, Hussey D, Carella A, Potter WZ, Ginovart N, Spencer EP, Cheok A, Houle S. Serotonin transporter occupancy of five selective serotonin reuptake inhibitors at different doses: an [$^{11}$C]DASB positron emission tomography study. Am J Psychiatry. 2004;161(5):826-835.

Mills JL, Troendle J, Conley MR, Carter T, Druschel CM. Maternal obesity and congenital heart defects: a population-based study. Am J Clin Nutr. 2010;91(6):1543–1549.

Moiseiwitsch JRD, Lauder JM. Serotonin regulates mouse cranial neural crest migration. Proc Natl Acad Sci USA 1995;92:7182-7186.

Moiseiwitsch JRD. The role of serotonin and neurotransmitters during craniofacial development. Crit Rev Oral Biol Med 2000;11:230-239.

Moses-Kolko EL, Bogen D, Perel J, Bregar A, Uhl K, Levin B, Wisner KL. Neonatal signs after late in utero exposure to serotonin reuptake inhibitors: literature review and implications for clinical applications. JAMA 2005;293:2372–2383.

Mück-Šeler, Pivac N, Šagud M, Jakovljević, Mihaljević-Peleš A. The effects of paroxetine and tianeptine on peripheral biochemical markers in major depression. Prog Neuro-Psychopharmacol Biol Psychiatry 2002;26:1235-1243.

Nakhai-Pour HR, Broy P, Bérard A. Antidepressant medication use during pregnancy and the risk of miscarriage. Birth Defects Res (A) 2009;85:437.

Nau H. Teratogenicity of isotretinoin revisited: species variation and the role of all-trans-retinoinc acid. J Am Acad Dermatol 2001;45:S183–S187.

Nebigil CG, Choi D-S, Dierich A, Hickel P, Le Meur M, Massaddeq N, Launay J-M, Maroteaux L. Serotonin 2B receptor is required for heart development. Proc Nat Acad Sci 2000;97:9508–9513.

Nebigil CG, Etienne N, Messaddeq N, Maroteaux L. Serotonin is a novel survival factor of cardiomyocytes: mitochondria as a target of 5-HT2B receptor signaling. FASEB J. 2003a;17(10):1373-1375.

Nebigil CG, Etienne N, Schaerlinger B, Hickel P, Launay JM, Maroteaux L. Developmentally regulated serotonin 5-HT2B receptors. Int J Dev Neurosci. 2001a;19(4):365-372.

Nebigil CG, Hickel P, Messeddeq N, Vonesch J-L, Douchet MP, Monassier L, György K, Matz R, Andriantsitohaina R, Manivet P, Launay J-M, Maroteaux L. Ablation of serotonin 5-HT$_{2B}$ receptors in mice leads to abnormal structure and function. Circulation 2001b;103:2973-2979.

Nebigil CG, Jaffré F, Messaddeq N, Hickel P, Monassier L, Launay J-M, Maroteaux L. Overexpression of the serotonin 5-HT$_{2B}$ receptor in heart leads to abnormal mitochondrial function and cardiac hypertrophy. Circulation 2003b;107:3223-3229.

Nebigil CG, Maroteaux L. A novel role for serotonin in heart. Trends Cardiovasc Med 2001c;11:329-335.

Nemeroff CB. Neurobiological consequences of childhood trauma. J Clin Psychiatry 2004;65(Suppl 1):18–28.

Noorlander CW, Ververs FFT, Nikkels PGJ, van Echteld CJA, Visser GHA, Smidt MP. Modulation of serotonin transporter function during fetal development causes dilated heart cardiomyopathy and lifelong behavioral abnormalities. PLoS ONE 2008;3(7):e2782.

Nordeng H, Spigset O. Treatment with selective serotonin reuptake inhibitors in the third trimester of pregnancy: effects on the infant. Drug Saf 2005;28:565–581.

Nordeng H, van Gelder MMHJ, Spigset O, Koren G, Einarson A, Eberhard-Gran M. Pregnancy outcome after exposure to antidepressants and the role of maternal depression. J Clin Psychopharmacol 2012;32:186-194.

Norrholm SD, Ouimet CC. Chronic fluoxetine administration to juvenile rats prevents age-associated dendritic spine proliferation in hippocampus. Brain Res. 2000;883(2):205-15.

O'Brien L, Einarson TR, Sarkar M, Einarson A, Koren G. Does paroxetine cause cardiac malformations? J Obstet Gynaecol Can 2008;30:696-701.

Oberlander TF, Warburton W, Misri S, Riggs W, Aghajanian J, Hertzman C. Major congenital malformations following prenatal exposure to serotonin reuptake inhibitors and benzodiazepines using population-based health data. Birth Defects Res B Dev Reprod Toxicol. 2008;83:68-76.

Organization of Teratology Information Specialists. Paroxetine (Paxil®) and Pregnancy. August, 2008. http://otispregnancy.org.

Orr ST James SA, Prince CB. Maternal prenatal depressive symptoms and spontaneous preterm births among African-American women in Baltimore, Maryland. Am J Epidemiol 2002;156:797–802.

Paulus W, Schloemp S, Totz F. Risk of congenital malformations after maternal treatment with paroxetine in early pregnancy. Reprod Toxicol 2010;30:243–244.

Pavone LM, Mithbaokar P, Mastellone V, Avallone L, Gaspar P, Maharajan V, Baldini A. Fate map of serotonin transporter-expressing cells in developing mouse heart. Genesis. 2007;45(11):689-695.

Pavone LM, Spina A, Lo Muto R, Santoro D, Mastellone V, Avallone L. Heart valve cardiomyocytes of mouse embryos express the serotonin transporter SERT. Biochem Biophys Res Commun. 2008;377(2):419-422.

Pedersen LH, Henriksen TB, Vestergaard M, Olsen J, Bech BH. Selective serotonin inhibitors in pregnancy and congenital malformations: population based cohort study. BMJ 2009;339:b3569 doi: 10.1136/bmj.b3569.

Pierpont ME, Basson CT, Benson DW Jr, Gelb BD, Giglia TM, Goldmuntz E, McGee G, Sable CA, Srivastava D, Webb CL. Genetic basis for congenital heart defects: Current knowledge: A scientific statement from the American Heart Association Congenital Cardiac Defects Committee, Council on Cardiovascular Disease in the Young: Endorsed by the American Academy of Pediatrics. Circulation 2007;115;3015-3038.

Pino G, Moessner R, Lesch K, Lauder J, Persico A. Roles for serotonin in neurodevelopment: More than just neural transmission. Current Neuropharmacology 2004;2:403-17.

Public Affairs Committee. Causation in Teratology-Related Litigation. Birth Defects Research (Part A). 2005;73:421-423.

Rahimi R, Nikfar S, Abdollahi M. Pregnancy outcomes following exposures to serotonin reuptake inhibitors: a meta-analysis of clinical trials. Reprod Toxicol 2006;22:571-575.

Ramos E, St-André M, Rey E, Oraichi D, Bérard A. Duration of antidepressant use during pregnancy and risk of major congenital malformations. Br J Psychiatry 2008;192:344–350.

Rayburn WF, Gonzalez CL, Christensen HD, Kupiec TC, Jacobsen JA, Stewart JD. Effect of antenatal exposure to paroxetine (Paxil) on growth and physical maturation of mice offspring. J Matern Fetal Med 2000;9:136-141.

Reefhuis J, Honein MA. Maternal age and non-chromosomal birth defects, Atlanta—1968–2000: Teenage or thirty-something, who is at risk? Birth Defects Res (Part A) 2004;70:572-579.

Reis M, Källén B. Delivery outcome after maternal use of antidepressant drugs in pregnancy: an update using Swedish data. Psychol Med 2010; 40(10):1723-33.

REPROTOX GmbH. Paroxetine fertility and general reproductive performance study in the rat. Münster, Germany, 27 April 1981a.

REPROTOX GmbH. Paroxetine teratology study in the rabbit. Münster, Germany, 27 April 1981c.

REPROTOX GmbH. Paroxetine teratology study in the rat. Münster, Germany, 27 April 1981b.

Ridings J. BRL 29060A. A study to assess the effects of repeat oral administration on the male reproductive system. Beecham Pharmaceuticals Research Division Study T85516/29060A/R/PO/INV.FERT, January 1987.

Robson JM, Sullivan FM. 5-Hydroxytryptamine, placental function and toxaemia of pregnancy. Proc R Soc Med 1966;59:744-748.

Roguin N, Du Z-D, Barak M, Nasser N, Hershkowitz S, Milgram E. High prevalence of muscular ventricular septal defect in neonates. J Am Coll Cardiol 1995;26:1545–1548.

Ruchkin V, Martin A. SSRIs and the developing brain. Lancet 2005;365:451–453.

Sanz EJ, De-las-Cuevas C, Kiuru A, Bate A, Edwards R. Selective serotonin reuptake inhibitors in pregnant women and neonatal withdrawal syndrome: a database analysis. Lancet 2005;365:482–487.

Sari Y, Zhou FC. Serotonin and its transporter on proliferation of fetal heart cells. Int J Dev Neuroscience 2003;21:417–424.

Schardein JL. Chemically Induced Birth Defects, 3rd edition, New York: Marcel Dekker; 2000.

Schloemp S, Paulus WE, Sterzik K, Stoz F. Congenital malformations after antidepressant medication with paroxetine in early pregnancy? ESHRE Scientific Program, Prague: December 19, 2006.

Scialli AR, Iannucci AR. Whole embryo culture and the identification of "teratogenicity." Reprod Toxicol 2010;29:247–248.

Scialli AR. Paroxetine exposure during pregnancy and cardiac malformations. Birth Defects Research (Part A) 2010;88:175–177.

Seng JS, Oakley DJ, Sampselle CM, Killion C, Graham-Bermann S, Liberzon I. Posttraumatic stress disorder and pregnancy complications. Obstet Gynecol. 2001;97:17–22.

Shepard TH. 2001. Catalog of Teratogenic Agents, 10th Edition. Baltimore MD: Johns Hopkins University Press. p. xxiv.

Shuey DL, Sadler TW, Lauder JM. Serotonin as a regulator of craniofacial morphogenesis: site specific malformations following exposure to serotonin uptake inhibitors. Teratology 1992;46:367-378.

Shuey DL, Sadler TW, Tamir H, Lauder JM. Serotonin and morphogenesis. Transient expression of serotonin uptake and binding protein during craniofacial morphogenesis in the mouse. Anat Embryol 1993;187:75-85.

Shuey DL, Yavarone M, Sadler TW, Lauder JM. Serotonin and morphogenesis in the cultured mouse embryo. in Lauder JM. Molecular Aspects of Development and Aging of the Nervous System. New York: Plenum Press; 1990:205–215.

Simon GE, Cunningham ML, Davis RL. Outcomes of prenatal antidepressant exposure. Am J Psychiatry 2002;150:2055–2061.

Sjöström K, Valentin L, Thelin T, Marsál K. Maternal anxiety in late pregnancy and fetal hemodynamics. Eur J Obstet Gynecol Reprod Biol. 1997;74:149–155.

Sloot WN, Bowden HC, Yih TD. *In vitro* and *in vivo* reproduction toxicology of 12 monoaminergic re-uptake inhibitors: Possible mechanisms of infrequent cardiovascular anomalies, Reprod Toxicol 2009; 28:270-282.

Solomon HM, Wier PJ, Fish CJ, Hart TK, Johnson CM, Posobiec LM, Gowan CC, Maleeff BE, Kerns WD. Spontaneous and induced alterations in the cardiac membranous ventricular septum of fetal, weanling, and adult rats. Teratology 1997;55:185-194.

Speid LH, Lumley CE, Walker SR. Harmonization of guidelines for toxicity testing of pharmaceuticals by 1992. Regul Toxicol Pharmacol 1990;12:179–211.

Steer RA, Scholl TO, Hediger ML, Fischer RL. Self-reported depression and negative pregnancy outcomes. J Clin Epidemiol 1992;45:1093–1099.

Stewart DE. Depression during pregnancy. N Engl J Med 2011; 365:1605–1611.

Stothard KJ, Tennant PWG, Bell R, Rankin J. Maternal overweight and obesity and the risk of congenital anomalies. A systematic review and meta-analysis. JAMA 2009;301(6):636-650.

Thakur M, Grossman I, McCrory DC, Orlanda LA, Steffens DC, Cline KE, Gray RN, Farmer J, DeJesus G, O'Brien C, Samsa G, Goldstein DB, Matchar DB. Review of evidence for genetic testing for CYP450 polymorphisms in management of patients with nonpsychotic depression with selective serotonin reuptake inhibitors. Genet Med 2007;9(12):826-835.

Thummel KE, Shen DD, Isoherranen N, Smith HE. Design and optimization of dosage regimens: pharmacokinetic data. In Brunton LL, Lazo JS. Parker KL (eds). Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th Edition. New York: McGwar-Hill; 2006: 1858.

Tikkanen J, Heinonen OP. Maternal diseases and environmental exposures during pregnancy and congenital heart disease in the offspring. J Occup Med Toxicol 1992;1:17-32.

Tikkanen J, Heinonen OP. Risk factors for cardiovascular malformations in Finland. Eur J Epidemiol 1990;6:348-356.

U.S. Department of Health, Education, and Welfare. Smoking and Health. Report of the Advisory Committee to the Surgeon General of the Public Health Service. Publication No. 1103. Washington, D.C.: U.S. Government Printing Office; 1964.

U.S. EPA. Guidelines for developmental toxicity risk assessment. Washington, DC: U.S. Environmental Protection Agency. EPA/600/FR-91/1001; December, 1991.

U.S. Public Health Service. The Surgeon General's call to action to prevent suicide. Washington, DC: 1999. Available at http://www.surgeongeneral.gov/library/calltoaction/

Ugrumov MV, Taxi J, Mitskevich MS, Tramu G. Development of the hypothalamic serotonergic system during ontogenesis in rats. Immunocytochemical and radioautographic study. Dev Brain Res 1986;30:75-84.

Uhl K, Kennedy DL, Kweder SL. Risk management strategies in the Physicians' Desk Reference product labels for Pregnancy Category X drugs. Drug Saf 2002;25:885-892.

Unfred CL, Chambers CD, Felix R, Lao K, Dick L, Alvarado S, Jones KL. Birth outcome among pregnant women taking paroxetine (Paxil). Presented at the 14th Annual Meeting of the Organization of Teratology Information Specialists, 2001.

Van den Bergh BR, Mulder EJ, Mennes M, Glover V. Antenatal maternal anxiety and stress and the neurobehavioural development of the fetus and child: links and possible mechanisms. A review. Neurosci Biobehav Rev. 2005;29:237–258.

Van den Hove DLA, Blanco CE, Scheepens A, Desbonnet L, Myint A-M, Leonard BE, Prickaerts J, Steinbusch HWM. Prenatal maternal paroxetine treatment and neonatal mortality in the rat: A preliminary study. Neonatology 2008;93:52-55.

Vial T, Cournot MP, Bernard N, Carlier P, Jonville-Bera AP, Jean-Pastor MJ, Barjhoux C, Robert E, Elefant E, Descote J, and the French Network of Pharmacovigilance Centers. Paroxetine and congenital malformations: a prospective comparative study. Drug Saf 2006;29:970.

Wasserman CR, Shaw GM, O'Malley CD, Tolarova MM, Lammer EJ. Parental cigarette smoking and risk for congenital anomalies of the heart, neural tube, or limb. Teratology 1996;53:261-267.

Watkins ML, Rasmussen SA, Honein MA, Botto LD, Moore CA. Maternal obesity and risk for birth defects. Pediatrics 2003;111(5):1152-1158.

