# Exhibit 12

# CHEMICALLY INDUCED BIRTH DEFECTS

## Third Edition, Revised and Expanded

### James L. Schardein

**WIL Research Laboratories, Inc.**
**Ashland, Ohio**



MARCEL DEKKER, INC.                    NEW YORK • BASEL

*Extreme care has been taken in preparation of this volume. However, neither Marcel Dekker, Inc., nor the author can be held responsible or liable for errors or for any damages resulting in connection with or arising from the use of any of the information contained herein.*

**ISBN: 0-8247-0265-4**

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-261-8482; fax: 41-61-261-8896

**World Wide Web**
http://www.dekker.com

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to Special Sales/Professional Marketing at the headquarters address above.

**Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

**PRINTED IN THE UNITED STATES OF AMERICA**

# 1

# Principles of Teratogenesis Applicable to Drug and Chemical Exposure

I.   Introduction      1
II.  Basic Principles of Teratogenesis      3
    A.   Susceptible species      3
    B.   Susceptible stage of development      5
    C.   Dose dependency      7
III. Manifestations of Deviant Development      12
    A.   Malformations      12
    B.   Growth retardation      17
    C.   Embryolethality      18
    D.   Functional impairment      19
IV.  Other Factors in Assessing Developmental Effects      20
    A.   Male-mediated effects      20
    B.   Developmental variations      21
    C.   The modifying influence of maternal toxicity and designation of ''teratogen''      23
    D.   Pharmacokinetic considerations      25
    E.   Structure–activity relations      26
V.   Use of Animal Models to Assess Human Risk      27
VI.  Recent History of Teratology and Evolution of Methods of Testing for Evaluating Development      29
    A.   Alternative testing methods      35
VII. Uses of Teratological Data by Governmental Agencies      37
VIII. Evaluation of Human Risk      39
    References      45

## I.  INTRODUCTION

Congenital malformations or birth defects are a major public health concern. In this country, birth defects occur in a frequency of 20:1000 to 30:1000 livebirths, and an additional 60:1000 to 70:1000 are observed in the interval between birth and 1 year of age (Hook, 1981). In 1995, this translated into 411 babies with birth defects of almost 11,000 born every day; 18 of these die every day as a result of a birth defect.* Minor anomalies represent another 140:1000 (Hook, 1981), and minor to severe mental retardation accounts for 0.7–0.8% incidence (Rosenberg, 1984). Congenital malformations account for approximately 14% of all infant deaths (Warkany, 1957). Birth defects

---

\* National Center for Health Statistics, 1995.

have been the leading cause of infant mortality for more than 20 years, with a rate of 173.4 : 100,000 livebirths in 1994 (Petrini et al., 1997).

The causes of birth defects are varied, but the etiology of most malformations is unknown (Table 1-1). An agent that harms a baby in one pregnancy may be harmless in others, produce different birth defects in still others, and have no effect in a subsequent pregnancy for the same woman (Ayl, 1982). However, it is readily apparent that chemically induced birth defects, as discussed in this volume, probably account for only a very small fraction, on the order of 1%, of the birth defects observed in the populace. Earlier, Wilson (1977) considered chemical agents perhaps responsible for 4–6% of birth defects, but even if this is true, therapeutic use of drugs (largely intentional) and occupational or environmental exposure to chemicals (usually unintentional) do not appear to represent a significant source of teratogenic potential. Nonetheless, it is a worthwhile goal to identify those potentially hazardous chemical agents in the environment to which the gravid mother and her conceptus are exposed to minimize the risk to induction of congenital malformations.

Because some birth defects would be preventable by simply avoiding known teratogens, the prevention of one or two anomalies in every thousand births would be a reputable accomplishment. The overwhelming size of the "unknown" category in the etiology of birth defects is somewhat less than reassuring, and it may be reflective that only chemical teratogenesis by specific agents is so difficult to establish. Indeed, information on drug and chemical hazards to the human conceptus is derived mainly from isolated case reports by physicians; only a few are based on epidemiological studies.

As will be shown, only some 19 drugs or groups of drugs and 3 chemicals have as yet been established as teratogenic agents in the human. In contrast, identifiable teratogens in laboratory animals number perhaps 1500, according to a recent count. Why this is so is not known with certainty, although there are various reasons why this may be, as we shall see later in this chapter.

For the purposes of definition in the present work, *birth defects* are those malformations observable at birth (congenital) or thereafter. They are usually thought of as solely structural or anatomical, but the term has also come to include physiological or functional, and behavioral defects. Presumably, these might include dysfunction, impairment, or deficit of any biological system (i.e., immunological, hormonal, biochemical [metabolic], and neurobehavioral). More and more commonly, it is the latter that is implied. These are the so-called birth defects of the mind, as the press has characterized them.

The science of birth defects, *teratology*, or the process of induction of malformation, *teratogenesis*, stem from the Greek word root *teras*, meaning malformation or monstrosity, (i.e., the induction of terata). The concept of a *teratogen* in this work is an agent that induces structural malformations, either at birth or in a defined postnatal period. The other functional or behavioral effects are consid-

**TABLE 1-1**   Suspected Causes of Birth Defects in Humans

| Suspected cause | % of total |
|---|---|
| Genetic | |
|     Autosomal genetic disease | 15–20 |
|     Cytogenetic | 5 |
|     Environmental | |
|         Maternal conditions | 4 |
|         Maternal infections | 3 |
|         Mechanical problems (deformations) | 1–2 |
|         Chemicals/drugs/radiation/hyperthermia | <1 |
|     Preconception exposures | ? |
| Unknown (polygenic) | 65 |

*Source:* Brent and Beckman, 1990.

ered as another class of developmental toxicity, as will later be further defined. Although recent controversy surrounds the use of the term *teratogenic* when the malformation exists in association with maternal effects (see later), the term as just defined stands in the present work.

## II.  BASIC PRINCIPLES OF TERATOGENESIS

The determination of whether a given chemical has the potential or capability to induce congenital malformations in the human or other animal species is governed by essentially three fundamental established principles of teratogenesis. James G. Wilson, beginning in 1959 and elaborated on later (Wilson, 1965, 1971a, 1973), is largely credited with formulation of these basic concepts. Brent (1964) was an early contributor, and E. M. Johnson (1981, 1984, 1988; Johnson et al., 1987) has added further, more recent enhancements of principles. Paraphrasing Karnofsky (1965), these principles can be illustrated by the axiom: "A teratogenic response depends upon the administration of a specific treatment of a particular dose to a genetically susceptible species when the embryos are in a susceptible stage of development." Accompanying this is the recognition that there are four manifestations of altered development (see Sec. III).

## A.  Susceptible Species

Not all species are equally susceptible or sensitive to teratogenic influence by a given chemical: Some species respond more readily than others. Some of these species differences are due to genetic factors. However, litter variability of response is commonly observed even in inbred animals, and this cannot be solely due to genetic constitution. Metabolic differences and several ancillary factors share in producing further variation. Species characteristics in relation to reproductive events are illustrated in Table 1-2, and show wide variation.

As noted by Kalter (1968b), inter- and intraspecies variability may be manifested in several ways: an agent that is teratogenic in some species may have little or no teratogenic effect in others; or, a teratogen may produce similar defects in various species, but these defects will vary in frequency; or finally, a teratogen may induce certain abnormalities in one species that are entirely different from those induced in other species.

Similarly, there are genetic differences within given strains or breeds of the same species that influence the teratogenic response. Both the nature and incidence of effects are modulated by the genetic constitution of mother and conceptus. Such factors as maternal parity and weight, fetal weight, number of young, size and constitution of placenta, intrauterine associations, fetal and maternal production of hormones, and maternal utilization of vitamins and other essential nutrients, all are variables in strain susceptibility. These may be further modified by environmental factors, such as diet, season, temperature, and such (Woollam and Millen, 1960; Kalter, 1965). The same holds true in the human, for whom factors such as social class, parity, season, and age influence malformation incidence. As Kalter and Warkany (1959) have pointed out, there is a great need for the study of the interaction of genetic and environmental factors in the etiology of congenital malformations; the known human malformations probably result from just such an interplay. Agents produce their effects on the conceptus then, by either ontogenetically specific or developmentally specific mechanisms.

The reaction to a specific teratogen may also be due to differences in a species' rate of metabolism, as well as to qualitative differences in metabolic pathways (Burns and Conney, 1964). In the human fetus, for example, drugs are metabolized both in the liver and at extrahepatic sites, such as the adrenal gland, whereas extrahepatic activity is negligible or absent in fetal rats, guinea pigs, rabbits, and swine (Rane et al., 1973). Chlorcyclizine, an antihistaminic drug, is teratogenic in the rat, but is not so in the human. Although the drug is metabolized to norchlorcyclizine in both species, the steady-state level of the metabolite is three times higher in the rat than in humans, a factor perhaps accounting for the difference in teratogenic effect between the species (Kuntzman, 1971).

**TABLE 1-2**  Species Characteristics of Reproduction[a]

| Species | Maternal weight (kg) | Birth weight (g) | Litter size | Length gestation (days) | Placenta type[b] | Reproductive cycle Type | Duration (days) | Sexual maturity (days) | Developmental Implantation (days) | Streak formation (days) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mouse | 0.02 | 1.5 | 11 | 19 | Hemotrichorial | Estrus | 4–5 | 28–49 | 4.5–5 | 7 |
| Hamster | 0.09 | 2 | 8 | 16 | Hemotrichorial | Estrus | 4–15 | 42–54 | 4.5–5 | 6 |
| Rat | 0.2 | 5 | 10 | 22 | Hemotrichorial | Estrus | 4–5 | 46–53 | 5.5–6 | 8.5 |
| Guinea Pig | 0.7 | 85 | 4 | 68 | Hemomonochorial | Estrus | 13–20 | 84 | 6 | 10 |
| Ferret | 0.75 | 7.5 | 9 | 42 | Endotheliochorial | Estrus | 3–5 | 120 | 12 | ? |
| Rabbit | 2.5 | 50 | 7 | 30 | Hemodichorial | Estrus | 15–16 | 120–240 | 7 | 8 |
| Cat | 4.0 | 100 | 4 | 65 | Endotheliochorial | Estrus | 14–28 | 210–245 | 13–14 | 13 |
| Rhesus monkey | 8.0 | 500 | 1 | 165 | Hemomonochorial | Menstrual | 24–38 | 1642 | 9 | 18 |
| Beagle dog | 8.4 | 270 | 6 | 63 | Endotheliochorial | Estrus | 150–200 | 270–425 | 13–14 | 13 |
| Human | 55 | 3300 | 1 | 270 | Hemomonochorial | Menstrual | 28–29 | 4380–4745 | 6 | 14–20 |
| Ovine | 70 | 4000 | 1 | 145 | Syndesmochorial | Estrus | 16.5 | 150–300 | 10 | 13 |
| Swine | 130 | 1200 | 10 | 114 | Epitheliochorial | Estrus | 19–23 | 200–210 | 10–12 | 11 |

[a] Complied from a variety of sources.
[b] Classified on number of membrane barriers.

Methotrexate is a potent teratogen in rats, but a dose 45 times that required for rats is necessary to induce defects in rabbits. Inability of the rat to deactivate the drug by aldehyde oxidase hydroxylation, in contrast with the rabbit's rapid degradation and excretion of the drug, is the reason for this difference (Jordan et al., 1970).

Even when two species metabolize a drug at the same rate, differences in the metabolic products may cause different teratogenic responses in the two species (Tuchmann–Duplessis, 1970). The drug imipramine, for instance, teratogenic in some species of animals, is metabolized into *different* metabolites in various species, further emphasizing the problems inherent in extrapolating results from animal studies to humans.

Because substances cross the placental membrane by various mechanisms, some differences in species reactivity to teratogens may be due to accessibility of the drug to the embryo. Placental structural differences among the various species obviously play a role in ease and degree of drug passage, but are important only for metabolic degradation (see Table 1-2) An important variable is the extent of binding to plasma protein. Placental transfer is modulated by both the free drug's characteristics (lipid solubility, degree of ionization, or molecular weight) and placental properties, such as maternal and fetal blood flow, drug metabolism, and placental age (Mirkin, 1973). Estimation of the cumulative drug exposure of the fetus is probably more important than determination of the extent and rate of drug transfer across the placenta (Eriksson et al., 1973). Placental characteristics themselves are important to fetal development. The placenta is a target organ for drug- and chemical-induced injuries that can ultimately lead to teratogenesis or reproductive defects (Goodman et al., 1982). Furthermore, it is generally accepted that development is impaired when as little as 10% of the placenta is affected by major alterations, such as infarction or fibrosis (Berry, 1981).

It is clearly evident that there really is no placental barrier per se: The vast majority of chemicals given the pregnant animal (or woman) reach the fetus in significant concentrations soon after administration. Only drugs with a molecular weight of more than 1000 do not readily cross the placenta; those with molecular weights of less than 600 usually do. Because most drugs have molecular weights in the range of 250–400, there is usually no difficulty in transfer (Mirkin, 1973). With environmental chemicals, it is a different story, because their chemical characteristics vary more widely.

Several different animal species have been used in teratological research in an attempt to determine the most satisfactory model for predicting the hazard to humans (see Sec. V). It is universally recognized that teratogenesis studies should be conducted in mammals. Ideally, in the case of drugs, the species chosen should metabolize the administered drug in a manner similar to that of humans. No single species thus far evaluated, however, fulfills all criteria.

## B.  Susceptible Stage of Development

Another cardinal principle of teratogenesis is related to timing of treatment. Substances must be administered during organogenesis, the period of embryological differentiation, to induce a teratogenic effect. The nature and incidence of effects are dependent on the developmental stage insulted. The importance of this principle can be appreciated by the fact that time of treatment, rather than dosage, was the decisive factor in thalidomide teratogenesis (Wilson, 1972a).

This time period, the ''critical period of organogenesis,'' varies among the various species and is partly dependent on the length of gestation. The determinant is the degree of differentiation within the susceptible tissue (Wilson, 1959). During the predifferentiation period in early gestation, the conceptus is generally resistant to production of congenital malformations, although embryonic death or abortion may occur. During embryonic differentiation or organogenesis, the embryo is highly susceptible to teratogenic insult, and because organ development is continual in this period, greater specificity of effect is observed as the embryo develops. Following differentiation, the fetus becomes progressively less susceptible to teratogenic stimuli. As one might expect, increased dosage beyond that eliciting a teratogenic effect may enhance the effect or extend the period of susceptibility. It is also true that central nervous system (i.e., brain) abnormalities can be produced by

treatment later in gestation, but these do not represent true malformations, only alterations of adult structure.

Sometimes a teratogenic treatment shows more than one period of maximum effect. The frequency of cleft palate induction with the anticancer drug 5-fluorouracil, for instance, was highest on days 10, 12, and 13 (Dagg, 1960). A timetable listing the susceptible period of various species used in teratological research is presented in Table 1-3. The first 12 weeks, or more specifically, the third to eighth gestational weeks, when the embryo is undergoing marked morphological alterations, are considered of greatest importance in humans (Fig. 1-1). Unfortunately, this period of susceptibility begins before the existence of pregnancy can be reliably determined or is even suspected by many women.

With agents that are dissolved, absorbed, metabolized, and excreted in rather rapid order, administration can be confined to the period of organogenesis, and agents are routinely tested in this manner. The activity of chemicals that are absorbed or metabolized more slowly or incompletely may fall outside the organogenesis period and result in absence of teratogenic effect. This factor constitutes a pitfall in teratogenic testing and explains why some (although very few) chemicals administered outside the critical period have shown teratogenic activity. For example, some vitamins must be withheld from the diet, or antimetabolites introduced into the diet before organogenesis to ensure a deficiency that is later manifested as a teratogenic effect. In other words, a time period is necessary to deplete the body stores, and if the deficiency coincides with organogenesis in the embryo, a teratogenic effect may result. Another example is the antihypercholesterolemic drug triparanol, which is an active teratogen in rats when given as early as day 4, before implantation (Roux, 1964). This drug, or its active constituent, requires a time period to be activated. Other drugs acting early in gestation include dactinomycin (Wilson, 1966), cyclophosphamide (Brock and Kreybig, 1964), streptonigrin (Chaube and Murphy, 1968), and azacitidine, tretinoin, methylnitrosourea, and ethyl methanesulfonate (Rutledge and Generoso, 1998). The fumigant ethylene oxide is active in

**TABLE 1-3**   Critical Period of Organogenesis in Various Species[a]

| Species | Days organogenesis[b] |
|---|---|
| Mouse | 7–16 |
| Hamster | 7–14 |
| Rat | 9–17 |
| Guinea pig | 11–25 |
| Armadillo | 1–30 |
| Ferret | 12–28 |
| Rabbit | 7–20 |
| Cat | 14–26 |
| Rhesus monkey | 20–45 |
| Baboon | 22–47 |
| Dog | 14–30 |
| Sheep | 14–36 |
| Cow | 8–25 |
| Pig | 12–34 |
| Human | 20–55[c] |

[a] Compiled from various sources.
[b] Following fertilization.
[c] Also may be given as days 35–70 after last menstrual period.

PRINCIPLES OF TERATOGENESIS                                                    7



**FIG. 1-1**  Appearance of the human embryo during the critical period of organogenesis: (a) at 22–24 days, (b) at 27–29 days, (c) at 36–37 days, (d) at 42–43 days, (e) at 46–47 days, (f) at 52–53 days. (From Hurley, 1980.)

mice as early as 1–6 h following conception, inducing eye and other defects (Rutledge and Generoso, 1989).

At the opposite end of the timetable, the drug hadicidin induced anomalies when given as late as day 17 in the rat (Chaube and Murphy, 1968), and 6-aminonicotinamide induced eye defects when given as late as day 20 in the same species (Chamberlain and Nelson, 1963). A unique temporal requirement for teratogenicity was also recorded with the sedative–hypnotic drug methaqualone. Treatment during the critical period had to be preceded by an additional period of treatment of 1–2 weeks to induce cleft palate in rats (Schardein and Petrere, 1979).

A corollary in the timing of drug administration relates to the type of defect induced. A given teratogen may induce more than one type of defect, and a given defect may be caused by more than one teratogenic agent. Embryologically, differentiation of the various organs proceeds at varying rates, and the time of insult by teratogen administration affects some organs and not others. The time of greatest teratogenic insult corresponds to the time at which a particular organ is developing most rapidly. Kalter (1965) stressed this factor, pointing to very different malformations produced in mice by teratogenic treatment only 24 h apart. This can be illustrated further by examination of Fig. 1-2. Conversely, some teratogens (e.g., cortisone) induce the same type of abnormality (cleft palate) regardless of the time of treatment; only the frequency varies with treatment differences. The temporal relation for a number of specific types of defects in the human is depicted graphically in Fig. 1-3. The actual timing of induction of various malformations in the human is recorded in Table 1-4.

## C.  Dose Dependency

As in other toxicological evaluations, teratogenicity is governed by dose–effect relations; the curve, however, is generally quite steep (Wilson, 1973). The dose response is of utmost importance in



**FIG. 1-2**   Group of curves representing the susceptibility of particular organs and organ systems in rat embryos to a hypothetical teratogenic agent given on different days of gestation. (From Wilson, 1973.)

## THE SENSITIVE PERIODS IN HUMAN DEVELOPMENT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 16 | 20-36 | 38 |
|---|---|---|---|---|---|---|---|---|----|-------|----|
| period of dividing zygote | | C.N.S. heart | eye heart arm leg | heart eye | eye ear | teeth | palate ear | external genitalia | | brain | |

SITE OF ACTION OF TERATOGEN

EMBRYONIC PERIOD (in weeks) — FETAL PERIOD (in weeks) — FULL TERM

- central nervous system
- heart
- arms
- eyes
- legs
- teeth
- palate
- external genitalia
- ear

implantation

bilaminar embryo

USUALLY NOT SUSCEPTIBLE TO TERATOGENS

prenatal death | major morphological abnormalities | physiological defects, minor morphological abnormalities

**FIG. 1-3**   Human embryonic development showing sensitive periods (dark areas mark the most sensitive stage). (From Moore, 1988.)

PRINCIPLES OF TERATOGENESIS                                                9

**TABLE 1-4**   Relative Timing of Various
Malformations in Humans

| Malformation | Time of induction, before |
|---|---|
| Cyclopia | 23 d |
| Sirenomelia | 23 d |
| Anencephaly | 26 d |
| Meningomyelocele | 28 d |
| Esophageal atresia plus tracheo-esophageal fistula | 30 d |
| Extroversion of bladder | 30 d |
| Transposition of great vessels | 34 d |
| Cleft lip | 36 d |
| Aplasia of radius | 38 d |
| Diaphragmatic hernia | 6 wk |
| Rectal atresia with fistula | 6 wk |
| Ventricular septal defect | 6 wk |
| Syndactyly | 6 wk |
| Duodenal atresia | 7–8 wk |
| Branchial sinus/cyst | 8 wk |
| Cleft palate | 8–9 wk |
| Malrotation of gut | 10 wk |
| Meckel's diverticulum | 10 wk |
| Omphalocele | 10 wk |
| Bicornuate uterus | 10 wk |
| Hypospadias | 12 wk |
| Cryptorchidism | 7–9 mo |

*Source*: Smith, 1970.

determining whether there is, in fact, a true teratogenic effect. Moreover, every teratogen that has been realistically tested had a ''no-effect'' level (Wilson, 1971a). Teratogenic induction is a threshold, not a stochastic phenomenon, which characterizes cancer and mutation induction (Brent, 1986a). In contrast with the latter, for which the risk decreases with dosage, but theoretically never disappears, teratogenesis is a multicellular phenomenon, and both the incidence and severity of malformations increase with the dose, as does the percentage of animals affected.

The dosage of a given teratogen properly applied lies within a narrow zone between that which will kill the fetus and that which has no discernible effect. In other words, all doses of a given teratogen are not teratogenic, but, typically, only those that are sufficient to interfere with specific developmental events in the embryo are (Wilson, 1965). It is probable that death and abnormal development are simply different degrees of reaction to the same stimuli, with the rate of mortality and the rate and severity of malformations increasing in roughly parallel fashion as dosage is increased, as a continuum. The embryo has a threshold dosage, above which irreparable changes occur, resulting in malformation or, secondarily, death. In other words, development is not perturbed until exposure of the conceptus exceeds its developmentally regulated threshold. Citing a distinction between embryolethality and teratogenicity, other investigators claim that this correlation does not always exist, nor are death and malformation necessarily related (see Sec. III.C). Indeed, embryolethal effects seem to be distinguished from teratogenic effects with several chemicals, including Triton (Roussel and Tuchmann-Duplessis, 1968), cyclophosphamide (Gebhardt, 1970), and 6-aminonicotinamide (Chamberlain and Goldyne, 1970).

As a rule, administration of a suitable dosage of a teratogen generally results in the production of some normal offspring, some malformed offspring, and some dead or resorbed offspring, with or without maternal toxicity. When exposure increases above the no observable effect level (NOEL), the incidence and the severity of adverse developmental effects increases. The production of anomalous offspring has been described by Woollam (1958) as a "reproductive near-success." The dose level, then, is of paramount importance. If doses are too high, all the offspring may be dead or resorbed. If too low, there may be no effect on the fetus, and the chemicals' apparent negative results would then result in a false sense of security concerning safety. Indeed, it has been said that no test can be considered adequate until a dose low enough to permit survival of some normal offspring can be found (Wilson, 1968).

The current concept of dosage is that teratogenic chemicals are hazardous only when they disrupt development of the conceptus at doses not toxic to the adult (Johnson, 1980, 1981). There is clearly a quantitative relation between adult and developmental toxicity (see later discussion). The implication is that a chemical producing terata under these conditions is not necessarily a teratogenic hazard because the chemical would, in essence, be regulated solely by the toxicity to the adult animal. It goes without saying that the greater the separation between toxicity in the maternal organism and teratogenicity, the greater the teratogenic hazard.

Dose–response curves occasionally show a plateau effect in relation to the malformation induced. For example, intraperitoneal treatment of pregnant mice with 200 mg/kg doses of the anticancer drug 5-chlorodeoxyuridine resulted in a 40% incidence of malformed digits of the hindfeet, but this frequency did not change significantly with doses two and three times higher (Nishimura, 1964).

It is often assumed that every chemical agent is potentially teratogenic under the right conditions of application. Indeed, Karnofsky's law as noted earlier, implies this. Certainly, the proper regimen with many compounds given under ideal conditions will evoke a teratogenic response. The teratogenicity of such seemingly innocuous compounds as table salt (Nishimura and Miyamoto, 1969) and drinking water (Turbow et al., 1971) provide examples in support of this view. The data collected on virtually hundreds of appropriately tested chemicals, however, indicate that this is not true. In fact, fully 60% of the agents yet tested in the laboratory to date have shown no evidence of teratogenicity, even though it is conceded that a large number were probably not tested to the fullest extent possible. They may show other classes of developmental toxicity as evidence of disturbed embryonic development, however, as will be discussed later.

It should be emphasized in any discussion concerning dosage that the embryo usually has a greater susceptibility to chemicals than the adult. In fact, a teratogen need not be deleteriously toxic to the mother. This statement is one of the most important corollaries of this principle. Although maternal lethality may be at the upper end of the dosage regimen following embryolethal doses, it need not be. Neubert et al. (1971) have pointed out that this is due to a particular vulnerability of certain embryonic cells that is not found in corresponding adult cells. Furthermore, the embryo may also be exposed to greater concentrations of drug than the adult because of lack of development in the embryo of the enzymes necessary for detoxification (Tuchmann–Duplessis, 1970).

The duration of chemical treatment is another variable. In general, acute dosing schedules are of greater teratogenic insult to the developing embryo than chronic dosing schedules. In rats treated with the anticancer drug dactinomycin, malformations were induced in 28% of the survivors when a single teratogenic dose (200 μg/kg) was given on day 9, the day of greatest sensitivity, yet an even higher total dose (250 μg/kg) given as ten daily injections of 25 μg/kg on days 0–9 resulted in only 9% malformed survivors (Wilson, 1966). Further experiments demonstrated that chronic treatment with the drug at high doses appeared to "sensitize" the dam, so that even moderately teratogenic doses became lethal doses for either the dam or for her offspring. Although no direct evidence was obtained, the mechanism for this phenomenon may be stimulation of drug-metabolizing enzymes in the liver microsomes. Chronic administration of an antihistamine drug also produced different teratogenic results than did acute administration in experiments conducted by another group of workers (King et al., 1965). Pregnant rats treated with 25 mg/kg doses of chlorcyclizine over a

4-day period (days 12–15) produced 16% malformed young, whereas an identical dosage given over a 16-day period (days 1–15) resulted in only 2% offspring with malformations. In later experiments with the same drug, King et al. (1972) demonstrated that after chronic treatment, this drug stimulates its own metabolism. Other drugs of the group, including norchlorcyclizine, cyclizine, and homochlorcyclizine, also show measurable differences during the period of organogenesis, which vary with the length of treatment. Such effects have been observed with many chemicals. Induction of new enzyme systems or enhancement of old ones might also increase the rate of drug elimination from the dam, thereby effectively reducing the dosage and, hence, the teratogenic effect.

Frequency of dosing, even in acute schedules, is another variable. For instance, four injections of cortisone, each 0.625 mg for a total of 2.5 mg, given 6 h apart beginning on day 11.5, produced a higher incidence of cleft palate in mice than did a single dose of 2.5 mg given on day 11.5 (Isaacson and Chaudhury, 1962).

Another aspect of teratogenesis worthy of discussion here is the sometimes highly specific chemical nature of the teratogen itself. For instance, $N,N$-dimethylurea had no teratogenic activity in rats, but $N,N'$-dimethylurea was active under identical experimental conditions (Kreybig et al., 1969). Inoculation of American-strain rubella virus into rabbits produced a teratogenic effect, whereas vaccine containing Japanese-strain virus did not (Kono et al., 1969). 7-Hydroxymethyl-12-methylbenz[a]anthracene was teratogenic in rats, but 12-hydroxymethyl-7-methyl-benz[a] anthracene in an identical experimental regimen, was not (Currie et al., 1970).

There are many experimental studies in which differences exist in teratogenic response when a chemical is given by different routes of administration. These responses are, for the most part, related to differences in absorption owing to concentration of the drug, duration of exposure, and rate of release, or to differences in metabolic fate and the nature of the metabolites reaching the embryo. Some of the interlitter variability commonly encountered in teratogenic studies in animals may be due to such differences (Kalter, 1968b).

Hypervitaminosis A, a potent teratogenic regimen in animals, requires oily solutions of the vitamin to be effective orally. Parenterally, only aqueous solutions produce a teratogenic effect (Kalter, 1968b). Dextroamphetamine induced several types of defects in 38% of the fetuses when given by the intraperitoneal route (Nora et al., 1965), but was not teratogenic when given per os at a much higher dose level in the same species (Yasuda et al., 1967). Thalidomide was active orally, but not intraperitoneally (Cahen, 1966). There are even differences in teratogenic activity with the same route of administration when only the mode of administration is different. For example, Kavlock et al. (1982) found that the fungicide benomyl induced multiple malformations in the rat when given per os, but identical doses fed in the diet elicited fetotoxicity, but not teratogenicity. The opposite result occurred in studies by Staples et al. (1976) with trichlorfon; the pesticide was teratogenic when fed in the diet, but not when dosed by intragastric gavage. The special considerations posed by dermal or topical administration have been more recently addressed (Kimmel and Francis, 1990; Tyl et al., 1993).