Wegerer V, Moll GH, Bagli M, Rothenberger A, Rüther E, Huether G. Persistently increased density of serotonin transporters in the frontal cortex of rats treated with fluoxetine during early juvenile life. J Child Adolesc Psychopharmacol. 1999;9(1):13-24

Weissman MM. Advances in psychiatric epidemiology: rates and risks for major depression. Am J Public Health. 1987;77:445–451.

Wen SW, Yang Q, Garner P, Fraser W, Olatunbosun O, Nimrod C, Walker M. Selective serotonin reuptake inhibitors and adverse pregnancy outcomes. Am J Obstet Gynecol. 2006;194:961–966.

Wessels MW, Berger RMF, Frohn-Mulder IME, Roos-Hesselink JW, Hoogeboom JJM, Mancini GS, Bartelings MM, de Krijer R, Wladimiroff JW, Niermeijer MF, Grossfeld P, Willems PJ. Autosomal dominant inheritance of left ventricular outflow tract obstruction. Am J Med Genet 2005;134A:171-179.

Wichman CL, Moore KM, Lang TR, St Sauver JL, Heise RH Jr, Watson WW. Congenital heart disease associated with selective serotonin reuptake inhibitor use during pregnancy. Mayo Clin Proc 2009;84(1):23-27.

Wichman CL. Selective serotonin reuptake use in pregnancy and fetal outcomes. Presented at the American Psychiatric Association meeting, San Diego, May 21, 2007.

Wier PJ. SmithKline Beecham Pharmaceuticals Research and Development. BRL 290960A: Oral study for effects on pre- and postnatal development in rats. SB Document ID BRL-029060/RSD-100KKK/1. 1997.

Wilson PD, Correa-Villaseñor A, Loffredo CA, Ferencz C, and the Baltimore Washington Infant Study Group. Temporal trends in prevalence of cardiovascular malformations in Maryland and the District of Columbia, 1981–1988. Epidemiology 1993;4:259–265.

Wogelius P, Nørgaard M, Gislum M, Pedersen L, Munk E, Mortensen PB, Lipworth L, Sørensen HT. Maternal use of selective serotonin reuptake inhibitors and risk of congenital malformations. Epidemiology 2006;17:701–704.

Wogelius P, Nørgaard M, Munk EM, Mortensen PB, Lipworth L, Sørensen HT. Maternal use of selective serotonin reuptake inhibitors and risk of adverse pregnancy outcome. Pharmacoepidemiol Drug Saf 2005;14:S72–S73.

Wren C, Richmond S, Donaldson L. Temporal variability in birth prevalence of cardiovascular malformations. Heart 2000;83:414–419.

Wurst KE, Poole C, Ephross SA, Olshan AF. First trimester paroxetine use and the prevalence of congenital, specifically cardiac defects: A meta-analysis of epidemiological studies. Birth Defects Res (Part A); 2009: in press

Yavarone MS, Shuey DL, Tamir H, Sadler TW, Lauder JM. Serotonin and cardiac morphogenesis in the mouse embryo. Teratology 1993;47:573–584.

Yonkers KA, Wisner KL, Stewart DE, Oberlander TF, Dell DL, Stotland N, Ramin S, Chaudron L, Lockwood C. The management of depression during pregnancy: a report from the American Psychiatric Association and the American College of Obstetricians and Gynecologists. Obstet Gynecol 2009;114(3):703-713.

Zhou M, Engel K, Wang J. Evidence for significant contribution of a newly identified monoamine transporter (PMAT) to serotonin uptake in the human brain. Biochem Pharmacol. 2007;73(1):147-154.

**Appendix C. Disclosures**

*Rate*

Tetra Tech Sciences charges $450/hour for my time in calendar year 2012. Rates may be adjusted each calendar year.

*Testimony in the Past Four Years*

2008 Junk v. Terminex International Company Limited Partnership et al.
US District Court for the Southern District of Iowa Central Division

2009 Webster v. Desai et al.
State Court of Dekalb County, State of Georgia

2009 Hayes v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline
US District Court for the Northern District of Oklahoma

2009 Kilker v. GlaxoSmithKline
Philadelphia County Court of Common Pleas

2010 Jackson v. Wyeth et al.
Superior Court for the State of Alaska, First Judicial District of Sitka

2011 Sanchez et a. v. Dow AgroSciences LLC et al.
District Court, Hidalgo County Texas, 332nd Judicial District

**Appendix D. Curriculum Vitae**

ANTHONY R. SCIALLI, M.D.

| | |
|---|---|
| Date of birth: | June 23, 1952 |
| | Poughkeepsie, N.Y. |
| Citizenship: | United States of America |
| ADDRESS | Tetra Tech Sciences |
| | 2200 Wilson Blvd, Suite 400 |
| | Arlingon VA 22201-3397 |
| | 571-527-1709 – 703-684-2223 (fax) |
| | ascialli@sciences.com |

MEDICAL AND SCIENTIFIC EDUCATION

DEGREES
Bachelor of Science, Cum Laude, Biology
Rensselaer Polytechnic Institute, Troy, NY                       1975
Doctor of Medicine
Albany Medical College, Albany, NY

1975

INTERNSHIP, RESIDENCY AND FELLOWSHIP TRAINING

Residency in Obstetrics and Gynecology
The George Washington University, Washington, D.C.          1975-1979

Chief Resident, Obstetrics and Gynecology
The George Washington University Washington, D.C.           1978

Fellowship in Reproductive Toxicology
The Reproductive Toxicology Center
Columbia Hospital for Women, Washington, D.C.               1982-1984

MEDICAL LICENSURE AND BOARD CERTIFICATIONS

District of Columbia (No. 9708) 1977
State of Maryland (No. D-20475) 1977
Commonwealth of Virginia (No. 28458) 1977
State of California 1980

Board Certified in Obstetrics and Gynecology by
the American Board of Obstetrics and Gynecology   1981

PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Staff Physician, Ambulatory Care Center, Columbia Hospital for Women, Washington, D.C. | 1979-1980 |
| Staff Physician, Guam Memorial Hospital, Tamuning, Guam | 1980-1982 |
|    Chair, Department of Obstetrics and  Gynecology | 1981-1982 |
|    Executive Committee | 1981-1982 |
|    Operating Room Committee | 1981-1982 |
| Chief of Obstetrics and Gynecology, Family Health  Program, Tamuning, Guam | 1980-1982 |
| Active Staff, George Washington University Hospital, Washington, D.C. | 2007-present |
| Active Staff, Columbia Hospital for Women, Washington, D.C. | 1982-2002 |
| Active Staff, Georgetown University Hospital, Washington, D.C. | 1987-2004 |
| Courtesy Staff, Sibley Memorial Hospital, Washington, D.C. | 1988-1993 |
| Director, Columbia Hospital for Women Physicians,  Group, Washington, D.C. | 1983-1984 |
| Deputy Director, Reproductive Toxicology Center, Washington, D.C. | 1983-1986 |
| Principal Investigator, Center for the Evaluation of Risks to Human Reproduction,  National Toxicology Program, Alexandria VA | 2003-2007 |
| Special Government Employee, US Food and Drug Administration | 1987-present |
| Director, Reproductive Toxicology Center, Washington, D.C. | 1986-present |
| Senior Scientific Advisor, Tetra Tech Sciences, Arlington, VA | 2003-present |
| Clinical Privileges, George Washington University Medical Faculty Associates | 2007-present |

UNIVERSITY APPOINTMENTS

Georgetown University School of Medicine, Washington DC

| | |
|---|---|
| Instructor in Obstetrics and Gynecology | 1980-81 and 1983-1987 |
| Assistant Professor in Obstetrics and Gynecology | 1987-1993 |
| Associate Professor in Obstetrics and Gynecology (tenured) | 1993-1998 |
| Professor in Obstetrics and Gynecology (tenured until 2000) Adjunct since July 2004 | 1998-2004 |
| Residency Program Director, Department of Obstetrics and Gynecology, Georgetown University Hospital | 1988-2004 |
| Adjunct Professor of Biochemistry and Molecular Biology, Georgetown University School of Medicine | 2004-2011 |
| Adjunct Professor of Pharmacology and Physiology, Georgetown University School of Medicine | 2011-present |

George Washington University School of Medicine, Washington DC

| | |
|---|---|
| Assistant in Obstetrics and Gynecology | 1975-1979 |
| Assistant Clinical Professor in Obstetrics and Gynecology | 1983-1987 |
| Associate Clinical Professor in Obstetrics and Gynecology | 1987-1995 |
| Clinical Professor in Obstetrics and Gynecology | 2008-present |

Columbia Hospital for Women (affiliated with Georgetown University), Washington DC

| | |
|---|---|
| Associate Residency Program Director | 1984-1986 |
| Residency Program Director | 1986-1988 |

COMMITTEE SERVICE

Committee Service, Columbia Hospital for Women

| | |
|---|---|
| Credentials Committee | 1979-1980 |
| Tissue Committee | 1979-1980 |
| Antimicrobial Review Committee | 1983-1987 |
| Pharmacy and Standardization Committee | |
| Vice-chair | 1983-1985 |
| Chair | 1985-1988 |
| Formulary Subcommittee (Chair) | 1983-1985 |
| Incident Report Subcommittee (Chair) | 1984-1985 |
| Medical Records Committee | 1984-1986 |
| Inhospital Infection Committee | 1983-1988 |
| Obstetrical Committee | 1984-1988 |
| Continuing Medical Education Committee | 1984-1988 |
| Gynecology Committee | 1986-1988 |
| Executive Committee | 1986-1988 |

|  |  |
|---|---|
| Professional Services Committee | 1992-1993 |
| Ambulatory Care Committee | 1979-1980, |
|  | 1983-1993 |
| Research Evaluation Committee | 1986-1999 |

Committee Service, Georgetown University
Faculty Committees:

|  |  |
|---|---|
| Pharmacy Committee | 1987-2000 |
| Graduate Medical Education Committee | 1995-2004 |
| Physician Advisor, Utilization Management Committee | 1997-1999 |
| Clinical Research Center Advisory Committee | 1998-2001 |
| Committee on Faculty | 2001-2003 |
| Clinical Departments and Clinical Teaching Facilities Committees | 2002-2003 |
| Institutional Review Board | 2003-2004 |

Department of Obstetrics and Gynecology:

|  |  |
|---|---|
| Education Committee | 1986-2004 |
| Chair | 1988-2004 |
| Executive Faculty | 1988-2004 |

Medical Society of the District of Columbia

|  |  |
|---|---|
| Committee on Pharmacy and Therapeutics | 1983-1986 |

## SERVICES TO SCIENTIFIC AND PUBLIC COMMUNITY

| | | |
|---|---|---|
| 1. | Clinic Physician, Planned Parenthood, Washington, DC | 1977-1980 |
| 2. | Supervising Physician, Planned Parenthood of Northern Virginia | 1977-1980 |
| 3. | Female Reproductive Risk Assessment Scientific Panel, Environmental Protection Agency, Washington, D.C. | 1986 |
| 4. | Women Taking Charge: Action Toward Disease Prevention Panelist; Washington, D.C, February | 1986 |
| 5. | Reviewer, Test Rules Peer Review Project, Environmental Protection Agency | 1986 |
| 6. | Consultant, Washington Free Clinic, Washington DC | 1987-1995 |
| 7. | Consultant, Georgetown Midwifery Associates | 1987-1995 |
| 8. | Reviewer, Essential Obstetrics Functions at First Referral Level, World Health Organization | 1988 |
| 9. | Reviewer, Biomarkers in Reproductive Toxicology, National Academy of Sciences | 1988 |
| 10. | Workshop Chairman, Sperm Measures and Reproductive Success, Institute for Health Policy Analysis and Environmental Protection Agency | 1988 |
| 11. | Consultant to the Scientific Advisory Board, Environmental Health Committee, U.S. Environmental Protection Agency | 1988 |
| 12. | Teratology Information Users Group, National Library of Medicine | 1988-present |
| 13. | Reviewer, AHFS Drug Information, American Society of Hospital Pharmacists | 1989 |
| 14. | Advisory Committee, Reproductive Hazards in the Workplace, Home, Community and Environment March of Dimes Birth Defects Foundation | 1989-1992 |

15. Consultant to Committee of Reproductive Physiology, Health Protection Branch, Ministry of Health, Welfare, Ottawa, Canada — 1989
16. Steering Committee, Reproductive and Developmental Toxicology, Institute for Evaluating Health Risks, Washington DC — 1989-2000
17. Ad-hoc Committee on In Vitro Tests for Developmental Toxicology, National Institute of Environmental Health Sciences — 1990-1993
18. Ad-hoc Committee on Teratogen Information Systems, Council of Regional Networks — 1990-1997
      Chair — 1997-1997
19. Expert Consultant, Reproductive and Developmental Toxicology, General Accounting Office report to Senator John Glenn, Washington DC — 1991
20. Working Group on Asthma and Pregnancy, National Asthma Education Program, National Heart, Lung, and Blood Institute — 1991-1993
21. NIDA Special Review Committee on Human Development Research, National Institute on Drug Abuse — 1991-1996
22. External Reviewer, Medical Research Council of Canada, Ottawa, Canada — 1991
23. Scientific and Technological Achievement Awards Subcommittee, Environmental Protection Agency — 1992-1995
24. Prioritization Committee, Office of Environmental Health Hazard Assessment, State of California — 1992-1997
25. Joint NICHD/NHLBI Subcommittee on Asthma and Pregnancy, National Institutes of Health — 1992-1993
26. Committee on the Legal and Ethical Issues Relating to the Inclusion of Women in Clinical Studies, Institute of Medicine, National Academy of Sciences — 1992-1993
27. IEHR Expert Committee on Reproductive and Developmental Toxicology — 1992-1998
28. Chair, Workshop on Field Study Application of Biologic Markers for Female Reproductive Disorders, Agency for Toxic Substances and Disease Registry, US Department of Health and Human Services, Atlanta GA — 1993
29. Consultant, Glycol ether, Occupational Safety and Health Administration — 1993
30. Peer review panel to NASA, Life and Microgravity Sciences and Applications Division — 1993
31. Ad hoc Reviewer, Office of Orphan Products Development, US Food and Drug Administration — 1994
32. Advisory Committee on Human Radiation Experiments Interagency Working Group, The White House, Washington DC — 1995
33. Consultant, Persian Gulf Expert Scientific Committee, Veterans Health Administration, Washington DC — 1995
34. Peer reviewer, Human Health Risk Assessment, Environmental Protection Agency — 1995
35. Committee on the Department of Defense Persian Gulf Syndrome Comprehensive Clinical Evaluation Program, Institute of Medicine, National Academy of Sciences — 1995-1996
36. Varivax Pregnancy Registry Advisory Committee, Merck and Co., Inc, West Point PA — 1995
37. Participant, Workshop on the NIH Inclusion Guidelines, Office of Research on Women's Health, National Institutes of Health — 1996