The vehicle, carrier, or suspending agent, either by delaying absorption or by prolonging blood levels of the chemical, may also be a confounding factor in assessing teratogenicity of a chemical. Although teratogenic in its own right at high dosages (Caujolle et al., 1967), the solvent dimethyl sulfoxide (DMSO) has shown marked effects in altering the teratogenic response of agents suspended in it. For instance, the drug disulfiram had no teratogenic activity in hamsters when suspended in carboxymethyl cellulose (Robens, 1969), but with DMSO as the vehicle, there was a teratogenic effect that was greater than that produced by DMSO alone. DMSO and ethanol as drug vehicles also influenced the teratogenic response of the antimalarial drug pyrimethamine in rats (Anderson and Morse, 1966).

Finally, a combination of drugs or chemicals may result in a teratogenic effect when either alone has little or no teratogenicity. For instance, cyclophosphamide and 5-fluorouracil given individually to rats at doses of 10 mg/kg produced malformations in frequencies of only 26 and 10%, respectively (Wilson, 1964). Given together at the same dosage, however, these drugs produced

100% malformations. Other interaction effects may also be distinguished. Synergism or potentiation is one type and the most important for teratological considerations in humans, and numerous notable examples in animals are alluded to in the text. Such findings would indicate that similar effects may occur in the human and are reason for substantial concern, considering this species predisposition for multichemical or multitherapeutic exposure.

## III.  MANIFESTATIONS OF DEVIANT DEVELOPMENT

There are four recognized manifestations or classes of deviant or disruptive development of the conceptus: malformation, growth retardation, embryolethality (death), and functional impairment. Several recent publications are available on the subject (Tyl, 1993; Rogers and Kavlock, 1996; Hood, 1997; Korach, 1998).

## A.  Malformations

Malformations are the principal parameter assessed in the determination of potential teratogenicity of a drug or other chemical. However, in this work, the broader concept of ''developmental toxicity'' will be used where appropriate because potentially deleterious chemicals are also capable of producing, in addition to outright malformation, the three different kinds or classes of toxicity just mentioned. Normal values for the endpoints affected by drug or chemical exposures in pregnancy in the human are shown in Table 1-5.

Strictly speaking, malformations are one indicator of developmental toxicity. They may be either single or multiple (polymorphic). Teratogens may increase the frequency of a spontaneously occurring malformation, or they may induce types of malformations rarely seen spontaneously. The initial teratogenic effect probably occurs through programmed cell death, now commonly termed apoptosis, or alteration in the rate of cell growth, but the final deformity represents not only the consequence of this direct injury, but also of secondary regenerative processes that follow it (Wilson, 1959; Haring and Lewis, 1961). As summarized by Wilson (1973), the pathogenesis of malformation can usually be shown to begin as one or more overt occurrences, such as cell death, reduced biosynthesis, impaired morphogenetic movement, failed tissue interaction, or mechanical disruption. Possible mechanisms for these events include mutation, chromosomal aberration, mitotic interference, altered nucleic acid or energy sources, biosynthetic imbalance, enzyme inhibition, osmolar imbalance, or altered membrane characteristics. Thus, a variety of cellular and molecular mechanisms exist. Among the agents identified as human teratogens, mutagenic and epigenetic activity is also a characteristic, according to Bishop et al. (1997). In addition to true *malformation* as we have been discussing thus far, there are two other types of anomalies that need to be distinguished: deformation and disruption (Cohen, 1982). *Deformation* refers to alteration in shape or structure by wholly mechanical factors, whereas *disruption* consists of breakdown of an otherwise normal developmental process; thus, neither has direct connotation in induction of anomalies by drugs and chemicals. Indirectly, however, they may have application in teratogenesis. Cocaine is a good example of an agent that causes disruption (through vasoconstriction); deformation is observed in association with various drug effects.

It is important to recognize that because there are multitudinal causes of malformations, each animal species, including the human, has a continuing occurrence of congenital malformations for which no cause is readily discernible. Indeed, they may be indistinguishable from teratogen-induced defects when they occur in low incidence. These are the so-called spontaneous malformations, or the ''background'' or ''natural'' incidence of congenital malformations characteristic of the species. They may well not be the result of single genetic or extrinsic factors, but of a combination of both genetic and environmental factors (Wilson, 1973). These spontaneous malformations occur at variable rates among the various species (Table 1-6). For instance, they are observed less frequently in the rat and rhesus monkey than they are in the mouse or rabbit. The incidence in the human is

**TABLE 1-5**  Reproductive and Developmental Endpoints Affected by Chemical or Drug Exposures During Pregnancy in Humans

| Endpoint | Reported normal (approximate) rate (U.S.) | Refs. |
|---|---|---|
| Maternal weight gain (lb) | 24 | Miller and Merritt, 1979 |
| Maternal mortality | 0.7:10,000 | Chez et al., 1976 |
| Infertility[a] | 15% | Rosenberg, 1984 |
| Spontaneous abortion[b] | 15% | Rosenberg, 1984 |
| Livebirths[c] | 86.7% | Slater, 1965 |
| Prematurity | 6.4–9.2% | Chez et al., 1976 |
| Prolonged labor | 2.4% | Chez et al., 1976 |
| Low birthweight[d] | 7% | Rosenberg, 1984 |
| Birth defects | | |
|   Minor[e] | 140:1000 | Hook, 1981 |
|   Major[e] | 4% | Rosenberg, 1984 |
|   At birth[e] | 20–30:1000 | Hook, 1981 |
|   At 1 yr | 60–70:1000 | Hook, 1981 |
|   Physically handicapped at 2 yr | 16.7% | Sholtz et al., 1976 |
| Function | | |
|   Minor mental retardation[e] | 3–4:1000 | Hook, 1981 |
|   Severe mental retardation[e,f] | 0.4% | Rosenberg, 1984 |
|   Neurologically abnormal at 1 yr | 16–17% | Chez et al., 1976 |
| Death | | |
|   Early embryonic–fetal[g] | 11–25% | Hook, 1981 |
|   Late fetal[h] | 9.8:1000 | Hook, 1981 |
|   Stillbirth[h] | 2% | Rosenberg, 1984 |
|   Neonatal[i] | 9.9:1000 | Hook, 1981 |
|   Infant[e,j] | 14.1:1000 | Hook, 1981 |
|   Childhood, 1–4 yr | 0.95:1000 | Sholtz et al., 1976 |
|   Pregnancy loss[k] | 31% | Wilcox et al., 1988 |

[a] Impaired fecundity; defined as failure to achieve pregnancy after 1 year without contraceptive use.
[b] Less than 20 wk gestation.
[c] As percentage of total pregnancies.
[d] Less than 2500 g.
[e] Of livebirths.
[f] IQ <50.
[g] End of 4th wk on.
[h] 21+ wk gestation.
[i] 28 days.
[j] <1 year old.
[k] Total pregnancy loss, including spontaneous abortions.

seen to vary appreciably in the cited data. The method of determination of abnormalities imparts some variance, and there may be actual differences in frequency in different locations of the world, or in the types of malformations considered, or in the period of observation, be it at birth or in the neonatal period. Overall, it would appear that the total percentage of major malformations for all infants born after the 28th week of pregnancy, with an observation period of 1 year after birth, would appear to be in the range of 4% (Lamy and Frezal, 1961), up to 7% or so (Hook, 1981).

**CHAPTER 1**

**TABLE 1-6**  Spontaneous Malformation Rates for Various Species of Animals

| Species | Range (%) of malformations reported | Refs. |
|---|---|---|
| Mouse | <1–18.6 | Collaborative study, 1967; Kalter, 1968a; Frohberg, 1969; Heinecke, 1972; Palmer, 1972, 1977; Perraud, 1976; Harris et al., 1980; Kameyama et al., 1980; Morita et al., 1987; Szabo, 1989; Bussi et al., 1996 |
| Rat | 0.02–1.9 | Tuchmann–Duplessis, 1965; Grauwiler, 1969; Banerjee and Durloo, 1973; Perraud, 1976; Shoji, 1977; Palmer, 1977; Frohberg, 1977; Beall and Klein, 1977; Woo and Hoar, 1979; Beltrame and Cantone, 1979; Kameyama et al., 1980; Rodwell et al., 1986; Morita et al., 1987; Szabo, 1989; Clemens et al., 1994; Savary et al., 1994; Horimoto et al., 1995; Nawatsuka et al., 1995 |
| Rabbit | 0.7–14.1 | Chai and Degenhardt, 1962; Tuchmann–Duplessis and Mercier–Parot, 1964; Hay, 1964; Cozens, 1965; Gibson et al., 1966; Palmer, 1968, 1977; Grauwiler, 1969; Aeppli et al., 1971; Pasquet, 1974; Frohberg, 1977; Sugisaki et al., 1979; Crary and Fox, 1980; Kameyama et al., 1980; Woo and Hoar, 1982; Stadler et al., 1983; Rodwell et al., 1986; Morita et al., 1987; Christian et al., 1987b; Szabo, 1989; Feussner et al., 1992; Clemens et al., 1994; Horimoto et al., 1995; Kovacs et al., 1995; Matsuo and Kast, 1995; Nawatsuka et al., 1995; Cicalese et al., 1996 |
| Ferret | <1 | McLain et al. 1981; Noden, 1981 |
| Guinea pig | 0.02 | Capel-Edwards and Eveleigh, 1974 |
| Hamster | 0.4 | Shenefelt, 1978 |
| Dog | 0.2–7.1 | Anderson, 1957; Reinert and Smith, 1963; Fox, 1966; Smith and Scammell, 1968; Redman et al., 1970; Marsboom et al., 1971; Leipold, 1977; Potkay and Backer, 1977; Kameyama et al., 1980 |
| Cat | 1.2 | Priester et al., 1970 |
| Sheep | 1.8–9.1 | Hughes et al., 1972; Dennis, 1974; Saperstein et al., 1975 |
| Cow | 0.2–3.0 | Leipold et al., 1970, 1972, 1983 |
| Swine | 0.6–9.8 | Jordan and Borzelleca, 1975; Selby et al., 1971 |
| Rhesus monkey | 0.1–7.1 | Wilson and Gavan, 1967; Valerio et al., 1969; Krilova and Yakovleva, 1972; Tanioka and Esaki, 1977; Rawlins and Kessler, 1983 |
| Squirrel monkey | 1.3 | Wilson and Gavan, 1967 |
| Japanese monkey | 16.8 | Furuya, 1966 |
| Cyno monkey | 0.4–5.5 | Wilson and Gavan, 1967; Ihara et al., 1992, 1996; Oneda et al., 1998 |
| Baboon | 0.5 | Hendrickx, 1966 |
| Bonnet monkey | 0.3 | Hendrickx and Newman, 1973 |
| Chimpanzee | 0.6 | Wilson and Gavan, 1967 |
| Human | 0.14–13.8 | Sholtz et al, 1976 |

These statistics do not indicate the total of all malformations, however, for some defects, such as many visceral and metabolic malformations, are not manifested until later in childhood, in adolescence, or even in adulthood. In fact, data indicates that birth defect incidence rates increase between 3.5 and 5-fold between 6 days and 5 years of age (Christianson et al., 1981). Moreover, data cited does not include embryonic malformations, which may account for an incidence of 12–25% (Lamy and Frezal, 1961). The frequency and character of malformations also varies in multiple birth: incidences of 1.4% in single births, 2.7% in twins, and 6.1% in triplets have been reported (Onyskowova et al., 1971).

There are also significant differences in malformation rates among strains and breeds, even of the same species, as illustrated for one species, the mouse, in Table 1-7. This is due to genetic makeup of the particular strain.

The specific types of malformations occurring in different species are also variable. Whereas most types of malformations are observed in most or all species of animals, the individual malformations and their frequency of occurrence are somewhat species-dependent. Thus, eye defects, exencephaly, polydactyly, and cleft palate are seen quite commonly in mice (Flynn, 1968; Kalter, 1968a). Rabbits, however, have limb defects, umbilical hernias, and craniofacial defects more frequently than other types of malformations (Chai and Degenhardt, 1962; Staples and Holtkamp, 1963; Cozens, 1965; Palmer, 1968, 1969; Grauwiler, 1969; Woo and Hoar, 1982). Rats have a low incidence of spontaneous anomalies and appear to have no predominant type, although various sorts of skeletal malformations are probably observed most often (Grauwiler, 1969; Banerjee and Durloo, 1973). Eye defects are also common in rats. Dogs are particularly susceptible to hip dysplasia, limb and renal defects, and hernias (Smith and Scammell, 1968; Priester et al., 1970).

Although monkeys appear to have no predominant type of abnormality, appendicular defects are the most common external malformation (Wilson and Gavan, 1967; Wilson, 1972a,b). Cerebellar hypoplasia and umbilical hernias in cats, cryptorchism in horses, and umbilical hernias in cows and pigs are the most common types of spontaneous defects occurring in those representative

**TABLE 1-7**   Spontaneous Malformation Rates Among Different Strains of Mice

| Mouse Strain | Malformations reported (%) | Refs. |
|---|---|---|
| Swiss | 0.5–1.5 | Collaborative study, 1967 |
| ddY/Slc | 0.6 | Kameyama et al., 1980 |
| CD-1 | 0.84–9.9 | Perraud, 1976; Palmer, 1977 |
| Crl:CD-1(ICR)BR | ~0.2 | Bussi et al., 1996 |
| CE | 0.9 | Heinecke, 1972 |
| Slc/ICR | 1.4–12.1 | Kameyama et al., 1980; Morita et al., 1987 |
| NMRI | 1.5–2.8 | Frohberg, 1969; Heinecke, 1972 |
| CFW | 1.7 | Heinecke, 1972 |
| Jcl/ICR | 0.4–2.6 | Kameyama et al., 1980; Morita et al., 1987 |
| Ta/CF 1 | 2.1 | Kameyama et al., 1980 |
| CF1 | 3.0 | Rugh, 1968 |
| DBA | 3.2–15.7 | Heinecke, 1972 |
| C3H | 3.3 | Heinecke, 1972 |
| 129 | 4.0 | Kalter, 1968a |
| ICR | 5.4–6.8 | Harris et al., 1980 |
| C57Bl | 5.9–10.1 | Kalter, 1968a; Heinecke, 1972 |
| A | 10.4 | Kalter, 1968a |
| A/Jax | 18.6 | Heinecke, 1972 |
| Crj/CD-1 | 7.2 | Morita et al., 1987 |

species (Priester et al., 1970). Ferrets most commonly have open eye, gastroschisis, and anencephaly (McLain et al., 1981). Limb, jaw and gonadal defects occur most frequently in sheep (Dennis, 1974).

Various types of defects are observed in humans. Approximations of population incidences for the most common of these are listed in Table 1-8. Ethnic, racial, and geographic factors influence the incidence figures appreciably (Warkany, 1971). For example, discounting polydactyly, common to black infants, one usually finds incidence figures lower among blacks than whites. Anencephaly occurs frequently in Ireland and Scotland, whereas it is rare in other localities.

Certain types of malformations occur in the human with greater frequency in one gender, presumably owing to genetic factors. Thus, anencephaly, spina bifida, cleft palate, umbilical hernia, and rotational foot defects have a higher incidence in females than in males, whereas hydrocephalus, cleft lip, omphalocele, esophageal and anorectal defects, poly- or syndactyly, flexion foot deformities, and reduction deformities occur more frequently among males (Hay, 1971). Total malformation rates are reportedly higher in males than in females (McIntosh et al., 1954), whereas multiple malformations occur more frequently in females than in males (Fujikura, 1968).

In animals, a significant sexual predisposition to induced malformations has not been commonly observed. However, Scott et al. (1972) reported that the limb defects observed in rats treated with

**TABLE 1-8**   Frequency of Selected Congenital Malformations in Humans

| Malformation | Incidence rate (per 10,000) |
|---|---|
| Hydrocele | 30.7 |
| Undescended testis | 27.5 |
| Hip dislocation | 27.0 |
| Hypospadias | 27.0 |
| Skin hemangioma | 25.7 |
| Patent ductus arteriosus | 25.4 |
| Clubfoot | 24.5 |
| Polydactyly | 20.5 |
| Rh hemolytic disease | 15.6 |
| Ventricular septal defect | 14.7 |
| Cleft lip–palate | 13.4 |
| Skull anomalies, unclassified | 12.8 |
| Down syndrome | 7.9 |
| Abdominal wall anomalies | 7.0 |
| Syndactyly | 6.7 |
| Hydrocephaly | 5.6 |
| Intestinal anomalies, unclassified | 4.9 |
| Spina bifida | 4.9 |
| Limb reduction deformity | 3.5 |
| Anencephaly | 3.3 |
| Absence umbilical artery | 3.2 |
| Lungs agenesis | 2.5 |
| Microcephaly | 2.2 |
| Renal agenesis | 1.6 |
| Cataracts | 0.9 |

*Source*: Birth Defect Monitoring Program, U.S. Congress, 1985.

the diuretic drug acetazolamide occurred in a twofold greater proportion among female fetuses than among males. In the human, sex-specific malformations were reported in offspring of women treated during pregnancy with oral contraceptives: There was a bias toward males (Linn et al., 1983).

Several notable features concerning drug- or chemically induced abnormalities should be mentioned here. First, induced malformations are usually bilateral in paired organs. This is not meant to infer perfect mirror-image symmetrical deformities, but rather, simple involvement of both sides. For instance, the limb defects in thalidomide embryopathy in German victims were always bilateral (Lenz, 1971). Thus, it appears that for limb defects, at least for those caused by known chemical teratogens, tend to be bilateral (Smith, 1980; Wilson and Brent, 1981). Notable exceptions are known, however. These include *left-sided* limb or digit malformations in rats or mice following treatment with nitrous oxide (Fujinaga et al., 1988), adenine (Fujii and Nishimura, 1972), cadmium chloride (Barr, 1973), and acetoxymethyl methylnitrosamine (Bochert et al., 1985). *Left* lung hypoplasia was recorded in mice and *right* lung hypoplasia in rats with the same agent, nitrofen (Ueki et al., 1990). *Right-sided* gonadal agenesis was a feature in hamsters treated with nitrofen (Gray et al., 1985).

Second, known teratogens produce a more or less specific pattern of defects; isolated anomalies are not the rule. Thus, one would not expect a teratogenic agent to induce cleft palate in one case, limb defects in another, or closure abnormalities in still another. A teratogen might produce a single specific or a whole pattern or syndrome of defects, but these would have some degree of uniformity from case to case, if chemically induced.

Induction of malformations by teratogens in animals of abnormalities having no counterpart in the human (e.g., tail defects) should not give comfort in interpretation. In some instances, identical (concordant) defects are not induced in animals and humans, even with the same teratogen (see Table 2-6, and Schardein, 1998); mimicry is not a necessary, or even expected, outcome.

Chemicals capable of inducing malformations also hold the potential for inducing other classes of developmental toxicity. These other manifestations of deviant development have been referred to in the past as embryotoxic or fetotoxic effects, and fit under the umbrella of the newer, more appropriate terminology *developmental toxicity*. One often misunderstood aspect, or misused terminology, in relation to developmental toxicity is that all teratogens are developmentally toxic, but not all agents that are developmentally toxic are teratogenic, the distinction is because there are four classes of developmental toxicity, of which teratogenesis is one. Thus, in addition to malformation, which we have already discussed, are other manifestations of toxicity in the offspring, consisting of growth retardation, death, and functional alteration. The latter term has evolved recently into another aspect of teratology and has been referred to by some as *behavioral teratology* (see Sec. III.D). In spite of this latter connotation, none of these other classes is a teratogenic effect.

## B.  Growth Retardation

As an indicator of developmental toxicity, fetal size is an important parameter in the assessment of potential teratogens. In fact, it is, the most appropriate endpoint in the analyses of benchmark doses (see later discussion) for several toxicants (Allen et al., 1996). Reduction in size or growth retardation commonly occurs among fetuses of dams given dosages that are toxic to the dam, to the offspring, or both. ''Stunting'' is often a feature of malformed fetuses in animals. As a rule, any potent classic teratogen will produce growth retardation, in addition to malformation and resorption (Brent and Jensh, 1967). Indeed, overall growth retardation is thought by some investigators to constitute a state of increased susceptibility to congenital malformations (Spiers, 1982). Numerous agents are known to cause intrauterine growth retardation (IUGR). Limits for IUGR in humans have rather arbitrarily been defined as birth weights less than 2500 g (Miller, 1981).

In a large series of consecutive pregnancies in the human, the incidence of IUGR was 5.3%; perinatal mortality among these infants occurred three times more often than normal (Low and Galbraith, 1974). Another publication reported that IUGR complicates 3–10% of pregnancies in the United States (Seeds, 1984). In another study, 86% of perinatal deaths were found in the IUGR

**CHAPTER 1**

group (Callan and Witter, 1990). Up to 20% of spontaneous abortions exhibit severe embryonic growth retardation (Nelson et al., 1971), and birth defects are also more prevalent among babies with low birth weight. For instance, in one report, more than one-third of those weighing less than 2041 g (4.5 lb) at birth were defective, whereas only 9% of those between 2041 and 2495 g (4.5 and 5.5 lb) and 6% of those weighing more than 2495 g (5.5 lb) were afflicted with defects (National Foundation, 1975). In another study, severe congenital anomalies had a much higher incidence among children who weighed 2500 g or less at birth than among those who were heavier (Christianson et al., 1981), and the same effect had been previously reported by others (van den Berg and Yerushalmy, 1966; Scott and Usher, 1966). IUGR is not uncommon in infants with severe and multiple malformations (Warkany, 1971). In addition, overwhelming congenital infections, neonatal deaths, and long-term neurological and intellectual deficits have been recorded more frequently than among infants with normal growth (Miller, 1981). Infants who show evidence of dysmaturity or IUGR have as much as a 33–50% chance of having a learning disability (Hill et al., 1979). In humans, IUGR is a different entity than small-for-gestational-age (SGA) newborns, and the two should be distinguished from each other (Wilcox, 1983; Goodlin, 1990).

## C.  Embryolethality

Death of offspring is another class of developmental toxicity. Normally, embryonic and early fetal loss occur in approximately one out of every two pregnancies in the human (Shepard and Fantel, 1979), whereas intrauterine fetal death (after 20 weeks of gestation) occurs at a rate of approximately 9:1000 live births in this country (ACOG, 1986). Put in other terms, the rate of pregnancy loss, including clinically recognized spontaneous abortions, was 31% in one study (Wilcox et al., 1988). As will be apparent, fetal death is often associated with the occurrence of congenital malformations; the pattern may simply be a positive relation between several forms of toxicity to the embryo or fetus, as suggested earlier. Death can also occur neonatally from earlier effects; an incidence of 1% has been estimated in humans (Hook, 1981).

Intrauterine death, similar to other classes of developmental toxicity, is distributed along a dose–response curve (Wilson, 1980). In the laboratory, it is manifested in a temporal relation and referred to as pre- or postimplantation loss. When there is undue toxicity early in pregnancy in animals, the embryo dies, is resorbed, and only the presence of the site of implantation (as a metrial gland) is indicated (i.e., the process of resorption); its counterpart in the human is miscarriage or spontaneous abortion, with the product usually expulsed from the uterus before the 20th week. If death occurs later in pregnancy, the fetus cannot be wholly resorbed, and a stillborn or dead and often macerated fetus, is the result in both animals and humans. In either event, these responses are due to toxic responses of the embryo or fetus.

Mortality may primarily be due to the direct action of chemicals on the conceptuses, regardless of whether they are coincidentally malformed or not, or it may be secondary to maternal effects, and it is difficult, if not impossible, to distinguish the two (Kalter, 1980). Many teratogens have nonspecific, systemic effects on the dam and the embryo coincident with their effects on morphological development. If embryos do not recover, the outcome will then be the concurrent induction of death and malformation, and the frequency of both will vary with the chemical. Other teratogens cause primarily morphological maldevelopment, that, when of a severe degree or of a critical part, may lead to embryonic death; this outcome is characterized by an inverse relation between death and deformity. Intrauterine death may be the easiest manifestation of embryotoxicity to quantitate, but its relation to other toxicity varies considerably (Wilson, 1980).

In the human, several correlations between death and malformation have been noted. It appears that spontaneous abortion serves as a means of selectively terminating abnormal conception; indeed, 95% of abnormal pregnancies are believed to terminate in this way (Haas and Schottenfeld, 1979). At examination of products of conception, an incidence of 81% of gross pathological changes or localized anomalies was found in one study (Stratford, 1970), whereas about one-half of aborted

fetuses and about 20% of stillborns were said to be deformed in some way in other reports (Stevenson, 1961; Poland et al., 1981).

## D. Functional Impairment

As pointed out editorially some time ago,* birth defects can be covert as well as overt—they can affect behavior as well as anatomy. To many persons, the idea that children may have lower intelligence or impaired behavior because they were exposed in the womb to certain chemicals is at least as disturbing as the notion that they may be physically deformed. However, vital data on functional changes demonstrate that these are significant developmental events in humans. For example, mild and severe forms of mental retardation occur in an approximately 1% incidence, and cerebral palsy in a frequency of 0.3% (Hook, 1981). By 1 year of age, 16–17% of infants are estimated to be neurologically abnormal (Chez et al., 1976). Additionally, 26–61% of mentally retarded infants have associated congenital anomalies (Illingworth, 1959; Malamud, 1964; Smith and Bostian, 1964).

In recent years, increasing attention has been placed on the more subtle, nonstructural alterations produced by drugs and chemicals when given prenatally. Such parameters as motor ability, sociability, emotionality, and learning capacity are examples. Less than a decade ago it was considered that unless there was reason to suspect particular functional deficits, survival and normal growth patterns could usually be taken as ample indication of functional normality (Wilson, 1973). This is no longer true. Evidence has accumulated indicating that if there is exposure to certain agents during critical periods in fetogenesis, specific types of behavioral alterations may result. Such alterations, or abnormalities, in behavior arise as a result of a drug-induced modification of development of specific neurotransmitter systems (Leonard, 1981). Some alterations occur after presumably teratogenic doses; others occur after minimally teratogenic or even subteratogenic dose levels. Examples of agents in which behavioral effects are produced in animal species as the low dose trigger for developmental toxicity are aspirin (Okamoto et al., 1986), ethoxyethanol (Nelson et al., 1981), hydroxyurea (Vorhees et al., 1979a), azacitidine (Rodier et al., 1975), tretinoin (Nolen, 1986), phenytoin (Vorhees, 1987), and methylazoxymethanol (Haddad et al., 1969).

Historically, the first publication to examine behavioral effects from a teratological perspective was that by Haddad and colleagues, in 1969, on prenatal administration of methylazoxymethanol. The 1969–1973 period marks the clear beginning of behavioral teratology as we know it (Vorhees, 1986). Terminology has evolved from functional deficiency, to functional teratology, to psychoteratology, to neurobehavioral teratology, to perhaps most appropriately, *functional developmental toxicology*, defined in a recent document as "the study of the causes, mechanisms, and manifestations of alterations or delays in functional competence of the organism or organ system following exposure to an agent during periods of development pre- and/or postnatally."[†]

Functional effects are not normally evaluated, because the standard protocol traditionally followed in drug and chemical teratology assessments does not include postnatal assessment; the maternal animal is subjected to uterotomy just before term (see Sec. VI). However, behavioral tests have become a common component of developmental toxicity assessments of pharmaceuticals in recent years (see Sec. VI). Several working principles have emerged in this area, in addition to the developmental stage dependency, period of susceptibility, dosage dependency, and genotype interactions, discussed earlier with malformations (Vorhees et al., 1979; Vorhees, 1986; Kimmel, 1988).

Tanimura (1980) pointed out a few classic examples of behavioral teratology in the human; these will be discussed in greater detail in the appropriate sections that follow. Suffice it to say for the purposes of this initial discussion that the hyperactivity, brief attention span, and temper outbursts

---

* *Science* 202:732–734, 1978.
[†] EPA Guidelines for the Health Assessment of Suspect Developmental Toxicants; *Federal Register* 51(185):34028–34040, Sept 24, 1986.

observed in offspring of narcotic-addicted mothers; the mental retardation in children born of women exposed to anticonvulsants, alcohol, or lead; and the abnormal reflexes observed in offspring of methyl mercury-treated mothers, are good examples of behavioral effects attributed to teratogens. Drugs and chemicals established as behavioral teratogens or, more properly, ''functional developmental toxicants'' by one experienced teratologist in the human include alcohol, organic mercury, lead, anticonvulsants, and hypervitaminosis A (Nelson, 1991).


## IV.  OTHER FACTORS IN ASSESSING DEVELOPMENTAL EFFECTS

In addition to malformations and other classes of developmental toxicity, there are other, usually less subtle, reproductive parameters which are assessed in animals that may have relevance to the human species and are reflective of environmental hazard. Their ultimate importance because of possible predictiveness of human hazards dictates that they be discussed here as well as in the appropriate portions of the text.

Thus, in the female, chemicals may affect mating and result in an altered fertility pattern, interfere with the ovulatory process, or affect nidation and result in reduced litters, act on the mother directly and cause abortion, act on the process of parturition and result in prolongation of gestation or dystocia, or inhibit lactation or affect maternal behavior and cause reduced neonatal survival or inhibit neonatal growth. Spontaneous abortion is, in fact, the most likely outcome of exposure to environmental toxicants in the female and, because of its frequency, the power of studies to detect an effect of exposure is much greater than for other pregnancy outcomes (Kline et al., 1977; Stellman, 1979; Sever and Hessol, 1984).

Chemical toxicity to the male may also be manifested in similar fashion. The reproductive cycle may be adversely affected, causing the production of insufficient numbers of, or defective sperm, and result in sterile matings. Anatomical lesions may be induced in testicular (spermatogenic) tissue, and loss of libido and impotence may also occur as the result of chemical toxicity. Detailed examination of these facets of reproductive toxicity lie outside the scope of this work, and are highlighted here only because of the importance they play in affecting developmental processes indirectly.