38. Consultant, Presidential Advisory Committee on Gulf War Veterans' Illness,   1996
    Washington DC
39. Subcommittee on Reproductive and Developmental Toxicants, Committee on   1997-2000
    Toxicology, National Research Council, Washington DC
40. Consultant, Pregnancy Labeling Task Force, US Food and Drug Administration   1997-present
41. Expert Panelist, 1997 Preclinical Drug Safety Evaluation Workshop,   1997
    PhRMA/FDA Educational Workshop Part II, Rockville MD
42. Academic Advisor, HESI Developmental and Reproductive Toxicology   1997-present
    Technical Committee, International Life Sciences Institute, Health and
    Environmental Sciences Institute, Washington DC
        Developmental Toxicity New Directions Steering Committee   2007-present
        Chair, Behavioral Testing Steering Committee   2007-2010
43. Scientific Chair, Special Emphasis Panel, National Institute of Child Health and   1998
    Human Development, National Institutes of Health, Bethesda MD
44. Steering Committee, Project on the Interpretation of Skeletal Variations for   1998-1999
    Human Health Risk Assessment, ILSI Risk Sciences Institute
45. Coinvestigator, Center for the Evaluation of Risks to Human Reproduction,   1998-2003
    National Toxicology Program, Alexandria VA
46. Women's Health Advisory Council, National Women's Health Resource Center,   1999-2001
    Washington DC
47. Chair, Teratology Society Public Affairs Committee Workshop on   2003
    Communicating Risks for Pregnancy Exposures
48. National Asthma Education and Prevention Program, Asthma and Pregnancy   2003-2004
    Working Group, National Heart, Lung, and Blood Institute, Bethesda MD
49. Peer Reviewer, Human Relevance Framework. ILSI Risk Science Institute,   2004
    Washington, D.C.
50. Advisory Board, Rheumatic Diseases and Psoriasis Pregnancy Registry, Amgen,   2005–present
    Thousand Oaks CA
51. Consultant, Pediatric Advisory Committee, US Food and Drug Administration,   2007-2011
    Rockville MD
52. Reviewer, Indo-US Science & Technology Forum, New Delhi India   2009
53. Reviewer, U.S. EPA Toxicological Review of Trichloroacetic acid.   2009
54. Member, Pool of Scientific Advisors on risk assessment, European Commission,   2009-present
    Health and Consumer Directorate-General, Brussels
55. Member, Data Safety and Monitoring Board, Randomized trial of maternal   2009-present
    vitamin D supplementation to prevent childhood asthma, National Heart, Lung,
    and Blood Institute, Bethesda MD
56. Member, Reproductive Toxicity Adjunct Group, Research Institute for   2009-present
    Fragrance Materials
57. Chair, Scientific Advisory Committee, Denosumab Pregnancy Exposure   2010
    Registry, Amgen, Thousand Oaks CA
58. Advisory Committee for Reproductive Health Drugs, US FDA, Silver Spring   2012
    MD

## MEMBERSHIP IN PROFESSIONAL AND HONOR SOCIETIES

| | |
|---|---|
| Alpha Omega Alpha Honor Medical Society | 1993 |
| Diplomate, National Board of Medical Examiners | 1976 |
| American College of Obstetricians and Gynecologists | |
|     Junior Fellow | 1976-1982 |
|     Fellow | 1982-present |
| Guam Medical Society | 1980-1982 |
| Medical Society of the District of Columbia | 1983-2005 |
| American Society for Reproductive Medicine | 1983-present |
| Washington Gynecological Society | 1983-2003 |
| Teratology Society | 1987-present |
|     Public Affairs Committee | 1989-1992, 1995-1998, 2004-2007, 2010-2012 |
|       Chair | 2004-2005 |
|     Chair, Ad Hoc Legislative Affairs Committee | 1990-1991 |
|     ACOG Liason Committee | 1991-1992 |
|     Program Committee | 1993-1994, 2006-2007 |
|     Program Chair | 1998 |
|     Publications Committee | 2002-2007 |
|     Vice President-elect | 1996-1997 |
|     Vice President | 1997-1998 |
|     President | 1998-1999 |
|     Representative to the Board of the Federation of American Societies for Experimental Biology | 2008-2012 |
|     Nominations and Elections Committee | 2008-2009 |
|     Science committee | 2009-present |
| American Association of Gynecologic Laparoscopists | 1988-1994 |
| Association of Professors of Gynecology and Obstetrics | 1989-2006 |
| American College of Toxicology | 1989-present |
| Society of Toxicology, Generally Recognized as Expert category | 1990-present |
| American Society of Andrology | 1990-2005 |
| European Teratology Society | 1992-present |
| Organization of Teratology Information Services | 1992-present |
|     Executive Committee | 1994-1996 |
|     Occupaton Committee | 2011-present |

## HONORS

| | | |
|---|---|---|
| 1. | Golden Apple Award for Clinical Teaching, American Medical Student Association | 1979 |
| 2. | Certificate of Appreciation from the  Senior Residents in Obstetrics and Gynecology,  Georgetown University | 1984 |
| 3. | Clinical Faculty Teaching Award, Georgetown University | 1986 |
| 4. | Sergio E. Fabro Memorial Award for Teaching, Georgetown University | 1987 |
| 5. | Academic Attending of the Year,  Department of Obstetrics and | 1988, 1992, 1994, 1996, 1997, |

| | |
|---|---|
| Gynecology, Georgetown University | 2001 |
| 6. Certificate of Appreciation, Nurse Practitioner Program, Georgetown University School of Nursing, Washington DC | 1998 |
| 7. Anthony R. Scialli, M.D. Award, Department of Obstetrics and Gynecology, Geogetown University | 2004 |
| 8. The Thomas H. Shepard Award, Organization of Teratology Information Services | 2005 |
| 9. Voluntary Faculty Teaching Award, Department of Obstetrics and Gynecology, George Washington University | 2008 |
| 10. Physician of the Month, George Washington University Hospital, July | 2010 |
| 11. Medical Expert of the Month, Organization of Teratology Information Specialists, September | 2010 |

## PARTICIPATION/ORGANIZATION OF COURSES

| | |
|---|---|
| 1. Instructor, Neonatal Intensive Care Course, Guam Memorial Hospital, Tamuning, Guam | 1981 |
| 2. Course Coordinator and Lecturer, Program in Infectious Disease, Tamuning, Guam | 1982 |
| 3. Lecturer, Fifth Annual Guam Medical Symposium, Tamuning, Guam | 1982 |
| 4. Physician Preceptor, Nurse Practitioner Program of Harbor General Hospital, Tamuning, Guam | 1982 |
| 5. Instructor, Labor and Delivery Inservice Program, Columbia Hospital for Women, Washington DC | 1983-1988 |
| 6. Program Director and Speaker, Clinical Issues in Reproductive Toxicology Washington DC, March | 1988 |
| 7. Lecturer, Embryology Course, Georgetown University School of Medicine | 1988-1999 |
| 8. Lecturer, Third Year Clerkship Lectures in Obstetrics and Gynecology, Georgetown University School of Medicine | 1989-present |
| 9. Lecturer, Human Reproductive Biology, Georgetown University | |
| 10. School of Medicine | 1990-1995 |
| 11. Course Organizer, Topics in Advanced Reproductive Biology, | |
| 12. Georgetown University School of Medicine | 1990-1995 |
| 13. Lecturer, Lactation Consultant Training Program, Georgetown University School of Medicine (now Washington Families First) | 1991-2000 |
| 14. Fellowship Director, Reproductive Toxicology Department of Obstetrics and Gynecology, Georgetown University Medical Center | 1991-1993 |
| 15. Lecturer, Graduate School Course in Environmental Toxicology, Foundation of Advanced Education in the Sciences at the National Institutes of Health | 1993-1996 |
| 16. Lecturer, Reproductive Hazards in the Workplace (Selected Topics in Occupational Health), Uniformed Services University of Health Sciences | 1994-1999 |
| 17. Lecturer, Fetal Alcohol Syndrome course, Georgetown University School of Medicine | 1994 |
| 18. Lecturer, Advanced Concepts in Pathophysiology, School of Nursing Graduate Program, Georgetown University | 1994 |
| 19. Lecturer, Advanced Concepts in Pharmacology, Georgetown University School of | 1995 |

Nursing, Washington DC

20. Lecturer, Physiology and Toxicology of Reproduction CDER Staff College, Food
    and Drug Administration                                                    1995-1997

21. Lecturer, Incorporation of Genetics into Clinical Practice, Child Development
    Center, Georgetown University Medical Center                              1995

22. Lecturer, Environmental effects on human semen quality and on reproductive
    development, American Society of Andrology Postgraduate Course, Raleigh NC  1995

23. Lecturer, The International Training in Breastfeeding, LAM, and Postpartum
    Reproductive Health, The Institute for Reproductive Health, Georgetown University
    Medical Center                                                            1995, 1997

24. Lecturer, Reproductive and Developmental Toxicology, Toxicology Program,
    University of Maryland at Baltimore, Baltimore MD                         1995

25. Lecturer, Introduction to Medical Genetics course, Foundation of Advanced
    Education in the Sciences at the National Institutes of Health            1995

26. Lecturer, Medical Genetics: Implications for Neonatology, Georgetown University
    Medical Center Washington DC                                              1995

27. Faculty, Genetics Information Superhighway, Middle Atlantic Regional Human
    Genetics Network Educational Conference, Washington DC                    1996

28. Course Cochair and Faculty, Management of Gynecologic Disorders for the Next
    Millenium: Improving outcomes; Medical Educational Collaborative, New York
    NY, September                                                             1997

29. Workshop Director, Management of Chronic Pelvic Pain, New Directions in
    Management of the Female Patient, Medical Education Collaborative, Fajardo,
    Puerto Rico, January                                                      1998

30. Course Director and Faculty, Management of Gynecologic Disorders for the Next
    Millenium: Improving outcomes; Medical Educational Collaborative, Houston TX,
    March                                                                     1998

31. Course Director and Faculty, Challenges in Gynecologic Care; Medical Education
    Collaborative, Dearborn MI, April                                         1998

32. Course Director, Controversies in Gynecology: An Update; Medical Education
    Collaborative, Kansas City MO, June                                       1998

33. Faculty, Training Course in Human Pregnancy Outcome Data, US Food and Drug
    Administration, Rockville MD                                              1998–present

34. Course Director, Gynecologic Surgery: Doing It Well and Avoiding It Well,
    Medical Education Collaborative, Washington DC, August                    1998

35. Program Chair, Fourth Biennial Symposium on Women's Health After Menopause.
    International Osteoporosis Foundation, Washington DC, April               1999

36. Course Director, Making a Difference: New Strategies for Difficult Gynecologic
    Disorders, Medical Education Collaborative, Chicago IL, June              1999

37. Course Director, New Methods in Screening for Prenatal Risks, American College
    of Obstetricians and Gynecologists, Toronto Ontario, August              1999

38. Course Director, Making a Difference: New Strategies for Difficult Gynecologic
    Disorders, Medical Education Collaborative, Minneapolis MN, August        1999

39. Course Director, The Estrogen Question, Department of Obstetrics and Gynecology,
    Georgetown University Medical Center, Washington DC, October              1999

40. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders,  2000

Dearborn MI, March

41. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Syracuse NY, April   2000

42. Visiting Professor, Kaiser Permanente Medical Center, Santa Clara CA, September

43. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Atlanta GA, February   2001

44. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Boston MA, March   2001

45. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, September   2001

46. Lecturer, Johns Hospkins University-NIH Genetic Counseling Graduate Program, Bethesda MD, March   2002–present

47. Principles of Teratology, Fourth year medical student lecture series, Department of Pharmacology, Georgetown University School of Medicine, Washington DC   2002–present

48. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Philadelphia PA, March   2002

49. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Dearborn MI, June   2002

50. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Pentagon City VA, June   2002

51. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Atlanta GA, September   2002

52. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Boston MA, October   2002

53. Course Director, Advances in Management of Chronic Pelvic Pain, San Juan PR, April   2003

54. Course Director, Changing Perspectives; a New Outlook on Gynecologic Disorders, Nashville TN, June   2003

55. Workshop chair, Hormone Replacement Therapy: A Challenge of Risks and Benefits. Society of Toxicology 43rd Annual Meeting, Baltimore MD, March   2003

56. Faculty, Pregnancy Exposure Registries: Evaluating the Teratogenic Potential of Pharmaceutical Products Used at Clinical Doses, Drug Information Association, Washington DC, May   2004

57. Faculty, Third-year clerkship symposia in Obstetrics and Gynecology, Georgetown University School of Medicine   2004–present

58. Chair, Public Affairs Committee Platform Session, Teratology Society 45th Annual Meeting, St Pete beach FL, June   2005

59. Visiting professor, Residents' Journal Club, Department of Obstetrics and Gynecology, University of California at Los Angeles, Los Angeles CA, March   2006

60. Faculty, Monitoring and Evaluating the Fetal Effects of Drug Exposure During Pregnancy, Drug Information Association, Washington DC, May   2006

61. Faculty, Human Teratology course, Department of Pediatrics, University of California, San Diego CA, October   2006

62. Faculty, Human Teratogens course, Massachusetts General Hospital Department of Pediatrics, Boston MA, April   2008

63. Faculty, Physiology Forum, Graduate program, Department of Physiology and   2008

Biophysics, Georgetown University School of Medicine
64. Faculty, Third-year clerkship in Obstetrics and Gynecology, George Washington
    University School of Medicine                                          2008–present


INVITED LECTURES/SYMPOSIA

1.  Information Systems in Reproductive Toxicology, National Federation of
    Abstracting and Information Services, Arlington VA, March                 1984
2.  Reproductive Toxicity of Fertility Medications.  Grand Rounds, Columbia Hospital
    for Women, Washington DC                                                  1984
3.  Lecture: Smoking and Reproductive Risks, Society for Occupational and
    Environmental Health Conference on Smoking Washington DC, April           1985
4.  Smoking and Reproductive Risks. Society for Occupational and Environmental
    Health Conference on Smoking Washington DC, April                         1985
5.  Occupational Risks to Reproduction. American Industrial Hygiene Association
    Central Pennsylvania Section York PA, November                            1985
6.  Guest Faculty, Postgraduate Course in Teratology and Prenatal Diagnosis, George
    Washington University, Washington DC, March                               1986
7.  Paternally Mediated Adverse Pregnancy Effects.  Eleventh Annual Meeting,
    American Society of Andrology, Grand Rapids MI, April                      1986
8.  Drugs and Pregnancy, American College of Obstetricians and Gynecologists,
    Annual Clinical Meeting, New Orlean LA, May                               1986
9.  Drugs in Pregnancy.  Spring Seminar in OB/GYN, Columbia Hospital for Women
    Medical Center Washington DC, May                                         1987
10. Principles of Developmental Toxicology. Comprehensive Review of Clinical
    Obstetrics and Gynecology, Georgetown University, Washington DC, November  1988
11. Speaker, American College of Nurse Midwives Washington DC, May            1988
12. Drugs in Pregnancy and Lactation. Fifth Annual Sinai Hospital of Baltimore
    Symposium in Obstetrics and Gynecology, Baltimore MD, November            1988
13. Keynote address, VDT Planning Meeting NICHD, National Institutes of Health
    Bethesda MD, November                                                     1988
14. Drugs in Pregnancy. Grand Rounds, Department of Obstetrics, Greater Baltimore
    Medical Center, Baltimore MD, April                                       1989
15. Speaker, Seventeenth Annual Conference, American Academy of Physician
    Assistants, Washington DC, November                                       1989
16. Lecturer, Frontiers in Pharmacology, Department of Pharmacology, George
    Washington University Medical Center Washington DC, February              1990
17. Paternally Induced Adverse Pregnancy Effects.   Grand Rounds, Columbia Hospital
    for Women Medical Center Washington DC, March                             1990
18. Pelvic Infection. Grand Rounds:, Department of Obstetrics and Gynecology, St.
    Joseph's Hospital, Baltimore MD, March                                    1990
19. Estrogen Replacement Therapy.  Grand Rounds:, Greater Baltimore Medical Center,
    Baltimore MD, April                                                       1990
20. Visitng Professor, Medical Center of Delaware, Newark DE, December        1990