The discussion thus far has been largely concerned with chemical treatment of the female animal, because fetal effects are generally considered to be mediated largely through the maternal organism. This is because it is believed to be far less likely for birth defects or other developmental toxicity to result from paternal exposure. However, there is evidence that toxic agents may penetrate the blood–testis barrier. For instance, the chemical $\alpha$-chlorohydrin and its metabolites enter the testicular fluid from the blood, and a wide variety of other pharmacological agents also do so (Stellman, 1979).

Even more profoundly, several unique experimental results imply direct paternal effects on the development of the fetus. It may very well be in the future that male-mediated effects on development will be found to have great significance (Soyka and Joffe, 1980).


## A.   Male-Mediated Effects

Among the earliest reported experiments conducted in which effects were seemingly mediated by the male, sperm cells collected from rabbits were suspended in a solution containing the drug colchicine, which was inseminated into untreated does (Chang, 1944). Of the 32 offspring produced, 3 were defective, and polyploidy was observed. In another early study, an uncontrolled one with the classic teratogen thalidomide, male rabbits were treated before mating with untreated females; there were ''gross malformations'' in some offspring (Lutwak-Mann, 1964). Similar experiments with rats gave conflicting results (Husain et al., 1970).

There is increasing experimental and anecdotal evidence that exposure of the father to certain agents can also affect developmental events in the conceptus; although the key male role principally

ends at fertilization, factors relating both to prefertilization and perifertilization exposure also play a role postfertilization (Davis et al., 1992). The absence of extensive human evidence for this should be interpreted as a deficiency in research, rather than an absence of male-mediated adverse reproductive outcomes, and according to one review, some 194 chemical agents have been identified as possessing data relating to male-mediated adverse reproductive outcomes (Davis et al., 1992). A representative number of these are tabulated in Table 1-9. Direct effects on sperm are a likely factor in causing such developmental toxicity, but several related phenomena have been suggested as contributing mechanistic factors (Colie, 1993; Olshan and Faustman, 1993: Hales and Robaire, 1997). Several publications have appeared on male-mediated developmental toxicity (Lowery et al., 1990; Olshan and Mattison, 1994).

## B.   Developmental Variations

Another factor in assessing fetal development, and perhaps the most troublesome issue relating to terms and their usage and influence on interpretation in teratological testing, relates to minor aberrations in structure and variations in ossification that occur in fetal evaluation, including control animals. These occur more commonly than, with and without association to, malformations, and represent delays in growth, minor changes in structure and form, or alteration in differentiation. The most common of these are supernumerary ribs, ossified cervical centra and unossified sternebrae in rats; and supernumerary ribs, unossified sternebrae, and extra vertebrae in rabbits. Among the variations, extra and wavy ribs appear to be most consistently associated with maternal toxicity (Schardein, 1987).

Historically, in fetal evaluation, these findings were earlier termed by various designations, depending on the laboratory, as variations (skeletal, anatomical, homoeotic), common variants, aberrations, retardations, anomalies, deviations, and the like. Today they are more commonly termed ''developmental variations,'' but the source of this term is unknown to me. Concerns about the significance of developmental variations are not new among practicing teratologists. As early as 1973, their relevance in fetal evaluations was considered (Kimmel and Wilson, 1973), and further discussion has ensued up to the present time (Khera, 1981; Kenel et al., 1984; Kavlock et al., 1985; Schardein, 1987; Chernoff et al., 1987; Hood, 1990; Igarashi et al., 1992; Stazi et al., 1992; Tyl and Marr, 1997).

One official document defined *developmental variations* in this manner: ''a variation is a divergence beyond the usual range of structural constitution that may not adversely affect health or survival.''* The IRLG (1986) made no pretext by defining them, but indicated that some variation may represent temporary retardation of growth, development, or degree of ossification, and their effect may be readily reversible with continued maturation; such findings may merit less concern than would those of a more permanent nature. Most importantly, their significance as indicated in the IRLG document is that developmental variations are interpreted to be indicators of developmental toxicity when elicited in a dose-related manner at incidences significantly above comparable control values. The general consensus is, as stated by Marks et al. (1982), that they may be less serious than malformations or mortality, and their relative significance should be weighted accordingly. However, they are, in essence, an additional endpoint in developmental toxicity assessments, and their presence may, in fact, serve to regulate a chemical if not observed in association with the recognized endpoints, as discussed in Sec. III. This view is borne out further in an Environmental Protection Agency (EPA) test rule that stated that the agency does not consider significant increases (in such findings) ''minor'' if observed in the absence of maternal toxicity.[†] It follows that if variations are produced by exposures markedly below those inducing maternal toxicity, the chemical

---

* EPA Guidelines for Health Assessment of Suspect Developmental Toxicants; *Federal Register* 51 (185): 34028–34040, Sept 24, 1986.
[†] *Federal Register* 50 (229):48763, Nov 27, 1985.

**CHAPTER 1**

**TABLE 1-9**   Representative Male-Mediated Developmental Toxicity Reported in Animals and Humans

| Agent | Animals | Humans |
|---|---|---|
| Alcohol | **Rat:** malformations[a] | Syndrome of malformations[d] |
| | Decreased fetal body weight, litter size and brain weight[b] | FAS effects[e] |
| | **Mouse:** malformations[c] | Low birth weight[f] |
| Anesthetics | | Miscarriage[g] |
| Azathioprine | | Malformations[h] |
| Cancer chemotherapeutic agents | | Malformations[i, j] |
| Chlorophenate wood preservatives | | Eye, neural, and genital defects[k] |
| Colchicine | | Malformations[l] |
| Cyclophosphamide | **Rat:** postnatal behavioral effects[m] | Malformations[q] |
| | Increased preimplantation loss[n] | |
| | Generational malformations and behavioral changes[o, p] | |
| 2,4-D + picloram | **Mouse:** developmental toxicity[r] | |
| Dioxin | **Rat:** malformations[x] | Malformations[s–w] |
| | | Neonatal death[s, u] |
| | | Learning and behavioral problems[s] |
| Lead | **Rabbit:** behavioral deficits[y] | Abortion and malformation[z] |
| | | Abortion and stillbirth[aa] |
| Mercury (inorganic) | | Spontaneous abortion[ab] |
| Methadone | **Rat:** decreased fetal weight, increased perinatal mortality[ac] | |
| Methylnitrosourea | **Mouse:** Malformations[ad] | |
| Solvents | | Spontaneous abortion[ae, af] |
| | | Central nervous system defects[ag, ah] |
| Tobacco (smoking) | | Malformations[ai] |
| Unknown (Gulf War) | | Goldenhar's syndrome[aj] |

[a] Mankes et al., 1982
[b] Tanaka et al., 1982
[c] Anderson et al., 1981
[d] Bartoshesky et al., 1979
[e] Abel, 1992
[f] Little and Sing, 1987
[g] Cohen et al., 1975
[h] Tallent et al, 1970
[i] Russell et al., 1976
[j] Green et al., 1990
[k] Dimmich–Ward et al., 1996
[l] Cestari et al., 1965
[m] Adams et al., 1984
[n] Hales et al., 1986
[o] Dulioust et al., 1989
[p] Auroux et al., 1990
[q] Balci and Sanhayalar, 1983
[r] Blakely et al., 1989

[s] Field and Kerr, 1988
[t] Stellman and Stellman, 1980
[u] Lathrop et al., 1984
[v] Donovon et al, 1983, 1984
[w] Balarajan and McDowell, 1983
[x] Chahoud et al., 1991
[y] Nelson et al., 1997
[z] vanAssen, 1958
[aa] Deneufbourg, 1905
[ab] Cordier et al., 1991
[ac] Soyka et al., 1978
[ad] Wada and Nagao, 1994
[ae] Lindbohm et al., 1991
[af] Taskinen et al., 1989
[ag] Olsen, 1983
[ah] Brender and Suarez, 1990
[ai] Mau and Netter, 1974
[aj] Araneta et al., 1997

should be considered a potential hazard to the conceptus (IRLG, 1986). Again, variations are seen to share this characteristic with the other recognized endpoints of developmental toxicity.

## C.  The Modifying Influence of Maternal Toxicity and Designation of "Teratogen"

The modifying influence played by maternal toxicity in interpretation of developmental endpoints is a major issue evolving in recent years (see Kimmel et al., 1987). Maternal toxicity has long been recognized as an expected outcome in teratology assessments, the rationale of this statement being that toxicity in the mother is intentionally elicited in mandated testing requirements, to maximize detection of toxicity in the offspring. It is clear that toxicity to the embryo may be modified or influenced by toxicity to the mother, but it is not yet understood why, under what circumstances, or just how extensive the impairment of maternal homeostasis and resultant compromised health status must be to affect development. In spite of these constraints, it has been suggested by Khera (1987), that certain fetal malformations frequently occur in conjunction with maternal toxicity in animals, including various rib, vertebral, and sternebral defects. This conclusion has been subject to controversy, and it is not supported by several experiments conducted to confirm or deny the association (Rosen et al., 1988; Chernoff et al., 1989; Hood, 1989).

Distinction must be made whether teratogenicity and other developmental toxicity result from a primary action of a chemical on the conceptus, of whether such toxicity is secondary to, and coexistent with, maternal toxicity. The latter situation is not a hazardous one from the safety evaluation viewpoint unless the mother fully recovers and the fetus does not. It is the chemicals' effect on the developing conceptus without affecting the mother that pose the greatest risk. As stated in several official documents (IRLG, 1986; ECETOC, 1986), a major factor in evaluating the relevancy of any developmental toxicity study is the proximity of the dose causing effects in the conceptus to that dose causing maternal toxicity.

As indicated, it is the chemical that disrupts development of the conceptus in the absence of maternal toxicity that is hazardous. This concept was first embraced by Palmer almost 25 years ago (Palmer, 1976). Original observations, carried out by Murphy in 1959, associated acute maternal toxicity with fetal toxicity that subsequently must have played a role in this process. Palmer termed the differential effect "selective embryopathy." Several years later, Fabro and associates (1982) termed chemicals that had this property "teratogenic hazards." At about the same time, Johnson (1980, 1981) examined this question and termed those toxicities resultant from chemical administration that occurred both in the conceptus and the mother as "coaffective toxicities." Thus, chemicals inducing toxicity in the conceptus at dosages not toxic to the mother were "noncoaffective," or "unique or primary developmental hazards." In this manner, the term "teratogen," objectionable to some (see later), could be avoided altogether, if the developmental toxicity induced was malformation, and equal importance was placed on any developmental toxicity induced. The latest term to be applied in this manner is "developmental toxicant," coined by a regulatory body.[3] Thus, the important question is no longer simply whether a given chemical has teratogenic potential, but in the wider context of why teratological screening tests are being done at all for human risk assessment: Is the chemical a "unique" developmental hazard? Does it "selectively" induce developmental toxicity? Fortunately, of the four outcomes possible in teratologic testing (Fig. 1-4), this response occurs 10% or less of the time (Johnson, 1984; Schardein, 1987). The vast majority of chemicals are toxic both to the mother and embryo (75%) or toxic to the mother, but not to the embryo (15%). In the simplest statement: most chemical agents are not hazardous to development. According to Taubeneck et al. (1994), the induction of metallothionein may be an early step in a mechanism responsible for adverse development from maternal toxicity caused by diverse groups of chemicals.

Although dictionaries define a *teratogen* as "an agent or factor that causes the production of physical defects in the developing embryo," the term has been used differently in certain quarters. Wilson's definition (Wilson, 1973) added functional changes as well with terata, a definition in line



**FIG. 1-4**   Outcomes of chemical exposure. (From Schardein, 1987.)

with one from a regulatory body*; but for the purposes defined here, a teratogen causes permanent structural abnormalities during the period of embryonic development.

Another connotation to the term surfaced over 20 years ago. This was the premise that "a test agent is not usually classed as a teratogen if the dose required to produce the adverse effect in the embryo or fetus is overtly toxic to the mother because the induced stress in the mother may itself be teratogenic or otherwise toxic to the young . . ." (Staples, 1975). This definition qualifies its usage, whereas a teratogen by strict lexicon is not qualified by maternal or any other effect. Certainly, the emphasis in the past on screening for teratogenic effects has resulted in the unfortunate appellation by some of reactive chemicals as teratogens, thereby frequently creating unjustified concern and pointing toward regulation, even in the absence of demonstrable hazard. Such an atmosphere has also diverted attention away from other, if not equally important developmental events. To some, abandonment of a definition that has been in use for over 150 years is unjustified, artificial, and creates needless confusion (Schardein, 1987, 1988; Nelson, 1987; Kalter, 1989). To others, the foregoing factors are reasons enough for restriction of the term "teratogen" in safety evaluation studies to only those agents selectively inducing malformation (Black and Marks, 1986; Johnson, 1986). As Johnson (1986) so succinctly stated, if a chemical is labeled as a teratogen without a caveat considering both the degree of selectivity and the dosage level experienced, then the warning itself can precipitate considerations of elective abortion for trivial exposure to nonselective chemicals. Imprecise terminology can be as dangerous to embryos as some chemical exposures. Still, an agent that induces malformations (is teratogenic) at doses 100-fold human exposures is no more hazardous than one that does not have this property at all. Although the semantics discussion appears to be ended, differing uses of the term are still seen in the published literature.

The relation of maternal toxicity to developmental toxicity has been expressed in several ways to clarify the toxicity and, hence, the hazard produced. Ratios based on probit analysis of maternal dose–response data and minimal effective doses of teratogenic data, the "relative teratogenic index" was one measure used (Brown et al., 1982; Fabro et al., 1982). "Embryotoxicity indices" using

---

* EPA, Pesticide Assessment Guidelines Subdivision F, Hazard Evaluation: Human and Domestic Animals, 540/9-82-025, Nov 1982, and Standard Evaluation Procedure, Teratology Studies, Hazard Evaluation Division, OPP (L. D. Chitlik, et al.), 540/9-85-018, June 1985.

ratios of developmental toxicity endpoints and maternal mortality data was another (Platzek et al., 1982). Still another was the "A/D ratio." The concept behind this latter formula: maternal LOEL or NOEL (A) divided by the developmental LOEL or NOEL (D), was devised by Johnson in 1980 and evolved over time (Johnson and Gabel, 1982, 1983; Rogers, 1987; Johnson et al., 1987; Hart et al., 1988). The extrapolation from such calculations of A/D ratios are then applied as hazard considerations. Agents having A/D ratios near unity (1.0) have little hazard potential, whereas those with ratios on the order of 2 or 3 or more represent the developmental toxicity selectivity discussed in the foregoing, and thus represent developmental hazards. Thalidomide for instance, has an A/D ratio on the order of 60. Considerable disagreement among teratologists on the basic concept that makes it useful for hazard assessment (Johnson, 1987, 1988; Rogers et al., 1988; Daston et al., 1991; Setzer and Rogers, 1991) led to its demise. It may be that no single index of developmental hazard will apply or is, in fact, necessary.

## D.  Pharmacokinetic Considerations

There are four basic factors that determine the action of chemicals and drugs on tissues: absorption, distribution, biotransformation (metabolism), and elimination, or excretion. Pharmacokinetics is the study of those factors that govern the time course of the concentrations of the biologically active forms of the agent relative to the incidence and magnitude of the toxicological response (Gillette, 1987).

Pregnancy itself alters pharmacokinetics through physiological changes that occur normally (Table 1-10). These changes are required for successful pregnancy and lactation and result from the resetting of maternal homeostatic mechanisms to deliver essential nutrients to the fetus and remove heat, carbon dioxide, and waste products from the fetus (Mattison et al., 1991).

**TABLE 1-10**  Physiological Changes That May Alter Toxicokinetics During Pregnancy

| Physiological parameter | Change |
| --- | --- |
| Absorption | |
|     Gastric emptying time | Increased |
|     Intestinal motility | Decreased |
|     Pulmonary function | Increased |
|     Cardiac output | Increased |
|     Blood flow to skin | Increased |
| Distribution | |
|     Plasma volume | Increased |
|     Total body water | Increased |
|     Plasma proteins | Decreased |
|     Body fat | Increased |
| Metabolism | |
|     Hepatic metabolism | $\pm$ |
|     Extrahepatic metabolism | $\pm$ |
|     Plasma proteins | Decreased |
| Excretion | |
|     Renal blood flow | Increased |
|     Glomerular filtration rate | Increased |
|     Pulmonary function | Increased |
|     Plasma proteins | Decreased |

*Source*: Mattison et al., 1991.

**CHAPTER 1**

Drugs and chemicals that have a low molecular weight, are lipid-soluble, are in a nonionized (nonpolar) state, and have low protein binding, reach the fetus to the greatest possible extent (Zenk, 1981). It is the pharmacokinetic properties of the agent that influence the amount of exposure to the fetus and, hence, the toxicological response to its disposition. Thus, the study of pharmacokinetics of a given agent is of importance in assessing its effects on development. Factors that affect chemical disposition in the mother and fetus include (a) altered maternal absorption; (b) increased maternal unbound drug fraction; (c) increased maternal plasma volume; (d) altered hepatic clearance; (e) increased maternal renal blood flow and glomerular filtration rate; (f) placental transfer; (g) possible placental metabolism; (h) placental blood flow; (i) maternal–fetal blood pH; (j) preferential fetal circulation to the heart and brain; (k) undeveloped fetal blood–brain barrier; (l) immature fetal liver enzyme activity; and (m) increased fetal unbound drug fraction (Loebstein et al., 1997). Drug disposition in the maternal–placental–fetal system is depicted in Fig. 1-5.

It has been suggested experimentally with the anticonvulsant valproic acid, that maintaining plasma concentrations in the experimental animal that are comparable with human therapeutic drug levels should offer a more realistic model for drug testing (Nau et al., 1981). Furthermore, studies with salicylic acid in rats demonstrated useful pharmacokinetic applications critical for predicting teratogenic outcome with the drug (Kimmel and Young, 1983). Physiologically based pharmacokinetic modeling of expected fetal exposure with trichloroethylene in rats indicated that such studies should prove helpful in the design and interpretation of teratological studies with a variety of volatile chemicals (Fisher et al., 1989).

Pharmacokinetic modeling in developmental toxicity studies is becoming very common. Several recent publications provide interesting data on modeling: The teratogenic effects of valproic acid (Nau et al., 1985) and caffeine (Bonati et al., 1984) correlated with peak ($C_{max}$) drug levels, whereas cyclophosphamide and retinoid teratogenicity were related to lowered concentration–time curves (AUC) (Nau, 1986). Several useful publications exist on pharmacokinetics use in developmental toxicity studies and should be consulted for additional information on this topic (Jusko, 1972; Levy, 1981; Nau, 1986, 1987; Faustman and Ribeiro, 1990; O'Flaherty and Scott, 1997).

## E.  Structure–Activity Relations

One of the most potentially promising measures of teratologic risk would appear to be the structure–activity relations (SAR) of chemicals. For certain toxic phenomena this relation seems relevant.



**FIG. 1-5**  Drug disposition in the maternal–placental–fetal system. (From Loebstein et al., 1997.)

For instance, certain molecular functional groups may impart carcinogenic properties, (e.g., some polynuclear aromatics, hydrazines, *N*-nitroso groups, and α- and β-unsaturated lactones) (IRLG, 1979). To date, however, analysis of such relations has largely been unfruitful relative to teratogenicity.

Perhaps one of the first investigators to examine SAR was Schumacher (1975). He worked with thalidomide and some 60 of its hydrolysates and structural analogues. Although his research demonstrated that very strict structural requirements govern the teratogenic effects of thalidomide and related compounds, especially the presence of an intact phthalimide or phthalimidine moiety, no conclusive evidence was produced that connects any special chemical property of thalidomide with its teratogenic effects. On this basis he concluded that structure–activity studies were of no predictive value for teratogenicity.

Another early investigation of SAR and teratogenesis found that most of the 527 teratogens listed in the 1979 *Registry of Toxic Effects of Chemical Substances** displayed less than 35 chemical structures in common (Kolb-Meyers and Beyler, 1981). These workers then proposed a simple procedure, based partly on these structures, on how to make an educated guess about teratogenic potential of a chemical that has not been tested. By this procedure, one should assume teratogenicity of an agent if the chemical in question is a derivative, homologue, or isostere of a known teratogen; if it has a structure displayed by known teratogens; and if it has the type of biological activity displayed by known teratogens. Unfortunately, as will be evident throughout this work, this sort of simplified analysis does not allow sufficient preciseness to identify teratogens with surety.

In a similar mode, Enslein et al. (1983) suggested a model for ranking the probability of chemicals for inducing teratogenicity, based on the SAR of 430 chemicals compiled from several databases. By 1989, he had developed four submodels, based on acyclics, alicyclics, carboaromatics, and heteroaromatic structures, and claimed an overall accuracy of 92.4–96.4% (Enslein, 1989). Further application of the model is awaited.

The SARs as they apply to specific chemicals or groups of chemicals are discussed in the text proper in the appropriate section. For a general overview on SAR of specific chemical groups, the reader is referred to representative publications on hydantoins (Brown et al., 1982), plant steroids (Brown and Keeler, 1978a,b,c), azodyes (Ostby et al., 1987), fragrance additives (Abramovici and Rachmuth-Roizman, 1983), aliphatic acids (DiCarlo et al., 1986), mycotoxins (Betina, 1989), substituted phenols (Kavlock, 1990), plant alkaloids (Gaffield, 1986), glycols and glycol ethers (Johnson et al., 1984), carboxylic acids (Coakley et al., 1986; DiCarlo, 1990), various arotinoids (Willhite et al., 1984, 1989; Willhite and Dawson, 1990; Howard et al., 1987, 1988; Flanagan et al., 1987; Nau, 1994), and chemical agents in general (Wassom, 1985; Kavlock, 1993; Macina et al., 1997). The consensus on SAR and relevance to teratogenic hazard assessment is that they may have some use on an intragroup basis, but have limitations in usefulness when comparing chemical agents across chemical groups.

## V.   USE OF ANIMAL MODELS TO ASSESS HUMAN RISK

Over the years, many investigators have recommended the use of specific species of laboratory animals to assess risk to the human. In addition to the more universally accepted laboratory animals (mouse, rat, and rabbit), other species have been proposed in recent years, including the hamster (Ferm, 1967; Shah, 1979), guinea pig (Kromka and Hoar, 1973), dog (Mulvihill and Priester, 1973; Earl et al., 1975; Esaki et al., 1980), swine (Earl et al., 1972, 1975; Book and Bustad, 1974; Palludan, 1977), cat (Khera, 1976), ferret (Mould et al., 1973; Beck, 1975; Beck et al., 1976; Gulamhusein and Beck, 1977; Hoar, 1984b; Hoar and Christian, 1992), and various species of primates (Courtney et al., 1967; Courtney and Valerio, 1968; Wilson et al., 1970; Tanimura and Shepard, 1970; Wilson,

---

* Publication of the U.S. Department of Health and Human Services. U. S. GPO, Washington, DC, 1980.

1971b, 1972b; Poswillo et al., 1972; Weber and Grauwiler, 1972; Lister, 1974; Bruggemann and Grauwiler, 1976; Siddall, 1978; Hendrickx and Binkerd, 1979, 1990; Hendrickx and Cukierski, 1987; Korte et al., 1987). General articles on animal models in teratogenesis are available (Amann, 1982; Hill, 1983; Calabrese, 1984; Palmer, 1985; Schardein et al., 1985; Webster, 1988).

There is no a priori basis for selecting a certain species as a suitable model for predicting the hazard to humans. Indeed, the results shown by testing in animals demonstrate quite convincingly that for the few proved human teratogens, no one species of laboratory animal has clearly demonstrated, to everyone's satisfaction, to be the one of choice at the exclusion of all others.

It is generally considered by scientists and regulatory officials responsible for safety evaluation that for realistic testing, the mammalian maternal–placental–embryonic relation is essential (Wilson, 1978). Also, inbred strains of animals are probably more valid indicators than outbred strains in assessing teratogenic response (Kalter, 1981). A laboratory animal to be used in evaluating human teratogenic risk would ideally be chosen because it metabolizes and distributes the compound and transfers it across the placenta in ways similar to humans (Wilson, 1975). In other words, predictive drug toxicity should be assessed in those laboratory animals that are most likely to reflect toxicity in humans (Boyd, 1968). The human species is generally more sensitive to chemical exposure than are other species. As far as teratogens are concerned, most of the putative teratogens in the human have teratogenic activity at fractional doses compared with those demonstrated in the laboratory in various species (Schardein, 1983; Schardein et al., 1985; Schardein and Keller, 1989).

Lacking an ideal animal, the best compromise would appear to be the use of two laboratory species that collectively encompass most of these desirable features. Which species, then, are most desirable for testing? There is almost universal disagreement on this point. In one large comparative study, the rabbit and primate were considered most appropriate for general screening (Schardein, 1983). In another study evaluating animal model responses in predicting human effects, the rat, mouse, hamster, several species of primates, and the rabbit, in descending order, showed fairly reliable ability to flag human developmental toxicants (Schardein and Keller, 1989). The addition of a second species, especially the rabbit, to any of the others enhanced this capability to absolute predictability in the limited study of 54 chemicals and drugs.

Tuchmann–Duplessis (1972) stressed that although animal experiments give only an approximation of the possible effects in humans, not a single chemical exists that is teratogenic in the human that also has not produced malformations in rodents. Thus, in his vast years of experience, he never found basic differences in the susceptibility to teratogenic agents between the two. There are several exceptions (see Table 2-6). The WHO Scientific Group (1967), many years ago, expressed a more cautious view concerning the extrapolation of experimental results from rodents to humans, stating that

> [A]lthough it has been possible in the mouse, rat and rabbit to demonstrate teratogenic activity by all substances that have been shown to be teratogenic in man, there is no absolute assurance that negative results obtained by testing drugs in these species can be used to predict that an agent will lack teratogenic effects in man. Similarly it cannot be said that agents that are teratogenic in high doses in these species will necessarily produce teratogenic effects in man at therapeutic dose levels.

This panel of scientists, therefore, recommended the use of other species, such as the dog, cat, pig, and monkey, for teratogenic drug testing.

Analysis of reactions of the *beagle dog* in teratologic testing, showed that the species did not have the sensitivity required for an animal model, at least with the 18 compounds analyzed (Earl et al., 1975). The authors concluded that, on the whole, the dog offered little advantage over more conventional species. Other workers have found that metabolism data in this species differ from that of the human relative to several drugs (Tuchmann–Duplessis, 1965). One other major inadequacy of this species for extrapolation to the human has been reported with steroidal substances (Kirton, 1980).

The *cat* has responded positively to several known human teratogens, but for some obscure reason, aminopterin, a known human teratogen, was not teratogenic in this species (Khera, 1976). In addition, there are other limitations to their use, including that cats appear to metabolize several drugs differently from other species (Koppanyi and Avery, 1966).

The *pig* appears not to have been exploited to the fullest in its use as a test animal. However, analysis of reactions to 12 different compounds indicated that the species lacked the sensitivity required for a teratological model (Earl et al., 1975).

The *ferret* has gained popularity in recent years as an animal model, but the few studies done on this species at this time do not indicate the extent of its usefulness. However, it is said to be unquestionably well-suited for behavioral studies (Rabe et al., 1985).

In recent years, *primates* have been recommended for use in teratological testing of chemicals and drugs. Nonhuman primates appear to be an especially appropriate model for testing chemicals for teratogenicity because of their high ranking on the evolutionary scale (Hendrickx and Binkerd, 1979). In particular, the close phylogenetic relatedness of the Old World monkeys and great apes to humans would appear to render them most desirable models in teratogenesis testing. As a group, primates have shown some close similarities to humans in metabolism of drugs. Metabolic rates for 12 different drugs compared between rat, dog, rhesus monkey, and human indicated that all three animal species generally showed shorter plasma half-lives of drug than the human; however, the primate species most closely correlated with humans (Smith and Caldwell, 1977). Additionally, metabolic pathway comparisons among different drugs in several animal species indicated that, once again, the rhesus monkey provided a good model for humans in five of the seven comparisons, whereas in contrast, the rat, dog, and guinea pig provided poor or invalid models for most compounds.

It is the actual results of teratogenicity testing in primates that have been most disappointing in consideration of their possible use as a predictive model. Although some nine subhuman primates (all but the bushbaby) have demonstrated the characteristic limb defects observed in humans when administered thalidomide, the results with approximately 100 other agents with which primates have been tested have been less than perfect. Of the known human teratogens tested in nonhuman primates, only approximately one-half were also teratogenic in one or more of the various species. Aminopterin, methotrexate, paramethadione, and trimethadione were not teratogenic in monkeys, although there was some developmental toxicity (abortion, death, IUGR) observed with each. The data for "suspect" or "likely" teratogens in humans under certain circumstances was equally divergent.

In sum, no one species has yet clearly emerged as the most superior model for developmental toxicity testing. A tabulation of various animal species used in the laboratory to assess chemical and drug hazards by using "positive controls" to determine their relevance is in Table 1-11.

## VI. RECENT HISTORY OF TERATOLOGY AND EVOLUTION OF METHODS OF TESTING FOR EVALUATING DEVELOPMENT

Teratological testing in animals had its origins in the present century. Chemical subjects in the early years were cytotoxic drugs of different formulations, hormones, and concoctions of various sorts. Intraperitoneal administration was a common route of exposure, and a wide variety of species were used. Of the latter, for instance, in experiments with testosterone, goats, cattle, opossums, sheep, hedgehogs, swine, guinea pigs, and moles were studied, in addition to the more typical mouse, rat, rabbit, canine, and primate species now used. In spite of the primitiveness of these early experiments, they formed many of the concepts used in devising present test methods (e.g., dosage considerations, maternal factors, and endpoints). Historic events in this saga, beginning at the turn of the 20th century and culminating in the early 1960s with the thalidomide tragedy are shown in Table 1-12. The thalidomide tragedy, as we all know, revolutionized the testing for teratogenicity that followed.