21. Keynote Speaker, Fourth International Conference of Teratogen Information
    Services, Chicago IL, April                                            1991
22. Pelvic Infections.  Grand Rounds:, York Hospital, York PA, May          1991
23. Pelvic Infections. DC Academy of Family Physicians, Washington DC, June  1991
24. Fetal Protection Policies. BP America Health, Safety, and Environmental Quality
    Annual Meeting, Cincinnati OH, July                                    1991
25. Drugs in Pregnancy: General Principles and Clinical Applications.  American
    College of Allergy and Immunology,  New York NY, November              1991
26. Communicating Preclinical Reproductive Toxicity Test Data to Clinicians,
    Pharmaceutical Manufacturers Association, Cherry Hill NJ, December      1991
27. Drugs and Toxicants in Breast Milk. Neonatal Pharmacology Workshop,
    Georgetown University Medical Center, Washington DC, March             1992
28. Drugs in Breast Milk. Grand Rounds, Department of Obstetrics and Gynecology,
    University of Maryland School of Medicine, Baltimore MD, March         1992
29. Use of Toxicology Information by Clinicians. Developmental Toxicology Division
    Seminar Series, Environmental Protection Agency, Research Triangle Park NC,
    April                                                                  1992
30. Environmental Hazards and Reproductive Toxicity, Iowa Public Health Association
    Annual Meeting, Des Moines IA, May                                     1992
31. Drugs and Chemicals in Breast Milk. Center for Health Effects of Environmental
    Contamination, University of Iowa, Iowa City IA, May                   1992
32. Causation in Science and the Law. Grand Rounds, Department of Obstetrics and
    Gynecology, University of Iowa, Iowa City IA, May                      1992
33. Ectopic Pregnancy.  DC Academy of Family Physicians, Washington DC, June 1992
34. Preclinical Toxicology Testing: The Clinician as the Ultimate Consumer. 78th
    Meeting of the Middle Atlantic Teratology Association,  Philadelphia PA, July  1992
35. Hazards of the FDA Drugs in Pregnancy Categories, Merck Sharp & Dohme
    Research Laboratories, West Point PA, July                             1992
36. Reproductive Risks. Grand Rounds, Department of Obstetrics and Gynecology,
    Howard University, Washington DC, August                               1992
37. Drugs and Breastfeeding. Grand Rounds, Department of Obstetrics and Gynecology,
    Georgetown University, Washington DC, September                        1992
38. Use of Animal Tests in Evaluating Development Toxicity of Drugs. Food, Drug, and
    Law Institute, Washington DC, October                                 1992
39. Drugs in Pregnancy. American College of Rheumatology 56th Annual Meeting,
    Atlanta GA,  October                                                   1992
40. Drugs in Pregnancy. Grand Rounds, Division of Rheumatology,  Georgetown
    University Medical Center, Washington DC, November                     1992
41. Use of Toxicology Information by Clinicians. Visiting Professor, Thomas Jefferson
    University,  Department of Anatomy and Developmental Biology, Philadelphia PA,
    November                                                               1992
42. Reproductive Toxicology. Grand Rounds, Department of Obstetrics and
    Gynecology, Holy Cross Hospital, Silver Spring MD, January             1993
43. Visiting Professor, Department of Obstetrics and Gynecology, George Washington
    University, Washington DC, February                                    1993

44. Hazards of Drug in Pregnancy Labelling. Grand Rounds, Department of Obstetrics and Gynecology, Fairfax Hospital, Fairfax VA, February                1993
45. Teratology. Northern Virginia Obstetrical Society, Arlington VA, March        1993
46. Add-back Therapy. Grand Rounds, Department of Obstetrics and Gynecology, Washington Hospital Center, Washington DC, June                1993
47. Toxicokinetics in Clinical Practice. European Teratology Society, Lyon, France, September                1993
48. Pharmacokinetics of Pregnancy. Grand Rounds, Department of Obstetrics and Gynecology,  Georgetown University Medical Center Washington DC, December    1993
49. Add-back Estrogen with GnRH Agonist Therapy. Grand Rounds, Department of Obstetrics and Gynecology, George Washington University Medical Center, January   1994
50. Add-back Estrogen with GnRH Agonist Therapy. Walter Reed Army Medical Center, Washington DC,  March                1994
51. GnRH Agonist/Addback Therapy. Georgetown University, Department of Obstetrics and Gynecology postgraduate course, Washington DC, April          1994
52. Causation in Science and the Law, Seventh International Meeting of the Organization of Teratology Information Services, Woods Hole MA, April      1994
53. GnRH Agonist/Addback Therapy. Fairfax Hospital, Fairfax VA, April          1994
54. Drugs and Toxicants in Breast Milk. Shore Education Health Centers, Atlantic City Medical Center, Atlantic City NJ, May                1994
55. Pelvic Infection. Grand Rounds, St Agnes Hospital Baltimore MD, July        1994
56. Medical and Obstetric Aspects of Reproductive Toxicology. American Chemical Society Meeting, Washington DC, August                1994
57. GnRH Agonist/Addback Therapy. Grand Rounds, Department of Obstetrics and Gynecology, Malcolm Grow Hospital, Andrews Air Force Base MD, September   1994
58. Drugs and Toxicants in Breast Milk, Maryland Breastfeeding Promotion Project, Columbia MD, September                1994
59. Evaluating Reproductive Toxicants. FDA Science Forum on Regulatory Sciences, Washington DC, September                1994
60. Hazards of the FDA Drug In Pregnancy Classification. Northeastern Ohio Universities College of Medicine, Current Topics in Obstetrics and Gynecology, Rootstown OH, September                1994
61. Labeling Challenges. Focus on Women's Health, US Food and Drug Administration,  Crystal City VA, November                1994
62. Hormone Replacement Therapy. Internal Medicine Grand Rounds, Maryland General Hospital, Baltimore MD, November                1994
63. Visiting Professor, University of Maryland Medical Center, Baltimore MD, November                1994
64. Developmental Toxicology. Grand rounds, Washington Hospital Center, Washington DC, December                1994
65. GnRH Agonist/Addback Therapy. Grand Rounds, Department of Obstetrics and Gynecology, The Pennsylvania Hospital, Philadelphia PA, December       1994
66. Pharmaceutical Labeling for Pregnancy Effects. Grand Rounds, Genetics and Teratology Division, The Pennsylvania Hospital, Philadelphia PA, December   1994
67. GnRH Agonist/Addback Therapy. Grand Rounds, Department of Obstetrics and Gynecology, Jersey Shore Medical Center, Neptune NJ, January       1995

68. GnRH Agonist/Addback Therapy. Grand Rounds, Department of Obstetrics and Gynecology, Monmouth Medical Center, Long Branch NJ, January ... 1995

69. Hormone Replacement Therapy. Grand Rounds, St. Joseph Medical Center, Towson MD, January ... 1995

70. Nonsurgical Management of Leiomyomata Uteri. Grand Rounds, Columbia Hospital for Women Medical Center, Washington DC, February ... 1995

71. Endometriosis. Grand Rounds, Holy Cross Hospital, Silver Spring MD, February ... 1995

72. Drugs in Pregnancy. Grand Rounds, Montgomery General Hospital, Olney MD, February ... 1995

73. GnRH Agonist/Addback Therapy. Grand Rounds, Department of Obstetrics and Gynecology, St. Lukes Hospital, Bethlehem PA, February ... 1995

74. Controversies in Estrogen Replacement Therapy. Maryland Academy of Family Physicians, 47th Annual Meeting, Ocean City MD, May ... 1995

75. Contoversies in Vaginitis. Grand Rounds, Department of Internal Medicine, Dewitt Army Medical Center, Fort Belvoir MD, August ... 1995

76. Nonsurgical Management of Leiomyomata Uteri. Department of Obstetrics and Gynecology, Northern Westchester Medical Center, Mount Kisco NY, October ... 1995

77. Hormone Replacement Therapy. Maryland Nurse Practitioners Association, Towson MD, October ... 1995

78. Adverse outcomes of drugs in pregnancy. Laurel Regional Hospital, Laurel MD, December ... 1995

79. What is a human teratogen? Risk assessment in the 90s. Seminar, Department of Cell Biology, Georgetown University Medical Center, Washington DC, January ... 1996

80. Nonsurgical management of uterine leiomyomata. Grand Rounds, Department of Obstetrics and Gynecology, Holy Cross Hospital, Silver Spring MD, January ... 1996

81. Myths & Realities in Teratology. Maricopa Medical Center Annual Mid-Winter Symposium, Phoenix AZ, March ... 1996

82. Causation in Science & the Law. Maricopa Medical Center Annual Mid-Winter Symposium, Phoenix AZ, March ... 1996

83. Women in Clinical Trials, a Clinician's Perspective. Annual Meeting, Society of Toxicology, Anaheim CA, March ... 1996

84. Environmental Hazards. Teratology Information Services. Maryland Department of Health and Mental Hygiene and the March of Dimes, Towson MD, March ... 1996

85. Identiftying Teratogens: The Tyranny of Lists. Jefferson Medical College, Philadelphia PA, April ... 1996

86. Reproductive Toxicology. Grand Rounds, Department of Obstetrics and Gynecology, College of Physicians & Surgeons of Columbia University, New York NY, April ... 1996

87. Closing in on Birth Defects. Sigma Xi Scientific Research Society, Annual Dinner, Washington DC, April ... 1996

88. Nonsurgical Management Of Uterine Leiomyomata. DeWitt Army Medical Center Dewitt Army Medical Center, Fort Belvoir MD, May ... 1996

89. Drugs in Breastmilk. Advanced Lactation Education for WIC Professionals, Columbia MD, June ... 1996

90. Contemporary Management of Leiomyomata Uteri. GTE Symposium, Bethesda MD, June ... 1996

91. How Not to Publish A Scientific Paper.  Union Memorial Hospital, Baltimore MD,
    June                                                                                    1996
92. Fertility Control in Women Exposed to Teratogenic Drugs. Teratology Society,
    Keystone CO, June                                                                       1996
93. Medical Management of Women with Leiomyomata. Postgrduate course:
    Management of Women with Benign Gynecologic Conditions, Philadelphia PA,
    August                                                                                  1996
94. Risk Communication. European Teratology Society Education Course, Principles
    and Criteria of Risk Assessment in Developmental Toxicology, Rome, Italy,
    September                                                                               1996
95. The Use Of Experimental Data In The Design And Interpretation Of Human Studies.
    European Teratology Society, Rome, Italy, September                                     1996
96. Alternatives to Hysteroscopy and Hysterectomy.  Hands on Hysteroscopy Course.
    Robert Wood Johnson-New Jersey College of Medicine and Dentristy,  New
    Brunswick NJ, September                                                                 1996
97. Hormone replacement therapy. Laurel Regional Hospital, Laurel MD, October              1996
98.  Counseling Women On Hormone Replacement Therapy. Healthy Approaches to
    Menopause, sponsored by the Jacobs Institute of Women's Health, Washington DC,
    January                                                                                 1997
99. Risk Assessment in Reproductive Toxicology. Seminars in Reproductive Biology
    Series, The University of Texas Health Sciences Center, Houston TX, May                 1997
100. Medical Management of Leiomyomata Uteri. Making Medical Decisions in the
    90s, Medical Education Collaborative, Pittsburgh PA, June                               1997
101.  Management of Leiomyomata Uteri.  Management of Gynecologic Disorders for
    the Next Millenium: Improving outcomes; Medical Educational Collaborative, New
    York NY, September                                                                      1997
102.  Chronic Pelvic Pain. Management of Gynecologic Disorders for the Next
    Millenium: Improving outcomes; Medical Educational Collaborative, New York
    NY, September                                                                           1997
103.  Alternatives to Hysterectomy. Third Annual Conference of the World Foundation
    for Medical Studies in Female Health, Key Biscayne FL, October                          1997
104.  Add-back hormone replacement therapy: Is it safe and does it work?
    Endometriosis: Deep Disease and Side Effect Management, Greenbelt MD,
    November                                                                                1997
105.  Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology,
    Georgetown University, Washington DC, March                                             1998
106.  Evaluation of Chronic Pelvic Pain.  Management of Gynecologic Disorders for the
    Next Millenium: Improving outcomes. Medical Educational Collaborative, Houston
    TX, March                                                                               1998
107.  Long-term Use Of Gnrh: Add-Back Therapy.  Management of Gynecologic
    Disorders for the Next Millenium: Improving outcomes; Medical Educational
    Collaborative, Houston TX, March                                                        1998
108.  Medical Treatment of Uterine Fibroids.  Management of Gynecologic Disorders
    for the Next Millenium: Improving outcomes; Medical Educational Collaborative,
    Houston TX, March                                                                       1998

109. The Mystery Pain Patient. Management of Gynecologic Disorders for the Next Millenium: Improving outcomes; Medical Educational Collaborative, Houston TX, March — 1998

110. Chronic Pelvic Pain. Challenges in Gynecologic Care; Medical Education Collaborative, Dearborn MI, April — 1998

111. Long-term Use of GnRH Agonist: Add-Back Therapy. Challenges in Gynecologic Care; Medical Education Collaborative, Dearborn MI, April — 1998

112. The Mystery Pain Patient. Challenges in Gynecologic Care; Medical Education Collaborative, Dearborn MI, April — 1998

113. Medical Management of Uterine Fibroids. Challenges in Gynecologic Care; Medical Education Collaborative, Dearborn MI, April — 1998

114. Chronic Pelvic Pain. Controversies in Gynecology: An Update; Medical Education Collaborative, Kansas City MO, June — 1998

115. The Mystery Pain Patient, Controversies in Gynecology: An Update; Medical Education Collaborative, Kansas City MO, June — 1998

116. Medical Management of Uterine Fibroids. Controversies in Gynecology: An Update; Medical Education Collaborative, Kansas City MO, June — 1998

117. New Initiatives in Labelling of Drugs for Use in Pregnancy. Drug Information Association, 34th Annual Meeting, Boston MA, June — 1998

118. Evaluation of Chronic Pelvic Pain, Gynecologic Surgery: Doing It Well and Avoiding It Well, Medical Education Collaborative, Washington DC, August — 1998

119. The Mystery Pain Patient, Gynecologic Surgery: Doing It Well and Avoiding It Well, Medical Education Collaborative, Washington DC, August — 1998

120. Miscarriage and Disinfection By-products. World Chlorine Council: Science Research Forum, Washington DC, September — 1998

121. Management of menopause. Grand rounds, Reston Hospital Department of Obstetrics and Gynecology, Reston VA, October — 1998

122. Pregnancy labeling of medications. First International Conference on Nausea and Vomiting of Pregnancy, Toronto, Ontario, Canada, November — 1998

123. Treatment Options for Postmenopausal Women. Civista Hospital, La Plata MD, November — 1998

124. Drugs in Pregnancy. Johns Hopkins University Department of Obstetrics and Gynecology, Baltimore MD, November — 1998

125. Add-Back Hormone Replacement And GnRH Agonist Therapy. Grand Rounds, Department of Obstetrics and Gynecology, University of Virgina, Charlottesville VA, December — 1998

126. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Holy Cross

127. Hospital, Silver Spring MD, February — 1999

128. Medications in Pregnancy: Making Therapeutic Choices. Contemporary Forums, Washington — 1999

129. Non-Bone Health-Related Benefits Of SERMs. Fourth Biennial Symposium on Women's Health After Menopause. International Osteoporosis Foundation, Washington DC, April — 1999

130.  Deep Disease and Postoperative Treatment of Endometriosis. Grand Rounds, Department of Obstetrics and Gynecology, Waterbury Hospital, Waterbury CT, April                                                                                                          1999