TABLE 1-11   Representative Positive Controls in Laboratory Species

| Species | Positive agent | Regimen | Expected result | Refs. |
|---|---|---|---|---|
| Rabbit | 6-AN | 3 mg/kg po gd 9 | Eye, vertebral, limb and tail defects, cleft palate–lip; reduced fetal weight, increased embryolethality; no maternal toxicity | Schardein et al., 1967 |
| Dog | Carbaryl | 50 mg/kg diet throughout gestation | Multiple visceral and skeletal defects; no maternal toxicity; increased resorptions | Smalley et al., 1968 |
| Ferret | Mustine | 1 mg/kg sc gd 13 | Eye, jaw, tail defects, omphalocele, cleft lip–palate; increased resorptions; maternal toxicity? | Beck et al., 1976 |
| Cat | Griseofulvin | 1,000 mg po gd 1,8,15,22 | Exencephaly, heart defects; embryolethality | Scott et al., 1975 |
| Rat | Nitrofen | 250 mg/kg po gd 10 | Diaphragmatic hernia, hydronephrosis, heart and other visceral malformations; increased embryolethality; no maternal toxicity | Costlow and Manson, 1981 |
| Mouse | Acetylsalicylic acid | 1000 mg/kg po gd 9 and 10 | Cleft lip, CNS defects; embryolethality; maternal toxicity | Trasler, 1965 |
| Hamster | Ribavirin | 3.75 mg/kg po gd 8 | Limb, eye, tail, brain, and rib defects; resorption | Ferm et al., 1978 |
| Guinea pig | Trypan blue | 2 mL 1% sol. sc gd 10 | Multiple malformations | Hoar and Salem, 1961 |
| Primate (M. nemestrina) | Tretinoin | 10 mg/kg po gd 20–44 | Craniofacial, ear, limb and tail defects, cleft palate; maternal toxicity (abortion) | Fantel et al., 1977 |

**TABLE 1-12**   Historic Events in Modern Teratology (Prethalidomide)

| | |
|---|---|
| 1905 | First experimentally-induced developmental toxicity in a mammal |
| | Embryolethality in kittens with x-irradiation (Tousey) |
| 1921 | First experimentally-induced teratogenesis in a mammal |
| | Limb defects in piglets from fatty diet (Zilva et al.) |
| 1929 | First exogeneously caused malformations in humans |
| | Microcephaly with pelvic x-irradiation (Goldstein and Murphy) |
| 1935 | Recognition that dietary deficiency can cause malformation in animals |
| | Eye defects in piglets from hypovitaminosis A (Hale) |
| 1937 | Hormones produce sex differentiation alterations in animals |
| | Masculinization of female fetuses of mice with androgen (Raynaud) |
| 1941 | Virus-caused malformations in humans reported |
| | Eye defects from rubella (Gregg) |
| 1944 | First demonstration of postnatal effects by prenatal administration in animals |
| | Reduced learning ability in rats with sodium bromide (Hamilton and Harned) |
| 1948 | General awareness of induced teratogenesis with chemicals in animals |
| | From experiments with alkylating agents (Haskin) and trypan blue (Gillman et al.) placed in perspective of prior events |
| 1952 | First reported human malformations by drug |
| | Multiple malformations in abortuses with aminopterin (Thiersch) |
| 1959 | First reported human malformations by environmental chemical |
| | Central nervous system and dentition defects with methylmercury (Kitamura et al.) |
| 1961 | Thalidomide embryopathy |

*Source*: Schardein, 1988.

Actually, clinical proof that chemical agents can induce birth defects in the human species existed before the thalidomide disaster. Some 10 years before the latter, the drug aminopterin, given in high abortifacient doses, elicited striking effects on the issue of several women so medicated in the 6th–9th weeks of gestation (Thiersch, 1952). There was meningoencephalocele in one, hydrocephaly in another, and cleft lip and palate in a third. Full appreciation of these events however, did not occur until thousands of cases of malformation occurred with thalidomide from mothers in apparently good health. Although it has been said that the rate of teratological research activity at the time was hardly affected by the notoriety occasioned by the thalidomide experience (Wilson, 1979), it is a fact that meaningful teratological testing emerged only after this event and in response to it, with standardized guidelines for conducting such tests, hastened on many fronts, and evolving from a milieu constrained by scientific and regulatory viewpoints, becoming available some 4 years later, in 1966. A fuller account of the development of these guidelines has been published (Schardein, 1988).

Before 1960, governmental recommendations given for testing chemicals during the reproductive cycle of animals were conventional 6-week chronic toxicity tests in male and female rodents followed over two pregnancies. Fetal survival was the main parameter measured in this so-called litter test, the tests themselves incapable of fully demonstrating toxicity to the embryo.

In response to the thalidomide episode and to the Kefauver-Harris Drug Amendments of 1962,* the Commission of Drug Safety held a conference in the United States in 1963 to discuss the prenatal

---

* Public Law 87-781, 21 USC 355.

effects of drugs (Commission of Drug Safety, 1963). Although the conference members agreed at that time that minimal drug-testing standards could not be established, they made certain recommendations, including the suggestion that drug-screening programs be expanded beyond the conventional tests with rodents. Continuing dialogue between the Food and Drug Administration (FDA) and experts in the fields of reproduction and teratology culminated in 1966 with the issuance of the Guidelines for Reproduction Studies for Safety Evaluation of Drugs for Human Use.* The recommended tests were more comprehensive than earlier ones; they specifically included testing during the teratogenic-susceptible stage of development. Until 1993, these guidelines remained the standard in this country for testing drug effects on reproduction. Such regulations require that a new drug not be administered to women capable of becoming pregnant until studies have been performed in animals, and reasonable evidence of the drug's safety and effectiveness has been demonstrated (Freeman and Finkel, 1980).

In the case of food additives and colors, also governed by the FDA, regulations prohibit the addition of harmful or deleterious substances to food; such substances may be legally used provided they are added at "safe" levels and serve a useful purpose (FDA Advisory Committee, 1970). Later on, in 1978, following enactment of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), the U.S. Environmental Protection Agency (EPA) issued guidelines for testing chemicals other than drugs and additives for safety during pregnancy.[†] These regulations required that certain studies be done in animals to support the registration of any manufactured chemical that may be expected to result in significant exposure to women. These guidelines in contrast to the initial 1966 FDA guidelines, have undergone major revision a number of times, and they were also included later in Toxic Substance and Control Act (TSCA) provisions. A summary of the current testing requirements for drug and chemical use in global venues relative to reproduction and teratology is found in Table 1-13.

At the present time, guidelines emanating in this country for teratogenicity (and other reproductive effects) are universally accepted for drug testing throughout the world, with the 1993 passage of ICH Guidelines,[‡] which harmonized developmental and reproductive testing in the three main venues—the United States, Europe, and Japan. It is a three-study design: the original U.S. segment II study was retained, the extensive behavioral evaluations previously conducted in the Japanese segment I and III studies were eliminated, and flexibility is now permitted in combining the various studies.

For chemicals, in the United States, EPA FIFRA, and TSCA protocols have very recently been merged into Office of Prevention, Pesticides, and Toxic Substances (OPPTS) guidelines, finalized in August of 1998.[§] They consist of a two-study design, a prenatal toxicity (teratology) study and a two-generation reproduction study, and are closely, but imperfectly, harmonized with the OECD draft guidelines of the European community, revised most recently in 1998; the Japanese version also underwent revision in 1998. In addition to these drug- and chemical-testing guidelines, there are also guidelines for developmental neurotoxicity, and screening tests for high-volume chemicals (see Table 1-13).

There are many sources that describe in detail the rationale and methodology of testing procedures used in teratological assessments, as well as more recent proposed methods, the details of which are beyond the intended scope of this presentation. The more recent publications of interest follow, and they should be examined for more specific details (Baeder et al., 1985; Christian and

---

\* Goldenthal, E. I. Drug Review Branch, Division of Toxicological Evaluation, Bureau of Science, FDA, Mar 1966.
[†] *Federal Register* 43 (163):37336–37403, Aug 22, 1978.
[‡] ICH Harmonized Tripartite Guideline on Detection of Toxicity to Reproduction for Medicinal Products, 1993.
[§] EPA Health Effects Test Guidelines. OPPTS 870.3700 and 870.3800, Aug, 1998.

**TABLE 1-13** Current Reproductive and Developmental Toxicity Testing Requirements for Chemicals in the United States and Related Venues

| Type chemical | Regulatory agency | Type of studies required | When required |
|---|---|---|---|
| Drugs | ICH, 1994[a] | 1. Fertility and early embryonic development<br>2. Embryofetal development<br>3. Pre- and postnatal development | 1. Female portion when females first treated clinically; male portion before NDA filing.<br>2. When females first treated clinically.<br>3. In early phases of clinical trials. |
| Food and color additives | FDA, 1993[b] | 1. Generally two-generation, two-litter reproduction<br>2. Teratology | 1 and 2. For demonstration of safety of new (useful) additives. (In utero exposure before chronic toxicity for high exposures or unusual consumption during pregnancy). |
| Pesticides, agrochemicals, and residues | EPA OPPTS, 1998[c]<br>OECD, 1996–98<br>MAFF, 1998 | 1. Two-generation reproduction fertility, one-litter<br>2. Prenatal developmental toxicity | 1 and 2. Prior to registering new entity or re-registering old entities if database inadequate. |
| Pesticides and toxic substances | EPA OPPTS, 1998[d] | 1. Developmental neurotoxicity | 1. If produce CNS malformations, has chemical similarity to known "behavioral teratogens," has known neurotoxic or neuropathological properties, or is hormonally active. All new pesticides included.[e] |
| Chemicals (high-volume) | OECD, 1983–96[f] | 1. One-generation reproduction (415)<br>2. Reproduction/developmental toxicity (421)<br>3. Combined toxicity and reproduction/developmental toxicity (422). | 1, 2, and 3. Initial screening or dose-range finding for more extensive testing for chemicals of concern. |

[a] ICH Harmonized Tripartite—Guideline on Detection of Toxicity to Reproduction for Medicinal Products. Endorsed by EC in June, 1993, Koseisho in July, 1994, and FDA in September 1994.

[b] Bureau of Foods. Toxicological Principles for the Safety Assessment of Direct Food Additives and Color Additives Used in Food (Red Book), pp. 26, 27, 80–122, 1982; (Draft), 1993.

[c] EPA Health Effects Test Guidelines OPPTS 870.3700, and OPPTS 870.3800, August, 1998; OECD Guideline 414 (Draft), August, 1996 and Guideline 416 (Draft), September 1998; MAFF Reproduction study and teratogenicity study (Draft), December 1998.

[d] EPA Health Effects Test Guidelines, OPPTS 870.6300, August 1998.

[e] EPA Food Quality Protection Act, PL 104-170, August 1996.

[f] OECD Guideline for Testing of Chemicals: 415, May 1983; 421, July 1995; 422, March 1996.

**CHAPTER 1**

Hoberman, 1985, 1989; Marks, 1985; Tanimura, 1985, 1990; Manson, 1986; Brown et al., 1986; Manson and Kang, 1989; Hood, 1990; Buttar, 1990; Tyl and Marr, 1997).

Behavioral assessment is discussed in various publications and the reader desiring more detailed discussion is referred to a representative recent group of them (Chester et al., 1985; Lochry et al., 1986; Lochry, 1987; Tanimura and Kihara, 1987; Schaeppi, 1988; Koeter, 1988; Wier et al., 1989; Bates et al., 1997; Colborn et al., 1998).

Regulations for either drugs or chemicals stipulate that data from animal tests are used, first, to define a particular agent as a teratogen and, second, as a basis of extrapolating to presumed conditions of human exposure. In the present scheme, the assessment of risk requires the weighing of evidence not just from the teratogenic tests, but also from the knowledge of the rate of use in humans, comparative pharmacokinetic and metabolic characteristics, and conventional therapeutic and toxic responses (Palmer, 1974). The *safe level* as used in the context of testing here is defined as the no observable effect level (NOEL) as it is called, which represents concentrations of chemicals that do not induce recognizable effects above ''normal'' or background limits and are a prime criterion of testing. In contrast, the so-called threshold level (LOEL) is the lowest dosage above the no-effect level that elicits an observable effect, even though it may be nominal in extent. The designation *no observable adverse effect level* (NOAEL) is a more recent acronym added to identify only those levels that produce effects that are considered adverse.

Acceptable levels of exposure vary with the nature of the chemical and the purpose for which it will be used and, obviously, vary greatly for different categories of chemicals, such as drugs, food additives, pesticides, and outright pollutants, and vary within the chemical categories according to the type of benefit, if any, expected from their use.

Most, if not all drugs and chemicals can produce some type of developmental toxicity if applied in sufficient dosage during an appropriate time in embryogenesis in one or more species of animals (Wilson, 1973). That is, they induce growth retardation, death, functional impairment, or congenital malformation, as discussed earlier. The establishment of a toxic dose is important because it is the logical starting point from which to extrapolate downward in setting a safe tolerance level for chemicals and drugs that may be taken or brought in contact with pregnant women (Wilson, 1973). The threshold of developmental toxicity technically could be defined as either the highest *no-effect* level or the lowest *effect* level; absolute precision in determining this is not necessary because the acceptable tolerance level for most substances will be set at a fraction of the known effect level, thus a reasonable approximation is sufficient (Wilson, 1973).

As far as possible, the highest level used should be below the demonstrated developmental toxicity threshold in test animals to provide a maximal margin of safety against sensitivity differences between animals and humans and occasional unique sensitivity and overdosage in humans (Wilson, 1973). A generalized scheme of safe tolerance levels for potential teratogenic chemicals is depicted in Table 1-14. Weil (1972) proposed much the same tolerance range (100-fold) for

**TABLE 1-14**  Suggested Safety Levels of Different Chemicals with Teratogenic Potential

| Drug or chemical class | Ratio uncertainty factors applied to NOELs |
|---|---|
| Drugs with high benefit/risk ratio | <1:1 |
| Drugs (general) | 1:1–10:1 |
| Pesticides | 100:1 or 1000:1[a] |
| Air, water, and food additives or pollutants | 1000:1 |
| Drug–chemical toxicants | 1000:1[b] |

[a] FQPA (to protect infants and children).
[b] California Proposition 65.

toxicants in general. His rationale was that because animal-to-animal variation is seldom greater than tenfold, an additional tenfold margin is probably adequate for most chemicals to translate the results from animals to humans. More recent refinements include the addition of a tenfold uncertainty factor, derivation of a margin of safety (MOS), and determination of a reference dose (RFD) using benchmark doses (Kimmel and Gaylor, 1988; Kimmel et al., 1989; Kimmel, 1990). The reader is advised to refer to any of several useful publications on hazard and risk assessment for further details, which are outside the scope of this work (Fabro et al., 1982; Tuchmann-Duplessis, 1983; Brown and Fabro, 1983; Omenn, 1983, 1984; Frankos, 1985; Johnson, 1985, 1988, 1989a,b; Clegg et al., 1986; Wang, 1988; Paustenbach, 1989; Chen and Kodell, 1989; Sheehan et al., 1989; Gaylor, 1989; Gabrielsson and Larsson, 1990; Hood, 1990; Gilden and Bodewitz, 1991; Newman et al., 1993; Koren et al., 1993).

*Risk–benefit* determinations are of primary importance in establishing tolerance levels. For drugs, careful consideration of the potential benefit of a medication for the patient is the utmost consideration, and the FDA is responsible for ensuring that marketed drugs have an acceptable benefit/risk ratio for their intended uses, and that are adequately labeled to permit them to be administered safely and effectively (Freeman and Finkel, 1980). If the risk clearly outweighs any benefit, the drug might be removed from the market, or it may require changes in the labeling of the drug to point out evidence of toxicity, or outright contraindication to its use during pregnancy (Kelsey, 1980).

Many considerations, go into the assessment of risk. The most critical of the questions to be answered in arriving at this judgment include: (a) Does the embryo–fetotoxic response occur in more than one species? (b) Does the response occur at exposures substantially below exposures that produce other toxicity? (c) Do the data indicate a dose–response relation? (d) Has the test been done in the most appropriate animal model for the class of chemical evaluated and by an exposure route applicable to humans? (e) What are the threshold and the no-observable-effect levels of exposure for the animal model? (f) What populations are at risk (exposed) and what characterizes the exposures? (Karrh et al., 1981). The main problem in the present testing strategy is that safe tolerance levels are empirically derived, and because they are and for other reasons as well, extrapolation of teratology data from animals to the human population is tenuous (see Sec. VIII).

## A.  Alternative Testing Methods

### 1.  In Vivo Methods

There is but one proposed in vivo method that has found more than very limited use as an alternative method to segment II teratological studies. This is the teratology screen devised in 1982 by Chernoff and Kavlock.

In this screen, gravid rodents are administered minimally toxic doses of the chemicals under test over a 5-day period (usually gd 8–12) during organogenesis. They are allowed to deliver, and litter size and weight assessed on postpartum days 1 and 3 as measures of developmental toxicity. In the initial validation procedure of 15 ''teratogens,'' all exhibited toxicity in the screen; 3 of 9 nontoxic chemicals by standard testing demonstrated some toxicity as false-positives. Paradoxically, thalidomide induced no effects in the screen.

Extensive evaluations of the procedure have been conducted, several that report results totaling several hundred chemicals (Gray and Kavlock, 1984; Hardin et al., 1987a,b; Wickramaratne, 1987; Seidenberg and Becker, 1987). The screen is accepted by the EPA as providing preliminary evidence of developmental toxicity.

The Chernoff–Kavlock assay provides, in large part, an accurate picture of the in vivo response, as obtained from conventional testing. And it certainly allows screening to the extent of setting priorities for more extensive in vivo testing of those chemicals that exhibit toxicity. It is less appropriate for screening large numbers of chemicals. Although easier, cheaper, and using only half the animals as traditional tests, it still is more expensive and time-consuming than most alternative in

vitro tests. There has been continuing discussion on the usefulness of the method and modifications made to the method since its introduction (Kavlock et al., 1987; Hardin, 1987; Palmer, 1987; Francis and Farland, 1987). Several other alternatives to the Chernoff–Kavlock assay have been proposed (Christian et al., 1987a).

### 2. In Vitro Methods

For the same reasons that simpler alternative in vivo methods have been considered; namely, inadequate resources to test the thousands of new chemicals being developed; many in vitro-screening methods of variable type have been and are presently under extensive development and validation. Generally speaking, an in vitro system is considered to be any developing organism or part of an organism other than a pregnant mammal, and fall into cell, organ, or embryo culture systems. There are about 20 such methods.

As pointed out in a review of in vitro teratogenicity screening systems some 30 years ago, no in vitro screening system devised can approximate the dynamic interchange that occurs between maternal and embryonic organisms (Wilson, 1978). They may, however, have wide applicability in the future to first segregate those agents that do not appear to require wider testing in animals, and second, select the appropriate level of testing for those chemicals that have broader interest. The need for such tests is self-evident. Most importantly, such tests would provide one alternative to the use of least a portion of the hundreds of thousands of laboratory rodents and rabbits used in testing every year. And, as has been pointed out recently (Mattison, 1992) not a very substantial number of chemical entities have been evaluated (Table 1-15), and briefer and cheaper methods would permit more testing. They must, however, be readily able to detect those chemicals that have specific actions on development.

A review on alternative testing some years ago summarized the status of in vitro screening at that time (Brown and Freeman, 1984), and no recent changes to date have substantially altered the present view. Embryos and organs in culture encompass the widest range of developmental events in mammals and are invaluable in studying teratological mechanisms. They are, however, inappropriate for screening large numbers of chemicals; they are technically demanding, relatively expensive, and use reasonably large numbers of animals. The cell culture methods can be criticized on various grounds. Submammalian and subvertebrate species offer considerable advantages: Low cost, rapidity in testing, and no requirements for laboratory species. Of the latter, the *Hydra* system is the only assay of all those described that was specifically designed to estimate teratogenic hazard, and its accuracy was estimated at 90% (Johnson et al., 1988). With many in vitro methods now proposed, validation is in process, and none has yet proved completely adequate to the task of identifying potential teratogenic hazards. A list of 47 chemicals was provided some years ago (Smith et al., 1983) for selection of chemicals to aid in the process of validation, but there is still no

**TABLE 1-15**  Adequacy of Testing of Agents for Reproductive and Developmental Toxicity

| Category | Tested of group (%) |
|---|---|
| Pesticides and inerts | 34 |
| Cosmetics | 22 |
| Drugs and excipients | 45 |
| Food additives | 20 |
| Chemicals in commerce |  |
| >1 million lb/yr | 6 |
| <1 million lb/yr | 4 |
| Unknown or inaccessible | 7 |

*Source*: Mattison, 1992.

discussion ensuing in recommending additional chemicals for test validation based on present knowledge. Several reviews published in more recent years provide the interested reader with further details (Schmid, 1987; Faustman, 1988; Brent, 1988a,b; Christian, 1988; Schardein, 1988; Daston and D'Amato, 1989; Welsch, 1990; Rogers and Kavlock, 1998).

## VII. USES OF TERATOLOGICAL DATA BY GOVERNMENTAL AGENCIES

In addition to several other federal governmental agencies utilizing the developmental and reproductive data garnered to satisfy FDA and EPA regulations, there are two other groups, both state agencies in California, that make regulatory use of available data. The first of these is the California Department of Food and Agriculture (CDFA). They evaluate EPA pesticide data particularly, owing to the great agricultural position in that state and, at times, may have very critical concerns over given chemicals usage.

The other group is that administered by the State of California through the Safe Drinking Water and Toxics Enforcement Act of 1986,* better known as Proposition 65, that was adopted by two-thirds of the voting populace. The intent and basis of this law, as defined in the preamble to the act, were that the people of California consider hazardous chemicals to pose a serious potential threat to their health and well-being, and that they have not been protected from these hazards by the state government. Chemicals that cause cancer, birth defects, or other reproductive harm were listed as the agents of concern, and the demand was for strict enforcement of laws controlling hazardous chemicals and to shift the cost of hazardous waste cleanups onto the offenders and less onto taxpayers. One of the broad requirements of the act was that the Governor publish a list of chemicals ''known to the state to cause cancer or reproductive toxicity.'' The listing process is of great importance, for it is the primary means of assuring sound consideration of the ultimate health effect of a given substance.

The law then, prohibits discharge of any listed chemical into a potential drinking water source and requires that anyone who in the course of business exposes an individual to one of the listed chemicals provide that individual with a ''clear and reasonable warning.'' For reproductive toxins, these requirements must be met unless it can be demonstrated that the amount of the chemical present is less than 1/1000 of the NOEL. A *clear and reasonable warning* consists of informing an exposed individual that a product or area does or may contain one of the chemical types described earlier. Ultimately, all of the terms will be defined in a court of law. The right of private citizens to sue alleged violators and a bounty hunter provision allowing a share in fines assessed the offenders are other notable features of the law. It has been said that this law costs approximately $7 million/year to implement.

Of particular interest to this work are those chemicals listed that cause reproductive toxicity. This responsibility was undertaken by a 12-member Scientific Advisory Panel. The initial Governor's Short List, in early 1987, consisted of but 3 chemicals: diethylstibestrol (DES), lead, and ethylene oxide. By the end of 1988, 17 chemicals were on the list. Numerous chemicals are still being added, and the most current tabulation, as of November 1998, lists some 175 developmental toxicants, and shorter lists comprising 20 female reproductive toxicants, and 33 male reproductive toxicants. Because of the interest in this subject, the full list of the present developmentally toxic chemicals is provided in Table 1-16.

The criteria for addition of chemicals to the list are (a) sufficient evidence in animals, (b) definite evidence in humans, and (c) limited evidence in humans, but suggestive animal evidence. In spite of these criteria, it is not clearly understood which chemicals and the rationale for their addition are determined, especially in the perspective of this and other works. Nor does the very strict exposure requirement make sense in the traditional risk assessment scheme.

---

* Officially as Chapter 6.6, Section 25249.5, Division 20 of the Health and Safety Code.

**CHAPTER 1**

**TABLE 1-16**   Chemicals Identified Under California Proposition 65 as Developmentally Toxic[a]

| | |
|---|---|
| Acetohydroxamic acid | Actinomycin D |
| All-*trans*-retinoic acid | Alprazolam |
| Amikacin sulfate | Aminoglutethimide |
| Aminoglycosides | Aminopterin |
| Amiodarone hydrochloride | Amoxapine |
| Angiotensin-converting enzyme (ACE) inhibitors | Anisindione |
| Aspirin | Arsenic (inorganic oxides) |
| Azathioprine | Atenolol |
| Beclomethasone dipropionate | Barbiturates |
| Benzene | Benomyl |
| Benzodiazepines | Benzphetamine hydrochloride |
| Busulfan | Bromoxynil |
| Cadmium | Butabarbital sodium |
| Carbon monoxide | Carbon disulfide |
| Carmustine | Carboplatin |
| Chinomethionate | Chenodiol |
| Chlorcyclizine hydrochloride | Chlorambucil |
| Chlordiazepoxide | Chlordecone |
| Clarithromycin | Cladribine |
| Clomiphene citrate | Clobetasol propionate |
| Cocaine | Clorazepate dipotassium |
| Colchicine | Codeine phosphate |
| Cyanazine | Conjugated estrogens |
| Cyclophosphamide | Cycloheximide |
| Cytarabine | Cyhexatin |
| Daunorubicin hydrochloride | Danazol |
| *p,p'*-DDT | *o,p'*-DDT |
| Diazepam | Demeclocycline hydrochloride |
| Diethylstilbestrol | Dicumarol |
| Dinocap | Dihydroergotamine mesylate |
| Doxycycline | Dinoseb |
| Ergotamine tartrate | Endrin |
| Ethionamide | Estropipate |
| Ethylene dibromide | Ethyl alcohol in alcoholic beverages |
| Ethylene glycol monomethyl ether | Ethylene glycol monomethyl ether |
| Ethylene glycol monomethyl ether acetate | Ethylene glycol monoethyl ether acetate |
| Etoposide | Ethylene thiourea |
| Fluazifop butyl | Etretinate |
| Fluorouracil | Flunisolide |
| Flurazepam hydrochloride | Fluoxymesterone |
| Fluticasone propionate | Flutamide |
| Ganciclovir sodium | Fluvalinate |
| Halazepam | Goserelin acetate |
| Hexachlorobenzene | Halothane |
| Hydroxyurea | Histrelin acetate |
| Iodine 131 | Ifosfamide |
| Lead | Isotretinoin |
| Lithium carbonate | Leuprolide acetate |
| Lomustine | Lithium citrate |
| Lovastatin | Lorazepam |

**PRINCIPLES OF TERATOGENESIS**                                                **39**

**TABLE 1-16**   Continued

| | |
|---|---|
| Medroxyprogesterone acetate | Mechlorethamine |
| Melphalan | Megestrol acetate |
| Meprobamate | Menotropins |
| Mercury and mercury compounds | Mercaptopurine |
| Metham sodium | Methacycline hydrochloride |
| Methotrexate | Methimazole |
| Methyl mercury | Methyl bromide |
| Midazolam hydrochloride | Methyltestosterone |
| Misoprostol | Minocycline hydrochloride |
| Nafarelin acetate | Mitoxantrone hydrochloride |
| Netilmicin sulfate | Neomycin sulfate |
| Nicotine | Nickel carbonyl |
| Norethisterone–ethinyl estradiol | Norethisterone |
| Norgestrel | Norethisterone–mestranol |
| Oxazepam | Oxadiazon |
| Oxytetracycline | Oxymetholone |
| Paramethadione | Paclitaxel |
| Pentobarbital sodium | Penicillamine |
| Phenacemide | Pentostatin |
| Phenytoin | Phenprocoumon |
| Plicamycin | Pipobroman |
| Polychlorinated biphenyls | Polybrominated biphenyls |
| Propylthiouracil | Procarbazine hydrochloride |
| Resmethrin | Quazepam |
| Ribavirin | Retinol and retinyl esters |
| Streptomycin sulfate | Secobarbital sodium |
| Temazepam | Tamoxifen citrate |
| Testosterone cypionate | Teniposide |
| Tetracyclines | Testosterone enanthate |
| Thalidomide | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin (TCDD) |
| Tobacco smoke (primary) | Thioguanine |
| Toluene | Tobramycin sulfate |
| Trilostane | Triazolam |
| Trimetrexate glucuronate | Trimethadione |
| Urethane | Uracil mustard |
| Valproate (valproic acid) | Urofollitropin |
| Vinclozolin | Vinblastine sulfate |
| Warfarin | Vincristine sulfate |

*Source*: Tabulation of November 6, 1998.

    Bills similar to Proposition 65 have been introduced in at least three other states, but to my knowledge, no action has been taken. An interesting publication on this law has been published that sheds light on the criteria for listing (Mattison et al., 1989).

## VIII.   EVALUATION OF HUMAN RISK

It is generally considered that the predictive value of animal teratogenicity tests in extrapolating results of testing chemicals into terms of human safety is imperfect. One of the reasons is variation

**CHAPTER 1**

among species or genetic individuality (Kalter, 1965). Except for metabolism, there are few known differences among species that might influence the predictability of toxicity data. It is the lack of association between the dose of a chemical administered and the concentration of chemical at the active sites that varies so greatly between species or even between individuals of the same species, which preclude sound predictions of toxicity when trials pass from animal to man (Koppanyi and Avery, 1966).