131.  Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, St Luke Roosevelt Hospital Center, New York NY, May                                        1999

132.  Clinical Diagnosis in the Evaluation of Chronic Pelvic Pain, Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Chicago IL, June                                                                        1999

133.  Alternatives to Hysterectomy for Uterine Fibroids, Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Chicago IL, June                                                                                  1999

134.  SERMs: Are They the Answer for Menopause?  Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Chicago IL, June                                                                                          1999

135.  Clinical Diagnosis in the Evaluation of Chronic Pelvic Pain. Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Charleston SC, June                                                                     1999

136.  Extending the Safety and Efficacy of GnRH Agonists in Gynecology: Steroidal and Nonsteroidal Add-Back Therapy. Making a Difference: New  Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Charleston SC, June                                                                                                   1999

137.  Testing a Test: How Do We Know If a Screen Is Reliable?  New Methods in Screening for Prenatal Risks, American College of Obstetricians and Gynecologists, Toronto Ontario, August                                                                            1999

138.  Principles of Teratology.  New Methods in Screening for Prenatal Risks, American College of Obstetricians and Gynecologists, Toronto Ontario, August                 1999

139.  Evaluating Pregnancy Exposures for Risk.  New Methods in Screening for Prenatal Risks, American College of Obstetricians and Gynecologists, Toronto Ontario, August                                                                                         1999

140.  Doing Tests, Not Doing tests: Where is the Liability?  New Methods in Screening for Prenatal Risks, American College of Obstetricians and Gynecologists, Toronto Ontario, August                                                                             1999

141.  Chronic Pelvic Pain.  Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Minneapolis MN, August    1999

142.  The Use of Add-Back Therapy in Treating Common Gynecologic Disorders. Making a Difference: New Strategies for Difficult Gynecologic Disorders, Medical Education Collaborative, Minneapolis MN, August                                             1999

143.  Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, University Hospitals of Cleveland (Case Western Reserve University), Cleveland OH, September                                                                                     1999

144.  Osteoporosis: Is Estrogen Enough? The Estrogen Question, Department of Obstetrics and Gynecology,  Georgetown University Medical Center, Washington DC, October                                                                                            1999

145.  Hormone Therapies: Are There Alternatives That Work? The Estrogen Question, Department of  Obstetrics and Gynecology, Georgetown University Medical Center, Washington DC, October                                                                     1999

146. Drugs and Environmental Factors. Improving Birth Outcomes in Developing
Countries Workshop, Institute of Medicine, Washinton DC, October                1999
147. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology,
Ohio State University, Columbus OH, October                                     1999
148. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology,
Johns HopkinsUniversity, Baltimore MD, October                                  1999
149. Management of the Chronic Pelvic Pain Patient. Medical College of Ohio, Toledo
OH, November                                                                    1999
150. Medical and Surgical Alternatives for Uterine Fibroids. Grand Rounds,
Department of Obstetrics and Gynecology, Olive View-UCLA Medical Center,
Sylmar CA, December                                                             1999
151. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, St
Joseph's Hospital and Medical Center, Phoenix AZ, January                        2000
152. Add-back Hormone Replacement Therapy. Grand Rounds, Department of
Obstetrics and Gynecology, Downstate Medical Center, Brooklyn NY, January        2000
153. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic
Disorders, Philadelphia PA, February                                            2000
154. Causation in Science and the Law.  Changing Perspectives; a New Outlook on
Gynecologic Disorders, Philadelphia PA, February                                2000
155. Chronic Pelvic Pain. Brooklyn Hospital Medical Center, Department of Obstetrics
and Gynecology, Brooklyn NY, February                                           2000
156. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic
Disorders, New York NY, February                                                2000
157. Causation in Science and the Law.  Changing Perspectives; a New Outlook on
Gynecologic Disorders, New York NY, February                                    2000
158. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic
Disorders, Dearborn MI, March                                                   2000
159. Causation in Science and the Law.  Changing Perspectives; a New Outlook on
Gynecologic Disorders, Dearborn MI, March                                       2000
160. What's New in Fibroids? Changing Perspectives; a New Outlook on Gynecologic
Disorders, Dearborn MI, March                                                   2000
161. Chronic Pelvic Pain.  Grand Rounds, Department of Obstetrics and Gynecology,
Creighton University School of Medicine, Omaha NE, March                         2000
162. Chronic Pelvic Pain.  Grand Rounds, Department of Obstetrics and Gynecology,
University of Nebraska Medical Center, Omaha NE, March                           2000
163. Menopause Management.  Washington Business Group for Health, Washington
DC, March                                                                       2000
164. Chronic Pelvic Pain.  Grand Rounds, Department of Obstetrics and Gynecology,
New Britain Hospital, New Britain CT, March                                      2000
165. Chronic Pelvic Pain.  Grand Rounds, Department of Obstetrics and Gynecology,
The Hartford Hospital, Hartford CT, March                                        2000
166. Chronic Pelvic Pain.  Grand Rounds, Department of Obstetrics and Gynecology,
University of Medicine and Dentistry of New Jersey, Newark NJ, March             2000
167. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology,
York Hospital, York PA, April                                                   2000

168. Chronic Pelvic Pain, Grand Rounds, Department of Obstetrics and Gynecology, Durham Regional Hospital, Durham NC, April ........................................................... 2000

169. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Orlando FL, April ........................................................... 2000

170. Causation in Science and the Law.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Orlando FL, April ........................................................... 2000

171. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Syracuse NY, April ........................................................... 2000

172. Causation in Science and the Law.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Syracuse NY, April ........................................................... 2000

173. Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Charlotte NC, May ........................................................... 2000

174. Addback Hormone Replacement Therapy.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Charlotte NC, May ........................................................... 2000

175. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Baylor University Medical Center, Dallas TX, May ........................................................... 2000

176. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, University of Texas Southwestern Medical School, Dallas TX, May ........................................................... 2000

177. Alternatives to Hysterectomy for Uterine Fibroids. Grand Rounds, Department of Obstetrics and Gynecology, The Reading Hospital and Medical Center, Reading PA, June ........................................................... 2000

178. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, St. Louis University, St Louis MO, September ........................................................... 2000

179. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Vanerbilt University, Nashville TN, September ........................................................... 2000

180. The Mystery Pain Patient: Evaluation of the Patient With Chronic Pelvic Pain. Medical Association of Puerto Rico, San Juan PR, October ........................................................... 2000

181. Pregnancy Labeling Challenges.  Grand Rounds, Department of Obstetrics and Gynecology, Georgetown University Hospital, Washington DC, October ........................................................... 2000

182. Enrollment of Women of Childbearing Potential in Clinical Trials, Clinical Perspective. Middle Atlantic Regional Teratology Association, Kenilworth NJ, October ........................................................... 2000

183. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Hershey Medical Center, Hershey PA, November ........................................................... 2000

184. Nonhysterectomy Alternatives for Fibroids. Grand Rounds, Department of Obstetrics and Gynecology, Washington Hospital Center, Washington DC, November ........................................................... 2000

185. Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, Atlanta GA, February ........................................................... 2001

186. Avoiding Hysterectomy: Conservative Management of Fibroids.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Atlanta GA, February ........................................................... 2001

187. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Robert Wood Johnson Medical School, New Brunswick NJ, February ........................................................... 2001

188. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Metrowest Medical Center, Framingham MA, February ........................................................... 2001

189.  Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, Jackson Hole WY, March          2001

190.  Managing Uterine Fibroids: A New Perspective. Changing Perspectives; a New Outlook on Gynecologic Disorders, Jackson Hole WY, March          2001

191.  Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, Boston MA, March          2001

192.  Enhancing Compliance with Therapy. Changing Perspectives; a New Outlook on Gynecologic Disorders,          2001

193.  Chronic pelvic pain. Grand rounds, Department of Obstetrics and Gynecology, Olive View-UCLA Medical Center, Sylmar  CA, March          2001

194.  Chronic pelvic pain. Grand rounds, Department of Obstetrics and Gynecology, University of California, Los Angeles CA, March          2001

195.  Chronic pelvic pain. Grand rounds, Department of Obstetrics and Gynecology, Los Angeles County Harbor-UCLA Medical Center, Torrance CA, March          2001

196.  I Don't Want A Hysterectomy: Alternatives for the Gynecologist. Changing Perspectives; a New Outlook on Gynecologic Disorders, St. Petersburg FL, April          2001

197.  Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, St. Petersburg FL, April          2001

198.  Managing the Mystery Pain Patient.  Alabama  Section, American College of Ob/Gyn, Spring meeting, Destin FL, May          2001

199.  Leiomyomata uteri.  Alabama  Section, American College of Ob/Gyn, Spring meeting, Destin FL, May          2001

200.  Salmonella sepsis and second-trimester pregnancy loss. Teratology Society Annual Meeting, Montreal, Quebec, June          2001

201.  Monitoring the effectiveness of pregnancy prevention programs. Teratology Society Annual Meeting, Montreal, Quebec, June          2001

202.  Chronic pelvic pain. Recent Advances in Obstetrics and Gynecology, the University of Cincinnati College of Medicine, Department of Obstetrics and Gynecology, Cincinnati OH, August          2001

203.  Causation in science and the law.  Recent Advances in Obstetrics and Gynecology, the University of Cincinnati College of Medicine, Department of Obstetrics and Gynecology, Cincinnati OH, August          2001

204.  Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, Dearborn MI, August          2001

205.  If a little is good, is more better? Extending the benefit and improving compliance with medical treatment for women with pelvic pain and endometriosis. Changing Perspectives; a New Outlook on Gynecologic Disorders, Dearborn MI, August          2001

206.  Managing uterine fibroids: a new perspective. Changing Perspectives; a New Outlook on Gynecologic Disorders, Dearborn MI, August          2001

207.  Evaluation and Management of the Woman with Chronic Pelvic Pain: Reducing Her Frustration…and Yours. Changing Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, September          2001

208.  If a little is good, is more better? Extending the benefit and improving compliance with medical treatment for women with pelvic pain and endometriosis. Changing Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, September       2001

209.  Conservative management of fibroids. Changing Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, September       2001

210.  Pregnancy labeling challenges.  Grand Rounds, Department of Obstetrics and Gynecology, Wilford Hall Medical Center, San Antonio TX, September       2001

211.  Pregnancy labeling challenges.   Changing Perspectives; a New Outlook on Gynecologic Disorders, San Francisco CA, October       2001

212.  Evaluation and Management of the Women with Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic Disorders, San Francisco CA, October       2001

213.  Conservative management of fibroids.  Changing Perspectives; a New Outlook on Gynecologic Disorders, San Francisco CA, October       2001

214.  Chroic pelvic pain. Visiting faculty lecture series, Monmouth Medical Center, Long Branch NJ, October       2001

215.  Chronic pelvic pain. 41st Annual Symposium, Shufelt Gynecologic Society of Santa Clara Valley, San Jose CA, October       2001

216.  She doesn't want a hysterectomy: alternative management of symptomatic fibroids. 41st Annual Symposium, Shufelt Gynecologic Society of Santa Clara Valley, San Jose CA, October       2001

217.  Evaluation and Management of the Women with Chronic Pelvic Pain.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Farmington PA,November       2001

218.  Conservative management of fibroids.  Changing Perspectives; a New Outlook on Gynecologic Disorders, Farmington PA, November       2001

219.  Chronic pelvic pain.  Division of Reproductive Endocrinology and Infertility, Brigham and Women's Hospital, Harvard Medical School, Boston MA, November       2001

220.  Chronic pelvic pain. Grand Rounds, Department of Obstetrics and Gynecology, The Mayo Medical Center, Rochester MN, December       2001

221.  Chronic pelvic pain. GI Update and Clinical Reasoning. The University of Kansas Medical Center, Kansas City KS, February       2002

222.  She doesn't want a hysterectomy. Grand Rounds, Department of Obstetrics and Gynecology, University of Iowa Hospitals and Clinics, Iowa City IA, February       2002

223.  Chronic pelvic pain. Grand Rounds, Department of Obstetrics and Gynecology, University of Wisconsin Medical School, Sinai Samaritan Medical Center, Milaukee WI, February       2002

224.  The menopause myth.  Grand Rounds, Department of Obstetrics and Gynecology, Georgetown University Hospital, March       2002

225.  Solving the mystery of chronic pelvic pain. Changing Perspectives; a New Outlook on Gynecologic Disorders, Philadelphia PA, March       2002

226.  The menopause myth. Changing Perspectives; a New Outlook on Gynecologic Disorders, Philadelphia PA, March       2002

227.  Pregnancy Labeling Challenges.  Grand rounds, North Shore Hospital, Manhasset NY, March       2002

228.  Solving the mystery of chronic pelvic pain. Changing Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, April       2002

229.  The menopause myth. Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Chicago IL, April                                              2002
230.  Medical therapy for endometriosis: setting and achieving goals. Changing
      Perspectives; a New Outlook on Gynecologic Disorders, Chicago IL, April   2002
231.  Compliance.  Grand rounds, St. Peter's University Hospital, New Brunswick NJ,
      April                                                                     2002
232.  Solving the mystery of chronic pelvic pain. Changing Perspectives; a New
      Outlook on Gynecologic Disorders, New York NY, April                      2002
233.  The menopause myth. Changing Perspectives; a New Outlook on Gynecologic
      Disorders, New York NY, April                                             2002
234.  Uterine Fibroids: An Overview. Uterine Artery Embolization for Leiomyomata: A
      series of tutorials for practicing interventionalists. Georgetown University,
      Washington DC, May                                                        2002
235.  Solving the mystery of chronic pelvic pain. Changing Perspectives; a New
      Outlook on Gynecologic Disorders, Houston TX, May                         2002
236.  Pregnancy labeling. Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Houston TX, May                                                2002
237.  Solving the mystery of chronic pelvic pain. Changing Perspectives; a New
      Outlook on Gynecologic Disorders, Dearborn MI, June                       2002
238.  The menopause myth.  Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Dearborn MI, June                                              2002
239.  Fibromyalgia.  Changing Perspectives; a New Outlook on Gynecologic Disorders,
      Pentagon City VA, June                                                    2002
240.  Solving the mystery of chronic pelvic pain.  Changing Perspectives; a New
      Outlook on Gynecologic Disorders, Pentagon City VA, June                  2002
241.  The menopause myth.  Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Pentagon City VA, June                                         2002
242.  Chronic pelvic pain: New approaches to an old problem.  The 65th Annual
      Meeting of the North Dakota Society of Obstetrics and Gynecology, Bismarck ND,
      August                                                                    2002
243.  Solving the mystery of chronic pelvic pain.  Changing Perspectives; a New
      Outlook on Gynecologic Disorders, Atlanta GA, September                   2002
244.  Medical therapy for endometriosis: setting and achieving goals. Changing
      Perspectives; a New Outlook on Gynecologic Disorders, Atlanta GA, September  2002
245.  The menopause myth.  Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Atlanta GA, September                                          2002
246.  Solving the mystery of chronic pelvic pain.  Changing Perspectives; a New
      Outlook on Gynecologic Disorders, Boston MA, October                      2002
247.  The menopause myth.  Changing Perspectives; a New Outlook on Gynecologic
      Disorders, Boston MA, October                                             2002
248.  Chronic pelvic pain. Grand Rounds, Department of Obstetrics and Gynecology,
      North Shore University Hospital, Manhasset NY, October                    2002
249.  Chronic pelvic pain. Department of Obstetrics and Gynecology, Carolinas Medical
      Center, Charlotte NC, November                                           2002
250.  Chronic pelvic pain. Department of Obstetrics and Gynecology, Gwinnett Medical
      Center, Lawrenceville GA, December                                        2002