Table 1-17 tabulates data concerning chemical agents that are universally recognized as being teratogenic to humans under certain conditions of exposure. Also in the table are compiled the biological responses of the teratogens in multiple laboratory species relative to their teratogenic potential. It is apparent from inspection of the data that every chemical or drug known to be teratogenic in humans, with but two exceptions, is also teratogenic in one or more laboratory species. Neither polychlorinated biphenyls (PCBs) or any of the angiotensin-converting enzyme (ACE) inhibitors tested thus far have been teratogenic in the laboratory. It is clearly demonstrable that positive animal teratology studies are indicative of potential human response.

Unfortunately, however, not all teratogenic chemicals were discovered by laboratory screening methods before their use in humans (Table 1-18). Of the 29 established human teratogens or groups of teratogens listed, 13 or 45%, were reported earlier in human subjects than in laboratory animal experiments. Although we have seen that most all human teratogens now identified have also shown teratogenicity from animal experiments (see Table 1-18), it will also be apparent (see Chaps. 2 and 25), that animal models do identify (or mimic) most, but not all, target or reference (concordant) abnormalities. The identification of given chemical agents as human teratogens, as tabulated, indicate that case reports are the most common source of discovery, with more than one-half of the recognized human teratogens found in this manner. Epidemiological investigations identified at least five agents, and were the confirmatory method of establishing at least one other, in spite of the impression that this method of evaluation is most suitable for identifying potential toxicants (Brent, 1972, 1986b, 1988a,b). One agent (valproic acid) was identified wholly by registry of cases, and another, the retinoic acids etretinate and isotretinoin, were initially reported by a regulatory agency (U.S. FDA) before publication of the first scientific description of human malformation induction.

As has been repeatedly pointed out, animal studies cannot predict effects in humans with absolute certainty. Suitably designed studies give some indication of risk, but they do not guarantee safety to the fetus. Chemicals that are teratogenic in animal tests may or may not indicate danger to humans, and negative results may incorrectly imply absence of risk. As Fraser (1963) so aptly stated, "final proof of whether a chemical is likely or not likely to be teratogenic in man must be sought in man." As problematic as such judgments are, there have been precious few drug-induced epidemics of birth defects with an order of significance as that of thalidomide since the implementation of laws requiring testing, although alcohol, rediscovered in 1967, and diethylstilbestrol, first observed in 1970, are certainly major contenders. The remainder of those agents discovered since the early 1960s—the anticonvulsants, hypervitaminosis A and analogues, the coumarin anticoagulants, lithium, penicillamine, PCBs, and most recently, cocaine and toluene, are examples of chemical agents that have been discovered since the advent of teratological testing, albeit of less significance perhaps, than thalidomide (Schardein, 1988).

A recent study examined the importance of animal studies in identifying hazards to the human supports their role in assessing safety. These investigators evaluated 175 chemical agents with varying developmental toxicity potential in humans and compared the results of animal studies on these agents for predictive ability (Jelovsek et al., 1989). The results indicated a sensitivity of 62–75%, a positive predictive value of 75–100%, and a negative predictive value of 64–91%, findings the authors implied carry weight in predicting human developmental toxicity. Several other important aspects emerged from the evaluation: The number of positive studies in animals on a given agent and the specific results in hamsters and subhuman primates, were important factors in predicting human effects.

Factors that interfere with the applicability of animal data to humans have been cited earlier (Brent, 1972). These include genetic heterogeneity (affecting drug absorption, metabolism, excre-

PRINCIPLES OF TERATOGENESIS                    41

**TABLE 1-17**  Predictability of Laboratory Animal Models for Putative Human Teratogens[a]

| Teratogen/group | Mouse | Rat | Rabbit | Hamster | Primate | Dog | Cat | Pig | Ferret | Guinea pig | Sheep | Cow | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcohol | + | + | + | | + | + | | + | + | + | + | | +[b] |
| Androgenic hormones | ± | + | + | + | + | + | ± | + | | + | − | + | +[c] |
| Anticancer agents | + | + | ± | + | ± | ± | ± | + | + | + | + | | +[d] |
| Anticonvulsants | + | ± | + | ± | ± | − | − | | | | | | |
| Coumarin anticoagulants | − | + | − | | − | | | | | | | | |
| Thyroid-active drugs | + | ± | ± | | + | + | | | | + | + | − | +[e] |
| Aminoglycoside antibiotics | ± | + | − | + | ± | + | | | | ± | | | |
| Diethylstilbestrol | + | + | ± | + | + | + | + | − | + | + | + | | |
| Methyl mercury | + | + | + | + | + | + | | + | + | ± | | | |
| Hypervitaminosis A, retinoid analogues | + | + | + | + | | | + | + | + | + | | | |
| Penicillamine | + | + | | + | | | | | | | | | |
| Lithium | + | + | − | | ± | + | + | ± | | − | | | |
| PCBs | − | − | | ± | ± | + | | ± | | − | | | |
| Thalidomide | ± | ± | + | ± | | − | + | | + | + | | − | +[f] |
| Tetracyclines | − | ± | − | | | | | | | + | | | |
| ACE inhibitors | − | − | − | | | | | | | | | | |
| Cocaine | ± | ± | | | | | | | | | | | |
| Toluene | + | + | − | | | | | | | | | | |

[a] Legend: (+) Teratogenic; (±) variably teratogenic; (−) not teratogenic
[b] Opossum
[c] Opossum, goat, hedgehog, mole
[d] Gerbil
[e] Chinchilla
[f] Armadillo

**TABLE 1-18**  Teratogenic Discovery in Animals and Humans

| Agent/group | In animals | Discovery of Teratogenic Effect | |
| --- | --- | --- | --- |
| | | In humans | Source |
| Alcohol | 1927, **Hanson and Heys** | 1967, Lemoine et al. | Epidemiological study |
| Anticancer agents: Aminopterin | 1954, Sansone and Zunin | 1952, **Thiersch** | Case report |
| Busulfan | 1958, **Murphy et al.** | 1960, Diamond et al. | Case report |
| Chlorambucil | 1956, **Didcock et al.** | 1963, Shotton and Monie | Case report |
| Methotrexate | 1967, **Wilson and Fradkin** | 1968, Milunsky et al. | Case report |
| Cytarabine | 1965, **Chaube and Murphy** | 1980, Wagner et al. | Case report |
| Cyclophospha-mide | 1962, **Murphy** | 1964, Greenberg and Tanaka | Case report |
| Mechlorethamine | 1948, **Haskin** | 1974, Garrett | Case report |
| Androgenic hormones | 1939, **Greene et al.** | 1953, Zander and Muller | Case report |
| Antithyroid drugs | 1947, Freiseleben and Kjerulf-Jenson | 1903, **MacDonald** | Case report |
| Aminoglycoside antibiotics | 1957, Fujimori and Imoi | 1950, **Leroux** | Case report |
| Coumarin anticoagulants | 1979, Mirkova et al. | 1966, **DiSaia** | Case report |
| Diethylstilbestrol | 1940, **Greene et al.** | 1970, Herbst and Scully | Cluster of cases → registry |
| Methyl mercury | 1967, Matsumoto et al. | 1952, **Engelson and Herner** | Case report, epidemiological study |
| PCBs | 1974, Earl et al. | 1969, **Taki et al.** | Epidemiological study |
| Thalidomide | 1962, various | 1961, **Lenz/McBride** | Cluster of cases |
| Anticonvulsants: Hydantoin | 1966, Massey | 1963, **Muller-Kuppers** | Case report → epidemiological study |
| Primidone | 1973, **Sullivan** | 1976, Seip | Case report |
| Carbamazepine | 1977, **McElhatton and Sullivan** | 1988, Jones et al. | Epidemiological study |
| Diones | 1974, Wilson | 1970, German et al. | Cluster of cases in genetic study |
| Valproic acid | 1971, **Miyagawa et al.** | 1982, Robert | Registry |
| Penicillamine | 1972, Steffek et al. | 1971, **Mjolnerod et al.** | Case report |
| Lithium | 1969, **Szabo** | 1970, Lewis and Suris; Vacaflor et al. | Case reports → registry |
| Cocaine | 1980, **Mahalik et al.** | 1987, Bingol et al. | Epidemiological study |
| Hypervitaminosis A | 1953, **Cohlan** | 1965, Pilotti and Scorta | Case report |
| Retinoic acids | 1981, **Hummler and Schuepbach** | 1983, Rosa | Cases reported to regulatory body |
| ACE inhibitors | None to date | 1981, **Guignard et al.; Duminy and duT. Burger** | Cluster of cases |
| Toluene | 1991, Gospe et al. | 1979, **Toutant and Lippmann** | Case report |
| Tetracyclines | 1957, Mela and Filippi | 1956, **Schwachman and Schuster** | Case report |

tion, allergenicity, idiosyncrasy, and toxicity), variability in diet and size, antecedent or concurrent disease, and variability of placental transfer. Actually, more or less the same limitations exist in predicting human results on the basis of toxicological studies in animals (Koppanyi and Avery, 1966). Recognition of these limitations by teratologists led to opposition of legislative or administrative action to apply the "Delaney regulation" to teratogens.* Extension of a Delaney-type clause to include teratogens (such as exists for tumor-inducing agents) would decree that any agent found to cause birth defects at *any* dose in *any* experimental animal must be classified legally as unsafe and barred from human use. To paraphrase one leading scientist, "the purpose of evaluating chemicals for teratogenicity should not be to eliminate from use a chemical with teratogenic properties, but rather to estimate the hazard its use presents to the human fetus" (Karnofsky, 1965).

Why, then, do we rely solely on animal experiments? Animal studies are done because they have the advantage of being relatively inexpensive, avoid unnecessary human exposure, and provide the ability to test one variable at a time. Only a few chemicals have been studied well enough in humans to define their hazards or to pronounce them "safe." There are ethical considerations as well: It is unlikely that testing of chemicals (even drugs) in the pregnant woman will ever be acceptable in this country. Testing agents for teratogenicity only in impending therapeutic abortions may be more desirable, but as vast numbers of subjects would have to be treated, even this method would not necessarily determine a chemical's teratogenic potential. To establish at the 95% confidence level that a given agent changes by 1% the naturally occurring frequency of congenital deformity would require a sequential trial involving an estimated 35,500 patients (Ellenhorn, 1964). There are even difficulties encountered in distinguishing teratogenic effects of chemicals from those caused by other factors, such as disease states, such as influenza (Karkinen-Jaaskelainen and Saxen, 1974).

Also, screening of chemicals for teratogenicity in animals is the most satisfactory method we yet have to approximate the risk in humans. Despite the failure of testing programs in the immediate postthalidomide period, the predictive value of animal studies has been largely vindicated, as we have seen. Results in humans have been reproducible in some animal species, although, admittedly, as we have stressed, no single species is a perfectly suitable model at present.

The conditions necessary to affect teratogenesis in the human have been defined, initially modified from Koch's postulates requiring the following two conditions: (a) The agent must be present during the critical period of development, and (b) the agent should produce congenital defects in an experimental animal (Shepard, 1998). Known teratogens comply with these criteria. A third condition, proof that an agent acts on the embryo or fetus either directly or indirectly through the placenta, is desirable, but not essential. The postulates have been further refined by several prominent clinicians (Brent, 1982, 1983, 1987; Shepard, 1998), and are tabulated in Table 1-19.

Although one cannot prove the negative, it is helpful to be able to employ a formal process to evaluate an allegation. Agents that are used very commonly by pregnant women are frequently mistakenly associated with the occurrence of congenital malformations because the two events are more likely to occur together by chance. Other agents likely to be alleged teratogens are those associated with sexually or pregnancy related problems; prescription drugs because their use is well documented; and relatively nontoxic drugs, because they will have been administered at high doses in animal studies and, therefore, may result in developmental toxicity that is irrelevant to human considerations.

It is a cardinal principle in the field of teratology that every agent has the potential to induce malformations, retard fetal growth, and cause embryonic or fetal lethality in animals. The critical factors are dosage, species, and timing, as we have seen, and the same underlying principle is true for the human. The most critical difference between the few agents that disrupt human development and the many that disrupt animal development is dosage considerations (Schardein et al., 1985). Therapeutic doses in the case of drugs, and exposures in the case of chemicals normally are fractions

---

* *Teratology* 10:1, 1974.

**TABLE 1-19**   Criteria for Proof of Human Teratogenicity

1. Proven exposure to agent at critical time(s) in prenatal development (prescriptions, physician's records, dates).
2. Consistent findings by two or more epidemiological studies of high quality:
   a. Control of confounding factors
   b. Sufficient numbers
   c. Exclusion of positive- and negative-bias factors
   d. Prospective studies, if possible
   e. Relative risk of six or more (?)
3. Careful delineation of the clinical cases. A specific defect or syndrome, if present, is very helpful.
4. Rare environmental exposure associated with rare defect. Probably three or more cases.
5. Teratogenicity in experimental animals important, but not essential.
6. The association should make biological sense.
7. Proof in an experimental system that the agent acts in an unaltered state. Important information for prevention.

Note: Items 1, 2, and 3 or 1, 3, and 4 are essential criteria. Items 5, 6, and 7 are helpful, but not essential.
*Source*: Shepard, 1998.

of those used in animal experiments to elicit toxicity. The potential for teratogenesis in the human species is present if these doses are exceeded.

One further point concerning developmental toxicity endpoints requires comment as it relates to human pregnancy. The public perception exists that of the classes of developmental toxicity, birth defects represent the worst outcome possible in pregnancy. Certainly the birth of a live but

**TABLE 1-20**   Developmental Toxicity Elicited by Known Human Teratogens

| Chemical | IUGR | Death | Function |
|---|---|---|---|
| ACE inhibitors | + | + | − |
| Alcohol | + | + | + |
| Aminoglycoside antibiotics | − | − | − |
| Androgenic hormones | − | − | − |
| Anticancer agents | + | + | − |
| Anticonvulsants | + | − | + |
| Thyroid-active drugs | − | − | − |
| Cocaine | + | + | + |
| Coumarin anticoagulants | + | + | + |
| Diethylstilbestrol | − | + | − |
| Lithium | − | + | − |
| Methyl mercury | − | + | + |
| PCBs | + | + | + |
| Penicillamine | − | − | − |
| Tetracycline | − | − | − |
| Thalidomide | + | + | + |
| Toluene | + | − | − |
| Hypervitaminosis A, retinoid analogues | − | + | − |

PRINCIPLES OF TERATOGENESIS                                            45

structurally disfigured or mentally retarded child has greater lasting influence on those involved than death of the conceptus through miscarriage or abortion, especially if it is known to the parents that early death may be a blessing, the majority representing defective embryos. The same perception may exist even for the parents of a growth-retarded infant destined to a life with the attendant liabilities accompanying developmental delay. Nevertheless, the emphasis in the past in teratological safety evaluation has been on chemical induction of terata based on these perceptions. Although no one would be hesitant in terming any of the four developmental toxicities unacceptable endpoints, prevailing human attitudes exist between them as perceived by the mother or parents. Thus, whereas the emphasis initially placed on congenital malformation has recently been deemphasized in favor of other toxicities of development, we should not lose sight of these differences as they affect human perceptions of acceptable outcomes of pregnancy. Because all are unacceptable endpoints and must be considered so, especially in light of the imperfect extrapolation from animal hazard evaluation to extrapolation of human risk. It simply cannot be known with certainty which endpoint may be manifested when developmental toxicity is elicited. A tabulation of all developmental toxicity classes in the agents considered human teratogens is shown in Table 1-20. It is apparent that the chemical agents established as those inducing birth defects also greatly perturb development on a broad scale.

# REFERENCES

Abel, E. L. (1992). Paternal exposure to alcohol. In: *Perinatal Substance Abuse*. T. B. Sonderegger, ed. Johns Hopkins University Press, Baltimore, pp. 132–160.

Abramovici, A. and Rachnuth-Roizman, P. (1983). Molecular structure–teratogenicity relationships of some fragrance additives. *Toxicology* 29:143–156.

ACOG (American College of Gynecologists) (1986). Diagnosis and management of fetal death. *Am. Coll. Gynecol. Tech. Bull. 98 (Nov).*

Adams, P. M., Shabrawy, O., and Legator, M. S. (1984). Male-transmitted developmental and neurobehavioral deficits. *Teratogenesis Carcinog. Mutagen.* 4:149–169.

Aeppli, L., Machemer, L., and Stenger, E. G. (1971). Zur Eignung des Gelbsilberkaninchens fur toxikologische Untersuchungen. *Arzneimittelforschung* 21:139–142.

Allen, B. C., Strong, P. L., Price, C. J., Hubbard, S. A., and Daston, G. P. (1996). Bench-mark dose analysis of developmental toxicity in rats exposed to boric acid. *Fundam. Appl. Toxicol.* 32:194–204.

Amann, R. P. (1982). Use of animal models for detecting specific alterations in reproduction. *Fundam. Appl. Toxicol.* 2:13–26.

Anderson, A. C. (1957). Puppy production to the weaning age. *J. Am. Vet. Med. Assoc.* 130:151–158.

Anderson, I. and Morse, L. M. (1966). The influence of solvent on the teratogenic effect of folic acid antagonist in the rat. *Exp. Mol. Pathol.* 5:134–145.

Anderson, R. A., Furley, J. E., Oswald, C., and Zaneveld, J. D. (1981). Teratological evaluation of mouse fetuses after paternal alcohol consumption. *Neurobehav. Toxicol. Teratol.* 3:117–120.

Araneta, M. R., Moore, C. A., Olney, R. S., Edmonds, L. D., Karcher, J. A., McDonough, C., Hiliopoulos, K. M., Schlangen, K. M., and Gray, G. C. (1997). Goldenhar syndrome among infants of Persian Gulf war veterans born in military hospitals. *Teratology* 56:244–251.

Auroux, M., Dulioust, E., Selva, J., and Rince, P. (1990). Cyclophosphamide in the $F_0$ male rat. Physical and behavioral changes in 3 successive adult generations. *Mutat. Res.* 229:189–200.

Ayl, S. J. (1982). Birth defects research: 1980 and after. *Am. J. Med.* 72:119–126.

Baeder, C., Wickramaratne, G. S., Hummler, H., Merkle, J., Schon, H., and Tuchmann–Duplessis, H. (1985). Identification and assessment of the effects of chemicals on reproduction and development (reproductive toxicology). *Food Chem. Toxicol.* 23:377–388.

Balarajan, R. and McDowell, M. (1983). Congenital malformations and agricultural workers. *Lancet* 1: 1112–1113.

Balci, S. and Sankayalan, F. (1983). Absence of a hand (acheiria) in a child whose father was treated with cyclophosphamide for Behcet's disease. *Turk. J. Pediatr.* 25:55–58.

Banerjee, B. N. and Durloo, R. S. (1973). Incidence of teratological anomalies in control Charles River C-D strain rats. *Toxicology* 1:151–154.

Barr, M. (1973). The teratogenicity of cadmium chloride in two stocks of Wistar rats. *Teratology* 7:237–242.

Bartoshesky, L. E., Feingold, M., Schemer, A. P., and Donovan, C. M. (1979). A paternal fetal alcohol syndrome and fetal alcohol syndrome in a child whose alcoholic parents had stopped drinking. *Birth Defects Conf. Abstr.*

Bates, H. K., Cunny, H. C., and Kebede, G. A. (1997). Developmental neurotoxicity testing methodology. In: *Handbook of Developmental Toxicology*, R. D. Hood, ed. CRC Press, Boca Raton, FL, pp. 291–324.

Beall, J. R. and Klein, M. E (1977). Enhancement of aspirin-induced teratogenicity by food restriction in rats. *Toxicol. Appl. Pharmacol.* 39:489–495.

Beck, F. (1975). The ferret as a teratological model. In: *New Approaches to the Evaluation of Abnormal Embryonic Development.* D. Neubert and H. J. Merker, eds. Thieme-Edition, Publishing Sciences Group, Stuttgart, pp. 8–20.

Beck, F., Schon, H., Mould, G., Swidzinska, P., Curry, S., and Grauwiler, J. (1976). Comparison of the teratogenic effects of mustine hydrochloride in rats and ferrets. The value of the ferret as an experimental animal in teratology. *Teratology* 13:151–160.

Beltrame, D. and Cantone, A. (1979). Study of the comparative frequencies of spontaneous malformations in Sprague–Dawley and Wistar rats. *Riv. Biol.* 72:257–307.

Berry, C. L., ed. (1981). *Paediatric Pathology.* Springer-Verlag, New York.

Betina, V. (1989). Structure–activity-relationships among mycotoxins. *Chem Biol. Ineract.* 71:105–146.

Bingol, N., Fuchs, M., Diaz, V., Stone, R. K., and Gromisch, D. S. (1987). Teratogenicity of cocaine in humans. *J. Pediatr.* 110:93–96.

Bishop, J. B., Witt, K. L., and Sloane, R. A. (1997). Genetic toxicities of human teratogens. *Mutat. Res.* 396:9–43.

Black, D. L. and Marks, T. A. (1986). Inconsistent use of terminology in animal developmental toxicology studies: a discussion. *Teratology* 33:333–338.

Blakely, P. M., Kim, J. S., and Firneisz, G. D. (1989). Effects of paternal subacute exposure to Tordon 202c on fetal growth and development in CD-1 mice. *Teratology* 39:237–241.

Bochert, G., Platzek, T., Blankenburg, G., Wiessler, M., and Neubert, D. (1985). Embryotoxicity induced by alkylating agents: left-sided preponderance of paw malformations induced by acetoxy methylnitrosamine in mice. *Arch. Toxicol.* 56:139–150.

Book, S. A. and Bustad, L. K. (1974). The fetal and neonatal pig in biomedical research. *J. Anim. Sci.* 38:997–1002.

Boyd, E. M. (1968). Predictive drug toxicity: assessment of drug safety before human use. *Can. Med. Assoc. J.* 98:278–293.

Brender, J. D. and Suarez, L. (1990). Paternal occupation and anencephaly. *Am. J. Epidemiol.* 131:517–521.

Brent, R. L. (1964). Drug testing in animals for teratogenic effects: thalidomide in the pregnant rat. *J. Pediatr.* 64:762–770.

Brent, R. L. (1972). Protecting the public from teratogenic and mutagenic hazards. *J. Clin. Pharmacol.* 12:61–70.

Brent, R. L. (1982). Drugs and pregnancy: are the insert warnings too dire? *Contrib. Gynecol. Obstet.* 20:42–49.

Brent, R. L. (1983). The Bendectin saga: another American tragedy (Brent, 1980). *Teratology* 27:283–286.

Brent, R. L. (1986a). Definition of a teratogen and the relationship of teratogenicity to carcinogenicity [Editorial Comment]. *Teratology* 34:359–360.

Brent, R. L. (1986b). Evaluating the alleged teratogenicity of environmental agents. *Clin. Perinatol.* 13:609–613.

Brent, R. L. (1987). The application of basic developmental biology data to clinical teratological problems. In: *Approaches to Elucidate Mechanisms in Teratogenesis.* E. Welsch, ed. Hemisphere Publishing, Washington, DC, pp. 255–267.

Brent, R. L. (1988a). The capacity, validity, and ability of in vitro techniques and animal studies to predict the risk of human teratogenicity for various environmental agents. *Teratology* 38:544.

Brent, R. L. (1988b). Predicting teratogenic and reproductive risks in humans from exposure to various environmental agents using in vitro techniques and in vivo animal studies. *Congenital Anom.* 28(suppl.):541–555.

Brent, R. L. and Beckman, D. A. (1990). Environmental teratogens. *Bull. N. Y. Acad. Med.* 66:123–163.

Brent, R. L. and Jensh, R. P. (1967). Intrauterine growth retardation. *Adv. Teratol.* 2:139–227.

Brock, N. and Kreybig, T. (1964). [Experimental data on testing of drugs for teratogenicity in laboratory rats]. *Naunyn Schmiedebergs Arch. Pharmacol.* 249:117–145.

Brown, D. and Keeler, R. F. (1978a). Structure-activity relation of steroid teratogens. 1. Jervine ring system. *J. Agric. Food Chem.* 26:561–563.

Brown, D. and Keeler, R. F. (1978b). Structure–activity relation of steroid teratogens. 2. *N*-substituted jervines. *J. Agric. Food Chem.* 26:564–566.

Brown, D. and Keeler, R. F. (1978c). Structure–activity relation of steroid teratogens. 3. Solanidan epimers. *J. Agric. Food Chem.* 26:566–569.

Brown, L. P., Flint, O. P., Orton, T. C., and Gibson, G. G. (1986). Chemical teratogenesis–testing methods and the role of metabolism. *Drug Metab. Rev.* 17:221–260.

Brown, N. A. and Fabro, S. (1983). The value of animal teratogenicity testing for predicting human risk. *Clin. Obstet. Gynecol.* 26:467–477.

Brown, N. A. and Freeman, S. J. (1984). Alternative tests for teratogenicity. *ATLA Alternat. Lab. Anim.* 12:7–23.

Brown, N. A., Shull, G., Kao, J., Goulding, E. H., and Fabro, S. (1982). Teratogenicity and lethality of hydantoin derivatives in the mouse: structure–toxicity relationships. *Toxicol. Appl. Pharmacol.* 64: 271–288.

Bruggemann, S. and Grauwiler, J. (1976). The use of primates in teratological studies. *STAL Sci. Tech. Anim. Lab.* 1:243–248.

Burns, J. J. and Conney, A. H. (1964). Therapeutic implications of drug metabolism. *Semin. Hematol.* 1: 375–400.

Bussi, R., Ciampolillo, C., and Comotto, L. (1996). Incidence of spontaneous fetal alterations in Crl:CD-1(ICR)BR mouse. *Teratology* 53:26A.

Buttar, H. S. (1990). Teratogenesis as an indicator of human response. In: *Progess in Predictive Toxicology.* D. B. Clayson, I. C. Munro, P. Shubik, and J. A. Swenberg, eds. Elsevier Science Publishers, New York, pp. 207–230.

Cahen, R. L. (1966). Experimental and clinical chemoteratogenesis. *Adv. Pharmacol.* 4:263–349.

Calabrese, E. J. (1984). Suitability of animal models for predictive toxicology. *Drug Metab. Rev.* 15:505–523.

Callan, N. A. and Witter, E R. (1990). Intrauterine growth retardation: characteristics, risk factors and gestational age. *Int. J. Gynecol. Obstet.* 33:215–220.

Capel-Edwards, K. and Eveleigh, J. R. (1974). A case of guinea-pig conjoined young. *Lab. Anim.* 8:35–37.

Caujolle, F., Caujolle, D., Cros, S., and Colvet, M. (1967). Limits of toxic and teratogenic tolerance of dimethyl sulfoxide. *Ann. N. Y. Acad. Sci.* 141:110–125.

Cestari, A. N., Vieira Filho, J. P., Yonegawa, Y., Magnelli, N., and Imada, J. (1965). A case of human reproductive abnormalities possibly induced by colchicine treatment. *Rev. Bras. Biol.* 25:253–256.

Chahoud, I., Krowke, R., Bochert, G., Burkle, B., and Neubert, D. (1991). Reproductive toxicity and toxicokinetics of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin. 2. Problem of paternally-mediated abnormalities in the progeny of rat. *Arch. Toxicol.* 65:27–31.

Chai, C. K. and Degenhardt, K.-H. (1962). Developmental anomalies in inbred rabbits. *J. Heredity* 53: 174–182.

Chamberlain, J. G.. and Goldyne, M. E. (1970). Intra-amniotic injections of pyridine nucleotides or adenosine triphosphate as countertherapy for 6-aminonicotinamide (6-AN) teratogenesis. *Teratology* 3:11–16.

Chamberlain, J. G. and Nelson, M. M. (1963). Congenital abnormalities in the rat resulting from single injections of 6-aminonicotinamide during pregnancy. *J. Exp. Zool.* 153:285–299.

Chang, M. C. (1944). Artificial production of monstrosities in the rabbit. *Nature 154:150.*

Chaube, S. and Murphy, M. L. (1965). The teratogenic effects of cytosine arabinoside (CA) on the rat fetus. *Proc. Am. Assoc. Cancer Res.* 6:11.

Chaube, S. and Murphy, M. L. (1968). The teratogenic effects of the recent drugs active in cancer chemotherapy. *Adv. Teratol.* 3:181–237.

Chen, J. T. and Kodell, R. L. (1989). Quantitative risk assessment for teratological effects. *J. Am. Stat. Assoc.* 84:966–971.

Chernoff, N. and Kavlock, R. J. (1982). An *in vivo* teratology screen utilizing pregnant mice. *J. Toxicol. Environ. Health* 10:541–550.

Chernoff, N., Kavlock, R. J., Beyer, P. E., and Miller, D. (1987). The potential relationship of maternal toxicity, general stress, and fetal outcome. *Teratogensis. Carcinog. Mutagen.* 7:241–253.

Chernoff, N., Rogers, J. M., and Kavlock, R. J. (1989). An overview of maternal toxicity and prenatal development: considerations for developmental toxicity hazard assessment. *Toxicology* 59:111–125.

Chester, A., Hallesy, D., and Andrew, F. (1985). Behavioral methods in reproductive and developmental toxicology. *Neurobehav. Toxicol. Teratol.* 7:745–752.

Chez, R. A., Haire, D., Quilligan, E., and Wingate, M. B. (1976). High risk pregnancies: obstetrical and perinatal factors. In: *Prevention of Embryonic, Fetal, and Perinatal Disease.* R. L. Brent and M. I. Harris, eds. DHEW Publ. No. (NIH)76–853, pp. 67–95.