251. Chronic pelvic pain.  Grand Rounds, Department of Obstetrics and Gynecology, St John's Mercy Medical Center, St Louis MO, January — 2003

252. Chronic pelvic pain. Grand Rounds, Department of Obstetrics and Gynecology, Ohio State University, Columbus OH, February — 2003

253. Fibroids—What are the choices?  Grand rounds, Department of Obstetrics and Gynecology, Loyola University Medical Center, Maywood IL, March — 2003

254. Drugs in Pregnancy. Grand Rounds, Department of Obstetrics and Gynecology, North Shore University Hospital, Manhasset NY, March — 2003

255. Medical therapy for endometriosis: setting and achieving goals. Changing Perspectives; a New Outlook on Gynecologic Disorders, Miami FL, April — 2003

256. Chronic Pelvic Pain. Advances in Management of Chronic Pelvic Pain, San Juan PR, April — 2003

257. Enhancing compliance with medication therapy. Advances in Management of Chronic Pelvic Pain, San Juan PR, April — 2003

258. Chronic pelvic pain. Changing Perspectives; a New Outlook on Gynecologic Disorders, Nashville TN, June — 2003

259. Medical therapy for endometriosis: setting and achieving goals. Changing Perspectives; a New Outlook on Gynecologic Disorders, Nashville TN, June — 2003

260. A clinical introduction to ART. Teratology Society 43rd Annual Meeting, Philadelphia PA, June — 2003

261. Chronic Pelvic Pain.  Grand rounds, Department of Obstetrics and Gynecology, Wright State University at Miami Valley Hospital, August — 2003

262. Chronic pelvic pain. Grand rounds, Department of Obstetrics and Gynecology, Sparrow Health System, Lansing MI, September — 2003

263. Chronic pelvic pain.  Grand rounds, Department of Obstetircs, Gynecology, and Reproductive Medicine, Stony Brook Unveristy Health Sciences Center, Stony Brook NY, January — 2004

264. Hormone replacement therapy in menopause: The clinical context.  Presented at the Society for Toxicology 43rd Annual Meeting, Baltimore MD, March — 2004

265. Critical factors in evaluating data on the effects of drug exposure in pregnancy and data use in signal detection, presented in the course, Pregnancy Exposure Registries: Evaluating the Teratogenic Potential of Pharmaceutical Products Used at Clinical Doses, Drug Information Association, Washington DC, May — 2004

266. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, York Hospital, York PA, September — 2004

267. Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Community University Hosptial, Tampa FL, September — 2004

268. Chronic Pelvic Pain. The Pittsburgh Ob-Gyn Society, Pittsburgh PA, October — 2004

269. Leiomyomata uteri—What Are The Choices? Grand rounds, Department of Obstetrics and Gynecology, Magee-Women's Hospital of the University of Pittsburgh, Pittsburgh PA, October — 2004

270. The Pregnancy Label is Not Your Friend. Grand Rounds, Department of Obstetrics and Gynecology, Robert Wood Johnson-New Jersey College of Medicine and Dentristy,  New Brunswick NJ, October — 2004

271. Grammar, Syntax, and Sentence Construction. National Capital Area Chapter Society of Toxicology Career Enhancement Day, Bethesda MD, November — 2004

272.  Chronic Pelvic Pain. Grand Rounds, Department of Obstetrics and Gynecology, Brookdale University Hospital and Medical Center, Brooklyn NY, November — 2004

273.  Principles and resources for assessing fetal risk from exposures in medically complicated pregnancies. 25th Annual Meeting of the Society of Maternal-Fetal Medicine, Reno, February — 2005

274.  Diagnostic x-ray exposure and fetal outcome. 25th Annual Meeting of the Society of Maternal-Fetal Medicine, Reno, February — 2005

275.  The beasts and the children. The Thomas H. Shepard lecture, Oraganization of Teratology Information Services 18th International Conference, St. Pete Beach, June — 2005

276.  Clinicians. The Josef Warkany lecture, Teratology Society 45th Annual Meeting, St. Pete Beach, June — 2005

277.  Fibroids: evolving therapies. North Dakota Society of Obstetrics and Gynecology, Bismarck ND, August — 2005

278.  Enigma of endometriosis. North Dakota Society of Obstetrics and Gynecology, Bismarck ND, August — 2005

279.  The myth of menopause. Northside Hospital Twelvth Annual Perspectives on Women's Health: Issues and Controversies, Atlanta GA, October — 2005

280.  Principles and resources for assessing fetal risk from exposures in medically complicated pregnancies. Grand Rounds, Department of Obstetrics and Gynecology, St. Vincent's Hospital, Staten Island NY, November — 2005

281.  The enigma of endometriosis. Nebraska Obstetric and Gynecology Society annual meeting, Las Vegas NV, December — 2005

282.  Non-hysterectomy treatment of symptomatic fibroids. Grand rounds, Department of Obstetrics and Gynecology, Cedars Sinai Hospital, Los Angeles CA, March — 2006

283.  Critical factors in evaluating data on the effects of drug exposure in pregnancy, presented in the course, Pregnancy Exposure Registries: Evaluating the Teratogenic Potential of Pharmaceutical Products Used at Clinical Doses, Drug Information Association, Washington DC, May — 2006

284.  Preclinical evaluation of reproductive and developmental toxicity, presented in the course, Human Teratology, Department of Pediatrics, University of California, San Diego CA, October — 2006

285.  Bringing information to the clinician and the public, presented in the course, Human Teratology, Department of Pediatrics, University of California, San Diego CA, October — 2006

286.  The use of experimental animal studies in reproductive toxicology. Seminar, Department of Physiology and Biomechanics, Georgetown University, March — 2007

287.  Risk communication: a clinical perspective. Northern California Society of Toxicology Spring Symposium, San Francisco CA, June — 2007

288.  What's the best way to fund medical education? Panelist, 5th Annual MedEd Forum, Philadelphia PA, November — 2007

289.  Information Resources in Teratology, Masachusetts General Hospital, Boston, April — 2008

290.  Use of Experimental Animal Studies in Birth Defect Research, Slone Epidemiology Unit, Boston University, Boston MA, April — 2008

291.  Prescribing in Pregnancy, Annual Founders' Lecture, Kane-King-Dodek Obstetrical Honor Society, Washington DC, May — 2008

292.  The challenge of reproductive and developmental toxicology under REACH, Academy of Certified Hazardous Materials Managers National Conference, Minneapolis MN, September                                                          2008
293.  Drugs and Chemicals in Milk, Grand Rounds, Holy Cross Hospital, Silver Spring MD, October                                                                              2008
294.  Principles of Teratology, Grand Rounds, George Washington University Department of Obstetrics and Gynecology, Washington DC, October                    2008
295.  Teratogen Information Highway, Lyn M. Dick Lecture on Clinical Teratology, University of California at San Diego, November                                     2008
296.  Bringing Information to the Clinician and Patient, Grand Rounds, Department of Obstetrics and Gynecology, Georgetown University, Washington DC, February   2009
297.  Myths of Teratology, New Jersey Maternal Fetal Medicine Society, Jamesburg NY, February                                                                         2009
298.  Myths of Teratology, Grand Rounds, Department of Obstetrics and Gynecology, UMDNJ-Robert Wood Johnson Medical School, New Brunswick NJ, February       2009
299.  Female Reproductive System: Anatomy, Physiology, and Endocrine Regulation; Society of Toxicology Continuing Education Course, Baltimore MD, March         2009
300.  Postnatal Consequences of Maternal Toxicity; Society of Toxicology Workshop, Baltimore MD, March                                                               2009
301.  REACH Legislation: Hazard Versus Risk; 15th Annual Green Chemistry and Engineering Conference, American Chemical Society, Washington DC, June            2011
302.  REACH: Still many unanswered questions. Current Trends in Developmental and Reproductive ToxicologyMPI Research Symposium, Kalamazoo MI, August          2011
303.  What's New in Teratology? Grand rounds, Department of Obstetrics and Gynecology, Sibley Memorial Hospital, Washington DC, October                         2011
304.  Chemical and Nonchemical Occupational Risks to Reproductive Health, Society of Toxicology Annual Meeting, San Francisco CA, March                          2012

EDITORIAL ACTIVITIES

Associate Editor, Reproductive Toxicology: a Medical Letter on Environmental Hazards to Reproduction, Published by Reproductive Toxicology Center, Washington, DC      1983-1987
Editor-in-Chief, Reproductive Toxicology, Published by Elsevier Science, New York NY; now Founding Editor                                                              1987-2003
Editorial Board, Issues and Reviews in Teratology, Plenum Press, New York NY       1986-1994
Advisory Board, National Women's Health Report, National Women's Health Resource Center, Washington DC                                                                 1990-1996
Editorial Advisory Board, Alternative Therapies in Women's Health, American Health Consultants, Atlanta GA                                                             1999-2002

Reviewer for

*Acta Biochimica et Biophysica Sinica*
*Acta Paediatrica*
*American Family Physician*
*American Journal of Hypertension*

*American Journal of Obstetrics and Gynecology (top 100 reviewers 2005-2006)*
*Bioelectromagnetics*
*Birth Defects Research*
*British Journal of Clinical Pharmacology*
*Clinical Microbiology and Infection*
*Critical Reviews in Toxicology*
*Diabetologia*
*Ecotoxicoloy and Environmental Safety*
*Environmental Health Perspectives*
*Environmental Research*
*Environmental Toxicology and Phrmacology*
*Food and Chemical Toxicology*
*Fundamental and Applied Toxicology*
*International Journal of Gynecology and Obstetrics*
*JAMA, Journal of the American Medical Association*
*JAMWA, Journal of the American Medical Women's Association*
*Journal of Allergy and Clinical Immunology*
*Journal of Law, Medicine & Ethics*
*Journal of Respiratory Diseases*
*Journal of the American Pharmaceutical Association*
*Journal of the Society for Gynecological Investigation*
*Journal of Toxicology and Environmental Health*
*Journal of Women's Health*
*Life Sciences*
*Microscopy Research and Technique*
*NeuroToxicology*
*Neurotoxicology and Teratology*
*Obstetrics and Gynecology (top 10% 2004-2011)*
*Paediatric and Perinatal Epidemiology*
*Regulatory Toxicology and Pharmacology*
*Reproductive Sciences*
*Reproductive Toxicology (top reviewer 2009, 2010)*
*Risk Analysis*
*Teratology (now Birth Defects Research)*
*The Medical Letter on Drugs and Therapeutics*
*The New England Journal of Medicine*
*Toxicological Sciences*
*Women's Health in Primary Care*

LIST OF PUBLICATIONS

SCIENTIFIC PAPERS IN PEER-REVIEWED PUBLICATIONS

1.  Scialli AR, Neugebauer DL, Fabro S. The microbiology of the endocervix in patients undergoing chorionic villi sampling.  In: Fraccaro M, Simoni G, Brambati B (eds) First Trimester Fetal Diagnosis  Berlin: Springer-Verlag, 1985:69-73.
2.  Scialli AR. A computerized consultation service in reproductive toxicology: Summary of the first five years. Obstet Gynecol 1988; 72:195-199.
3.  Scialli AR, Goeringer GC. Perfluorocarbon-based medium for culture of the early chick embryo heart. In Vitro Cell Devel Biol 1990; 26:507-510.
4.  Scialli AR, Rarick TL. Salmonella sepsis and midtrimester pregnancy loss. Obstet Gynecol 1992; 79:820-821.
5.  Scialli AR, Jestila KJ, Simon JA. Leuprolide acetate and bone mineral density measured by quantitative digitized radiography. Fertil Steril 1993; 59:674-676.
6.  Scialli AR, Flynn TJ, Gibson RR. Rat embryo culture to detect nutritional deficiency in women with poor reproductive histories. Reprod Toxicol 1993;7:581-587.
7.  Scialli AR, DeSesso JM, Goeringer GC. Taxol and embryonic development in the chick. Teratogenesis Carcinog Mutagen 1994;14:23-30.
8.  DeSesso JM, Scialli AR, Goeringer GC. D-Mannitol, a specific hydroxyl free radical scavenger, reduces the developmental toxicity of hydroxyurea in rabbits. Teratology 1994;49:248-59.
9.  Scialli AR. Data availability in reproductive and developmental toxicology. Obstet Gynecol 1994;83:652-6.
10.  Moore JA, Daston GP, Faustman E, Golub MS, Hart WL, Hughes C Jr, Kimmel CA, Lamb JC IV, Schwetz BA, Scialli AR. An evaluative process for assessing human reproductive and developmental toxicity of agents. Reprod Toxicol 1995;9:61-95.
11.  Stovall TG, Muneyyirci-Delale O, Summitt RL Jr, Scialli AR, for the Leuprolide Acetate Study Group. GnRH agonist and iron versus placebo and iron in the anemic patient before surgery for leiomyomas: a randomized controlled trial. Obstet Gynecol 1995;86:65-71.
12.  Scialli AR, Jestila KJ. Sustained benefits of leuprolide acetate with or without subsequent medroxyprogesterone acetate in the nonsurgical management of leiomyomata uteri. Fertil Steril 1995;64:313-320.
13.  Scialli AR, DeSesso JM, Rahman A, Husain SR, Goeringer GC. Embryotoxicity of free and liposome-encapsulated taxol in the chick.  Pharmacology 1995;51:145-151.
14.  Scialli AR, Waterhouse TB, DeSesso JM, Rahman A, Goeringer GC. The protective effect of liposome encapsulation on paclitaxel developmental toxicity in the rat. Teratology 1997;56:305-10.
15.  Chahoud I, Buschmann J, Clark R, Druga A, Falke H, Faqi A, Hansen E, Heinrich-Hirsch B, Hellwig J, Link W, Parkinson M, Paumgartten FJR,  Pfeil R, Platzek T, Scialli AR, Seed J, Stahlmann R, Ulbrich B, Wu X, Yasuda M, Younes M, Solecki R.  Classification terms in developmental toxicology: Need for harmonisation. Report of the Second Workshop on the Terminology in Developmental Toxicology, Berlin, 27-28 August 1998.  Reprod Toxicol 1999;13:77-82..

16. Abbara S, Spies JB, Scialli AR, Jha RC, Lage JM, Nikolic B. Transcervical expulsion of a fibroid as a result of uterine artery embolization for leiomyomata. J Vasc Interv Radiol 1999;10:409-11.

17. Spies JB, Scialli AR, Jha RC, Imaoka I, Ascher SM, Fraga VM, Barth KH. Initial results from uterine fibroid embolization for symptomatic leiomyomata. JVIR 1999;10:1149057.

18. Barnard ND, Scialli AR, Hurlock D, Bertron P. Diet and sex-hormone binding globulin, dysmenorrhea, and premenstrual symptoms. Obstet Gynecol 2000;95:245-50.

19. Barnard ND, Scialli AR, Bertron P, Hurlock D, Edmonds k, Talev l.  Effectiveness of a low-fat vegetarian diet in altering serum lipids in healthy premenopausal women.  Am J Cardiol 2000;85:969-972.

20. Scialli AR, Levi AJ. Intermittent leuprolide acetate in the nonsurgical management of women with leiomyomata uteri. Fertil Steril 2000;74:540-6.

21. Ghia N, Spong CY, Starbuck VN, Scialli AR, Ghidini A. Magnesium sulfate therapy affects attention and working memory in patients undergoing preterm labor. Am J Obstet Gynecol 2000;183:940-4

22. Barnard N, Scialli AR, Bertron P, Hurlock D, Edmonds K. Acceptability of a therapeutic low-fat vegan diet in premenopausal women.  J Nutr Educ 2000;32:314-9.