Christian, M. S. (1988). The use and misuse of non-mammalian systems for estimating teratologic and embryotoxic risks. *Congenital Anom.* 28(suppl.):S19–S26.

Christian, M. S. and Hoberman, A. M. (1985). Current *in vivo* reproductive toxicity and teratology methods. *Safety Eval. Regul. Chem.* 2:78–88.

Christian, M. S. and Hoberman, A. M. (1989). Current in vivo reproductive toxicity and developmental toxicity (teratology) test methods. In: *A Guide to General Toxicology,* 2nd rev. ed. J. K. Marquis, ed. S. Karger, Basel, pp. 91–100.

Christian, M. S., Hoberman, A. M., and Lochry, E. A. (1987a). Currently used alternatives to the Chernoff–Kavlock short-term in vivo reproductive toxicity assay. *Teratogenesis. Carcinog. Mutagen.* 7:65–71.

Christian, M. S., McCarty, M. J., Cox-Sica, D. K., and Cao, C. P. (1987b). Recent increases in the incidences of skull, lung and rib alterations in vehicle control New Zealand White rabbits. *ACT Eighth Ann. Mtg. Absts.* p. 21.

Christianson, R. E., van den Berg, B. J., Milkovich, L., and Oechsli, F. W. (1981). Incidence of congenital anomalies among white and black live births with long-term follow-up. *Am. J. Public Health* 71: 1333–1341.

Cicalese, R., Sisti, R., Longabardi, C., Rossiello, E., Gallo, D., and Meli, C. (1996). Incidence of spontaneous skeletal malformations and anomalies in New Zealand white rabbits used as controls in segment II (teratology) studies. *Teratology* 53:33A.

Clegg, E. D., Sakai, C. S., and Voytek, P. E. (1986). Assessment of reproductive risks. *Biol. Reprod.* 34: 5–16.

Clemens, G. R., Petrere, J. A., and Oberholtzer, K. (1994). Midwest Teratology Association (MTA) historical control database survey (HCDS) phase II (PII): external and visceral malformations in the Sprague–Dawley rat and New Zealand White rabbit. *Teratology* 49:388.

Coakley, M. E., Rawlings, S. J., and Brown, N. A. (1986). Short-chain carboxylic acids, a new class of teratogens: studies of potential biochemical mechanisms. *Environ. Health Perspect.* 70:105–113.

Cohen, E. N., Brown, B. W., Jr., Bruce, D. L., Cascorbi, H. F., Corbett, T. H., Jones, T. W., and Whitcher, C. E. (1975). A survey of anesthetic health hazards among dentists. *J. Am. Dent. Assoc.* 90:1291–1296.

Cohen, M. M. (1982). *The Child with Multiple Birth Defects.* Raven Press, New York.

Cohlan, S. Q. (1953). Excessive intake of vitamin A as a cause of congenital anomalies in the rat. *Science* 117:535–536.

Colborn, T., Smolen, M. J., and Rolland, R. (1998). Environmental neurotoxic effects: The search for new protocols in functional teratology. *Toxicol. Ind. Health* 14:9–23.

Colie, C. F. (1993). Male mediated teratogenesis. *Reprod. Toxicol.* 7:3–9.

Collaborative Study (1967). Sur les difficultes d'interpretation de l'e'tude des risques teratogenes. Les conditions experimentales et les malformations spontanees chez la souris. *Therapie* 22:469–484.

Commission on Drug Safety (1963). Report. *Conference on Prenatal Effects of Drugs.* Chicago.

Cordier, S., Deplan, F., Mandereas, L., and Hemon, D. (1991). Paternal exposure to mercury and spontaneous abortions. *Br. J. Ind. Med.* 48:375–381.

Costlow, R. D. and Manson, J. M. (1981). The heart and diaphragm: target organs in the neonatal death induced by nitrofen (2,4-dichlorophenyl-*p*-nitrophenyl ether). *Toxicology* 20:209–227.

Courtney, K. D. and Valerio, D. A. (1968). Teratology in the *Macaca mulatta. Teratology* 1:163–172.

Courtney, K. D., Valerio, D. A., and Pallotta, A. J. (1967). Experimental teratology in the monkey. *Toxicol. Appl. Pharmacol.* 10:378.

Cozens, D. D. (1965). Abnormalities of the external form and of the skeleton in the New Zealand white rabbit. *Food Cosmet. Toxicol.* 3:695–700.

Crary, D. D. and Fox, R. R. (1980). Frequency of congenital abnormalities and of anatomical variations among JAX rabbits. *Teratology* 21:113–121.

Currie, A. R., Bird, C. C., Crawford, A. M., and Sims, P. (1970). Embryopathic effects of 7,12-dimethyl-benz[*a*]anthracene and its hydroxymethyl derivatives in the Sprague–Dawley rat. *Nature* 226:911–914.

Dagg, C. P. (1960). Sensitive stages for the production of developmental abnormalities in mice with 5-fluorouracil. *Am. J. Anat.* 106:89–96.

Daston, G. P. and D'Amato, R. A. (1989). *In vitro* techniques in teratology. *Toxicol. Ind. Health* 5:555–585.

Daston, G. P., Rogers, J. M., Versteeg, D. J., Sabourin, T. D., Baines, D., and Marsh, S. S. (1991). Interspecies comparisons of A/D ratios are not constant across species. *Fundam. Appl. Toxicol.* 17:696–722.

Davis, D. L., Friedler, G., Mattison, D., and Morris, R. (1992). Male-mediated teratogenesis and other reproductive effects: biologic and epidemiologic findings and a plea for clinical research. *Reprod. Toxicol.* 6:289–292.

Deneufbourg, H. (1905). L'intoxication saturnine dans ses rapport avec la grossesse. *These de Paris*.

Dennis, S. M. (1974). A survey of congenital defects of sheep. *Vet. Rec.* 95:488–490.

Diamond, I., Anderson, M. M., and McCreadie, S. R. (1960). Transplacental transmission of busulfan (Myleran) in a mother with leukemia. Production of fetal malformation and cytomegaly. *Pediatrics* 25:85–90.

DiCarlo, F. J. (1990). Structure–activity relationships (SAR) and structure–metabolism relationships (SMR) affecting the teratogenicity of carboxylic acids. *Drug Metab. Rev.* 22:411–449.

DiCarlo, F. J., Bickart, P., and Auer, C. M. (1986). Structure metabolism relationships (SMR) and the prediction of health hazards by the Environmental Protection Agency. II. Application to teratogenesis and other toxic effects caused by aliphatic acids. *Drug Metab. Rev.* 17:187–221.

Didcock, K. A., Jackson, D., and Robson, J. M. (1956). The action of some nucleotoxic substances in pregnancy. *Br. J. Pharmacol.* 11:437–441.

Dimmich-Ward, H., Hetzman, C., Teschle, K., Hershler, R., Marion, S. A., Ostry, A., and Kelly, S. (1996). Reproductive effects of paternal exposure to chlorophenate wood preservatives in the sawmill industry. *Scand. J. Work Environ. Health* 22:267–273.

DiSaia, P (1966). Pregnancy and delivery of a patient with a Starr–Edwards mitral valve prosthesis. *Obstet. Gynecol.* 28:469–472.

Donovan, J. W., Adena, M. A., Rose, G., and Batistutta, D. (1983). Case control study of congenital anomalies and Vietnam service. Australian Government Publishing Services, Canberra.

Donovan, J. W., MacLennan, R., and Adena, M. (1984). Vietnam service and the risk of congenital anomalies. A case–control study. *Med. J. Aust.* 140:394–397.

Dulioust, E. J., Nawar, N. Y., Yacoub, S. G., Ebel, A. B., Kempf, E. H., and Auroux, M. R. (1989). Cyclophosphamide in the male rat. New pattern of anomalies in the 3rd generation. *J. Androl.* 10:296–303.

Duminy, P. C. and du T. Burger, P. (1981). Fetal abnormality associated with the use of captopril during pregnancy. *S. Afr. Med. J.* 60:805.

Earl, F. L., Miller, F., and Van Loon, E. J. (1972). Teratogenic research in beagle dogs and miniature swine. In: *Laboratory Animal Drug Testing. Symp. Int. Comm. Lab. Anim. 5th.* Fischer, Stuttgart, pp. 233–247.

Earl, F. L., Couvillion, J. L., and Van Loon, E. J. (1974). The reproductive effects of PCB 1254 in beagle dogs and miniature swine. *Toxicol. Appl. Pharmacol.* 29:104.

Earl, F. L., Miller, E., and Van Loon, F. J. (1975). Beagle dog and miniature swine as a model for teratogenesis: evaluation. *Teratology* 11:16A.

ECETOC (1986). Technical report no.21. A guide to the classification of carcinogens, mutagens, and teratogens under the sixth amendment. European Chemical Industry Ecology and Toxicology Centre (ECETOC), Brussels, Belgium, Feb. 11.

Ellenhorn, M. J. (1964). The FDA and the prevention of drug embryopathy. *J. New Drugs* 4:12–20.

Engleson, G. and Herner, T. (1952). Alkyl mercury poisoning. *Acta Paediatr. Scand.* 41:289–294.

Enslein, K. (1989). New teratogenesis model. *HDJ Toxicol. Newslett.* No.9 (Feb.).

Enslein, K., Lander, T. R., and Strange, J. R. (1983). Teratogenesis: a statistical structure–activity model. *Teratogenesis Carcinog. Mutagen.* 3:289–309.

Eriksson, M., Catz, C. S., and Yaffe, S. J. (1973). Drugs and pregnancy. *Clin. Obstet. Gynecol.* 16:199–224.

Esaki, K., Hirayama, M., Nakayama, T., Iwaki, T., Tanimoto, Y., and Yanagita, T. (1980). Studies on methods for assessing drug teratogenicitiy in beaglè dogs. *Jitchuken Zenrinsho Kenkyuho* 6:37–53.

Fabro, S., Shull, G., and Brown, N. A. (1982). The relative teratogenic index and teratogenic potency. Proposed components of developmental toxicity risk assessment. *Teratogenesis Carcinog. Mutagen.* 2:61–76.

Fantel, A. G., Shepard, T. H., Newall-Morris, L. L., and Moffett, B. C. (1977). Teratogenic effects of retinoic acid in pigtail monkeys (*Macaca nemestrina*). 1. General features. *Teratology* 15:65–72.

Faustman, E. M. (1988). Short-term tests for teratogens. *Mutat. Res.* 205:355–384.

Faustman, E. M. and Ribeiro, P. (1990). Pharmacokinetic considerations in developmental toxicity. In: *Developmental Toxicology. Risk Assessment and the Future.* R. D. Hood, ed. Van Nostrand Reinhold, New York, pp. 109–135.

Ferm, V. H. (1967). The use of the golden hamster in experimental teratology. *Lab. Anim. Care* 17:452–462.

Ferm, V. H., Willhite, C., and Kilham, L. (1978). Teratogenic effects of ribavirin on hamster and rat embryos. *Teratology* 17:93–102.

Feussner, E. L., Lightkeep, G. E., Hennesy, R. A., Hoberman, A. M., and Christian, M. S. (1992). A decade of rabbit fertility data—study of historical control animals. *Toxicologist* 12:200.

Field, B. and Kerr, C. (1988). Behavior and consistent patterns of abnormality in offspring of Vietnam veterans. *J. Med. Genet.* 25:819–826.

Fisher, J. V., Whittaker, T. A., Taylor, D. H., Clewell, H. J., and Andersen, M. E. (1989). Physiologically based pharmacokinetic modeling of the pregnant rat: a multiroute exposure model for trichloroethylene and its metabolite, trichloroacetic acid. *Toxicol. Appl. Pharmcol.* 99:395–414.

Flanagan, J. L., Willhite, C. C., and Ferm, V. H. (1987) Comparative teratogenic activity of cancer chemopreventive retinoidal benzoic acid congeners (arotinoids). *J. Natl. Cancer Inst.* 78:533–538.

Flynn, R. J. (1968). Exencephalia: its occurrence in untreated mice. *Science* 160:898–899.

Food and Drug Administration Advisory Committee on Protocols for Safety Evaluations, Panel on Reproduction (1970). Report on reproduction studies in the safety evaluation of food additives and pesticide residues. *Toxicol. Appl. Pharmacol.* 16:264–296.

Fox, M. W. (1966). Congenital and inherited abnormalities. In: *Canine Pediatrics. Development, Neonatal and Congenital Diseases*, C. C. Thomas, Springfield, IL, pp. 95–135.

Francis, E. Z. and Farland, W. H. (1987). Application of the preliminary developmental toxicity screen for chemical hazard identification under the Toxic Substances Control Act. Teratogenesis Carcinog. Mutagen. 7:107–117.

Frankos, V. H. (1985). FDA perspectives on the use of teratology data for human risk assessment. *Fundam. Appl. Toxicol.* 5:615–625.

Fraser, F. C. (1963). Report. In: *Conference on Prenatal Effects of Drugs.* Commission on Drug Safety, Chicago, pp. 11–18.

Freeman, M. M. and Finkel, M. J. (1980). Drug and other hazards to the fetus and newborn. In: *Drug and Chemical Risks to the Fetus and Newborn.* R. H. Schwarz and S. J. Yaffe, eds. Alan R. Liss, New York, pp. 67–72.

Freiesleben, E. and Kjerulf-Jensen, K. (1947). The effects of thiouracil derivatives on fetuses and infants. *J. Clin. Endocrinol. Metab.* 7:47–51.

Frohberg, H. (1969). [Teratogenic studies to determine the sensitive phase during pregnancy in the mouse]. *Naunyn Schmiedebergs Arch. Pharmacol.* 263:210–211.

Frohberg, H. (1977). An introduction to research in teratology. In: *Methods in Prenatal Toxicology. Evaluation of Embryotoxic Effects in Experimental Animals.* D. Neubert, H.-J. Merker, and T.E. Kwasigroch, eds. Georg Thieme, Stuttgart, pp. 1–13

Fujii, T. and Nishimura, H. (1972). Side preponderant forelimb defects of mouse fetuses induced by maternal treatment with adenine. *Okajimas Folia Anat. J.* 49:75–80.

Fujikura, T. (1968). Congenital malformations in perinatal, infant, and child deaths. Influence of race, sex and other factors. In: *Manual for the 2nd International Workshop on Teratology, Kyoto,* pp. 243–272.

Fujimori, H. and Imoi, S. (1957). Studies on dihydrostreptomycin administered to the pregnant and transferred to their fetuses. *J. Jpn. Obstet. Gynecol. Soc.* 4:133–149.

Fujinaga, M., Mazze, R. I., Baden, J. M., and Shepard, T. H. (1988). Nitrous oxide alters sidedness in rat embryos. *Teratology* 37:459.

Furuya, Y. (1966). On the malformations occurring in the Gagyuson troop of wild Japanese monkeys. *Primates* 7:488–492.

Gabrielsson, J. L. and Larsson, K. S. (1990). Proposals for improving risk assessment in reproductive toxicology. *Pharmacol. Toxicol.* 66:10–17.

Gaffield, W. (1986). The significance of isomerism and stereospecificity to the chemistry of plant teratogens. *J. Toxicol.* 5:229–240.

Garrett, M. J. (1974). Teratogenic effects of combination chemotherapy. *Ann. Intern. Med.* 80:667.

Gaylor, D. W. (1989). Comparison of teratogenic and carcinogenic risks. *Regul. Toxicol. Pharmacol.* 10:138–143.

Gebhardt, D. O. E. (1970). The embryolethal and teratogenic effects of cyclophosphamide on mouse embryos. *Teratology* 3:273–278.

German, J., Kowal, A., and Ehlers, K. H. (1970). Trimethadione and human teratogenesis. *Teratology* 3:349–361.

Gibson, J. P., Staples, R. E., and Newberne, J. W. (1968). Use of the rabbit in teratogenicity studies. *Toxicol. Appl. Pharmacol.* 9:398–407.

Gilden, N. and Bodewitz, H. (1991). Regulating teratogenicity as a health risk. *Soc. Sci. Med.* 32:1191–1198.

Gillette, J. R. (1987). Dose, species, and route extrapolation: general aspects. In: *Pharmacokinetics in Risk Assessment, Drinking Water and Health,* Vol. 8. National Academy Press, Washington, DC, pp. 96–158.

Goodlin, R. C. (1990). Intrauterine growth retardation is not the same as small for gestational age. *Am. J. Obstet. Gynecol.* 162:1642–1643.

Goodman, D. R., James, R. C., and Harbison, R. D. (1982). Placental toxicology. *Food Chem. Toxicol.* 20:123–148.

Gospe, S. M., Saeed, D. B., Zhou, S. S., and Zeman, F. J. (1991). Effects of prenatal toluene exposure on brain development. An animal model of toluene embryopathy (fetal solvents syndrome). *Ann. Neurol.* 30:489.

Grauwiler, J. (1969). Variations in physiological reproduction data and frequency of spontaneous malformations in teratological studies with rats and rabbits. In: *Teratology (Proceedings, Symposium Organized by Italian Society of Experimental Teratology).* A. Bertelli and L. Donati, eds. Excerpta Medica Foundation, Amsterdam, pp. 129–135.

Gray, L. E. and Kavlock, R. J. (1984). An extended evaluation of an *in vivo* teratology screen utilizing postnatal growth and viability in the mouse. *Teratogenesis Carcinog. Mutagen.* 4:403–426.

Gray, L. E., Ferrell, J., and Ostby, J. (1985). Prenatal exposure to nitrofen causes anomalous development of para- and mesonephric duct derivatives in the hamster. *Toxicologist* 5:183.

Green, D. M., Seigelstein, N., Hall, B., and Zevon, M. (1990). Congenital anomalies in the offspring of male patients treated with chemotherapy for childhood cancer. *Pediatr. Res.* 27:A142.

Greenberg, L. H. and Tanaka, K. R. (1964). Congenital anomalies probably induced by cyclophosphamide. *JAMA* 188:423–426.

Greene, R. R., Burrill, M. W., and Ivy, A. C. (1939). Experimental intersexuality. The effect of antenatal androgens on sexual development of female rats. *Am. J. Anat.* 65:415–469.

Greene, R. R., Burrill, M. W., and Ivy, A. C. (1940). Experimental intersexuality. The effects of estrogens on the antenatal sexual development of the rat. *Am. J. Anat.* 67:305–345.

Guignard, J. P., Burgener, F., and Colame, A. (1981). Persistent anuria in neonate: a side effect of captopril. *Intern. J. Pediatr. Nephrol.* 2:133.

Gulamhusein, A. and Beck, F. (1977). The value of the ferret as an experimental animal in teratology. In: *Methods in Prenatal Toxicology.* D. Neubert, H. J. Merker, and T. Kwasigroch, eds., Georg Thieme Publisher, Stuttgart, pp. 44–51.

Haas, J. F. and Schottenfeld, D. (1979). Risks to the offspring from parental occupational exposures. *J. Occup. Med.* 21:607–613.

Haddad, R. K., Rabe, A., Laquer, G. L., Spatz, M., and Valcamis, M. P. (1969). Intellectual deficit associated with transplacentally induced microcephaly in the rat. *Science* 163:88–90.

Hales, B. F. and Robaire, B. (1997). Paternally mediated effects on development. In: *Handbook of Developmental Toxicology.* R. D. Hood, ed., CRC Press, Boca Raton, FL, pp. 91–107.

Hales, B. F., Smith, S., and Robaire, B. (1986). Cyclophosphamide in the seminal fluid of treated males: transmission to females by mating and effect on pregnancy outcome. *Toxicol. Appl. Pharmacol.* 84:423–430.

Hanson, F. B. and Heys, F. (1927). Alcohol and eye defects in albino rats. *J. Heredity* 18:345–350.

Hardin, B. D. (1987). A recommended protocol for the Chernoff/Kavlock preliminary developmental toxicity test and a proposed method for assigning scores based on results of that test. *Teratogenesis Carcinog. Mutagen.* 7:85–94.

Hardin, B. D., Schuler, R. L., Burg, J. R., Booth, G. M., Hazelden, K. P, MacKenzie, K. M., Piccirillo, V. J., and Smith, K. N. (1987a). Evaluation of 60 chemicals in a preliminary developmental toxicity test. *Teratogenesis Carcinog. Mutagen.* 7:29–48.

Hardin, B. D., Becker, R. A., Kavlock, R. J., Seidenberg, J. M., and Chernoff, N. (1987b). Overview and summary: Workshop on the Chernoff/Kavlock preliminary developmental toxicity test. *Teratogenesis Carcinog. Mutagen.* 7:119–127.

Haring, O. M. and Lewis, F. J. (1961). Collective review: The etiology of congenital developmental anomalies. *Int. Abstr. Surg.* 113:1–18.

Harris, S. B., Szczech, G. M., Stuckhardt, J. L., Kiley, K., Purmalis, B. P., and Brunden, M. (1980). Evaluation of the Upj:TUC(ICR) strain of mice for use in teratology tests. *J. Toxicol. Environ. Health* 6:155–165.

Hart, W. L., Reynolds, R. C., Krasavage, W. J., Ely, T. S., Bell, R. H., and Raleigh, R. L. (1988). Evaluation of developmental toxicity data: a discussion of some pertinent factors and a proposal. *Risk Anal.* 8:59–69.

Haskin, D. (1948). Some effects of nitrogen mustard on the development of external body form in the fetal rat. *Anat. Rec.* 102:493–511.

Hay, M. F. (1964). Effects of thalidomide on pregnancy in the rabbit. *J. Reprod. Fertil.* 8:59–74.

Hay, S. (1971). Sex differences in the incidence of certain congenital malformations: a review of the literature and some new data. *Teratology* 4:277–286.

Heinecke, H. (1972). Embryologic parameters of various mouse strains. *Z. Versuchstierkd.* 14:154–171.

Hendrickx, A. G. (1966). Teratogenicity findings in a baboon colony. In: *Proceedings Conference on Nonhuman Primate Toxicology.* Arlie House, Department of Health, Education, and Welfare, U.S. Government Printing Office, Washington, DC, pp. 120–123.

Hendrickx, A. G. and Binkerd, P. E. (1979). Primate teratology: selection of species and future use. In: *Advances in the Study of Birth Defects,* Vol. 2. *Teratological Testing.* University Park Press, Baltimore, pp. 1–23.

Hendrickx, A. G. and Binkerd, P. E. (1990). Nonhuman primates and teratological research. *J. Med. Primatol.* 19:81–108.

Hendrickx, A. G. and Cukierski, M. A. (1987). Reproductive and developmental toxicology in nonhuman primates. In: *Preclinical Safety of Biotechnology Products Intended for Human Use;* Alan R. Liss, New York, pp. 73–88.

Hendrickx, A. G. and Newman, L. (1973). Appendicular skeletal and visceral malformations induced by thalidomide in bonnet monkeys. *Teratology* 7:151–160.

Herbst, A. L. and Scully, R. E. (1970). Adenocarcinoma of the vagina in adolescence. A report of seven cases including six clear cell carcinomas (so-called mesonephromas). *Cancer* 25:745–757.

Hill, R. (1983). Model systems and their predictive value in assessing teratogens. *Fundam. Appl. Toxicol.* 3:229–232.

Hill, R. M., Verniaud, W. M., Rettig, G. M., Zion, T., and Vorderman, S. (1979). The impact of intrauterine malnutrition on the developmental potential of the human infant. A 14 year progressive study. In: *Behavioral Effects of Energy and Protein Deficits.* J. Brozek, ed. HEW Publ. 79–1906.

Hoar, R.M. (1984). Use of ferrets in toxicity testing. *J. Am. Coll. Toxicol.* 3:325–330.

Hoar, R. M. and Christian, M. S. (1992). Conducting developmental toxicity studies using the ferret: retinoic acid as a positive control. *Congenital Anom.* 32:117–124.

Hoar, R. M. and Salem, A. J. (1961). Time of teratogenic action of trypan blue in guinea pigs. *Anat. Rec.* 141:173–181.

Hood, R. D. (1989). A perspective on the significance of maternally mediated developmental toxicity. *Regul. Toxicol. Pharmacol.* 10:144–148.

Hood, R. D., ed. (1990). *Developmental Toxicology. Risk Assessment and the Future.* Van Nostrand Reinhold, New York.

Hood, R. D., ed. (1997). *Handbook of Developmental Toxicology.* CRC Press, Boca Raton, FL.

Hook, E. B. (1981). Human teratogenic and mutagenic markers in monitoring about point sources of pollution. *Environ. Res.* 25:178–203.

Horimoto, M., Sasaki, M., Matsubara, Y., Igarashi, S., and Takayama, S. (1995). Background data of reproductive and developmental studies: 2. Visceral anomalies in rats and rabbits. *Teratology* 52:45B.

Howard, W. B., Willhite, C. C., and Sharma, R. P (1987). Structure–toxicity relationships of the tetramethylated tetralin and indane analogs of retinoic acid. *Teratology* 36:303–311.

Howard, W. B., Willhite, C. C., Dawson, M. I., and Sharma, R. P (1988). Structure–activity relationships of retinoids in developmental toxicology. III. Contribution of the vitamin A β-cyclogeranylidene ring. *Toxicol. Appl. Pharmacol.* 95:122–138.

Hughes, K. L., Haughey, K. G., and Hartley, W. J. (1972). Spontaneous congenital developmental abnormalities observed at necropsy in a large survey of newly born dead lambs. *Teratology* 5:5–10.

Hummler, H. and Schuepbach, M. E. (1981). Studies in reproductive toxicology and mutagenicity with Ro 10-9359. In: *Retinoids (Proceedings, International Dermatology Symposium)*. M. Eng, C. E. Orfanos, O. Braun-Falco, and E. M. Farber, eds. Springer, Berlin, pp. 49–59.

Hurley, L. S. (1980). *Developmental Nutrition.* Prentice-Hall, Englewood Cliffs, NJ

Husain, S. M., Belanger-Barbeau, M., and Pellerin, M. (1970). Malformation in the progeny of thalidomide-treated male rats. *Can. Med. Assoc. J.* 103:163–164.

Igarashi, E., Kawamura, N., Okumura, H., Hotta, K., Okamoto, T., Inooka, M., Takeshita, S., and Yasuda, M. (1992). Frequency of spontaneous axial skeletal variations detected by the double staining technique for ossified and cartilaginous skeleton in rat fetuses. *Congenital Anom.* 32:381–391.

Ihara, T., Oneda, S., Ikemizu, T., Sameshita, K., and Nagata, R. (1992). Incidence of spontaneous abnormalities in cynomolgus monkeys (*Macaca fascicularis*). *Congenital Anom.* 32:255–256.

Ihara, T., Oneda, S., Yamamoto, T., Nishida, Y., Hamashira, K., and Nagata, R. (1996). Basic study design and historical data of reproductive monkeys (*Macaca fascicularis*). *Teratology* 53:31A.

Illingworth, R. S. (1959). Congenital anomalies associated with cerebral palsy and mental retardation. *Arch. Dis. Child.* 34:228.

IRLG (1979). Report, Work Group on Risk Assessment. Scientific bases for identification of potential carcinogens and estimation of risks. *J. Natl. Cancer Inst.* 63:241–268.

IRLG (1986). Interagency Regulatory Liaison Group Workshop on reproductive toxicity risk assessment. *Environ. Health Perspect.* 66:193–221.

Isaacson, R. J. and Chaudhury, A. P (1962). Cleft-palate induction in strain A mice with cortisone. *Anat. Rec.* 142:479–484.

Jelovsek, F. R., Mattison, D. R., and Chen, J. J. (1989). Prediction of risk for human developmental toxicity: how important are animal studies for hazard identification? *Obstet. Gynecol.* 74:624–636.

Johnson, E. M. (1980). Screening for teratogenic potential. Are we asking the proper question? *Teratology* 21:259.

Johnson, E. M. (1981). Screening for teratogenic hazards: nature of the problems. *Annu. Rev. Pharmacol. Toxicol.* 21:417–429.

Johnson, E. M. (1984). A prioritization and biological decision tree for developmental toxicity safety evaluations. *J. Am. Coll. Toxicol.* 3:141–147.

Johnson, E. M. (1985). Summarization: risk assessment for developmental toxicity. *Fundam. Appl. Toxicol.* 5:653–654.

Johnson, E. M. (1986). False positives/false negatives in developmental toxicology and teratology. *Teratology* 34:361–362.

Johnson, E. M. (1987). A tier system for developmental toxicity evaluations based on considerations of exposure and effect relationships. *Teratology* 35:405–427.

Johnson, E. M. (1988). Cross species extrapolations and the biologic basis for safety factor determinations in developmental toxicology. *Regul. Toxicol. Pharmacol.* 8:22–36.

Johnson, E. M. (1989a). The natural history for possible scoring of chemical exposures potentially hazardous to human embryonic development. *Teratology* 39:461.

Johnson, E. M. (1989b). A case study of developmental toxicity risk estimation based on animal data: the drug Bendectin. in: *The Risk Assessment of Environmental Hazards. A Textbook of Case Studies.* D. Paustenbach, ed. John Wiley & Sons, New York, pp. 711–724.

Johnson, E. M. and Gabel, B. E. G. (1982). Application of the *Hydra* assay for rapid detection of developmental hazards. *J. Am. Coll. Toxicol.* 1:57–71.

Johnson, E. M. and Gabel, B. E. G. (1983). An artificial "embryo" for detection of abnormal developmental biology. *Fundam. Appl. Toxicol.* 3:243–249.

Johnson, E. M., Gabel, B. E. G., and Larson, J. (1984). Developmental toxicity and structure–activity correlates of glycols and glycol ethers. *Environ. Health Perspect.* 57:135–139.