23. DeSesso JM, Jacobson CF, Scialli AR, Goeringer GC. Hydroxylamine moiety of developmental toxicants is associated with early cell death: a structure-activity analysis. Teratology 2000;62:346-355.

24.  Rainford M, Adair R, Scialli AR, Ghidini A, Spong CY. Amniotic fluid index in the uncomplicated term pregnancy. Prediction of outcome. J Reprod Med 2001;46:589-92.

25.  Barnard ND, Scialli AR, Bobela S. The Current Use of Estrogens for Growth-Suppressant Therapy in Adolescent Girls. J Pediatr Adolesc Gynecol 2002; 15:23-6.

26. Gambone JC, Mittman BS, Munro MG, Scialli AR, Winkel CA, and the Chronic Pelvic Pain/Endometriosis Working Group. Consensus statement for the management of chronic pelvic pain and endometriosis: proceedings of an expert-panel consensus process. Fertil Steril 2002;78:761-72.

27. Barnard ND, Scialli, Turner-McGrievy GM, Lanou AJ. Acceptability of a very-low-fat, vegan diet compares favorably to a more moderate low-fat diet in a randomized, controlled trial. J Cardiopulm Rehab 2004;24:229-35.

28. Turner-McGrievy GM, Barnard ND, Scialli AR, Lanou AJ. Effects of a low-fat, vegan diet and a Step II diet on macro- and micronutrient intakes in overweight, postmenopausal women. International Journal of Applied and Basic Nutrition Science 2004;20:738-746.

29. Jahnke GD, Iannucci AR, Scialli AR, Shelby MD. Center for the Evaluation of Risks to Human Reproduction—The first five years. Birth Defects Research (Part B) 2005;74:1-8.

30. Barnard N, Scialli AR, Turner-McGrievy G, Lanou AJ, Glass J. The effect of a low-fat, plant-based dietary intervention on body weight, metabolism, and insulin sensitivity. Am J Med 2005;118:991-997.

31. Turner-McGrievy GM, Barnard ND, Scialli AR. A 2-year randomized weight loss trial comparing a vegan diet to a more moderate low-fat diet. Obesity 2007;15:2276-2281.

32. Scialli AR, Iannucci A, Turim J. Combining perfluoroalkane acid exposure levels for risk assessment. Regul Toxicol Pharmacol 2007;49:199-202.

33. Scialli AR. The challenge of reproductive and developmental toxicology under REACH. Regul Toxicol Pharmacol 2008;51:244-250.

34. Scialli AR, Bonde JP, Brüske-Hohlfeld I, Culver D, Li Y, Sullivan FM. An overview of male reproductive studies of boron with an emphasis on studies of highly exposed chinese workers. Reprod Toxicol 2010;29:10–24.

35. Fugh-Berman AJ, Scialli AR, Bell AM. Why lunch matters: Assessing physicians' perceptions about industry relationships. J Cont Ed Health Prof 2010;30(3):197–204.

36. Daston GP, Chapin RE, Scialli AR, Piersma AH, Carney EW, Rogers JM, Friedman JM. A different approach to validating screening assays for developmental toxicity. Birth Defects Res (Part B) 2010;89:526–530.

37. Beyer BK, Chernoff N, Danielsson B, Davis-Bruno K, Harrouk W, Hood RD, Janer G, Liminga UW, Kim J, Rocca M, Rogers J, Scialli AR. ILSI/HESI Maternal Toxicity Workshop Summary: Maternal toxicity and its impact on study design and data interpretation. Birth Defects Res (Part B) 2011;92:36–51.

38. Fugh-Berman A, McDonald CP, Bell AM, Bethards EC, Scialli AR, 2011 Promotional tone in reviews of menopausal hormone therapy after the Women's Health Initiative: An analysis of published articles. PLoS Med 8(3): e1000425. doi:10.1371/journal.pmed.1000425.

39. Carney EW, Ellis AL, Tyl RW, Foster PMD, Scialli AR, Thompson K, Kim J. Critical evaluation of current developmental toxicity testing strategies: A case of babies and their bathwater. Birth Defects Res (Part B) 2011; 92(5):395–403.

40. Laufersweiler MC, Gadagbui B, Baskerville-Abraham IM, Maier A, Willis A, Scialli AR, Carr GJ, Felter SP, Blackburn K, Daston G. Correlation of chemical structure with reproductive and developmental toxicity as it relates to the use of the threshold of toxicological concern. Regul Toxicol Pharmacol; 2012; doi:10.1016/j.yrtph.2011.09.004.

41. Scialli AR, Guikema AJ. REACH and Reproductive and Developmental Toxicology: Still Questions. Syst Biol Reprod Med 2012; doi: 10.3109/19396368.2011.648301.

42. Hyoun SC, Običan SG, Scialli AR. Teratogen update: Methotrexate. Birth Defects Res (Part A) 2012; doi 10.102/bdra.23003.

ABSTRACTS

1. Flynn TJ, Scialli AR, Gibson RR. Cultured organogenesis-staged rat embryos as biomarkers for nutritional factors in human reproductive failure. Teratology 1991;43:468.

2. Flynn TJ, Scialli AR, Gibson RR. The specificity of neural tube defects (NTDs) in cultured rat embryos as biomarkers for nutritional factors in human reproductive failure. Teratology 1992; 45:492-493.

3. Scialli AR, DeSesso JM, Goeringer GC. Taxol toxicity in the developing chick. Teratology 1992; 45:478.

4. Scialli AR. Adverse effects of the FDA use in pregnancy ratings. Teratology 1992; 45:497-498.

5. DeSesso JM, Scialli AR, Goeringer GC. Hydroxyl free radicals cause early hydroxyurea cell death. Teratology 1993;47:397.

6. Scialli AR. The state of the literature base in reproductive and developmental toxicology. Teratology 1993;47:403.

7. DeSesso JM, Scialli AR, Goeringer GC. Azo-bis-(cyclohexanecarbonitrile), a free radical initiator, causes early cellular changes in rabbit embryos. Teratology 1993;47:417.

8. Scialli AR. Toxicokinetics in clinical practice. Teratology 1993;48:18A.

9.   Scialli AR. Use of drug label information by practicing obstetricians.  Teratology 1994;49:367.

10. Goeringer GC, Scialli AR, DeSesso JM. Developmental toxicity in rabbits induced by aminopterin is decreased by 1-(p-tosyl)-3,4,4-trimethylimidazoline (TTI), a functional analog for tetrahydrofolate-mediated one-carbon transfer.  Teratology 1994;49:368.

11. DeSesso JM, Scialli AR, Goeringer GC. Developmental toxicity of 5-fluorouracil and amelioration by folate analogs in the New Zealand white rabbit embryo.  Teratology 1994;49:369.

12. Scialli AR, DeSesso JM, Husain SR, Rahman A, Goeringer GC. Taxol and liposome toxicity in the embryonic chick.  Teratology 1994;49:404-5.

13. DeSesso JM, Harris SB, Scialli AR, Goeringer GC. New observations on the developmental toxicity and histopathogenesis of thalidomide in the New Zealand white rabbit. Teratology 1995;51:167.

14. Scialli AR, DeSesso JM, Rahman A, Husain SR, Goeringer GC. Dose-response comparison of free and liposome-encapsulated taxol. Teratology 1995;51:169.

15. DeSesso JM, Scialli AR, Goeringer GC. Observations on the histopathogenesis of 5-fluorouracil developmental toxicity in New Zealand white rabbits and its amelioration by TTI, a functional analog of one carbon metabolism. Teratology 1995;51:172.

16. Goeringer GC, DeSesso JM, Rahman A, Scialli AR. The effect of liposome encapsulation on taxol developmental toxicity in the rat. Teratology 1996;53:100.

17. Goeringer GC, Scialli AR, DeSesso JM, Crisp T. Effects of methotrexate on progesterone production by cultured rat granulosa cells and the potential ameliorative effects of leucovorin. Teratology 1996;53:110.

18. Scialli AR. The use of experimental data in the design and interpretation of human studies. Teratology 1996;53:17A.

19. DeSesso JM, Jacobson CF, Scialli AR, Farr CH, Holson JF. Inorganic arsenic is not likely to be a developmental toxicant at environmentally relevant exposures. Teratology 1998;57:216-7.

20. Scialli AR. Proposed changes to the pregnancy section of US drug labels. Teratology 1998;58:18A.

21. Scialli AR. Labeling medications for use in pregnancy. Can J Clin Pharmacol 1998;5:187-8.

22.  Winkel CA, Scialli AR. Safety of medical and surgical management of chronic pelvic pain and endometriosis. Obstet Gynecol 2001;97(Suppl):28S.

23.  Scialli AR. Monitoring the effectiveness of pregnancy prevention programs. Teratology 2001;63:270.

24.  Scialli AR. Salmonella sepsis and second trimester pregnancy loss. Teratology 2001;63:271.

## BOOKS WRITTEN OR EDITED

1. Fabro S, Scialli AR,  editors.  Drug and Chemical Action in Pregnancy. New York: Marcel Dekker; 1986.
2. Berger EJ, Tardiff RG, Scialli AR, Zenick H, editors. Sperm measures and reproductive success.  New York, NY, Alan R. Liss, Inc., 1989.
3. Scialli AR. Clinical Guide to Reproductive and Developmental Toxicology.  Boca Raton FL: CRC Press; 1992.
4. Scialli AR, Clegg E, editors. Reversibility in Male Reproductive Toxicology. Boca Raton FL: CRC Press; 1992.
5. Scialli AR, Zinaman M. Clinical Reproductive Toxicology and Infertility. New York: McGraw Hill; 1992.
6. Scialli AR. Pregnancy and the Workplace. (Seminars in Perinatology, volume 17, number 1, pp 1-58). Philadelphia PA: WB Saunders Company; 1993.
7. Scialli AR, Lione A, Padgett GKB. Reproductive Effects of Chemical, Physical, and Biologic Agents REPROTOX®. Baltimore MD: Johns Hopkins University Press; 1995.
8. Scialli AR, Editor-in-Chief. The National Women's Resource Center Book of Women's Health. New York: William Morrow; 1999.

## REVIEWS AND BOOK CHAPTERS WRITTEN

1. Scialli AR. Obstetrical forceps.  Lawyers Med J 1979;8:63-73.
2. Scialli AR. Cesarean section.  Lawyers Med J 1980;9:111-121.
3. Scialli AR, Fabro S.   Evaluation of fetal growth and development in the high risk obstetrical patient.  In Kimmel CA and Buelke-Sam J (eds): Developmental Toxicology New York: Raven Press, 1981;  pp 121-143.
4. Scialli AR, Fabro S. Detection and intrauterine management of the fetus at high risk. In Scanlon JW and Dazé AM, eds. Code Pink: A Practical System for Neonatal/Perinatal Resuscitation Baltimore:University Press, 1981; pp 21-26.
5. Fabro S, Brown NA, Scialli AR. Marihuana in pregnancy. Reprod Toxicol med lett 1983;2(1):1-3.
6. Fabro S, Brown NA, Scialli AR.  Neural tube defects and vitamin supplementation.  Repro Toxicol med lett 1983;2(1):3-4.
7. Fabro S, Brown NA, Scialli AR. Genetic predisposition to chemically induced birth defects. Reprod Toxicol med lett 1983;2(2):5-7.
8. Fabro S, Brown NA, Scialli AR. Valproic acid and birth defects. Reprod Toxicol med lett 1983;2(3):9-11.
9. Fabro S, Brown NA, Scialli AR. Lindane.  Reprod Toxicol med lett 1983;2(3):11-12.
10. Scialli AR. Vaginal discharge: what's normal and what's not?  Mod Med 1983;51:128-134.
11. Scialli AR. Safe medications during pregnancy.  Contemp OB/GYN 1983; 22(5):40-66.
12. Fabro S, Brown NA, Scialli AR. Hyperthermia and the developing central nervous system. Reprod Toxicol med lett 1983;2(4):13-15.
13. Fabro S, Brown NA, Scialli AR. Adverse effects of lithium therapy during pregnancy. Reprod Toxicol med lett 1983;2(4):15-16.

14. Fabro S, Brown NA, Scialli AR.  Is there a fetal solvent syndrome? Reprod Toxicol med lett 1983;2(5):17-19.

15. Fabro S, Brown NA, Scialli AR.  Sperm tests in toxicology. Reprod Toxicol med lett 1983;2(6):21-24.

16. Scialli AR, Fabro S. Fertility as a measurement in reproductive toxicology.  Teratogen Carcinogen Mutagen 1984;4(1):59-66.

17. Fabro S, Brown NA, Scialli AR.  Video display terminals and human reproduction. Reprod Toxicol med lett 1984;3(1):1-3.

18. Fabro S, Brown NA, Scialli AR.  Agent orange and dioxin. Reprod Toxicol med lett 1984;3(2):5-7.

19. Fabro S, Brown NA, Scialli AR. Is AIDS a reproductive hazard?  Reprod Toxicol med lett 1984;3(3):9-12.

20. Scialli AR, Fabro S. What drugs are safe during nursing?  Contemp OB/GYN 1984;23(6): 211-222.

21. Fabro S, Brown NA, Scialli AR. Paternally-induced adverse pregnancy effects. Reprod Toxicol ed lett 1984;3(4):13-16.

22. Fabro S, Brown NA, Scialli AR. Ultrasound in industry and medicine. Reprod Toxicol med lett 1984;3(5):17-20.

23. Fabro S, Brown NA, Scialli AR. Alternative tests for teratogens. Reprod Toxicol med lett 1984;3(6):21-24.

24. Fabro S, Brown NA, Scialli AR. Drugs and male sexual function. Reprod Toxicol med lett 1985;4(1):1-4.

25. Fabro S, Scialli AR. The role of the obstetrician in the prevention and treatment of birth defects. In: Kalter H, ed. Issues and Reviews in Teratology, vol.3. New York: Plenum Publishing Corp 1985; p 1-20.

26. Fabro S, Brown NA, Scialli AR. Insecticides. Reprod Toxicol med lett 1985; 4(2):5-10.

27. Fabro S, Brown NA, Scialli AR. Ovarian function and cancer chemotherapy. Reprod Toxicol med lett 1985;4(3):11-14.

28. Scialli AR. Adverse sexual effects of liver disease in women. Med Aspects Hum Sexuality 1985; 9:70-76.

29. Fabro S, Brown NA, Scialli AR. Reproductive toxicity of the glycol ethers. Reprod Toxicol med lett 1985;4(4):15-18.

30. Fabro S, Brown NA, Scialli AR. Do fertility drugs adversely affect reproduction?  Reprod Toxicol med lett 1985;4(5):19-22.

31. Fabro S, Scialli AR.  The perinatal environment.  In: Colon AR, Ziai M (eds). Pediatric Pathophysiology. Boston: Little, Brown; 1985:129-134.

32. Fabro S, Brown NA, Scialli AR. Cryopreservation of human gametes and embryos . Reprod Toxicol med lett 1985;4(6):23-26.

33. Scialli AR, Fabro S. The toxicokinetics of anesthetics and analgesics during labor and delivery.  In Scanlon JW, ed. Perinatal Anesthesia.  Boston: Blackwell Scientific Publications; 1985:1-26.

34. Fabro S, Brown NA, Scialli AR.  Pregnant women at work. Reprod Toxicol med lett 1986;5(1):1-4.

35. Fabro S, Scialli AR. Risk assessment for teratogenesis due to chorionic villus sampling. In Brambati B, Simoni G, Fabro S, eds. Chorionic  Villus Sampling: Fetal Diagnosis of Genetic Diseases in the First Trimester. New York: Marcel Dekker;1986:205-211.