Johnson, E. M., Christian, M. S., Dansky, L., and Gabel, B. E. G. (1987). Use of the adult developmental relationship in prescreening for developmental hazards. *Teratogenesis Carcinog. Mutagen.* 7:273–285.

Johnson, E. M., Newman, L. M., Gabel, B. E. G., Boerner, T. F, and Dansky, L. A. (1988). An analysis of the *Hydra* assay's applicability and reliability as a developmental toxicity prescreen. *J. Am. Coll. Toxicol.* 7:111–126.

Jones, K. L., Lacro, R. V., Johnson, K. A., and Adams, J. (1988). Pregnancy outcome in women treated with Tegretol. *Teratology* 37:468–469.

Jordan, R. L. and Borzelleca, J. F. (1975). Use of swine in teratological research. *Teratology* 11:A24.

Jordan, R. L., Terapane, J. F., and Schumacher, H. J. (1970). Studies on the teratogenicity of methotrexate in rabbits. *Teratology* 3:203.

Jusko, W. J. (1972). Pharmacodynamic principles in chemical teratology: dose–effect relationships. *J. Pharmacol. Exp. Ther.* 183:469–480.

Kalter, H. (1965). Experimental investigation of teratogenic action. *Ann. N. Y. Acad. Sci.* 123:287–294.

Kalter, H. (1968a). Sporadic congenital malformations of newborn inbred mice. *Teratology* 1:193–200.

Kalter, H. (1968b). *Teratology of the Central Nervous System.* University of Chicago Press, Chicago.

Kalter, H. (1980). The relation between congenital malformation and prenatal mortality in experimental animals. In: *Human Embryonic and Fetal Death.* I. H. Porter and E. B. Hook, eds. Academic Press, New York, pp. 29–44.

Kalter, H. (1981). Dose-response studies with genetically homogeneous lines of mice as a teratology testing and risk-assessment procedure. *Teratology* 24:79–86.

Kalter, H. (1989). Why expanding the meaning of "malformation" is unacceptable. *Teratology* 40:285–286.

Kalter, H. and Warkany, J. (1959). Experimental production of congenital malformations in mammals by metabolic procedure. *Physiol. Rev.* 39:69–115.

Kameyama, Y., Tanimura, T., and Yasuda, M. (1980). Spontaneous malformations in laboratory animals—photographic atlas and reference data. *Congenital Anom.* 20:25–106.

Karkinen-Jaaskelainen, M. and Saxen, L. (1974). Maternal influenza, drug consumption, and congenital defects of the central nervous system. *Am. J. Obstet. Gynecol.* 118:815–818.

Karnofsky, D. A. (1965). Drugs as teratogens in animals and man. *Annu. Rev. Pharmacol.* 5:447–472.

Karrh, B. W., Carmody, T. W., Clyne, R. M., Gould, K. G., Portela-Cubria, G., Smith, J. M., and Freifeld, M. (1981). Guidance for the evaluation, risk assessment and control of chemical embryofetotoxins. *J. Occup. Med.* 23:397–399.

Kavlock, R. J. (1990). Structure–activity relationships in the developmental toxicity of substituted phenols: in vivo effects. *Teratology* 41:43–59.

Kavlock, R. J. (1993). Structure–activity approaches in the screening of environmental agents for developmental toxicity. *Reprod. Toxicol.* 7:113–116.

Kavlock, R. J., Chernoff, N., Gray, L. E., Gray, J. A., and Whitehouse, D. (1982). Teratogenic effects of benomyl in the Wistar rat and CD-I mouse, with emphasis on the route of administration. *Toxicol. Appl. Pharmacol.* 62:44–54.

Kavlock, R. J., Short, R. D., and Chernoff, N. (1987). Further evaluation of an *in vivo* teratology screen. *Teratogenesis Carcinog. Mutagen.* 7:7–16.

Kelsey, F. O. (1980). The importance of epidemiology in identifying drugs which may cause malformations—with particular reference to drugs containing sex hormones. *Acta Morphol. Acad. Sci. Hung.* 28:189–195.

Kenel, M. F., Schardein, J. L., Terry, R. D., and Miller, L. G. (1984). Developmental variations as markers of maternal and embryotoxicity. *Teratology* 29:40A-41A.

Khera, K. S. (1976). Evaluation of the cat for teratogenicity studies. *Toxicol. Appl. Pharmacol.* 37:149–150.

Khera, K. S. (1981). Common fetal aberrations and their teratologic significance. *Fundam. Appl. Toxicol.* 1:13–18.

Khera, K. S. (1987). Maternal toxicity in humans and animals: effects on fetal development and criteria for detection. *Teratogenesis Carcinog. Mutagen.* 7:281–295.

Kimmel, C. A. (1988). Current status of behavioral teratology: science and regulation. *Crit. Rev. Toxicol.* 19:1–10.

Kimmel, C. A. (1990). Quantitative approaches to human risk assessment for noncancer health effects. *Neurotoxicology* 11:189–198.

Kimmel, C. A. and Francis, E. Z. (1990). Proceedings of the Workshop on the Acceptability and Interpretation of Dermal Developmental Toxicity Studies. *Fundam. Appl. Toxicol.* 14:386–398.

Kimmel, C. A. and Gaylor, D. W. (1988). Issues in qualitative and quantitative risk analysis for developmental toxicology. *Risk Anal.* 8:15–20.

Kimmel, C. A. and Wilson, J. G. (1973). Skeletal deviations in rats: malformations or variations? *Teratology* 8:309–316.

Kimmel, C. A. and Young, J. F. (1983). Correlating pharmacokinetics and teratogenic endpoints. *Fundam. Appl. Toxicol.* 3:250–255.

Kimmel, C. A., Wellington, D. G., Farland, W., Ross, P., Manson, J. M., Chernoff, N., Young, J. F, Selevan, S. G., Kaplan, N., Chen, C., Chitlik, L. D., Siegel-Scott, C. L., Valaras, G., and Wells, S. (1989). Overview of Workshop on Quantitative Models for Developmental Toxicity Risk Assessment. *Environ. Health Perspect.* 79:209–215.

Kimmel, G. L., Kimmel, C. A., and Francis, E. Z. (1987). Evaluation of maternal and developmental toxicity. Consensus Workshop on the Evaluation of Maternal and Developmental Toxicity, 1986. *Teratogenesis Carcinog. Mutagen.* 7:201 passim 338.

King, C. T. G., Weaver, S. A., and Narrod, S. A. (1965). Antihistamines and teratogenicity in the rat. *J. Pharmacol. Exp. Ther.* 147:391–398.

King, C. T. G., Horigan, E., and Wilk, A. L. (1972). Fetal outcome from prolonged versus acute drug administration in the pregnant rat. In: *Drugs and Fetal Development.* M. A. Klingberg, A. Abramovici, and J. Chemke, eds. Plenum Press, New York, pp. 61–75.

Kirton, K. T. (1980). Animal models for predicting toxicity of fertility control agents. In: *Animal Models in Human Reproduction.* M. Seno and L. Martini, eds. Raven Press, New York, pp. 455–460.

Kline, J., Stein, Z., Strobino, B., Susser, M., and Warburton, D. (1977). Surveillance of spontaneous abortions. *Am. J. Epidemiol.* 106:345–350.

Koeter, H. B. W. M. (1988). Behavioural teratology of exogenous substances–regulatory aspects. *Biochem. Basis Funct. Neuroteratol.* 73:59–67.

Kolb-Meyers, V. and Beyler, R. E. (1981). How to make an ''educated guess'' about the teratogenicity of chemical compounds. In: *Environmental Toxicology Principles and Policies.* Thomas, Springfield, Illinois, pp. 124–161.

Kono, R., Hibi, M., Hayakawa, Y., and Ishii, K. (1969). Experimental vertical transmission of rubella virus in rabbits. *Lancet* 1:343–347

Koppanyi, T. and Avery, M. A. (1966). Species differences and the clinical trial of new drugs: a review. *Clin. Pharmacol. Ther.* 7:250–270.

Korach, K. S., ed. (1998). *Reproductive and Developmental Toxicology,* Marcel Dekker, New York.

Koren, G., Graham, K., Fergenbaum, A., and Einarson, T. (1993). Evaluation and counseling of teratogenic risk—the motherisk approach. *J. Clin. Pharmacol.* 33:405–411.

Korte, R., Vogel, F., and Osterburg, I. (1987). The primate as a model for hazard assessment of teratogens in humans. *Arch. Toxicol. Suppl.* 11:115–122.

Kovacs, E., Meggyesy, K., and Druga, A. (1995). Cumulated control data of New Zealand White rabbits. *Teratology* 51:26A.

Kreybig, T., Preussmann, R., and Kreybig, J.. (1969). Chemische Konstitution und teratogene Wirkung bei der Ratte. II. *N*-Alkylharnstoffe, *N*-Alkylsulfonamide, *N,N*-Dialkylacetamide, *N*-Methylthioacetamide, Chloracetamide. *Arzneimittelforschung* 19:1073–1076.

Krilova, R. I. and Yakovleva, L. A. (1972). The pattern and abnormality rate of monkeys of the Sukhumi colony. *Acta Endocrinol. Suppl. (Copenh.)* 71:309–319.

Kromka, M. and Hoar, R. M. (1973). Use of guinea pigs in teratological investigations. *Teratology* 7:A21-A22.

Kuntzman, R. (1971). Metabolism and distribution of chlorcyclizine in animals and man. In: *Proceedings. Conference on Toxicology: Implications to Teratology.* R. Newburgh, ed. pp. 386–412.

Lamy, M. and Frezal, J. (1961). The frequency of congenital malformations. In: *First International Conference on Congenital Malformations, 1960.* M. Fishbein, ed. International Medical Congress. J. B. Lippincott, Philadelphia, pp. 34–44.

Lathrop, C-D., Wolfe, W. H., Albanese, R. A., and Maynahan, P. M. (1984). Project Ranch Hand II. An epidemiological investigation of health effects in Air Force personnel following exposure to herbicides. Aerospace Medical Division, San Antonio, TX.

Leipold, H. W. (1977). Nature and causes of congenital defects of dogs. *Vet. Clin. North Am.* 8:47–77.

Leipold, H. W., Cates, W. E, Radostits, O. M., and Howell, W. F. (1970). Arthrogryposis and associated defects in newborn calves. *Am. J. Vet. Res.* 31:1367–1374.

Leipold, H. W., Dennis, S. M., and Huston, K. (1972). Congenital defects of cattle: nature, cause and effect. In: *Advances in Veterinary Science and Comparative Medicine*, Vol. 16, C. A. Bradly and E. L. Jungherr, eds. Academic Press, New York, pp. 103–150.

Leipold, H. W., Huston, K., and Dennis, S. M. (1983). Bovine congenital defects. In: *Advances in Veterinary Science and Comparative Medicine*, Vol. 27. C. E. Cornelius and C. F. Simpson, eds. Academic Press, New York, pp. 197–272.

Lemoine, P, Haroussean, H., Borteyrn, J. P. and Menuet, J. C. (1967). Les enfants de parents alcooliques: anomalies observees a propos de 127 cas. *Arch. Fr. Pediatr.* 25:831.

Lenz, W. (1961). Kindliche Missbildungen nach Medikament-Ennahme wahrend der Graviditat? *Dtsch. Med. Wochenschr.* 86:2555–2556.

Lenz, W. (1971). How can the teratogenic action of a factor be established in man? *South. Med. J.* 64(suppl. l):41–50.

Leonard, B. E. (1981). Effect of psychotropic drugs administered to pregnant rats on the behaviour of the offspring. *Neuropharmacology* 20:1237–1242.

Leroux, L. (1950). Existe-t-il une surdite congenitale acquise due a la streptomycine? *Ann. Otolaryngol. (Paris)* 67:194–196.

Levy, G. (1981). Pharmacokinetics of fetal and neonatal exposure to drugs. *Obstet. Gynecol.* 58(suppl 5): 9–165.

Lewis, W. H. and Suris, O. R. (1970). Treatment with lithium carbonate. Results in 35 cases. *Tex. Med.* 66:58–63.

Lindbohm, M. L., Hemminki, K., Bonhomme, M. G., Anttila, A., Rantala, K., Heikkila, P., and Rosenberg, M. (1991). Effects of paternal occupational exposure on spontaneous abortions. *Am. J. Public. Health* 81:1029–1033.

Linn, S., Schoenbaum, S. C., Monson, R. R., Rosner, B., Stubblefield, P. G., and Ryan, K. J. (1983). Lack of association between contraceptive usage and congenital malformations in offspring. *Am. J. Obstet. Gynecol.* 148:923–927.

Lister, R. E. (1974). Experimental teratology in primates. *Biochem. Soc. Trans.* 2:695–699.

Little, R. E. and Sing, C. F. (1987). Father's drinking and infant birth weight: report of an association. *Teratology* 36:59–65.

Lochry, E. A. (1987). Concurrent use of behavioral/functional testing in existing reproductive and developmental toxicity screens: practical considerations. *J. Am. Coll. Toxicol.* 6:433–439.

Lochry, E. A., Hoberman, A. M., and Christian, M. S. (1986). Standardization and application of behavioral teratology screens. *Safety Eval. Regul. Chem.* 3:49–61.

Loebstein, R., Lalkin, A., and Koren, G. (1997). Pharmacokinetic changes during pregnancy and their clinical relevance. *Clin. Pharmacokinet.* 33:328–343.

Low, J. A. and Galbraith, R. S. (1974). Pregnancy characteristics of intrauterine growth retardation. *Obstet. Gynecol.* 44:122–126.

Lowery, M. C., Au, W. W., Adams, P. M., Whorton, E. B., and Legator, M. S. (1990). Male-mediated behavioral abnormalities. *Mutat. Res.* 229:213–229.

Lutwak-Mann, C. (1964). Observations of progeny of thalidomide-treated male rabbits. *Br. Med. J.* 1: 1090–1091.

MacDonald, A. (1903). Fatal tracheal compression by enlarged thyroid in a newborn infant. *J. Obstet. Gynaecol. Br. Emp.* 4:240.

Macina, O. T., Ghanooni, M., Zhang, Y. P., Rosenkranz, H. S., Mattison, D. R., and Klopman, G. (1997). A structure–activity relationship model of developmental toxicity. *Toxicologist* 36 (suppl.):260.

Mahalik, M. P., Gautieri, R. F., and Mann, D. E. (1980). Teratogenic potential of cocaine hydrochloride in CF-1 mice. *J. Pharm. Sci.* 69:703–706.

Malamud, N. (1964). Neuropathology, In: *Mental Retardation: A Review of Research.* H. A. Stevens and R. Heber, eds. University of Chicago Press, Chicago.

Mankes, R. F., Rockwood, W. P, Lefevre, R., Rockwood, G., Bates, H., Benitz, K. F, Hoffman, T., Walker, A. I. T., and Abraham, R. (1982). Embryolethality and malformation caused by paternal ethanol in male Long–Evans rats. *Toxicologist* 2:118.

Manson, J. M. (1986). Teratogens. In: *Casarett and Doull's Toxicology. The Basic Science of Poisons.* C. D. Klaassen, M. O. Amdur, and J. Doull, eds. Macmillan, New York, pp. 195–220.

Manson, J. M. and Kang, Y. J. (1989). Test methods for assessing female reproductive and developmental toxicology. In: *Principles and Methods of Toxicology,* 2nd ed. A. W. Hayes, ed. Raven Press, New York, pp. 311–359.

Marks, T. A. (1985). Animal tests employed to assess the effects of drugs and chemicals on reproduction. In: *Male Fertility and Its Regulation.* T. J. LobI and E. S. E. Hafez, eds. MTP Press, Boston, pp. 245–267.

Marks, T. A., Ledoux, T. A., and Moore, J. A. (1982). Teratogenicity of a commercial xylene mixture in the mouse. *J. Toxicol. Environ. Health* 9:97–105.

Marsboom R., Spruyt, J., and van Ravestyn, C. (1971). Incidence of congenital abnormalities in a beagle colony. *Lab. Anim.* 5:41–48.

Massey, K. M. (1966). Teratogenic effects of diphenylhydantoin sodium. *J. Oral Ther.* 2:380–385.

Matsumoto, H., Suzuki, A., Monta, C., Nakamura, K., and Saeki, S. (1967). Preventive effect of penicillamine on the brain defect of fetal rat poisoned transplacentally with methyl mercury. *Life Sci.* 6:2321–2326.

Matsuo, A. and Kast, A. (1995). Two decades of control Himalayan rabbit reproductive parameters and spontaneous abnormalities in Japan. *Lab. Anim.* 29:78–82.

Mattison, D. R. (1992). Protecting reproductive and developmental health under Proposition 65—public health approaches to knowledge, imperfect knowledge, and the absence of knowledge. *Reprod. Toxicol.* 6:1–7.

Mattison, D. R., Blann, E., and Malek, A. (1991). Physiological alterations during pregnancy: impact on toxicokinetics. *Fundam. Appl. Toxicol.* 16:215–218.

Mattison, D. R., Hanson, J. W., Kochhar, D. M., and Rao, K. S. (1989). Criteria for identifying and listing substances known to cause developmental toxicity under California's Proposition 65. *Reprod. Toxicol.* 3:3–12.

Mau, G. and Netter, P. (1974). [The effects of paternal cigarette smoking on perinatal mortality and the incidence of malformations]. *Dtsch. Med. Wochenschr.* 99:1113–1118.

McBride, W. G. (1961). Thalidomide and congenital abnormalities. *Lancet* 2:1358.

McElhatton, P. R. and Sullivan, F. M. (1977). Comparative teratogenicity of six antiepileptic drugs in the mouse. *Br. J. Pharmacol.* 59:494P-495P.

McIntosh, R., Merritt, K. K., Richards, M. R., Samuels, M. H., and Bellows, M. T. (1954). The incidence of congenital malformations: a study of 5964 pregnancies. *Pediatrics* 14:505–522.

McLain, D. E., Harper, S. M., Roe, D. A., and Babish, J. G. (1981). Spontaneous malformations and variations in reproductive response in the ferret: effects of maternal age, color and parity. *Teratology* 24:14A.

Mela, V. and Filippi, B. (1957). Malformazioni congenite mandibolari da presunti stati carenziali indotti con l'uso di antibiotico: la tetraciclina. *Minerva Stomatol.* 6:307–316.

Miller, H. C. (1981). Intrauterine growth retardation. An unmet challege. *Am. J. Dis. Child.* 135:944–948.

Miller, H. C. and Merritt, T. A. (1979). *Fetal Growth in Humans.* Year Book Medical Publishers, Chicago.

Milunsky, A., Graef, J. W., and Gaynor, M. F. (1968). Methotrexate-induced congenital malformations. *J. Pediatr.* 72:790–795.

Mirkin, B. L. (1973). Maternal and fetal distribution of drugs in pregnancy. *Clin. Pharmacol. Ther.* 14: 643–647.

Mirkova, F., Antov, G., Vasileva, L., Christeva, V., and Benchev, I. (1979). [Study on the teratogenic effect of warfarin in rats]. *Eur. Soc. Toxicol. Congr.* 21:115.

Miyagawa, A., Koyama, K., Hara, T., Imamura, S., Ohguro, T., and Hatano, H. (1971). Toxicity tests with sodium dipropylacetate. Internal report from the Hofu Factory of Kyowa Fermentation Ind. Ltd., Hofu, Yamaguchi Prefecture.

Mjolnerod, O. K., Rasmussen, K., Dommerud, S. A., and Gjeruldsen, S. T. (1971). Congenital connective-tissue defect probably due to D-penicillamine treatment in pregnancy. *Lancet* 1:673–675.

Moore, K. L. (1988). *The Developing Human,* 4th ed. W. B. Saunders, Philadelphia.

Morita, H., Ariyuki, F, Inomata, N., Nishimura, K., Hasegawa, Y., Miyamoto, M., and Watanabe, T. (1987). Spontaneous malformations in laboratory animals: frequency of external, internal and skeletal malformations in rats, rabbits and mice. *Congenital Anom.* 27:147–206.

Mould, G. P., Curry, S. H., and Beck, F. (1973). The ferret as useful model for teratogenic study. *Naunyn Schmiedebergs Arch. Pharmacol.* 279(suppl):R-18.

Muller-Kuppers, M. (1963). [Embryopathy during pregnancy caused by taking anticonvulsants]. *Acta Paedopsychiatr.* 30:401–405.

Mulvihill, J. J. and Priester, W. A. (1973). Congenital heart disease in dogs: epidemiologic similarities to man. *Teratology* 7:73–78.

Murphy, M. L. (1959). A comparison of the teratogenic effects of five polyfunctional alkylating agents on the rat fetus. *Pediatrics* 23:231–244.

Murphy, M. L. (1962). Teratogenic studies in rats of growth inhibiting chemicals, including studies on thalidomide. *Clin. Proc. Child. Hosp.* 18:307–322.

Murphy, M. L., Moro, A. D., and Lacon, C. (1958). Comparative effects of five polyfunctional alkylating agents on the rat fetus, with additional notes on the chick embryo. *Ann. N. Y. Acad. Sci.* 68:762–782.

National Foundation (1975). *National Foundation/March of Dimes: Facts*. National Foundation, New York.

Nau, H. (1986). Species differences in pharmacokinetics and drug teratogenesis. *Environ. Health Perspect.* 70:113–129.

Nau, H. (1987). Species differences in pharmacokinetics, drug metabolism, and teratogenesis. In: *Interspecies Comparison and Maternal/Embryonic–Fetal Drug Transfer*. H. Nau, and W. J. Scott, eds. *CRC Monogr.* 1:81–106.

Nau, H. (1994). Toxicokinetics and structure-activity relationships in retinoid teratogenesis. *Ann. Oncol.* 5(suppl 9):S39–S43.

Nau, H., Trotz, M., and Wegner, C. (1985). Controlled-rate drug administration in testing for toxicity, in particular teratogenicity. Toward interspecies bioequivalency. In: *Topics in Pharmaceutical Sciences*. D. D. Breimer and P. Speiser, eds. Elsevier, Amsterdam, p. 143.

Nau, H., Zierer, R., Spielmann, H., Neubert, D., and Gansau, C. (1981). A new model for embryotoxicity testing: teratogenicity and pharmacokinetics of valproic acid following constant-rate administration. *Life Sci.* 29:2803–2813.

Nawatsuka, T., Horie, S., Nishimura, T., Saegusa, T., Takahashi, S.., and Takayama, S. (1995). Background data of reproductive and developmental toxicity studies: 3. Types and frequencies of skeletal malformations and variations in rats and rabbits. *Teratology* 52:45B.

Nelson, B. K. (1987). ''Teratogen'': a case against redefinition: response to Johnson's editorial comment re ''teratogen.'' *Teratology* 36:399–400.

Nelson, B. K. (1991). Evidence for behavioral teratogenicity in humans. *J. Appl. Toxicol.* 11:33–37.

Nelson, B. K., Setzer, J. V., Taylor, B. J., Hornung, R. W., O'Donohue, T. L., and Brightwell, W. S. (1981). Ethoxyethanol behavioral teratology in rats. *Neurotoxicology* 2:231–250.

Nelson, B. K., Moorman, W. J., Schrader, S. M., Shaw, P. B., and Krieg, E. F. (1997). Paternal exposure of rabbits to lead: behavioral deficits in offspring. *Toxicologist* 36(suppl):256.

Nelson, T., Oakley, G. P, and Shepard, T. H. (1971). Collection of human embryos and fetuses. II. Classification and tabulation of conceptual wastage with observations on type of malformation, sex ratio and chromosome studies. In: *Monitoring, Birth Defects and Environment*. E. B. Hook, D. T. Janerich, and I. H. Porter, eds. Academic Press, New York, pp. 45–64.

Neubert, D., Merker, H. J., Kochler, E., Krowke, R., and Barrach, H. J. (1971). Biochemical aspects of teratology. *Adv. Biosci.* 6:575–622.

Newman, L. M., Johnson, E. M., and Staples, R. E. (1993). Assessment of the effectiveness of animal developmental toxicity testing for human safety. *Reprod. Toxicol.* 7:359–390.

Nishimura, H. (1964). *Chemistry and Prevention of Congenital Anomalies*. C. C. Thomas, Springfield, IL.

Nishimura, H. and Miyamoto, S. (1969). Teratogenic effects of sodium chloride in mice. *Acta Anat. Nippon* 74:121–124.

Noden, D. M. (1981). Normal embryology and spontaneous malformations in the ferret. *Teratology* 24:15A.

Nolen, G. A. (1986). The effects of prenatal retinoic acid on the viability and behavior of the offspring. *Neurobehav. Toxicol. Teratol.* 8:643–654.

Nora, J., Trasler, D. G., and Fraser, F. C. (1965). Malformations in mice induced by dexamphetamine sulfate. *Lancet* 2:1021–1022.

O'Flaherty, E. J. and Scott, W. (1997). Use of toxicokinetics in developmental toxicology. In: *Handbook of Developmental Toxicology*. R. D. Hood, ed. CRC Press, Boca Raton, FL, pp. 423–441.

Okamoto, M., Kihara, T., and Tanimura, T. (1986). Developmental toxicity of prenatal aspirin exposure to rats. *Teratology* 34:451.

Olsen, J. (1983). Risk of exposure to teratogens amongst laboratory staff and painters. *Dan. Med. Bull.* 30:24–28.

Olshan, A. F. and Faustman, E. M. (1993). Male-mediated developmental toxicity. *Reprod. Toxicol.* 7:191–202.

Olshan, A. F. and Mattison, D. R., eds. (1994). *Male-Mediated Developmental Toxicity*. Plenum Press, New York.

Omenn, G. S. (1983). Environmental risk assessment: relation to mutagenesis, teratogenesis, and reproductive effects. *J. Am. Coll. Toxicol.* 2:113–124.

Omenn, G. S. (1984). A framework for reproductive risk assessment and surveillance. *Teratogenesis Carcinog. Mutagen.* 4:1–14.

Oneda, S., Yamamoto, T., Nishida, Y., Arima, A., Ihara, T., Miyajima, H., and Nagata, R. (1998). Historical data of reproductive and developmental toxicity studies in cynomolgus monkeys (*Macaca fascicularis*). *Congenital Anom.* 38:344.

Onyskowova, Z., Dolezal, A., and Jedlicka, V. (1971). The frequency and character of malformations in multiple birth (a preliminary report). *Teratology* 4:496–497.

Ostby, J. S., Gray, L. E., Ferrell, J. M., and Gray, K. L. (1987). The structure activity relationships of azo dyes derived from benzidine (B), dimethylbenzidine (DMB) or dimethoxybenzidine (DMOB) and their teratogenic effects on the testes of the mouse. *Toxicologist* 7:146.

Palludan, B. (1977). The value of the pig as an experimental animal in teratology. In: *Methods in Prenatal Toxicology. Evaluation of Embryotoxic Effects in Experimental Animals.* D. Neubert, H.-J Merker, and T. F. Kwasigroch, eds. Georg Thieme, Stuttgart, pp. 35–43.

Palmer, A. K. (1968). Spontaneous malformations of the New Zealand White rabbit: the background to safety evaluation tests. *Lab. Anim.* 2:195–206.

Palmer, A. K. (1969). The relationship between screening tests for drug safety and other teratological investigations. In: *Teratology (Proceedings, Symposium Organized by Italian Society of Experimental Teratology).* A. Bertelli, and L. Donati, eds. Excerpta Medica Foundation, Amsterdam, pp. 55–72.

Palmer, A. K. (1972). Sporadic malformations in laboratory animals and their influence on drug testing. In: *Drugs and Fetal Development.* M. A. Klingberg, A. Abramovici, and J. Chemke, eds. Plenum Press, New York, pp. 45–60.

Palmer, A. K. (1974). Problems associated with the screening of drugs for possible teratogenic activity. *Exp. Embryol. Teratol.* 1:16–33.

Palmer, A. K. (1976). Assessment of current test procedures. *Environ. Health Perspect.* 18:97–104.

Palmer, A. K. (1977). Incidence of sporadic malformations, anomalies and variations in random bred laboratory animals. In: *Methods in Prenatal Toxicology. Evaluation of Embryotoxic Effects in Experimental Animals.* D. Neubert, H.-J Merker, and T. F. Kwasigroch, eds. Georg Thieme, Stuttgart, pp. 52–71.

Palmer, A. K. (1985). Use of mammalian models in teratology. *Prog. Clin. Biol. Res.* 163a:97–106.

Palmer, A. K. (1987). An indirect assessment of the Chernoff/Kavlock assay. *Teratogenesis Carcinog. Mutagen.* 7:95–106.

Pasquet, J. (1974). Le lapin Fauve de Bourgogne en teratologie—malformations spontanees et malformations provoquees par le thalidomide. *Biol. Med. (Paris)* 3:149–177.

Paustenbach, D. J. (1989). Risk assessment methodologies for developmental and reproductive toxicants: a study of the glycol ethers. In: *The Risk Assessment of Environmental Hazards. A Textbook of Case Studies.* D. Paustenbach, ed. John Wiley & Sons, New York, pp. 725–768.

Perraud, J. (1976). Levels of spontaneous malformations in the CD rat and the CD-1 mouse. *Lab. Anim. Sci.* 26:293–300.

Petrini, J., Dawes, K., and Johnston, R. B. (1997). An overview of infant mortality and birth defects in the United States. *Teratology* 56:8–10.

Pilotti, G. and Scorta, A. (1965). Hypervitaminosis A during pregnancy and neonatal malformations of the urinary apparatus. *Minerva Ginecol.* 17:1103–1108.