36. Scialli AR. The reproductive toxicity of ovulation induction. Fertil Steril 1986;45(3):315-323.

37. Brown NA, Scialli AR. The teratogenicity of retinoids. Reprod Toxicol med lett 1986;5(2):5-8.

38. Brown NA, Scialli AR. The developmental toxicity of cadmium. Reprod Toxicol med lett 1986;5(3):9-12.

39. Scialli AR, Fabro S. The stages of reproduction.  In Fabro S, Scialli AR, eds. Drug and Chemical Action in Pregnancy. New York: Marcel Dekker; 1986:191-204.

40. Scialli AR. Sources of information on drugs in pregnancy.  In Fabro S, Scialli AR, eds.  Drug and Chemical Action in  Pregnancy. New York: Marcel Dekker; 1986:465-475.

41. Brown NA, Scialli AR. Vaginal spermicides. Reprod Toxicol med lett 1986;5(4):13-16.

42. Brown NA, Scialli AR. Radionuclides in pregnancy. Reprod Toxicol med lett 1986;5(5):17-22.

43. Fabro S, Scialli AR. Drug abuse and pregnancy. ACOG Technical Bulletin, Number 96, September, 1986.

44. Brown NA, Scialli AR. Phthalic acid ester plasticizers. Reprod Toxicol med lett 1986;5(6):23-28.

45. Brown NA, Scialli AR. Congenital "brain damage". Reprod Toxicol med lett 1987;6(1):1-6.

46. Brown NA, Scialli AR. Ethylene oxide). Reprod Toxicol med lett 1987;6(2):7-12.

47. Scialli AR, Fabro S. Nausea and vomiting. In Queenan JT, Hobbins JC, eds. Protocols for High Risk Pregnancy, Oradell, NJ: Medical Economics Books; 1987:259-263.

48. Brown NA, Scialli AR. Update on caffeine, ed. Reprod Toxicol med lett 1987;6(3):13-18.

49. Scialli AR. Anticonvulsants in pregnancy. In Niebyl JR, ed. Drug Use In Pregnancy. Philadelphia, PA: Lea & Febiger; 1988:45-54.

50. Scialli AR. Is stress a developmental toxin? Reprod Toxicol 1988;1(3):163-171.

51. Scialli AR. Developmental effects of progesterone and its derivatives. Reprod Toxicol 1988; 2(1):3-11.

52. Scialli AR. The reproductive toxicity of ovulation induction. In Wallach EE, Kempers RD, eds. Modern Trends in Infertility and Conception Control. Chicago, IL: Year Book Medical Publishers; 1988:81-89.

53. Scialli AR. Environmental toxicants and adverse pregnancy outcome. Contemp OB/GYN 1989;34:120-129.

54. Scialli AR. Who should paint the nursery? Reprod Toxicol 1989;3(3):159-164.

55. Scialli AR, Lione A. The reproductive effects of medications for asthma and allergy. In Schatz M, Zieger RS, eds. Asthma and Allergy in Pregnancy and Early Infancy. New York: Marcel Dekker, Inc.; 1993:127-186.

56. Scialli AR. Advances in reproductive toxicology. Curr Opinion Obstet Gynecol 1992;4:359-364.

57. Scialli AR.Assessing reproductive potential in women.  In Scialli AR, Zinaman M, eds. Clinical Reproductive Toxicology and Infertility. New York: McGraw Hill; 1992:295-306.

58. Scialli AR. Fetal protection policies in the United States. Semin Perinatol 1993;17:50-57.

59. Scialli AR, Lione A. Environmental toxicants and adverse pregnancy outcome. In Queenan JT, ed. Management of High-Risk Pregnancy. Boston: Blackwell Scientific Publishers; 1994:25-30.

60. Scialli AR. Clinical care: pre- and postconception. In Kimmel CA, Buelke-Sam J, eds. Developmental Toxicology, 2nd edition. New York: Raven Press; 1994:307-331.

61. Robert E, Scialli AR. Topical medications during pregnancy. Reprod Toxicol 1994;8:197-202.

62. Scialli AR.  Reproductive toxicology. In Willett GD., ed. Laboratory Testing in Ob/Gyn. Boston: Blackwell Scientific Publications; 1994:47-52.

63. Scialli AR, Lemasters GK. Epidemiologic aspects of reproductive toxicology. In Witorsch RJ, ed. Reproductive Toxicology, 2nd edition. New York: Raven Press; 1995:241-263.

64. Scialli AR. Teratology. In Craighead JE, ed. Pathology of environmental and occupational disease. Philadelphia PA: Mosby-Year Book; 1995:573-588.

65. Lione A, Scialli AR.  The developmental toxicity of indomethacin and sulindac. Reprod Toxicol. 1995;9:7-20.

66. Moore JA and an IEHR Expert Scientific Committee. An assessment of lithium using the IEHR evaluative process for assessing human developmental and reproductive toxicity of agents. Reprod Toxicol. 1995;9:175-210.

67. Scialli AR. Toxicology. In Queenan JT (ed). Protocols for High-Risk Pregnancy, 3rd edition. Cambridge MA: Blackwell Science Inc; 1996:9-13.

68. Scialli AR. Nausea and Vomiting. In Queenan JT (ed). Protocols for High-Risk Pregnancy, 3rd edition. Cambridge MA: Blackwell Science Inc; 1996:452-6.

69. Lione A, Scialli AR. The developmental toxicity of the $H_1$ histamine antagonists. Reprod Toxicol. 1996;10:247-55.

70. Scialli AR, Lione A. Pregnancy effects of specific medications used to treat asthma and immunological diseases. In Schatz M, Zieger RS, Claman HN, eds. Asthma and Immunological Diseases in Pregnancy and Early Infancy. New York: Marcel Dekker, Inc.; 1997:157-227.

71. Scialli AR, Swan SH, Amler RW, Baird DD, Eskenazi B, Gist G, Hatch MC, Kesner JS, Lemasters GK, Marcus M, Paul ME, Schulte P, Taylor Z, Wilcox AJ, Zahniser C. Assessment of reproductive disorders and birth defects in communities near hazardous chemical sites. II. Female reproductive disorders. Reprod Toxicol. 1997;11:231-42.

72. Scialli AR. Identifying teratogens: the tyranny of lists. Reprod Toxicol 1997;11:555-9.

73. Scialli AR, Colie CF. Female reproductive toxicology. In Massaro EJ, ed. Handbook of human toxicology. Boca Raton FL: CRC Press; 1997:981-1006.

74. Lione A, Scialli AR. Perinatal exposure to measles virus and the risk of inflammatory bowel disease. Reprod Toxicol 1997;11:647-52.

75. DeSesso JM, Jacobson CF, Scialli AR, Farr CH, Holson JF. An assessment on the developmental toxicity of inorganic arsenic. Reprod Toxicol 1998;12:385-433.

76. Scialli AR, Lione A. Variability in human response to reproductive and developmental toxicity. In Neumann DA, Kimmel CA, eds. Human variability in response to chemical exposures. Measures, modeling, and risk assessment. Boca Raton FL:CRC Press;1998:87-137.

77. Scialli AR. Alternatives to hysterectomy for benign conditions. Int J Fertil Womens Med 1998;43:186-91.

78. Schardein JL, Scialli AR. The legislation of toxicologic safety factors: the Food Quality Protection Act with chlorpyrifos as a test case. Reprod Toxicol 1999;13:1-14.

79. Scialli AR. Clinical diagnosis in the evaluation of chronic pelvic pain. Am J Managed Care 1999;5(Suppl):S327-36.

80. Scialli AR, Lione A. Environmental agents and reproductive risk. In Queenan JT, Management of High Risk Pregnancy, Fourth edition.  Malden MA: Blackwell Science;

1999:33-42.

81. DeSesso JM, Scialli AR, Holson JF. Apparent lability of neural tube closure in laboratory animals and humans. Am J Med Genet 1999;87:143-62.

82. Scialli AR for the Pelvic Pain Expert Working Group. Evaluating Chronic Pelvic Pain. A Consensus Recommendation. J Reprod Med 1999;44:945-52.

83. Scialli AR. Teratogenic exposures.  In Precis Obstetrics, second edition. Washington DC: American College of Obstetricians and Gynecologists 2000:27-32.

84. Winkel CA, Scialli AR. Medical and surgical therapies for pain associated with endometriosis. J Women's Health Gend Based Med 2001;10:137-162.

85. Scialli AR. Tampons, dioxins, and endometriosis. Reprod Toxicol 2001;15:231-238.

86. Scialli AR, Buelke-Sam JL, Chambers CD, Friedman JM, Kimmel CA, Polifka JE, Tassinari MS. Communicating risks during pregnancy: a workshop on the use of data from animal developmental toxicity studies in pregnancy labels for drugs. Birth Defects Research (Part A). 2004;70:7-12.

87. Scialli AR. Update on chronic pelvic pain. New insight on an enduring enigma. OBG Management 2004;16:49-54.

88. Carney EW, Scialli AR, Watson RE, DeSesso JM. Mechanisms regulating toxicant disposition to the embryo during early pregnancy: an interspecies comparison. Birth Defects Research (Part C). 2004;72:345-360.

89. Scialli AR. Maybe it's nerves: Common pathway may explain pain. OBG Management 2005;17:40-51.

90. Klemmt L, Scialli AR. The transport of chemicals in semen. Birth Defects Res (Part B) 2005;74:119-131.

91. Fugh-Berman A, Scialli AR. Gynecologists and estrogen. An affair of the heart. Persepct Biol Med 2006;1:115-130.

92. Chronic pelvic pain. OBG Management 2006;18:45-48.

93. Običan SG, Finnell RH, Mills JL, Shaw GM, Scialli AR. Folic acid in early pregnancy. A public health success story. FASEB J 2010; 24:4167–4174.

94. Scialli AR, Ang R, Breitmeyer J, Royal MA. A review of the literature on the effects of acetaminophen on pregnancy outcome. Reprod Toxicol 2010; 495–507.

95. Scialli AR, Ang R, Breitmeyer J, Royal MA. Childhood asthma and use during pregnancy of acetaminophen. A critical review. Reprod Toxicol 2010; 508–519.

96. Kim J, Scialli AR. Thalidomide: The tragedy of birth defects and the effective treatment of disease Toxicological Sciences 2011; 122(1):1–6. doi: 10.1093/toxsci/kfr088

97. Običan SG, Scialli AR. Teratogenic exposures. Am J Med Genet (Part C) 2011;157(3):150–169.

98. Scialli AR. Developmental and reproductive toxicity evaluation under the European Union REACH regulations. In Hood RD, ed., *Developmental and Reproductive Toxicology*, Third Ed. New York: Informa Healthcare; 2012:730–735.

EDITORIALS

1. Scialli AR. Editor's introduction. Reprod Toxicol 1987;1(1):1-2.

2. Scialli AR. Editorial. Reprod Toxicol 1987/88;1(2):91-92.

3. Scialli AR. Old teratogens: Are they still important? Reprod Toxicol 1987/88;1(4):241.

4.  Scialli AR. How safe is safe for hormones? Reprod Toxicol 1988;2(1):1.
5.  Scialli AR. Clinical tests and statistics. Reprod Toxicol 1988;4(2):81-82.
6.  Scialli AR. Reproductive hazards of the workplace. Reprod Toxicol 1988;2(3/4):151.
7.  Scialli AR. Proposition 65. Reprod Toxicol 1989;3(1):1.
8.  Scialli AR. Bendectin, science, and the law. Reprod Toxicol 1989;3(3):157-158.
9.  Scialli AR. Sexism in toxicology. Reprod Toxicol 1989;3(4):219-220.
10. Scialli AR. Making information work. Reprod Toxicol 1990;4(4):249-250.
11. Scialli AR. Congratulations to us. Reprod Toxicol 1991;5(1):1-2.
12. Scialli AR. Convulsions and anticonvulsants-how far have we come? Reprod Toxicol 1991;
    5(4):279-280.
13. Scialli AR. Bias in news reporting. Reprod Toxicol 1992;6(2):113-114.
14. Scialli AR. Structured abstracts. Reprod Toxicol 1992;6(3):203-204.
15. Scialli AR. Confidence and the null hypothesis. Reprod Toxicol 1992;6(5):383-384.
16. Scialli AR. Inadequate response from the FDA. Reprod Toxicol 1992;6(6):465-466.
17. Scialli AR. Serving a larger community of scientists. Reprod Toxicol 1993;7(1):1.
18. Scialli AR. Arbitrary limits in scientific journals. Reprod Toxicol 1993;7(2):93-94.
19. Scialli AR. Paternally mediated effects and political correctness. Reprod Toxicol 1993;7(3):
    189-190.
20. Scialli AR. Risk assessment uncertainties. Reprod Toxicol 1993;7(4): 295-296.
21. Scialli AR. Animal studies and human risk. Reprod Toxicol 1993;7(6):533-534.
22. Scialli AR. Imagine having to read the Physicians' Desk Reference. Reprod Toxicol
    1994;8(5):381-382.
23. Scialli AR. Drugs and lactation—another failure of product labeling. Reprod Toxicol.
    1996;10:91-2.
24. Scialli AR. Is hysterectomy obsolete? Am Fam Physician 2000;61:3559-60.
25. Scialli AR. New directions.  Reprod Toxicol 2003;17:363.
27. Scialli AR. Paroxetine exposure during pregnancy and cardiac malformations. Commentary.
    Birth Defects Res (Part A) 2010: 29:10-24.

LETTERS TO THE EDITOR

1.  Scialli AR. Maternal hyperglycemia and intrauterine tachypnea (letter). Obstet Gynecol
    1983;61:399.
2.  Scialli AR. Intrapartum management of twin gestation (letter). Obstet Gynecol
    1986;67(1):149.
3.  Scialli AR. The cascade effect in the clinical care of patients (letter). N Engl J Med
    1986;315(5):320.
4.  Scialli AR. Perinatal antecedents of cerebral palsy (letter). Obstet Gynecol 1989;73(1):138-
    139.
5.  Scialli AR. The relationship of one abnormal glucose tolerance test value and pregnancy
    complications (letter). Obstet Gynecol 1989; 74(1):134-135.
6.  Scialli AR, Lione A. Teratogenic effects of carbamazepine (letter). N Engl J Med
    1989;321(21):1480.
7.  Scialli AR, Lione A, Jones KL. Solvents and color vision. Teratology 2002;65:151.
8.  Scialli A, Fugh-Berman A. Letter to the editor. Maturitas 2003;45:147.
9.  Scialli AR. Clues as to the molecular basis for uterine fibroids. Fertil Steril 2004;81:1432.

10.  Scialli AR, Gibb H. Trichloroethylene exposure and congenital heart defects. Birth Defects Res Part A Clin Mol Teratol 2005;70:808-814.

11. Gibb H, Scialli AR. Statin drugs and congenital anomalies. Am J Med Gen 2005;135A:230-231.

12. Fugh-Berman A, Lione A, Scialli AR. Do no harm: Avoidance of herbal medicines during pregnancy. Obstet Gynecol 2005;106:409-410.

13. Scialli AR, Lione A. Ace inhibitors and major congenital malformations. N Engl J Med 2006;355.

14. Scialli AR. Perfluoroalkane acids and fetal growth. Environ Health Perspect 2008;116:A238.

15. Scialli AR, Iannucci AR. Whole embryo culture and the identification of "teratogenicity." Reprod Toxicol 2010;29: 247-248.

16. Scialli AR. Reproductive effects of the parabens. Reprod Toxicol 2011;32:138–140.