Platzek, T., Bochert, G., Schneider, W., and Neubert, D. (1982). Embryotoxicity induced by alkylating agents: 1. Ethyl methanesulfonate as a teratogen in mice. A model for dose–response relationships of alkylating agents. *Arch. Toxicol.* 51:1–25.

Poland, B. E., Miller, J. R., Harris, M., and Livingston, J. (1981). Spontaneous abortion. A study of 1961 women and their conceptuses. *Acta Obstet. Gynecol. Scand. Suppl.* 102:5–32.

Poswillo, D. F., Hamilton, W. J., and Sopher, D. (1972). The marmoset as an animal model for teratological research. *Nature* 239:460–462.

Potkay, S. and Backer, J. D. (1977). Morbidity and mortality in a closed foxhound breeding colony. *Lab. Anim. Sci.* 27:78–84.

Priester, W. A., Glass, A. G., and Waggoner, N. S. (1970). Congenital defects in domesticated animals: general considerations. *Am. J. Vet. Res.* 31:1871–1879.

Rabe, A., Haddad, R., and Dumas, R. (1985). Behavior and neurobehavioral teratology using the ferret. *Lab. Anim. Sci.* 35:256–261.

Rane, A., Sjoqvist, F, and Orrenius, S. (1973). Drugs and fetal metabolism. *Clin. Pharmacol. Ther.* 14: 666–672.

Rawlins, R. G. and Kessler, M. J. (1983). Congenital hereditary anomalies in the rhesus monkeys *(Macaca mulatta)* of Cayo Santiago. *Teratology* 28:169–174.

Redman, A. C., Wilson, A. J., Bielfelt, S. W., and McClellan, R. (1970). Beagle dog production experience at the fission product inhalation program. *Lab. Anim. Care* 20:61–68.

Reinert, H. and Smith, G. K. A. (1963). Establishment of an experimental beagle colony. *J. Anim. Tech. Assoc.* 14:1.

Robens, J. F. (1969). Teratologic studies of carbaryl, diazinon, norea, disulfiram, and thiram in small laboratory animals. *Toxicol. Appl. Pharmacol.* 15:152–163.

Robert, E. (1982). Valproic acid and spina bifida: a preliminary report—France. *MMWR Morbid. Mortal. Wkly. Rep.* 31:565–566.

Rodier, P. M., Webster, W. S., and Langman, J. (1975). Morphological and behavioral consequences of chemically induced lesions of the CNS. In: *Aberrant Development in Infancy. Human and Animal Studies.* N. Ellis, ed. Erlbaum, Hillsdale, NJ, pp. 177–185.

Rodwell, D. E., Nemec, M. D., Mercieca, M. D., and Leist, P L. (1986). Cumulative teratologic historical data for Crl:CD(SD)BR rats and New Zealand White rabbits. *Congenital Anom.* 26:251–252.

Rogers, J. M. (1987). Comparison of maternal and fetal toxic dose responses in mammals. *Teratogenesis. Carcinog. Mutagen.* 7:297–306.

Rogers, J. M. and Kavlock, R. J. (1996). Developmental toxicology. In: *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 5th ed., C. D. Klaassen, ed., McGraw-Hill, New York, pp. 301–331.

Rogers, J. M. and Kavlock, R. J. (1998). Developmental toxicology. In: *Reproductive and Developmental Toxicology.* K. S. Korach, ed. Marcel Dekker, New York, pp. 47–71.

Rogers, J. M., Barbee, B., Burkhead, L. M., Ruskin, E. A., and Kavlock, R. J. (1988). The mouse teratogen dinocap has lower A/D ratio and is not teratogenic in the rat and hamster. *Teratology* 37:553–559.

Rosa, F. W. (1983). Teratogenicity of isotretinoin. *Lancet* 2:513.

Rosen, M. B., Rogers, J. M., Miller, D. B., Mattscheck, C., and Chernoff, N. (1988). Effects of chemical-induced maternal toxicity on the Sprague–Dawley (CD) rat. *Teratology* 37:486.

Rosenberg, M. J. (1984). Practical aspects of reproductive surveillance. In: *Reproduction: The New Frontier in Occupational and Environmental Health Research.* Proc. 5th Annu. RMCOEH Occup. Environ. Health Conf., 1983, J. E. Lockey, G. K. Lemasters, and W. R. Keye, eds. Alan R. Liss, New York, pp. 147–156.

Roussel, C. and Tuchmann–Duplessis, H. (1968). Dissociation des actions embryotoxique et teratogene du triton W. R. 1339. *C. R. Acad. Sci. [D] (Paris)* 266:2171–2174.

Roux, C. (1964). Action teratogene du triparanol chez l'animal. *Arch. Fr. Pediatr.* 21:451–464.

Rugh, R. (1968). *The Mouse. Its Reproduction and Development.* Burgess Publishing, Minneapolis.

Russell, J. A., Powles, R. L., and Oliver, R. T. D. (1976). Conception and congenital abnormalities after chemotherapy of acute myelogenous leukaemia in two men. *Br. Med. J.* 1:1508.

Rutledge, J. C. and Generoso, W. M. (1989). Fetal pathology produced by ethylene oxide treatment of the murine zygote. *Teratology* 39:563–572.

Rutledge, J. C. and Generoso, W. M. (1998). Malformations in pregastrulation developmental toxicology. In: *Reproductive and Developmental Toxicology.* K. S. Korach, ed. Marcel Dekker, New York, pp. 73–86.

Sansone, G. and Zunin, C. (1954). Embriopatie sperimentali da somministrazione di antifolici. *Acta Vitaminol. (Milano)* 8:73–79.

Saperstein, G., Leipold, H. W., and Dennis, S. M. (1975). Congenital defects of sheep. *J. Am. Vet. Med. Assoc.* 167:314–322.

Savary, M. H., Richard, L., and Le Bigot, J. F. (1994). Incidence of spontaneous foetal alterations in the Sprague–Dawley rat. *Teratology* 50:42A.

Schaeppi, U. (1988). Detecting functional neurotoxicity in the course of safety evaluations with laboratory animals. *Toxicology* 49:409–416.

Schardein, J. L. (1976). *Drugs as Teratogens.* CRC Press, Cleveland, OH.

Schardein, J. L. (1983). Teratogenic risk assessment. Past, present, and future. In: *Issues and Reviews in Teratology,* Vol. 1. H. Kalter, ed. Plenum Press, New York, pp. 181–214.

Schardein, J. L. (1987). Approaches to defining the relationship of maternal and developmental toxicity. *Teratogenesis Carcinog. Mutagen.* 7:255–271.

Schardein, J. L. (1988). Teratologic testing: status and issues after two decades of evolution. *Rev. Environ. Contam. Toxicol.* 102:1–78.

Schardein, J. L. (1998). Animal/human concordance. In: *Handbook of Developmental Neurotoxicology.* W. Slikker, Jr. and M. C. Chang, eds. Academic Press, New York, pp. 687–708.

Schardein, J. L. and Keller, K. A. (1989). Potential human developmental toxicants and the role of animal testing in their identification and characterization. *Crit. Rev. Toxicol.* 19:251–339.

Schardein, J. L. and Petrere, J. A. (1979). Unusual expression of teratogenicity in the rat. *Toxicol. Appl. Pharmacol.* 48:A122.

Schardein, J. L., Woosley, E. T., Peltzer, M. A., and Kaump, D. H. (1967). Congenital malformations induced by 6-aminonicotinamide in rabbit kits. *Exp. Mol. Pathol.* 6:335–346.

Schardein, J. L., Schwetz, B. A., and Kenel, M. F. (1985). Species sensitivities and prediction of teratogenic potential. *Environ. Health Perspect.* 61:55–67.

Schmid, B. (1987). Old and new concepts in teratogenicity testing. *Trends Pharm. Sci.* 8:133–137.

Schumacher, H. J. (1975). Chemical structure and teratogenic properties. In: *Methods for Detection of Environmental Agents That Produce Congenital Defects.* T. H. Shepard, J. R. Miller, and M. Marois, eds. American Elsevier, New York, pp. 65–77.

Schwachman, H. and Schuster, A. (1956). The tetracyclines: applied pharmacology. *Pediatr. Clin. North Am.* 2:295–303.

Scott, F. W., de La Hunta, A., Schultz, R. D., Bistner, S. I., and Riis, R. C. (1975). Teratogenesis in cats associated with griseofulvin therapy. *Teratology* 11:79–86.

Scott, K. E. and Usher, R. (1966). Fetal malnutrition: its incidence, causes, and effects. *Am. J. Obstet. Gynecol.* 94:951–963.

Scott, W. J., Butcher, R. E., Kindt, C. W., and Wilson, J. G. (1972). Greater sensitivity of female than male rat embryos to acetazolamide teratogenicity. *Teratology* 6:239–240.

Seeds, J. W. (1984). Impaired fetal growth: definition and clinical diagnosis. *Obstet. Gynecol.* 64:303.

Seidenberg, J. M. and Becker, R. A. (1987). A summary of the results of 55 chemicals screened for developmental toxicity in mice. *Teratogenesis Carcinog. Mutagen.* 7:17–28.

Seip, M. (1976). Growth retardation, dysmorphic facies and minor malformations following massive exposure to phenobarbitone in utero. *Acta Paediatr. Scand.* 65:617–621.

Selby, L. A., Hopps, H. C., and Edmonds, L. D. (1971). Comparative aspects of congenital malformations in man and swine. *J. Am. Vet. Med. Assoc.* 159:1485–1490.

Setzer, R. W. and Rogers, J. M. (1991). Assessing developmental hazard: the reliability of the A/D ratio. *Teratology* 44:653–665.

Sever, L. E. and Hessol, N. A. (1984). Overall design considerations in male and female occupational reproductive studies. In: *Reproduction: The New Frontier in Occupational and Environmental Health Research.* J. E. Lockey, G. K. Lemasters, and W. R. Keye, eds. Alan R. Liss, New York, pp. 15–47.

Shah, R. M. (1979). Usefulness of golden Syrian hamster in experimental teratology with particular reference to the induction of orofacial malformation. In: *Advances in the Study of Birth Defects,* Vol. 2. *Teratological Testing.* University Park Press, Baltimore, pp. 25–39.

Sheehan, D. M., Young, J. F., Slikker, W., Gaylor, D. W., and Mattison, D. R. (1989). Workshop on risk assessment in reproductive and developmental toxicology. Addressing the assumptions and identifying the research needs. *Regul. Toxicol. Pharmacol.* 10:110–122.

Shenefelt, R. E. (1978). Developmental abnormalities, golden hamsters. In: *Pathology of Laboratory Animals,* Vol. 2. K. Benirschke, F. M. Garner, and T. C. Jones, eds. Springer-Verlag, New York, pp. 1866–1869.

Shepard, T. H. (1998). *Catalog of Teratogenic Agents.* 9th ed. Johns Hopkins University Press, Baltimore.

Shepard, T. H. and Fantel, A. G. (1979). Embryonic and early fetal loss. *Clin. Perinatol.* 6:219–243.

Shoji, R. (1977). Spontaneous occurrence of congenital malformations and mortality in prenatal inbred rats. *Proc. Jpn. Acad.* 53:54–57.

Sholtz, R., Goldstein, H., and Wallace, H. M. (1976). Incidence and impact of fetal and perinatal disease. In: *Prevention of Embryonic, Fetal, and Perinatal Disease.* R. L. Brent and M. J. Harris, eds. U.S. Government Printing Office, Washington, DC, pp. 1–18.

Shotton, D. and Monie, I. (1963). Possible teratogenic effect of chlorambucil on a human fetus. *JAMA* 186:74–75.

Siddall, R. A. (1978). The use of marmosets *(Callithrix jacchus)* in teratological and toxicological research. *Primates Med.* 10:215–224.

Slater, B. C. S. (1965). The investigation of drug embryopathies in man. In: *Embryopathic Activity of Drugs.* J. M. Robson, F. M. Sullivan, and R. L. Smith, eds. Little, Brown & Co., Boston, pp. 241–260.

Smalley, H. E., Curtis, J. M., and Earl, F. L. (1968). Teratogenic action of carbaryl in beagle dogs. *Toxicol. Appl. Pharmacol.* 13:392–403.

Smith, D. W. (1970). *Recognizable Patterns of Human Malformation.* W. B. Saunders, Philadelphia.

Smith, D. W. (1980). Testimony provided at the Fertility and Maternal Health Drugs Advisory Committee Hearings, Vol. 2. Sept, p. 135.

Smith, D. W. and Bostian, K. E. (1964). Congenital anomalies associated with idiopathic mental retardation. *J. Pediatr.* 65:189.

Smith, G. K. A. and Scammell, L. P. (1968). Congenital abnormalities occurring in a beagle breeding colony. *Lab. Anim.* 2:83–88.

Smith, M. K., Kimmel, G. L., Kochhar, D. M., Shepard, T. H., Spielberg, S. P., and Wilson, J. G. (1983). A selection of candidate compounds for *in vitro* teratogenesis test validation. *Teratogenesis Carcinog. Mutagen.* 3:461–480.

Smith, R. L. and Caldwell, J. (1977). Drug metabolism in non-human primates. In: *Drug Metabolism from Microbe to Man.* D. Z. Parke and R. L. Smith, eds. Taylor & Francis, London, pp. 331–356.

Soyka, L. F. and Joffe, J. M. (1980). Male mediated drug effects on offspring. *Prog. Clin. Biol. Res.* 36:49–66.

Soyka, L. F., Paterson, J. M., and Joffe, J. M. (1978). Lethal and sublethal effects on the progeny of male rats treated with methadone. *Toxicol. Appl. Pharmacol.* 45:797–807.

Spiers, P. S. (1982). Does growth retardation predispose the fetus to congenital malformation. *Lancet* 2:312–314.

Stadler, J., Kessedjian, M.–J., and Perraud, J. (1983). Use of the New Zealand white rabbit in teratology: incidence of spontaneous and drug-induced malformations. *Food Chem. Toxicol.* 21:631–636.

Staples, R. E. and Holtkamp, D. E. (1963). Effects of parental thalidomide treatment on gestation and fetal development. *Exp. Mol. Pathol.* 2(suppl):81–106.

Staples, R. E. with the concurrence of J. G. Wilson (1975). Definition of teratogenesis and teratogen. In: *Methods for Detection of Environmental Agents That Produce Congenital Defects.* T. H. Shepard, J. R. Miller, and M. Marois, eds. North Holland, Amsterdam, pp. 25–26.

Staples, R. E., Kellam, R. G., and Haseman, J. K. (1976). Developmental toxicity in the rat after ingestion or gavage of organophosphate pesticides (Dipterex, Imidan) during pregnancy. *Environ. Health Perspect.* 13:133–140.

Stazi, A. V., Macri, C., Ricciardi, C., and Montovani, A. (1992). Significance of the minor alterations of the axial skeleton in rat fetuses. A short review. *Congenital Anom.* 32:91–104.

Steffek, A. J., Verrusio, A. C., and Watkins, C. A. (1972). Cleft palate in rodents after maternal treatment with various lathyrogenic agents. *Teratology* 5:33–40.

Stellman, J. M. (1979). The effects of toxic agents on reproduction. *Occup. Health Sci.* 48:36–43.

Stellman, S. and Stellman, J. (1980). Health problems among 535 Vietnam veterans potentially exposed to herbicides. *Am. J. Epidemiol.* 112:444.

Stevenson, A. C. (1961). Frequency of congenital and hereditary disease, with special reference to mutation. *Br. Med. Bull.* 17:254–259.

Stratford, B. R (1970). Abnormalities of early human development. *Am. J. Obstet. Gynecol.* 107:1223–1232.

Sugisaki, T., Iijima, M., Takayama, K., Hayashi, S., and Miyamoto, M. (1979). The incidence of spontaneous fetal anomalies in Japanese white rabbits. *Exp. Anim. (Tokyo)* 28:273–278.

Sullivan, F M. (1973). Anticonvulsants and cleft palate. *Teratology* 8:239.

Szabo, K. T. (1969). Teratogenicity of lithium in mice. *Lancet* 2:849.

Szabo, K. T. (1989). *Congenital Malformations in Laboratory and Farm Animals.* Academic Press, New York.

Taki, I., Hisanaga, S., and Amagase, Y. (1969). Report on Yusho (chlorobiphenyls poisoning). Pregnant women and their fetuses. *Fukuoka Acta Med.* 60:471–474.

Tallent, M. B., Simmons, R. L., and Najarian, J. S. (1970). Birth defects in child of male recipient of kidney transplant. *JAMA* 211:1854–1855.

Tanaka, H., Suzuki, N., and Arima, M. (1982). Experimental studies on the influence of male alcoholism on fetal development. *Brain Dev.* 4:1–6.

Tanimura, T. (1980). Introductory remarks on behavioral teratology. *Congenital Anom.* 20:301–318.

Tanimura, T. (1985). Guidelines for developmental toxicity testing of chemicals in Japan. *Neurobehav. Toxicol. Teratol.* 7:647–652.

Tanimura, T. (1990). Japanese perspectives on the reproductive and developmental toxicity evaluation of pharmaceuticals. *J. Am. Coll. Toxicol.* 9:27–37.

Tanimura, T. and Kihara, T. (1987). Behavior teratology symposium. Advances in behavioral teratology testings. *Congenital Anom.* 27:95–101.

Tanimura, T. and Shepard, T. H. (1970). The pigtailed macaque as a tool in experimental teratology. *Congenital Anom.* 10:200.

Tanioka, Y. and Esaki, K. (1977). Some findings in teratological experiments using rhesus monkeys. *J. Toxicol. Sci.* 2:86.

Taskinen, H., Anttila, A., Lindbohm, M. L., Sollmen, M., and Hemminki, K. (1989). Spontaneous abortions and congenital malformations among the wives of men occupationally exposed to organic solvents. *Scand. J. Work Environ. Health* 15:345–352.

Taubeneck, M. W., Daston, G. P., Rogers, J. M., and Keen, C. L. (1994). Altered maternal zinc metabolism following exposure to diverse developmental toxicants. *Reprod. Toxicol.* 8:25–40.

Thiersch, J. B. (1952). Therapeutic abortions with a folic acid antagonist 4-aminopteroylglutamic acid administered by the oral route. *Am. J. Obstet. Gynecol.* 63:1298–1304.

Toutant, C. and Lippmann, S. (1979). Fetal solvents syndrome. *Lancet* 1:1356.

Trasler, D. G. (1965). Aspirin-induced cleft lip and other malformations in mice. *Lancet* 1:606–607.

Tuchmann–Duplessis, H. (1965). Design and interpretation of teratogenic tests. In: *Embryopathic Activity of Drugs*. J. M. Robson, F. M. Sullivan, and R. L. Smith, eds. Little, Brown & Co., Boston, pp. 56–93.

Tuchmann–Duplessis, H. (1970). Animal species and drug-induced teratogenicity. *Proc. Eur. Soc. Study Drug Toxicol.* 11:33–49.

Tuchmann–Duplessis, H. (1972). Teratogenic drug screening. Present procedures and requirements. *Teratology* 5:271–286.

Tuchmann-Duplessis, H. (1983). The teratogenic risk. *Am. J. Ind. Med.* 4:245–258.

Tuchmann–Duplessis, H. and Mercier-Parot, L. (1964). A propos des tests teratogenes. Malformations spontanees du lapin. *C. R. Soc. Biol.* 158:666–670.

Turbow, M. M., Clark, W. H., and DiPaolo, J. A. (1971). Embryonic abnormalities in hamsters following intra-uterine injection of 6-aminonicotinamide. *Teratology* 4:427–432.

Tyl, R. W. and Marr, M. C. (1997). Developmental toxicity testing–methodology. In: *Handbook of Developmental Toxicology*. R. D. Hood, ed., CRC Press, Boca Raton, FL, pp. 175–225.

Tyl, R. W., York, R. G., and Schardein, J. L. (1993). Reproductive and developmental toxicity studies by cutaneous administration. In: *Health Risk Assessment. Dermal and Inhalation Exposure and Absorption of Toxicants*. R. G. M. Wang, J. B. Knaak, and H. I. Maibach, eds., CRC Press, Boca Raton, FL, pp. 229–261.

Ueki, R., Nakao, Y., Nishida, T., Nakao, Y., and Wakabayashi, T. (1990). Lung hypoplasia in developing mice and rats induced by maternal exposure to nitrofen. *Congenital Anom.* 30:133–143.

Vacaflor, L., Lehmann, H. F., and Ban, T. A. (1970). Side effects and teratogenicity of lithium carbonate treatment. *J. Clin. Pharmacol.* 10:387–389.

Valerio, D. A., Miller, R. L., Innes, J. R. M., Courtney, K. D., Pallotta, A. J., and Guttmacher, R. M. (1969). Macaca mulatta, *Management of a Laboratory Breeding Colony*. Academic Press, New York.

van Assen, F. J. J. (1958). [A case of lead poisoning as a cause of congenital anomalies in the offspring]. *Ned. Tijdschr. Verlosk.* 58:258–263.

van den Berg, B. J. and Yerushalmy, J. (1966). The relationship of the rate of intrauterine growth of infants of low birth weight to mortality, morbidity, and congenital anomalies. J. *Pediatr.* 69:531–545.

Vorhees, C. V. (1986). Principles of behavioral teratology. In: *Handbook of Behavioral Teratology*. E. P. Riley and C. V. Vorhees, eds. Plenum Press, New York, pp. 23–48.

Vorhees, C. V. (1987). Methods in behavioral teratology screening: current status and new developments. *Congenital Anom.* 27:111–124.

Vorhees, C. V., Butcher, R. E., Brunner, R. L., and Sobotka, T. J. (1979). A developmental test battery for neurobehavioral toxicity in rats: a preliminary analysis using monosodium glutamate, calcium carrageenan and hydroxyurea. *Toxicol. Appl. Pharmacol.* 50:267–282.

Wada, A. and Nagao, T. (1994). Induction of congenital malformations in mice by paternal methylnitrosourea treatment. *Congenital Anom.* 34: 65–70.

**CHAPTER 1**

Wagner, V. M., Hill, J. S., Weaver, D., and Baehner, R. L. (1980). Congenital abnormalities in baby born to cytarabine treated mother. *Lancet* 2:98–99.

Wang, G.M. (1988). Regulatory decision making and the need for and the use of exposure data on pesticides determined to be teratogenic in test animals. *Teratogenesis Carcinog. Mutagen.* 8:117–126.

Warkany, J. (1957). Congenital malformations and pediatrics. *Pediatrics* 19:725–733.

Warkany, J. (1971). *Congenital Malformations. Notes and Comments.* Year Book Medical Publishers, Chicago.

Wassom, J. S. (1985). Use of selected toxicology information resources assessing relationships between chemical structure and biological activity. *Environ. Health Perspect.* 61:287–294.

Weber, H. and Grauwiler, J. (1972). Experience with a breeding colony of stump-tailed macaques for teratological testing of drugs. In: *Breeding Primates. Apes. Baboons. Macaques. Guenons. New World Monkeys. General Comments on Breeding. Research in Reproduction. Proc. Int. Symp.,* Berne, 1971. W. I. B. Beveridge, ed. S. Karger, Basel, pp. 92–99.

Webster, W. S. (1988). The use of animal models in understanding human teratogens. *Congenital Anom.* 28:295–302.

Weil, C. S. (1972). Statistics vs. safety factors and scientific judgement in the evaluation of safety for man. *Toxicol. Appl. Pharmacol.* 21:194–199.

Welsch, F. (1990). Short-term methods of assessing developmental toxicity hazard. Status and critical evaluation. In: *Issues and Reviews in Teratology,* Vol.5. H. Kalter, ed. Plenum Press, New York, pp. 115–153.

WHO Scientific Group (1967). Principles for the testing of drugs for teratogenicity. *WHO Tech. Rep.* 364: 1–18.

Wickramaratne, G. A. deS. (1987). The Chernoff/Kavlock assay: its validation and application in rats. *Teratogenesis Carcinog. Mutagen.* 7:73–83.

Wier, P J., Guerriero, F J., and Walker, R. F (1989). Implementation of a primary screen for developmental neurotoxicity. *Fundam. Appl. Toxicol.* 13:118–136.

Wilcox, A. J. (1983). Intrauterine growth retardation: beyond birthweight criteria. *Early Hum. Dev.* 8: 189–194.

Wilcox, A. J., Weinberg, C. R., O'Connor, J. F., Baird, D. D., Schlatterer, J. P, Canfield, R. E., Armstrong, E. G., and Nisula, B. C. (1988). Incidence of early loss of pregnancy. *N. EngI. J. Med.* 319:189.

Willhite, C. C. and Dawson, M. I. (1990). Structure–activity relationships of retinoids in developmental toxicology. IV. Planar cisoid conformational restriction. *Toxicol. Appl. Pharmacol.* 103:324–344.

Willhite, C. C., Dawson, M. I., and Williams, K. J. (1984). Structure–activity relations of retinoids in developmental toxicology. *Toxicol. Appl. Pharmacol.* 74:397–410.

Willhite, C. C., Wier, P J., and Berry, D. L. (1989). Dose–response and structure–activity considerations in retinoid-induced dysmorphogenesis [review]. *Crit. Rev. Toxicol.* 20:113–135.

Wilson, J.. G. (1959). Experimental studies on congenital malformations. *J. Chronic Dis.* 10:111–130.

Wilson, J. G. (1964). Teratogenic interaction of chemical agents in the rat. *J. Pharmacol. Exp. Ther.* 144: 429–436.

Wilson, J. G. (1965). Embryologic considerations in teratology. *Ann. N. Y. Acad. Sci.* 123:219–227.

Wilson, J. G. (1966). Effects of acute and chronic treatment with actinomycin D on pregnancy and the fetus in the rat. *Harper Hosp. Bull.* 24:109–118.

Wilson, J. G. (1968). Introduction: problems in teratogenic testing. In: *Toxicity of Anesthetics.* B. R. Fink, ed. Williams & Wilkins, Baltimore, pp. 259–268.

Wilson, J. G.. (1971a). Mechanisms of abnormal development. In: *Proceedings, Conference on Toxicology: Implications to Teratology.* R. Newburgh, ed. NICHHD, Washington, D.C. pp. 81–114.

Wilson, J. G. (1971b). Use of rhesus monkeys in teratological studies. *Fed. Proc.* 30:104–109.

Wilson, J. G. (1972a). Abnormalities of intrauterine development in nonhuman primates. *Acta Endocrinol. Copenh. Suppl.* 71:261–292.

Wilson, J. G. (1972b). Use of primates in teratological investigations. In: *Medical Primatology, Selected Papers Conference Experimental Medicine Surgery, Primates, 3rd.* S. Karger, Basel, pp. 286–295.

Wilson, J. G. (1973). *Environment and Birth Defects.* Academic Press, New York.

Wilson, J. G. (1974). Teratologic causation in man and its evaluation in non-human primates. In: *Birth Defects.* A. G. Motulsky and W. Lenz, eds. Excerpta Medica, Amsterdam, pp. 191–203.

Wilson, J. G. (1975). Reproduction and teratogenesis: current methods and suggested improvements. *J. Assoc. Off. Anal. Chem.* 58:657–667.

Wilson, J. G. (1977). Teratogenic effects of environmental chemicals. *Fed. Proc.* 36:1698–1703.

Wilson, J. G. (1978). Review of in vitro systems with potential for use in teratogenicity screening. *J. Environ. Pathol. Toxicol.* 2:149–167.

Wilson, J. G. (1979). The evolution of teratological testing. *Teratology* 20:205–212.

Wilson, J. G. (1980). Environmental effects on intrauterine death in animals. In: *Human Embryonic and Fetal Death.* I. H. Porter and E. B. Hook, eds. Academic Press, New York, pp. 19–27.

Wilson, J. G. and Brent, R. L. (1981). Are female sex hormones teratogenic. *Am. J. Obstet. Gynecol.* 141: 567–580.

Wilson, J. G. and Fradkin, R. (1967). Interrelations of mortality and malformations in rats. *Abstr. 7th Annu. Meet. Teratol. Soc.* pp. 57–58.

Wilson, J. G. and Gavan, J. A. (1967). Congenital malformations in nonhuman primates: spontaneous and experimentally induced. *Anat. Rec.* 158:99–110.

Wilson, J. G., Frankin, R., and Hardman, A. (1970). Breeding and pregnancy in rhesus monkeys used for teratological testing. *Teratology* 3:59–72.

Woo, D. C. and Hoar, R. M. (1979). Reproductive performance and spontaneous malformations in control Charles River CD rats: a joint study by MARTA. *Teratology* 19:54A.

Woo, D. C. and Hoar, R. M. (1982). Reproductive performance and spontaneous malformations in control New Zealand white rabbits: a joint study by MARTA. *Teratology* 25:82A.

Woollam, D. H. M. (1958). The experimental approach to the problem of the congenital malformations. *Ann. R. Coll. Surg. Engl.* 22:401–414.

Woollam, D. H. M. and Millen, J. W. (1960). The modification of the activity of certain agents exerting a deleterious effect on the development of the mammalian embryo. In: *Congenital Malformations.* Ciba Found. Symp. G. F. W. Wolstenholm and C. M. O'Connor, eds. Little, Brown & Co., Boston, pp. 158–172.

Yasuda, M., Ariyuki, F., and Nishimura, H. (1967). Effect of successive administration of amphetamine to pregnant mice upon the susceptibility of the offspring to the teratogenicity of thio-tepa. *Congenital Anom.* 7:66–73.

Zander, J. and Muller, H. A. (1953). Uber die Methylandrostendiolbehandlung wabrend emer Schwangerschaft. *Geburtsh. Frauenheilkd.* 13:216–222.

Zenk, K. E. (1981). An overview of perinatal clinical pharmacology. *Clin. Lab. Med.* 1:361–375.