# Exhibit 2

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF LOUISIANA

 3

 4    -----------------------------x
                                   :
 5    ANDREA FRISCHHERTZ, wife     :
      of/and BRAD FRISCHHERTZ,     :
 6    individually and on behalf   :
      of the minor child, EVAN     :
 7    FRISCHHERTZ,                  :
                                   :
 8              Plaintiffs,        : Civil Action No.
                                   :
 9         vs.                     : 10-2125
                                   :
10    SMITHKLINE BEECHAM           :
      CORPORATION d/b/a            :
11    GLAXOSMITHKLINE,             :
                                   :
12              Defendant.         :
                                   :
13    -----------------------------x

14

15

16         The Videotaped Deposition of SHIRA KRAMER,

17    PH.D., MHS, was taken on Thursday, May 10, 2012,

18    commencing at 8:34 a.m. at the Baltimore Marriott

19    Hunt Valley Inn, 245 Shawan Road, Hunt Valley,

20    Maryland, before Cappy Hallock, Registered

21    Professional Reporter, Certified Realtime Reporter,

22    Certified Livenote Reporter, and Notary Public in and

23    for the State of Maryland.

24

25
```

Page 2

1  APPEARANCES:
2
3  On behalf of the Plaintiffs:
4
5      MARC L. FRISCHHERTZ, ESQ.
       Frischhertz Poulliard Frischhertz
6      Impastato LLC
       1130 Saint Charles Avenue
7      New Orleans, Louisiana 70130
       504-264-9915
8      markfrischhertz@frischhertzlaw.com
9
10  On behalf of Defendants:
11
12      TAMAR P. HALPERN, J.D., Ph.D.
       EVA CANAAN, ESQ.
13      Phillips Lytle LLP
       437 Madison Avenue, 34th Floor
14      New York, New York 10022
       212-759-4888
15      thalpern@phillipslytle.com
       ecanaan@phillipslytle.com
16
           - and -
17
       MEREDITH BUNN REDWINE, ESQ.
18      King & Spalding LLP
       1180 Peachtree Street
19      Atlanta, Georgia 30309
       404-572-4600
20      mredwine@kslaw.com
21
22  Videographer:
23      Michael Gay
24  Reported by:
25      Cappy Hallock, RPR, CRR, CLR

Page 3

1              I N D E X
2      Deposition of Shira Kramer, Ph.D., MHS
3              May 10, 2012
4
5  EXAMINATION BY:                    PAGE
6      Ms. Halpern            13
7
8              -oOo-
9
10
11          E X H I B I T S
12  Kramer
13  Exhibit   Description              Page
14  Exhibit 1    5-14-12 Kramer Final Report     14
15  Exhibit 2    Amended Notice of Videotaped    18
16      Deposition
17  Exhibit 40   Kramer Disclosure Materials     18
18      in Frischhertz
19  Exhibit 105  Kramer Deposition Binder,       22
20      Paxil-Frischhertz
21  Exhibit 106  flash drive                     47
22  Exhibit 6    11-16-10 Blyth trial testimony  51
23  Exhibit 14   ICD-9 Classification of Disease 63
24      and Injuries
25

Page 4

1  EXHIBITS:   (Continued)
2
3  Kramer
4  Exhibit   Description              Page
5  Exhibit 64   April 2005 Reviewer Guidance,    152
6      Evaluating the Risks of Drug
7      Exposure in Human Pregnancies
8  Exhibit 15   8-30-07 Cole article,            205
9      Paroxetine in the First Tri-
10      mester and the Prevalence of
11      Congenital Malformations
12  Exhibit 24   One page Sheet prepared by      217
13      Ms. Halprin.  Reported Paxil
14      Exposed Defects
15  Exhibit 25   8-30-07 Davis article, Risks    221
16      of congenital malformations and
17      perinatal events among infants
18      exposed to antidepressant
19      medications during pregnancy
20  Exhibit 101  Paxil and Musculoskeletal Defect  224
21  Exhibit 100  Paxil and Limb Reduction Defects  227
22  Exhibit 20   Bérard article, First Trimester   242
23      Exposure to Paroxetine and Risk
24      of Cardiac Malformations in
25      Infants: The Importance of Dosage

Page 5

1  EXHIBITS:   (Continued)
2
3  Kramer
4  Exhibit   Description              Page
5  Exhibit 21   8-27-08 Diav-Citrin article,     246
6      Paroxetine and fluoxetine in
7      pregnancy: a prospective,
8      multicentre, controlled,
9      observational study
10  Exhibit 26   2011 Colvin article, Dispensing  250
11      Patterns and Pregnancy Outcomes
12      for Women Dispensed Selective
13      Serotonin Reuptake Inhibitors
14      in Pregnancy
15  Exhibit 29   10-10-09 Bakker article, First-  259
16      Trimester Use of Paroxetine and
17      Congenital Heart Defects: A
18      Population-Based Case-Control
19      Study
20  Exhibit 27   July 2011 Malm article,          264
21      Selective Serotonin Reuptake
22      Inhibitors and Risk for Major
23      Congenital Anomalies
24  Exhibit 3    McMurray Transcript              266
25

Shira Kramer, Ph.D., MHS

<table>
<tr><td>

Page 6

1  EXHIBITS:  (Continued)
2
3  Kramer
4  Exhibit   Description                    Page
5  Exhibit 18   9-18-06 Källén article,          281
6                Maternal Use of Selective
7                Serotonin Reuptake Inhibitors
8                in Early Pregnancy and Infant
9                Congenital Malformations
10  Exhibit 19   2010 Reis and Källén article,   283
11                Delivery outcome after maternal
12                use of antidepressant drugs in
13                pregnancy: an update using
14                Swedish data
15  Exhibit 17   6-28-07 Louik article, First-   286
16                Trimester Use of Selective
17                Serotonin-Reuptake Inhibitors
18                and the Risk of Birth Defects
19  Exhibit 78   11-21-02 Miedzybrodzka article,  290
20                Congenital talipes equinovarus
21                (clubfoot): a disorder of the
22                foot but not the hand
23
24
25

</td><td>

Page 8

1  EXHIBITS:  (Continued)
2
3  Kramer
4  Exhibit   Description                    Page
5  Exhibit 45   6-6-01 Buznikov article,         325
6                Serotonin and serotonin-like
7                substances as regulators of
8                early embryogenesis and morpho-
9                genesis
10  Exhibit 82   6-20-84 Baldwin Final Report,    328
11                Beecham Animal Studies Unit
12  Exhibit 56   1993 Shuey article, Serotonin    334
13                and morphogenesis
14
15
16
17
18
19
20
21
22
23
24
25

</td></tr>
<tr><td>

Page 7

1  EXHIBITS:  (Continued)
2
3  Kramer
4  Exhibit   Description                    Page
5  Exhibit 22   11-5-07 Bar-Oz article,          293
6                Paroxetine and Congenital
7                Malformations: Meta-Analysis
8                and Consideration of Potential
9                Confounding Factors
10  Exhibit 36   O'Brien article, Does           302
11                Paroxetine Cause Cardiac
12                Malformations?
13  Exhibit 53   2004 DiPino article, Roles for  311
14                Serotonin in Neurodevelopment:
15                More than just Neural
16                Transmission
17  Exhibit 54   2004 Bhasin article,            315
18                Differential Regulation of Chon-
19                drogenic Differentiation by the
20                Serotonin Receptor and Retinoic
21                Acid in the Embryonic Mouse
22                Hindlimb
23
24
25

</td><td>

Page 9

1                P R O C E E D I N G S
2                - - - - -
3          MS. HALPERN:  On the record,
4  before we begin.
5          Mark, I understand that you have
6  said that you will not produce the items
7  requested in our Amended Notice of
8  Videotape Deposition, Items 3a and b.
9          MR. FRISCHHERTZ:  Let's see.
10  Unpublished articles submitted by
11  Dr. Kramer for publication within the
12  past ten years.
13          MS. HALPERN:  I'm actually told
14  that one of those two items has been
15  published and is probably publicly
16  available now.  So if that's correct,
17  then I would withdraw a request for it,
18  but I haven't seen the article.  I have
19  just heard that's the case.
20          But nonetheless, I don't
21  understand the basis, when something is
22  either submitted or in the press, in the
23  confines of this lawsuit why they would
24  not be produced.
25          MR. FRISCHHERTZ:  Well, I'm sure

</td></tr>
</table>

Shira Kramer, Ph.D., MHS

Page 10

1  Larry Centola made that objection, not
2  I, and he may have had an additional
3  basis for it.
4       MS. HALPERN:  Okay.
5       MR. FRISCHHERTZ:  But off the
6  cuff, I'm assuming that part of his
7  basis was that you are seeking to go
8  back ten years for unpublished articles,
9  and that would be beyond what is
10  required to be produced under Rule 26.
11       MS. HALPERN:  No.  No.  These
12  aren't -- these are current articles.
13  One has just been submitted and one is
14  in press.
15       MR. FRISCHHERTZ:  Oh, okay.
16       MS. HALPERN:  At least that's my
17  understanding.
18       Why don't we just put on the
19  record that we request they be produced,
20  and assuming they will get produced
21  after the deposition, if I have any
22  further questions that I would have
23  asked based on them had I had them I
24  reserve my right to do that.  I doubt
25  that will be the case, but I just don't

Page 11

1  know, not having seen the articles.
2       MR. FRISCHHERTZ:  That's fine.
3       MS. HALPERN:  Okay.
4       And the second thing,
5  housekeeping, I just wanted to get on
6  the record so I understand Dr. Kramer
7  has a hard stop at 5:30 today, which we
8  will honor, but we are also entitled to
9  our seven hours of deposition time, and
10  I have asked the videographer to keep
11  track of that time.  I don't think we
12  will have any problem keeping it, so
13  long as we keep our breaks and lunch to
14  a reasonable time.  So I just wanted to
15  go on the record saying that I will want
16  to keep those seven hours preserved.
17       Agreed?
18       MR. FRISCHHERTZ:  Agreed.  It's
19  8:37 now, and we are going to 5:30, so
20  we should be able to get seven hours in,
21  I hope.
22       MS. HALPERN:  I agree.  So on the
23  record, we are ready to go.  Thank you.
24       (Video record begins.)
25       THE VIDEO OPERATOR:  We are on the

Page 12

1  record, the time now is 8:38.  This
2  marks the beginning of Disk Number 1 for
3  the videotape deposition testimony of
4  Dr. Shira Kramer in the matter of Andrea
5  Frischhertz, wife of/and Brad
6  Frischhertz, individually, and on behalf
7  of the minor child, Evan Frischhertz,
8  versus GSK.  This case is pending in the
9  United States District Court for the
10  Eastern District of Louisiana, Civil
11  Action Number 10-2125.
12       Today's date is May 10th, 2012.
13  This deposition is being conducted at
14  245 Shawan Road, Hunt Valley, Maryland.
15       Will all attorneys present please
16  identify themselves and who they
17  represent.
18       MS. HALPERN:  Tamar Halpern for
19  GlaxoSmithKline.
20  Eva Canaan for GlaxoSmithKline.
21  Mereditith Redwine for GlaxoSmithKline.
22       MR. FRISCHHERTZ:  Mark Frischhertz
23  for plaintiffs.
24       THE VIDEO OPERATOR:  My name is
25  Michael Gay, I'm with Golkow

Page 13

1  Technologies.  Our court reporter today is
2  Cappy Hallock, also with Golkow Technologies
3  and will now swear in the witness.
4  WHEREUPON,
5       SHIRA KRAMER, Ph.D., MHS,
6       A Witness called for examination, having
7  been first duly sworn, was examined and testified
8  as follows:
9       THE VIDEO OPERATOR:  You may
10  proceed.
11       EXAMINATION
12  BY MS. HALPERN:
13    Q.   Good morning, Dr. Kramer.
14    A.   Good morning.
15    Q.   My name is Tamar Halpern, and I
16  represent GlaxoSmithKline in this matter.
17       Now, you have been deposed before,
18  correct?
19    A.   That's correct.
20    Q.   Let me ask if we could agree to a few
21  simple ground rules.  If you would let me complete
22  my question before you answer, that would help the
23  court reporter.
24    A.   Yes.
25    Q.   And I will try to do the same, allow you

4 (Pages 10 to 13)

Shira Kramer, Ph.D., MHS

1  to complete your answer before I ask my next
2  question. Agreed?
3      A.   Agreed.
4      Q.   And I assume, I'm going to assume that
5  you understood my question unless you say
6  otherwise. Is that also agreed?
7      A.   That's agreed.
8      Q.   Okay. And I understand we need to stop
9  at 5:30 so we will do everything we can to make
10 sure that happens in a timely fashion.
11          (Kramer Exhibit Number 1 for
12          identification.)
13 BY MS. HALPERN:
14     Q.   I would like to show you what has been
15 pre-marked, I think I have just handed that to you
16 as Exhibit 1, and ask if that is the report that
17 you served in this case.
18     A.   Yes, it is.
19     Q.   And is it in fact the only report.
20 There is no supplement, no additional materials
21 that you have provided --
22     A.   That is --
23     Q.   -- as your report. Sorry.
24     A.   That is correct.
25     Q.   Okay.

1          Now, the report is dated March 14th,
2  2012; is that correct?
3      A.   That is correct.
4      Q.   All right, so that's when you completed
5  it by, correct?
6      A.   That is correct.
7      Q.   All right.
8          Now, on Page 29 of your report, I'm
9  looking at Paragraph 90, you list -- you say that
10 you have listed everything you reviewed in order to
11 give your opinion in this report. Correct?
12     A.   In Paragraph 90?
13     Q.   Correct.
14     A.   Paragraph 90 refers to the literature
15 review that I conducted. That doesn't include
16 other nonliterature-based documents that I
17 reviewed.
18     Q.   Okay. And where in your report do you
19 list that, since the report is supposed to contain
20 everything that you reviewed in preparation of the
21 report. Is it in the appendix or references in the
22 back?
23     A.   I'm not certain. I would have to look
24 and see if there is a listing of other documents
25 which might include medical records, the expert

1  reports of other experts in the case, and that sort
2  of thing. I don't remember whether I listed it in
3  the body of this report or not.
4      Q.   Okay. So you're saying that there are
5  medical records and other documents that you did
6  not mention that you reviewed in this report but
7  that you did review prior to writing the report?
8      A.   I did not say that.
9      Q.   Okay. So, please rephrase it so I
10 understand.
11     A.   I said that I don't recall whether or
12 not I listed other documents and other materials
13 that I reviewed outside of published literature in
14 this report.
15     Q.   Okay.
16     A.   I want to emphasize I don't recall. I
17 would have to look through this report to see
18 whether I did list it. I don't recall.
19     Q.   In prior cases, Dr. Kramer, you have
20 always listed the medical records that you reviewed
21 if you reviewed them before writing this report.
22 Would this case be an exception, or would you
23 assume for me, without spending time looking
24 through every page, that that's what you would have
25 done here as well?

1      A.   Well, you have just asked me a compound
2  question. First one assumes that in every case
3  prior to this report that I would have listed all
4  of the medical records in the body of a causation
5  report, and I don't know that that's true.
6      Q.   Okay.
7      A.   I don't know that it's true that in
8  every case I list every document that is outside of
9  published literature. Within the body of a
10 causation report, I certainly would have provided
11 that information to you in a list of reliance
12 materials. I would have disclosed one way or
13 another that I had seen it and reviewed it.
14     Q.   Okay.
15     A.   But I'm not saying, I certainly don't
16 know and can't agree, that in every case or in
17 every causation report that I would have ever
18 written I would have listed every single document
19 that I had ever reviewed in a case.
20     Q.   Fair enough. But my question is really
21 more simple than that. In this case before you
22 wrote this report, if you had reviewed medical
23 records would it be noted in the body under your
24 references or somewhere else in the four corners of
25 this report dated March 14th, 2012?

Shira Kramer, Ph.D., MHS

Page 18

1    A.   I don't recall.  I really don't remember
2  whether I noted it or not.
3    Q.   Did you review medical records before
4  writing this report or after?
5    A.   I don't remember the dates of reviewing
6  medical records.
7    Q.   Okay.
8    A.   I don't recall.
9        MS. HALPERN:  All right, let me
10       show you what has been marked as
11       Exhibit 2.
12       (Kramer Exhibit No. 2 for
13       identification.)
14  BY MS. HALPERN:
15   Q.   This is the deposition notice where we
16  requested that you produce documents, and you
17  attached -- here is a copy -- have you seen that
18  before?
19   A.   Yes.
20   Q.   Okay.  And --
21       MS. HALPERN:  Can I have
22       Exhibit 40?
23       (Kramer Exhibit No. 40 for
24       identification.)
25  BY MS. HALPERN:

Page 19

1    Q.   I have compiled as Exhibit 40 what I
2  believe to be everything the lawyers produced in
3  response to that deposition and document demand.
4  The index I prepared.
5    A.   Is there a question about this?
6    Q.   Yes, there is.  The question is does
7  that document, Exhibit 40, contain everything, as
8  far as you know, that you produced in response to
9  the document demand marked as Exhibit 2?
10   A.   I would have to look through this.  Off
11  the top of my head this is the first time I have
12  seen this bound document, and so I can't answer
13  that by just looking at the -- you know, at the
14  title.  I'm going to assume that it does --
15   Q.   Okay.
16   A.   -- but I can't tell you for sure.  This
17  is the first time I have seen this bound document.
18   Q.   Okay.  So in front of you on the table
19  is a blue notebook.  Is that notebook everything
20  you produced to the lawyers in response to the
21  document demand, or is it something different than
22  that?
23   A.   No.  This is -- there may be some
24  overlap, but this is something different from the
25  document that you just handed to me.

Page 20

1    Q.   Okay.
2        Why, may I ask, would that not have been
3  produced, what is in front of you and in the blue
4  binder?
5    A.   Well, what is in the blue binder is
6  nothing, absolutely nothing new that has not been
7  disclosed to you.  Much or most of what is in this
8  blue binder is nothing more than summaries and
9  compilations of information from the literature
10  that has already been disclosed to you, so these
11  are summaries and these are materials that may be
12  helpful to me as reference materials, but there is
13  nothing new in this binder that has not already
14  been disclosed to you.
15   Q.   You mean in a previous litigation?
16   A.   In this litigation.
17   Q.   Okay.
18   A.   In other words, there will be extracts
19  of literature that has already been disclosed in
20  this matter.  There might be a table, there might
21  be quotes, there might be actual reproductions of
22  articles, but nothing that you haven't already seen
23  in a list of reliance materials.
24   Q.   I'm sorry, I'm afraid I'm not
25  understanding.  When you say I have already seen

Page 21

1  it, you mean the reference to the article I have
2  already seen but the abstract and the summary that
3  is in the blue book I have not seen?
4    A.   You may not have seen the extract from a
5  particular article, as I might have it in this
6  binder, but there is no material in this binder
7  that has not been disclosed in my list of reliance
8  materials or references.
9    Q.   Okay.  But do you understand I was
10  entitled to see your work product before this
11  deposition, not just a reference to the article?
12  So if there is a summary, if there are comments, if
13  there is compilation, that's what the document
14  demand requested.
15       Did anyone explain that to you?
16   A.   There was no explanation about my not
17  being able to bring in extracts or full copies of
18  articles.  That is correct.
19   Q.   Okay.
20       MS. HALPERN:  So let's mark the
21       blue binder, since that I don't have, as
22       Exhibit 105, because I know that number
23       has not been taken.
24       THE WITNESS:  Let me just mention
25       that I did bring a duplicate binder for

6 (Pages 18 to 21)

Shira Kramer, Ph.D., MHS

Page 22

1    you, if you would like to have it.
2          MS. HALPERN:  But the duplicate
3    binder is much smaller than the one in
4    front of you, so I will mark the one in
5    front of you.  So if we could take a
6    moment and mark that as Exhibit 105.
7          (Kramer Exhibit No. 105 for
8    identification.)
9          MS. HALPERN:  Thank you.
10   BY MS. HALPERN:
11   Q.    So for ease of reference I will have
12   marked as Exhibit 40, I have tabs, could you take
13   out Exhibit 40 and we will use that repeatedly this
14   morning.
15         Behind Tab 1 is a list of all the
16   materials you say were considered or relied upon in
17   forming your opinion.  Do you see that on the very
18   top of the page?
19   A.    Yes, I do.
20   Q.    Okay, so what I want to know is many of
21   the things on this list did not exist before you
22   wrote your report, correct?
23   A.    That is correct.
24   Q.    So is this a list in Tab 1 of things you
25   saw after you wrote your report?

Page 23

1    A.    It may include items that I saw before I
2    wrote my report as well.  I cannot tell you by just
3    looking at this page.  Some of the items clearly
4    are dated after I issued my report, but I may have
5    seen certain items prior to issuing the report.  I
6    can't say by just looking at this.
7    Q.    And so looking at Tab 1 you can't tell
8    me what you relied on for writing your report and
9    what you did not?
10   A.    I wouldn't answer it that way.  I think
11   that there are certainly things that I can tell you
12   I did not rely on.  For example --
13   Q.    By the dates, Dr. Kramer, I can figure
14   those out.  Other than the ones dated after March
15   14, 2012, are there any others --
16   A.    Pardon me, but I thought we did have an
17   agreement that you would not cut me off.  I did not
18   finish.
19   Q.    I'm just trying to make it a quicker
20   response.
21   A.    I understand, but I would like the
22   opportunity to give you a full, uninterrupted
23   answer to my question.
24   Q.    So let me rephrase my question.
25         Other than things behind Tab 1 that are

Page 24

1    dated after March 14, 2012, is there anything there
2    that you know you saw for the first time after you
3    wrote your report?
4    A.    After -- let me just understand.  Other
5    than items that are dated after March 14th?
6    Q.    Yes, the date of your report.
7    A.    You're asking me if there are any items
8    that I know I saw after I wrote my report?
9    Q.    That you did not see before you wrote
10   your report but were available before you wrote
11   your report, that's the question.
12   A.    I don't recall off the top of my head.
13   Q.    Okay, can you turn to Tab 10 in that
14   book?  It says GSK Response to FDA from November 8,
15   1994.  Do you see that?
16   A.    Yes, I do.
17   Q.    Who prepared this page?  Did you?
18   A.    I did, yes.
19   Q.    And what document did you excerpt this
20   from?
21   A.    This analysis was actually based on data
22   that I read that had been provided in an NDA that
23   was submitted by GSK to the FDA, and I accessed
24   those data and conducted the analysis that is
25   summarized on this page.

Page 25

1    Q.    This is your own analysis or is it an
2    analysis that GSK did?
3    A.    No, this is my analysis based on data
4    that GSK presented in an NDA that they issued to
5    the FDA.
6    Q.    And where is that underlying document
7    that you relied on to do your analysis?
8    A.    Where is that?
9    Q.    Yes.  You should have produced it is
10   what I'm saying.
11   A.    I don't know.  I do know this, that this
12   analysis was conducted for another Paxil matter,
13   not this one, so I did not conduct this analysis
14   specifically for this particular litigation.  This
15   was conducted for a prior Paxil matter.
16   Q.    Okay, so is it your analysis that there
17   were 3 percent of births on Paxil that were
18   premature?  Is that something you did?
19   A.    The --
20   Q.    Do you see that on the sheet?
21   A.    Yes, I do.  I do.
22   Q.    Okay.
23   A.    I did not make up the numbers that were
24   issued by GSK in their NDA submitted to the FDA.
25   They stipulated and they specified those numbers.

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 26

1  I did an analysis of those numbers and presented
2  them on this page.
3      Q.   Yes, but my question is, is the 3
4  percent a calculation that you made, or did it say
5  3 percent in the underlying documents that you are
6  relying on?
7      A.   I don't recall.
8      Q.   Okay.  And that 3 percent said that out
9  of the births on Paxil that they were able to
10  follow up, 3 percent were premature?
11     A.   That's what I believe it indicates.
12     Q.   Do you rely on this document for any
13  reason in your opinions in this case?
14     A.   This document -- are you referring to
15  this analysis or the --
16     Q.   Tab 10.
17     A.   Tab 10.
18     Q.   Yes.
19     A.   I rely on it to make the point that
20  there was a signal that was certainly something
21  that GSK could have known about as early as 1994,
22  about a potential safety problem having to do with
23  adverse outcomes of pregnancy and congenital
24  malformations from their own data.
25     Q.   Okay.  And you're not using it as a

Page 27

1  signal for prematurity, correct?
2      A.   I'm using it for prematurity as it may
3  relate to adverse reproductive outcomes, certainly,
4  understanding this case is not about prematurity
5  specifically but it is relevant to the question of
6  adverse reproductive outcomes.
7      Q.   So it is your opinion that a 3 percent
8  prematurity rate is indicative of a signal of
9  teratogenicity.  Is that what you're saying?
10     A.   I did not say that.
11     Q.   I thought you did.
12     A.   No, I did not say anything like that.
13     Q.   All right.  So is 3 percent a signal in
14  your mind for prematurity being an adverse event,
15  based on your own analysis on document 10.
16     A.   The data that I analyzed and listed on
17  this page all relate to the issue of adverse
18  reproductive outcomes and a signal of both adverse
19  reproductive outcomes and congenital malformations,
20  which is a separate line item on this page, which
21  is a -- which is a -- let me just find it.
22         Congenital malformations 11.9 percent,
23  that's right.  So this page relates to the broader
24  question of adverse reproductive events as well as,
25  as a separate item, congenital malformations.

Page 28

1      Q.   So I request that the underlying
2  documents that you used to create Tab 10 in
3  Exhibit 40 be produced.
4          And my question, again, Dr. Kramer,
5  based on this sheet, is it your testimony that
6  there is a signal for prematurity?
7      A.   I can't state that.  I didn't focus on
8  prematurity.  So I really did not focus on the
9  issue of prematurity in this case.
10     Q.   Well, I'm asking you then, is a rate of
11  3 percent of births being premature in your mind a
12  signal for prematurity?
13     A.   I can't answer that right now.
14     Q.   Okay.  Okay, fair enough.
15         Turn to Tab 9, please, in Exhibit 40.
16  Do you see that?  It says Evan Frischhertz' Birth
17  Defects.
18     A.   Yes, I do.
19     Q.   Who prepared this document?
20     A.   I did.  My staff, actually, under my
21  direction summarized this information for me.
22     Q.   So for the purposes of the rest of the
23  deposition when you say you did something, I'm
24  going to assume you, Shira Kramer, did it, not
25  someone else at Epidemiology International.  Is

Page 29

1  that okay?
2      A.   That's okay.  I would like some
3  clarification, however, about the fact that when I
4  direct my staff under my direction to assist me in
5  extracting information, which is very commonly the
6  case in all the projects that I do, I would like
7  you to tell me how you would like me to answer
8  those types of questions.
9      Q.   Fair enough.
10         I want the name of the person that did
11  it.  If you don't know the name I want you to tell
12  me what category that falls into, the best you can.
13  You submitted some bills with some names of other
14  people on them.  To the extent you can tell me who,
15  I would appreciate it.  But the most important
16  thing to me is whether you did it yourself or had
17  someone else do it for you.  Agreed?
18     A.   Agreed.
19     Q.   Okay.  So the question is who prepared
20  this document entitled Evan Frischhertz' Birth
21  Defects, Tab 9, behind Exhibit 40?
22     A.   More likely than not it was an
23  epidemiologist who works for me at Epidemiology
24  International, and his name is David Hinds.
25     Q.   And David Hinds, is he a physician?

8 (Pages 26 to 29)

Shira Kramer, Ph.D., MHS

1     A.    No, he is not.  He is an epidemiologist.
2     Q.    Okay.  He has a Ph.D. in epidemiology?
3     A.    No, he has a master's degree.
4     Q.    And what is his medical training?  Does
5  he have any medical training?
6     A.    Do you mean is he a medical doctor?
7     Q.    A medical doctor, a nurse, a
8  teratologist, an epid -- strike that -- a
9  pharmacologist.  Does he have any medical training?
10    A.    Well, as part of training in the field
11 of epidemiology, we as epidemiologists receive
12 quite a bit of what you might call medical or
13 medically related training, so I think your
14 question is a little bit vague.
15    Q.    Okay.
16    A.    He is not a physician.
17    Q.    Okay.  So other than his -- is it a
18 one-year or a two-year degree that he has?
19    A.    I believe it's a two-year degree.  I
20 don't recall.
21    Q.    So other than his one or two-year
22 degree, advanced degree in epidemiology to get a
23 master's, he has no other medical training that you
24 are aware of?  To the extent there is medical
25 training involved.

1     A.    Other than his training as an
2  epidemiologist?
3     Q.    Yes.
4     A.    He does not have any other medical
5  training --
6     Q.    Okay.
7     A.    -- to my knowledge.
8     Q.    Do you know what documents Mr. Hinds
9  reviewed to create Tab 9?
10    A.    Well, in the first box at the top of the
11 page the source of the information on the birth
12 defects is actually listed.
13    Q.    I understand that, Dr. Kramer.  I know
14 the medical records that are referenced on Tab 9.
15 I'm asking you do you know the larger body of
16 medical records consisted of that he extracted
17 these few records from?  Did he see anything else?
18 Do you know?
19    A.    There certainly should have been a
20 listing of reliance materials that we prepared
21 including the medical records that we reviewed that
22 would have been provided to you, and if they go
23 beyond the list of the sources here then those
24 would have been additional records as well.  But I
25 can't say by looking at this list that there

1  weren't other medical records that were provided.
2          This information, though, was derived
3  from these medical records that are listed on this
4  page.
5     Q.    Okay, fair enough.  So let me ask a
6  simple question.  There are some medical records
7  noted behind Tab 9 of Exhibit 40, and some medical
8  records noted on Tab 1 of Exhibit 40.  They overlap
9  almost completely, but not quite.
10         Are there any other medical records that
11 you are aware of that David Hinds reviewed?
12    A.    Not that I'm aware of.  That is not to
13 say that I am 100 percent certain, but I would
14 doubt it.
15         It was my intention and our intention
16 that we provide you with a full listing of reliance
17 materials.  If there were additional medical
18 records, I would have no problem trying to identify
19 which ones they might be, but --
20    Q.    Okay.  So either there were no
21 additional medical records or Mr. Hinds extracted
22 these for your review, correct?
23    A.    I don't understand the relationship
24 between the two clauses of that.
25    Q.    Let's step back.

1          You would agree Evan Frischhertz has
2  more medical records than the three that are listed
3  in Tab 1 and Tab 9; you would agree he must have
4  more medical records than that, correct?
5     A.    I would assume so.
6     Q.    Okay.  Yet this is a selection of
7  medical records and only a selection that appear on
8  Tab 1 and Tab 9, correct?
9     A.    I'm assuming that your first assumption
10 is correct.
11    Q.    So my question is who selected this
12 limited group of records?  Was it the lawyers who
13 gave it to Mr. Hinds?  Was it Mr. Hinds who gave it
14 to you?
15    A.    The medical records that I received for
16 review were sent to me by the attorneys, and I did
17 not preselect those records.  These were records
18 that were selected to be sent to me by the
19 attorneys.
20    Q.    Fair enough.  Okay.
21         So do you know if you reviewed the
22 records and the memo behind Tab 9 before or after
23 you wrote your report in this case?
24    A.    I don't recall.
25    Q.    Okay.  You note on Tab 9 that Evan

Shira Kramer, Ph.D., MHS

Page 34

1  Frischhertz has a limb reduction birth defect.  Do
2  you see that?
3      A.   Yes, I do.
4      Q.   And you note that the defect is a
5  hypoplastic right hand, correct?
6      A.   This is correct.
7      Q.   And that's an upper limb reduction
8  defect, correct, or don't you know?
9      A.   That is correct.
10     Q.   All right.  Who determined that it was a
11 hypoplastic right hand coded under ICD-9: 755.50,
12 as it says on that document.
13     A.   This information would have and should
14 have been derived from medical records.  I did not
15 make any kind of diagnoses myself.
16     Q.   Okay.  So whoever made this diagnosis
17 that you have repeated in Tab 9 is the one you are
18 relying on.
19     A.   I'm relying on this diagnosis, that's
20 correct.
21     Q.   Okay.  And whoever this person is
22 determined that it was not a transverse deformity
23 of the upper limb, correct, which would have a
24 different code number?
25     A.   I am relying on the information that I

Page 35

1  have listed on this page.
2      Q.   Okay.  So you agree for the purposes of
3  your review that you considered this to be a
4  longitudinal limb reduction defect, correct?  And
5  you might want to look on Page 2 where it says
6  longitudinal limb reduction, Page 2, Tab 9.
7      A.   Would you mind repeating your question?
8      Q.   Yes.
9           You agree that for your purposes you
10 considered this to be a longitudinal limb reduction
11 defect, correct?
12     A.   For my purposes I considered that this
13 plaintiff had a limb -- an upper limb reduction
14 defect, and the specific terminology that is
15 applied to it, which may vary from one physician to
16 the next, was really not extremely material to me
17 because that terminology and those classifications
18 may vary between physicians.  But I did rely on the
19 fact that there was a diagnosis made of an upper
20 limb reduction defect that involved this
21 plaintiff's right hand.
22     Q.   Do you know the difference between a
23 longitudinal limb defect and a transverse limb
24 defect?
25     A.   Off the top of my head I would not give

Page 36

1  you those details.  I don't know the details.
2      Q.   Did it matter to you in any part of your
3  analysis whether this was a longitudinal limb
4  defect or a transverse limb defect?
5      A.   I really didn't consider that issue.  I
6  relied on the diagnostic information that was
7  provided in the medical records, and then applied
8  the information that I reviewed in my review of the
9  literature --
10     Q.   Okay.
11     A.   -- to this issue.
12     Q.   So as you sit here today do you have any
13 idea whether it is a longitudinal limb defect or a
14 transverse limb defect?
15     A.   Are you asking me if this plaintiff had
16 a transverse limb defect?
17     Q.   Correct.
18     A.   Is that what you are asking me?
19     Q.   Correct.
20     A.   I really would prefer -- I can look it
21 up.  I certainly do have with me today various limb
22 reduction classification schemes and definitions,
23 and if you would like me to look that material up I
24 can do that, but I didn't focus on that.
25     Q.   Okay.  So it didn't impact your opinion

Page 37

1  as you wrote it in your report one way or the other
2  whether it was a transverse limb defect or a
3  longitudinal limb defect; is that right?
4      A.   I can't say that that is right or wrong
5  because I relied on the information that I received
6  about this plaintiff's defect, which was defined in
7  the material that I reviewed as a limb reduction
8  defect involving his right hand.
9      Q.   Okay.
10          Turn to Page 2.  So you didn't consider
11 it a longitudinal limb reduction defect as it is
12 stated there on Page 2?  Do you see the bottom part
13 of Page 2?  It says Longitudinal Limb Reductions --
14     A.   These are -- pardon me, I'm sorry.
15     Q.   Go ahead.
16     A.   These are definitions, that's what they
17 are.
18     Q.   Okay.
19     A.   Just to clarify, the information that is
20 listed below this table on Pages 1 and 2 of this
21 tab are definitions.  That's what they are.  They
22 don't necessarily relate to the diagnosis of this
23 plaintiff.  So as you are reading the longitudinal
24 limb reduction defect --
25     Q.   Right.

Page 38

1    A.    -- this is just a definition.
2    Q.    Okay, so --
3    A.    This does not specifically relate to the
4  details in the medical record.
5    Q.    All that I'm asking, Dr. Kramer, is for
6  the purposes of your report and the opinions you
7  give in your report, did it matter to you whether
8  Evan's defect was a hand or a foot defect?
9         MR. FRISCHHERTZ:  Let me object to
10     the form of the question.
11         You can answer.
12    Q.    Would your report have been different if
13  he had a limb reduction foot defect instead of a
14  limb reduction hand defect?
15    A.    Well, certainly I would have specified
16  the information that I would have been provided.
17  So if he had a foot defect I would have named that
18  fact in the report, that he had a foot defect.
19         The other issue is that a foot defect is
20  a lower limb rather than an upper limb defect.
21  However, there is ample discussion in my report
22  about the fact that this level of specificity, that
23  is upper versus lower, or even more specific than
24  that, is not really possible to address in the
25  epidemiological literature on paroxetine because of

Page 39

1  issues relating to the extreme rarity of these
2  deformities and the power of these studies.  So in
3  fact these studies in general were not able to get
4  down to that level of specificity, in any case.
5    Q.    So is your report contingent in any
6  fashion on whether Evan's defect was a hand
7  reduction or a foot reduction defect?
8         Can you point to me anywhere in your
9  report your opinion would have changed if in fact
10  he had a foot reduction defect instead of a hand
11  reduction defect?
12    A.    I can't answer that because you are
13  asking me "in any way."  There might be some
14  changes in some wording and so on and so forth.
15    Q.    Where, Dr. Kramer!  I don't want to take
16  the time now, because I don't believe you even
17  mention that he has a hand defect in your report,
18  so pull out Exhibit 1 and show me anywhere your
19  opinion would have changed if he had a foot defect
20  instead of a hand defect?
21    A.    Let me understand what you are asking me
22  to do.  Are you asking me to search my report for
23  where I might have specified that he had a hand --
24  you just stated that you don't think I actually
25  stipulated that he had a hand defect anywhere; is

Page 40

1  that what you are asking me to do?
2    Q.    No.  My question is what in your report
3  would have changed if in fact Evan Frischhertz had
4  a foot reduction defect instead of a hand reduction
5  defect?
6    A.    Do you want me to read this entire
7  report?
8         MS. HALPERN:  Let's go off the
9     record.
10         THE VIDEO OPERATOR:  The time is
11     9:08.
12         (Discussion off the record.)
13         MR. FRISCHHERTZ:  I would like to
14     go back real quick.
15         THE VIDEO OPERATOR:  Just one
16     moment, let me go back on the --
17         MS. HALPERN:  I'm going to take a
18     break to go to the bathroom, anyway.
19         MR. FRISCHHERTZ:  That's fine.  I
20     guess my issue is going to be I don't
21     know how long it is going to take her to
22     read a 70-page report, but I'm going to
23     object to spending an hour off the
24     record for her to read a report.
25         MS. HALPERN:  I agree, but Marc, I

Page 41

1  agree that I think she will see very
2  quickly that it's an easy question to
3  answer.
4         MR. FRISCHHERTZ:  We can take a
5     10-minute break.
6         (Recess taken -- 9:09 a.m.)
7         (After recess -- 9:17 a.m.)
8         THE VIDEO OPERATOR:  The time now
9     is 9:17, we are back on the record.
10  BY MS. HALPERN:
11    Q.    Dr. Kramer, have you seen anything in
12  the report that you would have changed if, in fact,
13  Evan Frischhertz had a foot reduction defect
14  instead of a hand reduction defect?
15    A.    There was nothing specific in the report
16  that I would have changed, because there is nothing
17  specific in the report having to do with this
18  plaintiff.  There is no specific information in
19  this report that relates to this plaintiff or his
20  diagnoses.  There is a section in the report on
21  Page 28 where I discuss in Paragraph 88 the timing
22  of the development of the upper and lower limb, and
23  that's a specific paragraph where I do address
24  upper versus lower limb, but there is no specific
25  discussion of this plaintiff or his congenital

Shira Kramer, Ph.D., MHS

Page 42

1   malformations in this report.
2      Q.   So would this report be equally
3   applicable in your mind to any limb defect claim
4   associated with Paxil?
5      A.   Any limb defect --
6      Q.   Defect claim.
7      A.   I think that's too ambiguous a question
8   for me to answer.
9      Q.   Explain the breadth of the report to me.
10  What does it apply to, which types of defects?
11     A.   This report applies to certainly
12  congenital cardiac birth defects as well as
13  congenital limb defects.
14     Q.   Any congenital cardiac or congenital
15  limb defect it does not apply to?
16     A.   Again, that is too general a question
17  for me to answer just a simple yes or no.  That
18  would depend.
19     Q.   Depend on what?
20     A.   I don't know.  It is so general.  The
21  "any" word is the issue and the problem for me, and
22  so I think it really would have to depend on other
23  information that I would have available to me.
24     Q.   Dr. Kramer, how do you define, for the
25  purposes of your report, limb defects?

Page 43

1      A.   A malformation in the limbs of a child
2   or fetus.
3      Q.   Skeletal malformation?
4      A.   It could be.  It could include a
5   skeletal malformation.
6      Q.   What other types of malformations?
7      A.   There are other malformations that have
8   to do with connective tissue that may not be
9   skeletal, that may have to do with other structures
10  of limbs that may not be skeletal or may be in
11  addition to skeletal.
12     Q.   You have a chapter that you referred to
13  that is in Tab 1 about limb defects, I'm trying to
14  see where it is.
15         Well, strike that.  I will come back to
16  that.  Let me just ask a few more questions so we
17  can go back to those questions about your
18  definition of a limb defect first.
19         Did you speak to any of Evan's treating
20  physicians?
21     A.   No, I did not.
22     Q.   Did you speak to any of the experts in
23  this case, plaintiff's experts in this case?
24     A.   No, I did not.
25     Q.   Have you reviewed any medical records of

Page 44

1   Evan's parents, Andrea or Brad Frischhertz?
2      A.   The medical records that I reviewed
3   would have been included in the list that was
4   provided to you.  And I do recall reading
5   information about the medical history and certain
6   medical record information about the plaintiffs.
7      Q.   Okay.
8         Dr. Kramer, you understand the
9   difference between a general causation opinion and
10  a specific causation opinion, correct?
11     A.   Yes, I do.
12     Q.   Okay.  And specific would pertain to
13  Evan's defect in particular and his medical history
14  in particular, correct?
15     A.   That is correct.
16     Q.   Is it fair to say you're not offering a
17  specific causation opinion about Evan Frischhertz
18  in this case?
19     A.   I would have to give you a qualified
20  answer to that, because there may be some questions
21  about the specific plaintiff and the defects that
22  he had that may be raised.  I don't know what the
23  scope of your questioning may be, and in which case
24  I may be rendering an opinion about those -- those
25  issues.

Page 45

1      Q.   Dr. Kramer, your report does not offer a
2   specific causation opinion.  You will give me that,
3   true?
4      A.   That is true.
5      Q.   Okay.  And I take it that you would
6   defer to a pediatric cardiologist or Evan's
7   treating pediatric cardiologist to determine what
8   defects he was born with, correct?
9      A.   I would refer to physicians to make that
10  determination.
11     Q.   Okay.  And you're not offering an
12  opinion, to a degree of medical certainty as an
13  expert yourself, as to what Evan's defects were
14  when he was born, correct?
15     A.   That is correct.  I'm relying on
16  information from medical records.
17     Q.   Now back to your production document,
18  Exhibit 40, Tab 1.  You list only one deposition
19  that you say you reviewed, and you said it was from
20  the Lacassie deposition.  Do you see that?
21     A.   Yes, I do.
22     Q.   And it says selected portions of that
23  deposition transcript.  Were you given the whole
24  transcript, do you know?
25     A.   I believe so.

Shira Kramer, Ph.D., MHS

Page 46

1    Q.    Okay, who --
2    A.    I believe so, but I don't recall.
3    Q.    But you only reviewed selected portions
4  according to this; is that correct?
5    A.    That is correct.
6    Q.    Who selected the portions for you?
7    A.    I don't recall.
8    Q.    But you yourself only reviewed selected
9  portions, correct?
10   A.    That is correct.
11   Q.    Okay. And if I asked you which portions
12  were selected for you, could you show me?
13   A.    I don't recall.
14   Q.    Do you have them in your file?
15   A.    What do you mean in my file? Do I have
16  them here today?
17   Q.    Yes. I want to see what you reviewed
18  and what you didn't review.
19   A.    I don't believe that I have copies of
20  depositions with me, but I can look.
21   Q.    Well, let me ask you -- no, I don't want
22  you -- are you going on your computer?
23   A.    No, I have a thumb drive which basically
24  has lists of references. It's basically a mirror
25  of this. I don't have -- I'm not online.

Page 47

1    Q.    Okay.
2    A.    I don't have anything -- I do have the
3  actual printouts of things in here that I don't
4  have completely printed out here, and I am happy to
5  provide you a copy of the thumb drive.
6    Q.    What you're saying is that you have
7  things on the computer that you are sitting with
8  that you reviewed and relied on that are not in the
9  blue book that we marked as Exhibit 105. Is that
10  what you just said?
11   A.    There are full printouts of references
12  and things of that nature that are on this flash
13  drive that are not printed out in full.
14       MS. HALPERN: We would request
15    that we leave the flash drive with the
16    court reporter to print out, and that
17    would be Exhibit 106.
18       (Kramer Exhibit No. 106 for
19    identification.)
20       THE WITNESS: Do you want me to
21    try to determine if I have copies of the
22    deposition, a copy of this Lacassie
23    deposition or not?
24       MS. HALPERN: I think I can ask
25    you a simpler question.

Page 48

1  BY MS. HALPERN:
2    Q.    Were you shown, and do you recall
3  whether you were shown a part of Dr. Lacassie's
4  deposition where he said Evan, quote, "The boy does
5  not have a congenital heart defect."
6       Do you recall reading that?
7    A.    I would have to see it in order to
8  corroborate that that is what I read. I would have
9  to see a copy of it.
10   Q.    Did you rely on Dr. Lacassie's
11  deposition?
12   A.    No, I did not rely on it.
13   Q.    You didn't rely on it for any purpose?
14   A.    No, I did not.
15   Q.    All right. Now, let's see, who is
16  S. Hikel?
17   A.    She is an epidemiologist who works for
18  me at Epidemiology International.
19   Q.    Dr. Kramer, you testified on behalf of
20  plaintiffs in a Paxil case back in November 2010.
21  Do you recall the Blyth case?
22   A.    That's correct.
23   Q.    Okay. And at that time, about a year
24  and a half ago, you gave sworn testimony that you
25  were receiving money from a group of plaintiffs'

Page 49

1  lawyers to conduct epidemiologic research on heart
2  defects. Do you recall that?
3    A.    No, I don't. I would have to be
4  refreshed as to what I said. I don't recall the
5  specific testimony that you are referring to.
6    Q.    I can show it to you, but let me just
7  ask you, have you ever done research, epidemiologic
8  research on heart defects?
9    A.    Certainly I have focused on heart
10  defects as part of epidemiological work, studies
11  and reviews that I have conducted. That is a
12  correct statement.
13   Q.    Have plaintiffs paid you any money to do
14  research on heart defects or have you received
15  funding from another source to do research,
16  independent research on heart defects?
17   A.    So you're asking me if the research that
18  I did involved support from plaintiffs' attorneys?
19  Certainly you said plaintiffs. I never received
20  money directly from plaintiffs.
21   Q.    Yes. Thank you for correcting me.
22   A.    So plaintiffs' attorneys, yes, I have
23  received money from plaintiffs' attorneys. That is
24  to say that I have been hired as an expert witness
25  and a consultant on matters and cases, litigation

13 (Pages 46 to 49)

Shira Kramer, Ph.D., MHS

Page 50

1 matters and cases that have involved research and
2 analyses which were focused on, among other things,
3 heart defects.
4      Q.    Dr. Kramer, have you done epidemiologic
5 research on heart defects?
6      A.    I believe I just answered that question.
7      Q.    No.  Have you done epidemiologic
8 research on heart defects?  Have you done an
9 epidemiologic study on heart defects?
10     A.    Well, you seem to be --
11     Q.    Let me ask --
12     A.    -- emphasizing the word study, and
13 within the realm of epidemiology a study can be
14 anything from direct field work, as in collecting
15 original data, to analyzing data that already
16 exists --
17          MS. HALPERN:  May I have
18     Exhibit 6, please.
19     A.    -- to syntheses of material and reviews.
20 So research can be -- that word research can be
21 applied to a broad array of activities within the
22 realm of epidemiology.
23     Q.    Okay.
24          MS. HALPERN:  So let me show you
25     the testimony that I'm talking about.  I

Page 51

1      will give you a copy of the transcript
2      from the Blyth trial and ask you to turn
3      to Page 53.
4          (Kramer Exhibit No. 6 for
5      identification.)
6 BY MS. HALPERN:
7      Q.    It's the second 53.  It's in the
8 afternoon session.  There are two sets of 53.
9      A.    Wait a minute.  Are you talking about
10 Page 53 of the transcript or 53 -- which 53 are you
11 referring to?
12     Q.    There are two transcripts in here, one
13 is the morning session, and one is the afternoon
14 session.  It's the second one in the back.  It's
15 the second Page 53 in the afternoon session.
16     A.    Okay.
17     Q.    Page 53, Line 21.
18          "Question:  You have never received
19 funding to conduct epidemiologic research on heart
20 defects?
21          "Answer:  As of today that's not true.
22          "Question:  And are you being funded by
23 any group of plaintiffs' lawyers?
24          "Answer:  Yes, I am.
25          "Question:  Is that the funding you're

Page 52

1 talking about?
2          "Answer:  That is among the funding that
3 I'm talking about.
4          "Question:  You have never designed an
5 epidemiology study to look at the causes of birth
6 defects?
7          "Answer:  That is not true.
8          "Question:  Again, are we talking about
9 something new that has happened since your
10 deposition?
11          "Answer:  That is correct.
12          "Question:  This is again funding by
13 plaintiffs' lawyers?
14          "Answer:  In part.
15          "Question:  And you have never designed
16 any study to look at the causes of cardiac birth
17 defects, have you?
18          "Answer:  Well, again I would give you
19 the same answer."
20          So Dr. Kramer, I'm asking you what study
21 have you designed to look at the causes of birth
22 defects?
23     A.    Well, the -- again, in the context of
24 this answer I would need the ability to go back and
25 look at what this questioning was about, but in

Page 53

1 response to your specific question --
2      Q.    Yes, thank you.
3      A.    -- I --
4      Q.    Thank you, that's what I would like, a
5 response to the specific question.
6      A.    In response to your specific question, I
7 have looked at the causes of birth defects in the
8 context of research that I have done both within
9 litigation and outside of litigation.  Birth
10 defects have been a part of my research for several
11 decades, and for a variety of different clients,
12 not just litigation.
13     Q.    So, Dr. Kramer, have you ever designed a
14 case control epidemiologic study to look at heart
15 defects?
16     A.    Have I ever designed?
17     Q.    Or conducted.
18     A.    Okay, so now you want to know have I
19 designed or conducted a case control study to look
20 at heart defects.  In children?
21     Q.    Yes.
22     A.    In children?
23     Q.    Yes.
24     A.    A case control study where there is
25 original --

Page 54

1    Q.    It's a simple question.  Have you ever
2  designed an epidemiologic case control study to
3  look at heart defects in children or adults?
4    A.    Oh, now in children or adults.
5    Q.    Dr. Kramer, it's a simple question.
6  Have you ever designed a case control study to look
7  at heart defects?
8    A.    Well, it's not as simple as you're
9  making it, because you are changing the question
10  every five minutes.  Now it is heart defects in
11  adults.  Now, adults don't have congenital heart
12  defects, they have heart disease.  So I'm going to
13  ask you to be very specific about your question and
14  not change the question every 30 seconds.
15    Q.    All right.
16        MS. HALPERN:  Mr. Frischhertz, I'm
17        going to have to say on the record that
18        if I don't start getting responsive
19        answers to my questions I may have to
20        appeal to the court for a second day
21        with Dr. Kramer, so when we have the
22        next break if you would be so kind as to
23        tell her to please respond to the
24        questions.  I don't want to come back a
25        second day.  And I'm sure neither does

Page 55

1  she.
2        MR. FRISCHHERTZ:  Neither do I.  I
3        will just respond that your question did
4        change three times.
5  BY MS. HALPERN:
6    Q.    So let's ask it again simply.
7  Dr. Kramer, have you ever conducted a case
8  control study for heart defects?
9    A.    I can't answer that definitely yes or
10  no.  I don't recall.
11    Q.    You don't recall is your answer?
12    A.    I don't recall --
13    Q.    Have you ever --
14    A.    -- right now.
15    Q.    Have you ever conducted or designed a
16  cohort study on heart defects?
17    A.    And when you say designed a study are
18  you talking about a study which would involve
19  original data collection or an analysis of data,
20  because they are both legitimate types of
21  epidemiologic research?
22    Q.    Either.
23    A.    Either.  I would say most likely yes.
24    Q.    Well, that's not most likely, tell me
25  the one that you have done.

Page 56

1    A.    I would have to -- I would have to think
2  about it.  I don't recall off the top of my head.
3    Q.    Have you ever designed a randomized
4  control trial of any kind?
5    A.    I have participated in the design of
6  randomized control trials, yes.
7    Q.    Involving heart defects?
8    A.    Possibly.  I don't recall what all of
9  the end points were.
10    Q.    Do you recall any study you have ever
11  designed and conducted involving birth defects?
12    A.    Certainly I have been very much involved
13  in a number of investigations that involve birth
14  defects, which include research that I have done
15  both at academic institutions as well as for
16  industrial clients as well as for litigation.
17    Q.    Have you ever designed a controlled
18  study involving birth defects?
19    A.    I have certainly been involved in
20  designing controlled studies involving birth
21  defects, as well as designing and conducting
22  analyses which do involve reference groups and
23  controls of the prevalence rates of birth defects
24  in various subgroups.
25    Q.    I'm not talking about prevalence rates.

Page 57

1  I'm asking you if you have ever done a controlled
2  study in birth defects.
3    A.    Well, I must correct you.  These are
4  studies.  Studies of prevalence rates comparing
5  subgroups are legitimate epidemiological studies.
6  So when you ask me about studies, that's why I'm
7  asking for some --
8    Q.    I asked you --
9    A.    -- some specificity in your questions.
10    Q.    I asked you about a controlled study.
11  Do you know what a controlled study is?
12    A.    Of course.  And an analysis with
13  controls is a controlled study.  I must make that
14  very clear --
15    Q.    Fine.
16    A.    -- that you are trying to correct me
17  about a principle and I'm disagreeing with you.
18    Q.    Dr. Kramer, tell me the name of the
19  controlled study you conducted on birth defects.
20  Tell me what it was.
21    A.    I cannot divulge all of the, or even
22  most of the controlled studies that I have done
23  because they are covered by confidentiality.  I can
24  name some of them --
25    Q.    Go ahead.

Shira Kramer, Ph.D., MHS

Page 58

1    A.    -- but many of them I cannot.
2    Q.    Go ahead, name them.
3    A.    So I have been involved in studies, for
4  instance at the Children's Hospital of
5  Philadelphia, which were case controlled studies
6  and which did collect information about birth
7  defects, including cardiac birth defects.
8    Q.    Now this is when you were, how long ago
9  is this?
10   A.    This was in the 1980s.
11   Q.    Okay.  And what were the birth defects?
12   A.    They were a range of birth defects.  I
13  collected data on a range of birth defects.
14   Q.    Every type of birth defect, or was it
15  limited?
16   A.    I don't recall if it included every type
17  of birth defect, but I do --
18   Q.    Did it involve limb defects?
19   A.    -- but I do recall that there were broad
20  categories of birth defects that were included in
21  the study.
22   Q.    Okay.  And you can't recall the study
23  that you were talking about in the Blyth trial?
24   A.    I don't recall, no.  I don't recall the
25  specific study I was referring to.

Page 59

1    Q.    All right.
2          Now, if you go to your report on
3  Page 30, Paragraph 94 -- tell me when you are
4  there.
5    A.    I am there.
6    Q.    Okay.  You write, "It is my opinion to a
7  reasonable degree of scientific certainty that
8  Paxil is causally related to an elevated risk of
9  congenital limb malformations among the fetuses
10  exposed to the drug during the first trimester of
11  pregnancy."
12         Did I read that right?
13   A.    Yes, you did.
14   Q.    I want to make sure I understand what
15  that means.  All right?
16         Is it your opinion to a reasonable
17  degree of scientific certainty that Paxil causes
18  congenital limb malformations?
19   A.    It is my opinion to a reasonable degree
20  of scientific certainty that Paxil is causally
21  related to congenital limb malformations among
22  children who have congenital limb malformations who
23  were exposed to Paxil during the first trimester of
24  pregnancy.
25   Q.    I'm entitled to get an answer to the

Page 60

1  question as I phrase it, if you can.
2          Is it your opinion to a reasonable
3  degree of scientific certainty that Paxil causes
4  congenital limb malformations?
5          Can you answer that question?
6    A.    I'm thinking about your question.
7    Q.    Okay.
8    A.    Yes, it is my opinion that Paxil
9  causes -- is causally related, more probably than
10  not, to congenital limb malformations.
11   Q.    Is there a difference in your mind
12  between being causally related to an elevated risk
13  of congenital limb malformations and causes
14  congenital limb malformations, or do they mean the
15  same thing?
16   A.    It's really, I think, a matter of
17  semantics.
18   Q.    Okay.
19   A.    Particularly within this realm, that is
20  the realm of litigation.
21   Q.    What do you define congenital limb
22  malformations to include in that sentence?
23   A.    I don't understand your question.
24   Q.    What defects does it include?
25   A.    It would include the universe of

Page 61

1  congenital limb malformations that are defined by
2  worldwide standards of limb malformations.
3    Q.    Okay.
4          So is it your opinion to a reasonable
5  degree of scientific certainty that Paxil can cause
6  all limb reduction defects?
7    A.    Yes, it is.
8    Q.    All right.
9          Is it your opinion to a reasonable
10  degree of scientific certainty that Paxil can cause
11  all upper and lower limb reduction defects?
12   A.    Yes, it is.
13   Q.    Is your opinion on Paxil and limb
14  defects dependent in any way on whether or not the
15  limb defect is accompanied by a heart defect?
16   A.    Not necessarily.
17   Q.    Okay.  By the way, do you know what
18  proximal symphalangism is?
19   A.    I have read the definition or the
20  description of that term in an expert report, I
21  believe one of the defense expert reports.
22  Otherwise I would not be aware of that terminology.
23   Q.    Dr. Lammer's report, is that what you
24  are referring to?
25   A.    I don't recall which report it was in.

Page 62

1    Q.    Did you read Dr. Lammer's report?
2    A.    Yes, I did.
3    Q.    Are you aware that he gave Evan's
4  condition a diagnosis, excuse me, of proximal
5  symphalangism?
6    A.    As I said, I don't recall specifically
7  which report contained that diagnosis and that
8  terminology, but I do recall -- I did read his
9  report and I do recall reading a description of
10 that diagnosis.
11   Q.    And Dr. Kramer, you have no basis, do
12 you, to disagree with Dr. Lammer's diagnosis, do
13 you?
14   A.    I have no opinion about his diagnosis.
15   Q.    Okay.  You are familiar with the ICD-9
16 codes, correct?
17   A.    That's correct.
18   Q.    I am going to hand you what I have taken
19 off the internet on the ICD-9 codes.  Does that
20 look like the ICD-9 codes that you are familiar
21 with?
22   A.    I can't comment.
23   Q.    Okay.  You state in your report, Section
24 4.0.2e, it's on Page 27, you state --
25   A.    Would you mind just waiting one second?

Page 63

1  Let me get to it.
2    Q.    Sure.  I'm not sure you will need it to
3  answer this question.  That's where I am referring
4  to.
5        You say that in the Paxil literature
6  limb defects are classified into categories of
7  ICD-9 codes, don't you?
8    A.    Where are you -- what are you referring
9  to?
10   Q.    Page 27.
11   A.    Okay, and Subparagraph e?
12   Q.    Yes.  Do you see where you say that?
13   A.    Yes, I do.
14   Q.    Okay.  And would you agree that the
15 ICD-9 codes for limb and musculoskeletal defects
16 are coded to sections in the ICD-9?
17   A.    Which sections are you referring to?
18   Q.    Okay.  So let's look at the ICD-9 code
19 which I have marked as Exhibit 14.
20        (Kramer Exhibit No. 14 for
21        identification.)
22 BY MS. HALPERN:
23   Q.    And if you turn to the second page --
24        MR. FRISCHHERTZ:  Do you have
25 another copy?

Page 64

1    Q.    I think you have to go to the third
2  page.  Section 754 is, "Certain congenital
3  musculoskeletal deformities."
4        Do you see that?
5    A.    Yes, I do.
6    Q.    Is it your opinion to a reasonable
7  degree of scientific certainty that Paxil can cause
8  certain congenital musculoskeletal deformities as
9  defined in Section 754 of the ICD-9 code?
10   A.    Not necessarily.  This is a very diverse
11 set of diagnostic entities, including compression
12 and other issues, so I would not be able to agree
13 to that statement.
14        In addition, I must also clarify that as
15 far as the ICD-9, and in particular as it relates
16 to birth defects research, there have been
17 modifications of the ICD-9 that have been done by
18 the CDC and the British Pediatric Association for
19 greater specificity in the classification of the
20 birth defects.  So the ICD-9 is not just one entity
21 as it has been utilized in epidemiologic research
22 or clinical research for birth defects.
23   Q.    Is there a classification system that
24 you particularly rely on?
25   A.    No, I'm not the one that makes those

Page 65

1  decisions, and I did not conduct the studies that I
2  cite in my report.  The classification systems are
3  variable that are used within the literature on
4  Paxil and birth defects.  They include -- many of
5  them do rely on various versions of ICD-9,
6  including the one that I just referred to, which is
7  a modification of ICD-9 made specifically more
8  specific for birth defects.
9    Q.    Okay.  So when you say Paxil can cause
10 limb defects, if there is a limb defect within
11 Section 754 of the ICD-9 code is that included in
12 your definition?
13   A.    I don't understand your question.
14   Q.    Well, you said earlier that your opinion
15 on what Paxil causes extends to all universal limb
16 defects, correct?
17   A.    Well, let me -- I need to clarify that I
18 would not include compression types of defects in
19 that sort of thing.  So for clarification I want to
20 make that very clear.  If you're asking me whether
21 or not I think Paxil can be causally associated
22 with defects having to do with compression or with
23 complications during pregnancy or birth that have
24 nothing to do with any kind of drug exposures or
25 exposures of the mother, that are more due to

17 (Pages 62 to 65)

Shira Kramer, Ph.D., MHS

Page 66

1    mechanical issues, then no, I would not relate
2    Paxil to those types of outcomes.
3        Q.   Okay.
4        A.   And to the extent that they are included
5    in any of these ICD-9 classification systems or
6    subclasses, I would not associate Paxil with them.
7        Q.   Okay.
8            So looking at Section 754, "Certain
9    congenital musculoskeletal deformities," it says
10   that category includes, "nonteratogenic deformities
11   which are considered to be due to intrauterine
12   malposition and pressure."  Is that what you are
13   excluding, what you just described?
14       A.   Certainly would encompass that
15   exclusion, yes.
16       Q.   So if a clubfoot, for example, is due to
17   a malposition in the womb, you would exclude that?
18       A.   To the extent that that is true and that
19   could be established, perhaps, although I can't
20   comment on that.  I did not focus on issues that
21   were -- that are causally related to clubfoot
22   specifically.  I can't answer that.
23       Q.   So when you look at clubfoot findings
24   with regard to Paxil, you don't know whether they
25   counted clubfoot due to malpositioning or not; is

Page 67

1    that fair to say?
2        A.   Well, are you asking me about the
3    general epidemiological literature that reports on
4    the relationship between clubfoot and various types
5    of exposures, or issues related to serotonin
6    levels, that sort of thing?
7        Q.   No, I'm asking about the epidemiologic
8    data that you reviewed in your report that speaks
9    to clubfoot.  Do you have an opinion --
10       A.   Well, the data that speaks to clubfoot,
11   you are referring to classes of defects that would
12   include clubfoot.  Is that what you're talking
13   about?
14       Q.   No.  There are findings with regard to
15   clubfoot specifically, and Paxil in the Louik
16   study --
17       A.   Okay.
18       Q.   -- and I'm asking you whether you, as
19   you sit here today, you know if that included
20   clubfoot due to malposition?
21       A.   Oh, I have no specific details about
22   whether or not those instances or those reports of
23   clubfoot were in part related to malpositioning.  I
24   have no idea of that level of detail.
25       Q.   And would that be true for any time

Page 68

1    clubfoot was counted in any of the studies that you
2    referred to in your report?  Same answer?
3        A.   Well, I'm really uncomfortable
4    commenting on the issue of malpositioning and
5    clubfoot, because I'm not familiar with that
6    literature so I can't comment on that.
7        Q.   That's fine.  So it's fair to say that
8    you don't know as you sit here right now?
9        A.   I will give you the answer that I just
10   gave you.
11       Q.   Let's look at Section 755 in the ICD-9
12   code called Other Congenital Anomalies of Limbs.  Do you
13   see that?  It's on Page 533 of Exhibit 14.
14       A.   Yes.
15       Q.   Is it your opinion to a reasonable
16   degree of scientific certainty that Paxil causes
17   polydactyly, noted as 755?
18       A.   I can't give you a specific answer to
19   that question.
20       Q.   You don't know?
21       A.   I would have to look into that specific
22   question.  I don't have an answer for you today, if
23   it causes -- if Paxil can be causally associated
24   with polydactyly.  I don't know.  I didn't focus on
25   polydactyly.

Page 69

1        Q.   Do you have an opinion to a reasonable
2    degree of scientific certainty as to whether or not
3    Paxil causes syndactyly, 755.1?
4        A.   Would you mind repeating your question?
5        Q.   Yes.  Do you have an opinion to a
6    reasonable degree of scientific certainty as to
7    whether Paxil causes syndactyly, Section 755.1 of
8    the ICD-9 code?
9        A.   I have expressed my opinion to a
10   reasonable degree of scientific certainty that
11   Paxil is causally related to limb defects, and they
12   could include syndactyly as well.
13       Q.   Is it your opinion to a reasonable
14   degree of scientific certainty that Paxil causes
15   syndactyly?
16       A.   The answer that I gave is the one that I
17   feel most comfortable with.
18       Q.   Is that a yes?
19       A.   The answer is I believe there is support
20   for a causal association between Paxil and
21   syndactyly --
22       Q.   So then you are --
23       A.   -- but I did not focus on, specifically
24   on syndactyly.
25       Q.   So Dr. Kramer, I need an answer to this

18 (Pages 66 to 69)

Shira Kramer, Ph.D., MHS

Page 70

1  question, and it's really a yes or no question.  Is
2  it your opinion, to a reasonable degree of
3  scientific certainty, that Paxil causes syndactyly?
4         MR. FRISCHHERTZ:  Object to the
5     form.
6     Q.   I think you answered no.  I think you
7  said you haven't looked at it, but if it's yes,
8  tell me.
9         THE WITNESS:  Would you mind
10    reading back my answer?
11    A.   If you think I said no, I would like to
12 hear what I did say.
13        (The record was read as
14    requested.)
15        THE WITNESS:  That doesn't sound
16    like no.
17 BY MS. HALPERN:
18    Q.   Is syndactyly a limb defect?
19    A.   Syndactyly under the ICD-9 is listed
20 under Other Congenital Anomalies of Limbs,
21 therefore it is a limb defect.
22    Q.   If we assume it is a limb defect, my
23 question is, is it your opinion to a reasonable
24 degree of scientific certainty that Paxil causes
25 syndactyly?

Page 71

1     A.   It is my opinion to a reasonable degree
2  of scientific certainty that Paxil can be causally
3  associated with syndactyly.  In the absence of
4  other information, such as other factors that may
5  cause syndactyly that I am not aware of, I would
6  say yes.  However, you're asking me a very general
7  question.
8     Q.   I am.  I am asking you if it is your
9  opinion to a reasonable degree of scientific
10 certainty if Paxil can cause syndactyly.
11    A.   I believe, yes, it can.
12    Q.   Is it your opinion to a reasonable
13 degree of scientific certainty that Paxil can cause
14 polydactyly?
15    A.   I'm not certain about that.
16    Q.   And why is that?  Why are you not
17 certain?
18    A.   I really have not focused on polydactyly
19 and I'm not certain about the answer to that
20 question.
21    Q.   Is polydactyly a limb defect?
22    A.   Yes, it is.
23    Q.   Why would you exclude polydactyly, but
24 not syndactyly from your answer?
25    A.   Because off the top of my head I don't

Page 72

1  know enough about the causes of polydactyly to
2  answer your question fully at this time.
3     Q.   Dr. Kramer, you don't need to know the
4  causes of polydactyly, I'm asking you if in your
5  opinion Paxil causes polydactyly.
6     A.   I understand your question, and the
7  answer to your question stands.
8     Q.   Which is you don't know.
9     A.   The answer to your question is that I
10 did not do specific research into factors that
11 could lead to or cause polydactyly, so that there
12 may be certain instances and certain conditions
13 which are -- which do cause polydactyly which do
14 not include Paxil.
15    Q.   Well --
16    A.   So I don't really -- I'm not prepared to
17 answer yes or no to that question right now,
18 specifically with regard to polydactyly.
19    Q.   So specifically with regard to
20 polydactyly, if other things cause polydactyly then
21 it is your opinion Paxil doesn't?
22    A.   No, that is not the case.  Clearly not.
23    Q.   So what is different between syndactyly
24 and polydactyly?  What did you do differently so
25 that you could answer my question syndactyly is

Page 73

1  caused by Paxil but you can't answer my question
2  about polydactyly?  What is the difference?
3     A.   I don't know enough about, specifically
4  about polydactyly to answer your question.  And if
5  you would like me to do some additional research
6  into polydactyly I can, but I'm not prepared to
7  answer that question about polydactyly today.
8     Q.   Dr. Kramer, is it your opinion to a
9  reasonable degree of scientific certainty that
10 Paxil causes transverse defects?
11    A.   Yes.
12    Q.   Okay.  And what is it you know about
13 transverse defects and syndactyly that allows you
14 to answer that question yes, but you say no to
15 polydactyly?  I'm trying to understand what is
16 different.
17        MR. FRISCHHERTZ:  Object to the
18    form.
19        You can answer.
20    A.   First of all, I didn't say no to
21 polydactyly.  I'm reserving my right to obtain
22 additional information.  I'm expressing my lack of
23 an opinion about polydactyly.  Specifically I did
24 not say no to polydactyly.
25    Q.   So what did --

Shira Kramer, Ph.D., MHS

Page 74

1    A.    But in answer to your question, the
2  research that I did, and the reading that I did,
3  and the literature that I reviewed have supported
4  my opinion about syndactyly and about limb
5  reduction defects of the upper limb, in relation to
6  your question about transverse deficiencies of the
7  upper limb.
8    Q.    I want to know precisely what you read
9  about syndactyly or what the piece of information
10  is you have about syndactyly that allows you to say
11  Paxil causes it.  What are you relying on?
12    A.    Okay.  So in answer to your question
13  about my reliance materials to make the statement
14  that I believe that Paxil causes upper limb
15  defects, including syndactyly and other upper limb
16  defects, there are a number of -- there are
17  literally hundreds of references in the literature,
18  but among them I have cited in my report and I have
19  actually brought with me today that establish
20  that -- that draw the link between serotonin and
21  it's embryological control, it's control over
22  embryogenesis of skeletal and limb tissues and
23  organs.
24        And then of course backing up to Paxil,
25  the clear relationship between Paxil and serotonin

Page 75

1  levels, and we are talking about serotonin levels
2  in the fetus.  So would you like me to specifically
3  name the -- some of the references that I relied
4  upon that do review the relationship between
5  serotonin and limb development?
6        Would you like me to do that?
7    Q.    No, not now, anyway.  So my question is
8  the distinction you are making as to which limb
9  defects are caused by Paxil and which ones are not
10  has to do with whether or not you believe it
11  involves serotonin in their development?
12    A.    Well, not necessarily.  I didn't say --
13  let me just clarify that I did not answer no to
14  your question.  There are some questions that you
15  are asking me about, and some diagnostic
16  classifications such as polydactyly, which I don't
17  feel comfortable giving you a specific yes answer
18  to.  I'm not giving you a no answer, but because I
19  really would need to go back and do some additional
20  reading and work about -- work related to those
21  specific defects --
22    Q.    What would you --
23    A.    -- however --
24    Q.    What would you need to see about
25  polydactyly to answer the question in the

Page 76

1  affirmative?  What are you looking for?
2    A.    I would need to do some more specific
3  reading about polydactyly and it's embryological
4  origins and whether -- what the major -- what the
5  major factors are in normal embryological
6  development related to polydactyly.
7    Q.    Is there a difference embryologically,
8  as far as you know, between the development of
9  syndactyly and transverse deficiencies of the upper
10  limb?
11    A.    Would you mind slowly repeating the
12  question?
13    Q.    Are there different cells and tissues
14  involved in the formation of a syndactyly and in
15  the formation of a transverse deficiency of the
16  upper limb; do you know?
17    A.    I think there are probably.  Well, there
18  are other -- when you say different cells and
19  different tissues are you asking me are they
20  different?
21    Q.    Yes.
22    A.    Is that what you are asking me?
23    Q.    Yes.  Yes.  Do you know?
24    A.    There -- I'm attempting to answer your
25  question.

Page 77

1    Q.    Please do.
2    A.    I would be happy to.
3        I believe that there are some
4  differences in cell types and in tissue types
5  between these two classifications or categories of
6  defects.  However, I can't name the specifics off
7  the top of my head.
8    Q.    Can you name the specifics as to how the
9  tissues and cells in the formation of a polydactyly
10  differ from a syndactyly?
11    A.    Not off the top of my head, no.
12    Q.    Is it your opinion to a reasonable
13  degree of medical certainty, scientific certainty
14  that Paxil causes phocomelia?
15    A.    The specific diagnosis on phocomelia I
16  don't believe I have seen, because it is so rare.
17  But certainly Paxil is related to risk of limb
18  reduction defects and, as I've mentioned, the
19  effect of serotonin on limb development has been
20  very clearly established, and therefore, to a
21  reasonable degree of scientific certainty I believe
22  that Paxil is causally related to limb reduction
23  defects, and phocomelia would be among them.
24    Q.    Would you take a moment and look at
25  Section 755 on Pages 533 through 537 of Exhibit 14.

20 (Pages 74 to 77)

Shira Kramer, Ph.D., MHS

1    A.    Excuse me, I'm lost as to which exhibits
2  you are looking at.
3    Q.    It is the ICD-9 codes, and it starts on
4  Page 533 for Section 755.
5    A.    Okay.
6    Q.    And it goes through to Page 537.  And I
7  would like you to go through them and tell me which
8  of these, in your opinion, Paxil causes.
9          Let's start with -- we have already done
10  polydactyly, and I assume that includes 755.01 and
11  755.02; is that correct?  They all come under the
12  same opinion?
13    A.    That is correct.
14    Q.    We already talked about syndactyly.  You
15  believe that everything under 755.1 can be caused
16  by Paxil, correct?
17    A.    That is correct.
18    Q.    And everything under 755.2, "Reduction
19  deformities of the upper limb," is it your opinion
20  to a reasonable degree of scientific certainty that
21  Paxil can cause everything listed under 755.2?
22    A.    I need a second to take a look at this.
23    Q.    Sure.
24    A.    Well I'm already down at 755.21 and
25  there is a diagnosis, there is a classification

1  which says, "Congenital amputation of upper limb."
2  And so without having gone through, and this is
3  where I need to be very specific about my opinions.
4  Any of these classifications within these larger
5  categories which have to do with mechanical factors
6  I would not include in my opinion in terms of
7  causation of Paxil and limb defects, so to the
8  extent that there are -- that there are categories
9  within any of these, within Section 755, that have
10  to do very clearly with mechanical factors -- and
11  this has got a lot to do with my response to your
12  questions about any of these other categories --
13  then of course I would exclude from my opinion
14  about a causal association between Paxil and that
15  particular defect.
16    Q.    Okay.
17    A.    So I can just give you a general opinion
18  and response that anything that has to do with a
19  mechanical factor would not be included in my
20  opinion, very clearly.
21    Q.    And when you say congenital amputation
22  of the upper limb how is that mechanical?
23    A.    I don't know.  And I'm not an expert on
24  this particular -- on this particular defect, but
25  it may be a mechanical factor, and I'm just telling

1  you that I'm not -- I am not an expert on every
2  single one of these.  I am not a physician, I don't
3  diagnose these, and I'm not a natologist so I can't
4  tell you what the specific nature of this
5  particular defect is.  But just by reading it, it
6  appears to me that this may be a mechanical factor.
7          And to the extent that there are any of
8  these classifications -- any of these defects that
9  are due to mechanical factors, obviously they
10  cannot be related to exposure to Paxil.
11    Q.    Is there anything else under Section 755
12  that you would exclude from your opinion besides
13  polydactyly and anything that you say is due to a
14  mechanical factor?
15    A.    Syndactyly.  I don't see anything else
16  that jumps out at me.
17    Q.    So it is your opinion to a reasonable
18  degree of scientific certainty that everything,
19  other than the things we have just excluded, can be
20  caused by Paxil?
21    A.    That is correct.
22    Q.    Now turn to 754.  You want --
23    A.    754, you want me to turn back?
24    Q.    I'm sorry 756, starting on Page 537.
25          Is it your opinion to a reasonable

1  degree of scientific certainty that Paxil can cause
2  the deformities noted under Section 756?
3    A.    No, not all of them, clearly not.
4    Q.    Which would you include as things that
5  Paxil can cause?
6    A.    Well, Paxil as it relates to the -- its
7  effect on levels of serotonin in pregnant women, it
8  has been shown to be associated with the
9  development of skeletal and connective tissue,
10  and -- well, skeletal tissue and skeletal
11  structures, and so the degree to which these
12  anomalies are of skeletal or -- are of a skeletal
13  nature, I would relate to the perturbation in
14  serotonin levels by Paxil.
15          There are other diagnoses in here,
16  though, that are clearly not necessarily related to
17  these issues, and they may be again mechanical or
18  not related to the development of skeletal tissue.
19    Q.    Is it --
20    A.    And I'm not an expert on every one of
21  these or the definition of every one of these.  But
22  I must -- I must state that caveat, that this is a
23  very general -- 756 is a very general category.
24    Q.    So if a defect listed under 756
25  involved, as you say, the perturbation of serotonin

Shira Kramer, Ph.D., MHS

Page 82

1  levels, would your opinion then be that Paxil can
2  cause it?
3      A.   That's correct.
4      Q.   To the extent the defects under Section
5  755, the limb reduction defects, the ones you
6  include and exclude -- that's what my next question
7  is about, okay, Section 755.  We are going back.
8      A.   Okay.
9      Q.   Okay.  To the extent a defect involves,
10 in your opinion, the perturbation of serotonin
11 levels, is that what distinguishes which ones Paxil
12 can and cannot cause in Section 755?
13     A.   Maybe not completely, but in great part.
14 The linkage between Paxil and the limb defects that
15 we are discussing are that that linkage is very
16 heavily mediated by the effect of Paxil on
17 serotonin during the first trimester, during
18 development of these structures.
19     Q.   I'm just trying to understand if there
20 is any difference between your answer to the
21 defects in Section 756 and your answer to the
22 defects in Section 755, when you say Paxil can
23 cause it.
24     A.   Well, you just asked me a question and I
25 answered that question.  So is there a further

Page 83

1  question with regard to 756?
2      Q.   Yes.  No.  Let's start again.
3          You gave me an answer with regard to
4  Section 756, that the key for you as to whether or
5  not Paxil could cause the defect was whether that
6  defect involved the perturbation of serotonin
7  levels, correct?
8      A.   I said in great part.  And that may not
9  be one hundred percent.  There may be direct
10 effects of Paxil on other factors as well, but
11 certainly a major underlying mechanism is the
12 effect of Paxil on serotonin levels.  That is a
13 major --
14     Q.   I understand.
15     A.   But I want to be very clear that I'm not
16 stating with one hundred percent certainty that
17 there aren't other direct effects of Paxil that
18 could also be involved.  I am not stating that.
19     Q.   Right, but there is other direct effects
20 of Paxil, you don't have an opinion as to what they
21 are, correct?
22     A.   It all depends on your question.
23     Q.   Well, okay.  So sticking with 756, you
24 have said some of the defects under 756 could be
25 caused by Paxil, correct?

Page 84

1      A.   I believe so, yes.
2      Q.   Some can and some cannot, correct, or
3  some may not?
4      A.   Some may not; that is correct.
5      Q.   Okay.
6          So my question is with regard to those
7  that you say can be caused by Paxil, other than the
8  fact that it could involve the perturbation of
9  serotonin levels, is there anything else specific
10 you can tell me as to why you say those can be
11 caused by Paxil?
12         I'm not asking for what might be or that
13 there might be other things.  As you sit here
14 today, is that the thing that you are relying on to
15 say these defects under Section 756 can be caused
16 by Paxil, and these can't, or these I don't know?
17     A.   I'm a little confused by your question.
18 I'm sorry, but --
19     Q.   All right, let me try it again.
20         You say there are certain defects under
21 756 that can be caused by Paxil, correct?
22     A.   Correct.
23     Q.   And you state you make that decision in
24 large part because you believe it involves the
25 perturbation of serotonin levels, correct?

Page 85

1      A.   That's correct.
2      Q.   Is there anything else specific that
3  separates those two things?
4      A.   Are you asking me if I can name other
5  specific potential mechanisms other than
6  perturbation of serotonin?  Is that what you are
7  asking me?
8      Q.   No.  I am being very clear in my
9  question.  Your opinion is that to a reasonable
10 degree of scientific certainty there are defects
11 within Section 756 that can be caused by Paxil,
12 correct?
13     A.   That is correct.
14     Q.   And you have given me the reason for
15 selection of those defects as you believe they
16 involve the perturbation of serotonin levels,
17 correct?
18     A.   What I said was a little different from
19 what you just said.  To the extent that
20 perturbation of serotonin can be causally
21 associated with specific defects in this category,
22 because some of them are clearly not -- they may be
23 mechanical, they may be other totally unrelated --
24 to the degree that perturbation of serotonin levels
25 can be associated with the development of these

Shira Kramer, Ph.D., MHS

Page 86

1  structures, I believe in large part perturbation of
2  serotonin is a foundation for that causal link
3  between Paxil and those defects.
4      Q.    Fine.  So you have given me an
5  explanation for why you think some will be caused
6  by Paxil and the others you just don't know about,
7  correct?
8      A.    I'm not certain about the other ones.
9  Well, some of them, and I'm going to say that some
10  of them to the extent that it is clear that they
11  are caused by mechanical factors would not relate
12  to Paxil.
13      Q.    That's fine.
14          Moving on.  Other than the perturbation
15  of serotonin levels, is there anything else, as you
16  sit here right now, you can articulate as a reason
17  for why certain of the defects under Section 756
18  are caused by Paxil?
19      A.    Off the top of my head, I can't name
20  them --
21      Q.    Fine.
22      A.    -- right now.
23      Q.    Thank you.
24          Now, I want --
25      A.    But that doesn't mean that they don't

Page 87

1  exist or that I couldn't find them in some of the
2  literature --
3      Q.    I'm just asking you with everything that
4  you have reviewed and everything you are relying on
5  for your opinions in this case, is there anything
6  else, as you sit here today, you can articulate for
7  me other than perturbation of serotonin levels?
8      A.    Well, let me clarify that.  So in
9  embryological development the ascribing a cascade
10  of events to perturbation of serotonin levels
11  really requires an understanding of the fact that
12  every single stage of embryological development is,
13  certainly within the same organ structures and
14  systems, is related.  There are cascades of events,
15  and so that when you disrupt something very
16  upstream and very early on, which we have been
17  talking about, serotonin, and that's a very early
18  acting and broadly acting signaling molecule, you
19  can have downstream effects which are caused by the
20  earlier effects.  And so all subsumed under that,
21  that classification of serotonin related, I have to
22  make that -- I have to make that point.
23      Q.    All right, so I need to finish this
24  before the tape runs out.
25          I think the answer to the question was

Page 88

1  that is the only thing that you can articulate
2  right now, as you sit here today, to distinguish
3  one defect under 756 from another with regard to
4  causation?
5      A.    Well, again, I'm going to make very
6  clear that I am not -- I am reserving the right to
7  expand that answer with some further thoughts --
8      Q.    Dr. Kramer, that's fine.
9      A.    Excuse me, I've not finished my answer.
10  I'm not giving you a no.  There are other
11  mechanisms by which -- and other activity of Paxil
12  that may be associated with the development of
13  these defects, but a major one is the effect on
14  serotonin levels.
15      Q.    I totally understand what you are
16  saying.  My question is can you name another.
17      A.    I don't recall as I sit here --
18      Q.    Okay.
19      A.    -- right now.
20      Q.    Now, going to defects in Section 755,
21  are there some defects in that section that you
22  attribute to Paxil and others that you don't
23  attribute to Paxil?  I think you have already told
24  me polydactyly you are not sure about.
25      A.    Well, I think I have answered that

Page 89

1  question several times already.  I have given you
2  a general -- do you want me to repeat my answer or
3  should we have it read back, because I think --
4      Q.    Let me try to ask it --
5      A.    -- you have asked it three or four
6  times.
7      Q.    Let me try to ask it differently, it
8  might be simpler.
9          Under Section 755, other than
10  polydactyly or what you think may be mechanical
11  defects, is there anything else that you would
12  exclude when I say is it your opinion to a
13  reasonable degree of medical scientific certainty
14  that Paxil can cause these defects?
15          MR. FRISCHHERTZ:  Object to the
16  form.
17      Q.    You have given me two exclusions,
18  polydactyly and things that are mechanical.  Is
19  there anything else you would exclude?
20      A.    First of all, I did not exclude
21  polydactyly.  I did not make that exclusion, so I
22  need to correct a mischaracterization of my answer.
23      Q.    Wait a minute.  You excluded it to the
24  extent you are not prepared to say, and that's all
25  I'm asking you, that Paxil can cause it, as you sit

Shira Kramer, Ph.D., MHS

Page 90

1    here today?
2        A.    I did not exclude it, I said I am not
3    certain.
4        Q.    Fine.
5        A.    I want to be very clear about that.  And
6    as far as the remaining --
7        Q.    Yes?
8        A.    -- subheadings under 755 --
9        Q.    Yes?
10       A.    -- and the other -- other than
11   mechanical exclusions, again the -- just as I told
12   you for 756, the -- a major foundation for the
13   causal link between Paxil and these defects is the
14   effect on serotonin levels.  And I would also apply
15   that to this whole -- to this category of 755 as
16   well, and that is that the effect of serotonin in
17   the development of these structures is a major, is
18   a major foundation for my opinion.  That is not to
19   say that I have not read literature about the other
20   potential effects that Paxil may have on other
21   types of receptors and other activity.
22               I can't name them as I sit here today,
23   so I don't want to exclude them as not being -- as
24   not existing.  I just don't recall them all.
25       Q.    So is it fair to say the same as your

Page 91

1    answer to 756, your answer to my question about the
2    defects in 755, that other than the perturbation of
3    serotonin levels there is nothing else you can
4    articulate for me, as we sit here right now, as a
5    reason for saying Paxil causes these defects?
6        A.    I just answered that question.  I
7    don't --
8        Q.    I'm sorry?
9        A.    I don't recall.
10       Q.    You don't recall.
11       A.    I do not recall them all, that's right.
12       Q.    So is the answer that, as you sit here
13   today, the only one you can articulate for me is
14   the perturbation of serotonin levels?
15       A.    That is the most important mechanism,
16   that is correct.  However, there may be others and
17   I just don't recall them.
18       Q.    You don't recall them.  Do you know that
19   there are others?
20       A.    I don't recall.
21       Q.    Are they in your report somewhere that
22   you can look at right now?
23       A.    I don't believe that there is a
24   description.  I could look, but I know that a major
25   foundation that I describe in my report is the

Page 92

1    effect of Paxil on serotonin levels.
2        Q.    And are you saying that all of your
3    opinions about limb defects being caused by Paxil
4    stem from your belief that the limb defects involve
5    a perturbation of serotonin levels?
6        A.    Would you slowly repeat that question?
7        Q.    Yes.  Is it your opinion, to a
8    reasonable degree of scientific certainty, that
9    Paxil causes limb defects?
10       A.    Yes.
11       Q.    And is that opinion based on the
12   perturbation of serotonin levels?
13       A.    As I've just said several times, for the
14   most part, yes.
15       Q.    And can you articulate anything else as
16   we sit here today for the reason you believe Paxil
17   causes limb defects?
18       A.    Other than it's effect on serotonin
19   levels?
20       Q.    Correct.
21       A.    Other than serotonin?
22       Q.    Other than your belief that it creates a
23   perturbation of serotonin levels, the defect is
24   caused by a perturbation of serotonin levels.
25   That's your opinion, correct?

Page 93

1        A.    That's correct.
2        Q.    All right.  And that if the limb defect
3    was not caused by perturbation of serotonin levels,
4    would you still have the opinion that Paxil causes
5    limb defects?
6        A.    Well again, remember, I was very clear.
7    And that is that the development of embryological
8    structures is one that is very interdependent from
9    stage to stage, and from the point of view of
10   normal development of upstream structures and
11   function.  And so if the perturbation in serotonin
12   disrupts something upstream from development of a
13   structure later on, then I would still consider
14   that to be a serotonin-related congenital defect.
15   And I want to make that very, very clear.
16       Q.    That's a hypothesis, isn't it?
17       A.    It is not a hypothesis.  The scientific
18   literature establishes that, I believe, without a
19   shadow of a doubt.
20       Q.    So you believe that the scientific
21   literature shows that there is a downstream effect
22   from serotonin that causes limb defects, and that
23   you can show that to me in the literature later
24   today.
25       A.    I believe that the scientific literature

Shira Kramer, Ph.D., MHS

Page 94

1   shows that serotonin does -- has a very fundamental
2   effect on the embryological development of the
3   limbs and limb structures, yes.
4       Q.   And you believe you can show me the
5   difference, say, in polydactyly and syndactyly with
6   regard to the literature on the perturbation of
7   serotonin in the formation of those different
8   defects?
9       A.   No, I don't believe I have that level of
10  detail available today.
11          MS. HALPERN:  Okay.  We have to
12      stop to change the tape.  Thank you.
13          THE VIDEO OPERATOR:  The time now
14      is 10:20.  We are going off the record.
15      This is the end of Disk Number 1.
16          (Recess taken -- 10:20 a.m.)
17          (After recess -- 10:28 a.m.)
18          THE VIDEO OPERATOR:  The time now
19      is 10:29.  We are back on the record.
20      This is the beginning of Disk Number 2.
21  BY MS. HALPERN:
22      Q.   Dr. Kramer, what do you know about the
23  embryologic origins of, say, unspecified -- I'm
24  sorry, of macrodactylia of the toes.  It is Section
25  755.65.  It's one of the limb reduction defects in

Page 95

1   Section 755.
2       A.   Section 755 point what?
3       Q.   Point 65, macrodactylia,
4   m-a-c-r-o-d-a-c-t-y-l-i-a, of the toes.
5       A.   And what is the question?
6       Q.   What do you know about the embryologic
7   origins of that defect?
8       A.   And what specifically are you asking me?
9       Q.   Well, I'm trying to find out if you know
10  anything about whether they are caused by, in your
11  opinion, perturbation of serotonin levels.
12          Do you know?  Did you look for that
13  defect in particular?
14      A.   Did I look for macrodactylia of the
15  toes?
16      Q.   Correct.
17      A.   Did I look for that defect in
18  particular?
19      Q.   Well, you, as I understand it, are
20  distinguishing defects based on whether or not you
21  believe their embryologic origins involves
22  perturbation of serotonin levels; is that correct?
23      A.   In great part that's correct.
24      Q.   So I'm asking you if you looked at any
25  of these defects individually to find out about

Page 96

1   their embryologic origins and whether or not they
2   involved, in your opinion, perturbation of
3   serotonin levels.
4       A.   I did not look at specifically
5   macrodactylia of the toes.  I didn't look at, you
6   know, these specific, very, very, very specific
7   defects, particularly the lower limb defects, but
8   no, I did not look at the details of embryological
9   development of macrodactylia of the toes.
10      Q.   Did you look at the embryologic origins
11  of any of the defects in Section 754, Certain
12  Congenital Musculoskeletal Deformities?
13      A.   When you ask me that question it is a
14  very general question, did I look at any --
15      Q.   Specific defects, to find out what their
16  embryologic origins were.
17      A.   Yes.  Certainly I did a lot of reading
18  about, in particular, the effect of serotonin on
19  the embryological development of major organ
20  systems in the body, and included in that, and
21  included in a number of the references that I cite
22  in my report, are references and is material --
23      Q.   Okay.
24      A.   -- to development of limb defects.
25      Q.   Okay.

Page 97

1       A.   And that might include other congenital
2   musculoskeletal deformities as well.
3       Q.   All right.  So my question is, did you
4   look specifically at the embryologic origin of any
5   of the defects listed in Section 754?
6          MR. FRISCHHERTZ:  55?
7          MS. HALPERN:  No, questions about
8       754.
9          MR. FRISCHHERTZ:  Okay, I'm sorry.
10      A.   To the extent that they would be related
11  to perturbation of serotonin levels, I certainly
12  did pay very close attention to the effect of
13  serotonin on the development of the category of
14  limb defects.  Among them might have been quite a
15  few of these.  Some of them clearly not, such as
16  dislocation of the knee, dislocation of the hip,
17  postural issues, that sort of thing.
18          As I have mentioned, a number of these
19  defects clearly are mechanical in one way or
20  another and would have nothing to do with the
21  effect of serotonin on embryological development.
22      Q.   Dr. Kramer, I need you to listen to the
23  question very carefully and only answer the
24  question I have asked.
25          Did you look at the embryologic origins

25 (Pages 94 to 97)

Shira Kramer, Ph.D., MHS

Page 98

1  of any of the defects specifically listed in
2  Section 754?
3      A.    Again, the answer is if the defects of
4  754 were included in discussions of the effect of
5  serotonin on the embryological development of these
6  structures, then yes, I would have considered that.
7  And I would have, certainly would have reviewed it.
8  But that doesn't mean that I specifically sought
9  information about the embryological development of
10 every single one of the defects that are mentioned
11 in the subsections in 754.
12     Q.    And my same question for Section 755.
13 Did you look for the embryologic origins of any of
14 the defects listed specifically in Section 755?
15     A.    Well, again the answer would be yes,
16 particularly if they are included in the categories
17 of defects that are affected by perturbation in
18 serotonin or exposure to SSRIs or Paxil.
19     Q.    So Dr. Kramer, tell me which defects you
20 looked specifically at to understand the
21 embryologic origins, which ones in Section 755?
22     A.    I did not do a very -- do a specific
23 line-by-line, item-by-item search for the
24 embryological development of every single one of
25 these defects. I think I have made that very, very

Page 99

1  clear.
2      Q.    Okay. I'm just --
3      A.    And this is particularly so since the
4  literature, and I would be happy to point it out to
5  you, the literature very clearly, science very
6  clearly establishes that serotonin affects
7  embryological limb development, and that literature
8  is very clear. And therefore -- and skeletal
9  development as well included in that. So to the
10 extent that these structures are included in those
11 categories, I focused my attention in a broad sense
12 on them, but didn't do a specific search for
13 individual defects.
14     Q.    So I want to just make sure I
15 understand. You're saying with regard to the
16 defects in Section 755, you didn't look at
17 individual defects, for their embryological
18 origins, but rather looked at references with
19 regard to perturbation of limb development or
20 skeletal development generally. Is that what you
21 said?
22     A.    Well, partly that is correct, but it is
23 not entirely correct. I also reviewed literature
24 that had to do with the effect of perturbation of
25 serotonin on development of limb structures and

Page 100

1  skeletal structures. I also clearly focused on the
2  effect of exposure to SSRIs during the first
3  trimester of pregnancy and normal development of
4  limb structures in both humans and animals, so that
5  I looked at a broad range of different sources of
6  scientific information.
7      Q.    I'm confused, and maybe you can clarify
8  for me. You I believe have said that you looked
9  generally at the embryologic origin of limb defects
10 and skeletal defects with regard to serotonin,
11 correct?
12     A.    Partly that's correct, yes.
13     Q.    Okay. You did not look by individual
14 defect. If it was a limb defect or if it was a
15 skeletal defect, you didn't then go to look at this
16 particular defect or that particular defect. If it
17 was a limb defect, that was enough. If it was a
18 skeletal defect, that was enough for you to assume
19 serotonin could have been perturbed by Paxil?
20     A.    Well, first of all, that's a compound
21 question and that's not accurate.
22     Q.    Let's break it down.
23     A.    That's not accurate.
24     Q.    Let me withdraw it and let me ask you:
25 With regard to Section 755, other than looking at

Page 101

1  data generally on limb defects and serotonin, did
2  you look at any specific defect?
3      A.    Well, certainly I focused on upper limb
4  defects and their -- and the role of serotonin and
5  SSRIs on normal embryological development of upper
6  limb defects, because those were specific to this
7  plaintiff, and focused on the literature that was
8  specific to those defects, was specific to
9  serotonin and its effect on development of limb
10 defects and any other specific types of limb
11 defects that have been reported, as well as the
12 effect of exposure to, during the first trimester
13 or the equivalent, in animals or humans to SSRIs,
14 including Paxil, and the development of limb or
15 skeletal structures and the degree to which they
16 would relate to these structures. So that is the
17 level of specificity that I went to. I did not go
18 down this entire list line by line and look up the
19 embryological development of every single one of
20 these structures.
21     Q.    Okay. So polydactyly, for example, is
22 an upper limb defect, right?
23     A.    That's correct.
24     Q.    Yet your opinion about polydactyly is
25 not the same as it is for other upper limb defects.

26 (Pages 98 to 101)

Shira Kramer, Ph.D., MHS

Page 102

1  Why?
2      A.   I gave you an I don't know answer to
3  polydactyly, just because I don't recall specific
4  information about polydactyly.
5      Q.   Dr. Kramer, let me -- I have to stop
6  you.  I apologize, but you're not answering my
7  question.  Let me ask a very precise question.
8           Polydactyly is an upper limb defect,
9  correct?
10     A.   I believe I answered that.  Yes, it is.
11     Q.   Okay.  And yet you say you relied on
12  data generally about upper limb defects and
13  serotonin and you didn't look specifically at
14  specific defects.  You just testified to that,
15  correct?
16     A.   Not exactly.  That's not exactly what I
17  said.
18     Q.   Which defects under Section 755 did you
19  look at specifically beyond just the literature on
20  upper limb defects generally?
21     A.   Well, certainly I looked at the
22  categories that had to do with the development of
23  hand and fingers, which has to do with this
24  particular plaintiff, but really focused on the
25  literature within the serotonin scientific

Page 103

1  literature, and of course SSRI literature, that
2  related to specific types of defects that are
3  associated with perturbation of serotonin levels.
4      Q.   Dr. Kramer, are you saying there is
5  literature on the development of hand and fingers,
6  specifically, with regard to the perturbation of
7  serotonin?  Can you name a single article?
8      A.   Not off the top of my head, no.
9      Q.   Did you --
10     A.   But you asked me a different question.
11     Q.   Please.
12     A.   You asked me if I looked.
13     Q.   Okay, okay.
14     A.   And I did look.
15     Q.   All right.  Fair enough.
16     A.   I'm trying to be -- you know to an
17  extent --
18     Q.   You don't have to explain, doctor.
19     A.   Well, I do have to explain.
20     Q.   Dr. Kramer, did you find any scientific
21  article on the development of hand and limb defects
22  with regard to the perturbation of serotonin?
23     A.   I don't recall whether --
24     Q.   Did you --
25     A.   I didn't finish my answer.

Page 104

1      Q.   You said you don't recall.
2      A.   I did not finish my answer.
3      Q.   Please finish your answer.
4      A.   I have, certainly not all of the
5  references -- well, actually I do.  I have every
6  single reference with me on flash drive that I
7  relied upon, and those references then go on to
8  list hundreds of other references.  There may be
9  within those references certain specific hand and
10  limb defects that are named or called out or
11  specified.  I don't recall, but I can look.
12          But certainly without any doubt in my
13  mind the scientific literature does clearly draw a
14  link between serotonin levels, normal levels of
15  serotonin during the first trimester and normal
16  development of the limbs including the upper limb.
17     Q.   Dr. Kramer, as you sit here today can
18  you cite to a single article involving hand or limb
19  defects that even references the perturbation of
20  serotonin?  As you sit here today, right now, can
21  you, other than saying you would have to look on
22  your flash drive?
23     A.   Well, the flash drive is right here.
24     Q.   My question is --
25     A.   No, I have a right -- you know what, I

Page 105

1  have cited -- let me look at how many articles are
2  cited in here.  I have 293 articles cited in this
3  report.
4      Q.   Fair enough.
5      A.   And it is certainly unreasonable to ask
6  me to from memory cite the details out of 293
7  articles.
8      Q.   Fair enough.
9      A.   Now, that is why I brought them on a
10  flash drive, so when you ask me specific questions
11  like that I have the capability of going back to
12  the individual articles, which I can do, and I can
13  ascertain whether or not that level of specific
14  information about hand and limb defects are
15  actually named in those articles, which I am happy
16  to do.
17     Q.   Dr. Kramer, I'm going to have to ask for
18  another day of deposition unless you start being
19  more responsive, so I'm just putting you on notice
20  of that.  You can change your mode of responding or
21  not as you choose.
22          My question is, if there is not a single
23  article in your 293 references or on your flash
24  drive, which we are going to take with us and mark
25  as an exhibit, involving hand and limb defects,

Shira Kramer, Ph.D., MHS

Page 106

1  having an embryologic origin involving serotonin
2  perturbation, would you change your opinion --
3          MR. FRISCHHERTZ:  Object to the
4      form.
5      Q.   -- that Paxil can cause it?
6      A.   I'm sorry, would you repeat your
7  question?
8          MS. HALPERN:  Could you read it
9      back, please?
10         (The record was read as
11     requested.)
12     A.   I'm sorry, could you --
13         I'm just going to ask, you have to go a
14  bit more slowly.
15  BY MS. HALPERN:
16     Q.   I will ask it again.
17         Dr. Kramer, if there wasn't a single
18  article that you reference that demonstrates, that
19  says that hand or finger defects involve the
20  perturbation of serotonin, would your opinion that
21  Paxil can cause hand and finger limb defects
22  change?
23     A.   If there weren't a single article that
24  focused on hand and finger?
25     Q.   Correct.

Page 107

1      A.   Oh, certainly not, because of the nature
2  of this science that I do cite and because of the
3  very strong evidence that is put forward in these
4  articles, and because of the references that they
5  cite and the depth of this science that
6  demonstrates the role of serotonin in normal
7  development of limb structures.
8      Q.   Okay, so --
9      A.   And even if I have not cited a
10  specific -- you asked me if I had not cited a
11  specific article, would that change my opinion
12  which I may not have.  I probably didn't cite a
13  specific article that only dealt with hand and limb
14  defects.  I doubt that I did, because I didn't
15  believe it was necessary to do that and because the
16  literature is so clear, the science is so very
17  strong on this point.  So here is an article by
18  Levin, 2005 --
19     Q.   Doctor, I'm sorry --
20     A.   You are asking me about bone development
21  and --
22     Q.   You cite the Levin article in your
23  report?
24     A.   Clearly I do.  Clearly I do.
25     Q.   Dr. Kramer, please -- and I'm going to

Page 108

1  ask you now, Mr. Frischhertz -- you will have to
2  stop this.  You will have an opportunity to tell
3  your story.  You have to respond to my questions
4  now.
5          We will have to come back.  We are in
6  federal court and the judge will require it.  You
7  have to respond to my questions.  Okay?
8          MR. FRISCHHERTZ:  I believe the
9      witness is attempting to respond to your
10     questions.
11         MS. HALPERN:  Well, and then
12     adding --
13         MR. FRISCHHERTZ:  I find your
14     questions to be, as the witness has
15     stated, to be compound in very numerous
16     respects and to subtly change as you
17     repeat them.  And I find your questions
18     to be repetitive.
19         And so, you know, I'm trying not
20     to object and let the deposition move
21     forward but, you know, if --
22         MS. HALPERN:  Okay, let's let the
23     record speak for itself and --
24         THE WITNESS:  Now you have asked
25     me a question.

Page 109

1          MS. HALPERN:  No.  No.  No.  There
2      is no question pending, Dr. Kramer.
3          THE WITNESS:  Very good.
4          MS. HALPERN:  Hold tight.
5  BY MS. HALPERN:
6      Q.   Now, you mentioned that there are
7  multiple organ systems involved, I think you said,
8  in the downstream effect of serotonin.  Is that
9  what you said or not?  Are there other organ
10  systems involved other than cardiac and limb?
11     A.   That serotonin affects?
12     Q.   Correct.
13         Do you know?
14     A.   Would you let me answer your question?
15     Q.   Dr. Kramer, what are you doing?
16     A.   I am looking for a section in one of my
17  references that relates specifically to your
18  question about other than cardiac and limb.
19     Q.   And you're looking on the documents that
20  are on your flash drive?
21     A.   That is correct.
22     Q.   As you sit here today, without
23  referencing anything, do you have any opinion as to
24  whether serotonin is involved in the development of
25  any other organ systems other than cardiac and

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 110

1  limb?
2      A.    Yes, it is.
3      Q.    All right, which ones?
4      A.    The nervous system as well.
5      Q.    Okay.  So is it your opinion that Paxil
6  can cause defects within the nervous system?
7      A.    I'm not rendering opinions about the
8  nervous system.  I have not spent any time looking
9  at the effect of Paxil or serotonin on the nervous
10  system.
11      Q.    So what is the difference, if I might
12  add, between the opinion that defects, limb defects
13  are caused by the perturbation of serotonin levels
14  but nervous system defects are not?  What --
15      A.    I didn't say that.
16          MR. FRISCHHERTZ:  Object to the
17      form of the question.
18      A.    That's the opposite of what I said.
19      Q.    Okay, so you said it can cause nervous
20  system defects.
21      A.    And craniofacial defects and other
22  defects.
23      Q.    Okay, good.  So is any defect that
24  involves serotonin in the embryologic origin of the
25  defect, in your opinion, caused by Paxil?

Page 111

1      A.    I would say that, two things, one is
2  that the -- that it is certainly likely that Paxil
3  can be a cause of those other defects.  However, I
4  did not focus on those other defects for this
5  deposition or this case.  I focused on cardiac and
6  limb defects.
7      Q.    Well, to the extent you rely on articles
8  where it says serotonin is involved in, let's say
9  limb defect formation, they also say spinal cord or
10  brain congenital defects.
11      A.    Are you stating that they do, or are you
12  asking me if they do?
13      Q.    No, I'm not.  I'm asking you what the
14  difference would be, what you need to have, what
15  your level is required of serotonin literature to
16  say that a limb defect is caused by it and another
17  defect is not.  What is the difference?
18      A.    There is no specific difference that I
19  can name right now.  I have not focused on that
20  issue and therefore I'm really not prepared to
21  discuss it.
22      Q.    So what is the level of evidence that
23  you need that serotonin is involved in the
24  embryogenesis of the defect?  What do you need to
25  have?

Page 112

1      A.    Well, there is a very, very extensive
2  scientific literature that establishes the role of
3  serotonin in the development of embryological
4  structures at a very early age, normal development
5  of the embryo, and a number of the references that
6  I cite, including the references by DiPino and
7  Levin and Sadler and others speak to that very,
8  very well.
9          The experimental, in animal and human
10  data, all support the fundamental role of serotonin
11  at the earliest stages of fetal development.
12      Q.    And with regard to embryologic
13  development, are you specifically saying there is a
14  literature involved with serotonin and limb
15  defects, specifically limb defects?
16      A.    Yes, there is.
17      Q.    And are you saying there are hundreds of
18  articles about serotonin being involved in the
19  development of limb defects?
20      A.    I can't quantify how many there are.
21      Q.    Are there more than ten?
22      A.    I just can't quantify.
23      Q.    Are there more than five?
24      A.    I think I have answered that question.
25  I don't --

Page 113

1      Q.    So you don't know?
2      A.    Do you want me -- I can certainly look
3  and see how many articles are quoted here.
4      Q.    Let me ask you -- Dr. Kramer, you can't
5  keep going to the computer, because we will be here
6  all day.
7      A.    It won't be all day, but you are asking
8  me to quantify numbers of articles which you know
9  very well I couldn't possibly know from memory.
10      Q.    Dr. Kramer, does your report contain the
11  articles that you believe reflect your opinion that
12  serotonin is involved in limb development?
13      A.    It certainly does cite certain key
14  articles.  It doesn't cite every single one of
15  them.
16      Q.    So you're saying you didn't refer to key
17  articles that you are relying on for your opinion
18  that serotonin is involved in limb development in
19  your report?
20      A.    I didn't say that.
21          MR. FRISCHHERTZ:  Object to the
22      form.
23      A.    I didn't say that at all.
24      Q.    So is it fair to say that your report
25  contains what you believe to be the key literature

29 (Pages 110 to 113)

Shira Kramer, Ph.D., MHS

Page 114

1  on serotonin being involved in limb development?
2      A.   I said that I cite certain key
3  references.  I don't cite all of the references
4  that are in the literature.  That would have made
5  the report much longer than it is, but I have
6  expressed an opinion about the role of serotonin in
7  normal limb development, and I have given certain
8  references to support that.
9      Q.   Okay.
10     A.   And then let me just state, of course
11  these references have very, very lengthy reference
12  lists which they cite as well.
13     Q.   And you have read all the references to
14  the references on your flash drive?
15     A.   No, I have not read every single
16  reference to the references.
17     Q.   And who did the literature search to
18  identify the articles that you say demonstrate that
19  serotonin is involved, the perturbation of
20  serotonin is involved in limb defects?
21     A.   Who ran --
22     Q.   Who did the research?
23     A.   Who ran the computerized searches?
24     Q.   And identified the articles, who did
25  that?

Page 115

1      A.   I named the key words.  I developed the
2  approach and strategy.  I had probably David Hinds,
3  but it could have been someone else on the list,
4  who actually did the mechanical function of running
5  the literature search and actually downloading the
6  articles.
7      Q.   So did he decide which articles to give
8  you or did you review it and say I want this
9  article and that article?
10     A.   The latter.
11     Q.   If I depose Dr. Hinds, what is he going
12  to say -- Mr. Hinds, what is he going to say?
13         MR. FRISCHHERTZ:  Object to the
14  form.
15     A.   That's correct.  In other words, I
16  specified certain articles, and probably did so by
17  reviewing others and getting to the specific
18  articles that I wanted to review in that manner.
19     Q.   So you are satisfied as you sit here
20  today that your report reflects the best articles
21  that you could find demonstrating your view that
22  the perturbation of serotonin is involved in limb
23  defects?
24     A.   The best I could find?  I am satisfied
25  with the articles that I cite.

Page 116

1      Q.   Okay.
2          Now, you spent the first 17 pages of
3  your report discussing how epidemiological data and
4  studies are used to investigate whether there is an
5  association between, say, a drug and an adverse
6  event, right, about the first 17 pages?
7      A.   There are many topics having to do with
8  epidemiology in the first 17 pages.  Not all of
9  them have to do with that specific topic.  Many of
10  them have to do with statistical issues, other
11  things.  So it is a very general sort of
12  discussion.
13     Q.   And, doctor, did you do a
14  epidemiological review of the literature with
15  regard to Paxil and limb defects?
16     A.   Yes, I did.
17     Q.   Okay.  And I understand it's part of
18  your causation methodologies to find an association
19  from epidemiological studies conducted on Paxil and
20  look to see if there is an association, correct?
21     A.   Can you repeat that question?
22     Q.   Sure.  Part of your causation
23  methodology is to find an association from
24  epidemiological studies involving Paxil, correct;
25  that's where you start?

Page 117

1      A.   Well, I start with evaluating the
2  literature, whether the literature reports an
3  association or not.  I evaluate all of the
4  literature that's been published on the topic
5  regardless of the findings.
6      Q.   Does the literature, in your opinion,
7  support the epidemiologic literature, support an
8  association between Paxil and limb defects?
9      A.   The epidemiologic literature, and I want
10  to be very clear, the human epidemiological
11  literature evaluating the relationship between
12  Paxil exposure during the first trimester and limb
13  defects is more or less noncontributory, and I
14  would say to a great extent -- well it's really
15  absent because of power issues.
16         There are some studies which have
17  included various broad categories, either
18  musculoskeletal, a couple of studies that looked at
19  musculoskeletal or limb defects, more often, and
20  often would include the limb defects into a very
21  broad category of quote, "other congenital
22  malformations," but the epidemiological literature
23  on this subject is more or less absent or
24  inadequate, specifically because of power issues
25  and the rarity of these defects and the very low

Shira Kramer, Ph.D., MHS

Page 118

1  power of these studies to evaluate these questions.
2      Q.    On Page 63 of your report, if you turn
3  to that, you have your conclusions.
4      A.    Correct.
5      Q.    And the second sentence of your first
6  conclusion says, "Compelling bases for causation in
7  this case include consistency of elevated risk
8  ratios across epidemiologic literature, biological
9  plausibility, and temporality."
10         Did I read that right?
11     A.    You did.
12     Q.    And the epi literature you refer to is
13  what's discussed in Section 6.1 of your report?
14     A.    Well, the epidemiologic literature that
15  I refer to involves the epidemiological literature
16  on all of the defects that I focus on, which is the
17  cardiac defects as well as the limb defects, not
18  just the limb defects.  So the epidemiological
19  literature that I refer to here really primarily
20  refers to the studies that have had the power to
21  look at cardiac defects.  I have just given you the
22  issues surrounding the epidemiological literature
23  on Paxil and limb defects.  So that epi literature
24  really refers primarily to the cardiac defects and
25  my opinion about the cardiac defects.  The

Page 119

1  biological plausibility and temporality really
2  supports the limb defects.
3      Q.    Okay.  And you have said in the past,
4  Dr. Kramer, that data about biological plausibility
5  is supportive of an association, not evidence in
6  and of itself of causation.  Do you recall giving
7  that testimony?
8      A.    Well, in what -- are you asking me a
9  question or are you giving me a quote out of
10  context?
11     Q.    I'm asking you whether you believe
12  biological plausibility is enough to establish
13  causation in the absence of epidemiologic data.
14     A.    It can be.  To give you a very, very
15  important example --
16     Q.    I didn't ask for an example.
17     A.    Well, it can be. It can be.
18     Q.    Fine, that's a good answer.  Is that the
19  case with Paxil and limb defects?  Are you relying
20  on the biological plausibility of serotonin
21  perturbing limb defects?
22     A.    And by biological plausibility what do
23  you mean?
24     Q.    Animal data and mechanistic data.
25     A.    Animal, mechanistic, I would include --

Page 120

1  and when you say animal, of course we are talking
2  about not necessarily in vivo, it could be in vitro
3  studies as well.  I would say in general that is
4  the case, yes.
5      Q.    You say in general and I'm here to get
6  your opinion.  If there is anything else, now is
7  the time to tell me, as best you can.
8      A.    If there is any other category of data
9  other than animal and mechanistic that comes to
10  mind, I will certainly bring it up.  At this moment
11  I can't -- I can't really describe any other
12  aspects of biological plausibility that I would
13  relate in the report.
14     Q.    So it is fair to say that you are not
15  testifying in this case that there is a compelling
16  basis for causation for Paxil and limb defects
17  coming from a consistency of elevated risk ratios
18  across the literature?
19     A.    I will -- actually, I will mention a
20  very strong caveat to that, and that is that the
21  epidemiological literature, including the
22  meta-analyses, have looked at and generally do look
23  at a broad category of all congenital
24  malformations which would include limb defects.  So
25  the studies that have been done are quite

Page 121

1  consistent in showing an increased rate of the
2  category of all congenital malformations, which do
3  include limb defects as well.
4          And GSK's own studies have reported
5  these elevated risk ratios and their meta-analyses
6  that they publish, the WURST publication,
7  W-U-R-S-T, publication did report an elevated risk
8  ratio for all congenital malformations which was
9  based on their meta-analyses of all the studies. So
10  that is a very important caveat that I would say,
11  you know, where all of the epidemiological
12  literature would relate to that issue.
13     Q.    Are you reaching a causation opinion
14  about whether Paxil can cause limb defects based on
15  data about Paxil and all congenital malformations?
16     A.    In part.
17     Q.    But you would not reach a causation
18  opinion that Paxil can cause each and every type of
19  limb defect based on elevated risks, even
20  consistently elevated risks, from studies looking
21  only at all congenital malformations lumped
22  together, would you?
23     A.    Well, I would -- the causation analysis
24  that I do here and that I do for any question takes
25  into very strong account all of the information,

Shira Kramer, Ph.D., MHS

Page 122

1  not just from the epidemiological literature but
2  biological plausibility, mechanism and so on.
3      Q.   That is not my question.
4      A.   I don't base my opinions on one question
5  or one category of studies.
6      Q.   My question is not that.  It will be
7  faster if I just ask it again.
8          You would not draw a causation opinion
9  on limb defects being caused by Paxil based solely
10 on data involving all congenital malformations
11 lumped together, correct?
12     A.   Based solely on --
13     Q.   Current --
14     A.   Let me finish my clarification, please.
15 Because you are asking me a question that is not a
16 simple yes or no answer, I'm going to have to give
17 you the answer that I think is most appropriate.
18         The answer to your question involves
19 more than consideration of the epidemiological
20 literature.
21     Q.   Thank you.
22     A.   It always does.
23     Q.   You answered the question.
24     A.   It always does.  So in the case of limb
25 defects it includes the category of all congenital

Page 123

1  malformations because that does support my opinion,
2  but it is not the only basis of my opinion.
3      Q.   So you're not extrapolating findings on
4  all congenital malformations to reach conclusions
5  about limb defects, correct?
6      A.   In isolation of the biological
7  plausibility information, is that what you're
8  asking me?
9      Q.   Correct.
10     A.   In isolation, with no other information
11 available --
12     Q.   Um-hmm.  Yes, that's my question.
13     A.   I didn't do that so I can't make that
14 judgment.  I looked at -- very clearly considered
15 the strong evidence based on biological
16 plausibility and limb defects.
17     Q.   So you would consider it as part of your
18 weight of the evidence but you would not base a
19 causation opinion solely upon that; is that what
20 you are saying?
21     A.   For limb defects?
22     Q.   Correct.
23     A.   Is that what you are asking?
24     Q.   For limb defects, correct.
25     A.   I didn't do that in this case.

Page 124

1      Q.   Okay.
2          Is there any data in Paragraph 137 of
3  your report, or earlier in your report, that you
4  extrapolated from to reach a conclusion about limb
5  defects?  Any epidemiologic data that you list in
6  Paragraph 137?
7      A.   Would you mind repeating that question
8  slowly?
9      Q.   Yes, in Paragraph 137 you list a whole
10 batch of epidemiologic studies with Paxil.  A, all
11 cardiac defects combined in Paxil.  Do you see
12 that?
13     A.   Yes, I do.
14     Q.   Did you extrapolate the findings from
15 all cardiac defects in Paxil to reach your
16 conclusion about Paxil and limb defects?
17     A.   For all cardiac defects?
18     Q.   Yes, that's my question.
19     A.   The relationship between all cardiac and
20 limb defects really is linked by the biological
21 plausibility having to do with serotonin primarily.
22     Q.   I understand.
23     A.   And therefore I did not isolate out data
24 about any one of these particular categories of
25 defects and not consider them in my opinion.

Page 125

1          Your question about extrapolation I
2  think is vague.  I took into consideration all of
3  the information that I had, and the scientific data
4  and literature do support a primary role of
5  serotonin in normal development of the heart as
6  well as limb and limb structures.  So I didn't
7  separate out any of this information, it was all
8  relevant to my opinions.
9      Q.   So all of this depends, all of these --
10 the relevance of all of these epidemiologic studies
11 depends on your belief that cardiac defects are
12 caused through the perturbation of serotonin?
13     A.   No, not entirely, but very strongly
14 supported by, and that's because of the following.
15 We don't --
16     Q.   Let me withdraw the question and ask you
17 a different one.
18         Is it fair to say that your opinions
19 about limb defects are dependent on both cardiac
20 and limb defects involving the perturbation of
21 serotonin?
22     A.   My opinion about limb defects are
23 primarily -- is primarily based upon -- I'm sorry,
24 the screaming in the hallway is very, very --
25     Q.   Let me ask you -- I will ask you it

Shira Kramer, Ph.D., MHS

Page 126

1  again.
2      A.   Do you mind if we take a second break
3  and ask them to stop screaming?
4      Q.   Absolutely, but let's just answer this
5  one question, because it's the end of the whole
6  section.  Is it your opinion -- strike that.
7          Is your opinion that Paxil causes limb
8  defects dependent on your finding that both cardiac
9  defects and limb defects involve the perturbation
10 of serotonin?
11     A.   Is it dependent on that?  I would not
12 use the word dependent.  On the other hand, do I
13 incorporate in my opinion all of the information
14 about cardiac defects and their causation, and
15 serotonin and the occurrence of limb defects in
16 both animal studies and in -- and in relation to
17 serotonin.  In the weight of evidence analysis as I
18 conducted here, I consider all of the information
19 and I don't separate out any one piece as being the
20 only and sole basis for my opinion.  All of it is
21 relevant.
22     Q.   Okay.
23     A.   And therefore, I'm unwilling to say that
24 I didn't consider the information that I read about
25 the etiology of these cardiac defects --

Page 127

1      Q.   Right.
2      A.   -- in my opinions as a whole.
3      Q.   Dr. Kramer, let me see if I could try to
4  simplify it.  It's your opinion that Paxil causes
5  cardiac defects, correct?
6      A.   That's correct.
7      Q.   And you believe that the mechanism by
8  which that happens is largely dependent on the
9  perturbation of serotonin, correct?
10     A.   I would not state it that way.  I would
11 say that the -- that a primary mechanism for the
12 effect of Paxil on cardiac -- in causing cardiac
13 defects, a primary mechanism is its perturbation of
14 serotonin, but I am not stating that there aren't
15 other potential mechanisms as well.
16     Q.   And the other ones are what?
17     A.   I think we have already covered that.  I
18 don't necessarily know off the top of my head what
19 all of them might be --
20     Q.   Okay.
21     A.   -- but I'm also not excluding them.  I
22 certainly, in my review of the literature I have
23 reviewed data which indicate that Paxil interacts
24 with major metabolic enzyme systems such as the
25 cytochrome P450 system, that it may cross-react

Page 128

1  with other receptor systems, and that's in the
2  literature.  So what I'm clearly stating is that
3  the serotonin foundation is an important part of my
4  opinion but isn't necessarily -- and I cannot
5  represent that it's the only mechanism by which
6  Paxil is causally related to the risk of cardiac
7  defects.
8      Q.   Okay.  And you have the opinion that
9  Paxil causes limb defects, correct?
10     A.   That is correct.
11     Q.   And part of that is based on the fact
12 that you have epidemiologic evidence in humans of
13 Paxil causing cardiac defects, correct?
14     A.   Um --
15     Q.   Is it depending on that or no?  Let me
16 start again.  You have an opinion that Paxil causes
17 limb defects, correct?
18     A.   That's correct.
19     Q.   And it is based on epidemiologic
20 evidence involving other defects than limb defects,
21 cardiac, all combined, correct?
22     A.   Well, again I really resist your attempt
23 to isolate the pieces of evidence, which is the way
24 a causation analysis --
25     Q.   But, doctor --

Page 129

1      A.   -- is, the methodology for a causation
2  analysis --
3      Q.   I'm asking for your opinion on --
4      A.   -- requires that one synthesize all of
5  the available information.
6      Q.   I understand.
7      A.   A piece of -- a component of that is the
8  occurrence of other congenital malformations, a
9  range of them.
10     Q.   Okay.
11     A.   And an increased risk that is reported
12 by GSK itself through meta-analyses and other
13 studies that they have supported of the -- of the
14 occurrence of all congenital malformations
15 associated with exposure to Paxil.  That is a part
16 of my consideration --
17     Q.   Understood.
18     A.   -- in my causation analysis.
19     Q.   Everything in Paragraph 137 that is
20 epidemiologic in nature you are relying on in part.
21     A.   So that's the answer to the question.
22     Q.   Okay, good.  So you are willing to apply
23 the data that appears in Section 137 because you
24 have, as I understand it, the opinion that the limb
25 defects could occur by a similar mechanism of

33 (Pages 126 to 129)

Shira Kramer, Ph.D., MHS

Page 130

1  action to those that appear in Paragraph 137, those
2  other defects?
3      A.   In part.  Not entirely.
4      Q.   I understand that.
5           So what else other than the perturbation
6  of serotonin, what are the other things that allow
7  you to feel comfortable to draw conclusions about
8  limb defects from the data in Paragraph 137 that's
9  not specifically about limb defects?
10     A.   So in addition to the epidemiological
11 data, in addition to the scientific literature
12 supporting the role of serotonin in the
13 embryogenesis of limb structures, you are asking
14 what else?  Is that what you are asking, what else
15 did I consider?
16     Q.   No, Dr. Kramer, I think you are
17 misunderstanding my question.
18          You have said that Paxil perturbs
19 serotonin, correct?
20     A.   That is correct.
21     Q.   And that Paxil perturbs serotonin to
22 cause cardiac defects, correct?
23     A.   That is correct.
24     Q.   And you believe Paxil perturbs serotonin
25 to cause septal defects, correct?

Page 131

1      A.   That is correct.
2      Q.   And you believe Paxil perturbs serotonin
3  to cause conotruncal defects, correct?
4      A.   That is correct.
5      Q.   And you believe Paxil perturbs serotonin
6  to cause left ventricular outflow tract obstruction
7  defects, correct?
8      A.   That is correct.
9      Q.   And you believe Paxil perturbs other
10 types of defects, correct?
11     A.   Perturbs other types of defects?
12     Q.   I'm sorry, perturbs serotonin to cause
13 other types of defects, correct?
14     A.   What other types of defects are you
15 referring to?
16     Q.   I believe you said limb defects are
17 among them.
18     A.   That is correct.
19     Q.   Okay.  And if Paxil perturbed serotonin
20 to cause other defects, say craniosynostosis?
21     A.   I would not agree with craniosynostosis.
22 What are you talking about?  Are you asking me
23 about other craniofacial?
24     Q.   Yes, okay.
25     A.   I would not include craniosynostosis.

Page 132

1      Q.   So you don't believe Paxil causes
2  craniosynostosis?
3      A.   I don't believe so.
4      Q.   Okay.  Do you think Paxil causes
5  omphalocoele?
6      A.   I haven't looked at that specifically.
7      Q.   And the reason you think Paxil doesn't
8  cause craniosynostosis is because in your opinion
9  serotonin is not perturbed in the development of
10 craniosynostosis?
11     A.   I don't know the answer to that.
12     Q.   Why do you not -- why do you exclude
13 craniosynostosis?
14     A.   I'm giving you an I don't know.
15     Q.   Okay.  So is it fair to say that if you
16 believe Paxil perturbs serotonin in the development
17 of a defect, you will be of the view that that
18 defect can be caused by Paxil?
19     A.   That is correct.
20     Q.   Okay.
21     A.   But that -- but I have stated many times
22 that that may not be the sole mechanism by which
23 Paxil may have an etiologic role in the occurrence
24 of that defect.
25     Q.   I understand that, and I also understand

Page 133

1  you can't articulate for me as we sit here what
2  those other things are, correct?
3      A.   I named a number -- you didn't really
4  want me to complete my last answer, but I did begin
5  to describe a number of the other areas where I
6  have read that Paxil may have an effect on
7  metabolic systems and so on and so forth. There may
8  be others that I either don't recall or that as of
9  yet are undiscovered or not yet described.
10     Q.   Fine, but with regard to the development
11 of limb defects, can you specifically name anything
12 other than the perturbation of serotonin?
13     A.   Not off the top of my head right now.
14     Q.   Okay.
15          So given your view, it is very important
16 to have literature that links the embryogenesis of
17 a defect to the perturbation of serotonin, correct?
18     A.   That depends, because there are
19 certainly very, very important and valid causal
20 linkages that have been made in the absence of
21 mechanistic data.  On the other hand, there have
22 been valid and strong causal linkages that have
23 been made in the total absence of epidemiological
24 data, as in the recent classification of PCB126 by
25 the International Agency for Research on Cancer in

34 (Pages 130 to 133)

Shira Kramer, Ph.D., MHS

Page 134

1 the absence of any epidemiological data whatsoever.
2 So it really all depends.
3 There are times, as an example, there
4 have been many, many, many decades that have gone
5 by before the mechanism of action of certain
6 chemicals and drugs has ever been described or
7 discovered, and yet we know that they have certain
8 effects, and a very well-known example of that is
9 aspirin where it took, I think, almost a hundred
10 years for the mechanism of aspirin to be described,
11 but we knew that aspirin had certain very clear
12 effects.
13 So in answer to your question --
14 Q. Yes.
15 A. -- sometimes epidemiologic data alone,
16 in the absence of biological plausibility --
17 Q. Right.
18 A. -- and often, is really the clear
19 indicator of an etiologic relationship before we
20 ever understand the mechanism.
21 Q. Fine. Now let me ask my question again
22 a little more precisely.
23 With regard to your opinion about Paxil
24 causing limb defects, is there anything more
25 important to you than being able to demonstrate

Page 135

1 that limb defects involve, the embryogenesis of
2 limb defects involve perturbation of serotonin? Is
3 that the most important piece of information for
4 you?
5 A. More important?
6 Q. Yes.
7 A. I think it's all important and there
8 are, for instance -- that's one major category.
9 Q. Okay.
10 A. There are animal studies within GSK's
11 own animal data that showed skeletal anomalies in
12 animals. There are animal studies in the -- but
13 that's all within the category of biological
14 plausibility. They are nonhuman studies, so in
15 addition to the epidemiological studies and the
16 biological plausibility --
17 Q. Right.
18 A. -- and the serotonin and the
19 mechanistic, all of it together --
20 Q. Okay.
21 A. -- my opinions about causation about
22 this topic --
23 Q. Right.
24 A. -- or any topic --
25 Q. Yes.

Page 136

1 A. -- represent a synthesis --
2 Q. Okay, good.
3 A. -- of all of the information that I have
4 available to me. Some of it may be more extensive
5 and richer from one source than another.
6 Q. Okay.
7 A. And I don't have a weighting system, but
8 -- and that's not a methodology that is required in
9 the field of causation, but it really all depends.
10 Q. Okay. So you haven't weighted these
11 different components you are telling me, correct?
12 A. I do not place any kind of numerical
13 weights on any of them.
14 Q. Okay. So you said, and I want to get
15 the list, your opinion about Paxil and limb defects
16 you rely on epidemiologic data in humans, correct?
17 A. Partially.
18 Q. Animal data?
19 A. Partially.
20 Q. And you mentioned the Glaxo studies?
21 A. And others.
22 Q. And others. But they are in your
23 report, I believe?
24 A. Correct.
25 Q. Mechanistic data also in your report?

Page 137

1 A. All of this is cited and referenced in
2 my report --
3 Q. Yes, I'm just --
4 A. -- and this literature.
5 Q. Dr. Kramer, I'm just asking you for the
6 list. Epidemiologic data, correct?
7 A. Are you starting over?
8 Q. Yes, I am.
9 A. Okay.
10 Q. Animal data?
11 A. All of it contributes.
12 Q. You are going to have to let me ask a
13 question and you answer.
14 Your opinion that Paxil causes limb
15 defects relies in part on epidemiologic data,
16 correct?
17 A. That's correct.
18 Q. And that data is in your report,
19 correct?
20 A. That's correct.
21 Q. All right. And that's not data on Paxil
22 and limb defects specifically, but Paxil and limb
23 defects such as all congenital malformations
24 together, everything reported in Paragraph 137 of
25 your report?

35 (Pages 134 to 137)

Shira Kramer, Ph.D., MHS

Page 138

1    A.    There are some studies where limb
2 defects are included in broader categories.
3    Q.    And you rely on that?
4    A.    Partially.
5    Q.    Okay.  Any other epidemiologic data?
6    A.    Other than what?
7    Q.    What we just mentioned, Dr. Kramer.
8 What is in your report in Paragraph 137 and what
9 you just said.  Is there anything else?
10    A.    And the biological plausibility.
11    Q.    No, I'm talking about epidemiologic
12 data.  I'm taking them one at a time.
13    A.    I don't believe so.
14    Q.    Let's go to animal data.  The animal
15 data that you rely on for your opinion that Paxil
16 causes limb defects is the data in your report,
17 correct?
18    A.    The data that I cite in my report and
19 the references that I cite, that is -- and that's
20 also included in the mechanistic studies.  Many of
21 these studies, most of them having to do with the
22 role of serotonin, are based on animal studies.
23    Q.    Fine.  Is there any mechanistic data you
24 rely on for your opinion that Paxil causes limb
25 defects, other than the data we have talked about

Page 139

1 involving the perturbation of serotonin?
2    A.    We have also discussed animal studies
3 that don't necessarily measure serotonin.
4    Q.    Correct.  I'm asking --
5    A.    Are you including those?
6    Q.    I'm asking you for other mechanistic
7 data, not the animal data where they look at pups,
8 not the in vivo and in vitro data that you referred
9 to, not data or articles about perturbation of
10 serotonin, anything else.
11    A.    Other than -- I would have to look.  I
12 know there are some studies that have looked at
13 SSRIs, but they would be in animal studies.
14    Q.    I'm asking about limb defects.
15    A.    Yes, I'm including limb defects, and I'm
16 going to have to go back and check --
17    Q.    Is there another mechanism of action,
18 because it does not appear in your report --
19    A.    Other than --
20    Q.    -- other than perturbation of serotonin?
21    A.    Well, I think I have stated that a
22 number of those studies that examine the effect of
23 SSRIs or perturbation of -- well, let's -- let me
24 just get off of the subject of serotonin.
25          There are studies that have looked at

Page 140

1 the effect of SSRIs on embryological development
2 that don't address the issue of serotonin.
3    Q.    I'm not --
4    A.    They don't address it.
5    Q.    I know --
6    A.    So therefore if there are other
7 mechanisms, and if there are other mechanisms, and
8 I have answered this question I don't know how many
9 times already, and there may be other additional
10 mechanisms in addition to perturbation of serotonin
11 levels, they are not specifically, I don't
12 believe -- I would have to refresh my memory, but I
13 don't recall them being discussed in any detail,
14 but it could just be that I don't recall.
15    Q.    In any detail with regard to limb
16 defects or in any detail at all?
17    A.    You asked me about limb defects.
18    Q.    That's exactly right.  That's what I'm
19 interested in.
20    A.    So I don't recall.  I would have to go
21 back to those references.
22    Q.    You know if we turn to Exhibit 40 again,
23 which is that production file, and look at Tab 17,
24 you have a quote there from the Reference Guide On
25 Epidemiology.  It is the third set of quotes you

Page 141

1 offered about birth defects.  Do you see it?
2    A.    I do.
3    Q.    The third bullet says, "If the
4 researcher defines the disease of interest as all
5 birth defects, rather than a specific defect,
6 he or she must have a scientific basis to
7 hypothesize that the effects of the agent being
8 investigated could be so varied."
9          I take it you agree with that quote?
10    A.    Yes, I do.
11    Q.    Okay.  And I take it that's the case
12 here for Paxil and limb reduction defects, correct?
13    A.    That is correct.
14    Q.    And I take it that's what we have been
15 talking about all morning is what you believe to be
16 perturbation of serotonin?
17    A.    In great part.
18    Q.    And what is the other part?
19    A.    Again, there may be other mechanisms as
20 well that either have not yet been identified or
21 that I don't recall.
22    Q.    Okay.  So there is nothing else you can
23 say in answer to that scientific basis, as we sit
24 here today, other than what we have already
25 discussed this morning?

Shira Kramer, Ph.D., MHS

Page 142

1    A.    Well, I haven't changed my opinion.
2    Q.    Okay.
3    A.    I haven't changed my opinion, which I
4    have expressed I don't know how many times.
5    Q.    Okay.  And do you know if there is a
6    certain amount of error involved in making that
7    kind of extrapolation to another set of defects
8    based on a scientific mechanism?
9         MR. FRISCHHERTZ:  Object to the
10   form.
11   A.    I don't understand your question.
12   Q.    Is some error possibly involved in
13   making such a jump, a leap of faith?
14        MR. FRISCHHERTZ:  Object to the
15   form of the question.
16   A.    I think your question is too ambiguous
17   to answer.
18   Q.    So you can't estimate what the rate of
19   error might be in extrapolating that limb defects
20   are caused by Paxil due solely to perturbation of
21   serotonin being the scientific basis?
22        MR. FRISCHHERTZ:  Object to the
23   form of the question.
24   Q.    You can't assess that error, if there is
25   error in it?

Page 143

1    A.    First of all, you just stated a set of
2    assumptions, statements that I have never made.
3    You have mischaracterized me.  So I don't know
4    what -- you know, I don't know really what you are
5    asking me since you have mischaracterized my
6    opinion.
7         So would you mind restating your
8    question?
9    Q.    I think I will let it go.
10        THE WITNESS:  Could I just ask for
11   a brief restroom break?
12        MS. HALPERN:  Sure.
13        THE VIDEO OPERATOR:  Time now is
14   11:26.  We are going off the record.
15        (Recess taken -- 11:26 a.m.)
16        (After recess -- 11:37 .m.)
17        THE VIDEO OPERATOR:  The time now
18   is 11:37, we are back on the record.
19   BY MS. HALPERN:
20   Q.    Dr. Kramer, can you name any regulatory
21   agency that has concluded or even said that there
22   is an association between Paxil and limb defects?
23   A.    Specifically limb defects?
24   Q.    Yes.
25   A.    I don't believe that limb defects are

Page 144

1    specifically called out.  There certainly is a --
2    there have been statements by the FDA about all
3    congenital malformations, but I don't believe they
4    have called out limb defects specifically.
5    Q.    So my questions are all only about limb
6    defects.  Do you know of any organization,
7    professional organization, that has said there is
8    an association between Paxil and limb defects?
9    A.    Not off the top of my head.
10   Q.    Do you know of any textbook that says
11   there is an association between Paxil and limb
12   reduction defects or limb defects generally?
13   A.    Not off the top of my head.
14   Q.    Do you know of any journal article that
15   says there is an association between Paxil and limb
16   reduction or limb defects?
17   A.    Hmm.  I need to take a look at a few
18   things here to answer that question.
19   Q.    Why don't you come back after the lunch
20   break and look for that so that we can keep on
21   moving?
22   A.    Let me make a note of what you are
23   asking me then.  So you want to know about a
24   journal article --
25   Q.    That says there is an association

Page 145

1    between Paxil and limb defects.  But as you sit
2    here right now you can't think of one; is that
3    fair?
4    A.    I don't recall.
5    Q.    Is serotonergic signaling involved in
6    neural tube development, do you know?
7    A.    I don't recall.
8    Q.    Can you tell me what adverse birth
9    outcomes related to hand defects have been
10   demonstrated with Paxil in animal models?
11   A.    Hand?
12   Q.    Yes.
13   A.    Well, animals don't have hands.
14   Q.    Okay.
15   A.    So they would be limb defects, I guess,
16   maybe you are referring to.
17   Q.    Okay, then let's talk about --
18   A.    So can you restate the question, please?
19   Q.    Sure.  Can you tell me what adverse
20   birth outcomes related to limb defects have been
21   demonstrated with Paxil in animal models?
22   A.    Well, there are animal studies that have
23   shown various skeletal and limb defects that are --
24   they are limb defects, so clearly they would be
25   relevant.

37 (Pages 142 to 145)

Shira Kramer, Ph.D., MHS

Page 146

1      Q.    Well, I'm pointing you to Page 64 of
2   your report, Conclusion 4b.
3      A.    Excuse me just one second, let me get
4   that.
5      Q.    It says --
6      A.    Page 64?
7      Q.    Yes, the very last part of your report.
8   It says, "Exposure to Paxil during pregnancy is
9   associated with adverse birth outcomes in animal
10  models."
11         My question is has exposure to Paxil
12  during pregnancy been associated with limb defects
13  in animal models?
14     A.    In answer to your question, limb defects
15  in animal models, Paxil, correct?
16     Q.    Yes.
17     A.    So the GSK study by Zuhlke in 1981 did
18  report skeletal anomalies in pregnant rats that
19  were exposed to paroxetine, specifically showed an
20  increase in fetuses with minor skeletal anomalies.
21     Q.    Do you know what those minor skeletal
22  anomalies are?
23     A.    The description that I have in my
24  summary, although I can certainly get the original
25  reference in front of me, but is the majority are

Page 147

1   concerned with retarded ossification of the
2   occipital and/or thoracic vertebrae.
3      Q.    Is it your opinion that ossification is
4   a limb defect?
5      A.    Well, it is a skeletal defect.
6      Q.    Do you know what ossification is?
7      A.    The development of bone.  Bone.  Normal
8   bone structure.
9      Q.    Okay.  Is ossification a limb defect?
10     A.    It certainly could be a component of a
11  limb defect.
12     Q.    That's your opinion?
13     A.    That's my understanding.
14     Q.    And that's how you interpreted that
15  study?
16     A.    I think this is a relevant study.
17     Q.    And you think it is relevant because you
18  think it demonstrates a limb defect, correct?
19     A.    I think it demonstrates a skeletal
20  defect which is -- was certainly related to the
21  development of limb defects.  There are, is a study
22  by -- so specifically having to do with either
23  skeletal or limb defects and paroxetine is the GSK
24  study that I specifically have.
25     Q.    So in reference to your opinion in 4b on

Page 148

1   Page 64, the references you have demonstrating limb
2   defects in animal models are the Zuhlke,
3   Z-u-h-l-k-e, study in 1981 in rats, and the Zuhlke
4   1981 study in rabbits.  Is that your answer?
5      A.    Let me just read this again and then I
6   will give you my answer.
7      Q.    What is it you are reading?
8      A.    I'm reading the opinion again.
9      Q.    What opinion?
10     A.    4b, Page 64.
11     Q.    Your opinion, okay.
12     A.    Now, opinion 4b is much more general
13  than the specific issue of limb defects, so this
14  opinion 4b says that "Exposure to paroxetine during
15  pregnancy is associated with --"
16     Q.    Sorry, go ahead.
17     A.    "-- is associated with adverse birth
18  outcomes in animal models."  That's what that said.
19  "And there is coherence across scientific
20  disciplines" -- I'm just reading the rest of this
21  paragraph.
22     Q.    So is it your opinion that delays in
23  ossification are mechanistically linked to
24  malformations?
25     A.    They can be.

Page 149

1      Q.    That's your opinion?
2      A.    That's my understanding.
3      Q.    And you relied on that for your opinion
4   in this case?
5      A.    In part.  It's a part -- every one of
6   these studies is a part of my opinion.
7      Q.    What is the causal link you are
8   referring to between Paxil and the developmental
9   pathway related to hand and limb development at the
10  end of Section 4b there?  Is that about
11  perturbation of serotonin?
12     A.    That is certainly in great part about
13  the perturbation of serotonin.
14     Q.    And there is nothing else that you can
15  think of other than that?
16     A.    Well, I have answered that question.
17     Q.    Okay, good enough.
18         Are you offering an opinion to a
19  reasonable degree of scientific certainty that
20  Paxil can cause PFOs?  Do you know what a PFO is?
21     A.    Yes, I do.  I do know what a PFO is.
22  They can be a cause of PFOs, yes, according to my
23  understanding and the way PFOs have been classified
24  in a number of the epidemiological studies.
25     Q.    In your opinion is serotonin involved in

38 (Pages 146 to 149)

Shira Kramer, Ph.D., MHS

1    the embryogenesis of a PFO?
2        A.    It certainly can be.
3        Q.    Is it your opinion to a reasonable
4    degree of scientific certainty that Paxil can cause
5    an aortic insufficiency?
6        A.    As it relates to other structural
7    anomalies, that is correct.
8        Q.    Secondary to some other anomaly, not in
9    and of itself?
10       A.    Aortic insufficiency would be secondary
11   to other anomalies.
12       Q.    Fair enough.
13            Do you know what other causes of limb
14   defects are?
15       A.    What do you mean by that?
16       Q.    Other causes of hypoplastic hand?
17       A.    Are you asking me about the general
18   epidemiological literature on other factors related
19   to hypoplastic hand?
20       Q.    Anything.
21       A.    Other than perhaps various mechanical
22   issues, and the SSRIs, I don't off the top of my
23   head recall what the other risk factors have been.
24       Q.    Do you know what percentage of all limb
25   defects are of unknown cause?

1        A.    That's a -- that's an almost un --
2            MS. HALPERN:  Exhibit 64.
3        A.    That's such an ambiguous and, I have to
4    say, meaningless question.  What do you mean by
5    "unknown cause"?  Do you mean unstudied?
6        Q.    No.
7        A.    Because that's really basically --
8    that's what it is.
9        Q.    When a mother comes in and says what
10   caused my baby's hypoplastic hand, and the doctor
11   says we can explain a certain percentage of the
12   causes but not all, I want to know what the
13   percentage is that are inexplicable to science
14   today.
15       A.    Well, there is no such thing as
16   inexplicable to science.  It all depends on who you
17   ask and what their knowledge --
18       Q.    I understand --
19       A.    Let me finish because this is a very,
20   very misleading type of question.
21            When you ask any individual that
22   question, and even if you read that statistic
23   somewhere in someone's published article, that
24   number is --
25            First of all, that individual's opinion

1    about what he or she understands and how he or she
2    interprets the literature, number one.
3            It's also a reflection of whether or not
4    that specific question has been adequately studied
5    in the literature or reported on.
6            Number three, it really depends on the
7    adequacy of the studies that have been done and
8    whether the studies can really even address the
9    question.
10       Q.    Let me ask --
11       A.    I'm not finished.
12            And number four, it doesn't really have
13   anything to do with a specific factor where there
14   may be epidemiological or controlled studies that
15   have been done for that factor.
16       Q.    Are you aware that the March of Dimes
17   and the FDA have stated that for the majority of
18   birth defects, about 65 percent, the etiology is
19   unknown?
20       A.    Well, what specific references are you
21   referring to, because you're talking about the FDA
22   so --
23            (Kramer Exhibit No. 64 for
24   identification.)
25   BY MS. HALPERN:

1        Q.    Let me show you what has been marked as
2    Exhibit 64.  It is a document that you cite many
3    times.  It's the review of Evaluating the Risks of
4    Drug Exposure in Human Pregnancies, and they say,
5    "For the majority of birth defects about 65 percent
6    of the etiology is unknown," and they cite
7    Schardein in 2000.
8            Do you have any reason to disagree with
9    that statement?
10           MR. FRISCHHERTZ:  What exhibit is
11   this?
12           MS. HALPERN:  64.
13       A.    So this document from the FDA is citing
14   an individual author, Schardein, 2000, who has
15   stated his opinion that for the majority of birth
16   defects, about 65 percent, the etiology is unknown.
17           Now, what are you asking me about this?
18   Are you asking me whether I agree with this?
19       Q.    I'm asking if you have any basis to
20   disagree with that statement, that 65 percent of
21   major birth defects are of unknown etiology.
22       A.    I think that's a very, very ambiguous
23   question, because there are birth defects that we
24   know a lot about and there are birth defects that
25   we don't know a lot about.  I can't vouch for this

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 154

1   65 percent.  I have not done a particular review of
2   all of the literature on all birth defects.
3           I do know this, that these numbers,
4   these statistics are -- you can read all kinds of
5   numbers in the literature.  Some are 65 percent.
6   Some are 10 percent.  It's all over the place.  And
7   it really all depends on the birth defects they are
8   referring to and who is writing about them.
9           But with regard to Paxil and cardiac
10  birth defects, this really has no relationship
11  whatsoever.
12      Q.    Doctor, do you have a sufficient
13  understanding of the embryology of the development
14  of limbs to tell me the similarities and
15  differences in the types of cells involved in the
16  development of phocomelia versus polydactyly?
17      A.    I don't -- I can't cite to you right now
18  the different types of cells that are involved in
19  the -- that might be disrupted in the development
20  of phocomelia versus polydactyly, but I can tell
21  you that I have cited and I do have with me
22  literature that does support the very early and
23  crucial role of serotonin in the development of
24  limb structures, and that is -- that really applies
25  to the earliest stage of embryological development

Page 155

1   and would apply to a very broad range of limb
2   malformations.
3       Q.    You previously testified that neural
4   crest cells and mesenchyme cells are involved in
5   the formation of cardiac defects, true?
6       A.    That's true.
7       Q.    Okay.  In your opinion, are neural crest
8   cells involved in limb reduction defects, do you
9   know?
10      A.    I can't answer that question.
11      Q.    Is it your opinion that mesenchymal
12  cells are involved in limb reduction defects?
13      A.    I can't answer that question.  I don't
14  know.
15      Q.    Is it your opinion that neural crest
16  cells are involved in the formation of the PFO?
17      A.    It is my opinion that -- let me just get
18  this out.  I'm going to refer to an article by
19  Sadler published in 2011 that in great detail
20  describes the types of cells that are involved in
21  the development of various cardiac structures and
22  defects and goes into these issues in great detail.
23      Q.    In your reading -- just for the record,
24  you are reading from your computer again, from that
25  flash drive?

Page 156

1       A.    I have the Sadler article up in front of
2   me right now.  I also have a copy of it in my
3   binder, and I have referenced it.
4           But in any case, the specific role of
5   neural crest cells and PFOs, I would have to go
6   through -- I would have to go through -- I don't
7   recall the specific role of neural crest cells.  I
8   believe so, but Sadler does in great detail go
9   through the specific cell types and tissues
10  involved in the major categories of cardiac
11  defects.
12          As a matter of fact, he states in his
13  article --
14      Q.    Okay --
15      A.    No, I'm not finished with my answer.
16  This is relevant to the question.
17      Q.    Okay, good.
18      A.    The last paragraph of his paper he
19  states the following.  I'm going to get there --
20      Q.    I would like to come around, if it's
21  okay, to see what you are reading?
22      A.    Sure, absolutely.
23      Q.    So I'm just going to say again for the
24  record, since you are relying so heavily on this
25  flash drive, that we are going to require you to

Page 157

1   leave it here with the court reporter.
2       A.    I will be happy to.
3       Q.    Okay.
4       A.    Sure.  So this is the Sadler 2011
5   article and Sadler says, "Now that more recent
6   investigations are rapidly delineating mechanisms
7   of normal and abnormal heart development, such as
8   the role of the secondary heart field in outflow
9   tract defects and the fact that disruption of
10  patterning of the primary heart field can result in
11  virtually every type of heart malformation."
12          And he refers back to Table 1, and then
13  he goes on to talk about classification becomes
14  even more complex.
15      Q.    Is PFO in Table 1 as a heart defect?
16      A.    Well, I'm going to go back to Table 1.
17  He says in here that basically serotonin, the
18  disruption in serotonin can, which has a -- and he
19  is not the only one.  There are a number of
20  articles that I cite in my report that establish
21  that perturbation in serotonin levels affect left
22  right patterning.  And he has just stated that
23  perturbation in this process can cause virtually
24  every type of heart defect.  He says that in black
25  and white.

Shira Kramer, Ph.D., MHS

Page 158

1    So if PFO is considered to be a heart
2  defect, then perturbation in serotonin levels can
3  cause every type of heart defect.  And I would
4  include PFO in that category as well.
5    Q.    So my question is, is it your opinion to
6  a reasonable degree of scientific certainty that a
7  PFO is a heart defect?
8    A.    It is my understanding that there are
9  PFOs that are not -- that close spontaneously.
10  There are categories of PFOs that are not
11  considered to be heart defects, but there are
12  others that remain open and they do cause
13  morbidity.  And that may be considered to be, and
14  are associated with abnormal flow between the
15  atria, the two atria.
16    Q.    So if there --
17    A.    So that's my understanding of whether or
18  not PFOs are a heart defect.  There are some that
19  are considered to be benign, but there are others
20  that are not.
21    Q.    How do you define a benign PFO, one that
22  closes spontaneously within less than a year?  How
23  would you define it?
24    A.    I'm not an expert in the diagnosis of
25  PFOs that are considered to be -- cause morbidity

Page 159

1  or that might be associated with abnormal heart
2  function.  My understanding from the reading that I
3  have done in this literature is that there are PFOs
4  that do not close and -- or that are associated
5  with abnormal heart function, and -- but I'm not in
6  a position to diagnose those.
7    Q.    Dr. Kramer, you cite a whole batch of
8  literature, epidemiologic literature on cardiac
9  birth defects and Paxil.  Does any one, any one of
10  those articles include a PFO as a birth defect?
11    A.    I could look that up.  I don't recall.
12    Q.    You don't know?
13    A.    I don't recall whether any PFOs were
14  specifically included in the heart defects that
15  were identified in those studies.  I would have to
16  look that up.
17    Q.    Okay.  So in giving your opinion that
18  Paxil can cause PFOs, do you want to define what
19  you mean by a PFO, what type of PFO?  Is it the
20  type that every child is born with -- or let me
21  strike that.
22    Is every child born with a PFO at the
23  moment of birth?
24    A.    Oh, I don't know that.
25    Q.    You don't know?

Page 160

1    A.    I don't know that.
2    Q.    Okay.
3    A.    My understanding from the reading that I
4  have done is that there are -- that many children
5  are born -- many babies are born with PFOs that
6  close very, very shortly after birth.
7    Q.    Do you know what percentage of babies at
8  a year old still have a PFO?  Do you have any idea?
9    A.    I don't recall.
10    Q.    You don't know if it's 2 percent or 50
11  percent?
12    A.    I don't recall.
13    Q.    Okay.
14    So you don't have any definition for
15  what type of PFO it is that you believe Paxil
16  causes, because it's not just any PFO, correct?
17    A.    Well, that's not necessarily true.  In
18  this case, in the case of this particular
19  plaintiff, this plaintiff didn't just have what you
20  might call a benign PFO, according to the
21  information that I received, so it really isn't
22  relevant to this plaintiff.  This plaintiff had
23  other cardiac anomalies as well.
24    Q.    What other cardiac anomaly in addition
25  to a PFO do you -- you think this child had a PFO,

Page 161

1  correct?
2    A.    That is among the defects that I
3  reviewed in his medical records.  That is correct.
4    Q.    And what other cardiac defect do you
5  think this child had?
6    A.    The records that I reviewed listed the
7  following cardiac defects:  A patent ductus
8  arteriosus, an ASD and a PFO, and aortic
9  insufficiency at birth.
10    Q.    And you didn't review all the medical
11  records, you are going on the excerpted materials
12  you had that we looked at earlier in Tab 9 of
13  Exhibit 40, correct?
14    A.    I reviewed the medical records that I
15  have disclosed to you and that were provided to me.
16    Q.    Is a PDA that doesn't require surgical
17  intervention and closes within two to four weeks of
18  birth, is that a birth defect?
19    A.    A number of the studies that I have
20  reviewed do certainly include -- the
21  epidemiological studies looking at Paxil and SSRIs
22  certainly do include PDA as a cardiac birth defect.
23    Q.    A PDA that closes spontaneously within a
24  few weeks of birth, is that what you are saying?
25    A.    They just list PDA, according to my

41 (Pages 158 to 161)

Shira Kramer, Ph.D., MHS

Page 162

1  recollection.  They don't necessarily identify
2  whether it closes or when it may close.
3      Q.    So you don't think, and I believe if you
4  look at your own materials you cite one
5  epidemiologic finding for Paxil and PDA.  Are you
6  aware of that, there is only one that you cite?
7      A.    I have to go back.  There may be other
8  studies which have certainly identified cases of
9  PDA among the congenital cardiac defects that have
10 been identified in those studies.
11     Q.    And you don't think those studies define
12 the type of PDA that is included and exclude other
13 types; is that your testimony?
14     A.    They may.  I don't recall.
15     Q.    You don't know.  And do you know that
16 Evan's PDA closed without surgical intervention in
17 less than one month of birth?
18     A.    I really can't comment on that.  I can't
19 take your word for it.  I don't recall.
20     Q.    And the PFO that Evan had, it closed
21 without surgical intervention, correct, or don't
22 you know that either?
23     A.    I don't recall what the opinion of the
24 physicians were in the medical records that I
25 reviewed.  I don't recall.

Page 163

1      Q.    So what are you basing your opinion on
2  that Paxil can cause a PFO?  What are you basing
3  that opinion on?
4      A.    Well, certainly I have just reviewed
5  some of the information from Dr. Sadler's article,
6  which is a review of a body of literature that
7  indicates that perturbation in serotonin can cause
8  virtually every type of cardiac defect.  And there
9  are quite a few other studies, I'm very happy to
10 name them, which do indicate that the perturbation
11 of serotonin causes not only a broad spectrum of
12 cardiac defects, but -- I just lost my train of
13 thought.
14        Can you go back and repeat your
15 question?
16     Q.    Let me ask a different question.
17        Can you cite to anything that states
18 that a PFO is caused by a perturbation of
19 serotonin?  A PFO.
20     A.    A PFO.  More than the information that I
21 have just presented to you about serotonin
22 perturbation being able to cause every type of
23 cardiac birth defect?
24     Q.    Well, you cited to an article by Sadler
25 which I believe had something in there that

Page 164

1  detailed which defects they were considering,
2  cardiac defects, and --
3      A.    Well, no.  No.  No.  Sadler says every
4  type of birth defect.  Every single type of birth
5  defect.
6      Q.    So assuming, you are assuming that a PFO
7  is a cardiac birth defect?
8      A.    I'm assuming that PFOs are considered to
9  be a cardiac birth defect.
10     Q.    And are you assuming that a PDA is a
11 cardiac birth defect?
12     A.    Yes.
13     Q.    And your opinion about Paxil being able
14 to cause a PDA or Paxil being able to cause a PFO
15 hinges on the belief that both types of what you
16 are calling defects involve serotonergic signaling?
17     A.    To a great degree, yes.
18     Q.    And the rest of the degree, just for the
19 record, are things that you can't articulate right
20 now, correct?
21     A.    They are things that I am not prepared
22 to recite to you right now, but if you want me to
23 take the time to look them up I can do that.
24     Q.    Okay.
25        Do you know what subsets of cells or

Page 165

1  molecular events control the formation of upper
2  limb reduction defects?
3      A.    I don't have that information available.
4      Q.    Do you know who Lou Holmes is?
5      A.    I don't recall.
6      Q.    He is a teratologist -- can I have --
7  and a geneticist.  He is the professor of
8  pediatrics at the genetics unit at Harvard Medical
9  School, and he has just written a book I would like
10 to show you called Common Malformations.  It
11 actually just came out in 2012, and I'm going to
12 give you a copy of the book to look at.
13        MS. HALPERN:  Do I have an exhibit
14     here that you can give me?
15     Q.    Have you ever seen that book before?
16     A.    No, I have not.
17     Q.    Okay.  So we have that, Eva.  It's --
18 well, you keep the book.  I am sure I have a copy
19 of it.
20        MS. HALPERN:  Do you see a -- it
21     has got to be here.
22     Q.    I will ask you to turn to Chapter 15 of
23 that book.
24     A.    Can I just take a second to look
25 something up?

42 (Pages 162 to 165)

Shira Kramer, Ph.D., MHS

Page 166

1   Q.   Let's go off the record then.  We only
2 have five minutes if you are going to spend it on
3 your computer.
4   A.   Tell you what, I will make a note and I
5 can come back to it if I want to.
6        I'm sorry.
7   Q.   If you turn to Chapter 15 on Page 146,
8 it is about limb malformations, correct?
9   A.   That's correct.
10   Q.   And there is a section there, if you
11 would turn to Page 153, and I can't see it so --
12 that's terrible.
13        Okay.  Do you see what defect is being
14 discussed, what limb defect is being discussed on
15 Page 153?  Can you tell?
16   A.   No.
17   Q.   Yes, you can, Dr. Kramer.  Flip back
18 another page and you will see what defect is being
19 discussed.
20        Do you see it now?
21   A.   Well, the first sentence of this
22 paragraph under Developmental Abnormality is the
23 formation of an extra digit; is that what you are
24 referring to?
25   Q.   I'm going to have to come over, because

Page 167

1 that's the only copy I have.
2        So we are talking about polydactyly
3 postaxial types A and B, right?
4   A.   Okay.
5   Q.   And here on Page 153 the author tells
6 you what environmental factors have been associated
7 with the causation of that defect.  Can you read
8 what it says?
9   A.   Sure.  This author has said, "No
10 teratogenic exposure during pregnancy has been
11 shown to cause either type A or type B postaxial
12 polydactyly."
13   Q.   Now let's turn to this defect, which is
14 polydactyly preaxial, right?  And we've got --
15 well, let's skip that one because it is long.
16        Okay, here we are talking about
17 polysyndactyly.  Do you see that?
18   A.   Yes, I do.
19   Q.   What are the environmental factors
20 associated with the development of polysyndactyly?
21   A.   This author says, "No environmental
22 exposure has been identified that causes a type of
23 polysyndactyly."
24   Q.   And poly means many syndactylies,
25 correct?

Page 168

1   A.   Correct.
2   Q.   Multiple.  And we already heard your
3 opinion that Paxil can cause syndactyly, correct?
4   A.   Correct.
5   Q.   Here we are, Page 164, longitudinal
6 deficiency, preaxial absence, hypoplasia of thumb
7 and/or radius, correct?
8   A.   Correct.
9   Q.   And what does the author say here about
10 environmental factors?
11   A.   This author says, "Absence or hypoplasia
12 of the thumb and radius were common features of
13 individuals with the thalidomide embryopathy.  The
14 spectrum of anomalies ranged from hypoplasia of the
15 thenar eminence and thumb hypoplasia to
16 triphalangism of the thumb to preaxial polydactyly.
17 The affected infants usually had other anomalies as
18 well.  Currently maternal diabetes is the
19 environmental exposure that is most likely to be
20 identified."
21   Q.   And the list goes on.  We could keep
22 going.  Page 173, longitudinal deficiency
23 postaxial, right?  And what does it say under
24 environmental factors?
25   A.   It says, "No teratogens in human

Page 169

1 pregnancies have been identified as a cause of
2 absence or hypoplasia of the ulna."
3   Q.   Dr. Kramer, do you have any basis to
4 disagree with the conclusions in Dr. Holmes' book
5 about these limb defects not having any known
6 environmental cause?
7   A.   I think Dr. Holmes' statements are
8 clearly a reflection of the lack of studies of
9 these birth defects in human epidemiological
10 studies which has been widely recognized.  If you
11 look at the prevalence rate among live births of
12 these defects, they have not been studied.  Now,
13 other than thalidomide, the absence of data in
14 human studies -- and that's what he is referring
15 to, he is referring to studies in human
16 pregnancies, he is not referring to a full blown
17 causation analysis in this context.  But he is
18 making a very specific reference, and I can state
19 that the human epidemiological literature on these
20 specific birth defects is very, very sparse,
21 primarily because they -- these defects are
22 extremely rare.
23        The entire category of upper limb
24 defects has a prevalence among live births of
25 something like 4 per 10,000, and there are no

43 (Pages 166 to 169)

Shira Kramer, Ph.D., MHS

Page 170

1  epidemiological studies that have been done,
2  particularly with regard to Paxil -- and that's
3  what we are talking about is Paxil -- that had the
4  power to study this question from the point of view
5  of human pregnancies.
6      Q.   Would you agree that thalidomide causes
7  some limb defects but not all limb defects?
8      A.   Well, thalidomide actually has been
9  shown to cause a broad spectrum of both limb and
10 cardiac and other defects --
11     Q.   Dr. Kramer, please answer the question.
12     A.   I can't answer how many defects.
13     Q.   I didn't ask you that.  The question is
14 would you agree thalidomide causes some limb
15 defects, but not all limb defects.
16     A.   I haven't really looked at the full --
17     Q.   You don't know?
18     A.   That's not my answer.  I can tell you
19 that thalidomide causes a spectrum of both limb and
20 cardiac defects.  I do know certainly the most
21 prominent are phocomelia types of defects, but there
22 is a spectrum of defects that is associated with
23 thalidomide exposure.
24     Q.   So you don't know which limb defects are
25 associated with thalidomide?

Page 172

1  other than phocomelia that have been associated
2  with thalidomide.  I can't name them today.
3          MS. HALPERN:  Thank you.  Let's
4  take a break.
5          THE VIDEO OPERATOR:  The time is
6  now 12:12, we are going off the record.
7  This is the end of Disk Number 2.
8          (Discussion off the record.)
9          (Recess taken -- 12:13 p.m.)

Page 171

1      A.   I didn't say that.  Phocomelia is
2  certainly very prominent.
3      Q.   Doctor --
4      A.   You are asking me about thalidomide.  I
5  will answer the question.  I certainly will.  Since
6  you asked me, I will answer the question.
7      Q.   Dr. Kramer, we cannot have you go on
8  your computer --
9      A.   I'm not on my computer.
10     Q.   Excuse me -- for every question that is
11 asked of you.  I'm asking you as you sit here today
12 do you agree that thalidomide does not cause each
13 and every type of limb defect, or do you not know
14 without getting on your computer or reading an
15 article?
16     A.   I can't tell you every type of limb
17 defect that --
18     Q.   I didn't ask you that.
19     A.   Well, that's the answer to your
20 question.
21         MS. HALPERN:  Let's read the
22 question back.
23         (The record was read as
24 requested.)
25     A.   I don't know all of the limb defects

Page 173

1          AFTERNOON PROCEEDINGS
2              (12:59 p.m.)
3          THE VIDEO OPERATOR:  The time now
4  is 12:59.  We are back on the record.
5  This is the beginning of Disk Number 3.
6  BY MS. HALPERN:
7      Q.   Dr. Kramer, behind Tabs 26 through 32 in
8  Exhibit 40 are invoices that have been produced, I
9  believe in preparation for your report in this
10 case; is that correct?
11     A.   26 and 32?
12     Q.   26, 27, 28, 29, 30, 31, and then behind
13 Tab 32 appears to be a summary of the hours, and I
14 don't know if that was prepared by the lawyers or
15 by your office.
16     A.   I think this was prepared by my office,
17 a summary of the hours.
18     Q.   Okay.  And is it fair to say that the
19 people's names who are there, Hikel, Hinds,
20 Fiera --
21     A.   Pereira.
22     Q.   -- and Weishaar are the only people that
23 did research and worked on the materials for your
24 opinion that Paxil causes limb defects?
25     A.   That's correct.

Shira Kramer, Ph.D., MHS

Page 174

1    Q.    Okay.
2          Are any of those people physicians?
3    A.    No.
4    Q.    Teratologists?
5    A.    No.
6    Q.    Cardiologists?
7    A.    No.
8    Q.    Microbiologists?
9    A.    David Hinds has a strong background in
10   microbiology.
11   Q.    But he is the one I think you told me
12   has a master's degree in epidemiology?
13   A.    That is correct.
14   Q.    Does he have a degree in microbiology?
15   A.    No, I believe he did a fair amount of
16   work in microbiology as part of his degree.
17   Q.    As part of his master's degree?
18   A.    I believe.  And might also have done so
19   as part of his bachelor's degree.
20   Q.    Does he hold any degree in microbiology?
21   A.    I don't believe he does.
22   Q.    Any certification or training other than
23   what you just described?
24   A.    I don't believe so.
25   Q.    Is anyone a molecular biologist?

Page 175

1    A.    And by a molecular biologist you mean
2    has a Ph.D. in molecular biology?
3    Q.    Yes.
4    A.    No one has a Ph.D in microbiology.
5    Q.    How about a master's degree in biology,
6    any kind of biology?
7    A.    No, I don't believe so, other than
8    myself.
9    Q.    You have a master's degree in biology?
10   A.    Well, I have a master's degree in human
11   genetics.
12   Q.    I understand that.
13   A.    And there was a fair amount of molecular
14   biology involved in that.
15   Q.    Anybody a pharmacologist?
16   A.    No.
17   Q.    A physiologist?
18   A.    Not by degree, no.
19   Q.    Or bench scientist?
20   A.    By that do you mean experience in bench
21   science?
22   Q.    Yes, performing in vitro/in vivo study.
23   A.    I did.  Stephanie Hikel may have.  David
24   may have, I am not sure.
25   Q.    So Stephanie Hikel, what's her degree?

Page 176

1    A.    She has a master's degree in
2    epidemiology.
3    Q.    And David Hinds has a master's degree
4    in epidemiology?
5    A.    That's correct.
6    Q.    And Pereira?
7    A.    Pereira has a bachelor's degree.
8    Q.    In what?
9    A.    In a biological science.  I'm not sure
10   whether it is biology or biochemistry.
11   Q.    And Weishaar?
12   A.    Weishaar is an administrative person.
13   Q.    Okay.  So you're not a teratologist?
14   A.    I am not a degreed teratologist, that's
15   correct, although I don't know that there are
16   degrees in teratology specifically.
17   Q.    But you answered that question in the
18   past.  You said no, I'm not a teratologist.  Has
19   that changed in the last two years?
20   A.    The answer I have given, and I don't
21   know what I specifically said two, two and a half
22   years ago, is that I certainly have had to learn a
23   lot about teratology and birth defects and birth
24   defect epidemiology as part of my work and my
25   research over the past 30-some years.

Page 177

1    Q.    Okay.  So the literature that was
2    reviewed in your office about serotonin and limb
3    defects, was it reviewed by anyone other than these
4    people that are listed behind Exhibit 32 that we
5    have just mentioned?
6    A.    When you say "reviewed," I reviewed the
7    literature.
8    Q.    I understand that.  I'm asking in
9    addition to you, Hikel, Hinds, Pereira, did anybody
10   else get engaged in offering you opinions, advice
11   or information about whether Paxil can perturb
12   serotonin in such a way to cause limb defects?
13   A.    Well, I need to be very clear that I'm
14   the one who formed my own opinions.  I didn't
15   request opinions from anybody else.  These are
16   support staff.
17   Q.    Fine.
18   A.    I just want to clarify that.
19   Q.    I appreciate the clarification, but I'm
20   asking is there anyone external?  Anyone other that
21   is on this list that you consulted with with regard
22   to that issue?
23   A.    No.
24   Q.    Okay.  So your opinion about Paxil
25   causing serotonin perturbation of limb defects

Shira Kramer, Ph.D., MHS

Page 178

1  comes from your own synthesis and review of the
2  literature?
3       A.   That is correct.
4       Q.   Okay, nobody else's?
5       A.   That is correct.
6       Q.   Okay, thank you.
7            Is it your opinion to a reasonable
8  degree of scientific certainty that perturbing
9  serotonin causes limb defects?
10           MR. FRISCHHERTZ:  Objection.
11      Q.   Is that an opinion that you hold or that
12 you are prepared to offer?
13           MR. FRISCHHERTZ:  Objection to the
14 form.
15           You can answer.
16      A.   It is my opinion that perturbations in
17 levels of serotonin are an important part of the
18 causal mechanism involved in the development of
19 limb defects where perturbation of serotonin has
20 occurred, that is correct.  In other words, I want
21 to be clear that there may be limb defects that
22 occur for other reasons, but that where
23 perturbation of serotonin is a likely mechanism,
24 that it is a very important mode of action for
25 the -- in causation of limb defects.

Page 179

1       Q.   Let me ask you again a little more
2  precisely maybe.  Is it your opinion, to a
3  reasonable degree of scientific certainty, that
4  perturbing serotonin causes limb defects?
5       A.   It is my opinion, to a reasonable degree
6  of scientific certainty, that perturbing levels of
7  serotonin in the first trimester of pregnancy can
8  cause limb defects.
9       Q.   Fine, thank you.
10           And is that opinion based on
11 epidemiologic literature?
12      A.   In some degree, but most, in large part
13 due to the large category of sort of biological
14 plausibility, mode of action, serotonin,
15 mechanistic literature.  Although, as I have said
16 before, the epidemiological literature, while not
17 very informative on this topic because of the very,
18 very low prevalence and the low power of these
19 studies to examine that issue, is supportive in a
20 very broad sense.
21      Q.   Well, let me ask you the question again,
22 and this has nothing to do with Paxil.  I'm not
23 including Paxil in my question.
24           I asked you if it was your opinion to a
25 reasonable degree of scientific certainty that

Page 180

1  perturbing serotonin causes limb defects.  You said
2  yes.  I want to know what epidemiologic literature
3  you rely on for that statement.
4       A.   Well, the epidemiological literature on
5  that statement is sparse, because you don't
6  experiment with pregnant women.
7       Q.   That's fine.  I just want to know what
8  it is.
9       A.   Well, I have mentioned that there is
10 epidemiological literature specifically for Paxil
11 and other SSRIs that does show an increased risk of
12 broader categories of congenital malformations
13 which may include and which do include limb
14 defects.
15      Q.   Let me ask it again, because I'm not
16 sure you're answering, but maybe you are.
17           Outside of the context of Paxil, forget
18 Paxil, is it your opinion that perturbing serotonin
19 can cause limb defects?
20      A.   Yes.
21      Q.   Okay.  Do you rely on any
22 epidemiological literature for that opinion?
23      A.   Other than the SSRI literature?  Is that
24 what you're asking me, because you seem to want to
25 exclude the Paxil SSRI literature.

Page 181

1       Q.   No, I don't want to exclude it.  Are you
2  saying that your opinion that perturbing serotonin
3  can cause limb defects comes from the Paxil
4  epidemiology, because I thought you were saying the
5  fact that perturbing serotonin can be causing limb
6  defects in Paxil comes from -- it sounds circular
7  to me.
8            Strike that question and I will start it
9  again.
10           Is it your opinion that the epi
11 literature leads you to believe that perturbing
12 serotonin can cause limb defects?
13      A.   It is my opinion that the epi literature
14 is contributory to the entire synthesis of all of
15 this data.  It is in and of itself, in isolation,
16 not what I'm relying on, but it is part of the
17 synthesis and accumulated data.  And when I say
18 that I mean to say that there are studies that show
19 that Paxil does cause perturbations or changes in
20 serotonin levels; that Paxil and other SSRIs do
21 cross the placenta; that serotonin does have an
22 effect on the developing embryo, et cetera,
23 et cetera.
24      Q.   Okay.  I don't think you understand my
25 question, so I'm just going to ask it for a third

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 182

1   time just because this is an important question.
2          Is it your opinion, independent of the
3   Paxil literature, did you reach the conclusion that
4   perturbing serotonin can cause upper limb defects
5   or limb defects?  Do you believe that -- strike
6   that.
7          I'm getting all bollixed up here.  Let
8   me say it again.
9          Is it your opinion to a reasonable
10  degree of scientific certainty that perturbing
11  serotonin causes limb defects?
12         MR. FRISCHHERTZ:  Objection.
13    A.   I have answered that question several
14  times.
15    Q.   And you are relying in part for that
16  answer on the Paxil epidemiology?
17    A.   In part.  In part.
18    Q.   What else are you relying on then, let's
19  get that out, the literature that is in your expert
20  report and on your disk drive?
21    A.   Precisely.
22    Q.   Okay.  So you rely on the epidemiology
23  on Paxil to help you conclude that perturbing
24  serotonin causes limb defects?
25    A.   To some degree.

Page 183

1     Q.   Okay.
2     A.   To some degree.  And I think I have
3   outlined even just a few minutes ago in what
4   aspects I believe the epidemiological literature on
5   Paxil, in what ways that contributes to that whole
6   subject matter and that causation analysis.
7     Q.   Okay.  And the epidemiological data
8   pertaining to all cardiac malformations --
9     A.   All cardiac now?
10    Q.   -- all cardiac malformations, is that
11  part of the epi that you are talking about?
12    A.   To some degree.
13    Q.   And the epi on all congenital
14  malformations in Paxil, is that the epi that you
15  are talking about?
16    A.   To some degree, yes.
17    Q.   Are you relying on any epidemiology
18  about Paxil and limb defects specifically for that
19  opinion?
20    A.   Well, there is very little literature on
21  Paxil and limb defects specifically, so I would say
22  that's very, very, very sparse.  There is very
23  little literature.
24    Q.   So you are not relying on that?
25    A.   I would -- you know, there may be some

Page 184

1   aspect of various discussions and so on that I
2   have -- that I think do contribute, but in general
3   those studies are underpowered to detect
4   associations between specific limb defects and
5   exposure to Paxil.
6     Q.   So I believe you testified earlier that
7   you extrapolated data about Paxil and all
8   malformations in part to reach your conclusion
9   about Paxil and limb defects because they shared,
10  in your opinion, a common mechanism of action,
11  correct?
12    A.   Can you repeat that question slowly,
13  please?
14    Q.   You testified earlier that you were
15  willing to extrapolate findings about Paxil and all
16  congenital malformations to, at least in part to
17  Paxil and limb defects, because you believe they
18  both shared a common mechanism of action with
19  regard to serotonin?
20    A.   I don't believe that's what I said.  I
21  don't believe you have concatenated that accurately
22  at all.
23    Q.   Okay.  So how do you translate the data
24  on all congenital malformations to the data on limb
25  defects?

Page 185

1     A.   So the data on all congenital
2   malformations does speak to the pleiotropic effects
3   of perturbation of serotonin, and the critical
4   biological plausibility that underlies that, that
5   is the role of serotonin in the development of
6   multiple embryological structures, and the cascade
7   effect of serotonin is very, very supportive.
8          Now, what I believe I said was that the
9   epidemiological literature and findings on all
10  congenital malformations that have been reported by
11  GSK in all of their studies and many, many others
12  does contribute to my opinion about limb defects.
13  It does contribute.
14         And in a causation analysis it is not a
15  valid approach to say well, you know, is it just
16  this factor, is it just that factor.  It's a
17  synthesis of all of these issues and all of the
18  evidence and all of the factors so it relates to
19  it.
20    Q.   I think I understand you now.
21         So let me ask you this:  There are some
22  teratogens that cause cardiac defects, but don't
23  cause limb defects, correct?
24    A.   Not so far as has been observed in the
25  studies that have been done to date.

Shira Kramer, Ph.D., MHS

Page 186

1    Q.    Not about Paxil, I mean --
2    A.    What I said before, I want to reiterate,
3  and that is the epidemiological studies of
4  etiologic factors related to limb defects are very
5  sparse, period, Paxil aside, because of the very,
6  very rare occurrence of these limb defects, because
7  the prevalence is so low.
8    Q.    Do you know of any teratogen that causes
9  cardiac defects but not limb defects?
10    A.    I'm not sure if they may not cause limb
11  defects.  I know there are other teratogens that
12  cause cardiac defects, I'm not sure whether they
13  cause limb defects as well.
14    Q.    Accutane --
15    A.    Accutane --
16    Q.    -- do you know if it causes cardiac
17  defects?
18    A.    I could look it up.
19    Q.    Well, Dr. Kramer, this is my question.
20    A.    Well, you asked me a question.
21    Q.    What question do you think you are
22  answering?
23    A.    You're asking me if Accutane causes limb
24  as well as cardiac defects, and I don't recall that
25  from memory.

Page 187

1    Q.    Let's look at your -- I can tell you
2  where it is.  If you turn --
3    A.    Here you go, 7.
4        So Accutane has been associated with
5  miscarriage, craniofacial, thymic development, CNS
6  development, cardiac defects, and I don't have limb
7  defects listed here.
8    Q.    So you would not extrapolate from data
9  on Accutane and cardiac defects to say it causes
10  limb defects, correct?
11    A.    In isolation I can't answer that.  I
12  have not looked into the mechanism of action of
13  Accutane and whether or not there is a strong level
14  of biological plausibility.  I can't answer that
15  right now.
16    Q.    So the reason you are willing to
17  extrapolate about data on Paxil and cardiac defects
18  or data on Paxil and all congenital defects is
19  because of the mechanism of action?
20    A.    You mean with regard to limb defects; is
21  that what you're talking about?
22    Q.    Yes, thank you, with regard to limb
23  defects?
24    A.    In large part.
25    Q.    We have been through this before, in

Page 188

1  large part.  You can't tell me what the rest is --
2    A.    In large part.  That's an important part
3  of the reasoning.
4    Q.    Okay.  Are you aware of anyone who has
5  ever extrapolated from all congenital malformations
6  to limb defects based in large part on a presumed
7  mechanism of action?
8    A.    Well, sure, there has been quite a bit
9  written about that.  As a matter of fact, the --
10  some of the individuals who are very well-known for
11  classification systems that have been developed for
12  the major studies, such as the National Birth
13  Defects Prevention Study and the Baltimore/
14  Washington Infant Study, have written about this
15  issue of classification and extrapolation.
16    Q.    Let me ask it in a different way.
17    A.    Do you want me to answer the question?
18    Q.    No, I don't.  Strike that.
19        Are you aware of anyone that has reached
20  a causal opinion about limb defects based on data
21  on all congenital malformations?
22    A.    Alone, with no -- with no consideration
23  of biological plausibility?
24    Q.    No, based on a mechanism of action.  Do
25  you know of any --

Page 189

1    A.    I have not done that kind of review, so
2  I can't answer that.
3    Q.    But as you sit here today, do you know
4  of any teratogen or any article where the authors
5  have reached a causal conclusion about limb
6  defects, extrapolating from all congenital
7  malformations based on a mechanism of action?
8    A.    I have not done that kind of review, so
9  I have no answer to that question.
10    Q.    Do you know if that type of methodology
11  is generally accepted in the teratogenic community?
12    A.    Oh, I believe it is, and I believe the
13  publications of some of these individuals who talk
14  about classification and analysis and approaches
15  such as Rasmussen and Ferencz and others talk about
16  who discuss the basis for classifying and
17  extrapolation address this issue.
18    Q.    Okay.  We are not talking about
19  classification now.  We are not talking about
20  conducting epidemiologic studies.  I'm asking if
21  you are aware of anyone, anywhere, who has
22  extrapolated from data on a drug or an
23  environmental chemical and all congenital
24  malformations together to reach a conclusion about
25  causation about limb defects, when you don't have

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 190

1    the data on limb defects but all you have is
2    information about mechanism of action?
3            MR. FRISCHHERTZ:  Object to the
4        form of the question.
5        A.    I have not done that kind of review.
6        Q.    And you don't know if that is a
7    generally accepted teratologic methodology, do you?
8        A.    I can tell you that is a generally
9    accepted causation methodology, which is what I'm
10    here to discuss with you is causation.
11        Q.    And where is that written?
12        A.    I will give you a very prime and recent
13    example, and that is the example that I just gave
14    for PCB 126.  The International Agency For Research
15    on Cancer has just within the last year or so
16    classified PCB 126 as a definite class 1
17    carcinogen, in the absence of any epidemiological
18    data, all based on mechanism, one hundred percent
19    as a carcinogen.  This is probably the best known
20    scientific panel for the classification of
21    carcinogens worldwide.
22            This is not a novel concept or a novel
23    methodology in the field of causation, and that's
24    what I am here to talk about is causation, and it
25    is absolutely and perfectly appropriate to

Page 191

1    extrapolate about causation based on evidence that
2    may come from, in large part, mode of action or
3    mechanism.
4        Q.    Okay.  And the data that they were
5    relying on on this PCB 126, was there an animal
6    model?
7        A.    I don't recall whether there was an
8    animal model.  I don't recall.  I would have to
9    look it up.  I really don't remember.
10        Q.    Okay.  And were there in vivo and
11    in vitro studies specifically conducted?
12        A.    There were a whole series of studies
13    that were conducted on the mechanism of action, so
14    there must have been.  I'm assuming there must have
15    been.
16        Q.    And is the mechanism of action something
17    that is generally accepted in the scientific
18    community?
19        A.    I'm assuming if the panel, an
20    international panel decided that the mechanism of
21    action had been established sufficiently to
22    classify this chemical as a class 1 carcinogen --
23        Q.    Right.
24        A.    -- they must have accepted the level of
25    evidence as sufficient, otherwise they wouldn't

Page 192

1    have classified it that way.
2        Q.    And Dr. Kramer, as you are sitting here
3    today, are you telling me that you think the level
4    of evidence is the same for demonstrating that
5    perturbing serotonin, that Paxil can perturb
6    serotonin to the extent it can cause limb defects
7    is the same quality and level of evidence on this
8    PCB 126?
9        A.    I don't even think that's a relevant
10    question.
11        Q.    I didn't ask you --
12        A.    First of all, I can't answer that,
13    whether it is the same.
14        Q.    Okay, good enough.
15        A.    And I don't think it's really relevant.
16        Q.    Okay.  Do you believe statistical
17    significance is required in order to draw causal
18    conclusion from epidemiologic studies?
19        A.    Can you repeat that slowly?
20        Q.    Do you believe statistical significance
21    is required in order to draw a causal conclusion
22    from epidemiologic studies?
23        A.    Well, are you talking about one
24    individual study at a time?
25        Q.    Any study.  Do you need to have a

Page 193

1    statistically significant finding, or is it enough
2    for the odds ratios to be elevated?
3        A.    I have to break your question up,
4    because I don't draw a causal conclusion about any
5    subject based on one study.
6        Q.    My question --
7        A.    You did say that.
8            THE WITNESS:  Can we read the
9        question back?
10        Q.    No, I will ask you the question.
11        A.    Okay.
12        Q.    Do you believe that statistical
13    significance is required in order to draw causal
14    conclusions from epidemiological studies?
15        A.    Well, the issue of drawing causal
16    conclusions from an epidemiological study has
17    nothing to do with the statistical significance of
18    that particular study.  You look at a synthesis of
19    information in order to draw causal conclusions.
20        Q.    And, doctor, the concept of power, can
21    it be helpful in evaluating whether a study's
22    outcome is exonerative or inconclusive?
23        A.    Could you very slowly repeat that
24    question?
25        Q.    The concept of power can be helpful,

Shira Kramer, Ph.D., MHS

Page 194

1  would you agree, in evaluating whether a study's
2  outcome is either exonerative or inconclusive?
3      A.   What do you mean by exonerative?
4      Q.   It means to -- the thing under study
5  doesn't cause the adverse event, it exonerates it.
6      A.   Well, no individual study can exonerate,
7  be exonerative the way you described it, and that's
8  a very, very widely accepted concept.  You can't
9  prove a null hypothesis by hypothesis testing.
10  That's impossible.
11      Q.   So when you say a study lacks power,
12  would you agree it either means that the study is
13  inconclusive or the study exonerates the drug at
14  issue?
15      A.   I just answered your question about
16  exonerating.  So exonerating, if you want to
17  discuss the issue of how does one exonerate, that
18  is not within the realm of statistical hypothesis
19  testing.  If a study lacks power then it is
20  inconclusive.
21      Q.   Thank you.
22           I understand --
23      A.   Oh, wait, wait, wait.  I need to expand
24  that one.
25           That is to say, because there are and

Page 195

1  certainly in this literature there are studies that
2  have low power that still find elevated odds ratios
3  and where these odds ratios may attain statistical
4  significance at this P less than .05 level.  That
5  is not to say that studies that do report or
6  observe elevated risks even in the -- in the realm
7  of low power are inconclusive.
8           That's a very important distinction,
9  because when you find an elevated odds ratio in a
10  study with low power, that's even a stronger signal
11  that there is -- you know, that there is evidence
12  in support of an association.
13      Q.   I understand from your report that it's
14  your opinion that maternal diabetes is a known
15  cardiac teratogen; is that true?
16      A.   It is a known risk factor for cardiac
17  birth defects.
18      Q.   And that's irrespective of whether it is
19  Type 1 or Type 2 diabetes?
20      A.   I don't recall.
21      Q.   Whether it is controlled or
22  uncontrolled, does that matter?
23      A.   Yes, it does.
24      Q.   How does it matter?
25      A.   Uncontrolled is a risk factor for

Page 196

1  cardiac birth defects.
2      Q.   Is it the more uncontrolled, it's the
3  higher the risk factor?  Does it matter?
4      A.   I don't recall what the relationship is
5  in terms of how severe the diabetes is.
6      Q.   Is gestational diabetes a risk factor
7  for birth defects?
8      A.   Yes, it is.
9      Q.   And does it further your opinion that
10  maternal diabetes can cause all different types of
11  cardiac defects, every type?
12      A.   I can't answer that.
13      Q.   I believe in your report you say it acts
14  without specificity.
15      A.   That's fine.  Where are you and what are
16  you referring to?
17      Q.   Page 24 of your report.  I don't have
18  time for this, Dr. Kramer, so let's just move on.
19           Do you know the mechanism of action by
20  which diabetes can cause birth defects?
21      A.   No, I don't.  Not off the top of my
22  head.
23      Q.   Do you know whether it matters if the
24  mother's diabetes is out of control in the three
25  months before she becomes pregnant?  Do you know if

Page 197

1  that matters?
2      A.   I don't recall.
3      Q.   Do you know if there is a relationship
4  between a mother's glucose level and the risk of
5  birth defects in pregnancy?
6      A.   I assume so, because of the relationship
7  with diabetes.
8      Q.   But you don't know?
9      A.   I assume so.
10      Q.   In Paragraph 71 of your report you state
11  that women depressed during pregnancy are found to
12  have more obstetrical complications.  Is that your
13  view?
14      A.   As delineated here, not -- it has been
15  very widely shown that women depressed from
16  pregnancy don't have an increased rate of
17  congenital malformations in their children, but the
18  ones -- the outcomes, the complications that I
19  listed are the ones that have been reported.
20      Q.   And that includes premature births?
21      A.   Yes, that's true.
22      Q.   Okay.  As a matter of fact, are you
23  aware of an article that just came out that said
24  that depression can double the rate of premature
25  births in normal women?

50 (Pages 194 to 197)

Shira Kramer, Ph.D., MHS

Page 198

1    A.    I have not read that article.
2    Q.    But it doesn't surprise you, does it?
3    A.    Well, it's consistent with what I have
4    read.
5    Q.    Okay.
6          And actually these findings have
7    occurred when depressed women who are actually
8    taking antidepressants are excluded from the study,
9    correct, so it's depression alone that they have
10   measured as a risk factor?
11   A.    I don't understand your question.
12   Q.    When they have eliminated from the
13   studies women who take antidepressants, there is
14   still an increase in risk with depression alone, or
15   maybe you're not aware of that?
16   A.    I don't know what you are asking me. Are
17   you asking me about these particular complications?
18   Q.    No, I'm just talking about depression as
19   a risk factor for prematurity generally.
20   A.    Would you mind repeating your question?
21   Q.    Are you aware of a study where they have
22   removed women from the studies who are taking
23   antidepressants?
24   A.    Then who are depressed?
25   Q.    Who are depressed, and there is still an

Page 199

1    increased rate of prematurity in that population.
2    That does not surprise you, I take it?
3    A.    No.  It is consistent with what I said
4    here.
5    Q.    You list a number of articles, actually,
6    in that paragraph.  I think it's Paragraph 145 of
7    your report.  You list a number of articles, and I
8    will pick out prematurity again.  You say there is
9    decreased gestational duration.  That's the same
10   thing as saying prematurity?
11   A.    Pretty much, yes.
12   Q.    And you list, like, six articles there.
13   Those articles --
14   A.    Although it may not be exactly
15   synonymous with prematurity.  I think they just may
16   be measures of the duration of pregnancy, but there
17   is a specific definition of prematurity that
18   wouldn't necessarily correspond with decreased
19   gestational duration.
20   Q.    Okay.  Let me ask you this.  Those
21   studies, I have looked at those studies and I don't
22   want to pull them out now, but to the best of your
23   knowledge do any of them deal with Paxil in
24   prematurity or are they all about SSRIs as a group
25   in prematurity?

Page 200

1    A.    I don't recall.
2    Q.    So you're not reaching the conclusion in
3    these paragraphs that Paxil causes premature birth,
4    are you?
5          MR. FRISCHHERTZ:  Object to the
6    form.
7    A.    I have not focused on that question.  I
8    have not done a causation analysis.  And I don't
9    recall which of these specific studies might have
10   focused on paroxetine specifically, so I can't
11   answer the question.
12   Q.    Okay.  So as you sit here today you
13   don't have an opinion to a reasonable degree of
14   scientific certainty as to whether Paxil causes
15   prematurity?
16   A.    I do not.
17   Q.    Okay.  Do you know what the background
18   rate is for premature births?
19   A.    I don't recall.
20   Q.    All right.
21          In Paragraph 137 of your report you
22   state that Paxil has been associated with an
23   increased risk of major congenital malformations
24   including cardiac and limb, right?
25   A.    Correct.

Page 201

1    Q.    And I think we have already established
2    that there is no epidemiology that you are relying
3    on that shows that Paxil has been associated with
4    limb defects, specifically?
5    A.    Well, so other than being incorporated
6    in the larger rubric of any, all, or major
7    congenital malformations that are analyzed more
8    typically in these studies.
9    Q.    Okay.
10          Is it true that it is your opinion that
11   the data in Paragraph 137 can be used, standing
12   alone, to demonstrate an association between Paxil
13   and limb defects?
14          MR. FRISCHHERTZ:  Object to the
15   form.
16          You can answer.
17   A.    Standing alone?
18   Q.    On it's own, just the epidemiologic
19   data.
20   A.    I did not do a causation analysis for
21   limb defects based on just the epidemiologic data,
22   as I have stated multiple times.
23   Q.    Okay.  But is it your opinion that you
24   could reach a causation opinion -- well, strike
25   that.

51 (Pages 198 to 201)

Shira Kramer, Ph.D., MHS

Page 202

1    You can reach an opinion about whether
2 Paxil is associated with cardiac defects based on
3 the epidemiology on Paxil and cardiac defects,
4 correct?
5    A.   Well --
6    Q.   You have said that?
7    A.   -- I certainly would look at all of the
8 information including biological plausibility, mode
9 of action.  One does not do a causation analysis
10 that way.
11    Q.   You didn't hear my question.  You could
12 certainly reach an opinion about whether Paxil is
13 associated with cardiac defects based on the
14 epidemiologic data on Paxil and cardiac defects
15 alone, correct?
16    A.   I would agree with that.
17    Q.   You can certainly reach an opinion about
18 an association with septal defects with Paxil based
19 on the epidemiology about septal defects and Paxil
20 alone, correct?
21    A.   I would agree with that.
22    Q.   Can you reach an association between
23 Paxil and limb defects based on any epidemiology
24 alone?
25    A.   Can you -- would you mind reading that

Page 203

1 back exactly as you have asked it?
2    Q.   I will say it again.  It's easier.
3         Can you reach an association, conclude
4 there is an association between Paxil and limb
5 defects, based on epidemiologic data alone?
6    A.   In the absence of any information --
7    Q.   Alone.
8    A.   Alone.  I think that's weaker.  That's
9 why I stated that I would -- that I certainly
10 incorporated the information on biological
11 plausibility and mode of action with regard to limb
12 defects.
13    Q.   You have to forgive me here, because
14 "weaker" does not answer my question.  It is either
15 you do think there is an association or you don't
16 think there is an association, and I'm not sure
17 what your answer is, so --
18    A.   Let me explain.
19    Q.   -- let me ask my question again.
20         Can you reach an opinion that Paxil is
21 associated with limb defects based on epidemiologic
22 data alone?
23    A.   And I'm going to give you an explanation
24 to my answer, which stands, and that is that the
25 epidemiological literature on both Paxil and

Page 204

1 cardiac defects, Paxil and broader congenital
2 malformations does include very extensive
3 discussions of how Paxil works, and the effects of
4 Paxil on the developing embryo.  That is a very
5 important component of the epidemiological
6 literature and can't be divorced from a causation
7 analysis.  So I will not say that the
8 epidemiological literature on Paxil and limb
9 defects does not contribute to an opinion about
10 association.  It does.
11    Q.   Let me ask another question.  Can you
12 reach an opinion that Paxil is associated with
13 cardiac defects based on relative risks from
14 epidemiologic studies alone, relative risks and
15 confidence intervals?
16    A.   And odds ratio and risk ratios?
17    Q.   Yes.
18    A.   And I have already answered that
19 question.
20    Q.   And that's yes?
21    A.   Yes.  I have answered that question.
22    Q.   Can you reach an opinion about whether
23 Paxil is associated with limb defects based on odds
24 ratio and risk ratios confidence intervals alone?
25    A.   I would say in the absence of any other

Page 205

1 considerations that would be an incomplete -- no,
2 that would be -- it would -- I would have to say
3 that the epidemiological literature and data do
4 contribute, but wouldn't be the entire basis of the
5 opinion.
6         (Kramer Exhibit No. 15 for
7    identification.)
8 BY MS. HALPERN:
9    Q.   Okay, let me give you Exhibit 15.  Which
10 is one of the studies you cite in your expert
11 report, the Cole study from 2007.  This study, by
12 the way, didn't control for or adjust for smoking
13 or diabetes, correct?
14    A.   I will have to check.  I don't recall.
15    Q.   It comes from Automated Medical and
16 PharmacoSolutions Claims Database, correct?
17         I'm going to have to let it go, doctor,
18 because this is wasting too much time --
19    A.   You asked me whether --
20    Q.   I'm going to move --
21    A.   You asked me a question --
22         MR. FRISCHHERTZ:  We object.
23 Everyone be quiet.  Let me object.
24         It has literally been ten seconds
25    for her to turn to a sheet of paper.  If

Shira Kramer, Ph.D., MHS

Page 206

1    your outline can't be completed in seven
2    hours with her being able to get
3    documents in front of her and answer the
4    question, then it just can't be
5    completed. I understand an unreasonable
6    two minutes to find a document to answer
7    a question, but literally it has been
8    ten seconds.
9        MS. HALPERN: Well, I gave her the
10       document, just for the record.
11       A.   No, you asked me a question about
12   whether or not the Cole study adjusted for certain
13   factors, and I didn't even have a chance to look at
14   this, and I am sure you didn't expect me to know
15   that from memory. So now I have all the adjustment
16   factors from all the iterations of this study right
17   here in front of me that took exactly two seconds
18   for me to pull up, and it's an appropriate thing
19   for me to do.
20       Q.   Could you answer the question, did this
21   study control or adjust for smoking?
22       A.   I will take a look.
23           No, it doesn't look like they did.
24       Q.   Who created the chart you are reading
25   from?

Page 207

1        A.   I asked David Hinds to summarize this
2    information for me.
3        Q.   Did they control or adjust for diabetes?
4        A.   Yes, it looks like they did. Diagnosis
5    of gestational diabetes.
6        Q.   Pre-gestational diabetes, doctor.
7        A.   Well, I will check that. It says
8    gestational diabetes on here, and I will check it.
9        Q.   I withdraw the question.
10           Would you turn to Paragraph 102 of your
11   report where you discuss the Cole findings
12   regarding limb defects and other musculoskeletal
13   defects?
14       A.   Which paragraph?
15       Q.   102. And you say in the first sentence,
16   and you acknowledge that this study looked at all
17   congenital defects, correct?
18       A.   That's correct.
19       Q.   I don't why you say congenital and
20   musculoskeletal defects, doctor. Aren't
21   musculoskeletal defects congenital defects?
22       A.   I believe what I meant here was that
23   they looked at the prevalence of the category all
24   congenital defects and then the category of
25   musculoskeletal defects. That's exactly right,

Page 208

1    so -- and then I cite the prevalence of the two
2    different categories.
3        Q.   All I'm asking is aren't musculoskeletal
4    defects congenital birth defects?
5        A.   Yes, they are.
6        Q.   So you didn't say all congenital defects
7    and all cardiac defects, correct? I'm asking you
8    why you said "and musculoskeletal defects."
9        A.   Well, I believe because -- let me just
10   take a look back at this -- I had already discussed
11   the results for cardiovascular defects in great
12   detail. Now this paragraph has to do with the
13   issue of limb defects, other outside -- defects
14   outside of the category of cardiac, which had
15   already been discussed in great detail in
16   Paragraphs 101 -- in Paragraph 101, so I had
17   already dealt with that subject.
18       Q.   So if you would turn to Page 1077 of the
19   article, right-hand column, first paragraph,
20   Outcomes.
21       A.   Can you slow down and let me get there?
22           Okay.
23       Q.   Right-hand column. First paragraph
24   under Outcomes.
25       A.   Okay.

Page 209

1        Q.   The authors say, if you look down, maybe
2    the second sentence, "We searched the medical
3    claims data for the corresponding ICD-9 diagnosis
4    codes," correct?
5        A.   Yes.
6        Q.   So they utilized the ICD-9
7    classification system, correct?
8        A.   That's correct.
9        Q.   And according to the Cole article
10   abstract, if you want to turn back to the first
11   page, there were over 1800 infants born to moms
12   exposed to Paxil; is that right? Do you see that
13   there?
14       A.   815 exposed to monotherapy and 1020
15   exposed to mono or polytherapy.
16       Q.   And that totals to 1835, approximately?
17       A.   Okay.
18       Q.   So is it also true that separate
19   analyses were done in the study of musculoskeletal
20   defects, were not -- I'm sorry, were not conducted.
21   There were no separate analyses of musculoskeletal
22   defects in this study, correct?
23       A.   I will have to take a look and check. I
24   do not recall.
25       Q.   You say that actually in your report,

Page 210

1  doctor.
2      A.   Well, actually that's not true.  Let me
3  just see.
4      Q.   Right in the middle of Paragraph 102,
5  "Separate analyses of musculoskeletal defects were
6  not conducted."
7      A.   Okay, well if that's what I say then
8  that's apparently what happened.
9      Q.   Okay.  So if you turn to Table 4 of this
10 article --
11      Do you see that?
12      A.   Yes, I do.
13      Q.   -- they actually find three
14 musculoskeletal defects in babies exposed to Paxil
15 in utero.  Do you see that?
16      A.   That's true.
17      Q.   And that's from mono and polytherapy --
18 actually, none on polytherapy, they were all found
19 on monotherapy, correct?
20      A.   That's correct.
21      Q.   And for polytherapy for other
22 antidepressants there were three on monotherapy
23 plus another two on polytherapy for a total of
24 five?
25      A.   That's correct.

Page 211

1      Q.   Okay.  And there are no limb defects
2  identified there for those exposed to Paxil,
3  correct?  The first is arthrogryposis multiplex,
4  congenital; is that right?
5      A.   The first one is acetabular dysplasia,
6  it looks like.
7      Q.   That's not on Paxil, doctor.  I'm
8  looking at the Paxil.
9      A.   You are asking me about Paxil.  Okay.
10      Q.   So the first one is arthrogryposis,
11 correct?
12      A.   That's correct.
13      Q.   That's not a limb defect, correct?
14      A.   I can't -- I can't really -- I would
15 have to look it up.
16      Q.   So you don't know?
17      A.   I don't know of the top of my head.
18      Q.   Okay.
19      The second one is congenital hip
20 dislocation, correct?
21      A.   That is correct.
22      Q.   Do you know if that's a limb defect?
23      A.   I don't believe it is, but I would have
24 to look up how it is classified.
25      Q.   The third one is hip dysplasia; that's

Page 212

1  not a limb defect, is it?
2      A.   It might be.  I would have to look that
3  up.
4      Q.   So you don't know?
5      A.   I don't recall.
6      Q.   So you read this article, you have an
7  opinion about Paxil and limb defects, and you have
8  no idea if these defects are limb defects or not?
9      A.   I didn't say that.  I said I don't
10 recall.  Would you like me to look this up?  And my
11 causation analysis is not just based on this
12 particular finding of three cases of
13 musculoskeletal defects in the Cole article the way
14 you are splitting this out.  I made that very
15 clear --
16      Q.   We have to start somewhere, don't we?
17      A.   Well, you know what, you don't have to
18 start somewhere that makes no sense and is
19 completely counter to the rationale that I have not
20 only presented in my report but also all day today.
21      Q.   So --
22      A.   Let me clearly state now, since you
23 didn't seem to understand my answers all day today,
24 that the epidemiological literature --
25      Q.   There is no question pending, so please

Page 213

1  stop.
2      On Page 102 in the middle you
3  write, and it's about three, six, nine, twelve
4  lines up from the bottom.  "No musculoskeletal
5  defects were observed in the paroxetine or other
6  antidepressant polytherapy groups."
7      Did I read that correctly?
8      A.   You did.
9      Q.   That's incorrect, is it not?  There were
10 two in the polytherapy group according to Table 4.
11      A.   Well, in the polytherapy group there are
12 none.
13      Q.   Doctor --
14      A.   Musculoskeletal?
15      Q.   Yes, that's what you are writing about.
16      A.   Right.
17      Q.   You say, "No musculoskeletal defects
18 were observed in the paroxetine or other
19 antidepressant polytherapy groups."  That part is
20 correct, right?
21      A.   There were no musculoskeletal defects
22 observed in the paroxetine or other antidepressant
23 polytherapy groups, that's correct.
24      Q.   All right.  And then you go down and you
25 say -- I will have to find it -- musculoskeletal --

54 (Pages 210 to 213)

Shira Kramer, Ph.D., MHS

Page 214

1  right above it. "Musculoskeletal defects accounted
2  for three of the 17 noncardiovascular
3  malformations." I'm sorry, that's right. That's
4  what you are saying.
5      No, I'm sorry. I'm going back to it.
6  It says, "No musculoskeletal defects were observed
7  in the paroxetine polytherapy groups." That's
8  correct?
9      A.  That's correct.
10     Q.  But you also said no musculoskeletal
11  defects were observed in the other antidepressant
12  polytherapy group.
13     A.  That appears to be an error.
14     Q.  That's an error. Thank you very much.
15     A.  That does not really impact anything,
16  but that appears to be an error. I stand
17  corrected.
18     Q.  Would you agree that this study looking
19  at all congenital malformations did not find any
20  defects from mothers exposed to Paxil in their
21  babies that involved the hand?
22     I will say it better. None of those
23  defects reported in babies born to mothers exposed
24  to Paxil involved the hand, correct?
25     A.  Other than my not being certain what

Page 215

1  arthrogryposis multiplex congenital is. I don't
2  recall what it is. Certainly the two hip defects
3  don't involve the hand, but I don't recall what
4  arthrogryposis multiplex congenital is.
5      Q.  It's a defect coded to Section 754 of
6  the ICD code, are you aware of that, not 755? It's
7  not a limb defect.
8      You're not aware of that? Okay.
9      Would you agree that none of the defects
10  reported in babies born to mothers --
11     A.  Excuse me one second. Is there a
12  question pending about this?
13     Q.  Yes. This is the question. None of the
14  defects in babies born to mothers exposed to Paxil
15  involved fingers, correct?
16     A.  Again, I don't recall what this one
17  defect is, but it seems like it is going to be the
18  basis of a number of your questions so --
19     Q.  Why don't you pull out ICD-9 Code 754,
20  it's in Exhibit 14, and see if you can find
21  arthrogryposis. It's Code 754.89. Does that help?
22     Do you see it there?
23     A.  I do not.
24     Q.  Section 754?
25     A.  Point 89?

Page 216

1      Q.  Well, maybe it's -- maybe I have the
2  wrong one here. Let's look. Some of these break
3  out the specific defects better than others. All
4  right, so I don't have it to show you.
5      But you don't know where it belongs,
6  correct?
7      A.  I don't know. I don't recall if I told
8  you what the definition of this particular defect
9  is.
10     Q.  So with the exception of, we assume for
11  the moment, arthrogryposis, which we don't know
12  according to what it is, none of those defects
13  reported to mothers exposed to Paxil involved the
14  hand, the finger, the upper limb, the lower limb
15  unless somehow arthrogryposis does that, but we
16  don't know; is that right?
17     A.  I can't say that, because --
18     Q.  Because of arthrogryposis?
19     A.  No, also because of hip dysplasia, which
20  is a lower limb -- lower skeletal defect so I'm not
21  sure how that would fall out. I don't know how that
22  would relate to your question. I can't answer that
23  either.
24     Q.  Okay.
25     Would you agree then that the study

Page 217

1  didn't report a single Paxil exposed birth defect
2  involving the upper limb?
3      A.  Again, since I don't know the definition
4  of arthrogryposis multiplex congenital, I can't
5  answer that question.
6      Q.  All right. Are you aware that the Cole
7  authors -- well, let's go back.
8      So there is no odds ratio for Paxil and
9  limb defects from this study, correct? Is that
10  right?
11     A.  I am looking.
12     It looks like they only analyzed all
13  congenital defects.
14     MS. HALPERN: I'm going to give
15  you something that I have marked as
16  Exhibit 24. I will hand it to you.
17     (Kramer Exhibit No. 24 for
18  identification.)
19  BY MS. HALPERN:
20     Q.  This is a sheet that I have created.
21     MR. FRISCHHERTZ: Can I get a copy
22  of it?
23     MS. HALPERN: Yes. It's just one
24  page.
25     I'm sorry, I may only have one.

55 (Pages 214 to 217)

Shira Kramer, Ph.D., MHS

Page 218

1      MR. FRISCHHERTZ:  It's all right.
2      MS. HALPERN:  I will look over her
3   shoulder.
4   BY MS. HALPERN:
5      Q.    Let me ask you, if you would -- do you
6   have a pen there, doctor?
7      A.    Yes.
8      Q.    Okay.  And I would ask you to look along
9   the left-hand side and see if there are any studies
10  that you rely on there that you recognize.  Is Cole
11  one of them?
12     A.    Yes, it is.
13     Q.    Okay.  And could you fill in the
14  classification coding system they used?  I think we
15  have already established it was ICD-9 code.  Could
16  you write that in?
17         We just talked about that a moment ago.
18     A.    I know that.  I know that.
19     Q.    And under small hand, I believe you said
20  you don't know because of the arthrogryposis?
21     A.    What are you asking me about that I
22  don't know?
23     Q.    Whether they reported Paxil exposed
24  defects in that study for small hand.
25     A.    Whether they reported any; is that what

Page 219

1   you're asking me?
2      Q.    I think your answer to me was only if
3   arthrogryposis is a small hand.  Is that your
4   answer?
5      A.    So I need to look it up.  That's what I
6   need to do.  If you are going to continue to ask me
7   questions like this, I'm going to look it up.
8      Q.    Okay.
9      MS. HALPERN:  Let's go off the
10  record for a moment.
11         THE VIDEO OPERATOR:  The time now
12  is 1:53.  We are going off the record.
13         (Discussion off the record.)
14         THE VIDEO OPERATOR:  The time now
15  is 1:55.  We are back on the record.
16     A.    So I don't have a definition of
17  arthrogryposis multiplex congenital, so I can't
18  answer that question.
19  BY MS. HALPERN:
20     Q.    Okay.  Let's move on to study
21  Exhibit 25, which is the Davis study.  It's another
22  one --
23         MS. HALPERN:  Can you pull that
24  out, please, Exhibit 25?
25     Q.    While she is doing that, Dr. Kramer, do

Page 220

1   you want to fill in, if that's what you need to do,
2   under small hand, shortened fingers, limb reduction
3   defects, that it depends on what arthrogryposis is?
4      A.    Well, you are asking me about a
5   different study.
6      Q.    No, no, we are still on Cole.  We have
7   not filled in under Small Hand, Shortened Fingers.
8      A.    Oh, I see.
9      Q.    So whatever it is that you want to write
10  about that being, you know, there is none unless it
11  is arthrogryposis.
12     A.    What would you like me to do here?
13  Since I don't know what one of these is, I really
14  can't answer these questions.
15     Q.    Write that, I don't know what
16  arthrogryposis is, can't answer the question.
17     A.    (Witness complies.)
18         Okay.
19     Q.    But that's the only one that would be a
20  hand, finger, limb reduction defect --
21     A.    I wrote it across the small hand -- I
22  mean, you know, obviously I don't know what
23  arthrogryposis multiplex congenital refers to --
24     Q.    Okay.
25     A.    -- so I can't comment on it.

Page 221

1      Q.    Fine.  And under the last column, Risk
2   Association for Limb Defects and Paxil, there
3   wasn't one, correct?
4      A.    They didn't report one.
5      Q.    So just write that in, not reported, or
6   whatever you want to put in there, however you want
7   to say it.
8         All right.  Let's move on.  Let's move
9   on when you are done with that to this study, the
10  Davis study.
11         (Kramer No. 25 marked for
12  identification.)
13  BY MS. HALPERN:
14     Q.    This is another one of the studies that
15  you rely on for some of your opinions in this case;
16  is that correct?
17     A.    That is correct.
18     Q.    And is that one of the studies you rely
19  on for your opinion that Paxil can cause limb
20  defects?
21     A.    This is part of the general
22  epidemiological literature.
23     Q.    Okay.  So is the answer yes then?
24     A.    Well, with the same -- with the same
25  explanation that I gave before.

1    Q.    Okay.  And, doctor, they rely on the
2  ICD-9 codes to classify defects, right?  And to
3  make it quick, your report, Paragraph 123 in the
4  middle says that.
5    A.    Okay.
6    Q.    So could we fill that in under
7  Exhibit 24 under Davis, ICD-9 codes; is that right?
8    A.    That's correct.
9    Q.    Okay.
10        Now, you state in your report that the
11  relative risk for certain congenital anomalies of
12  the limbs were not evaluated.  Do you see that?
13    A.    I'm finding it.
14    Q.    Okay.  I'm sorry, this may be a typo
15  here.  It's "were evaluated," isn't it?  And you
16  list a relative risk of 0.5 with a confidence
17  interval of 0.13 to 1.98.  Do you see that?
18    A.    Yes, I do.  Let me just find it in
19  the ...
20    Q.    You say the risk -- well, let's look at
21  Table 3 in the article, it might be simpler.  Do
22  you want to just go to Table 3 in the article?
23        Do you see that?
24    A.    Yes, I do.
25    Q.    Okay.  So when you look at Table 3 in

1  the article, would you agree that they estimated a
2  risk for Paxil and three different limb related
3  findings, the most notable is other congenital
4  anomalies of the limbs, right?
5    A.    Other congenital musculoskeletal --
6  other congenital anomalies of the limbs, yes.
7    Q.    Okay.  So the first one, certain
8  congenital musculoskeletal deformities, is Section
9  754 defects from the ICD-9 code; is that correct?
10    A.    I'm sorry, would you repeat that?
11    Q.    Yes.  The first one they report under
12  certain congenital musculoskeletal deformities,
13  that's Section 754 of the ICD-9 code, correct?
14    A.    I would have to look.
15    Q.    If you would turn to --
16    A.    I don't remember.
17    Q.    No, go to the ICD-9 codes there,
18  Exhibit 14.  Turn to the Section 754, and in fact
19  it's entitled Certain Congenital Musculoskeletal
20  Deformities.
21        Do you see that?
22    A.    That's correct.
23    Q.    Okay.  And so for Section 754 of the
24  ICD-9 code defects, they came up with a relative
25  risk of 0.50 with a confidence interval of 0.13 to

1  1.98; is that correct?
2    A.    That's correct.
3    Q.    Okay.
4        (Kramer Exhibit No. 101 for
5    identification.)
6  BY MS. HALPERN:
7    Q.    So what I would like to give you now is
8  a sheet of paper, which is marked Paxil and limb
9  reduction -- I'm sorry, Paxil and Musculoskeletal
10  Defects, because this is Section 754, correct?
11    A.    Wait.  You know what, can you just hold
12  off?  I need to take a look at something.
13        Okay.
14    Q.    All right.
15    A.    So what are you asking me to do with
16  this?
17    Q.    On that sheet of paper there is a
18  finding for Paxil musculoskeletal defects from the
19  Davis study.  With regard to Section 754, the odds
20  ratio is 0.50 and the confidence interval is 0.13
21  to 1.98. I'm just asking you to note that there.
22    A.    This is a blank sheet of paper.
23    Q.    That's right.  It's a blank sheet of
24  paper, and what does the title say?
25    A.    Paxil and Musculoskeletal Defects.

1    Q.    And this is a finding on Paxil and
2  musculoskeletal defects.
3    A.    And what did you want me to do with
4  this?
5    Q.    Just note it, that there is a finding
6  from Davis on Paxil from Section 754, which you
7  just noted.
8    A.    Okay.  One moment.  You're going too
9  fast.
10    Q.    Take your time.
11    A.    And what did you want me to do with this
12  now, to note what?
13    Q.    That the finding on Paxil -- do you see
14  the heading, Paxil and Musculoskeletal Defects?
15    A.    That's right, what specifically do you
16  want me to write?
17    Q.    The Davis study from 2007 with regard to
18  ICD-9 Code 754.
19    A.    ICD-9 Code 754.
20    Q.    You agree that's what this is, right,
21  Certain Congenital Musculoskeletal Deformities?
22    A.    Well, assuming that Davis used exactly
23  this same version of the ICD, which I don't recall
24  from memory --
25    Q.    You can write down Certain Congenital

Shira Kramer, Ph.D., MHS

Page 226

1  Musculoskeletal Deformities if you prefer.  I don't
2  really care.  It's just quicker.  That's the same
3  title at 754, and they said they used the ICD-9
4  codes, didn't they?
5       A.    Okay.
6       Q.    And the finding, please, which is --
7       A.    The relative risk.
8       Q.    And the confidence interval.
9       A.    And I have to note that this relative
10 risk is based on two exposed individuals, and
11 that's a very, very important point to be made, two
12 people.  It had almost zero power.
13      Q.    That's fine.
14      A.    So this is really a very, very
15 noncontributory finding.
16      Q.    That's totally fine, but I didn't ask
17 you that question.
18      A.    Well, it is part of the finding.  The
19 finding is based on two people who were exposed.
20      Q.    Then write N equals 2.
21      A.    I will do that.
22      Q.    Okay.
23            The next finding --
24      A.    I'm not finished.
25      Q.    Okay.

Page 227

1       A.    Okay.  So that's the only one that you
2  want me to write --
3       Q.    No, I'm going to give you Exhibit 100
4  next, and that's entitled Paxil and Limb Reduction
5  Defects, and that's the next finding on Table 3,
6  and I would like you to write that down, Other
7  Congenital Anomalies of the Limbs, which is Section
8  755 according to Exhibit 14.
9            (Kramer Exhibit No. 100 for
10            identification.)
11 BY MS. HALPERN:
12      Q.    And what is that relative risk,
13 Dr. Kramer?
14      A.    So the relative risk equals 0.72 based
15 on two exposed persons.  Again, very consistent
16 with my point that these studies didn't have the
17 power to detect an increased risk or any real risk
18 of these disorders because of the low prevalence.
19      Q.    Would you write the confidence interval
20 on the sheet, too, please?
21      A.    I will.
22      Q.    Thank you.
23      A.    Okay.
24      Q.    And will you go back to Paxil and
25 Musculoskeletal Defects now to write down the third

Page 228

1  one, which is Other Congenital Musculoskeletal
2  Anomalies, which is Section 756, if you care to use
3  your shorthand.
4            And what is that relative risk and
5  confidence interval?
6       A.    The relative risk is 0.76, the 95
7  percent confidence interval is 0.19 to 3.02 based
8  on two persons exposed to Paxil.
9       Q.    All right.
10            Now, would you go to Exhibit 24.  We
11 have been asking you to fill things in the other
12 exhibit --
13      A.    Which one?
14      Q.    Exhibit 24.  Where it says the Davis
15 study, will you fill in the ICD code as the
16 classification system?
17      A.    I did.
18      Q.    Okay.  And you would agree that we don't
19 know anything about these defects with any
20 precision?  We don't know if they are upper or
21 lower limb, with regard to the limb defects.  We
22 don't know if it's hip dysplasia or hand --
23      A.    Well, I would have to see whether,
24 within the text, Davis discusses this.  I don't
25 remember from memory.  Davis might have, but do you

Page 229

1  want me to look?
2       Q.    I know that they don't, but feel free to
3  look.
4            I will represent --
5       A.    Wait a minute.  There is something in
6  here that -- I just want to make sure I'm reading
7  this right.  And this is the Davis article?
8       Q.    I think so.
9       A.    Davis says on Page 1093, "Finally, we
10 found a statistically increased risk for congenital
11 eye and limb anomalies among paroxetine-exposed
12 infants.  We are unaware of any other studies that
13 have reported an increase in eye or limb anomalies
14 among infants similarly exposed in utero to
15 paroxetine, and following chart review most
16 conditions were either not confirmed or were
17 self-resolving conditions common in infancy," and
18 they list dacryostenosis.  "The limb anomalies we
19 found, one infant each with clubfoot and mild hip
20 dysplasia and a mild syndactyly, did not share
21 any common dysmorphologic features." So that's what
22 they report as their findings.
23      Q.    So that's fine.  So you know what the
24 three limb defects are, and none of them are hand?
25      A.    Well, the syndactyly sounds like it

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 230

1  would be a hand --
2      Q.  It's a webbed hand, it's not a
3  longitudinal limb defect?
4      A.  I can't speak to that.
5      Q.  You don't know if it's a limb defect?
6      A.  No, it's not a limb reduction, that's
7  true.  You asked me at first -- you are mixing up
8  these questions.  You asked me if it is a hand
9  deformity.  Yes, it is.
10     Q.  Okay, fine.
11     A.  Okay.
12     Q.  Do you know what kind of hand deformity
13 it is?  Do you know if it is webbing or small hand?
14     A.  It's not small hand.
15     Q.  Okay.  So let's go to Exhibit 24 again.
16     A.  Which one is that?
17     Q.  That's the one that reports Davis, and
18 can you fill in zero for Small Hand?  Zero for
19 Shortened Fingers?
20     A.  Don't know --
21     Q.  If you don't know about it --
22         (Interruption by the reporter.)
23 BY MS. HALPERN:
24     Q.  Okay.  Limb reduction defect, zero?
25     A.  Also they list this dacryostenosis, and

Page 231

1  I don't know what that is.
2      Q.  So you can write that in.
3      A.  I'm not sure what that is.
4      Q.  Then write you don't know what that is.
5      A.  And I'm not sure where that would fall
6  in, so how do you want me to record this?
7      Q.  Just write across it don't know what
8  dacryostenosis is, whatever.
9         So in the column under Risk Association
10 for Limb Defects in Paxil, it is a decreased risk,
11 correct, less than 1?
12     A.  What they say here is, "We found a
13 statistically increased risk for congenital eye and
14 limb anomalies among paroxetine-exposed infants."
15     Q.  Dr. Kramer, on Table 3 they give you an
16 odds ratio for Section 755 --
17     A.  You asked me limb defects --
18     Q.  Yes.
19     A.  -- and this is what they write.
20     Q.  Dr. Kramer --
21     A.  So I'm --
22     Q.  Dr. Kramer, look at Table 3, please.
23     A.  I'm looking at the paper.
24     Q.  And let me ask you a question.
25         Can you tell me how many people when not

Page 232

1  exposed to Paxil had other congenital anomalies of
2  the limb?  Can you see that?
3      A.  Not exposed to Paxil?  You want to know
4  how many people who were not exposed to Paxil --
5      Q.  Had --
6      A.  -- had other congenital anomalies?
7      Q.  That's how you calculate a risk ratio,
8  Dr. Kramer, the last I know, unless you do it
9  somehow differently than me.
10     A.  How do you do it?  I don't know what you
11 are referring to.  Are you asking me how do you
12 calculate a risk ratio?
13     Q.  Dr. Kramer, would you look at Table 3,
14 please?
15     A.  Sure.
16     Q.  Tell me how many people on Paxil,
17 babies, experienced limb defects.
18     A.  Well, it is very difficult for me to
19 really square this table with what they say.
20     Q.  Let me ask you more specifically.
21     A.  Very difficult.
22     Q.  What did the authors report for other
23 congenital anomalies of the limbs for people
24 exposed to Paxil?  You told me two a moment ago; is
25 that right?

Page 233

1      A.  Well, what is in this table -- this is
2  why I think I need to look a little bit more
3  carefully, because they list on 1093, they have got
4  limb anomalies that they name, which are three,
5  with another one --
6      Q.  Which of those --
7      A.  -- so I mean, I think it's a little
8  tough to see how they did this.
9      Q.  Oh, God.  Dr. Kramer, of the three that
10 you read to me how many of them fall into the
11 category of other congenital anomalies of the
12 limbs; do you know?
13     A.  I don't know how they classified them.
14 There is no way for me to know.
15     Q.  But they report two on Table 3, correct?
16     A.  Well, on Table 3 they report two under
17 other congenital anomalies of the limbs.
18     Q.  Which is Section 755 in the ICD-9 code,
19 which is what they say they used, correct?
20     A.  Well, unfortunately it doesn't really
21 square with this first paragraph of 1093.
22     Q.  Oh, my goodness.  Oh, my goodness.
23     A.  I'm sorry, but it's not as clear as you
24 think it is.
25     Q.  Dr. Kramer, the defects that are listed

Shira Kramer, Ph.D., MHS

Page 234

1  on the page that you just reported, do you know
2  where they are coded in the ICD-9 code?
3      A.   It's not -- do you want me to look them
4  up?
5      Q.   I'm asking clubfoot, that's coded to
6  Section 754, correct?
7      A.   I'm going to have to look.
8      Q.   You don't know.
9      A.   Well, off the top of my head I don't
10  know.
11      Q.   If you assume with me for the moment it
12  is coded to 754, you have mild hip dysplasia and
13  mild syndactyly left.
14      A.   Are you asking me to -- are you asking
15  me to agree with you without looking it up, because
16  I really can't do that.
17      Q.   Okay.  I understand that we are not
18  going to be able to clarify here, so let me just
19  ask you this:
20          It's fair to say that of the three
21  defects that are listed in the Davis study, you
22  don't know which of them are coded to Section 755,
23  Other Congenital Anomalies of the Limb, under the
24  ICD-9 code, correct?
25      A.   Now you want me to look at 755?

Page 235

1      Q.   I don't want you to look at anything,
2  doctor.
3      A.   You can't expect me to have memorized
4  this.  I certainly did not.  So if you would like
5  me to tell you where they were coded, I can look it
6  up and I can try to do that, but I haven't
7  memorized the ICD-9 code.
8      Q.   Okay.  Would you agree that the authors
9  report a reduced risk ratio for Paxil and other
10  congenital anomalies of the limb on Table 3?
11      A.   In this category on Table 3, under Other
12  Congenital Anomalies of the Limbs, they do report a
13  reduced risk ratio.
14      Q.   Could you please write that on
15  Exhibit 24 under Risk Ratio Association for Limb
16  Defects and Paxil for the Davis study?
17      A.   I can't do that.  I'm sorry, it is
18  really an incomplete answer, because this says
19  other congenital anomalies of the limbs and this
20  paragraph says something a bit different, so if you
21  want me to refer specifically to what is written in
22  the table I could do that, but I will not
23  misrepresent it.
24      Q.   Doctor, where does it say anything
25  different?  It says the limb anomalies, we found

Page 236

1  one infant each with clubfoot, mild hip dysplasia,
2  and mild syndactyly, did not share any common
3  dysmorphologic features.
4          How is that inconsistent with what the
5  authors wrote in Table 3?
6      A.   Well, it's got nothing to do with the
7  risk ratios.  That's a completely different
8  subject.  You asked me a question, I'm going to
9  answer it.  This sentence that you just read does
10  not have anything to do with the risk ratio.
11      Q.   Doctor, I'm not asking you about that.
12  I'm asking you about Table 3 --
13      A.   Okay.
14      Q.   -- and whether it reports a reduced risk
15  ratio for Paxil and other congenital anomalies of
16  the limb.
17      A.   Yes, it does.
18      Q.   And I'm asking if other congenital
19  anomalies of the limb, according to Exhibit 14, is
20  Section 755 of the ICD-9 code which they say they
21  used.  Is that what they call it?
22      A.   It looks like it is.
23      Q.   I'm asking you to fill in on Exhibit 24
24  under Risk Association for Limb Defects and Paxil,
25  Section 755, that there was a decreased risk found.

Page 237

1      A.   I would be happy to do that for that
2  particular title.
3      Q.   Yes.
4      A.   But I'm going to -- I'm going to go on
5  the record by saying that there is another part of
6  that answer with regard to the Davis statement, to
7  the Davis paper.
8      Q.   That's fine.  You have already, I think,
9  covered that pretty well.
10      A.   So what do you want -- unfortunately
11  this says limb defects, so it's not exactly
12  accurate.
13      Q.   It does say, in parens, Section 755.  Do
14  you see that?
15      A.   I'm going to be very specific then.
16      Q.   You can cross off "limb defects," if you
17  like, and leave it as Section 755.
18          MR. FRISCHHERTZ:  And I'm going to
19  object to that language in the exhibit.
20      Q.   Dr. Kramer, are you --
21      A.   Do you want me to do this or not?
22      Q.   Yes, please.  Tell me when you are done.
23      A.   Okay.
24      Q.   Okay.
25          Dr. Kramer, are you relying in any way

60 (Pages 234 to 237)

Shira Kramer, Ph.D., MHS

Page 238

1  on data on all SSRIs and limb defects, or data on
2  all SSRIs and any adverse effects and Paxil?
3        MR. FRISCHHERTZ:  Object to the
4     form.
5     A.    Would you mind repeating the question?
6     Q.    No, it was a very bad question, let me
7  ask you again.
8        Are you relying on any epidemiologic
9  data involving all SSRIs and birth defects as
10  supportive or otherwise?
11     A.    I would say to some degree.  It
12  certainly does contribute to my weight of the
13  evidence.
14     Q.    Okay.  So let's look at Table 1 of the
15  study we are looking at right now, the Davis study.
16  Can you turn to Table 1?  You see there is data
17  there on all SSRIs in the same three categories.
18  And there is data specifically on Other Congenital
19  Anomalies, Section 755 in the ICD-9 code, and all
20  SSRIs, correct?
21     A.    Correct.
22     Q.    And how many babies were found in the
23  exposed group?  Would you agree it's nine?
24     A.    That's correct.
25     Q.    And the odds ratio here was 0.67?

Page 239

1     A.    That's correct.
2     Q.    With a confidence interval of 0.35 to
3  1.29.  Do you see that?
4     A.    Yes, I do.
5     Q.    And they also had data for all SSRIs and
6  Certain Congenital Musculoskeletal Deformities,
7  which is Section 754, correct?
8     A.    I'm assuming.
9     Q.    Okay.  Let's just stick with the title
10  then, correct?
11     A.    That's correct.
12     Q.    And there were 15 babies; is that right?
13  The end is 15.
14     A.    For other Congenital Musculoskeletal
15  Anomalies?
16     Q.    Let's be very clear, Certain Congenital
17  Musculoskeletal Deformities.
18        Do you see that?
19     A.    Oh, 15.  Yes, I do.
20     Q.    And that's an N of 15; is that correct?
21     A.    That's correct.
22     Q.    And the odds ratio again is decreased,
23  0.76 with a confidence interval of 0.46 to 1.26,
24  correct?
25     A.    That's correct.

Page 240

1     Q.    And there is a finding for Other
2  Congenital Musculoskeletal Anomalies.  Do you see
3  that?
4     A.    I do.
5     Q.    And that's the title in the ICD-9 code
6  for Section 756, would you agree?
7     A.    I would have to look it up.
8     Q.    And there were seven babies exposed
9  there, correct?
10     A.    That's correct.
11     Q.    And the odds ratio was decreased again,
12  was it not?
13     A.    That's correct.
14     Q.    0.60 with a confidence interval of 0.29
15  to 1.27.  Do you see that?
16     A.    I do.
17     Q.    Now next to it are tricyclics.  Do you
18  see that?
19     A.    Yes.
20     Q.    And there is a finding for Other
21  Congenital Anomalies of the Limbs, which is
22  Section 755 in the ICD-9 code.  Do you see that?
23     A.    Yes.
24     Q.    And there are only seven exposed babies
25  in the tricyclic group, correct?

Page 241

1     A.    Correct.
2     Q.    Out of 167 babies, correct?
3     A.    Correct.
4     Q.    And this study apparently is powered
5  sufficiently that they found a statistically
6  significant increased risk for tricyclics and limb
7  deficiencies?
8     A.    What you just said does not necessarily
9  follow.  You said it was powered sufficiently.
10  Given the nature and the size of this increased
11  risk, they did find a statistically significantly
12  elevated relative risk, but I don't know how
13  that -- how that relates to powered sufficiently.
14     Q.    Okay.
15        Are you aware that this study found no
16  statistically significant increase in cardiac
17  defects associated with Paxil?  It's on Page 1092
18  on the bottom, the right last paragraph.  It says,
19  "Contrary to recent findings that were the subject
20  of an FDA advisory notice, we did not find a
21  significantly increased risk for cardiovascular
22  anomalies among paroxetine-exposed infants."
23     A.    Let me just see this for a second.
24        So their findings were for -- right,
25  they had one exposed individual for bulbous cordis

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

1  anomalies, as I point out in my report, one exposed
2  for other congenital anomalies of the heart.
3        This study has very, very low power.
4  Only 182 individuals exposed to Paxil is a very,
5  very, very underpowered study, particularly if they
6  are going to look at individual categories.  So
7  this study, if you consider that the prevalence
8  rate of cardiac defects is in the range of 7 to 10
9  per thousand, to have 182 exposed is a very
10  underpowered study, and that's a very important
11  issue when you talk about --
12       Q.   Dr. Kramer, there is no question
13  pending.  I asked you if that's what the article
14  said.
15       Now, can you look at the next
16  Exhibit 20, please.  It's the Bérard study, another
17  one that you cite.
18       (Kramer Exhibit No. 20 for
19       identification.)
20  BY MS. HALPERN:
21       Q.   Can you turn to page 40 of your report
22  where you discuss this study.  You again state that
23  the authors utilize the ICD-9 codes to identify
24  classes of major malformations.  Do you see that?
25       A.   Yes, I do.

1        Q.   Would you put that down on Exhibit 24,
2  please.
3        A.   (Witness complies.)
4        Q.   And now at the bottom of Page 41 of your
5  report, still talking about the Bérard study, you
6  say that there were no other anomalies of the
7  limbs, Category ICD-9 755, correct?
8        A.   I don't see where you are.
9        Q.   Last line of your report on Page 41.
10  None, correct?
11       A.   For that Category 755.
12       Q.   Right.
13       So we go to Exhibit 24 again, please,
14  and would you put zeros in right across the board.
15       A.   Well, we have seven musculoskeletal
16  deformities and ten other musculoskeletal
17  anomalies.
18       Q.   Doctor, Exhibit 24, if you look at it,
19  only pertains to Section 755 and limb reduction
20  defects.
21       A.   Okay.
22       Q.   So would you put in zeros under Small
23  Hand, under Shortened Fingers, and then you can say
24  whatever you like at the end, relative risk not
25  calculated, I guess.  It was zero.

1        A.   I just need to look at something.
2        Q.   Dr. Kramer, would you agree that there
3  were no limb reduction defects or limb defects at
4  all observed among the paroxetine-exposed babies in
5  this study?
6        A.   Well, I have to find their description
7  of the other musculoskeletal, and they have got ten
8  paroxetine-exposed who had other musculoskeletal
9  anomalies.
10       Q.   Let me ask you this --
11       A.   So I need to find that.
12       Q.   Maybe you don't understand that, so let
13  me ask you, take a look at Exhibit 14, the ICD-9
14  codes, there are no limb reductions in Section 754
15  and 756, are there?  They are all in 755.  I think
16  that would make it much easier.
17       A.   I will take a look.
18       Q.   So if you can't answer the question,
19  just say so.  Would you agree that there were no
20  limb reduction defects among the paroxetine-exposed
21  babies in the Bérard study?
22       A.   Well, the Category 755, Other Congenital
23  Anomalies of the Limbs, that is correct.  I can
24  agree that there were no defects that were
25  classified to 755 according to the ICD-9.

1        Q.   Okay.  And no calculation is made for
2  Section 756, but the percentage of defects for
3  Paxil was lower than for the comparator of other
4  SSRIs.  Would you agree with that, looking at
5  Table 1?
6        A.   That's correct.
7        Q.   Okay.
8        Now you reference an increased odds
9  ratio of 1.32 for Paxil and major congenital
10  malformations?
11       A.   That's correct.
12       Q.   Okay.  It's not a statistically
13  significant finding, correct?
14       A.   That is correct.
15       Q.   And you would agree that there is not a
16  single major malformation of the hand contributing
17  to that finding?  Or let me say it again a
18  different way that would be acceptable to you.  You
19  would agree there is not a single defect
20  categorized in Section 755 contributing to that
21  finding?
22       A.   Well, we said that there were zero in
23  this table.
24       Q.   Right.  So that's not contributing, no
25  limb reduction defined as a Section 755 defect

Shira Kramer, Ph.D., MHS

Page 246

1  contributes to the finding.
2      A.   That is correct.
3      Q.   All right.  So the study provides no
4  support for an association between an in utero
5  exposure to Paxil and limb reduction defects as
6  coded under Section 755, correct?
7      A.   It provides no information.
8      Q.   Okay.
9      A.   It doesn't refute, it doesn't support.
10 The study had very, very, very low power to detect
11 these types of defects at all.
12     Q.   Okay.
13         MS. HALPERN:  You want to stop?
14 Okay.
15         THE VIDEO OPERATOR:  The time now
16 is 2:32, we are going off the record.
17 This is the end of Disk Number 3.
18         (Recess taken -- 2:32 p.m.)
19         (After recess -- 2:39 p.m.)
20         THE VIDEO OPERATOR:  The time now
21 is 2:39, we are back on the record.
22 This is the beginning of Disk Number 4.
23         (Kramer Exhibit No. 21 for
24 identification.)
25 BY MS. HALPERN:

Page 247

1      Q.   Doctor, I have handed you Exhibit 21,
2  which is the Diav-Citrin 2008 study, and I'm asking
3  you to look at your report where you discuss this
4  study.  And at the bottom of Paragraph 119 you
5  write, "No analyses of major anomalies or
6  noncardiovascular anomalies associated with first
7  trimester exposure to Paxil were presented."
8  Correct?
9      A.   That's right.  That is what is written.
10     Q.   Okay.
11     A.   Although I think in the body of this
12 review I reviewed the prevalence of the
13 noncardiovascular --
14     Q.   Yes, you did.  In your report you don't
15 say anything about what the noncardiac defects
16 reported in babies whose moms were exposed to Paxil
17 were, correct?
18     A.   It looks like that is correct.
19     Q.   But we do know how many reported.  From
20 Table 2 of this study we know there were twelve,
21 correct?
22     A.   There were twelve, that's correct.
23     Q.   Okay.  And you would further agree that
24 among the 463 women exposed to Paxil there were no
25 limb defects of any kind in the infants that were

Page 248

1  born?
2      A.   That is not clear here.  I would have to
3  verify that.
4      Q.   Turn to Table 5, and they list the 12
5  noncardiovascular anomalies found on Paxil.  Do you
6  see that?
7      A.   Yes, I do.  I just want to take a minute
8  to look at it.  They have developmental dysplasia
9  of the hip as one of the --
10     Q.   Let me ask you the question.  Would you
11 agree there is not a single hand defect reported in
12 any baby born to a mother exposed to Paxil in the
13 first trimester?
14     A.   That appears to be correct.
15     Q.   So can you fill that in on the chart?
16 Zero under Small Hand.
17     A.   Let me see something here.
18         There appears to be a disconnect between
19 the numbers.
20     Q.   You're not counting trisomy 21, do you
21 see that, which is Down's syndrome?
22     A.   You are absolutely correct.
23     Q.   So would you agree that there is not a
24 single hand defect reported in any baby born to a
25 mother exposed to Paxil in the first trimester?

Page 249

1      A.   That is correct.
2      Q.   Could you put a zero in on the chart?
3      A.   I did.
4      Q.   How about finger, Shortened Fingers?
5      A.   It looks like there were none.
6      Q.   Zero.
7          How about limb reduction defects?
8      A.   There were none reported.
9      Q.   Okay.  Do you know about symphalangism,
10 or do you know enough about that?
11     A.   That would have to do with the hands,
12 the fingers.
13     Q.   Okay, thank you.
14     A.   Zero.
15     Q.   And no association was calculated, is
16 that right, for Section 755 and Paxil?  Would you
17 agree that this study doesn't show a risk
18 association between limb defects and Paxil?
19     A.   Limb defects and Paxil?
20     Q.   Right.
21     A.   No, they don't.  They don't.
22     Q.   Okay, would you fill that in?
23     A.   They don't report any.
24     Q.   And if you didn't already, if you would
25 note that they used the ICD-9 codes, if you will

Shira Kramer, Ph.D., MHS

Page 250

1    agree with me that that is what they used.
2        MS. HALPERN:  Exhibit 26, Eva,
3    please.
4        (Kramer Exhibit No. 26 for
5    identification.)
6    BY MS. HALPERN:
7        Q.    All right.
8        A.    I want to just clarify one short thing.
9        Q.    Okay.
10           If you like, I will withdraw the
11   question and move on.
12       A.    That's fine.
13       Q.    Do you know if they used the ICD-9
14   code --
15       A.    I say so in my report.  I can't find it
16   in here.
17       Q.    Are you willing to rely on your own
18   report?
19       A.    I would hope so.
20       Q.    Okay, so then would you write it in,
21   please.
22       A.    I did.
23       Q.    Next I will show you the Colvin study
24   from 2011, and this is another article that you
25   rely on for your opinions in this case, correct?

Page 251

1        A.    Correct.
2        Q.    And this was a very large study; is that
3    right?  It included all the children born in
4    Western Australia from 2002 to 2005.
5        A.    By large, let me see how many.  When you
6    define large it depends on a number exposed in a
7    study like that.
8        Q.    572 children were exposed to Paxil in
9    the first trimester.
10       A.    That's not very large when you consider
11   the prevalence rates of these cardiac and limb
12   defects.  Keep that in mind.  Even a study this
13   large isn't very large in terms of, you know, the
14   background rate, prevalence rate being in the less
15   than 5 per 10,000.
16       Q.    And there were 94,000 women in this
17   study, correct?
18       A.    That's not the sample size.  When you do
19   a cohort study, the sample size is the number of
20   women exposed.
21       Q.    And that's 572, correct?
22       A.    That's right.  So when you consider that
23   the background rate is a few per 10,000, then look
24   at 500 and some and a few per 10,000, if you detect
25   an increased risk in that sample size, that is a

Page 252

1    pretty compelling thing.  But you can't consider a
2    sample size of 500 and some in a cohort study to
3    be -- to be a very large sample size.
4        Q.    Are you willing to stand by your
5    position that in a cohort study where exposed is
6    572 or less it's not a reliable study?
7        A.    I absolutely did not say that.
8        Q.    I just wanted to make sure.
9        A.    I did not say it is not reliable.  You
10   are mischaracterizing.
11       Q.    Did this study utilize ICD-9 codes --
12       A.    All right.  First of all, where is this?
13   I need to find it in my own --
14       Q.    Paragraph 133 in your report.  And what
15   I want to do is turn to Table 6 in the article.  It
16   reports on major birth defects in pregnancies where
17   the mom was exposed in the first trimester to an
18   SSRI, correct?  It's all SSRIs?
19       A.    That is correct.
20       Q.    All right.  And at the bottom of Table 6
21   they report on findings pertaining to all SSRIs
22   lumped together and birth defects coded first with
23   754, 755 and 756 all pushed together, right?  They
24   called that group Musculoskeletal Defects, right?
25       A.    That's correct.

Page 253

1        Q.    And for all SSRIs and musculoskeletal
2    defects defined as everything coded as ICD-9, 754
3    plus 755 plus 756, an odds ratio in the protective
4    direction of 0.80 decreased risk, correct?
5        A.    That is the odds ratio that the -- the
6    odds ratio that they report.
7        Q.    With a lower bound of 0.53 and an upper
8    bound of 1.20, correct?
9        A.    Correct.
10       Q.    And then they look at Section 754 alone,
11   Certain Congenital Musculoskeletal Deformities.  Do
12   you see that?
13       A.    Yes, I do.
14       Q.    And they find again a decreased odds
15   ratio of 0.55 with a confidence interval of 0.30 to
16   1, correct?
17       A.    That is correct.
18       Q.    And that involved 11 people, 11 exposed
19   babies, right?
20       A.    That's correct.
21       Q.    And the musculoskeletal defect odds
22   ratio of 0.80 involved 24, N of 24, correct?
23       A.    That's correct.
24       Q.    The next one, I'm going to skip clubfoot
25   and go down to 755, Other Congenital Anomalies of

Page 254

1    Limbs.  Do you see that?
2        A.    I do.
3        Q.    And they say that the odds ratio there
4    was 1.16 with a confidence interval of 0.43 to
5    3.14, correct?
6        A.    Correct.
7        Q.    And the last one is 756 on the bottom,
8    All Other Congenital Musculoskeletal Anomalies, and
9    they find a decreased risk of 0.87 with a
10   confidence interval of 0.36 to 2.11, correct?
11       A.    That is correct.
12       Q.    And Dr. Kramer, you have testified
13   repeatedly that an odds ratio of 1.1 is not, in
14   your opinion, an increased risk?
15       A.    That all depends.  That all depends on
16   the context.
17       Q.    All right.  So I would like you to now
18   turn to Table 5.
19       A.    Now you did skip one of the odds ratios.
20   I don't know whether that was deliberate or what.
21       Q.    755.6 --
22       A.    That's right.
23       Q.    -- of the pelvic girdle?
24       A.    That's it.
25       Q.    I eliminated -- yes, go ahead.

Page 255

1        A.    I was going to say that one did have an
2    elevated odds ratio.
3        Q.    Right, and that is subsumed, I'm
4    assuming, in 755 and it's not a limb reduction
5    defect, correct?
6        A.    Well, are you asking me -- those are two
7    separate questions.
8        Q.    It's a lower limb --
9        A.    It is a lower limb --
10       Q.    -- pelvic girdle?
11       A.    That's what it looks like.
12       Q.    And that's included in 755 above?
13       A.    It looks like it is.
14       Q.    But it's the lower limb, correct?
15       A.    Correct.
16       Q.    All right.  So turning to Table 5.  Are
17   you there?
18       A.    I am.
19       Q.    They report major birth defects by
20   category born to women exposed to Paxil in the
21   first trimester of pregnancy, correct?
22       A.    That's correct.
23       Q.    And they found no relationship at all
24   between any major birth defect and Paxil, correct;
25   odds ratio 0.99, lower bound 0.65, upper bound 1.51

Page 256

1    up at the top?
2        A.    Well, cardiovascular they found an odds
3    ratio of --
4        Q.    I'm asking about any major birth defect,
5    the first line on Table 5.
6        A.    So you are asking me about the overall
7    broad category.
8        Q.    That's right.
9        A.    All right.
10       Q.    And we know that they define the
11   category of musculoskeletal defects from the other
12   table as including 754, 755 and 756, correct?
13   That's how they define it on Table 6?
14       A.    That's correct.
15       Q.    Okay.  And so with regard to Paxil they
16   found a decreased risk of 0.47 with a confidence
17   interval of 0.15 to 1.46 for Paxil in
18   musculoskeletal defects, correct?
19       A.    Right.  Assuming, of course, you
20   recognize that they had a Sample size of less than
21   five Paxil exposed.  They were underpowered to
22   detect anything in this study --
23       Q.    All right.
24       A.    -- with less than five exposed.
25       Q.    Now if you would turn to the supplement

Page 257

1    at the back of this article, supplement on
2    paroxetine which is on Page 3, they actually break
3    down the data for you that we just looked at for
4    Paxil and musculoskeletal defects branching from
5    754 to 756.  Do you see that?
6        A.    I do.
7        Q.    And they report a finding, the same
8    finding for musculoskeletal defects as a group,
9    correct?
10       A.    Correct.
11       Q.    And they calculate an odds ratio for
12   just Section 754 and Paxil in musculoskeletal
13   defects, correct?
14       A.    Correct.
15       Q.    And they list them all.  Would you --
16       A.    List what all?
17       Q.    They list the defects broken out for 754
18   to 756 below the category, and they break them down
19   as defects in Section 754 and defects --
20   specifically 754.5 clubfoot?
21       A.    That's exactly right.
22       Q.    So is it fair to say there were no
23   defects found, as you can see on other sheets here,
24   for limb defects?  So if you look at citalopram on
25   Page 2 they tell you that there were 754 defects

Shira Kramer, Ph.D., MHS

Page 258

1  and 755 defects and what they were, correct?  Do
2  you see that?
3       A.    I do.
4       Q.    Okay.  So is it -- can we turn to
5  Exhibit 24.
6       A.    Did you have a question pending?
7       Q.    Yes, there were no limb defects reported
8  for Section 755 for Paxil in this study?
9       A.    Well, the limb defects that it looks
10  like they are reporting, which is less than five --
11  we don't know how many there were but it is a tiny
12  number -- was talipes, clubfoot.  I don't know, it
13  looks like that's what it is, the 3.5.  There may
14  have been others.
15       Q.    Right.
16       A.    But there were -- maybe, I don't know,
17  maybe one or two others.  I don't know what they
18  were.  They were not in this other category of 755,
19  which is other congenital anomaly of the limbs
20  because it is not listed.
21       Q.    That's right.  That's what I'm asking
22  you.
23       A.    I don't know what it is.  They don't
24  list it.
25       Q.    But it's not 755, correct?

Page 259

1       A.    I will certainly agree to that.
2       Q.    Fine.  That's all that I'm asking for.
3  If you on this sheet could write there were no
4  defects identified in Section 755 for this study on
5  Exhibit 24.
6       A.    Is that all you want me to report for
7  Colvin?
8       Q.    Yes, I gather -- I mean, you can write
9  the ICD-9 code if you believe that's what they
10  used, and I believe there is no assessment of limb
11  defect, Section 755, because there were no defects.
12       A.    Well, they don't report any.
13       Q.    Well --
14       A.    So I put none reported.
15       Q.    Right, agreed.
16            Let's move on to the next study.
17            MS. HALPERN:  If you would give me
18       Exhibit 29, it's the Bakker study.
19            (Kramer Exhibit No. 29 for
20       identification.)
21  BY MS. HALPERN:
22       Q.    On Pages 48 through 49 of your report,
23  this study in fact excluded children with limb
24  defects, correct?
25       A.    I would have to refresh my memory.

Page 260

1       Q.    Excluded children with extra cardiac
2  malformations.
3       A.    That's what it looks like.
4       Q.    Okay.
5       A.    Do you have a copy of this study?
6       Q.    It's Exhibit 29.  I'm happy to give it
7  to you.
8            I would like to go back --
9       A.    Would you mind just giving me one
10  second?
11       Q.    No.
12       A.    I'm sorry.  You can go ahead.
13       Q.    Did you fill in Exhibit 24?  I may not
14  have even included it.
15            Okay, I would like to go back to
16  Exhibit 40, which was your production documents,
17  and ask you to turn to Tab 35.
18            And if you would, if you could look,
19  there is a study Colvin 2010 that you mention
20  there.  Do you see that?  The pages are not
21  numbered.
22       A.    I do.
23       Q.    Okay.  And you report there a finding
24  for Paxil and musculoskeletal defects.  Do you see
25  that?

Page 261

1       A.    I do.
2       Q.    Okay.
3            I would ask you if you would turn to
4  what I have given you as Exhibit 101, which is the
5  data on Paxil and Musculoskeletal Defects.  You
6  have been filling it in.  It's written at the top.
7  Do you recall that, the one that says Paxil --
8       A.    I do.
9       Q.    And if you would add what you have noted
10  in your own records as a finding for Paxil and
11  musculoskeletal defects for Colvin 2010 of 0.4 --
12       A.    Okay, but do you have a copy of this
13  paper?
14       Q.    I'm relying on your document here.
15       A.    Well, but I don't -- I mean, this is
16  just a couple of lines, so if you don't have a copy
17  of the paper I will get it.
18       Q.    Are you questioning your own document?
19       A.    Not a matter of questioning, but there
20  was an incomplete description in one of the prior
21  papers where you left out a paragraph, so I don't
22  like to just rely on the summary when you are
23  asking questions.
24       Q.    It is fine with me if you want to write
25  it on the sheet and just say, "From my summary, to

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 262

1  be checked." That will save us some time.
2      A.  I have it right here so it's no problem
3  at all.  What is it -- I have it right in front of
4  me.  What is the question?
5      Q.  I'm asking you to mark down what is in
6  your table, which is a finding for Paxil and
7  musculoskeletal defects with an odds ratio of 0.4
8  with a confidence interval of 0.1 to 1.2.
9      A.  Let me find the table where it is
10  extracted.
11      So they had ...
12      Q.  I don't want to waste any more time, so
13  if you would, why don't you mark down on that sheet
14  the odds ratio and say needs to be checked.  Since
15  it comes from your own document I feel comfortable
16  asking you to do that.
17      A.  All right.  So you want me to just note
18  this on this Exhibit 101?
19      Q.  101, exactly.
20      All right?
21      A.  I'm not finished.
22      I want to note that this is also based
23  on less than five individuals.  And this is for
24  musculoskeletal defects?
25      Q.  That's why it is 101.

Page 263

1      A.  Why it is what?
2      Q.  That's why it is Exhibit 101.  That's
3  what the title says.  Do you see?
4      Dr. Kramer, can I ask you, I can't
5  recall, did you mark down on Exhibit 101 two
6  findings for the Davis study?
7      A.  I did.
8      Q.  Three findings from the Colvin study,
9  two from 2011 and one from --
10      A.  On this page?  On Exhibit 101?
11      Q.  Yes.
12      A.  No, you just asked me to write down
13  Colvin 2010.  Colvin 2011 went onto Exhibit 24.
14      Q.  Okay, so all right, fine.  So finish on
15  Colvin 2010 -- are you done with that?
16      A.  I am.
17      Q.  I would like you to go back to the
18  Colvin 2011 article, Exhibit 26.
19      A.  Are we finished with this one?
20      Q.  Yes.  Exhibit 26 now, Colvin 2011.  And
21  I would ask you to turn again to Page 3 of the
22  supplement and I would like you to write down the
23  finding for Section 754 from that table, which is
24  Paxil and Musculoskeletal Defects.  You can write
25  it Section 754, if you like, and the odds ratio we

Page 264

1  discussed of 0.47 with a confidence interval of
2  0.12 to 1.89.  Do you see that?
3      MS. HALPERN:  Which one are we
4  doing next, do you know?  Exhibit 27.
5  Did I give that to you already?
6      Dr. Kramer, have I handed you
7  Malm, Exhibit 27?
8      MR. FRISCHHERTZ:  No.  I would
9  have written it down.
10      (Kramer Exhibit No. 27 for
11  identification.)
12  BY MS. HALPERN:
13      Q.  Okay.
14      A.  Do you think this is going to go on the
15  whole time?
16      Q.  I hope not.  You also cite a fairly
17  recent article published by Malm in 2011 we have
18  marked as Exhibit 27.  And here we had 968 women
19  exposed to Paxil, correct?  It's on Pages 52
20  through 54 of your report.
21      A.  How many did you say?
22      Q.  968.
23      A.  Correct.
24      Q.  You agree?
25      A.  I do.

Page 265

1      Q.  And defects were classified according to
2  ICD-9 codes, correct?
3      A.  That's correct.
4      Q.  And you write in your report on Page 54
5  that the study reported for Paxil and for
6  musculoskeletal anomalies, including limb defects,
7  the odds ratio of 1.1 with a confidence interval of
8  0.61 to 2.02, correct?
9      A.  Let me find it.  Where is it in my
10  report?
11      Q.  Page 54.
12      A.  Okay.
13      Q.  And right at the top, it's the last, the
14  end of the first paragraph, the top of the page.
15  For musculoskeletal anomalies including limb
16  defects the odds ratio is 1.11, 95 percent
17  confidence interval, 0.61 to 2.02.  Do you see
18  that?
19      A.  Let me just take a look at this for a
20  second.
21      I do.
22      Q.  All right, could you add that to
23  Exhibit 101, please?
24      MS. HALPERN:  Exhibit 3.
25      A.  You want this on Exhibit 101?

67 (Pages 262 to 265)

Shira Kramer, Ph.D., MHS

Page 266

1    Q.    Correct.
2         Dr. Kramer --
3    A.    Just one second, please.
4         I just want to see ... okay.
5    Q.    And did you write that down?
6    A.    I did.
7    Q.    Now, you agree that an odds ratio of 1.1
8    from a single study shows no association, true?
9    A.    Are you talking about drawing a causal
10   inference from one study?
11   Q.    No, I'm talking about an association,
12   Dr. Kramer.
13   A.    I think that depends on the context.
14   Q.    Dr. Kramer, I would like to show you
15   some sworn testimony.
16        (Kramer Exhibit No. 3 for
17   identification.)
18   BY MS. HALPERN:
19   Q.    This is a transcript, and the question
20   you were asked -- it is a transcript marked as
21   Exhibit 3 from the McMurray deposition.  You were
22   asked:
23        "Question:  Can you describe for me the
24   criteria of a finding that shows no association or
25        "Answer:  A relative risk that is 1 or

Page 267

1    very close to 1.
2         "Question:  What's very close to 1?
3         "Answer:  Oh, between 1.1 --
4         "Question:  And .9?
5         "Answer:  That would be no association."
6    You agree, don't you?
7    A.    I also would qualify the question that
8    you asked me had to do with an odds ratio of 1.1
9    and whether or not that would ever indicate an
10   association, and it might.  There are odds ratios
11   that are in the range of 1.1 to 1.2 which actually
12   are associated with causal, established causal
13   relationships, so it depends on the context.
14   Q.    All right.  So let's ask in this
15   context.  This odds ratio of 1.1 with a lower bound
16   of 0.61, upper bound of 2.02, would you agree that
17   shows no association?
18   A.    I think this odds ratio as well as
19   generally the -- generally the odds ratio or risk
20   ratios from the epidemiological literature on this
21   category of defects is very, very noncontributory
22   because of the extremely low power of these
23   studies, and that's a very important part of the
24   context that I'm referring to.
25   Q.    Okay.  Did you add this study, the Malm

Page 268

1    study, to Exhibit 101, the finding of 1.11?
2    A.    I did.
3    Q.    So, doctor, could we agree there are now
4    five studies on the sheet showing a relative risk
5    or odds ratio for Paxil and musculoskeletal defects
6    of one kind or another?
7    A.    There are four studies on my sheet.
8    Davis, Colvin, Colvin --
9    Q.    There are four studies but five
10   findings, correct?
11   A.    That's correct.
12   Q.    And they show a risk range of 0.1 to
13   1.11, correct?
14   A.    No.  The risk range is -- appears to be
15   0.4 --
16   Q.    I'm sorry, the lower bound is .05 in the
17   Davis study, correct; that's the lowest bound?
18   A.    That's correct.
19   Q.    So the risk bound is .05 to 1.11,
20   correct?
21   A.    Well, actually the Colvin study is
22   lower.  0.4, Colvin 2010.  So if you are asking me
23   for a range on this entire sheet of paper --
24   Q.    Is it .05?  Have I got that written down
25   wrong?

Page 269

1    A.    Are you asking me -- I'm sorry.
2    Q.    What is the Davis odds ratio you have
3    there for Section 754?
4    A.    0.5.
5    Q.    So if that's correct, then the risk
6    range is from 0.47 to 1.11, correct?
7    A.    Well, I have a -- on this sheet of paper
8    I have a risk -- an odds ratio of 0.4 for Colvin
9    2010.
10   Q.    Okay.  So 0.4 to 1.11, correct?
11   A.    That would be right.
12   Q.    And that is for six studies -- five
13   findings from four studies?
14   A.    Five findings?  Well, five different
15   categories.
16   Q.    Correct.
17   A.    Actually, the same category in four of
18   the five.
19   Q.    Right.
20        And the only studies done either show no
21   association or go in no protective direction?
22   A.    I'm going to have to again reiterate
23   that Davis was based on two exposed persons for
24   both of those, quote-unquote, analyses, that Colvin
25   was based on less than five.  We don't know how

68 (Pages 266 to 269)

Shira Kramer, Ph.D., MHS

1  many but it was less than five.  Colvin 2010.
2  Colvin 2011, again based on less than five, and
3  Malm I didn't take the time to look, but these
4  studies had extremely small numbers in them to
5  detect even any cases of musculoskeletal defects
6  among exposed individuals because of the small
7  numbers included in these studies.  When you have
8  only two exposed persons who were exposed among the
9  individuals with these defects, the power of the
10  studies -- as I said in the very beginning of this
11  deposition, this literature is very underpowered
12  with regard to musculoskeletal or limb defects.
13     Q.   So, doctor, if one were to discover
14  somehow that serotonin did not perturb limb
15  defects -- I'm sorry, that Paxil didn't perturb
16  serotonin in its impact on limb defects -- assume
17  with me for the moment that there was insufficient
18  evidence to establish that.  Okay?  Let's just
19  assume it -- would you still have the opinion that
20  Paxil causes limb defects?
21        MR. FRISCHHERTZ:  Object to the
22     form of the question.
23        You can answer.
24     A.   I can tell you that is a hypothetical
25  that has no relation to reality.

1     Q.   It is a hypothetical.
2     A.   It has no relation to reality.
3     Q.   I'm asking you to assume that all the
4  evidence, everything is the same, except that it
5  has not been demonstrated that Paxil can perturb
6  serotonin in its impact -- let me ask it again.
7        Assume all the data is the same, but
8  that it has not been demonstrated that perturbing
9  serotonin can cause limb defects.
10     A.   That hypothetical is a really
11  misleading question.
12     Q.   Doctor, just answer the question.
13     A.   I can't divorce it.  It's like saying
14  other than that, Mrs. Lincoln, how was the play.
15     Q.   It's a --
16     A.   It really is totally inappropriate from
17  the point of view of causation, because when I
18  looked at all the evidence of causation for cardiac
19  defects -- let's pretend I was not even focusing on
20  limb defects -- the evidence base for cardiac
21  defects is not just, although there is strong
22  evidence in the epi literature, epidemiological
23  literature, cardiac defects and Paxil exposure, but
24  there is also very much bound up in that discussion
25  the knowledge base that has to do with the

1  mechanism of action of Paxil which is clearly
2  designed to impact serotonin.
3     Q.   Doctor --
4     A.   That's what the drug does.
5     Q.   I'm asking you this question:  Absent
6  the proposed mechanism of action --
7     A.   I'm sorry, I can't divorce, I can't
8  divorce some of the key and fundamental bases for
9  causation that were part of this entire case
10  from --
11     Q.   So let me --
12     A.   -- from this question.
13     Q.   So let me ask it a different way.
14        Putting aside the mechanism of action,
15  what else do you rely on for your opinion that
16  Paxil can cause limb defects?
17     A.   Well, I think I have already described
18  the universe of types of reliance materials.
19     Q.   Tell me again.
20     A.   Okay.  The epidemiological literature
21  that does show that Paxil does cause a spectrum of
22  defects, not just cardiac; that the epidemiological
23  literature reports consistently an increased risk
24  for the category of all congenital malformations
25  including the, importantly, the meta-analyses that

1  have been done including the GSK meta-analysis
2  itself, which is very clear, as well as the
3  systematic reviews that have been done in
4  meta-analysis by others such as Bar-Oz, Alwan,
5  Freeman and others that have looked at the entire
6  body of literature and have concluded that Paxil
7  does cause cardiac defects and the category of all
8  congenital malformations, but very much -- very key
9  to that is an understanding of the mechanism of
10  action and the --
11     Q.   I said to put that aside.  My question
12  is what else, putting aside mechanism of action.
13     A.   That's not a fair question.
14        MR. FRISCHHERTZ:  Object to the
15     form.  I don't believe that was the
16     question.
17     Q.   The question is putting aside, and I
18  will be even more specific, whether Paxil perturbs
19  serotonin in the formation of limb defects, that
20  limb defects are dependent on serotonin being
21  perturbed by Paxil.  Put that aside.
22     A.   And I need to say that's not exactly my
23  point of view.
24     Q.   I understand.  I'm saying in addition to
25  that.  I don't want to discuss that.  I want to

Shira Kramer, Ph.D., MHS

Page 274

1  know what is left.  You have told me about the epi.
2  What else?
3      A.   Well, clearly a key issue is the role of
4  serotonin, and so if you take away -- if one were
5  to prove that serotonin had no effect on limb
6  development, which I do not believe, and I do not
7  believe that the science supports and so I can't
8  agree with that, but if there were very strong
9  consensus evidence that there was no role for
10  serotonin or any other potential mechanism of
11  action of Paxil, and there may be others as well.
12      Q.   On limb defects?
13      A.   On limb defects.
14      Q.   Yes.
15      A.   The epidemiological literature is
16  inconclusive and is noncontributory because of its
17  low power, and therefore, as I have said, and I
18  acknowledge a -- there is the scientific evidence
19  that is derived from biological plausibility,
20  mechanism of action, mode of action of Paxil,
21  effect on embryological development, including limb
22  development, is an important part of the
23  justification underlying my causation opinion about
24  Paxil and limb defects.
25      Q.   And do all your opinions about biologic

Page 275

1  plausibility and mode of action, limb development,
2  all the things you just said, do they all relate to
3  serotonin or something else?
4      A.   I did not say that.
5      Q.   I know.  I'm asking you.
6      A.   No, not necessarily.
7      Q.   What else do they relate to?
8      A.   As I said, I can't name nor do I
9  think -- I have read and I have named some of the
10  other issues that I have read in the literature
11  that have to do with the effect of paroxetine on
12  other enzyme systems and the fact that there is
13  some other receptor binding and effect on metabolic
14  enzymes and so on and so forth, and I'm sure that
15  with time and further study there will be a greater
16  degree of elucidation of other mechanisms and
17  fuller mechanisms, but I think this is one --
18      Q.   I'm sorry?
19      A.   -- this is one that's key.
20      Q.   You keep saying that, but other than
21  serotonin, and I understand everything you just
22  said, is there any other one you can articulate
23  right now with regard to limb defects, any other
24  biological plausible explanation, mode of action or
25  limb development.  I understand everything you

Page 276

1  said, but other than serotonin, as you sit here
2  today, or in your notes or somewhere in your
3  computer is there something else or is it all
4  serotonin based?
5      A.   Well, again, I said I can't recall
6  anything else that I --
7      Q.   Okay.
8      A.   -- that I'm prepared to discuss, but I'm
9  also not limiting it only to serotonin.  There may
10  be other mechanisms as well.
11      Q.   I understand that, but I'm asking if you
12  can articulate what those other things are.  That's
13  what my deposition is about.
14      A.   I have answered that question multiple
15  times.
16      Q.   And the answer remains the same?
17      A.   I'm not going to let you paraphrase for
18  me.  I have answered the question 50 times today.
19      Q.   Nothing else that you can articulate
20  right now?
21      A.   Nothing else that I can describe in any
22  kind of detail today.
23      Q.   Fine.
24          What is the spectrum of defects that you
25  were referring to that Paxil can cause other than

Page 277

1  cardiac defects, according to you?
2      A.   Well, there are two lines of evidence in
3  regard to your question.  First of all, there is
4  the mode of action based on serotonin that does
5  support a broad spectrum of defects, and I alluded
6  to that earlier today --
7      Q.   I'm asking you --
8      A.   -- in other organ systems.
9      Q.   I'm asking you precisely what is the
10  spectrum of defects.  I want you to tell me what
11  defects you are talking about.
12      A.   Okay, sure.
13          And are you including -- do you want me
14  to include the full range of cardiac defects?
15      Q.   I'm going to assume that you think it
16  can cause each and every cardiac defect; is that
17  fair?
18      A.   That's fair.
19          So in partial answer to your question,
20  I'm referring to an article by Michael Levin and
21  others in 2006 called Of Minds and Embryos
22  Left-Right Asymmetry and Serotonergic Controls of
23  Preneural Morphogenesis.
24          (Reporter requests clarification.)
25  BY MS. HALPERN:

Shira Kramer, Ph.D., MHS

Page 278

1    Q.    Who is the author, doctor?
2    A.    Michael Levin.
3    Q.    All right.
4    A.    So in this article Dr. Levin describes
5    the effect of serotonin on embryological
6    development, and describes the role and the
7    critical role of serotonin on craniofacial
8    development; on -- so he says, he names a group of
9    references.  He is referring to serotonin.
10         "It is likely to play a role in oocyte
11   maturation, vascular remodeling, neural crest
12   migration, patterning of cytoskeletal structures,"
13   and I am leaving out many references that he
14   references after each one of these, "blastomere
15   adhesion, gastrulation movements in amphibians."
16   And he names a whole bunch of other types of
17   organisms, craniofacial and limb development, and
18   specification of --
19   Q.    What is the citation for limb
20   development in his article?
21   A.    He cites several citations.  He cites
22   Bhasin, B-h-a-s-i-n, et al. 2004, a and b.
23   Q.    Which you cite in your article Bhasin,
24   2004, correct?
25   A.    Lauder and Zimmerman 1988.

Page 279

1    Q.    Um-hmm.
2    A.    Shuey, S-h-u-e-y, et al. 1992 and 1993.
3    And then he goes on and The Specification of
4    Neuronal Identity and Connectivity.
5    Q.    All right.
6    A.    And then there is a very long
7    explanation of all of those different systems.
8    Q.    Doctor, are you aware that the Shuey
9    1992 article does not even mention limb defects?
10   A.    Well, if you want me to now divert over
11   to that --
12   Q.    I'm just asking if you are aware of it.
13   A.    I don't recall the specifics of Shuey
14   without going back and looking at it, but you asked
15   me a question so I would like to finish that
16   answer.
17   Q.    This is the basis of your thinking in --
18   the spectrum is broader than cardiac?
19   A.    Partially.  This is one paper that I'm
20   citing right now.
21   Q.    Let me just remind you of my question.
22   My question was what is the spectrum of birth
23   defects that you think Paxil causes.  Now you have
24   gone to a mechanistic explanation.  I'm asking you
25   for the defects.  What are they?  Cardiac defects

Page 280

1    and limb defects.
2    A.    There are craniofacial defects, there
3    are neurological defects because of serotonin.
4    Q.    All neurological defects?
5    A.    There are bone defects --
6    Q.    Wait, wait, wait, let me just ask.  All
7    neurological defects or only neurological defects
8    where serotonin perturbs their embryologic
9    development?
10   A.    I can't answer that right now.  I would
11   have to look that up.
12   Q.    Only craniofacial defects where
13   serotonin is demonstrated to perturb -- where Paxil
14   is demonstrated to perturb serotonin?
15   A.    I can't say that I would necessarily
16   agree with that without further research.  There
17   may be other mechanisms as well related to Paxil.
18   Q.    My understanding is that the reason you
19   are citing this article is because it involves what
20   you say are serotonin perturbations that could
21   account for defects in these different organ
22   systems.
23   A.    This article specifically relates to
24   serotonin.
25   Q.    And that's what you are relying on?

Page 281

1    A.    Well, again, I think we are going back
2    to the same --
3    Q.    No, I'm just trying to understand why
4    you cited it.
5    A.    In part, as one of the major mechanisms
6    of action, certainly a major foundation for my
7    opinion.
8    Q.    Thank you.
9    A.    Do you want me to go on?
10   Q.    No, I really don't, because I will never
11   get through my outline.  I think you answered the
12   question.  Thank you.
13         (Kramer Exhibit No. 18 for
14         identification.)
15   BY MS. HALPERN:
16   Q.    So Exhibit 18 is an article by Källén
17   and Olausson, which you cite in your report on
18   Pages 38 through 39.  And it is a large study
19   including all the births in Sweden from 1995 to
20   2004, correct?  It is in your report, Page 38.  And
21   they use ICD-9 codes, correct?  You say that in
22   your report.  Or if not, if you turn to Page 302 of
23   Exhibit 18 -- let me get there myself.
24   A.    They used ICD-9 codes.  That is correct.
25   Q.    So if you would fill that in on

71 (Pages 278 to 281)

Shira Kramer, Ph.D., MHS

Page 282

1   Exhibit 24.  I would ask you to look at
2   Paragraph 111 of your report where the authors
3   looked at the category of any congenital
4   malformation and Paxil.  Do you see that?  And they
5   found an odds ratio of 1.03 with a confidence
6   interval of 0.76 to 1.38.  Do you see that?
7       A.   I do.  Let me find it in the paper.
8       Q.   It is in your report at --
9       A.   I see the report.
10      Q.   Okay, and that's not an increased risk,
11  correct?
12      A.   For this total category, 1.03, I would
13  not call that an increased risk.
14      Q.   Now, you state in your report that no
15  Paxil-specific analysis of limb reduction defects
16  was conducted, right?
17      A.   That's correct.
18      Q.   But the study included six different
19  SSRIs, right?  If you look at Table 5 on Page 305,
20  the article.
21      A.   That's correct.
22      Q.   And do you see on Table 6 they did an
23  analysis of all SSRIs together, correct?
24      A.   That's correct.
25      Q.   And they looked at limb reduction

Page 283

1   defects, Section 755, and SSRI use, correct?  And
2   they calculated an odds ratio of 0.44 with a
3   confidence interval of 0.05 to 1.59, correct?
4       A.   That's correct.
5       Q.   All right.
6       A.   This was for the entire category of
7   SSRIs with only two infants exposed to the entire
8   category of SSRIs.  Again, a very, very
9   underpowered study.
10      Q.   Let's move to Exhibit 19, now, which is
11  a study by Reis and Källén dated 2010.
12           (Kramer Exhibit No. 19 for
13           identification.)
14  BY MS. HALPERN:
15      Q.   You talk about it in your report at
16  Pages 39 through 40.  This is another large study,
17  correct?
18      A.   What are you asking me, to --
19      Q.   It's actually the same data set, I
20  believe, but with all births in Sweden from 1995 to
21  2007?
22      A.   So you have asked me whether it is a
23  large study.  This study and the prior Källén study
24  are very much underpowered to detect limb defects.
25  So they are not large studies with regard to limb

Page 284

1   defects.
2       Q.   Okay.
3       A.   Not at all.
4       Q.   Would you turn to Appendix 8 of this
5   article, please.  Do you see Appendix 8 in the
6   back?  And the authors found -- do you see that?
7       A.   I do.
8       Q.   They calculated the odds ratio for limb
9   reduction defects and mothers on antidepressants.
10      A.   On all antidepressants?
11      Q.   Yes.
12      A.   Okay.
13      Q.   And the odds ratio is 0.43; is that
14  right?
15      A.   Let me find it.
16      Q.   At the bottom there.
17      A.   So for three individuals who were
18  exposed to any antidepressants, the basis of this
19  calculation, again this doesn't contribute to an
20  analysis, a causal analysis.  They just didn't have
21  a sufficient number of individuals who were
22  exposed.
23      Q.   Okay.
24           Well, the odds ratio is 0.43 ranging
25  from 0.09 as a lower bound to an upper bound of

Page 285

1   1.25, correct?
2       A.   That's correct.
3       Q.   Okay.
4       A.   And again, I don't know how many
5   paroxetine-exposed would have been included in
6   this, since there were only three exposed in the
7   entire category of antidepressants.
8       Q.   Look at Appendix 9, Dr. Kramer.  We know
9   from Appendix 9 that all three of those limb
10  defects were on Prozac, don't we?  Polydactyly 3,
11  and this is all fluoxetine, would you agree with
12  me?
13      A.   Well, this is limb reduction defects,
14  and you are talking about --
15      Q.   Polydactyly.
16      A.   Polydactyly?
17      Q.   Yes, that's a limb reduction defect
18  under Section 755.
19      A.   Well, I can't verify.  I just can't
20  verify this.  They have got polydactyly,
21  syndactyly, polysyndactyly.
22      Q.   You would agree those are all fluoxetine
23  as opposed to paroxetine defects, correct?
24      A.   Yes, this page refers to paroxetine.
25      Q.   You would agree with me if polydactyly

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 286

1  is a limb reduction defect under Section 755, that
2  all of the defects of Appendix 8 contributing to
3  the odds ratio for all antidepressants and limb
4  reduction defects, all would be attributable to
5  Prozac?
6      A.    If the assumption is correct, yes,
7  that's true.
8      Q.    All right.
9          MS. HALPERN:  Exhibit 17, the
10 Louik study.
11         (Kramer Exhibit No. 17 for
12 identification.)
13 BY MS. HALPERN:
14     Q.    Do you have that study, 17?
15     A.    No.  Did you give it to me?
16     Q.    We will get it now.  It is in your
17 report, I believe, on Pages 36 through 38, if that
18 helps.  And they used ICD-9 codes, did they not?
19     A.    I don't think they -- let me just check
20 that.
21         Do you have a copy of it?
22     Q.    Yes.  And I would ask you to --
23     A.    I need to --
24     Q.    It states that the clinical geneticist
25 in this study assigned each defect an ICD-9 code,

Page 287

1  correct?
2      A.    It was done by a clinical geneticist,
3  right.
4      Q.    And if you turn to Table 3 it notes that
5  there was no increased risk of limb reduction
6  defects for exposure to Paxil in the first
7  trimester of pregnancy, true, odds ratio of 1.0,
8  confidence interval 0.1 to 8.3.
9      A.    Okay.  Well, I need to make a point
10 about this study, and that is in this study they
11 didn't analyze any category where there were fewer
12 than 100 individuals with that defect.  And five
13 exposed to an SSRI.
14         So any -- they state in their
15 methodology that if they didn't have at least 100
16 women with children with a defect and five exposed
17 to an SSRI they didn't show up in these tables.
18     Q.    Okay.
19     A.    So understanding how rare these defects
20 are --
21     Q.    But it does show up in the table here,
22 correct?
23     A.    This shows up in the table.  But again,
24 this is a very underpowered study to look at limb
25 reduction defects, so again it just, you know, it

Page 288

1  really does not contribute, as I have been saying
2  all along.
3      Q.    Look at Table 3 for sertraline, which is
4  another SSRI, they found an odds ratio for limb
5  reduction defects of 3.9.  That is statistically
6  significant, correct?
7      A.    That is correct.
8      Q.    And for Paxil they found an odds ratio
9  of 1.0 which is no association, correct?
10     A.    Well, are you leaping to a causal -- to
11 some sort of causal result?
12     Q.    I'm not.  I'm just asking you, doctor.
13     A.    So those standalone risk ratio of 1.0
14 indicates no association in this particular study.
15     Q.    Okay.  So would you turn to Exhibit 100
16 where we have listed Paxil and limb reduction
17 defects under Section 755, and if you would write
18 down Louik, 2007, 1.0 and the odds ratio that we
19 just said, lower bound of 0.1, upper bound of 8.3
20 from Table 3, correct?
21         So we have two studies on this sheet
22 now.
23         Is that right, two studies on
24 Exhibit 100 which is Paxil and Limb Reduction
25 Defects?

Page 289

1      A.    That's correct.
2      Q.    Two findings?
3      A.    That is correct.
4      Q.    With a risk range of 0.72 to 1.0?
5      A.    That's correct.
6      Q.    Thank you.
7          Let me ask you this, talipes is
8  clubfoot, correct, you know that?
9      A.    That's correct.
10     Q.    And it is a musculoskeletal defect, not
11 a limb defect, correct?  I'm sorry, not a limb
12 reduction defect, correct?
13     A.    That's correct.
14     Q.    Okay, and you reference a finding for
15 clubfoot in the Louik study that is 5.8 that is
16 statistically significant in your report.
17     A.    That's correct.
18     Q.    Now, the clubfoot finding excluded cases
19 of clubfoot that were part of a syndrome.  If you
20 look at Page 2676 of the article, there are
21 isolated clubfoots that were counted, do you see
22 that?  Idiopathic clubfoot, it's nonsyndromic.
23         It's on the right column, the last
24 paragraph.
25     A.    Well, it simply says that they excluded

Shira Kramer, Ph.D., MHS

Page 290

1  syndromes.
2  Q.   Okay, good enough.
3  Do you rely on the data about clubfoot
4  to reach your opinions in this case about limb
5  defects like hypoplastic hand?
6  A.   I think it's all part of an overall and
7  larger causal analysis. I think everything -- I
8  think all of these data contribute to my opinion in
9  one way or another.
10  Q.   Do you know -- I'm sorry.
11  A.   So it's -- I don't rely on one data
12  point in any one particular study.
13  Q.   So do you know what causes clubfoot,
14  what the most common causes of clubfoot are?
15  A.   I don't recall.
16  Q.   Do you know if they tend to be
17  positional in nature as opposed to cellular or
18  tissue based?
19  A.   I don't recall.
20  Q.   Okay.
21  (Kramer Exhibit No. 78 for
22  identification.)
23  BY MS. HALPERN:
24  Q.   I'm going to show you an article called
25  Congenital talipes: a disorder of the foot but not

Page 291

1  the hand. Have you ever researched clubfoot and
2  the causes?
3  A.   I may have. I don't recall.
4  Q.   It says in the article that they are
5  looking at isolated nonsyndromic clubfoot. They
6  call it ICTEV. Do you see that?
7  A.   Where are you --
8  MR. FRISCHHERTZ:   Is this an
9  article that she refers to?
10  MS. HALPERN:   No.
11  MR. FRISCHHERTZ:   Can I have a
12  copy?
13  MS. HALPERN:   Sure. We have
14  marked it as Exhibit 78.
15  BY MS. HALPERN:
16  Q.   Do you see that the authors state that
17  the hand is never affected in ICTEV? Do you see
18  that?
19  A.   Do you want me to read this? I have
20  never seen this article before, so if you are going
21  to ask me questions about it, would you like me to
22  read it?
23  Q.   Maybe we can avoid that by asking you
24  have you ever researched whether there is any
25  relationship embryologically from clubfoot to limb

Page 292

1  reduction defects? Have you ever looked to see if
2  there is anything, mechanism of action in common,
3  any tissue that is in common, any cellular
4  perturbation that causes them that might be in
5  common? Have you looked at that?
6  A.   I have not focused specifically on
7  clubfoot.
8  Q.   Okay.
9  Have you ever designed a meta-analysis?
10  A.   I have been part of a group that has
11  designed and conducted meta-analyses, yes.
12  Q.   Okay. Have you ever published it,
13  submitted an analytic study?
14  A.   I don't believe I have.
15  Q.   Would you agree that the reliability of
16  a meta-analysis depends on the reliability of the
17  studies that it includes, it's only as good as what
18  you put in?
19  A.   Certainly.
20  Q.   And you refer to four articles in your
21  report that are meta-analyses, Bar-Oz, O'Brien --
22  Bar-Oz 2007, O'Brien 2008 are two of the four,
23  correct?
24  A.   Where are you? Are you on a particular
25  page or I can just find it?

Page 293

1  Q.   I'm trying to make it go quicker. You
2  talk about the Bar-Oz study on Pages 44 through 46
3  of your report.
4  MS. HALPERN:   It's Exhibit 22, if
5  we can give Dr. Kramer a copy.
6  (Kramer Exhibit No. 22 for
7  identification.)
8  THE WITNESS:   Okay.
9  BY MS. HALPERN:
10  Q.   Now, this meta-analysis, the Bar-Oz
11  meta-analysis includes studies only published
12  through 2006, correct?
13  Here is a copy. They are listed in
14  Table 1 on Page 922. Do you see that?
15  A.   Yes, I do.
16  Q.   Okay. And it actually includes data
17  from seven studies; is that right?
18  A.   That's correct.
19  Q.   Four of them are not published journal
20  articles, correct? Three abstracts, and one is a
21  letter, correct?
22  A.   Correct.
23  Q.   All right.
24  Now, one of the studies that are listed
25  on Exhibit 24, most of them if not all we have just

74 (Pages 290 to 293)

Shira Kramer, Ph.D., MHS

Page 294

1  discussed, none of them were included in the
2  meta-analysis, correct?
3      A.    Which studies are you referring to?
4      Q.    Look at Exhibit 24 along the left-hand
5  side.  I have listed the studies you talk about in
6  your report.  That's what we have been filling in.
7      A.    This is on the limb defects now?
8      Q.    So let me ask you, the meta-analysis did
9  not contain the complete data as it now exists from
10 the 2011 Malm publication, right?
11     A.    The Bar-Oz meta-analysis had to do with
12 cardiovascular defects.
13     Q.    I understand that, but there is data in
14 all of these studies I'm about to ask on
15 cardiovascular disease and on all congenital
16 malformations.
17     A.    Okay.
18     Q.    So it did not include the data from the
19 2011 Malm publication, right?
20     A.    Let me just take a look at something.
21     Q.    Well, let me ask --
22     A.    No.  You have asked me a question.  I
23 want to --
24     Q.    Depends on how long it is going to take.
25 So I will withdraw the question if I have to.

Page 295

1      A.    Well, I don't think -- I don't think you
2  have accurately --
3      Q.    The question may be simple.  The 2011
4  Malm study includes data that they obtained after
5  the Bar-Oz article was published, correct?
6      A.    Well, Malm was published after the
7  Bar-Oz analysis, so it couldn't have been included.
8      Q.    Okay.  And the Bar-Oz study doesn't
9  include the data from the Cole study, 2007,
10 correct?
11     A.    Well, it includes an abstract in 2006 of
12 the Cole data.
13     Q.    But not all the data that was published
14 in the published article in 2007?
15     A.    I can't attest to that.  That is not
16 clear.
17     Q.    It does not include the data from the
18 Davis 2007 study, correct?
19     A.    That is correct.
20     Q.    And it doesn't include the data in the
21 Reis and Källén article, correct?
22     A.    Well, it has some data from the --
23     Q.    Earlier data?
24     A.    From Källén from 2006.
25     Q.    Right, not the --

Page 296

1      A.    And, you know, I cannot say what the
2  overlap might have been between the publication and
3  what was included in this meta-analysis.
4      Q.    And it doesn't include data from the
5  Louik 2007 study, correct?
6      A.    That's correct.
7      Q.    And it doesn't include data from the
8  Alwan 2007 study, correct?
9      A.    That's correct.
10     Q.    And it doesn't include data from the
11 Peterson 2009 study, correct?
12     A.    That's correct.
13     Q.    And it doesn't include data from the
14 Oberlander 2008 study, correct?
15     A.    Correct.
16     Q.    And it doesn't include data from the
17 Bakker 2009 study, correct?
18     A.    That's correct.
19     Q.    And it doesn't include data from the
20 Kornum, K-o-r-n-u-m, 2010 study, correct?
21     A.    That's right.
22     Q.    And it doesn't include data from the
23 Nordeng, N-o-r-d-e-n-g, 2012 study, correct?
24     A.    Correct.
25     Q.    And it doesn't include data from the

Page 297

1  Merlob, M-e-r-l-o-b, 2009 study, correct?
2      A.    I can't really comment other than here
3  is a listing of the studies in Table 1, so we can
4  see what was included and what wasn't.
5      Q.    Okay.  I'm trying to establish what has
6  evolved in the scientific literature since the
7  publication of the Bar-Oz meta-analysis.
8      A.    Well, I can tell you if you want to look
9  at the --
10     Q.    So my question is does it include the
11 Merlob study data of 2009?
12     A.    No, it does not.
13     Q.    Does it include the Wichman,
14 W-i-c-h-m-a-n, data from their study of 2009?
15     A.    No.
16     Q.    Does it include the Einarson data,
17 E-i-n-a-r-s-o-n, from 2008?
18     A.    In answering these questions I want to
19 make it very clear that I am not saying that it
20 could have, or it should have either.  For
21 instance, a number of these studies that you are
22 mentioning do not have -- do not meet -- other than
23 the dates of their publication they may not have
24 met the inclusion criteria or have had enough
25 detail to have been included anyway.

75 (Pages 294 to 297)

Shira Kramer, Ph.D., MHS

Page 298

1    So I'm certainly not agreeing they
2 should have been included other than the fact they
3 were published later. I can't agree with that.
4    Q.    I didn't ask that.
5    Can I ask you to turn to Page 54 of your
6 report? On Paragraph 137g, as in girl, you list a
7 number of non -- you list a risk rank for
8 noncardiac defects of 1.29 to 1.79. Do you see
9 that?
10    A.    I do.
11    Q.    And you say that the data points come
12 from two studies. The Alwan study, do you see
13 that?
14    A.    I do. Well, it looks like there is a
15 repeat here. There might be a mistake here,
16 because 14 is listed twice.
17    Q.    So it is two studies, the Alwan study
18 and the Bar-Oz study?
19    A.    And there might be another one. This
20 might be a typo.
21    Q.    Well, doctor, if I ask you, you state
22 the range of findings for noncardiac defects. Do
23 you see that?
24    A.    I do.
25    Q.    1.29 to 1.79. The lower and the upper

Page 299

1 range are both obtained from subsets of the Bar-Oz
2 meta-analysis, aren't they?
3    A.    I would have to go look. I can't
4 remember off the top of my head.
5    Q.    Well, let's look at Exhibit 22 again,
6 which is the study, Page 921.
7    A.    Oh, you are talking about Bar-Oz.
8    Q.    Bar-Oz, yes.
9    A.    Let me just look at this reference.
10    So reference Number 14 is Alwan.
11    Q.    Yes, that's what I said.
12    A.    And Number 28 is Bar-Oz.
13    Q.    I'm asking you to turn to Bar-Oz,
14 Exhibit 22, Page 921.
15    And you see under Subgroup Analysis, the
16 second paragraph, it says, "In the three studies
17 that used women exposed to known nonteratogenic
18 medication as a control group, the odds ratio was
19 1.54 with a confidence interval of 0.99 to 2.41.
20 Do you see that?
21    A.    I do.
22    Q.    For all major malformations it was 3.47
23 and for cardiac malformations 1.79.
24    A.    No, you're not reading that --
25    Q.    I'm sorry, for noncardiac major

Page 300

1 malformations, thank you, it was 1.7 with the odds
2 ratio of 0.83 to 3.85. Do you see that?
3    A.    I do.
4    Q.    So is it fair to say that the upper
5 bound of your risk range in the paragraph of your
6 report we were just looking at for noncardiac
7 defects comes from this finding in the Bar-Oz study
8 for noncardiac major malformations?
9    A.    It looks like it.
10    Q.    And that comes from only three studies;
11 is that correct?
12    A.    It is based on three studies that he
13 analyzed in his meta-analysis.
14    Q.    And if you looked at Table 1, those
15 three studies which involve nonteratogenic exposure
16 and control group, are Kulin, Schloemp,
17 S-c-h-l-o-e-m-p, and Diav-Citrin. Do you see that?
18    A.    I do.
19    Q.    And that's an abstract for Diav-Citrin,
20 an abstract for the Schloemp, and a journal article
21 for Kulin. That's what generated the odds ratio
22 that is the upper bound ratio of 1.79, correct?
23    A.    Well, in fairness, Diav-Citrin went on
24 shortly thereafter to publish a full article, and I
25 think what I need to do if you are inferring

Page 301

1 that the Diav-Citrin data are significantly
2 different from the information in the full
3 article --
4    Q.    I'm just asking you to explain the upper
5 bound of the confidence interval for noncardiac
6 defects. That's it.
7    A.    You are asking me to explain it, because
8 I didn't --
9    Q.    I'm asking --
10    A.    I didn't hear a question about
11 explaining it.
12    Q.    I'm asking you to identify what the
13 source of the 1.79 is, and I believe we have
14 established it is from the Bar-Oz meta-analysis of
15 three studies --
16    (Interruption by reporter.)
17 BY MS. HALPERN:
18    Q.    I believe we have established that the
19 upper bound of 1.79 in the risk range for
20 noncardiac birth defects and Paxil comes from three
21 studies that were meta-analyzed by Bar-Oz?
22    A.    Well, what I'm going to do before I
23 agree that's the only basis, it certainly does
24 match the 1.79 statistic that is reported in this
25 study, but I also want to take a look at reference

76 (Pages 298 to 301)

Shira Kramer, Ph.D., MHS

Page 302

1  Number 14 from my report, which is Alwan, and see
2  what those numbers look like as well before I
3  comment on the risk range that I have got here.
4      Q.   Okay, so --
5      A.   Why don't I do that.
6      Q.   Well, I can't spend the time doing that,
7  but I understand that's a caveat you would like to
8  make.  Unless it is trumped by something in Alwan
9  you would agree that's where it comes from?
10     A.   It is consistent with the Bar-Oz data.
11     Q.   Fine.  The next study is the O'Brien
12  study.  It's Exhibit 36, and my question for you --
13     A.   Excuse me one second.  Do I already have
14  this?
15     Q.   No, Eva is getting it for you.  But you
16  mentioned it in your expert report, and as I
17  understand it, it's an update of the Bar-Oz
18  meta-analysis; is that correct?
19     A.   Where are you in my report?  Can you
20  point me to a page number?
21     Q.   I don't know that I wrote it down.
22         (Kramer Exhibit No. 36 for
23         identification.)
24  BY MS. HALPERN:
25     Q.   Here is the study.  I'm sure you can

Page 303

1  find it in your report pretty easily.  All the
2  meta-analyses are in the same section.
3         Do you see that?
4      A.   I want to make sure it's the same one.
5         Yes, I have it.
6      Q.   If you turn to Page 1 of the O'Brien
7  meta-analysis --
8      A.   Now, you said that this is an update of
9  Bar-Oz.
10     Q.   Well, let me show you.  Hold on.
11     A.   I don't think so.
12     Q.   If you turn to the right-hand column of
13  the first page of the article, the first page of
14  the article --
15     A.   Oh, I'm sorry.
16     Q.   -- first page, right-hand column, bottom
17  paragraph.  In a meta-analysis -- "In a
18  meta-analysis of the first few studies, we found an
19  apparent increased risk of cardiac malformations
20  associated with paroxetine," and there is a
21  footnote there.  Do you see it?
22     A.   I do.
23     Q.   What is the number of the footnote?
24     A.   The footnote or the reference?
25     Q.   The reference.

Page 304

1      A.   14.
2      Q.   And reference 14 is to the Bar-Oz
3  article we just looked at, correct?
4      A.   Yes.
5      Q.   All right.
6         So the authors say in a meta-analysis of
7  the first few studies we found an apparent
8  increased risk of cardiac malformations associated
9  with paroxetine.  Do you see that?
10     A.   Yes, I do.
11     Q.   And then they go on to say, in the end
12  of that paragraph, "Since our original study, a
13  number of additional studies have been published,
14  increasing the overall sample size and enabling
15  more accurate estimation of the potential fetal
16  risk."
17         Do you see that?
18     A.   I do.
19     Q.   Okay.  And the conclusions of these
20  authors in the abstract are, "First trimester
21  exposure to paroxetine does not appear to be
22  associated with increased risk of cardiac
23  malformations."
24         Do you see that?
25     A.   Where are you?

Page 305

1      Q.   In the conclusions to the abstract of
2  the article.
3      A.   I would like to take a minute to take a
4  look at this.
5         MS. HALPERN:  Why don't we go off
6  the record?  I need something to drink
7  anyway.
8         THE VIDEO OPERATOR:  The time is
9  3:57.  We are going off the record.
10        (Recess taken -- 3:57 p.m.)
11        (After recess -- 4:04 p.m.)
12        THE VIDEO OPERATOR:  The time now
13  is 4:04, we are back on the record.
14  This is the beginning of Disk Number 4.
15  BY MS. HALPERN:
16     Q.   Dr. Kramer, do you know of any case
17  series involving Paxil and limb defects?
18     A.   I'm not aware of them, or I can't recall
19  them.
20     Q.   Do you know of any case report involving
21  Paxil and limb defects?
22     A.   There may be.  I'm just not -- I'm not
23  aware of them.  I know that there are certainly
24  reports of congenital malformations that have been
25  reported both to the GSK OCEANS database, as well

Shira Kramer, Ph.D., MHS

Page 306

1  as the FDA AERS database, but I don't know the
2  details of them.
3       Q.   Do you know of any publication of any
4  kind that says there is an association between
5  Paxil and limb defects?
6       A.   I believe that there are statements that
7  support that in the literature about -- that do
8  mention paroxetine in the literature relating to
9  serotonin, the effects of serotonin in limb
10 development.
11      Q.   What article mentions paroxetine and
12 limb defects in the same article as --
13      A.   I don't remember which ones off the top
14 of my head.
15      Q.   You think there is such an --
16      A.   There may be.
17      Q.   -- article?
18      A.   There may be.
19      Q.   Do you think it is cited in your report?
20      A.   If there is an article -- if there is
21 such an article it would certainly have been
22 referenced in my report.
23      Q.   Okay.
24      A.   Okay.  And so I can -- I can take a look
25 and see if I can find one if you would like me to.

Page 307

1       Q.   We only have 58 minutes left --
2       A.   Well, you asked me a question to cite an
3  article.
4       Q.   I'm asking if you know of any articles,
5  and as you sit here right now you can't think of
6  one but you say there may be one, correct?
7       A.   There may be.
8       Q.   That's as good an answer as I can get,
9  that's fine.
10      A.   Let me just take a quick look.
11      Q.   Dr. Kramer, I don't have time for you to
12 take a quick look.
13      A.   Okay.  Well, there may be.  I reserve
14 the right to name one.
15      Q.   I understand.  But as you sit here
16 today, you can't think of one but there may be one,
17 you just don't know?
18      A.   I can't name a specific article from
19 memory at this point.
20      Q.   So would you agree there is no
21 epidemiologic study that has found an increased
22 risk for Paxil and limb defects?
23           If you recall, we wrote them down, the
24 risk range for Paxil and limb reduction defects of
25 0.72 to 1.0, and Paxil and musculoskeletal defects

Page 308

1  from 0.1 to 1.11.  So I'm asking you if you know of
2  any other study that shows an increased risk for
3  Paxil and limb reduction defects, Paxil and limb
4  defects, or Paxil and musculoskeletal defects.
5       A.   So that's what I'm looking for now?
6  Would you repeat the question?
7            MS. HALPERN:  Would you read it
8       back, please?
9            (The record was read as
10      requested.)
11      A.   Specifically not a broader category of
12 all --
13 BY MS. HALPERN:
14      Q.   That's my question.  She just read it
15 back.
16      A.   I don't recall off the top of my head
17 any other studies that reported specific risk
18 ratios for those specific outcomes of birth
19 defects.
20      Q.   Now, we have spent a lot of time today
21 trying to find the actual defects on Paxil that
22 have been reported even in epidemiologic studies.
23 Would you agree that we have not found, at least
24 today, and there is nothing that you know of as you
25 sit here today, reporting Paxil and a small hand as

Page 309

1  a defect?
2       A.   Again I'm going to reiterate the very
3  important point that the epidemiological studies
4  looking at the effect of Paxil on noncardiac
5  defects were simply not powered to detect even one
6  or a very small number of cases of specific, very
7  rare limb defects.
8       Q.   I understand that.
9       A.   And so the answer is that these studies
10 were simply underpowered to do so.
11      Q.   Dr. Kramer, you can say that.  You have
12 said it before.  I know you will say it again.  I'm
13 just asking if we saw Paxil and a small hand as a
14 defect in any of these studies.
15      A.   I don't recall seeing that specific
16 defect mentioned in the studies.
17      Q.   Paxil and a hypoplastic hand?
18      A.   Again I don't recall.
19      Q.   Paxil and symphalangism?
20      A.   I haven't gone back to search, but off
21 the top of my head I don't recall.
22      Q.   Paxil and a limb reduction defect?
23      A.   Well, there may have been.  Some of the
24 defects that we reviewed today may have been --
25      Q.   That's not the question.  The question

Shira Kramer, Ph.D., MHS

Page 310

1  is in everything that we have reviewed have you
2  seen a case of Paxil and a limb reduction defect?
3      A.    A case?
4      Q.    Reported --
5      A.    A Paxil-exposed mother and a limb
6  reduction defect, at all?
7      Q.    Correct.
8      A.    Even one instance?
9      Q.    In this literature that we looked at
10  today.
11      A.    There may have been.  I don't remember.
12      Q.    How about Paxil and an upper limb
13  reduction defect?
14      A.    Again, I don't -- you know, that level
15  of specificity I don't believe that I have.
16      Q.    Is it your opinion that it is
17  scientifically established that perturbations in
18  serotonin can cause limb defects?
19      A.    I do.  Yes.
20      Q.    You believe that has been established?
21      A.    I think it is, yes.
22      Q.    And that's based on literature that you
23  have cited in your expert report?
24      A.    And other references that are referred
25  to in a much broader scientific literature.  I did

Page 311

1  not cite most or all of the literature that
2  supports that opinion.
3      Q.    Okay.  Can you cite to any publication
4  that says that perturbations in serotonin can cause
5  limb defects?
6      A.    Well, I did already cite the Levin
7  article that talks about the effect of serotonin on
8  embryological development.  There is an article by
9  DiPino that also discusses the broad effect of
10  serotonin on embryological development.  And there
11  is an extended literature citation included in
12  additional citations within these articles and the
13  broader literature that evaluates and does -- and
14  does discuss the role of serotonin on limb
15  development as well as other structures.
16      Q.    Okay, let's look at the DiPino article
17  that you keep talking about.  It's Exhibit 53.  And
18  you cite this in Paragraph 154a of your report.
19          (Kramer Exhibit No. 53 for
20          identification.)
21  BY MS. HALPERN:
22      Q.    I believe this is the article we have
23  marked as Exhibit 53.
24      A.    Correct.
25      Q.    Okay.

Page 312

1          And this is one of the things that you
2  rely on for your view that serotonergic signaling
3  plays a role on limb development, correct?
4      A.    Let me take a look at this.
5      Q.    I think that's what you just said.
6      A.    Right.  So in the abstract it says,
7  "During pre and early postnatal development, the
8  neurotransmitter serotonin 5-HT modulates cell
9  proliferation, migration and programmed cell death,
10  as well as cell shape and cell-to-cell coupling.
11  These trophic effects of 5-HT, involving the
12  cytoskeletal function, and cell cycle, and
13  programmed cell death can be both dependent and
14  independent of the changes in resting membrane
15  potential that typically define neurotransmitter
16  action," and then goes on to discuss the
17  morphogenetic role of 5-HT.
18          And then there is another article --
19      Q.    Wait for a question.  This is not
20  original data, right?  This is a review article,
21  correct?
22      A.    I believe that's true.
23      Q.    And you cited to a sentence where you
24  said limb defects were mentioned?
25      A.    Well, I would have to review -- if you

Page 313

1  want me to relate this article to limb development,
2  I'm going to review this article because it is a
3  lengthy article.
4      Q.    On Page 406, I can read you what I see
5  to be the only reference to limb development in the
6  entire article.  And it is on the left-hand side,
7  and it's the second sentence, and it says, "During
8  embryogenesis, 5-HT regulates a wide variety of
9  developmental processes, including cell
10  proliferation, migration and differentiation, as
11  well as programmed cell death, profoundly affecting
12  neural, craniofacial, cardiac and limb
13  development," and it cites four articles, correct?
14      A.    Correct.
15      Q.    And that's the only reference in this
16  article to limb development, correct?
17      A.    I don't know that I would say that
18  without reviewing the article.  I can't say that
19  that's the only relevant sentence having to do with
20  limb development at all.
21      Q.    Well, turn to Page 410 of this same
22  article that you reference.  Right-hand column,
23  bottom, it says, "Most prospective followup studies
24  of children of depressed mothers, prenatally
25  exposed to a variety of antidepressants" --

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 314

1    Do you see that?
2    A.   I do.
3    Q.   -- "have shown no increased frequency of
4 major malformations, miscarriage, stillbirth or
5 prematurity."  Do you see that?
6    A.   I do.
7    Q.   Then it goes on to say, "Therefore, the
8 consensus is that SSRI administration during
9 pregnancy and lactation does not confer teratogenic
10 risk for the newborn."
11    Do you see that?
12    A.   Okay.  Well, clearly I don't agree with
13 this.
14    Q.   That's not my question, doctor.
15    A.   Well, you have read it, you have read it
16 accurately.
17    Q.   Okay.
18    A.   This is what this author has written.
19    Q.   So this author is not reaching the
20 conclusion that Paxil perturbs serotonin to cause
21 limb deficiency defects.  This author is not making
22 that conclusion, correct?
23    A.   Well, that wasn't the question you asked
24 me.  This is a new question.
25    Q.   It's a new question.

Page 315

1    A.   Okay.  Let's start with the new
2 question, because you totally switched subjects.
3    Q.   Doctor, I read a sentence and I said is
4 that what the article says, you agreed with me.
5    A.   No.  No.  No.  Even the sentence does
6 not call out Paxil, and also this article was
7 written in 2004 before most of these articles were
8 ever published.
9    Q.   Well, let me ask you a new question.
10 Does the article by DiPino 2004, which you have
11 been referencing all day, does it reach the
12 conclusion that Paxil causes limb deficiencies?
13    A.   This article does not address Paxil
14 specifically.
15    Q.   Does this article say that Paxil
16 perturbs serotonin in such a way that it can cause
17 limb defects?
18    A.   I have to see if it says anything about
19 Paxil specifically.
20    MS. HALPERN:  Exhibit 54.
21    Q.   All right.  I'm out of time.  I will
22 move on.  Withdraw the question.
23    (Kramer Exhibit No. 54 for
24    identification.)
25 BY MS. HALPERN:

Page 316

1    Q.   Here is Bhasin 2004.  B-h-a-s-i-n.  This
2 is another study that you referred to today.  I
3 think you stated the 11 references relies on this
4 study, correct?
5    A.   In part, that's correct.
6    Q.   And it says here you say in your
7 article, in your report, Paragraph 156, you say a
8 study by --
9    A.   Could you just wait until I get to that
10 paragraph, please?
11    Okay.
12    Q.   By the way, did you write this section
13 of your report on mechanism in animal data?  Did
14 you read the articles and you are the one who
15 relied on them, or did you rely on summaries that
16 someone else gave you?
17    A.   No, I read the articles.
18    Q.   Did you read the Bhasin article?
19    A.   I did.
20    Q.   And you cited it for what reason?
21    A.   Obviously having to do with mechanism.
22    Q.   But you don't know?
23    A.   No, I didn't say that.
24    Q.   As you sit here right now --
25    A.   It has to do with the role of serotonin

Page 317

1 in the development of skeletal tissue.
2    Q.   Is it your opinion that this article
3 establishes or states equivocally that
4 perturbations in serotonin can cause limb defects?
5    A.   Let me look at it.
6    Q.   Unequivocably, sorry.  That
7 perturbations in serotonin can cause limb defects.
8 It doesn't say that anywhere, does it, doctor?
9    A.   Well, before you ask me to agree or
10 disagree, are you referring to Paragraph 156?
11    Q.   154.
12    A.   I'm sorry, 154.
13    Q.   Part b is where you mention Bhasin.
14    A.   154 part --
15    Q.   B.
16    A.   So 154, Subparagraph b, says --
17    Q.   A study by --
18    A.   "A study by Bhasin and colleagues showed
19 that serotonin levels regulate the development of
20 cartilage in the mouse hind limb."  Is that what
21 you are asking me whether I agree with?
22    Q.   Doctor, does this study evaluate
23 pregnant animals?
24    A.   I have to remind myself of the details
25 of the study.

Shira Kramer, Ph.D., MHS

Page 318

1    Q.   You don't know?
2    A.   I have to review this article.  I
3 reviewed hundreds of articles to write this report.
4    Q.   Is this an in vivo or in vitro study?
5         Do you know?
6    A.   Are you going to give me time to look at
7 this article?
8    Q.   Doctor, this is your report, not mine.
9 You cited this article.  And what I'm asking you is
10 does this study report on in vivo or in vitro data?
11 Do you know?
12    A.   Okay.  Now, I'm going to repeat that I
13 didn't memorize the details or the methodology of
14 every single one of these articles.
15    Q.   Yes, but you had no problem --
16    A.   But you are not letting me finish.  And
17 I consider this badgering, I really do.  If you
18 want me to answer questions about the specifics,
19 the methodology, or the conclusions drawn, or the
20 data that were generated, then I reserve the right
21 to look at the contents of this article.  I did not
22 memorize it.
23         Now, do you want me to do so?
24    Q.   Doctor, does this study involve in vivo
25 or in vitro data?

Page 319

1    A.   I will take a look and tell you.
2         MS. HALPERN:  Let's go off the
3 record.  Why don't you refresh your
4 memory about this article, because I
5 can't waste any of the last hour.
6         THE VIDEO OPERATOR:  The time is
7 4:21, we are going off the record.
8         (Discussion off the record.)
9         THE VIDEO OPERATOR:  The time now
10 is 4:23.  We are back on the record.
11 BY MS. HALPERN:
12    Q.   And the pending question was is the
13 Bhasin 2004 study an in vivo or in vitro study?
14         If you don't know without reading the
15 article, that's fine, just say so.
16    A.   I'm looking at the article right now.
17         The model that they used was a
18 mandibular micromass culture, so it looks like it
19 was an in vitro study.
20    Q.   And did this study report data on limb
21 defects; upper limb defects, lower limb defects?
22    A.   So in this study they present the goals
23 of the study and they say, "Because many molecules
24 involved in craniofacial development have also been
25 shown to play a role in limb development," and they

Page 320

1 give several references, "and 5-HT receptors are
2 expressed in osteoblasts, osteoclasts, and
3 osteoblast precursor cells," and there are
4 references.
5    Q.   Dr. Kramer, I'm sorry.
6    A.   "Effects of 5-HT on chondrogenic
7 differentiation in the hindlimb bud were
8 investigated."
9    Q.   This looked at cartilage in the mouse
10 hindlimb, correct?
11    A.   Well, I'm getting to this, to what they
12 did.  So they investigated effects of 5-HT on
13 chondrogenic differentiation in the hindlimb bud,
14 and then they discussed the limb bud as the basis
15 for the study of chondrogenic differentiation and
16 skeletal development.
17    Q.   Well, let me ask you this.
18    A.   So --
19    Q.   Did this study evaluate paroxetine,
20 Paxil?
21    A.   If you are going to continue to
22 interrupt me and ask me --
23    Q.   Dr. Kramer --
24    A.   -- different questions --
25    Q.   -- I withdraw my question because I need

Page 321

1 an answer so that it doesn't take an hour.
2    A.   Well --
3    Q.   Does this study evaluate Paxil?
4    A.   I will take a look and see.
5    Q.   It doesn't involve Paxil, does it,
6 doctor, and it doesn't involve any SSRIs, correct?
7    A.   It looks like it is focused on retinoic
8 acid and on the effect of serotonin in the
9 development of -- in chondrogenic development.
10    Q.   Dr. Kramer, it has to do with the 5-HT2b
11 receptor, correct?
12    A.   It has to do with serotonin.
13    Q.   Doctor, it has to do with activation of
14 the 5-HT2b receptor.
15    A.   In part.  It also has to do with the
16 effect of serotonin on chondrogenic
17 differentiation.
18    Q.   Does Paxil affect --
19    A.   So are you asking me --
20    Q.   I'm asking --
21    A.   Are you asking me a question or are you
22 making a statement?
23    Q.   Does it involve activation of 5-HT2b
24 receptors, serotonin receptors?
25    A.   Well, I can tell you that under Results,

81 (Pages 318 to 321)

Page 322

1 the very first paragraph, it is entitled Serotonin
2 and Chondrogenic Differentiation in Hindlimb
3 Micromass Cultures, and that paragraph has to do
4 with the role of serotonin and chondrogenic
5 differentiation.
6     Q.    Yes, but maybe --
7     A.    And so that is part of the article.
8 That is part of the --
9     Q.    Yes --
10    A.    -- the goal of this article.
11    Q.    -- but, doctor, it's talking about
12 5-HT2b receptors, correct?
13    A.    Partly.
14    Q.    What other --
15    A.    But the role of serotonin -- the role of
16 serotonin is also critical to this article.  It's
17 not just about 5-HT2b receptors.
18    Q.    Wait a minute.  Do you understand 5-HT2b
19 receptors are serotonin receptors?
20    A.    Yes, I do.
21    Q.    Okay.  And does Paxil affect the 5-HT2b
22 serotonin receptor?
23    A.    What has been reported, it does not have
24 high affinity to the 5-HT2b receptor.  That's not
25 the point of this.  The point of this is serotonin,

Page 323

1 not Paxil.  And that's the point of the -- that's
2 where 5-HT2b receptors are relevant, because they
3 are stimulated by serotonin, clearly.  They are
4 serotonin receptors.  But the --
5     Q.    Doctor --
6     A.    But I cited this article because it is
7 relevant to the biological plausibility of
8 serotonin in limb embryogenesis.
9     Q.    Okay.  Doctor, I think you have looked
10 at it now, so let me ask you.  This paper --
11    A.    I have -- let me go on the record.  You
12 have not given me an opportunity to read this
13 article.
14    Q.    Let me just go on the record as well,
15 Dr. Kramer.  You have referred to this article
16 throughout these six hours of deposition as support
17 for your belief that it has been established that
18 perturbations in serotonin can cause limb defects,
19 and more particularly that Paxil can cause
20 perturbations in serotonin that can cause limb
21 defects, and when my opportunity comes to ask you a
22 simple question about this article, you can't
23 answer the simplest question without reading the
24 article.
25        So on the record, I have done that.  I'm

Page 324

1 going to ask you questions.  If you can't answer
2 it, fine.  This is an in vitro tissue culture study
3 in which cells from the hindlimb bud of day 11
4 mouse embryos were removed and grown in either
5 retinoic acid or serotonin, correct?  And if you
6 don't know just say I don't know.
7     A.    If you are going to ask me specifics of
8 this study and its methodology, I need to read the
9 entire study.
10    Q.    Okay.  Do you know if serotonin promoted
11 cartilage differentiation of the aggregated cells
12 in the cultures?
13    A.    I am going to have to look at the study
14 for the details.
15    Q.    Would you agree that no evidence was
16 presented to suggest that serotonin plays a role in
17 the formation of cartilage in vivo, and no evidence
18 was presented showing that the paroxetine -- that
19 paroxetine has any effect on cartilage development
20 in vivo?
21        MR. FRISCHHERTZ:  Object to the
22 form.
23    A.    I'm going to have to read the article to
24 answer these questions.
25    Q.    Let's turn to Busnikov, B-u-z-n-i-k-o-v,

Page 325

1 2001, another article you rely on for your opinions
2 in this case.  It's Exhibit 45.
3        (Kramer Exhibit No. 45 for
4 identification.)
5 BY MS. HALPERN:
6     Q.    This reference is a review article of
7 the embryogenetic and morphogenic functions of
8 serotonin in animals.  This article does not
9 discuss limb development, does it, doctor?
10 Buznikov 2001.  It is your reference Number 55 and
11 we have marked it as Exhibit 45.
12    A.    You are going to have to give me the
13 time to look at this article again.
14    Q.    My question, while you are looking at
15 it, is would you agree this article does not
16 demonstrate, does not demonstrate there is
17 serotonergic signaling in limb development.  That's
18 my question.
19    A.    I'm going to have to look at it.
20    Q.    And while you are looking at it, my
21 second question, just so you can look at the same
22 time, would you agree this article does not
23 demonstrate that the serotonin system is involved
24 in limb development?
25        MS. HALPERN:  Let's go off the

Shira Kramer, Ph.D., MHS

Page 326

1   record while she looks.
2        THE VIDEO OPERATOR:  The time now
3   is 4:31, we are going off the record.
4        (Discussion off the record.)
5        THE VIDEO OPERATOR:  Time now is
6   4:36.  We are back on the record.
7   BY MS. HALPERN:
8        Q.   Doctor, with regard to Exhibit 45, the
9   2001 article by Buznikov, B-u-z-n-i-k-o-v, would
10  you agree that this article does not demonstrate
11  that there is serotonergic signaling in limb
12  development?
13       A.   This article does not specifically focus
14  on limb development.  It focuses on a more general
15  mode of action.
16       Q.   Okay.
17       A.   Serotonergic signaling in the major
18  functions of cellular proliferation, migration and
19  differentiation, morphogenesis and gene
20  expression --
21       Q.   Just answer the question, Dr. Kramer.
22       A.   I am answering the question.
23       MR. FRISCHHERTZ:  Let me object to
24  that --
25       A.   I am --

Page 327

1        MR. FRISCHHERTZ:  -- kind of
2   commentary.  She is answering your
3   question.
4        Q.   Well, the question I think is answered.
5        A.   No, no, it's not, because limb
6   development is a very specific downstream --
7   downstream process, and what Buznikov is addressing
8   is a fundamental and very, very critical role of
9   serotonin in early stage, very early stage gastrula
10  stage fetuses in being basic -- he says basic --
11  regulation of basic developmental processes which
12  would include limb development.
13       These authors do not specifically focus
14  on limb development, but it is relevant.  The
15  mechanisms that they studied and described are
16  certainly relevant to limb development and the
17  development of other fetal tissues.
18       Q.   Doctor, these authors do not mention
19  limb development.
20       A.   I have just said that they don't --
21       Q.   They don't mention it.
22       A.   They don't specifically focus on limb
23  development.
24       Q.   And they don't say that serotonin is
25  involved in limb development, correct?

Page 328

1        A.   What they say -- what they conclude is
2   what I just summarized.
3        Q.   All right.  Let's turn to one of the
4   animal studies you rely on, and I would turn to --
5        MS. HALPERN:  Can I have
6   Exhibit 82.
7        (Kramer Exhibit No. 82 for
8   identification.)
9   BY MS. HALPERN:
10       Q.   It's the third study you cite, the
11  Baldwin reference in Paragraph 151b of your report.
12  Do you see that?
13       MS. HALPERN:  Exhibit 82, please.
14       Q.   And this is the study you reference, the
15  Baldwin study you reference.
16       Have you read this study?
17       A.   I have looked at this study.  I didn't
18  read every word of it for this particular case, but
19  I certainly did in a prior matter involving Paxil.
20       Q.   Well, is it your belief that this study
21  supports a finding of Paxil causing limb defects?
22       A.   The -- let me look at the Baldwin data.
23       Q.   You say a pup -- you look on your expert
24  report about this study.  You say a 1984 rat study
25  involved exposure to 3.9 milligrams per kilogram of

Page 329

1   paroxetine observed a pup that died in utero with
2   malrotated limbs and small pelvis.  Do you see
3   that?
4        A.   Well, let me find -- I need to find the
5   data that refers to this.
6        Q.   Doctor, just answer my first question.
7        A.   But I can't answer it until I have this
8   in front of me.
9        Q.   Doctor, you didn't hear the question.
10  Let's listen to the question.  Is that what you
11  wrote in your expert report?
12       A.   I will take a look in just a second.
13       Okay.  So this is the Baldwin -- is this
14  a 1984 study, the GSK?  Is that the one you have
15  given me?
16       Q.   Yes.
17       A.   Yes.  Okay.
18       Q.   That's what you cite, and you say that
19  an exposure to paroxetine resulted in a pup being
20  born with malrotated limbs and a small pelvis.  Do
21  you see that?
22       A.   And you are --
23       Q.   In Paragraph 151b, the second part.
24       A.   Okay.  Died in utero with malrotated
25  limbs and a small pelvis, that's correct.

Page 330

1    Q.    It is one of three studies that you cite
2  that you referred to earlier today as GSK studies
3  that show limb deficiencies with Paxil, correct?
4    A.    Limb defects, correct.
5    Q.    So let's look at this article, all
6  right?  Are you the one who reached the conclusion
7  that this happened to this pup, or was it someone
8  else who did this?
9    A.    No, I reviewed this.
10    Q.    You reviewed this so you take
11  responsibility, correct?
12    A.    I do.
13    Q.    Okay.
14        So let's look first at Page 156, looking
15  at the upper right corner where it says
16  Introduction.  Do you see that?  Look at the par
17  numbers at the bottom, the last number is 375.  Do
18  you see the number at the bottom right, 375?  Do
19  you see that?
20    A.    Yes, I do.
21    Q.    The paragraph Introduction.  At the
22  bottom of the first full paragraph it says, "The
23  purpose of the present investigation was to confirm
24  that one milligram per kilogram a day dosed from
25  day 15 postpartum" --

Page 331

1        Do you know what postpartum means?
2    A.    Yes, I do.
3    Q.    What does it mean?
4    A.    After birth.
5    Q.    -- "postpartum is a no-effect level and
6  to determine the effects of 3.3 and 10 milligrams
7  per kilogram per day when dosed from day five
8  postpartum to day 24 postpartum inclusive."
9        Do you see that?
10    A.    I do.
11    Q.    These rats were dosed postpartum,
12  doctor; is that correct?
13    A.    Well, they say -- I'm going to have to
14  check because they say earlier in this paragraph
15  that an earlier preliminary investigation has shown
16  that treatment with 4 milligrams per kilogram per
17  day for four days prenatally resulted in, and so
18  on.  And so if you're asking me if there are no
19  data in this report that correspond to my
20  reference, I'm going to have to check that, because
21  you have not read this entirely.  So I don't agree
22  that --
23    Q.    They show --
24    A.    Well, I don't agree.  This is a very
25  lengthy -- I don't know how many pages it is, but

Page 332

1  it is probably several hundred pages long, and if
2  you are questioning whether or not I have the
3  appropriate reference with regard to the study of
4  pregnant rats, I will have to check that.
5    Q.    Doctor, turn to Page 383 of this same
6  study, the last digits of 383.
7    A.    The last three digits of what?
8    Q.    Par number, doctor, bottom right-hand
9  corner.  Do you see that?
10    A.    I do.
11    Q.    And if you look on that page, Number 7,
12  little VIIC, is the pup you're talking about who
13  got an intermediate dose.  Do you see that, one
14  pup --
15    A.    I want to back up.  You just read
16  something into the record from the introduction
17  which asserted that they did not do any studies
18  except for postpartum, did you not?  You just read
19  something in here Introduction, Page 375, saying
20  that they didn't do any kind of prenatal treatment,
21  and now I guess you're skipping to Page 383 where
22  we are talking about offspring and observations of
23  abnormalities, so I'm just curious what you are
24  referring to here.  If you --
25    Q.    Okay, why --

Page 333

1    A.    -- are asserting that they didn't do any
2  such studies --
3    Q.    Why don't we turn to Page 499,
4  Dr. Kramer.  Maybe we can cut through it really
5  fast.
6        Actually -- I'm sorry.
7    A.    Here it is on Page 383, Paragraph 7c.
8  Intermediate dose.
9    Q.    Yes.
10    A.    One pup found dead in utero.
11    Q.    Right.
12    A.    So there was prenatal treatment,
13  clearly, right?  With flattened head, displaced
14  ears, no eyes, protruding tongue, malrotated limbs
15  and small pelvis.  And we go on from there.
16    Q.    Doctor --
17    A.    That's what matches what I have in my
18  report.
19    Q.    Mothers in group three were only exposed
20  to paroxetine five to 24 days postpartum, the
21  mothers.
22    A.    Well, where are you now?
23    Q.    You know what, I can see that this is
24  going to be a challenge to go through this in the
25  little bit of time I have left.  I believe you will

Shira Kramer, Ph.D., MHS

Page 334

1  find if you look through this in detail that you
2  might want to revise your opinion.  But let's just
3  leave it alone because it will take me forever.
4        Let's look at Exhibit 56.
5        (Kramer Exhibit No. 56 for
6        identification.)
7  BY MS. HALPERN:
8        Q.    And maybe this will go faster.  Can you
9  read the name of the author on that study?
10       A.    The authors are D.L. Shuey, S-h-u-e-y,
11  T.W. Sadler, H. Tamir, and J.M. Lauder.
12       Q.    And what year was that article?
13       A.    This is 1993.
14       Q.    Okay.  And that's the same Sadler that
15  you talked about before?
16       A.    It is.
17       Q.    This article does not discuss limb
18  development or limb malformations, does it?  It's
19  an in vitro study describing patterns of serotonin
20  uptake sites in the craniofacial region of the
21  mouse embryo; is that right?
22       A.    Again, if you are going to ask me if
23  there is any discussion of the applicability of
24  these results to limb development, I can't -- I
25  can't agree with that until I have a chance to

Page 335

1  review this paper again.
2        Q.    Is it your --
3        A.    It clearly states that it is focused on
4  craniofacial morphogenesis, but there may be some
5  commentary as to the applicability of the results
6  to limb development or skeletal development I don't
7  recall.
8        Q.    And if it doesn't, doctor, why is it
9  cited here?
10       A.    Well, actually on page -- they do
11  mention on Page 77 various stages.  They go through
12  the sites of 5-HT immunoreactivity and localization
13  during early craniofacial morphogenesis, and then
14  they go down the list.  They talk here on the
15  left-hand side E10 (early limb bud stage; 20 to 25
16  cell mites) and then they describe the levels of
17  5-HT immunoreactivity at this stage E10 which is
18  early limb bud stage.  This cite was -- let's see
19  additional cites included --
20       Q.    Doctor, does this --
21       A.    So they do mention the --
22       Q.    Does this article demonstrate the
23  serotonergic signaling in limb development?
24       A.    Again, I'm going to have to review the
25  rest of the article to refresh my memory as to

Page 336

1  specific discussions of limb development.  But they
2  do mention it on Page 77, the expression of 5-HT
3  immunoreactivity during this stage of early limb
4  bud development.
5        MS. HALPERN:  Let's just take a
6  break for one moment, please.
7        THE VIDEO OPERATOR:  The time now
8  is 4:49.  We are going off the record.
9        (Discussion off the record.)
10       THE VIDEO OPERATOR:  Time now is
11  4:51.  We are back on the record.
12  BY MS. HALPERN:
13       Q.    Dr. Kramer, do you know of any study
14  that has demonstrated that Paxil crosses the
15  placental barrier in the first trimester?
16       A.    The paper that I cite by Wloch,
17  W-l-o-c-h, talks about the role of -- let me back
18  up.  You asked me about Paxil.
19       Q.    Correct.
20       A.    And I believe Wloch is talking about --
21  let me go back.  Let me just refresh.
22       So Wloch discusses the role of passive
23  diffusion in the very earliest stages of pregnancy.
24  It's called active and passive transportive drugs
25  in the human placenta.

Page 337

1        Q.    Please answer my question.  Are you
2  aware of any study that shows that Paxil crosses
3  the placental barrier in the first trimester of
4  pregnancy?
5        A.    The studies that I'm aware of that have
6  been done have been done generally after the first
7  trimester of pregnancy, but it is generally
8  accepted that Paxil does cross the placenta during
9  the first trimester.  I believe that there is no
10  debate about that.
11       Q.    And --
12       A.    And the biological basis for that is
13  covered by a very, very extensive literature, among
14  them articles that I cite.
15       Q.    Okay.  Can you identify a single
16  in vitro or in vivo animal study in which Paxil was
17  observed to induce a congenital limb defect of any
18  kind?
19       A.    Could you repeat the question slowly,
20  please?
21       Q.    Can you identify a single in vitro or
22  in vivo animal study in which Paxil was observed to
23  induce a congenital limb defect of any kind?
24       A.    Other than the Baldwin study which we
25  have already discussed --

Shira Kramer, Ph.D., MHS

Page 338

1    Q.    Which is the one we were looking at.
2    A.    -- and the Zuhlke study, 1981 GSK --
3    Q.    Which is an ossification study, correct?
4    A.    Well, it lists skeletal anomalies in the
5    study.
6    Q.    Well, the skeletal anomaly that you are
7    referring to is ossification, correct?
8    A.    I would have to go back and look at the
9    specifics, but it does report skeletal anomalies in
10   that study.  So if you want me to go back and look
11   at the specific --
12   Q.    Are you saying it reports skeletal
13   anomalies in addition to ossification?
14   A.    I would have to check.
15   Q.    You don't know?
16   A.    I don't recall off the top of my head.
17   Q.    Dr. Kramer, would you agree that one
18   can't extrapolate from an association?
19   A.    Did you want me to --
20   Q.    No, I'm asking a new question.
21   A.    Okay.  We are on to a new question.
22   Q.    Would you agree one cannot extrapolate
23   from an association between an exposure and all
24   cancers to a specific type of cancer?
25   A.    Can you repeat that slowly, please?

Page 339

1    Q.    Would you agree that one cannot
2    extrapolate from an association between an exposure
3    and all cancers to a specific type of cancer?
4    A.    That's too general a question.  I think
5    that --
6    Q.    Would you agree that --
7    A.    Excuse me.
8    Q.    Fine.  So I will ask another one.
9          Would you agree that one cannot
10   extrapolate from all lymphomas to nonHodgkin's
11   lymphoma?
12   A.    That all depends.  That really all
13   depends on the data and the mechanism.  It all
14   depends.  Again, that is too general a question to
15   answer.
16   Q.    Under what circumstances do you believe
17   you could extrapolate from all lymphomas to
18   nonHodgkin's lymphoma?
19   A.    That would depend on the data that was
20   available.
21   Q.    I'm asking you under what circumstances
22   would you be willing to extrapolate from all
23   lymphomas to nonHodgkin's lymphoma.
24   A.    A combination of mechanistic cause of
25   action, because lymphomas are cancers of the immune

Page 340

1    system cells and organs, and there are certainly
2    various types of lymphomas that are a result of, at
3    least in part, the process, the timing in the
4    developmental stage of these various cells and
5    tissues.  If it were demonstrated that there were
6    an agent or group of agents or factors that acted
7    in such a way that could cause a very, very broad
8    spectrum of lymphomas -- and there are such
9    agents -- then one could make an argument, and had
10   the mechanistic mode of action and biological
11   plausibility information, one could argue that one
12   could extrapolate from a more general category of
13   all lymphomas to specific types of lymphomas.  It
14   all depends on the data that were available.
15        MS. HALPERN:  Could you pull out
16   Exhibit 47?
17   Q.    Doctor, would you agree what -- you told
18   us earlier about a classification of PCB as a
19   carcinogen; do you recall that?
20   A.    Yes, I do.
21   Q.    What is the agency that classified it as
22   a carcinogen?
23   A.    The International Agency for Research on
24   Cancer.
25   Q.    Did you use the same methodology that

Page 341

1    they used to conclude that Paxil causes limb
2    malformations?
3    A.    Well, the IARC in their classification
4    does depend on a weight of evidence analysis.  Now,
5    in their case they utilize a panel of scientists.
6    I formulated my opinion myself.  There is a
7    difference.  But they do evaluate all of the
8    literature and all of the data, epidemiological,
9    in vitro, in vivo, animal toxs, et cetera, and
10   so --
11   Q.    Do you know what the criteria are that
12   they used?
13   A.    What do you mean by -- I am very
14   familiar with the methods --
15   Q.    Not the methods.
16   A.    -- used by IARC, and I am familiar with
17   their criteria, so specifically what are you asking
18   me?
19   Q.    I'm asking you whether you had the same
20   level of data for Paxil and limb malformations to
21   reach your conclusion as they had for PCBs as a
22   carcinogen?
23   A.    I don't know that I would say that, but
24   I also don't think I need the same level of data.
25   The question that is put to me is, is my opinion

Shira Kramer, Ph.D., MHS

Page 342

1  based on more probably than not, and that is my
2  opinion, more probably than not. I don't -- I
3  don't assert, nor do I think that it is really
4  appropriate to say that I would have the same exact
5  level of detail or level of data or extent of data
6  in -- with regards to the mechanism of action for
7  serotonin and limb defects as they would for
8  PCB 126. I don't think I need to demonstrate that
9  it's exactly the same in order for me to formulate
10  my opinion.
11     Q.   Dr. Kramer, did you use the standard of
12  more probably than not for your opinions in this
13  case?
14     A.   I used the standard of to a reasonable
15  degree of scientific certainty.
16     Q.   And I'm asking you if you defined that
17  by the standard of more probably than not.
18     A.   Part of it. Part of it.
19     Q.   What part of it?
20     A.   Well, I don't quantify. I cannot put a
21  quantification, but certainly my opinion is based
22  on a reasonable degree of scientific certainty.
23  The IARC, if you are familiar with their
24  classification system, has a series of
25  classifications that range from level one which is

Page 343

1  definite carcinogen, to the next level down which
2  is probable carcinogen, to the next level down
3  which is possible, and so on and so forth, so they
4  have a different rating and classification system
5  than would be applicable in this case.
6     Q.   Now, you have published just recently
7  that you believe that there is still a debate as to
8  whether Paxil causes cardiac defects. You wrote
9  that, correct?
10     A.   What are you referring to?
11     Q.   A poster that you presented in Montreal
12  earlier -- late last year.
13     A.   I don't remember word for word what I
14  said. I would have to have it in front of me.
15     Q.   Do you agree that there is still a
16  debate on whether Paxil causes cardiac defects?
17     A.   Well, clearly there is a debate among
18  certain experts as to whether Paxil causes cardiac
19  defects. I have read them among your expert
20  reports.
21     Q.   Doctor, do you agree that there is a
22  generally accepted methodology in the teratologic
23  community for determining whether a particular
24  agent can cause malformations in humans?
25     A.   I wouldn't agree that there is a

Page 344

1  generally accepted methodology that everyone
2  follows. There is, I believe, a generally accepted
3  weight of evidence methodology that is followed in
4  the general -- in the causation science arena,
5  which is the one that I'm actually testifying about
6  in this case, and that has to do with the weight of
7  evidence approach which is widely used across many
8  biomedical disciplines with regard to causation.
9     Q.   Do you agree that in the weight of
10  evidence approach an essential element of the
11  methodology is that exposure during pregnancy
12  should be associated with a distinctive pattern of
13  birth defects?
14     A.   That all depends. As people such as,
15  classification experts such as Rasmussen and
16  Ferencz and others have written, and of course
17  Sadler, that all depends on when the agent,
18  teratogenic agent is active. And if it is early
19  enough in the process of embryogenesis, one will
20  logically expect to see a pattern, and it could be
21  a pattern of defects in a variety of different
22  tissues and organs.
23     Q.   Okay.
24     A.   I have those quotes here with me.
25     Q.   Doctor, there is no pattern of defects

Page 345

1  that has evolved for Paxil and limb defects,
2  correct?
3     A.   Well, the epidemiological literature has
4  not really been able to even measure that
5  specifically with respect to limb defects. There
6  simply has not been enough individuals because of
7  the rarity of limb defects --
8     Q.   And you would agree --
9     A.   -- to describe any such pattern.
10     Q.   And you would agree there is no
11  consistent human epidemiological studies showing an
12  association between Paxil and limb defects, if
13  anything to the contrary?
14     A.   Well, my opinion has been already stated
15  several times today that the human epidemiological
16  literature, specifically looking at Paxil and limb
17  defects, is really noncontributory because of its
18  extremely low power.
19     Q.   So tell me what you did with regard to
20  Paxil and limb defects, what your criteria were
21  under the weight of the evidence causation
22  analysis?
23     A.   I took into consideration the very
24  primary, critical and early role of serotonin in
25  the developing embryo, evidence that serotonin does

87 (Pages 342 to 345)

Shira Kramer, Ph.D., MHS

Page 346

1  affect limb development, and also the
2  epidemiological literature that supports a range of
3  congenital malformations associated with exposure
4  to Paxil.
5      Q.   And when I asked you earlier today is it
6  your opinion that it is scientifically established
7  that perturbations in serotonin can cause limb
8  defects, are you relying on studies like the ones
9  we have looked at, Buznikov, Bhasin, DiPino?  Are
10 those the kind of studies that that opinion is
11 based on?
12     A.   In part.  They contribute.
13     Q.   Is there any study that you have listed
14 here that demonstrates the serotonergic signaling
15 in limb development, any one of these studies?
16     A.   I think that there certainly is a robust
17 body of literature that has in total, in other
18 words the accumulated evidence which would be
19 represented by various contributing pieces of
20 evidence in individual studies, but the accumulated
21 evidence very strongly supports the role of
22 serotonin in limb development.  And --
23     Q.   That's your conclusion?
24     A.   Yes.  It is my opinion, and that's based
25 on a review of more studies than the ones that you

Page 347

1  discussed with me today.  And the evidence, the
2  accumulated evidence that has been generated about
3  the role of serotonin in development of these organ
4  systems which we have already discussed today.
5      Q.   Well, none of these articles, the Choi
6  article of 1997, Nebigil 2000, Hanson 1999, Pavone
7  2007, Shuey 1990, none of them demonstrate that
8  there is serotonergic signaling in limb
9  development, correct?
10     A.   I can't cite off the top of my head the
11 details of these individual studies.  But again, my
12 opinion stands, that the accumulated body of
13 literature and evidence on this point supports the
14 biological plausibility for perturbation in
15 serotonin levels as a causal factor in abnormal
16 limb development.
17     Q.   In addition to all those studies I just
18 mentioned, Shuey 1993, if you add that, then Gelder
19 2010, Cote, C-o-t-e, 2007, doctor, none of these
20 studies demonstrate that the serotonin system is
21 involved in limb development?
22     A.   I wouldn't necessarily agree with that.
23 In fact, Cote very specifically --
24     Q.   Cote are you saying?
25     A.   Cote, I guess.

Page 348

1      Q.   Cote, however you pronounce it.
2      A.   Cote calls serotonin a primary humeral
3  morphogen, a primary signaling molecule that
4  controls the broad development of the embryo.
5      Q.   Dr. Cote says serotonin affects
6  craniofacial, gastrointestinal, and cardiovascular
7  morphogenesis in chicken, rat and mouse.  They
8  don't even mention limb development.
9      A.   Well, you, of course, are taking a
10 sentence out of context with Cote, and also one
11 point.  I'm asserting that a -- my opinion on
12 causation is based on an accumulation of data from
13 many studies.  You can slice and dice these studies
14 and separate their results and try to isolate them,
15 but as a group of studies and in terms of looking
16 at how the evidence converges, my opinion is that
17 they very strongly support a primary role of
18 serotonin in the development, in limb development.
19     Q.   Doctor, has --
20     A.   Now, Cote, also what you are doing is
21 you're -- without any of these studies being in
22 front of me or my ability to review --
23     Q.   Doctor, there is no question.
24     A.   -- you are giving me the sentences out
25 of context and making statements.

Page 349

1      Q.   There is not a question pending.  Let me
2  ask a question.
3          Has anyone published an analysis of this
4  group of scientific data and reached the same
5  conclusion you have, that it is scientifically
6  established that perturbations in serotonin can
7  cause limb defects?
8      A.   I have read certain quotes today that
9  perturbation in serotonin is related to limb
10 development.  I read them into the record today.
11     Q.   Doctor, has anyone, anywhere, that you
12 are aware of, written that Paxil can cause
13 perturbations in serotonin that can cause limb
14 defects?
15     A.   So you are asking --
16         MR. FRISCHHERTZ:  Objection, asked
17 and answered.
18         MS. HALPERN:  No, no.  There is a
19 different question.
20         MR. FRISCHHERTZ:  How much time do
21 we have left on the record?
22         THE VIDEO OPERATOR:  We are
23 actually there.
24         MR. FRISCHHERTZ:  We're here?
25 This will be the last question.

88 (Pages 346 to 349)

Shira Kramer, Ph.D., MHS

Page 350

1      MS. HALPERN:  That's my question.
2  BY MS. HALPERN:
3      Q.   Has anyone anywhere written that Paxil
4  can cause perturbations in serotonin that can cause
5  limb defects?
6      A.   Are you asking me if anyone has put all
7  of that -- has drawn that conclusion in one
8  sentence in one study; is that what you are asking
9  me?
10     Q.   Doctor, the question --
11     A.   Because I don't do a causation analysis
12  based on the statement of one individual, and I
13  don't base my opinions based on what other people
14  conclude. I put together -- I accumulate all of
15  the evidence from multiple sources, multiple models
16  and multiple populations, and I don't depend on the
17  conclusions of individual authors and what they
18  themselves think about either their own results or
19  some other subject matter.
20     Q.   So is this a novel opinion then?
21     A.   This is absolutely not a novel opinion,
22  but you're asking me a question about has any
23  author said XYZ.
24     Q.   Has it been written anywhere, and I
25  don't care if it is in the same sentence or two

Page 351

1  sentences, or the same paragraph or two different
2  paragraphs, but has anybody published that Paxil
3  can cause perturbations in serotonin that cause
4  limb defects?
5      A.   Okay. So I'm going to break this down.
6  Yes, there have been many, many studies, and many
7  publications that have established that Paxil can
8  cause perturbations in serotonin.  Number one.
9          Then there have been many, many studies
10  that have demonstrated that perturbations in
11  serotonin are related to limb development and limb
12  defects.
13     Q.   When you say related to, are you saying
14  causes limb defects?  I'm confused.
15     A.   Yes, causally --
16     Q.   So you say --
17     A.   They are causally associated with the
18  development or maldevelopment of limbs.
19         MR. FRISCHHERTZ:  I think we're
20  done.
21     Q.   All right.  So it is your opinion, it's
22  your opinion --
23         MR. FRISCHHERTZ:  The question was
24  answered.
25     Q.   -- that it is written in the scientific

Page 352

1  literature that Paxil causes perturbations in
2  serotonin that can cause limb defects?
3      A.   I just answered the question --
4          MR. FRISCHHERTZ:  Objection.
5      A.   -- that this is an accumulation of
6  evidence.
7          MR. FRISCHHERTZ:  We are done.
8          MS. HALPERN:  We are done.  Thank
9  you.
10         THE VIDEO OPERATOR:  The time now
11  is 5:10.  This deposition has concluded.
12         THE REPORTER:  Signature?
13         MR. FRISCHHERTZ:  Read and sign.
14  Are you going to read and sign,
15  doctor?
16         THE WITNESS:  Oh, yes, I will.
17  I'm assuming that's what you would like
18  me to do.
19         MR. FRISCHHERTZ:  It's technically
20  your right, but I don't like
21  recommending people to waive their
22  rights.  It is really the witness'
23  right.  At least in Louisiana that's how
24  it is.  I don't know how it is in
25  Maryland.

Page 353

1          THE REPORTER:  Do you want rough
2  draft?
3          MR. FRISCHHERTZ:  How long do you
4  think it's going to take you -- yes.
5  Because we are -- yes, I do.
6          (Discussion off the record.)
7          THE WITNESS:  You will return the
8  original stick to me then, and return
9  the blue book as well?
10         MS. HALPERN:  Yes.  Yes.
11         (Thereupon, signature having not
12  been waived, the examination of Shira
13  Kramer, Ph.D., M.H.S. was concluded at 5:12
14  p.m.)
15     -    -    -    -    -    -    -

Golkow Technologies, Inc. - 1.877.370.DEPS

Shira Kramer, Ph.D., MHS

Page 354

1  UNITED STATES OF AMERICA )
2  DISTRICT OF COLUMBIA      )
3
4        I, CAPPY HALLOCK, the reporter before whom
5  the foregoing deposition was taken, do hereby certify
6  that the witness whose testimony appears in the
7  foregoing deposition was sworn by me; that said
8  deposition is a true record of the testimony given by
9  said witness.
10
11       I further certify that I am neither counsel
12  for, related to, nor employed by any of the parties
13  to the action in which this deposition was taken; and
14  further that I am not a relative or employee of any
15  attorney or counsel employed by the parties hereto,
16  or financially or otherwise interested in the outcome
17  of this action.
18
19
20
21
22        _____
23            Cappy Hallock, RPR, CRR, CLR
24
25  My Commission expires September 14, 2012

Page 355

1            - - - - - -
2            E R R A T A
3            - - - - - -
4
5  PAGE  LINE  CHANGE
6  ____ ____  _____
7     REASON:  _____
8  ____ ____  _____
9     REASON:  _____
10  ____ ____  _____
11     REASON:  _____
12  ____ ____  _____
13     REASON:  _____
14  ____ ____  _____
15     REASON:  _____
16  ____ ____  _____
17     REASON:  _____
18  ____ ____  _____
19     REASON:  _____
20  ____ ____  _____
21     REASON:  _____
22  ____ ____  _____
23     REASON:  _____
24  ____ ____  _____
25     REASON:  _____

Page 356

1          ACKNOWLEDGMENT OF DEPONENT
2
3        I, _____, do hereby
4  certify that I have read the foregoing pages, and
5  that the same is a correct transcription of the
6  answers given by me to the questions therein
7  propounded, except for the corrections or changes in
8  form or substance, if any, noted in the attached
9  Errata Sheet.
10
11
12
13  _____  _____
14  SHIRA KRAMER, Ph.D., MHs              Date
15
16
17
18
19
20
21
22
23
24
25

90 (Pages 354 to 356)

Shira Kramer, Ph.D., MHS

**A**

ability 52:24 348:22
able 11:20 21:17 26:9
  39:3 64:12 134:25
  163:22 164:13,14
  206:2 234:18 345:4
abnormal 157:7 158:14
  159:1,5 347:15
abnormalities 332:23
Abnormality 166:22
absence 71:3 119:13
  133:20,23 134:1,16
  168:6,11 169:2,13
  190:17 203:6 204:25
absent 117:15,23 272:5
absolutely 20:6 126:4
  156:22 190:25 248:22
  252:7 350:21
abstract 21:2 209:10
  295:11 300:19,20
  304:20 305:1 312:6
abstracts 293:20
academic 56:15
acceptable 245:18
accepted 189:11 190:7
  190:9 191:17,24
  194:8 337:8 343:22
  344:1,2
accessed 24:23
accompanied 61:15
account 121:25 280:21
accounted 214:1
accumulate 350:14
accumulated 181:17
  346:18,20 347:2,12
accumulation 348:12
  352:5
accurate 100:21,23
  237:12 304:15
accurately 184:21
  295:2 314:16
Accutane 186:14,15,23
  187:4,9,13
acetabular 211:5
acid 7:21 321:8 324:5
acknowledge 207:16
  274:18
ACKNOWLEDGM...
  356:1
acted 340:6
acting 87:18,18
action 1:8 12:11 130:1
  134:5 139:17 178:24
  179:14 184:10,18
  187:12,19 188:7,24
  189:7 190:2 191:2,13
  191:16,21 196:19
  202:9 203:11 272:1,6

272:14 273:10,12
  274:11,20,20 275:1
  275:24 277:4 281:6
  292:2 312:16 326:15
  339:25 340:10 342:6
  354:13,17
activation 321:13,23
active 336:24 344:18
activities 50:21
activity 88:11 90:21
acts 196:13
actual 20:21 47:3
  308:21
add 110:12 261:9
  265:22 267:25 347:18
adding 108:12
addition 43:11 64:14
  130:10,11 135:15
  140:10 160:24 177:9
  273:24 338:13 347:17
additional 10:2 14:20
  31:24 32:17,21 73:5
  73:22 75:19 140:9
  304:13 311:12 335:19
address 38:24 41:23
  140:2,4 152:8 189:17
  315:13
addressing 327:7
adequacy 152:7
adequately 152:4
adhesion 278:15
adjust 205:12 206:21
  207:3
adjusted 206:12
adjustment 206:15
administration 314:8
administrative 176:12
adults 54:3,4,11,11
advanced 30:22
adverse 26:23 27:3,6
  27:14,17,18,24 116:5
  145:8,19 146:9
  148:17 194:5 238:2
advice 177:10
advisory 241:20
AERS 306:1
affect 157:21 321:18
  322:21 346:1
affinity 322:24
affirmative 76:1
afraid 20:24
afternoon 51:8,13,15
  173:1
age 112:4
agency 133:25 143:21
  190:14 340:21,23
agent 141:7 340:6
  343:24 344:17,18

agents 340:6,9
aggregated 324:11
ago 48:24 58:8 176:22
  183:3 218:17 232:24
agree 11:22 13:20
  17:16 33:1,3 35:2,9
  40:25 41:1 63:14
  64:12 131:21 141:9
  153:18 170:6,14
  171:12 194:1,12
  202:16,21 214:18
  215:9 216:25 223:1
  225:20 228:18 234:15
  235:8 238:23 240:6
  244:2,19,24 245:4,15
  245:19 247:23 248:11
  248:23 249:17 250:1
  259:1 264:24 266:7
  267:6,16 268:3 274:8
  280:16 285:11,22,25
  292:15 298:3 301:23
  302:9 307:20 308:23
  314:12 317:9,21
  324:15 325:15,22
  326:10 331:21,24
  334:25 338:17,22
  339:1,6,9 340:17
  343:15,21,25 344:9
  345:8,10 347:22
agreed 11:17,18 14:2,3
  14:6,7 29:17,18
  259:15 315:4
agreeing 298:1
agreement 23:17
ahead 37:15 57:25 58:2
  148:16 254:25 260:12
al 278:22 279:2
allow 13:25 130:6
allows 73:13 74:10
alluded 277:5
Alwan 273:4 296:8
  298:12,17 299:10
  302:1,8
ambiguous 42:7 142:16
  151:3 153:22
Amended 3:15 9:7
AMERICA 354:1
amount 142:6 174:15
  175:13
amphibians 278:15
ample 38:21
amputation 79:1,21
analyses 50:2 56:22
  209:19,21 210:5
  247:5 269:24
analysis 24:21,24 25:1
  25:2,3,7,12,13,16
  26:1,15 27:15 36:3

55:19 57:12 121:23
  126:17 128:24 129:2
  129:18 169:17 183:6
  185:14 189:14 200:8
  201:20 202:9 204:7
  212:11 282:15,23
  284:20,20 290:7
  295:7 299:15 341:4
  345:22 349:3 350:11
analytic 292:13
analyze 287:11
analyzed 27:16 201:7
  217:12 300:13
analyzing 50:15
Andrea 1:5 12:4 44:1
and/or 147:2 168:7
animal 8:11 112:9
  119:24,25 120:1,9
  126:16 135:10,11,12
  136:18 137:10 138:14
  138:14,22 139:2,7,13
  145:10,21,22 146:9
  146:13,15 148:2,18
  191:5,8 316:13 328:4
  337:16,22 341:9
animals 100:4 101:13
  135:12 145:13 317:23
  325:8
anomalies 5:23 68:12
  70:20 81:12 135:11
  146:18,20,22 150:7
  150:11 160:23 168:14
  168:17 222:11 223:4
  223:6 227:7 228:2
  229:11,13,18 231:14
  232:1,6,23 233:4,11
  233:17 234:23 235:10
  235:12,19,25 236:15
  236:19 238:19 239:15
  240:2,21 241:22
  242:1,2 243:6,17
  244:9,23 247:5,6
  248:5 253:25 254:8
  265:6,15 338:4,9,13
anomaly 150:8 160:24
  258:19 338:6
answer 13:22 14:1
  19:12 23:10,23 28:13
  29:7 38:11 39:12
  41:3 42:8,17 44:20
  51:21,24 52:2,7,11,14
  52:18,19,24 55:9,11
  59:25 60:5 63:3
  66:22 68:2,9,18,22
  69:16,19,25 70:10
  71:19,24 72:2,7,9,17
  72:25 73:1,4,7,14,19
  74:1,12 75:13,17,18

75:25 76:24 82:20,21
  83:3 87:25 88:7,9
  89:2,22 91:1,1,12
  97:23 98:3,15 102:2
  103:25 104:2,3
  109:14 119:18 122:16
  122:17,18 126:4
  129:21 132:11 133:4
  134:13 137:13 141:23
  142:17 144:18 146:14
  148:4,6 155:10,13
  156:15 170:11,12,18
  171:5,6,19 176:20
  178:15 182:16 187:11
  187:14 188:17 189:2
  189:9 192:12 196:12
  200:11 201:16 203:14
  203:17,24 206:3,6,20
  216:22 217:5 219:2,4
  219:18 220:14,16
  221:23 235:18 236:9
  237:6 244:18 266:25
  267:3,5 270:23
  271:12 276:16 277:19
  279:16 280:10 307:8
  309:9 318:18 321:1
  323:23 324:1,24
  326:21 329:6,7 337:1
  339:15
answered 50:6 70:6
  82:25 88:25 91:6
  102:10 112:24 122:23
  140:8 149:16 176:17
  182:13 194:15 204:18
  204:21 276:14,18
  281:11 327:4 349:17
  351:24 352:3
answering 102:6
  180:16 186:22 297:18
  326:22 327:2
answers 54:19 212:23
  356:6
antidepressant 4:18
  6:12 213:6,19,22
  214:11
antidepressants 198:8
  198:13,23 210:22
  284:9,10,18 285:7
  286:3 313:25
anybody 175:15 177:9
  177:15 351:2
anyway 40:18 75:7
  297:25 305:7
aortic 150:5,10 161:8
apologize 102:6
apparent 303:19 304:7
apparently 210:8 241:4
appeal 54:20

Shira Kramer, Ph.D., MHS

**appear** 33:7 130:1
139:18 304:21
**APPEARANCES** 2:1
**appears** 80:6 129:23
173:13 214:13,16
248:14,18 268:14
354:6
**appendix** 15:21 284:4,5
285:8,9 286:2
**applicability** 334:23
335:5
**applicable** 42:3 343:5
**applied** 35:15 36:7
50:21
**applies** 42:11 154:24
129:22 155:1
**apply** 42:10,15 90:14
129:22 155:1
**appreciate** 29:15
177:19
**approach** 115:2 185:15
344:7,10
**approaches** 189:14
**appropriate** 122:17
190:25 206:18 332:3
342:4
**approximately** 209:16
**April** 4:5
**areas** 133:5
**arena** 344:4
**argue** 340:11
**argument** 340:9
**array** 50:21
**arterious** 161:8
**arthrogryposis** 211:3
211:10 215:1,4,21
216:11,15,18 217:4
218:20 219:3,17
220:3,11,16,23
**article** 4:8,15,22 5:5,10
5:15,20 6:5,10,15,19
7:5,10,13,17 8:5,12
9:18 21:1,5,11 103:7
103:21 104:18 105:23
106:18,23 107:11,13
107:17,22 115:9,9
144:14,24 151:23
155:18 156:1,13
157:5 163:5,24
171:15 189:4 197:23
198:1 208:19 209:9
210:10 212:6,13
222:21,22 223:1
229:7 242:13 250:24
252:15 257:1 263:18
264:17 277:20 278:4
278:20,23 279:9
280:19,23 281:16
282:20 284:5 289:20

290:24 291:4,9,20
295:5,14,21 300:20
300:24 301:3 303:13
303:14 304:3 305:2
306:11,12,17,20,21
307:3,18 311:7,8,16
311:22 312:18,20
313:1,2,3,6,16,18,22
315:4,6,10,13,15
316:7,18 317:2 318:2
318:7,9,21 319:4,15
319:16 322:7,10,16
323:6,13,15,22,24
324:23 325:1,6,8,13
325:15,22 326:9,10
326:13 330:5 334:12
334:17 335:22,25
347:6
**articles** 9:10 10:8,12
11:1 20:22 21:18
105:1,2,7,12,15 107:4
111:7 112:18 113:3,8
113:11,14,17 114:18
114:24 115:6,7,16,18
115:20,25 139:9
157:20 159:10 199:5
199:7,12,13 292:20
293:20 307:4 311:12
313:13 315:7 316:14
316:17 318:3,14
337:14 347:5
**articulate** 86:16 87:6
88:1 91:4,13 92:15
133:1 164:19 275:22
276:12,19
**ascertain** 105:13
**ascribing** 87:9
**ASD** 161:8
**aside** 186:5 272:14
273:11,12,17,21
**asked** 10:23 11:10 17:1
46:11 57:8,10 82:24
89:5 97:24 103:10,12
107:10 108:24 140:17
171:6,11 179:24
186:20 203:1 205:19
205:21 206:11 207:1
230:7,8 231:17 236:8
242:13 263:12 266:20
266:22 267:8 279:14
283:22 294:22 307:2
314:23 336:18 346:5
349:16
**asking** 24:7 28:10
31:15 36:15,18 38:5
39:13,21,22 40:1
49:17 52:20 57:1,7
65:20 67:2,7,18 71:6

71:8 72:4 75:15
76:19,22 84:12 85:4,7
87:3 89:25 95:8,24
107:20 111:12,13
113:7 119:8,11
122:15 123:8,23
129:3 130:13,14
131:22 137:5 139:4,6
139:14 143:5 144:23
150:17 153:17,18,19
171:4,11 177:8,20
180:24 186:23 189:20
198:16,17 208:3,7
211:9 218:21 219:1
220:4 224:15,21
228:11 232:11 234:5
234:14,14 236:11,12
236:18,23 247:2
255:6 256:4,6 258:21
259:2 261:23 262:5
262:16 268:22 269:1
271:3 272:5 275:5
276:11 277:7,9
279:12,24 283:18
288:12 291:23 299:13
301:4,7,9,12 307:4
308:1 309:13 317:21
318:9 321:19,20,21
331:18 338:20 339:21
341:17,19 342:16
349:15 350:6,8,22
**aspect** 184:1
**aspects** 120:12 183:4
**aspirin** 134:9,10,11
**assert** 342:3
**asserted** 332:17
**asserting** 333:1 348:11
**assess** 142:24
**assessment** 259:10
**assigned** 286:25
**assist** 29:4
**associate** 66:6
**associated** 42:4 65:21
68:23 71:3 81:8
85:21,25 88:12 103:3
129:15 146:9,12
148:15,17 158:14
159:1,4 167:6,20
170:22,25 172:1
187:4 200:22 201:3
202:2,13 203:21
204:12,23 241:17
247:6 267:12 303:20
304:8,22 344:12
346:3 351:17
**association** 64:18 69:20
79:14 116:5,18,20,23
117:3,8 119:5 143:22

144:8,11,15,25
195:12 201:12 202:18
202:22 203:3,4,15,16
204:10 221:2 231:9
235:15 236:24 246:4
249:15,18 266:8,11
266:24 267:5,10,17
269:21 288:9,14
306:4 338:18,23
339:2 345:12
**associations** 184:4
**assume** 14:4,4 16:23
19:14 28:24 33:5
70:22 78:10 100:18
197:6,9 216:10
234:11 270:16,19
271:3,7 277:15
**assumes** 17:2
**assuming** 10:6,20 33:9
164:6,6,8,10 191:14
191:19 225:22 239:8
255:4 256:19 352:17
**assumption** 33:9 286:6
**assumptions** 143:2
**Asymmetry** 277:22
**Atlanta** 2:19
**atria** 158:15,15
**attached** 18:17 356:8
**attain** 195:3
**attempt** 128:22
**attempting** 76:24 108:9
**attention** 97:12 99:11
**attest** 295:15
**attorney** 354:15
**attorneys** 12:15 33:16
33:19 49:18,22,23
**attributable** 286:4
**attribute** 88:22,23
**Australia** 251:4
**author** 153:14 167:5,9
167:21 168:9,11
278:1 314:18,19,21
334:9 350:23
**authors** 189:4 209:1
217:7 232:22 235:8
236:5 242:23 282:2
284:6 291:16 304:6
304:20 327:13,18
334:10 350:17
**Automated** 205:15
**available** 9:16 24:10
42:23 94:10 123:11
129:5 136:4 165:3
339:20 340:14
**Avenue** 2:6,13
**avoid** 291:23
**aware** 30:24 32:11,12
61:22 62:3 71:5

152:16 162:6 188:4
188:19 189:21 197:23
198:15,21 215:6,8
217:6 241:15 279:8
279:12 305:18,23
337:2,5 349:12
**a.m** 1:18 41:6,7 94:16
94:17 143:15

---

**B**

**b** 3:11 9:8 167:3,11
278:22 317:13,15,16
**babies** 160:5,7 210:14
214:21,23 215:10,14
232:17 238:22 239:12
240:8,24 241:2 244:4
244:21 247:16 253:19
**baby** 248:12,24
**baby's** 151:10
**bachelor's** 174:19
176:7
**back** 10:8 15:22 32:25
40:14,16 41:9 43:15
43:17 45:17 48:20
51:14 52:24 54:24
70:10 75:19 80:23
82:7 89:3 94:19
105:11 106:9 108:5
139:16 142:20 143:18
144:19 157:12,16
162:7 163:14 166:5
166:17 171:22 173:4
193:9 203:1 208:10
209:10 214:5 217:7
219:15 227:24 246:21
257:1 260:8,15
263:17 279:14 281:1
284:6 305:13 308:8
308:15 309:20 319:10
326:6 332:15 336:11
336:17,21 338:8,21
**background** 174:9
200:17 251:14,23
**backing** 74:24
**bad** 238:6
**badgering** 318:17
**Bakker** 5:15 259:18
296:17
**Baldwin** 8:10 328:11
328:15,22 329:13
337:24
**Baltimore** 1:18 188:13
**barrier** 336:15 337:3
**Bar-Oz** 7:5 273:4
292:21,22 293:2,10
294:11 295:5,7,8
297:7 298:18 299:1,7
299:8,12,13 300:7

Shira Kramer, Ph.D., MHS

301:14,21 302:10,17
  303:9 304:2
**base** 122:4 123:18
  271:20,25 350:13
**based** 10:23 24:21 25:3
  27:15 28:5 92:11
  95:20 121:9,14,19
  122:9,12 123:15
  125:23 128:11,19
  138:22 142:8 179:10
  188:6,20,24 189:7
  190:18 191:1 193:5
  201:21 202:2,13,18
  202:23 203:5,21
  204:13,23 212:11
  226:10,19 227:14
  228:7 262:22 269:23
  269:25 270:2 276:4
  277:4 290:18 300:12
  310:22 342:1,21
  346:11,24 348:12
  350:12,13
**bases** 118:6 272:8
**basic** 327:10,10,11
**basically** 46:23,24
  151:7 157:17
**basing** 163:1,2
**basis** 9:21 10:3,7 62:11
  120:16 123:2 126:20
  141:6,23 142:21
  153:19 169:3 189:16
  205:4 215:18 279:17
  284:18 301:23 320:14
  337:12
**batch** 124:10 159:7
**bathroom** 40:18
**Beecham** 1:10 8:11
**beginning** 12:2 94:20
  173:5 246:22 270:10
  305:14
**begins** 11:24
**behalf** 1:6 2:3,10 12:6
  48:19
**belief** 92:4,22 125:11
  164:15 323:17 328:20
**believe** 19:2 26:11
  30:19 39:16 45:25
  46:2,19 50:6 61:21
  69:19 71:11 74:14
  75:10 77:3,16,21
  78:15 84:1,24 85:15
  86:1 91:23 92:16
  93:18,20,25 94:4,9
  95:21 100:8 102:10
  107:15 108:8 113:11
  113:25 119:11 127:7
  130:24 131:2,5,9,16
  132:1,3,16 136:23

138:13 140:12 141:15
  143:25 144:3 156:8
  160:15 162:3 163:25
  173:9 174:15,18,21
  174:24 175:7 181:11
  182:5 183:4 184:6,17
  184:20,21 185:8
  189:12,12 192:16,20
  193:12 196:13 207:22
  208:9 211:23 218:19
  259:9,10 273:15
  274:6,7 283:20
  286:17 292:14 301:13
  301:18 306:6 310:15
  310:20 311:22 312:22
  333:25 336:20 337:9
  339:16 343:7 344:2
**belongs** 216:5
**bench** 175:19,20
**benign** 158:19,21
  160:20
**best** 29:12 115:20,24
  120:7 190:19 199:22
**better** 214:22 216:3
**beyond** 10:9 31:23
  102:19
**Bhasin** 7:17 278:22,23
  316:1,18 317:13,18
  319:13 346:9
**bills** 29:13
**binder** 3:19 20:4,5,8,13
  21:6,6,21,25 22:3
  156:3
**binding** 275:13
**biochemistry** 176:10
**biologic** 274:25
**biological** 118:8 119:1
  119:4,12,20,22
  120:12 122:2 123:6
  123:15 124:20 134:16
  135:13,16 138:10
  176:9 179:13 185:4
  187:14 188:23 202:8
  203:10 274:19 275:24
  323:7 337:12 340:10
  347:14
**biologist** 174:25 175:1
**biology** 175:2,5,6,9,14
  176:10
**biomedical** 344:8
**birth** 6:18 28:16 29:20
  31:11 34:1 42:12
  52:5,16,21 53:7,9
  56:11,13,18,20,23
  57:2,19 58:6,7,11,12
  58:13,14,17,20 64:16
  64:20,22 65:4,8,23
  141:1,5 145:8,20

146:9 148:17 152:18
  153:5,15,21,23,24
  154:2,7,10 159:9,10
  159:23 160:6 161:9
  161:18,18,22,24
  162:17 163:23 164:4
  164:4,7,9,11 169:9,20
  176:23,23 188:12
  195:17 196:1,7,20
  197:5 200:3 208:4
  217:1 238:9 252:16
  252:22 255:19,24
  256:4 279:22 301:20
  308:18 331:4 344:13
**births** 25:17 26:9 28:11
  169:11,24 197:20,25
  200:18 281:19 283:20
**bit** 30:12,14 106:14
  188:8 233:2 235:20
  333:25
**black** 157:24
**blank** 224:22,23
**blastomere** 278:14
**blown** 169:16
**blue** 19:19 20:3,5,8
  21:3,21 47:9 353:9
**Blyth** 3:22 48:21 51:2
  58:23
**board** 243:14
**body** 16:3 17:4,9,23
  31:15 96:20 163:6
  247:11 273:6 346:17
  347:12
**bollixed** 182:7
**bone** 107:20 147:7,7,8
  280:5
**book** 21:3 24:14 47:9
  165:9,12,15,18,23
  169:4 353:9
**born** 45:8,14 159:20,22
  160:5,5 209:11
  214:23 215:10,14
  248:1,12,24 251:3
  255:20 329:20
**bottom** 37:12 213:4
  241:18 243:4 247:4
  252:20 254:7 284:16
  303:16 313:23 330:17
  330:18,22 332:8
**bound** 19:12,17 253:7,8
  255:25,25 267:15,16
  268:16,17,19 271:24
  284:25,25 288:19,19
  300:5,22 301:5,19
**box** 31:10
**boy** 48:4
**Brad** 1:5 12:5 44:1
**brain** 111:10

**branching** 257:4
**breadth** 42:9
**break** 40:18 41:5 54:22
  100:22 126:2 143:11
  144:20 172:4 193:3
  216:2 257:2,18 336:6
  351:5
**breaks** 11:13
**brief** 143:11
**bring** 21:17,25 120:10
**British** 64:18
**broad** 50:21 58:19
  99:11 100:5 117:17
  117:21 120:23 155:1
  163:11 170:9 179:20
  256:7 277:5 311:9
  340:7 348:4
**broader** 27:23 138:2
  180:12 204:1 279:18
  308:11 310:25 311:13
**broadly** 87:18
**broken** 257:17
**brought** 74:19 105:9
**bud** 320:7,13,14 324:3
  335:15,18 336:4
**bulbous** 241:25
**bullet** 141:3
**bunch** 278:16
**BUNN** 2:17
**Busnikov** 324:25
**Buznikov** 8:5 325:10
  326:9 327:7 346:9
**B-h-a-s-i-n** 278:22
  316:1
**B-u-z-n-i-k-o-v** 324:25
  326:9
**Bérard** 4:22 242:16
  243:5 244:21

---

**C**

**C** 9:1
**calculate** 232:7,12
  257:11
**calculated** 243:25
  249:15 283:2 284:8
**calculation** 26:4 245:1
  284:19
**call** 30:12 160:20
  236:21 282:13 291:6
  315:6
**called** 13:6 68:12
  104:10 144:1,4
  165:10 252:24 277:21
  290:24 336:24
**calling** 164:16
**calls** 348:2
**Canaan** 2:12 12:20
**cancer** 133:25 190:15

338:24 339:3 340:24
**cancers** 338:24 339:3
  339:25
**capability** 105:11
**Cappy** 1:20 2:25 13:2
  354:4,23
**carcinogen** 190:17,19
  191:22 340:19,22
  341:22 343:1,2
**carcinogens** 190:21
**cardiac** 4:24 7:11 42:12
  42:14 52:16 58:7
  109:10,18,25 111:5
  118:17,21,24,25
  124:11,15,17,19
  125:11,19 126:8,14
  126:25 127:5,12,12
  128:6,13,21 130:22
  154:9 155:5,21
  156:10 159:8 160:23
  160:24 161:4,7,22
  162:9 163:8,12,23
  164:2,7,9,11 170:10
  170:20 183:8,9,10
  185:22 186:9,12,16
  186:24 187:6,9,17
  195:15,16 196:1,11
  200:24 202:2,3,13,14
  204:1,13 208:7,14
  241:16 242:8 251:11
  260:1 271:18,20,23
  272:22 273:7 277:1
  277:14,16 279:18,25
  299:23 303:19 304:8
  304:22 313:12 343:8
  343:16,18
**cardiologist** 45:6,7
**Cardiologists** 174:6
**cardiovascular** 208:11
  241:21 256:2 294:12
  294:15 348:6
**care** 226:2 228:2
  350:25
**carefully** 97:23 233:3
**cartilage** 317:20 320:9
  324:11,17,19
**cascade** 87:9 185:6
**cascades** 87:14
**case** 9:19 10:25 12:8
  14:17 16:1,22 17:2,8
  17:16,19,21 26:13
  27:4 28:9 29:6 33:23
  39:4 43:23,23 44:18
  44:23 48:20,21 53:14
  53:19,24 54:2,6 55:7
  58:5 72:22 87:5
  111:5 118:7 119:19
  120:4,15 122:24

Shira Kramer, Ph.D., MHS

123:25 141:11 149:4
156:4 160:18,18
173:10 221:15 250:25
272:9 290:4 305:16
305:20 310:2,3 325:2
328:18 341:5 342:13
343:5 344:6
**cases** 16:19 49:25 50:1
162:8 212:12 270:5
289:18 309:6
**Case-Control** 5:18
**categories** 58:20 63:6
77:5 79:5,8,12 98:16
99:11 102:22 117:17
124:24 138:2 156:10
158:10 180:12 208:2
238:17 242:6 269:15
**categorized** 245:20
**category** 29:12 66:10
81:23 85:21 90:15
97:13 117:21 120:8
120:23 121:2 122:5
122:25 135:8,13
158:4 169:23 179:13
207:23,24 208:14
233:11 235:11 243:7
243:11 244:22 255:20
256:7,11 257:18
258:18 267:21 269:17
272:24 273:7 282:3
282:12 283:6,8 285:7
287:11 308:11 340:12
**causal** 69:20 79:14 86:2
90:13 133:19,22
149:7 178:18 188:20
189:5 192:17,21
193:4,13,15,19 266:9
267:12,12 284:20
288:10,11 290:7
347:15
**causally** 59:8,20 60:9
60:12 65:21 66:21
68:23 69:11 71:2
77:22 85:20 128:6
351:15,17
**causation** 17:4,10,17
44:9,10,17 45:2 79:7
88:4 116:18,22 118:6
119:6,13 120:16
121:13,17,23 122:8
123:19 126:14 128:24
129:1,18 135:21
136:9 167:7 169:17
178:25 183:6 185:14
189:25 190:9,10,23
190:24 191:1 200:8
201:20,24 202:9
204:6 212:11 271:17

271:18 272:9 274:23
344:4,8 345:21
348:12 350:11
**cause** 7:11 61:5,10 64:7
65:9 71:5,10,13 72:11
72:13,20 78:21 81:1,5
82:2,12,23 83:5 89:14
89:25 106:5,21 110:6
110:19 111:3 121:14
121:18 130:22,25
131:3,6,12,20 132:8
149:20,22 150:4,25
151:5 157:23 158:3
158:12,25 159:18
163:2,7,22 164:14,14
167:11 168:3 169:1,6
170:9 171:12 177:12
179:8 180:19 181:3
181:12,19 182:4
185:22,23 186:10,12
186:13 192:6 194:5
196:10,20 221:19
271:9 272:16,21
273:7 276:25 277:16
310:18 311:4 314:20
315:16 317:4,7
323:18,19,20 339:24
340:7 343:24 346:7
349:7,12,13 350:4,4
351:3,3,8 352:2
**caused** 73:1 75:9 78:15
80:20 83:25 84:7,11
84:15,21 85:11 86:5
86:11,18 87:19 92:3
92:24 93:3 95:10
110:13,25 111:16
122:9 125:12 132:18
142:20 151:10 163:18
**causes** 52:5,16,21 53:7
59:17 60:3,9,13 65:15
68:16,23 69:3,7,14
70:3,24 72:1,4,5
73:10 74:11,14 77:14
78:8 91:5 92:9,17
93:4,22 126:7 127:4
128:9,16 132:1,4
137:14 138:16,24
150:13,16 151:12
160:16 163:11 167:22
170:6,14,19 173:24
178:9 179:4 180:1
182:11,24 186:8,16
186:23 187:9 200:3
200:14 270:20 279:23
290:13,14 291:2
292:4 315:12 341:1
343:8,16,18 351:14
352:1

**causing** 127:12 128:13
134:24 177:25 181:5
328:21
**caveat** 81:22 120:20
121:10 302:7
**CDC** 64:18
**cell** 77:4 156:9 312:8,9
312:10,12,13 313:9
313:11 335:16
**cells** 76:13,18 77:9
154:15,18 155:4,4,8
155:12,16,20 156:5,7
164:25 320:3 324:3
324:11 340:1,4
**cellular** 290:17 292:3
326:18
**cell-to-cell** 312:10
**Centola** 10:1
**certain** 15:23 23:5
32:13 44:5 64:2,8
66:8 71:15,17,19
72:12,12 84:20 86:8
86:17 90:3 96:11
104:9 113:13 114:2,7
115:16 134:5,7,11
142:6 151:11 206:12
214:25 222:11 223:7
223:12,19 225:21,25
239:6,16 253:11
343:18 349:8
**certainly** 17:10,15
23:11 26:20 27:3
31:19 36:21 38:15
42:11 49:9,19 56:12
56:19 66:14 77:17
83:11 87:13 96:17
97:11 98:7 101:3
102:21 104:4,12
105:5 107:1 111:2
113:2,13 120:10
127:22 133:19 144:1
146:24 147:10,20
149:12 150:2 161:20
161:22 162:8 163:4
170:20 171:2,5
176:22 195:1 202:7
202:12,17 203:9
215:2 235:4 238:12
259:1 281:6 292:19
298:1 301:23 305:23
306:21 327:16 328:19
340:1 342:21 346:16
**certainty** 45:12 59:7,17
59:20 60:3 61:5,10
64:7 68:16 69:2,6,10
69:14 70:3,24 71:2,10
71:13 73:9 77:13,13
77:21 78:20 80:18

81:1 83:16 85:10
89:13 92:8 149:19
150:4 158:6 178:8
179:3,6,25 182:10
200:14 342:15,22
**certification** 174:22
**Certified** 1:21,22
**certify** 354:5,11 356:4
**cetera** 181:22,23 341:9
**challenge** 333:24
**chance** 206:13 334:25
**change** 54:14 55:4
94:12 105:20 106:2
106:22 107:11 108:16
355:5
**changed** 39:9,19 40:3
41:12,16 142:1,3
176:19
**changes** 39:14 181:19
312:14 356:7
**changing** 54:9
**chapter** 43:12 165:22
166:7
**Charles** 2:6
**chart** 206:24 229:15
248:15 249:2
**check** 139:16 205:14
207:7,8 209:23
286:19 331:14,20
332:4 338:14
**checked** 262:1,14
**chemical** 189:23
191:22
**chemicals** 134:6
**chicken** 348:7
**child** 1:6 12:7 43:1
159:20,22 160:25
161:5
**children** 53:20,22 54:3
54:4 59:22 160:4
197:17 251:3,8
259:23 260:1 287:16
313:24
**Children's** 58:4
**Choi** 347:5
**Chon** 7:18
**chondrogenic** 320:6,13
320:15 321:9,16
322:2,4
**choose** 105:21
**circular** 181:6
**circumstances** 339:16
339:21
**citalopram** 257:24
**citation** 278:19 311:11
**citations** 278:21 311:12
**cite** 65:2 96:21 104:18
105:6 107:2,5,12,22

112:6 113:13,14
114:2,3,12 115:25
138:18,19 153:2,6
154:17 157:20 159:7
162:4,6 163:17
205:10 208:1 242:17
264:16 278:23 281:17
307:2 311:1,3,6,18
328:10 329:18 330:1
335:18 336:16 337:14
347:10
**cited** 74:18 105:1,2,2
107:9,10 137:1
154:21 163:24 281:4
306:19 310:23 312:23
316:20 318:9 323:6
335:9
**cites** 278:21,21 313:13
335:19
**citing** 153:13 279:20
280:19
**Civil** 1:8 12:10
**claim** 42:3,6
**claims** 205:16 209:3
**clarification** 29:3 65:19
122:14 177:19 277:24
**clarify** 37:19 64:14
65:17 75:13 87:8
100:7 177:18 234:18
250:8
**class** 190:16 191:22
**classes** 67:11 242:24
**classification** 3:23
36:22 64:19,23 65:2
66:5 78:25 87:21
133:24 157:13 188:11
188:15 189:14,19
190:20 209:7 218:14
228:16 340:18 341:3
342:24 343:4 344:15
**classifications** 35:17
75:16 77:5 79:4 80:8
342:25
**classified** 63:6 149:23
190:16 192:1 211:24
233:13 244:25 265:1
340:21
**classify** 191:22 222:2
**classifying** 189:16
**clauses** 32:24
**clear** 57:14 65:20 74:25
83:15 85:8 86:10
88:6 90:5 93:6,15
99:1,8 107:16 117:10
134:11,18 177:13
178:21 212:15 233:23
239:16 248:2 273:2
295:16 297:19

**clearly** 23:3 72:22
77:20 79:10,20 81:3
81:16 85:22 97:15,19
99:5,6 100:1 104:13
107:24,24 123:14
128:2 145:24 169:8
212:22 272:1 274:3
314:12 323:3 333:13
335:3 343:17
**clients** 53:11 56:16
**clinical** 64:22 286:24
287:2
**close** 97:12 158:9 159:4
160:6 162:2 267:1,2
**closed** 162:16,20
**closes** 158:22 161:17,23
162:2
**CLR** 2:25 354:23
**clubfoot** 6:21 66:16,21
66:23,25 67:4,9,10,12
67:15,20,23 68:1,5
229:19 234:5 236:1
253:24 257:20 258:12
289:8,15,18,19,22
290:3,13,14 291:1,5
291:25 292:7
**clubfoots** 289:21
**CNS** 187:5
**code** 34:24 63:18 64:9
65:11 68:12 69:8
215:6,19,21 218:15
223:9,13,24 225:18
225:19 228:15 233:18
234:2,24 235:7
236:20 238:19 240:5
240:22 250:14 259:9
286:25
**coded** 34:11 63:16
215:5 234:2,5,12,22
235:5 246:6 252:22
253:2
**codes** 62:16,19,20 63:7
63:15 78:3 209:4
222:2,7 223:17 226:4
242:23 244:14 249:25
252:11 265:2 281:21
281:24 286:18
**coding** 218:14
**coherence** 148:19
**cohort** 55:16 251:19
252:2,5
**Cole** 4:8 205:11 206:12
207:11 209:9 212:13
217:6 218:10 220:6
295:9,12
**colleagues** 317:18
**collect** 58:6
**collected** 58:13

**collecting** 50:14
**collection** 55:19
**COLUMBIA** 354:2
**column** 208:19,23
221:1 231:9 289:23
303:12,16 313:22
**Colvin** 5:10 250:23
259:7 260:19 261:11
263:8,13,13,15,18,20
268:8,8,21,22 269:8
269:24 270:1,2
**combination** 339:24
**combined** 124:11
128:21
**come** 43:15 54:24
78:11 108:5 144:19
156:20 166:5,25
191:2 298:11
**comes** 120:9 151:9
178:1 181:3,6 205:15
262:15 300:7,10
301:20 302:9 323:21
**comfortable** 69:17
75:17 130:7 262:15
**coming** 120:17
**commencing** 1:18
**comment** 62:22 66:20
68:6 162:18 220:25
297:2 302:3
**commentary** 327:2
335:5
**commenting** 68:4
**comments** 21:12
**Commission** 354:25
**common** 165:10 168:12
184:10,18 229:17,21
236:2 290:14 292:2,3
292:5
**commonly** 29:5
**community** 189:11
191:18 343:23
**comparator** 245:3
**comparing** 57:4
**compelling** 118:6
120:15 252:1
**compilation** 21:13
**compilations** 20:9
**compiled** 19:1
**complete** 13:21 14:1
133:4 294:9
**completed** 15:4 206:1,5
**completely** 32:9 47:4
82:13 212:19 236:7
**complex** 157:14
**complications** 65:23
197:12,18 198:17
**complies** 220:17 243:3
**component** 129:7

147:10 204:5
**components** 136:11
**compound** 17:1 100:20
108:15
**compression** 64:11
65:18,22
**computer** 46:22 47:7
113:5 155:24 166:3
171:8,9,14 276:3
**computerized** 114:23
**concatenated** 184:21
**concept** 190:22 193:20
193:25 194:8
**concerned** 147:1
**conclude** 182:23 203:3
328:1 341:1 350:14
**concluded** 143:21
273:6 352:11 353:13
**conclusion** 118:6 124:4
124:16 146:2 182:3
184:8 189:5,24
192:18,21 193:4
200:2 314:20,22
315:12 330:6 341:21
346:23 349:5 350:7
**conclusions** 118:3
123:4 130:7 169:4
193:14,16,19 304:19
305:1 318:19 350:17
**condition** 62:4
**conditions** 72:12
229:16,17
**conduct** 25:13 49:1
51:19 65:1
**conducted** 12:13 15:15
24:24 25:12,15 49:11
53:17,19 55:7,15
56:11 57:19 116:19
126:18 191:11,13
209:20 210:6 282:16
292:11
**conducting** 56:21
189:20
**confer** 314:9
**confidence** 204:15,24
222:16 223:25 224:20
226:8 227:19 228:5,7
239:2,23 240:14
253:15 254:4,10
256:16 262:8 264:1
265:7,17 282:5 283:3
287:8 299:19 301:5
**confidentiality** 57:23
**confines** 9:23
**confirm** 330:23
**confirmed** 229:16
**Confounding** 7:9
**confused** 84:17 100:7

351:14
**congenital** 4:11,16 5:17
6:9,20 7:6 26:23
27:19,22,25 41:25
42:12,13,14,14 48:5
54:11 59:9,18,21,22
60:4,10,13,14,21 61:1
64:2,8 66:9 68:12
70:20 79:1,21 93:14
96:12 97:1 111:10
117:21 120:23 121:2
121:8,15,21 122:10
122:25 123:4 129:8
129:14 137:23 144:3
162:9 180:12 183:13
184:16,24 185:1,10
187:18 188:5,21
189:6,23 197:17
200:23 201:7 204:1
207:17,19,21,24
208:4,6 211:4,19
214:19 215:1,4 217:4
217:13 219:17 220:23
222:11 223:3,5,6,8,12
223:19 225:21,25
227:7 228:1 229:10
231:13 232:1,6,23
233:11,17 234:23
235:10,12,19 236:15
236:18 238:18 239:6
239:14,16 240:2,21
242:2 244:22 245:9
253:11,25 254:8
258:19 272:24 273:8
282:3 290:25 294:15
305:24 337:17,23
346:3
**Congenital** 5:23
**connective** 43:8 81:9
**Connectivity** 279:4
**conotruncal** 131:3
**consensus** 274:9 314:8
**consider** 36:5 37:10
93:13 123:17 124:25
126:18,24 130:15
242:7 251:10,22
252:1 318:17
**consideration** 7:8
122:19 125:2 129:16
188:22 345:23
**considerations** 205:1
**considered** 22:16 35:3
35:10,12 66:11 98:6
123:14 158:1,11,13
158:19,25 164:8
**considering** 164:1
**consisted** 31:16
**consistency** 118:7

120:17
**consistent** 121:1 198:3
199:3 227:15 302:10
345:11
**consistently** 121:20
272:23
**consultant** 49:25
**consulted** 177:21
**contain** 15:19 19:7
113:10 294:9
**contained** 62:7
**contains** 113:25
**contents** 318:21
**context** 52:23 53:8
119:10 169:17 180:17
254:16 266:13 267:13
267:15,24 348:10,25
**contingent** 39:5
**continue** 219:6 320:21
**Continued** 4:1 5:1 6:1
7:1 8:1
**contrary** 241:19 345:13
**contribute** 184:2
185:12,13 204:9
205:4 238:12 284:19
288:1 290:8 346:12
**contributes** 137:11
183:5 246:1
**contributing** 245:16,20
245:24 286:2 346:19
**contributory** 181:14
**control** 53:14,19,24
54:2,6 55:8 56:4,6
74:21,21 165:1
196:24 205:12 206:21
207:3 299:18 300:16
**controlled** 5:8 56:17,20
57:1,10,11,13,19,22
58:5 152:14 195:21
**controls** 56:23 57:13
277:22 348:4
**converges** 348:16
**copies** 21:17 46:19
47:21
**copy** 18:17 47:5,22
48:9 51:1 63:25
156:2 165:12,18
167:1 217:21 260:5
261:12,16 286:21
291:12 293:5,13
**cord** 111:9
**cordis** 241:25
**corner** 330:15 332:9
**corners** 17:24
**CORPORATION** 1:10
**correct** 9:16 13:18,19
14:24 15:2,3,5,6,11
15:13 21:18 22:22,23

Shira Kramer, Ph.D., MHS

27:1 32:22 33:4,8,10
34:5,6,8,9,20,23 35:4
35:11 36:17,19 44:10
44:14,15 45:8,14,15
46:4,5,9,10 48:22
49:12 52:11 57:3,16
62:16,17 65:16 78:11
78:13,16,17 80:21
82:3 83:7,21,25 84:2
84:4,21,22,25 85:1,12
85:13,17 86:7 89:22
91:16 92:20,25 93:1
95:16,22,23 99:22,23
100:11,12 101:23
102:9,15 106:25
109:12,21 115:15
116:20,24 118:4
122:11 123:5,9,22,24
127:5,6,9 128:9,10,13
128:17,18,21 130:19
130:20,22,23,25
131:1,3,4,7,8,10,13
131:18 132:19 133:2
133:17 136:11,16,24
137:6,16,17,19,20
138:17 139:4 141:12
141:13 146:15 147:18
150:7 160:16 161:1,3
161:13 162:21 164:20
166:8,9 167:25 168:1
168:3,4,7,8 173:10,25
174:13 176:5,15
178:3,5,20 184:11
185:23 187:10 198:9
200:25 202:4,15,20
205:13,16 207:17,18
208:7 209:4,7,8,22
210:19,20,25 211:3
211:11,12,13,20,21
213:20,23 214:8,9,24
215:15 216:6 217:9
221:3,16,17 222:8
223:9,13,22 224:1,2
224:10 231:11 233:15
233:19 234:6,24
238:20,21,24 239:1,7
239:10,11,20,21,24
239:25 240:9,10,13
240:25 241:1,2,3
243:7,10 244:23
245:6,11,13,14 246:2
246:6 247:8,17,18,21
247:22 248:14,22
249:1 250:25 251:1
251:17,21 252:18,19
252:25 253:4,8,9,16
253:17,20,22,23
254:5,6,10,11 255:5

255:14,15,21,22,24
256:12,14,18 257:9
257:10,13,14 258:1
258:25 259:24 264:19
264:23 265:2,3,8
266:1 268:10,11,13
268:17,18,20 269:5,6
269:10,16 278:24
281:20,21,24 282:11
282:17,21,23,24
283:1,3,4,17 285:1,2
285:23 286:6 287:1
287:22 288:6,7,9,20
289:1,3,5,8,9,11,12
289:13,17 292:23
293:12,18,20,21,22
294:2 295:5,10,18,19
295:21 296:5,6,8,9,11
296:12,14,15,17,18
296:20,23,24 297:1
300:11,22 302:18
304:3 307:6 310:7
311:24 312:3,21
313:13,14,16 314:22
316:4,5 320:10 321:6
321:11 322:12 324:5
327:25 329:25 330:3
330:4,11 331:12
336:19 338:3,7 343:9
345:2 347:9 356:5
**corrected** 214:17
**correcting** 49:21
**corrections** 356:7
**correctly** 213:7
**correspond** 199:18
331:19
**corresponding** 209:3
**corroborate** 48:8
**Cote** 347:19,23,24,25
348:1,2,5,10,20
**counsel** 354:11,15
**counted** 66:25 68:1
289:21
**counter** 212:19
**counting** 248:20
**couple** 117:18 261:16
**coupling** 312:10
**course** 57:12 74:24
79:13 103:1 114:10
120:1 256:19 344:16
348:9
**court** 1:1 12:9 13:1,23
47:16 54:20 108:6
157:1
**covered** 57:23 127:17
237:9 337:13
**craniofacial** 110:21
131:23 187:5 278:7

278:17 280:2,12
313:12 319:24 334:20
335:4,13 348:6
**craniosynostosis**
131:20,21,25 132:2,8
132:10,13
**create** 28:2 31:9
**created** 206:24 217:20
**creates** 92:22
**crest** 155:4,7,15 156:5
156:7 278:11
**criteria** 266:24 297:24
341:11,17 345:20
**critical** 185:3 278:7
322:16 327:8 345:24
**cross** 181:21 237:16
337:8
**crosses** 336:14 337:2
**cross-react** 127:25
**CRR** 2:25 354:23
**crucial** 154:23
**cuff** 10:6
**culture** 319:18 324:2
**cultures** 322:3 324:12
**curious** 332:23
**current** 10:12 122:13
**Currently** 168:18
**cut** 23:17 333:4
**cycle** 312:12
**cytochrome** 127:25
**cytoskeletal** 278:12
312:12
**C-o-t-e** 347:19

### D

**D** 3:1 9:1
**dacryostenosis** 229:18
230:25 231:8
**data** 6:14 24:21,24 25:3
26:24 27:16 50:15,15
55:19,19 58:13 67:8
67:10 101:1 102:12
112:10 116:3 119:4
119:13,24,24 120:8
121:15 122:10 124:2
124:5,23 125:3
127:23 129:23 130:8
130:11 133:21,24
134:1,15 135:11
136:16,18,25 137:6
137:10,15,18,21
138:5,12,14,15,16,18
138:23,25 139:7,7,8,9
169:13 181:15,17
183:7 184:7,23,24
185:1 187:8,17,18
188:20 189:22 190:1
190:18 191:4 201:11

201:19,21 202:14
203:5,22 205:3 209:3
238:1,1,9,16,18 239:5
257:3 261:5 271:7
283:19 290:3,8,11
293:16 294:9,13,18
295:4,9,12,13,17,20
295:22,23 296:4,7,10
296:13,16,19,22,25
297:11,14,16 298:11
301:1 302:10 312:20
316:13 318:10,20,25
319:20 328:22 329:5
331:19 339:13,19
340:14 341:8,20,24
342:5,5 348:12 349:4
**database** 205:16
305:25 306:1
**date** 12:12 24:6 185:25
356:14
**dated** 15:1 17:25 23:4
23:14 24:1,5 283:11
**dates** 18:5 23:13
297:23
**David** 29:24,25 32:11
115:2 174:9 175:23
176:3 207:1
**Davis** 4:15 219:21
221:10 222:7 224:19
225:6,17,22 228:14
228:24,25 229:7,9
230:17 234:21 235:16
237:6,7 238:15 263:6
268:8,17 269:2,23
295:18
**day** 54:20,25 105:18
113:6,7 212:20,23
315:11 324:3 330:24
330:25 331:7,7,8,17
**days** 331:17 333:20
**dead** 333:10
**deal** 199:23
**dealt** 107:13 208:17
**death** 312:9,13 313:11
**debate** 337:10 343:7,16
343:17
**decades** 53:11 134:4
**decide** 115:7
**decided** 191:20
**decision** 84:23
**decisions** 65:1
**decreased** 199:9,18
231:10 236:25 239:22
240:11 253:4,14
254:9 256:16
**defect** 4:20 34:1,4,8
35:4,11,14,20,23,24
36:4,4,13,14,16 37:2

37:3,6,8,11,24 38:8,8
38:13,14,17,18,19,20
39:6,7,10,11,17,19,20
39:25 40:4,5 41:13,14
42:3,5,6,15 43:18
44:13 48:5 58:14,17
61:15,15 65:10 70:18
70:21,22 71:21 79:15
79:24 80:5 81:24
82:9 83:5,6 88:3
92:23 93:2,14 95:7,13
95:17 100:14,14,15
100:16,16,17,18
101:2,22 102:8
110:23,25 111:9,16
111:17,24 121:19
132:17,18,24 133:17
141:5 147:4,5,9,11,18
147:20 157:15,24
158:2,3,7,18 159:10
161:4,18,22 163:8,23
164:4,5,7,9,11 166:13
166:14,18 167:7,13
171:13,17 176:24
211:13,22 212:1
215:5,7,17 216:8,20
217:1 220:20 230:3,5
230:24 245:19,25
248:11,24 253:21
255:5,24 256:4
259:11 277:16 285:17
286:1,25 287:12,16
289:10,11,12 309:1
309:14,16,22 310:2,6
310:13 337:17,23
**defects** 4:14,21 5:17
6:18 28:17 29:21
31:12 42:10,12,13,25
43:13 44:21 45:8,13
49:2,8,10,14,16 50:3
50:5,8,9 51:20 52:6
52:17,22 53:7,10,15
53:20 54:3,7,10,12
55:8,16 56:7,11,14,18
56:21,23 57:2,19 58:7
58:7,11,12,13,18,20
60:24 61:6,11,14 63:6
63:15 64:16,20,22
65:4,8,10,16,18,22
67:11 69:11 73:10,13
74:5,15,16 75:9,21
77:6,18,23 79:7 80:8
82:4,5,14,21,22 83:24
84:15,20 85:10,15,21
86:3,17 88:13,20,21
89:11,14 90:13 91:2,5
92:3,4,9,17 93:5,22
94:8,25 95:20,25 96:7

96:7,11,15,24 97:5,14
97:19 98:1,3,10,14,17
98:19,25 99:13,16,17
100:9,10 101:1,4,6,8
101:10,11,25 102:12
102:14,18,20 103:2
103:21 104:10,19
105:14,25 106:19,21
107:14 110:6,12,12
110:14,20,21,22
111:3,4,6,10 112:15
112:15,19 114:20
115:23 116:15 117:8
117:13,19,20,25
118:16,17,17,18,21
118:23,24,25 119:2
119:19,21 120:16,24
121:3,14 122:9,25
123:5,16,21,24 124:5
124:11,15,16,17,20
124:25 125:11,19,20
125:22 126:8,9,9,14
126:15,25 127:5,13
128:7,9,13,17,20,20
129:25 130:2,8,9,22
130:25 131:3,7,10,11
131:13,14,16,20
133:11 134:24 135:1
135:2 136:15 137:15
137:22,23 138:2,16
138:25 139:14,15
140:16,17 141:1,5,12
142:7,19 143:22,23
143:25 144:4,6,8,12
144:12,16 145:1,9,15
145:20,23,24 146:12
146:14 147:21,23
148:2,13 150:14,23
152:18 153:5,16,21
153:23,24 154:2,7,10
155:5,8,12,22 156:11
157:9 158:11 159:9
159:14 161:2,7 162:9
163:12 164:1,2,16
165:2 169:5,9,12,20
169:21,24 170:7,7,10
170:12,15,15,20,21
170:22,24 171:25
173:24 176:23 177:3
177:12,25 178:9,19
178:21,25 179:4,8
180:1,14,19 181:3,6
181:12 182:4,5,11,24
183:18,21 184:4,9,17
184:25 185:12,22,23
186:4,6,9,9,11,12,13
186:17,24 187:6,7,9
187:10,17,18,20,23

188:6,13,20 189:6,25
190:1 192:6 195:17
196:1,7,11,20 197:5
201:4,13,21 202:2,3
202:13,14,18,19,23
203:5,12,21 204:1,9
204:13,23 207:12,13
207:17,20,21,21,24
207:25 208:4,4,6,7,8
208:11,13,13 209:20
209:22 210:5,14
211:1 212:7,8,8,13
213:5,17,21 214:1,6
214:11,20,23 215:2,9
215:14 216:3,12
217:9,13 218:24
220:3 221:2,20 222:2
223:9,24 224:10,18
224:25 225:2,14
227:5,25 228:19,21
229:24 231:10,17
232:17 233:25 234:21
235:16 236:24 237:11
237:16 238:1,9
241:17 242:8 243:20
244:3,3,20,24 245:2
246:5,11 247:15,25
249:7,18,19 251:12
252:16,22,24 253:2
255:19 256:11,18
257:4,8,13,17,19,19
257:23,24,25 258:1,7
258:9 259:4,11,24
260:24 261:5,11
262:7,24 263:24
265:1,6,16 267:21
268:5 270:5,9,12,15
270:16,20 271:9,19
271:20,21,23 272:16
272:22 273:7,19,20
274:12,13,24 275:23
276:24 277:1,5,10,11
277:14 279:9,23,25
279:25 280:1,2,3,4,5
280:7,7,12,21 282:15
283:1,24 284:1,9
285:10,13,23 286:2,4
287:6,19,25 288:5,17
288:25 290:5 292:1
294:7,12 298:8,22
300:7 301:6,20
305:17,21 306:5,12
307:22,24,25 308:3,4
308:4,19,21 309:5,7
309:24 310:18 311:5
312:24 314:21 315:17
317:4,7 319:21,21,21
323:18,21 328:21

330:4 342:7 343:8,16
343:19 344:13,21,25
345:1,5,7,12,17,20
346:8 349:7,14 350:5
351:4,12,14 352:2
**Defendant** 1:12
**Defendants** 2:10
**defense** 61:21
**defer** 45:6
**deficiencies** 74:6 76:9
  241:7 315:12 330:3
**deficiency** 76:15 168:6
  168:22 314:21
**define** 42:24 60:21
  158:21,23 159:18
  162:11 251:6 256:10
  256:13 312:15
**defined** 37:6 61:1 64:9
  245:25 353:2 342:16
**defines** 141:4
**definite** 190:16 343:1
**definitely** 55:9
**definition** 38:1 43:18
  61:19 65:12 81:21
  160:14 199:17 216:8
  217:3 219:16
**definitions** 36:22 37:16
  37:21
**deformities** 39:2 64:3,8
  66:9,10 78:19 81:2
  96:12 97:2 223:8,12
  223:20 225:21 226:1
  239:6,17 243:16
  253:11
**deformity** 34:22 230:9
  230:12
**degree** 30:3,18,19,22
  30:22 45:12 59:17
  59:19 60:3 61:5,10
  64:7 68:16 69:2,6,10
  69:14 70:2,24 71:1,9
  71:13 73:9 77:13,21
  78:20 80:18 81:1,11
  85:10,24 89:13 92:8
  101:15 149:19 150:4
  158:6 164:17,18
  174:12,14,16,17,19
  174:20 175:5,9,10,18
  175:25 176:1,3,7
  178:8 179:3,5,12,25
  182:10,25 183:2,12
  183:16 200:13 238:11
  275:16 342:15,22
**degreed** 176:14
**degrees** 176:16
**delays** 148:22
**deliberate** 254:20
**delineated** 197:14

**delineating** 157:6
**Delivery** 6:11
**demand** 19:3,9,21
  21:14
**demonstrate** 114:18
  134:25 201:12 325:16
  325:16,23 326:10
  335:22 342:8 347:7
  347:20
**demonstrated** 145:10
  145:21 271:5,8
  280:13,14 336:14
  340:5 351:10
**demonstrates** 106:18
  107:6 147:18,19
  346:14
**demonstrating** 115:21
  148:1 192:4
**depend** 42:18,19,22
  339:19 341:4 350:16
**dependent** 61:14
  125:19 126:8,11,12
  127:8 273:20 312:13
**depending** 128:15
**depends** 83:22 125:9
  125:11 133:18 134:2
  136:9 151:16 152:6
  154:7 220:3 251:6
  254:15,15 266:13
  267:13 292:16 294:24
  339:12,13,14 340:14
  344:14,17
**DEPONENT** 356:1
**depose** 115:11
**deposed** 13:17
**deposition** 1:16 3:2,16
  3:19 9:8 10:21 11:9
  12:3,13 18:15 19:3
  21:11 28:23 45:18,20
  45:23 47:22,23 48:4
  48:11 52:10 105:18
  108:20 111:5 266:21
  270:11 276:13 323:16
  352:11 354:5,7,8,13
**depositions** 46:20
**depressed** 197:11,15
  198:7,24,25 313:24
**depression** 197:24
  198:9,14,18
**depth** 107:5
**derived** 32:2 34:14
  274:19
**describe** 91:25 120:11
  133:5 266:23 276:21
  335:16 345:9
**described** 66:13 133:9
  134:6,10 174:23
  194:7 272:17 327:15

**describes** 155:20 278:4
  278:6
**describing** 334:19
**description** 3:13 4:4
  5:4 6:4 7:4 8:4 61:20
  62:9 91:24 146:23
  244:6 261:20
**design** 56:5
**designed** 52:4,15,21
  53:13,16,19 54:2,6
  55:15,17 56:3,11,17
  272:2 292:9,11
**designing** 56:20,21
**detail** 67:24 94:10
  140:13,15,16 155:19
  155:22 156:8 208:12
  208:15 276:22 297:25
  334:1 342:5
**detailed** 164:1
**details** 36:1,1 38:4
  67:21 96:8 105:6
  306:2 317:24 318:13
  324:14 347:11
**detect** 184:3 227:17
  246:10 251:24 256:22
  270:5 283:24 309:5
**determination** 45:10
**determine** 45:7 47:21
  331:6
**determined** 34:10,22
**determining** 343:23
**developed** 115:1
  188:11
**developing** 181:22
  204:4 345:25
**development** 41:22
  75:5,11 76:6,8 77:19
  81:9,18 82:18 85:25
  87:9,12 88:12 90:17
  93:7,10,12 94:2 96:9
  96:19,24 97:13,21
  98:5,9,24 99:7,9,19
  99:20,25 100:3 101:5
  101:9,14,19 102:22
  103:5,21 104:16
  107:7,20 109:24
  112:3,4,11,13,19
  113:12,18 114:1,7
  125:5 132:9,16
  133:10 140:1 145:6
  147:7,21 149:9
  154:13,16,19,23,25
  155:21 157:7 167:20
  178:18 185:5 187:5,6
  274:6,21,22 275:1,25
  278:6,8,17,20 280:9
  306:10 311:8,10,15
  312:3,7 313:1,5,13,16

313:20 317:1,19
319:24,25 320:16
321:9,9 324:19 325:9
325:17,24 326:12,14
327:6,12,14,16,17,19
327:23,25 334:18,24
335:6,6,23 336:1,4
346:1,15,22 347:3,9
347:16,21 348:4,8,18
348:18 349:10 351:11
351:18
**developmental** 149:8
166:22 248:8 313:9
327:11 340:4
**diabetes** 168:18 195:14
195:19 196:5,6,10,20
196:24 197:7 205:13
207:3,5,6,8
**diagnose** 80:3 159:6
**diagnoses** 34:15 41:20
81:15
**diagnosis** 34:16,19
35:19 37:22 62:4,7,10
62:12,14 77:15 78:25
158:24 207:4 209:3
**diagnostic** 36:6 64:11
75:15
**Diav-Citrin** 5:5 247:2
300:17,19,23 301:1
**dice** 348:13
**died** 329:1,24
**differ** 77:10
**difference** 35:22 44:9
60:11 73:2 76:7
82:20 94:5 110:11
111:14,17,18 341:7
**differences** 77:4 154:15
**different** 19:21,24
34:24 38:12 53:11
72:23 73:16 76:13,18
76:19,20 85:18 94:7
100:5 103:10 125:17
136:11 154:18 163:16
188:16 196:10 208:2
220:5 223:2 235:20
235:25 236:7 245:18
269:14 272:13 279:7
280:21 282:18 301:2
320:24 343:4 344:21
349:19 351:1
**Differential** 7:18
**differentiation** 7:19
313:10 320:7,13,15
321:17 322:2,5
324:11 326:19
**differently** 72:24 89:7
232:9
**difficult** 232:18,21

**diffusion** 336:23
**digit** 166:23
**digits** 332:6,7
**Dimes** 152:16
**DiPino** 7:13 112:6
311:9,16 315:10
346:9
**direct** 29:4 50:14 83:9
83:17,19
**direction** 28:21 29:4
253:4 269:21
**directly** 49:20
**disagree** 62:12 153:8
153:20 169:4 317:10
**disagreeing** 57:17
**disciplines** 148:20
344:8
**disclosed** 17:12 20:7,10
20:14,19 21:7 161:15
**Disclosure** 3:17
**disconnect** 248:18
**discover** 270:13
**discovered** 134:7
**discuss** 41:21 111:21
189:16 190:10 194:17
207:11 242:22 247:3
273:25 276:8 311:14
312:16 325:9 334:17
**discussed** 118:13 139:2
140:13 141:25 166:14
166:14,19 208:10,15
264:1 294:1 320:14
337:25 347:1,4
**discusses** 228:24 311:9
336:22
**discussing** 82:15 116:3
**discussion** 38:21 40:12
41:25 116:12 172:8
219:13 271:24 319:8
326:4 334:23 336:9
353:6
**discussions** 98:4 184:1
204:3 336:1
**disease** 3:23 54:12
141:4 294:15
**disk** 12:2 94:15,20
172:7 173:5 182:20
246:17,22 305:14
**dislocation** 97:16,16
211:20
**disorder** 6:21 290:25
**disorders** 227:18
**Dispensed** 5:12
**Dispensing** 5:10
**displaced** 333:13
**disrupt** 87:15
**disrupted** 154:19
**disruption** 157:9,18

**disrupts** 93:12
**distinction** 75:8 195:8
**distinctive** 344:12
**distinguish** 88:2
**distinguishes** 82:11
**distinguishing** 95:20
**District** 1:1,2 12:9,10
354:2
**diverse** 64:10
**divert** 279:10
**divorce** 271:13 272:7,8
**divorced** 204:6
**divulge** 57:21
**doctor** 30:6,7 103:18
107:19 116:13 128:25
151:10 154:12 171:3
193:20 205:17 207:6
207:20 210:1 211:7
213:13 218:6 222:1
235:2,24 236:11
243:18 247:1 268:3
270:13 271:12 272:3
278:1 279:8 288:12
298:21 314:14 315:3
317:8,22 318:8,24
321:6,13 322:11
323:5,9 325:9 326:8
327:18 329:6,9
331:12 332:5,8
333:16 335:8,20
340:17 343:21 344:25
347:19 348:19,23
349:11 350:10 352:15
**document** 17:8,18 19:3
19:7,9,12,17,21,25
21:13 24:19 25:6
26:12,14 27:15 28:19
29:20 34:12 45:17
153:2,13 206:6,10
261:14,18 262:15
**documents** 15:16,24
16:5,12 18:16 26:5
28:2 31:8 109:19
206:3 260:16
**doing** 109:15 219:25
264:4 302:6 348:20
**Dosage** 4:25
**dose** 332:13 333:8
**dosed** 330:24 331:7,11
**double** 197:24
**doubt** 10:24 32:14
93:19 104:12 107:14
**downloading** 115:5
**downstream** 87:19
93:21 109:8 327:6,7
**Down's** 248:21
**Dr** 9:11 11:6 12:4 13:13
16:19 23:13 28:4

31:13 38:5 39:15
41:11 42:24 44:8
45:1 48:3,10,19 50:4
52:20 53:13 54:5,21
55:7 57:18 61:23
62:1,11,12 69:25 72:3
73:8 88:8 94:22
97:22 98:19 102:5
103:4,20 104:17
105:17 106:17 107:25
109:2,15 113:4,10
115:11 119:4 127:3
130:16 137:5 138:7
143:20 159:7 163:5
166:17 169:3,4,7
170:11 171:7 173:7
186:19 192:2 196:18
219:25 227:13 231:15
231:20,22 232:8,13
233:9,25 237:20,25
242:12 244:2 254:12
263:4 264:6 266:2,12
266:14 278:4 285:8
293:5 305:16 307:11
309:11 320:5,23
321:10 323:15 326:21
333:4 336:13 338:17
342:11 348:5
**draft** 353:2
**draw** 74:20 104:13
122:8 130:7 192:17
192:21 193:4,13,19
**drawing** 193:15 266:9
**drawn** 318:19 350:7
**drink** 305:6
**drive** 3:21 46:23 47:5
47:13,15 104:6,22,23
105:10,24 109:20
114:14 155:25 156:25
182:20
**drogenic** 7:19
**drug** 4:6 59:10 65:24
116:5 153:4 189:22
194:13 272:4
**drugs** 6:12 134:6
336:24
**ductus** 161:7
**due** 65:25 66:11,16,25
67:20 80:9,13 142:20
179:13
**duly** 13:7
**duplicate** 21:25 22:2
**duration** 199:9,16,19
**dysmorphologic**
229:21 236:3
**dysplasia** 211:5,25
216:19 228:22 229:20
234:12 236:1 248:8

**D.L** 334:10
**d/b/a** 1:10

**E**
**e** 3:1,11 9:1,1 63:11
355:2
**earlier** 65:14 87:20
124:3 161:12 184:6
184:14 277:6 295:23
330:2 331:14,15
340:18 343:12 346:5
**earliest** 112:11 154:25
336:23
**early** 6:8 8:8 26:21
87:16,17 112:4
154:22 312:7 327:9,9
335:13,15,18 336:3
344:18 345:24
**ears** 333:14
**ease** 22:11
**easier** 203:2 244:16
**easily** 303:1
**Eastern** 1:2 12:10
**easy** 41:2
**ecanaan@phillipslytl...**
2:15
**effect** 77:19 81:7 82:16
83:12 88:13 90:14,16
92:1,18 93:21 94:2
96:18 97:12,21 98:4
99:24 100:2 101:9,12
109:8 110:9 127:12
133:6 139:22 140:1
181:22 185:7 274:5
274:21 275:11,13
278:5 309:4 311:7,9
321:8,16 324:19
**effects** 83:10,17,19
87:19,20 90:20 134:8
134:12 141:7 185:2
204:3 238:2 306:9
312:11 320:6,12
331:6
**Einarson** 297:16
**either** 9:22 32:20 55:22
55:23 117:17 133:8
141:20 147:22 162:22
167:11 194:2,12
203:14 216:23 229:16
269:20 297:20 324:4
350:18
**element** 344:10
**elevated** 59:8 60:12
118:7 120:17 121:5,7
121:19,20 193:2
195:2,6,9 241:12
255:2
**eliminated** 198:12

254:25
else's 178:4
elucidation 275:16
embryo 112:5 181:22
204:4 334:21 345:25
348:4
embryogenesis 8:8
74:22 111:24 130:13
133:16 135:1 150:1
313:8 323:8 344:19
embryogenetic 325:7
embryologic 94:23
95:6,21 96:1,10,16
97:4,25 98:13,21
100:9 106:1 110:24
112:12 280:8
embryological 74:21
76:3,5 87:9,12 93:7
94:2 96:8,19 97:21
98:5,9,24 99:7,17
101:5,19 112:3 140:1
154:25 185:6 274:21
278:5 311:8,10
embryologically 76:7
291:25
embryology 154:13
Embryonic 7:21
embryopathy 168:13
embryos 277:21 324:4
eminence 168:15
emphasize 16:16
emphasizing 50:12
employed 354:12,15
employee 354:14
enabling 304:14
encompass 66:14
engaged 177:10
entire 40:6 101:18
169:23 181:14 205:4
268:23 272:9 273:5
283:6,7 285:7 313:6
324:9
entirely 99:23 125:13
130:3 331:21
entities 64:11
entitled 11:8 21:10
29:20 59:25 223:19
227:4 322:1
entity 64:20
environmental 167:6
167:19,21 168:10,19
168:24 169:6 189:23
enzyme 127:24 275:12
enzymes 275:14
epi 118:12,23 181:10
181:13 183:11,13,14
271:22 274:1
epid 30:8

epidemiologic 49:1,7
50:4,7,9 51:19 53:14
54:2 55:21 64:21
67:7 117:7,9 118:8,14
119:13 124:5,10
125:10 128:12,19
129:20 134:15 136:16
137:6,15 138:5,11
159:8 162:5 179:11
180:2 189:20 192:18
192:22 201:18,21
202:14 203:5,21
204:14 238:8 307:21
308:22
epidemiological 38:25
49:10 57:5 67:3
116:3,14,19,24
117:10,22 118:15,18
118:22 120:21 121:11
122:1,19 130:10
133:23 134:1 135:15
149:24 150:18 152:14
161:21 169:9,19
170:1 179:16 180:4
180:10,22 183:4,7
185:9 186:3 190:17
193:14,16 203:25
204:5,8 205:3 212:24
221:22 267:20 271:22
272:20,22 274:15
309:3 341:8 345:3,11
345:15 346:2
epidemiologist 29:23
30:1 31:2 48:17
epidemiologists 30:11
epidemiology 28:25
29:23 30:2,11,22
48:18 50:13,22 52:5
116:8 140:25 174:12
176:2,4,24 181:4
182:16,22 183:17
201:2 202:3,19,23
equally 42:2
equals 226:20 227:14
equinovarus 6:20
equivalent 101:13
equivocally 317:3
Errata 356:9
error 142:6,12,19,24
142:25 214:13,14,16
ESQ 2:5,12,17
essential 344:10
establish 74:19 119:12
157:20 270:18 297:5
established 66:19 77:20
191:21 201:1 218:15
267:12 301:14,18
310:17,20 323:17

346:6 349:6 351:7
establishes 93:18 99:6
112:2 317:3
estimate 142:18
estimated 223:1
estimation 304:15
et 181:22,23 278:22
279:2 341:9
etiologic 132:23 134:19
186:4
etiology 126:25 152:18
153:6,16,21
Eva 2:12 12:20 165:17
250:2 302:15
evaluate 117:3 118:1
317:22 320:19 321:3
341:7
evaluated 222:12,15
evaluates 311:13
evaluating 4:6 117:1,11
153:3 193:21 194:1
Evan 1:6 12:7 28:16
29:20 33:1,25 40:3
41:13 44:17 48:4
162:20
Evan's 38:8 39:6 43:19
44:1,13 45:6,13 62:3
92:15
event 27:14 116:6
194:5
events 4:17 27:24 87:10
87:14 165:1
evidence 107:3 111:22
119:5 123:15,18
126:17 128:12,20,23
185:18 191:1,25
192:4,7 195:11
238:13 270:18 271:4
271:18,20,22 274:9
274:18 277:2 324:15
324:17 341:4 344:3,7
344:10 345:21,25
346:18,20,21 347:1,2
347:13 348:16 350:15
352:6
evolved 297:6 345:1
exact 342:4
exactly 102:16,16
140:18 199:14 203:1
206:17 207:25 225:22
237:11 257:21 262:19
273:22 342:9
examination 3:5 13:6
13:11 353:12
examine 139:22 179:19
examined 13:7
example 23:12 66:16
101:21 119:15,16

134:3,8 190:13,13
exception 16:22 216:10
excerpt 24:19
excerpted 161:11
exclude 66:17 71:23
79:13 80:12 82:6
89:12,19,20 90:2,23
132:12 162:12 180:25
181:1
excluded 80:19 89:23
198:8 259:23 260:1
289:18,25
excluding 66:13 127:21
exclusion 66:15 89:21
exclusions 89:17 90:11
excuse 62:4 78:1 88:9
146:3 171:10 215:11
302:13 339:7
exhibit 3:13,14,15,17
3:19,21,22,23 4:4,5,8
4:12,15,20,21,22 5:4
5:5,10,15,20,24 6:4,5
6:10,15,19 7:4,5,10
7:13,17 8:4,5,10,12
14:11,16 18:11,12,22
18:23 19:1,7,9 21:22
22:6,7,12,13 28:3,15
29:21 32:7,8 39:18
45:18 47:9,17,18
50:18 51:4 63:19,20
68:13 77:25 105:25
140:22 151:2 152:23
153:2,10 161:13
165:13 173:8 177:4
205:6,9 215:20
217:16,17 219:21,24
222:7 223:18 224:4
227:3,8,9 228:10,12
228:14 230:15 235:15
236:19,23 237:19
242:16,18 243:1,13
243:18 244:13 246:23
247:1 250:2,4 258:5
259:5,18,19 260:6,13
260:16 261:4 262:18
263:2,5,10,13,18,20
264:4,7,10,18 265:23
265:24,25 266:16,21
268:1 281:13,16,23
282:1 283:10,12
286:9,11 288:15,24
290:21 291:14 293:4
293:6,25 294:4 299:5
299:14 302:12,22
311:17,19,23 315:20
315:23 325:2,3,11
326:8 328:6,7,13
334:4,5 340:16

exhibits 4:1 5:1 6:1 7:1
8:1 78:1
exist 22:21 87:1
existing 90:24
exists 50:16 294:9
exonerate 194:6,17
exonerates 194:5,13
exonerating 194:16,16
exonerative 193:22
194:2,3,7
expand 88:7 194:23
expect 206:14 235:3
344:20
experience 175:20
experienced 232:17
experiment 180:6
experimental 112:9
expert 15:25 45:13
49:24 61:20,21 79:23
80:1 81:20 158:24
182:19 205:10 302:16
310:23 328:23 329:11
343:19
experts 16:1 43:22,23
343:18 344:15
expires 354:25
explain 21:15 42:9
103:18,19 151:11
203:18 301:4,7
explaining 301:11
explanation 21:16 86:5
203:23 221:25 275:24
279:7,24
exposed 4:14,18 59:10
59:23 146:19 209:12
209:14,15 210:14
211:2 214:20,23
215:14 216:13 217:1
218:23 226:10,19
227:15 228:8 229:14
232:1,3,4,24 238:23
240:8,24 241:25
242:1,4,9 247:16,24
248:12,25 251:6,8,20
252:5,17 253:18
255:20 256:21,24
264:19 269:23 270:6
270:8,8 283:7 284:18
284:22 285:6 287:13
287:16 299:17 313:25
333:19
exposure 4:7,23 80:10
98:18 100:2 101:12
117:12 129:15 146:8
146:11 148:14 153:4
167:10,22 168:19
170:23 184:5 246:5
247:7 271:23 287:6

300:15 304:21 328:25
329:19 338:23 339:2
344:11 346:3
**exposures** 65:24,25
67:5
**expressed** 69:9 114:6
142:4 320:2
**expressing** 73:22
**expression** 326:20
336:2
**extended** 311:11
**extends** 65:15
**extensive** 112:1 136:4
204:2 337:13
**extent** 29:14 30:24 66:4
66:18 79:8 80:7 82:4
82:9 85:19 86:10
89:24 97:10 99:10
103:17 111:7 117:14
192:6 342:5
**external** 177:20
**extra** 166:23 260:1
**extract** 21:4
**extracted** 31:16 32:21
262:10
**extracting** 29:5
**extracts** 20:18 21:17
**extrapolate** 124:14
184:15 187:8,17
191:1 338:18,22
339:2,10,17,22
340:12
**extrapolated** 124:4
184:7 188:5 189:22
**extrapolating** 123:3
142:19 189:6
**extrapolation** 125:1
142:7 188:15 189:17
**extreme** 39:1
**extremely** 35:16 169:22
267:22 270:4 345:18
**eye** 229:11,13 231:13
**eyes** 333:14
**E-i-n-a-r-s-o-n** 297:17
**E10** 335:15,17

**F**

**fact** 14:19 29:3 35:19
38:18,22 39:3,9 40:3
41:12 84:8 87:11
128:11 156:12 157:9
181:5 188:9 197:22
223:18 259:23 275:12
298:2 347:23
**factor** 79:19,25 80:6,14
152:13,15 185:16,16
195:16,25 196:3,6
198:10,19 347:15

**factors** 7:9 71:4 72:10
76:5 79:5,10 80:9
83:10 86:11 150:18
150:23 167:6,19
168:10,24 185:18
186:4 206:13,16
340:6
**fair** 17:20 28:14 29:9
32:5 33:20 44:16
67:1 68:7 90:25
103:15 105:4,8
113:24 120:14 125:18
132:15 145:3 150:12
173:18 174:15 175:13
234:20 257:22 273:13
277:17,18 300:4
**fairly** 264:16
**fairness** 300:23
**faith** 142:13
**fall** 216:21 231:5
233:10
**falls** 29:12
**familiar** 62:15,20 68:5
341:14,16 342:23
**far** 19:8 64:15 76:8
90:6 185:24
**fashion** 14:10 39:6
**fast** 225:9 333:5
**faster** 122:7 334:8
**FDA** 24:14,23 25:5,24
144:2 152:17,21
153:13 241:20 306:1
**features** 168:12 229:21
236:3
**federal** 108:6
**feel** 69:17 75:17 130:7
229:2 262:15
**Ferencz** 189:15 344:16
**fetal** 112:11 304:15
327:17
**fetus** 43:2 75:2
**fetuses** 59:9 146:20
327:10
**fewer** 287:11
**field** 30:10 50:14 136:9
157:8,10 190:23
**Fiera** 173:20
**figure** 23:13
**file** 46:14,15 140:23
**fill** 218:13 220:1 222:6
228:11,15 230:18
236:23 248:15 249:22
260:13 281:25
**filled** 220:7
**filling** 261:6 294:6
**Final** 3:14 8:10
**Finally** 229:9
**financially** 354:16

**find** 27:21 87:1 95:9,25
96:15 103:20 108:13
108:17 115:21,24
116:18,23 195:2,9
206:6 210:13 213:25
214:19 215:20 222:18
241:11,20 244:6,11
250:15 252:13 253:14
254:9 262:9 265:9
282:7 284:15 292:25
303:1 306:25 308:21
329:4,4 334:1
**finding** 126:8 162:5
193:1 212:12 222:13
224:18 225:1,5,13
226:6,15,18,19,23
227:5 240:1,20
245:13,17,21 246:1
257:7,8 260:23
261:10 262:6 263:23
266:24 268:1 289:14
289:18 300:7 328:21
**findings** 66:23 67:14
117:5 123:3 124:14
184:15 185:9 198:6
207:11 223:3 229:22
241:19,24 252:21
263:6,8 268:10
269:13,14 289:2
298:22
**fine** 11:2 40:19 57:15
68:7 86:4,13,21 88:8
90:4 119:18 133:10
134:21 138:23 177:17
179:9 180:7 196:15
221:1 226:11,25
229:23 230:10 237:8
250:12 259:2 261:24
263:14 276:23 302:11
307:9 319:15 324:2
339:8
**finger** 106:19,21,24
216:14 220:20 249:4
**fingers** 102:23 103:5
215:15 220:2,7
230:19 243:23 249:4
249:12
**finish** 23:18 87:23
103:25 104:2,3
122:14 151:19 263:14
279:15 318:16
**finished** 88:9 152:11
156:15 226:24 262:21
263:19
**first** 4:9,22 5:15 6:15
13:7 17:2 19:11,17
24:2 31:10 33:9
43:18 59:10,23 73:20

82:17 89:20 100:2,20
101:12 104:15 116:2
116:6,8 117:12 118:5
143:1 151:25 166:21
179:7 192:12 207:15
208:19,23 209:10
211:3,5,10 223:7,11
230:7 233:21 247:6
248:13,25 251:9
252:12,17,22 255:21
256:5 265:14 277:3
287:6 303:13,13,16
303:18 304:7,20
322:1 329:6 330:14
330:22 336:15 337:3
337:6,9
**five** 54:10 112:23 166:2
210:24 256:21,24
258:10 262:23 268:4
268:9 269:12,14,14
269:18,25 270:1,2
287:12,16 331:7
333:20
**flash** 3:21 47:12,15
104:6,22,23 105:10
105:23 109:20 114:14
155:25 156:25
**flattened** 333:13
**Flip** 166:17
**Floor** 2:13
**flow** 158:14
**fluoxetine** 5:6 285:11
285:22
**focus** 28:7,8 36:24
66:20 68:24 69:23
111:4 118:16 326:13
327:13,22
**focused** 49:9 50:2
71:18 99:11 100:1
101:3,7 102:24
106:24 111:5,19
200:7,10 292:6 321:7
335:3
**focuses** 326:14
**focusing** 271:19
**follow** 26:10 241:9
**followed** 344:3
**following** 125:14
156:19 161:7 229:15
**follows** 13:8 344:2
**followup** 313:23
**foot** 6:22 38:8,13,17,18
38:19 39:7,10,19 40:4
41:13 290:25
**footnote** 303:21,23,24
**foregoing** 354:5,7
356:4
**forever** 334:3

**forget** 180:17
**forgive** 203:13
**form** 38:10 70:5 73:18
89:16 106:4 110:17
113:22 115:14 142:10
142:15,23 178:14
190:4 200:6 201:15
238:4 270:22 273:15
324:22 356:8
**formation** 76:14,15
77:9 94:7 111:9
155:5,16 165:1
166:23 273:19 324:17
**formed** 177:14
**forming** 22:17
**formulate** 342:9
**formulated** 341:6
**forth** 39:14 133:7
275:14 343:3
**forward** 107:3 108:21
**found** 197:11 210:18
229:10,19 231:12
235:25 236:25 238:22
241:5,15 248:5
255:23 256:2,16
257:23 282:5 284:6
288:4,8 303:18 304:7
307:21 308:23 333:10
**foundation** 86:2 90:12
90:18 91:25 128:3
281:6
**four** 17:24 89:5 152:12
161:17 268:7,9
269:13,17 292:20,22
293:19 313:13 331:17
**free** 229:2
**Freeman** 273:5
**frequency** 314:3
**Frischhertz** 1:5,5,7 2:5
2:5,5 3:18 9:9,25
10:5,15 11:2,18 12:5
12:6,7,22,22 28:16
29:20 33:1 34:1 38:9
40:3,13,19 41:4,13
44:1,17 54:16 55:2
63:24 70:4 73:17
89:15 97:6,9 106:3
108:1,8,13 110:16
113:21 115:13 142:9
142:14,22 153:10
178:10,13 182:12
190:3 200:5 201:14
205:22 217:21 218:1
237:18 238:3 264:8
270:21 273:14 291:8
291:11 324:21 326:23
327:1 349:16,20,24
351:19,23 352:4,7,13

352:19 353:3
**front** 19:18 20:3 22:4,5
  146:25 156:1 206:3
  206:17 262:3 329:8
  343:14 348:22
**full** 21:17 23:22 32:16
  47:11,13 169:16
  170:16 277:14 300:24
  301:2 330:22
**fuller** 275:17
**fully** 72:2
**function** 93:11 115:4
  159:2,5 312:12
**functions** 325:7 326:18
**fundamental** 94:1
  112:10 272:8 327:8
**funded** 51:22
**funding** 49:15 51:19,25
  52:2,12
**further** 10:22 82:25
  88:7 196:9 247:23
  275:15 280:16 354:11
  354:14

_____

**G**

**G** 9:1
**gastrointestinal** 348:6
**gastrula** 327:9
**gastrulation** 278:15
**gather** 259:8
**Gay** 2:23 12:25
**Gelder** 347:18
**gene** 326:19
**general** 39:3 42:16,20
  44:9 67:3 71:6 79:17
  81:23,23 89:2 96:14
  116:11 120:3,5
  148:12 150:17 184:2
  221:21 326:14 339:4
  339:14 340:12 344:4
**generally** 99:20 100:9
  101:1 102:12,20
  120:22 144:12 189:11
  190:7,8 191:17
  198:19 267:19,19
  337:6,7 343:22 344:1
  344:2
**generated** 300:21
  318:20 347:2
**genesis** 8:9
**geneticist** 165:7 286:24
  287:2
**genetics** 165:8 175:11
**Georgia** 2:19
**gestational** 196:6 199:9
  199:19 207:5,8
**getting** 54:18 115:17
  171:14 182:7 302:15

320:11
**girdle** 254:23 255:10
**girl** 298:6
**give** 15:11 23:22 35:25
  38:7 44:19 45:2 51:1
  52:18 68:9,18 79:17
  115:7 119:14 122:16
  148:6 165:12,14
  190:12 203:23 205:9
  217:14 224:7 227:3
  231:15 259:17 260:6
  264:5 286:15 293:5
  318:6 320:1 325:12
**given** 45:23 85:14 86:4
  89:1,17 114:7 118:21
  133:15 176:20 241:10
  261:4 323:12 329:15
  354:8 356:6
**giving** 75:17,18 88:10
  119:6,9 132:14
  159:17 260:9 348:24
**Glaxo** 136:20
**GlaxoSmithKline** 1:11
  12:19,20,21 13:16
**glucose** 197:4
**go** 10:7 11:15,23 31:22
  37:15 40:8,14,16,18
  43:17 52:24 57:25
  58:2 59:2 64:1 75:19
  78:7 100:15 101:17
  104:7 106:13 138:14
  139:16 140:20 143:9
  148:16 156:5,6,8
  157:16 162:7 163:14
  166:1 171:7 187:3
  205:17 213:24 217:7
  219:9 222:22 223:17
  227:24 228:10 230:15
  237:4 243:13 253:25
  254:25 260:8,12,15
  263:17 264:14 269:21
  281:9 293:1 299:3
  304:11 305:5 319:2
  323:11,14 325:25
  333:15,24 334:8
  335:11,14 336:21
  338:8,10
**goal** 322:10
**goals** 319:22
**God** 233:9
**goes** 78:6 155:22
  157:13 168:21 279:3
  312:16 314:7
**going** 11:19 14:4 19:14
  28:24 40:17,20,21,22
  46:22 54:12,17 62:18
  82:7 86:9 88:5,20
  94:14 105:11,17,24

106:13 107:25 113:5
  115:11,12 122:16
  137:12 139:16 143:14
  155:18 156:19,23,25
  157:16 161:11 165:11
  166:2,25 168:22
  172:6 181:25 203:23
  205:17,20 214:5
  215:17 217:14 219:6
  219:7,12 225:8 227:3
  234:7,18 236:8 237:4
  237:4,15,18 242:6
  246:16 253:24 255:1
  264:14 269:22 276:17
  277:15 279:14 281:1
  290:24 291:20 294:24
  301:22 305:9 309:2
  313:2 318:6,12 319:7
  320:21 324:1,7,13,23
  325:12,19 326:3
  331:13,20 333:24
  334:22 335:24 336:8
  351:5 352:14 353:4
**Golkow** 12:25 13:2
**good** 13:13,14 109:3
  110:23 119:18 129:22
  136:2 149:17 156:17
  192:14 290:2 292:17
  307:8
**goodness** 233:22,22
**great** 82:13 83:8 95:23
  117:14 141:17 149:12
  155:19,22 156:8
  164:17 208:11,15
**greater** 64:19 275:15
**ground** 13:21
**group** 33:12 48:25
  51:23 199:24 213:10
  213:11 214:12 238:23
  240:25 252:24 257:8
  278:8 292:10 299:18
  300:16 333:19 340:6
  348:15 349:4
**groups** 56:22 213:6,19
  213:23 214:7
**grown** 324:4
**GSK** 12:8 24:14,23
  25:2,4,24 26:21
  129:12 146:17 147:23
  185:11 273:1 305:25
  329:14 330:2 338:2
**GSK's** 121:4 135:10
**guess** 40:20 145:15
  243:25 332:21 347:25
**Guidance** 4:5
**Guide** 140:24

_____

**H**

**H** 3:11 334:11
**half** 48:24 176:21
**Hallock** 1:20 2:25 13:2
  354:4,23
**hallway** 125:24
**Halpern** 2:12 3:6 9:3
  9:13 10:4,11,16 11:3
  11:22 12:18,18 13:12
  13:15 14:13 18:9,14
  18:21,25 21:20 22:2,9
  22:10 40:8,17,25
  41:10 47:14,24 48:1
  50:17,24 51:6 54:16
  55:5 63:22 70:17
  94:11,21 97:7 106:8
  106:15 108:11,22
  109:1,4,5 143:12,19
  151:2 152:25 153:12
  165:13,20 171:21
  172:3 173:6 205:8
  206:9 217:14,19,23
  218:2,4 219:9,19,23
  221:13 224:6 227:11
  230:23 242:20 246:13
  246:25 250:2,6
  259:17,21 264:3,12
  265:24 266:18 277:25
  281:15 283:14 286:9
  286:13 290:23 291:10
  291:13,15 293:4,9
  301:17 302:24 305:5
  305:15 308:7,13
  311:21 315:20,25
  319:2,11 325:5,25
  326:7 328:5,9,13
  334:7 336:5,12
  340:15 349:18 350:1
  350:2 352:8 353:10
**Halprin** 4:13
**hand** 6:22 34:5,11
  35:21 37:8 38:8,14
  39:6,10,17,20,23,25
  40:4 41:14 62:18
  102:23 103:5,21
  104:9,18 105:14,25
  106:19,21,24 107:13
  126:12 133:21 145:9
  145:11 149:9 150:16
  150:19 151:10 214:21
  214:24 215:3 216:14
  217:16 218:19,24
  219:3 220:2,7,20,21
  228:22 229:24 230:1
  230:2,8,12,13,14,18
  243:23 245:16 248:11
  248:16,24 290:5
  291:1,17 308:25
  309:13,17

**H** 3:11 334:11
**handed** 14:15 19:25
  247:1 264:6
**hands** 145:13 249:11
**Hanson** 347:6
**happened** 52:9 210:8
  330:7
**happens** 14:10 127:8
**happy** 47:4 77:2 99:4
  105:15 157:2 163:9
  237:1 260:6
**hard** 11:7
**Harvard** 165:8
**head** 19:11 24:12 35:25
  56:2 71:25 77:7,11
  86:19 103:8 127:18
  133:13 144:9,13
  150:23 196:22 211:17
  234:9 299:4 306:14
  308:16 309:21 333:13
  338:16 347:10
**heading** 225:14
**hear** 70:12 202:11
  301:10 329:9
**heard** 9:19 168:2
**heart** 5:17 48:5 49:1,8
  49:9,14,16 50:3,5,8,9
  51:19 53:14,20 54:3,7
  54:10,11,12 55:8,16
  56:7 61:15 125:5
  157:7,8,10,11,15,24
  158:1,3,7,11,18 159:1
  159:5,14 242:2
**heavily** 82:16 156:24
**help** 13:22 182:23
  215:21
**helpful** 20:12 193:21
  193:25
**helps** 286:18
**hereto** 354:15
**high** 322:24
**higher** 196:3
**Hikel** 48:16 173:19
  175:23,25 177:9
**hind** 317:20
**hindlimb** 7:22 320:7,10
  320:13 322:2 324:3
**Hinds** 29:24,25 31:8
  32:11,21 33:13,13
  115:2,11,12 173:19
  174:9 176:3 177:9
  207:1
**hinges** 164:15
**hip** 97:16 211:19,25
  215:2 216:19 228:22
  229:19 234:12 236:1
  248:9
**hired** 49:24
**history** 44:5,13

**Hmm** 144:17
**hold** 109:4 174:20
  178:11 224:11 303:10
**Holmes** 165:4 169:4,7
**honor** 11:8
**hope** 11:21 250:19
  264:16
**Hospital** 58:4
**hour** 40:23 319:5 321:1
**hours** 11:9,16,20
  173:13,17 206:2
  323:16
**housekeeping** 11:5
**human** 4:7 112:9
  117:10 153:4 168:25
  169:9,14,15,19 170:5
  175:10 336:25 345:11
  345:15
**humans** 100:4 101:13
  128:12 136:16 343:24
**humeral** 348:2
**hundred** 83:9,16 134:9
  190:18 332:1
**hundreds** 74:17 104:8
  112:17 318:3
**Hunt** 1:19,19 12:14
**hypoplasia** 168:6,11,14
  168:15 169:2
**hypoplastic** 34:5,11
  150:16,19 151:10
  290:5 309:17
**hypothesis** 93:16,17
  194:9,9,18
**hypothesize** 141:7
**hypothetical** 270:24
  271:1,10

       **I**

**IARC** 341:3,16 342:23
**ICD** 215:6 225:23
  228:15
**ICD-9** 3:23 34:11 62:15
  62:19,20 63:7,15,16
  63:18 64:9,15,17,20
  65:5,7,11 66:5 68:11
  69:8 70:19 78:3
  209:3,6 215:19
  218:15 222:2,7 223:9
  223:13,17,24 225:18
  225:19 226:3 233:18
  234:2,24 235:7
  236:20 238:19 240:5
  240:22 242:23 243:7
  244:13,25 249:25
  250:13 252:11 253:2
  259:9 265:2 281:21
  281:24 286:18,25
**ICTEV** 291:6,17

**idea** 36:13 67:24 160:8
  212:8
**identification** 14:12
  18:13,24 22:8 47:19
  51:5 63:21 152:24
  205:7 217:18 221:12
  224:5 227:10 242:19
  246:24 250:5 259:20
  264:11 266:17 281:14
  283:13 286:12 290:22
  293:7 302:23 311:20
  315:24 325:4 328:8
  334:6
**identified** 114:24
  141:20 159:15 162:8
  162:10 167:22 168:20
  169:1 211:2 259:4
**identify** 12:16 32:18
  114:18 162:1 242:23
  301:12 337:15,21
**Identity** 279:4
**Idiopathic** 289:22
**immune** 339:25
**immunoreactivity**
  335:12,17 336:3
**impact** 36:25 214:15
  270:16 271:6 272:2
**Impastato** 2:6
**Importance** 4:25
**important** 29:15 91:15
  119:15 121:10 128:3
  133:15,19 134:25
  135:3,5,7 178:17,24
  182:1 188:2 195:8
  204:5 226:11 242:10
  267:23 274:22 309:3
**importantly** 272:25
**impossible** 194:10
**inadequate** 117:24
**inappropriate** 271:16
**include** 15:15,25 23:1
  43:4 56:14 60:22,24
  60:25 65:4,18 67:12
  69:12 72:14 79:6
  81:4 82:6 97:1
  117:20 118:7 119:25
  120:24 121:3 131:25
  158:4 159:10 161:20
  161:22 180:13,13
  204:2 277:14 294:18
  295:9,17,20 296:4,7
  296:10,13,16,19,22
  296:25 297:10,13,16
  327:12
**included** 44:3 58:16,20
  65:11 66:4 67:19
  79:19 96:20,21 98:4
  98:16 99:9,10 117:17

138:2,20 159:14
  162:12 251:3 255:12
  260:14 270:7 282:18
  285:5 294:1 295:7
  296:3 297:4,25 298:2
  311:11 335:19
**includes** 66:10 78:10
  122:25 197:20 292:17
  293:11,16 295:4,11
**including** 31:21 58:7
  64:11 65:6 74:15
  101:14 104:16 112:6
  120:21 139:5,15
  179:23 200:24 202:8
  256:12 265:6,15
  272:25 273:1 274:21
  277:13 281:19 313:9
**inclusion** 297:24
**inclusive** 331:8
**incomplete** 205:1
  235:18 261:20
**inconclusive** 193:22
  194:2,13,20 195:7
  274:16
**inconsistent** 236:4
**incorporate** 126:13
**incorporated** 201:5
  203:10
**incorrect** 213:9
**increase** 146:20 198:14
  229:13 241:16
**increased** 121:1 129:11
  180:11 197:16 199:1
  200:23 227:17 229:10
  231:13 241:6,10,21
  245:8 251:25 254:14
  272:23 282:10,13
  287:5 303:19 304:8
  304:22 307:21 308:2
  314:3
**increasing** 304:14
**independent** 49:16
  182:2 312:14
**index** 19:4
**indicate** 127:23 163:10
  267:9
**indicates** 26:11 163:7
  288:14
**indicative** 27:8
**indicator** 134:19
**individual** 99:13,17
  100:13 105:12 151:21
  153:14 192:24 194:6
  241:25 242:6 346:20
  347:11 350:12,17
**individually** 1:6 12:6
  95:25
**individuals** 168:13

188:10 189:13 226:10
  242:4 262:23 270:6,9
  284:17,21 287:12
  345:6
**individual's** 151:25
**induce** 337:17,23
**industrial** 56:16
**inexplicable** 151:13,16
**infancy** 229:17
**infant** 6:8 188:14
  229:19 236:1
**infants** 4:17,25 168:17
  209:11 229:12,14
  231:14 241:22 247:25
  283:7
**inference** 266:10
**inferring** 300:25
**information** 17:11 20:9
  28:21 29:5 31:11
  32:2 34:13,25 36:6,8
  37:5,19 38:16 41:18
  42:23 44:5,6 45:16
  58:6 71:4 73:22 74:9
  98:9 100:6 102:4
  105:14 121:25 123:7
  123:10 125:3,7
  126:13,18,24 129:5
  135:3 136:3 160:21
  163:5,20 165:3
  177:11 190:2 193:19
  202:8 203:6,10 207:2
  246:7 301:2 340:11
**informative** 179:17
**Inhibitors** 5:13,22 6:7
  6:17
**Injuries** 3:24
**Inn** 1:19
**instance** 58:4 135:8
  297:21 310:8
**instances** 67:22 72:12
**institutions** 56:15
**insufficiency** 150:5,10
  161:9
**insufficient** 270:17
**intention** 32:15,15
**interacts** 127:23
**interdependent** 93:8
**interest** 141:4
**interested** 140:19
  354:16
**intermediate** 332:13
  333:8
**international** 28:25
  29:24 48:18 133:25
  190:14 191:20 340:23
**internet** 62:19
**interpreted** 147:14
**interprets** 152:2

**interrupt** 320:22
**Interruption** 230:22
  301:16
**interval** 222:17 223:25
  224:20 226:8 227:19
  228:5,7 239:2,23
  240:14 253:15 254:4
  254:10 256:17 262:8
  264:1 265:7,17 282:6
  283:3 287:8 299:19
  301:5
**intervals** 204:15,24
**intervention** 161:17
  162:16,21
**intrauterine** 66:11
**introduction** 330:16,21
  332:16,19
**investigate** 116:4
**investigated** 141:8
  320:8,12
**investigation** 330:23
  331:15
**investigations** 56:13
  157:6
**invoices** 173:8
**involve** 55:18 56:13,22
  58:18 84:8 85:16
  92:4 106:19 126:9
  135:1,2 164:16 215:3
  300:15 318:24 321:5
  321:6,23
**involved** 30:25 35:20
  49:18 50:1 56:12,19
  58:3 76:14 81:25
  83:6,18 96:2 109:7,10
  109:24 111:8,23
  112:14,18 113:12,18
  114:1,19,20 115:22
  142:6,12 145:5
  149:25 154:15,18
  155:4,8,12,16,20
  156:10 175:14 178:18
  214:21,24 215:15
  216:13 253:18,22
  319:24 325:23 327:25
  328:25 347:21
**involves** 75:11 82:9
  84:24 95:21 110:24
  118:15 122:18 280:19
**involving** 37:8 56:7,11
  56:18,20 104:18
  105:25 106:1 116:24
  122:10 125:20 128:20
  139:1 217:2 238:9
  305:17,20 312:11
  328:19
**irrespective** 195:18
**isolate** 124:23 128:23

348:14
**isolated** 289:21 291:5
**isolation** 123:6,10
 181:15 187:11
**issue** 27:17 28:9 36:5
 36:11 38:19 40:20
 42:21 68:4 111:20
 121:12 140:2 148:13
 177:22 179:19 188:15
 189:17 193:15 194:14
 194:17 208:13 242:11
 274:3
**issued** 23:4 25:4,24
**issues** 39:1 44:25 64:12
 66:1,20 67:5 81:17
 97:17 116:10 117:15
 117:24 118:22 150:22
 155:22 185:17 275:10
**issuing** 23:5
**item** 27:20,25
**items** 9:6,8,14 23:1,3,5
 24:5,7
**item-by-item** 98:23
**iterations** 206:16

**J**

**journal** 144:14,24
 293:19 300:20
**judge** 108:6
**judgment** 123:14
**July** 5:20
**jump** 142:13
**jumps** 80:16
**justification** 274:23
**J.D** 2:12
**J.M** 334:11

**K**

**Källén** 6:5,10 281:16
 283:11,23 295:21,24
**keep** 11:10,13,16 113:5
 144:20 165:18 168:21
 251:12 275:20 311:17
**keeping** 11:12
**key** 83:4 113:13,16,25
 114:2 115:1 272:8
 273:8 274:3 275:19
**kilogram** 328:25
 330:24 331:7,16
**kind** 34:15 54:22 56:4
 65:24 136:12 142:7
 175:6 189:1,8 190:5
 230:12 247:25 268:6
 276:22 306:4 327:1
 332:20 337:18,23
 346:10
**kinds** 154:4
**King** 2:18

**knee** 97:16
**knew** 134:11
**know** 11:1 17:5,7,16
 19:8,13 21:22 22:20
 24:2,8 25:11,11 29:11
 31:8,13,15,18 33:21
 34:8 35:22 36:1
 40:21 42:20 44:22
 45:24 53:18 57:11
 61:17 66:24 67:19
 68:8,20,24 72:1,3,8
 73:3,12 74:8 76:8,16
 76:23 79:23 84:16
 86:6 91:18,24 94:22
 95:6,9,12 96:6 102:2
 103:16 104:25 108:19
 108:21 109:13 113:1
 113:8,9 121:11
 127:18 132:11,14
 134:7 139:12 140:5,8
 140:22 142:4,5 143:3
 143:4,4 144:6,10,14
 144:23 145:6 146:21
 147:6 149:20,21
 150:13,24 151:12
 153:24,25 154:3
 155:9,14 159:12,24
 159:25 160:1,7,10
 162:15,15,22 164:25
 165:4 170:17,20,24
 171:13,25 173:14
 176:15,21 180:2,7
 183:25 185:15 186:8
 186:11,16 188:25
 189:3,10 190:6
 195:11 196:19,23,25
 197:3,8 198:16
 200:17 206:14 211:16
 211:17,22 212:4,17
 216:5,7,11,16,21
 217:3 218:18,18,20
 218:22 220:10,13,15
 220:22,22 224:11
 228:19,20,22 229:2
 229:23 230:5,12,13
 230:20,21 231:1,4,7
 232:3,8,10 233:12,13
 233:14 234:1,8,10,22
 241:12 247:19,20
 249:9,10 250:13
 251:13 254:20 256:10
 258:11,12,16,17,23
 264:4 269:25 274:1
 275:5 285:4,8 287:25
 289:8 290:10,13,16
 296:1 302:21 305:16
 305:20,23 306:1,3
 307:4,17 308:1,24

309:12 310:14 313:17
 316:22 318:1,5,11
 319:14 324:6,6,10
 331:1,25 333:23
 336:13 338:15 341:11
 341:23 352:24
**knowledge** 31:7 151:17
 199:23 271:25
**known** 26:21 169:5
 190:19 195:14,16
 299:17
**Kornum** 296:20
**Kramer** 1:16 3:2,12,14
 3:17,19 4:3 5:3 6:3
 7:3 8:3 9:11 11:6
 12:4 13:5,13 14:11
 16:19 18:12,23 22:7
 23:13 28:4,24 31:13
 38:5 39:15 41:11
 42:24 44:8 45:1
 47:18 48:19 50:4
 51:4 52:20 53:13
 54:5,21 55:7 57:18
 62:11 63:20 69:25
 72:3 73:8 88:8 94:22
 97:22 98:19 102:5
 103:4,20 104:17
 105:17 106:17 107:25
 109:2,15 113:4,10
 119:4 127:3 130:16
 137:5 138:7 143:20
 152:23 159:7 166:17
 169:3 170:11 171:7
 173:7 186:19 192:2
 196:18 205:6 217:17
 219:25 221:11 224:4
 227:9,13 231:15,20
 231:22 232:8,13
 233:9,25 237:20,25
 242:12,18 244:2
 246:23 250:4 254:12
 259:19 263:4 264:6
 264:10 266:2,12,14
 266:16 281:13 283:12
 285:8 286:11 290:21
 293:5,6 302:22
 305:16 307:11 309:11
 311:19 315:23 320:5
 320:23 321:10 323:15
 325:3 326:21 328:7
 333:4 334:5 336:13
 338:17 342:11 353:13
 356:14
**Kulin** 300:16,21
**K-o-r-n-u-m** 296:20

**L**

**L** 2:5

**Lacassie** 45:20 47:22
**Lacassie's** 48:3,10
**lack** 73:22 169:8
**lacks** 194:11,19
**lactation** 314:9
**Lammer's** 61:23 62:1
 62:12
**language** 237:19
**large** 84:24 86:1 179:12
 179:13 187:24 188:1
 188:2,6 191:2 251:2,5
 251:6,10,13,13 252:3
 281:18 283:16,23,25
**largely** 127:8
**larger** 31:15 79:4 201:6
 290:7
**Larry** 10:1
**late** 343:12
**Lauder** 278:25 334:11
**lawsuit** 9:23
**lawyers** 19:2,20 33:12
 49:1 51:23 52:13
 173:14
**lead** 72:11
**leads** 181:11
**leap** 142:13
**leaping** 288:10
**learn** 176:22
**leave** 47:15 157:1
 237:17 334:3
**leaving** 278:13
**left** 131:6 157:21
 234:13 261:21 274:1
 307:1 333:25 349:21
**left-hand** 218:9 294:4
 313:6 335:15
**Left-Right** 277:22
**legitimate** 55:20 57:5
**lengthy** 114:11 313:3
 331:25
**letter** 293:21
**letting** 318:16
**let's** 9:9 21:20 32:25
 40:8 48:15 55:6
 63:18 68:11 78:9
 83:2 100:22 108:22
 111:8 126:4 138:14
 139:23 145:17 166:1
 167:13,15 171:21
 172:3 182:18 187:1
 196:18 216:2 217:7
 219:9,20 221:8,22
 222:20 230:15 238:14
 239:9,16 259:16
 267:14 270:18 271:19
 283:10 299:5 311:16
 315:1 319:2 324:25
 325:25 328:3 329:10

330:5,14 334:2,4
 335:18 336:5
**level** 38:22 39:4 67:24
 94:9 101:17 105:13
 111:15,22 187:13
 191:24 192:3,7 195:4
 197:4 310:14 331:5
 341:20,24 342:5,5,25
 343:1,2
**levels** 67:6 75:1,1 81:7
 81:14 82:1,11 83:7,12
 84:9,25 85:16,24
 86:15 87:7,10 88:14
 90:14 91:3,14 92:1,5
 92:12,19,23,24 93:3
 95:11,22 96:3 97:11
 103:3 104:14,14
 110:13 140:11 157:21
 158:2 178:17 179:6
 181:20 317:19 335:16
 347:15
**Levin** 107:18,22 112:7
 277:20 278:2,4 311:6
**limb** 4:21 34:1,7,23
 35:4,6,10,13,13,20,23
 35:23 36:3,4,13,14,16
 36:21 37:2,3,7,11,13
 37:24 38:13,14,20,20
 41:22,24 42:3,5,13,15
 42:25 43:13,18 58:18
 59:9,18,21,22 60:4,10
 60:13,14,21 61:1,2,6
 61:11,13,15 63:6,15
 65:10,10,15 69:11
 70:18,21,22 71:21
 74:4,5,7,14,15,22
 75:5,8 76:10,16 77:17
 77:19,22 78:19 79:1,7
 79:22 82:5,14 92:3,4
 92:9,17 93:2,5,22
 94:3,25 96:7,24 97:14
 99:7,19,25 100:4,9,14
 100:17 101:1,3,6,9,10
 101:14,22,25 102:8
 102:12,20 103:21
 104:10,16,18 105:14
 105:25 106:21 107:7
 107:13 109:10,18
 110:1,12 111:6,9,16
 112:14,15,19 113:12
 113:18 114:1,7,20
 115:22 116:15 117:8
 117:12,19,20 118:17
 118:18,23 119:2,19
 119:21 120:16,24
 121:3,14,19 122:9,24
 123:5,16,21,24 124:4
 124:16,20 125:6,6,19

125:20,22 126:7,9,15
128:9,17,20 129:24
130:8,9,13 131:16
133:11 134:24 135:1
135:2 136:15 137:14
137:22,22 138:1,16
138:24 139:14,15
140:15,17 141:12
142:19 143:22,23,25
144:4,5,8,11,12,15,16
145:1,15,20,23,24
146:12,14 147:4,9,11
147:18,21,23 148:1
148:13 149:9 150:13
150:24 154:24 155:1
155:8,12 165:2 166:8
166:14 169:5,23
170:7,7,9,14,15,19,24
171:13,16,25 173:24
177:2,12,25 178:9,19
178:21,25 179:4,8
180:1,13,19 181:3,5
181:12 182:4,5,11,24
183:18,21 184:4,9,17
184:24 185:12,23
186:4,6,9,10,13,23
187:6,10,20,22 188:6
188:20 189:5,25
190:1 192:6 200:24
201:4,13,21 202:23
203:4,11,21 204:8,23
207:12 208:13 211:1
211:13,22 212:1,7,8
215:7 216:14,14,20
217:2,9 220:2,20
221:2,19 223:2 224:8
227:4 228:21,21
229:11,13,18,24
230:3,5,6,24 231:10
231:14,17 232:2,17
233:4 234:23 235:10
235:15,25 236:16,19
236:24 237:11,16
238:1 241:6 243:19
244:3,3,14,20 245:25
246:5 247:25 249:7
249:18,19 251:11
255:4,8,9,14 257:24
258:7,9 259:10,23
265:6,15 270:12,14
270:16,20 271:9,20
272:16 273:19,20
274:5,12,13,21,24
275:1,23,25 278:17
278:19 279:9 280:1
282:15,25 283:24,25
284:8 285:9,13,17
286:1,3 287:5,24

288:4,16,24 289:11
289:11 290:4 291:25
294:7 305:17,21
306:5,9,12 307:22,24
308:3,3 309:7,22
310:2,5,12,18 311:5
311:14 312:3,24
313:1,5,12,16,20
314:21 315:12,17
317:4,7,20 319:20,21
319:21,25 320:14
323:8,18,20 325:9,17
325:24 326:11,14
327:5,12,14,16,19,22
327:25 328:21 330:3
330:4 334:17,18,24
335:6,15,18,23 336:1
336:3 337:17,23
341:1,20 342:7 345:1
345:5,7,12,16,20
346:1,7,15,22 347:8
347:16,21 348:8,18
349:7,9,13 350:5
351:4,11,11,14 352:2
limbs 43:1,10 68:12
70:20 94:3 104:16
154:14 222:12 223:4
223:6 227:7 232:23
233:12,17 235:12,19
240:21 243:7 244:23
254:1 258:19 329:2
329:20,25 333:14
351:18
limited 33:12 58:15
limiting 276:9
Lincoln 271:14
line 27:20 51:17 101:18
101:18 243:9 256:5
355:5
lines 213:4 261:16
277:2
line-by-line 98:23
link 74:20 86:2 90:13
104:14 149:7
linkage 82:14,15
linkages 133:20,22
linked 124:20 148:23
links 133:16
list 15:9,19 16:18 17:8
17:11 20:23 21:7
22:15,21,24 31:23,25
44:3 45:18 101:18
104:8 115:3 124:5,9
136:15 137:6 161:25
168:21 177:21 199:5
199:7,12 222:16
229:18 230:25 233:3
248:4 257:15,16,17

258:24 298:6,7
335:14
listed 15:10 16:2,12,20
17:3,18 27:16 31:12
32:3 33:2 35:1 37:20
70:19 78:21 81:24
97:5 98:1,14 161:6
177:4 187:7 197:19
233:25 234:21 258:20
288:16 293:13,24
294:5 298:16 346:13
listen 97:22 329:10
listing 15:24 31:20
32:16 297:3
lists 46:24 114:12 338:4
literally 74:17 205:24
206:7
literature 15:14 16:13
17:9 20:9,19 36:9
38:25 63:5 65:3 67:3
68:6 74:3,17 87:2
90:19 93:18,21,23,25
94:6 99:4,5,7,23
101:7 102:19,25
103:1,1,5 104:13
107:16 111:15 112:2
112:14 113:25 114:4
114:17 115:5 116:14
117:2,2,4,6,7,9,11,22
118:8,12,14,15,19,22
118:23 120:18,21
121:12 122:1,20
125:4 127:22 128:2
130:11 133:16 137:4
150:18 152:2,5 154:2
154:5,22 159:3,8,8
163:6 169:19 177:1,7
178:2 179:11,15,16
180:2,4,10,22,23,25
181:11,13 182:3,19
183:4,20,23 185:9
195:1 203:25 204:6,8
205:3 212:24 221:22
267:20 270:11 271:22
271:23 272:20,23
273:6 274:15 275:10
297:6 306:7,8 310:9
310:22,25 311:1,11
311:13 337:13 341:8
345:3,16 346:2,17
347:13 352:1
litigation 20:15,16
25:14 49:25 53:9,9,12
56:16 60:20
little 30:14 84:17 85:18
134:22 179:1 183:20
183:23 233:2,7
332:12 333:25

live 169:11,24
Livenote 1:22
LLC 2:6
LLP 2:13,18
localization 335:12
logically 344:20
long 11:13 40:21 58:8
167:15 279:6 294:24
332:1 353:3
longer 114:5
longitudinal 35:4,6,10
35:23 36:3,13 37:3,11
37:13,23 168:5,22
230:3
look 15:23 16:17 19:10
35:5 36:20,23 46:20
52:5,16,21,25 53:14
53:19 54:3,6 62:20
63:18 66:23 68:11,21
77:24 78:22 91:22,24
95:12,14,17 96:4,5,8
96:10,14 97:4,25
98:13 99:16 100:13
100:15 101:2,18
102:13,19 103:14
104:11,21 105:1
113:2 116:20 118:21
120:22 139:7,11
140:23 144:17,20
159:11,16 162:4
164:23 165:12,24
169:11 186:18 187:1
191:9 193:18 202:7
206:13,22,23 208:10
209:1,23 211:15,24
212:2,10 216:2 218:2
218:8 219:5,7 222:20
222:25 223:14 224:12
229:1,3 231:22
232:13 233:2 234:3,7
234:25 235:1,5
238:14 240:7 242:6
242:15 243:18 244:1
244:13,17 247:3
248:8 251:23 253:10
257:24 260:18 265:19
270:3 280:11 282:1
282:19 285:8 287:24
288:3 289:20 294:4
294:20 297:8 299:3,5
299:9 301:25 302:2
305:4 306:24 307:10
307:12 311:16 312:4
317:5 318:6,21 319:1
321:4 324:13 325:13
325:19,21 328:22,23
329:12 330:5,14,16
332:11 334:1,4 338:8

338:10
looked 53:7 70:7 95:24
98:20 99:18 100:5,8
102:21 103:12 117:18
120:22 123:14 132:6
139:12,25 161:12
170:16 187:12 199:21
207:16,23 257:3
271:18 273:5 282:3
282:25 292:1,5
300:14 304:3 310:9
320:9 323:9 328:17
346:9
looking 15:9 16:23
19:13 23:3,6,7 31:25
66:8 76:1 78:2
100:25 109:16,19
110:8 121:20 161:21
211:8 214:18 217:11
231:23 234:15 238:15
245:4 279:14 291:5
300:6 308:5 309:4
319:16 325:14,20
330:14 338:1 345:16
348:15
looks 207:4 211:6
217:12 236:22 247:18
249:5 255:11,13
258:9,13 260:3
298:14 300:9 319:18
321:7 326:1
lost 78:1 163:12
lot 79:11 96:17 153:24
153:25 176:23 308:20
Lou 165:4
Louik 6:15 67:15
286:10 288:18 289:15
296:5
Louisiana 1:2 2:7
12:10 352:23
low 117:25 179:18,18
186:7 195:2,7,10
227:18 242:3 246:10
267:22 274:17 345:18
lower 38:20,23 41:22
41:24 61:11 96:7
216:14,20,20 228:21
245:3 253:7 255:8,9
255:14,25 267:15
268:16,22 284:25
288:19 298:25 319:21
lowest 268:17
lumped 121:21 122:11
252:22
lunch 11:13 144:19
lymphoma 339:11,18
339:23
lymphomas 339:10,17

Shira Kramer, Ph.D., MHS

339:23,25 340:2,8,13
340:13
**Lytle** 2:13

_____

**M**

**m** 143:16
**macrodactylia** 94:24
95:3,14 96:5,9
**Madison** 2:13
**major** 5:22 76:4,5
83:11,13 88:13 90:12
90:17,18 91:24 96:19
127:24 135:8 153:21
156:10 188:12 200:23
201:6 242:24 245:9
245:16 247:5 252:16
255:19,24 256:4
281:5,6 299:22,25
300:8 314:4 326:17
**majority** 146:25 152:17
153:5,15
**making** 54:9 75:8
142:6,13 169:18
314:21 321:22 348:25
**maldevelopment**
351:18
**malformation** 43:1,3,5
157:11 245:16 282:4
**malformations** 4:11,16
4:24 6:9 7:7,12 26:24
27:19,22,25 42:1 43:6
43:7 59:9,18,21,22
60:4,10,13,14,22 61:1
61:2 117:22 120:24
121:2,8,15,21 122:10
123:1,4 129:8,14
137:23 144:3 148:24
155:2 165:10 166:8
180:12 183:8,10,14
184:8,16,24 185:2,10
188:5,21 189:7,24
197:17 200:23 201:7
204:2 214:3,19
242:24 245:10 260:2
272:24 273:8 294:16
299:22,23 300:1,8
303:19 304:8,23
305:24 314:4 334:18
341:2,20 343:24
346:3
**Malm** 5:20 264:7,17
267:25 270:3 294:10
294:19 295:4,6
**malposition** 66:12,17
67:20
**malpositioning** 66:25
67:23 68:4
**malrotated** 329:2,20,24

333:14
**mandibular** 319:18
**manner** 115:18
**Marc** 2:5 40:25
**March** 15:1 17:25
23:14 24:1,5 152:16
**mark** 9:5 12:22 21:20
22:4,6 105:24 262:5
262:13 263:5
**marked** 18:10 19:9
22:12 47:9 63:19
153:1 217:15 221:11
224:8 264:18 266:20
291:14 311:23 325:11
**markfrischhertz@fri...**
2:8
**marks** 12:2
**Marriott** 1:18
**Maryland** 1:20,23
12:14 352:25
**master's** 30:3,23
174:12,17 175:5,9,10
176:1,3
**match** 301:24
**matches** 333:17
**material** 21:6 35:16
36:23 37:7 50:19
96:22
**materials** 3:17 14:20
16:12 17:12 20:11,12
20:23 21:8 22:16
31:20 32:17 74:13
161:11 162:4 173:23
272:18
**maternal** 6:6,11 168:18
195:14 196:10
**matter** 12:4 13:16
20:20 25:12,15 36:2
38:7 60:16 156:12
183:6 188:9 195:22
195:24 196:3 197:22
261:19 328:19 350:19
**matters** 49:25 50:1
196:23 197:1
**maturation** 278:11
**McMurray** 5:24
266:21
**mean** 20:15 21:1 30:6
46:15 60:14 86:25
98:8 119:23 150:15
151:4,5 159:19 175:1
175:20 181:18 186:1
187:20 194:3 220:22
233:7 259:8 261:15
331:3 341:13
**meaningless** 151:4
**means** 59:15 167:24
194:4,12 331:1

**meant** 207:22
**measure** 139:3 345:4
**measured** 198:10
**measures** 199:16
**mechanical** 66:1 79:5
79:10,19,22,25 80:6,9
80:14 81:17 85:23
86:11 89:10,18 90:11
97:19 115:4 150:21
**mechanism** 83:11
91:15 122:2 127:7,11
127:13 128:5 129:25
132:22 134:5,10,20
139:17 142:8 178:18
178:23 184:10,18
187:12,19 188:7,24
189:7 190:2,18 191:3
191:13,16,20 196:19
272:1,6,14 273:9,12
274:10,20 292:2
316:13,21 339:13
342:6
**mechanisms** 85:5 88:11
127:15 140:7,7,10
141:19 157:6 275:16
275:17 276:10 280:17
281:5 327:15
**mechanistic** 119:24,25
120:9 133:21 135:19
136:25 138:20,23
139:6 179:15 279:24
339:24 340:10
**mechanistically** 148:23
**mediated** 82:16
**medical** 15:25 16:5,20
17:4,22 18:3,6 30:4,5
30:6,7,9,12,23,24
31:4,14,16,21 32:1,3
32:6,7,10,17,21 33:2
33:4,7,15 34:14 36:7
38:4 43:25 44:2,5,6
44:13 45:12,16 77:13
89:13 161:3,10,14
162:24 165:8 205:15
209:2
**medically** 30:13
**medication** 299:18
**medications** 4:19
**meet** 297:22
**membrane** 312:14
**memo** 33:22
**memorize** 318:13,22
**memorized** 235:3,7
**memory** 105:6 113:19
140:12 186:25 206:15
225:24 228:25 259:25
307:19 319:4 335:25
**mention** 16:6 21:24

39:17 120:19 260:19
279:9 306:8 317:13
327:18,21 335:11,21
336:2 348:8
**mentioned** 77:18 97:18
98:10 109:6 136:20
138:7 177:5 180:9
302:16 309:16 312:24
347:18
**mentioning** 297:22
**mentions** 306:11
**MEREDITH** 2:17
**Meredtith** 12:21
**Merlob** 297:1,11
**mesenchymal** 155:11
**mesenchyme** 155:4
**mester** 4:10
**met** 297:24
**metabolic** 127:24 133:7
275:13
**meta-analyses** 120:22
121:5,9 129:12
272:25 292:11,21
303:2
**meta-analysis** 7:7
273:1,4 292:9,16
293:10,11 294:2,8,11
296:3 297:7 299:2
300:13 301:14 302:18
303:7,17,18 304:6
**meta-analyzed** 301:21
**methodologies** 116:18
**methodology** 116:23
129:1 136:8 189:10
190:7,9,23 287:15
318:13,19 324:8
340:25 343:22 344:1
344:3,11
**methods** 341:14,15
**MHs** 1:17 3:2 13:5
356:14
**Michael** 2:23 12:25
277:20 278:2
**Microbiologists** 174:8
**microbiology** 174:10
174:14,16,20 175:4
**micromass** 319:18
322:3
**middle** 210:4 213:2
222:4
**Miedzybrodzka** 6:19
**migration** 278:12 312:9
313:10 326:18
**mild** 229:19,20 234:12
234:13 236:1,2
**milligram** 330:24
**milligrams** 328:25
331:6,16

**mind** 27:14 28:11 35:7
42:3 60:11 62:25
69:4 70:9 76:11
104:13 120:10 124:7
126:2 143:7 198:20
202:25 238:5 251:12
260:9
**Minds** 277:21
**mine** 318:8
**minor** 1:6 12:7 146:20
146:21
**minute** 51:9 89:23
229:5 248:7 305:3
322:18
**minutes** 54:10 166:2
183:3 206:6 307:1
**mirror** 46:24
**miscarriage** 187:5
314:4
**mischaracterization**
89:22
**mischaracterized**
143:3,5
**mischaracterizing**
252:10
**misleading** 151:20
271:11
**misrepresent** 235:23
**mistake** 298:15
**misunderstanding**
130:17
**mites** 335:16
**mixing** 230:7
**mode** 105:20 178:24
179:14 191:2 202:8
203:11 274:20 275:1
275:24 277:4 326:15
340:10
**model** 191:6,8 319:17
**models** 145:10,21
146:10,13,15 148:2
148:18 350:15
**modification** 65:7
**modifications** 64:17
**modulates** 312:8
**molecular** 165:1
174:25 175:1,2,13
**molecule** 87:18 348:3
**molecules** 319:23
**mom** 252:17
**moment** 22:6 40:16
77:24 120:10 159:23
216:11 218:17 219:10
225:8 232:24 234:11
270:17 336:6
**moms** 209:11 247:16
**money** 48:25 49:13,20
49:23

**mono** 209:15 210:17
**monotherapy** 209:14
  210:19,22
**month** 162:17
**months** 196:25
**Montreal** 343:11
**morbidity** 158:13,25
**morning** 13:13,14
  22:14 51:13 141:15
  141:25
**morpho** 8:8
**morphogen** 348:3
**morphogenesis** 8:13
  277:23 326:19 335:4
  335:13 348:7
**morphogenetic** 312:17
**morphogenic** 325:7
**mother** 65:25 151:9
  248:12,25 310:5
**mothers** 214:20,23
  215:10,14 216:13
  284:9 313:24 333:19
  333:21
**mother's** 196:24 197:4
**mouse** 7:21 317:20
  320:9 324:4 334:21
  348:7
**move** 108:20 196:18
  205:20 219:20 221:8
  221:8 250:11 259:16
  283:10 315:22
**movements** 278:15
**moving** 86:14 144:21
**mredwine@kslaw.com**
  2:20
**multicentre** 5:8
**multiple** 109:7 168:2
  185:6 201:22 276:14
  350:15,15,16
**multiplex** 211:3 215:1
  215:4 217:4 219:17
  220:23
**musculoskeletal** 4:20
  63:15 64:3,8 66:9
  96:12 97:2 117:18,19
  207:12,20,21,25
  208:3,8 209:19,21
  210:5,14 212:13
  213:4,14,17,21,25
  214:1,6,10 223:5,8,12
  223:19 224:9,18,25
  225:2,14,21 226:1
  227:25 228:1 239:6
  239:14,17 240:2
  243:15,16 244:7,8
  252:24 253:1,11,21
  254:8 256:11,18
  257:4,8,12 260:24

261:5,11 262:7,24
  263:24 265:6,15
  268:5 270:5,12
  289:10 307:25 308:4
**m-a-c-r-o-d-a-c-t-y-l-...**
  95:4
**M-e-r-l-o-b** 297:1
**M.H.S** 353:13

_____

**N**

**N** 3:1 9:1 226:20
  239:20 253:22
**name** 12:24 13:15
  29:10,11,24 57:18,24
  58:2 75:3 77:6,8 85:4
  86:19 88:16 90:22
  103:7 111:19 133:11
  143:20 163:10 172:2
  233:4 275:8 307:14
  307:18 334:9
**named** 38:17 104:10
  105:15 115:1 133:3
  275:9
**names** 29:13 173:19
  278:8,16
**National** 188:12
**natologist** 80:3
**nature** 47:12 80:4
  81:13 107:1 129:20
  241:10 290:17
**NDA** 24:22 25:4,24
**Nebigil** 347:6
**necessarily** 37:22 61:16
  64:10 75:12 81:16
  120:2 127:18 128:4
  139:3 160:17 162:1
  199:18 241:8 275:6
  280:15 347:22
**necessary** 107:15
**need** 14:8 52:24 63:2
  65:17 69:25 72:3
  75:19,24 76:2 78:22
  79:3 87:23 89:22
  97:22 111:14,23,24
  144:17 177:13 192:25
  194:23 219:5,6 220:1
  224:12 233:2 244:1
  244:11 252:13 273:22
  286:23 287:9 300:25
  305:6 320:25 324:8
  329:4 341:24 342:8
**needs** 262:14
**neither** 54:25 55:2
  354:11
**nervous** 110:4,6,8,9,14
  110:19
**neural** 7:15 145:6
  155:3,7,15 156:5,7

278:11 313:12
**Neurodevelopment**
  7:14
**neurological** 280:3,4,7
  280:7
**Neuronal** 279:4
**neurotransmitter**
  312:8,15
**never** 49:19 51:18 52:4
  52:15 143:2 281:10
  291:17,20
**new** 2:7,14,14 20:6,13
  52:9 314:24,25 315:1
  315:9 338:20,21
**newborn** 314:10
**nine** 213:3 238:23
**non** 298:7
**noncardiac** 247:15
  298:8,22 299:25
  300:6,8 301:5,20
  309:4
**noncardiovascular**
  214:2 247:6,13 248:5
**noncontributory**
  117:13 226:15 267:21
  274:16 345:17
**nonHodgkin's** 339:10
  339:18,23
**nonhuman** 135:14
**nonliterature-based**
  15:16
**nonsyndromic** 289:22
  291:5
**nonteratogenic** 66:10
  299:17 300:15
**Nordeng** 296:23
**normal** 76:5 93:10
  100:3 101:5 104:14
  104:15 107:6 112:4
  114:7 125:5 147:7
  157:7 197:25
**notable** 223:3
**Notary** 1:22
**note** 33:25 34:4 144:22
  166:4 224:21 225:5
  225:12 226:9 249:25
  262:17,22
**notebook** 19:19,19
**noted** 17:23 18:2 32:7,8
  68:17 81:2 225:7
  261:9 356:8
**notes** 276:2 287:4
**notice** 3:15 9:7 18:15
  105:19 241:20
**novel** 190:22,22 350:20
  350:21
**November** 24:14 48:20
**no-effect** 331:5

**null** 194:9
**number** 12:2,11 14:11
  21:22 34:24 56:13
  74:16 94:15,20 96:21
  97:18 112:5 133:3,5
  139:22 149:24 151:24
  152:2,6,12 157:19
  161:19 172:7 173:5
  199:5,7 215:18
  246:17,22 251:6,19
  258:12 284:21 297:21
  298:7 299:10,12
  302:1,20 303:23
  304:13 305:14 309:6
  325:10 330:17,18
  332:8,11 351:8
**numbered** 260:21
**numbers** 25:23,25 26:1
  113:8 154:3,5 248:19
  270:4,7 302:23 307:9
**numerical** 136:12
**numerous** 108:15
**nurse** 30:7
**N-o-r-d-e-n-g** 296:23

_____

**O**

**O** 9:1
**Oberlander** 296:14
**object** 38:9 40:23 70:4
  73:17 89:15 106:3
  108:20 110:16 113:21
  115:13 142:9,14,22
  190:3 200:5 201:14
  205:22,23 237:19
  238:3 270:21 273:14
  324:21 326:23
**objection** 10:1 178:10
  178:13 182:12 349:16
  352:4
**observational** 5:9
**observations** 333:22
**observe** 195:6
**observed** 185:24 213:5
  213:18,22 214:6,11
  244:4 329:1 337:17
  337:22
**obstetrical** 197:12
**obstruction** 131:6
**obtain** 73:21
**obtained** 295:4 299:1
**obviously** 80:9 220:22
  316:21
**occipital** 147:2
**occur** 129:25 178:22
**occurred** 178:20 198:7
**occurrence** 126:15
  129:8,14 132:23
  186:6

**OCEANS** 305:25
**odds** 193:2 195:2,3,9
  204:16,23 217:8
  224:19 231:16 238:25
  239:22 240:11 245:8
  253:3,5,6,14,21 254:3
  254:13,19 255:2,25
  256:2 257:11 262:7
  262:14 263:25 265:7
  265:16 266:7 267:8
  267:10,15,18,19
  268:5 269:2,8 282:5
  283:2 284:8,13,24
  286:3 287:7 288:4,8
  288:18 299:18 300:1
  300:21
**offer** 45:1 178:12
**offered** 141:1
**offering** 44:16 45:11
  149:18 177:10
**office** 173:15,16 177:2
**offspring** 332:22
**of/and** 1:5 12:5
**Oh** 10:15 54:4 67:21
  107:1 159:24 189:12
  194:23 220:8 233:9
  233:22,22 239:19
  267:3 299:7 303:15
  352:16
**okay** 10:4,15 11:3 14:8
  14:25 15:18 16:4,9,15
  17:6,14 18:7,20 19:15
  19:18 20:1,17 21:9,19
  22:20 24:13 25:16,22
  26:8,25 28:14,14 29:1
  29:2,19 30:2,15,17
  31:6 32:5,20 33:6,20
  33:25 34:16,21 35:2
  36:10,25 37:9,18 38:2
  44:7,12 45:5,11 46:1
  46:11 47:1 48:23
  50:23 51:16 53:18
  58:11,22 59:6 60:7,18
  61:3,17 62:15,23
  63:11,14,18 65:9 66:3
  66:7 67:17 73:12
  74:12 78:5 79:16
  82:7,8,9 83:23 84:5
  88:18 94:11 96:23,25
  97:9 99:2 100:13
  101:21 102:11 103:13
  103:13 107:8 108:7
  108:22 110:5,19,23
  114:9 116:1,17 119:3
  124:1 126:22 127:20
  128:8 129:10,22
  131:19,24 132:4,15
  132:20 133:14 135:9

135:20 136:2,6,10,14
137:9 138:5 141:11
141:22 142:2,5
145:14,17 147:9
148:11 149:17 155:7
156:14,17,21 157:3
159:17 160:2,13
164:24 165:17 166:13
167:4,16 173:18
174:1 176:13 177:1
177:24 178:4,6
180:21 181:24 182:22
183:1,7 184:23 188:4
189:18 191:4,10
192:14,16 193:11
197:22 198:5 199:20
200:12,17 201:9,23
205:9 208:22,25
209:17 210:7,9 211:1
211:9,18 215:8
216:24 218:8,13
219:8,20 220:18,24
221:23 222:1,5,9,14
222:25 223:7,23
224:3,13 225:8 226:5
226:22,25 227:1,23
228:18 230:10,11,15
230:24 234:17 235:8
236:13 237:23,24
238:14 239:9 241:14
243:21 245:1,7,12
246:8,12,14 247:10
247:23 249:9,13,22
250:9,20 256:15
258:4 260:4,15,23
261:2,12 263:14
264:13 265:12 266:4
267:25 269:10 270:18
272:20 276:7 277:12
282:10 284:2,12,23
285:3 287:9,18
288:15 289:14 290:2
290:20 292:8,12
293:8,16 294:17
295:8 297:5 302:4
304:19 306:23,24
307:13 311:3,16,25
314:12,17 315:1
316:11 318:12 322:21
323:9 324:10 326:16
329:13,17,24 330:13
332:25 334:14 337:15
338:21 344:23 351:5
**Olausson** 281:17
**old** 160:8
**omphaloceles** 132:5
**ones** 23:14 32:19 75:9
82:5,11 86:8 98:21

110:3 127:16 197:18
197:19 306:13 346:8
346:25
**one-year** 30:18
**online** 46:25
**oocyte** 278:10
**open** 158:12
**OPERATOR** 11:25
12:24 13:9 40:10,15
41:8 94:13,18 143:13
143:17 172:5 173:3
219:11,14 246:15,20
305:8,12 319:6,9
326:2,5 336:7,10
349:22 352:10
**opinion** 15:11 22:17
27:7 36:25 39:9,19
44:9,10,17,24 45:2,12
59:6,16,19 60:2,8
61:4,9,13 62:14 64:6
65:14 67:9 68:15
69:1,5,9,13 70:2,23
71:1,9,12 72:5,21
73:8,23 74:4 77:12
78:8,12,19 79:6,13,17
79:20 80:12,17,25
82:1,10 83:20 85:9
89:12 90:18 92:7,11
92:25 93:4 95:11
96:2 101:24 106:2,20
107:11 109:23 110:5
110:12,25 113:11,17
114:6 117:6 118:25
120:6 121:13,18
122:8 123:1,2,19
124:25 125:22 126:6
126:7,13,20 127:4
128:4,8,16 129:3,24
132:8 134:23 136:15
137:14 138:15,24
142:1,3 143:6 147:3
147:12,25 148:8,9,11
148:12,14,22 149:1,3
149:6,18,25 150:3
151:25 153:15 155:7
155:11,15,17 158:5
159:17 162:23 163:1
163:3 164:13 168:3
173:24 177:24 178:7
178:11,16 179:2,5,10
179:24 180:18,22
181:2,10,13 182:2,9
183:19 184:10 185:12
188:20 195:14 196:9
200:13 201:10,23,24
202:1,12,17 203:20
204:9,12,22 205:5
212:7 221:19 254:14

270:19 272:15 274:23
281:7 290:8 310:16
311:2 317:2 334:2
341:6,25 342:2,10,21
345:14 346:6,10,24
347:12 348:11,16
350:20,21 351:21,22
**opinions** 26:13 38:6
79:3 87:5 92:3 110:7
122:4 125:8,18 127:2
135:21 177:10,14,15
221:15 250:25 274:25
290:4 325:1 342:12
350:13
**opportunity** 23:22
108:2 323:12,21
**opposed** 285:23 290:17
**opposite** 110:18
**order** 15:10 48:7
192:17,21 193:13,19
342:9
**organ** 87:13 96:19
109:7,9,25 277:8
280:21 347:3
**organisms** 278:17
**organization** 144:6,7
**organs** 74:23 340:1
344:22
**origin** 97:4 100:9 106:1
110:24
**original** 50:15 53:25
55:19 146:24 304:12
312:20 353:8
**origins** 76:4 94:23 95:7
95:21 96:1,10,16
97:25 98:13,21 99:18
**Orleans** 2:7
**ossification** 147:1,3,6,9
148:23 338:3,7,13
**osteoblast** 320:3
**osteoblasts** 320:2
**osteoclasts** 320:2
**outcome** 6:11 193:22
194:2 354:16
**outcomes** 5:11 26:23
27:3,6,18,19 66:2
145:9,20 146:9
148:18 197:18 208:20
208:24 308:18
**outflow** 131:6 157:8
**outline** 206:1 281:11
**outlined** 183:3
**outside** 16:13 17:8 53:9
180:17 208:13,14
**overall** 256:6 290:6
304:14
**overlap** 19:24 32:8
296:2

**O'Brien** 7:10 292:21,22
302:11 303:6
**o0o** 3:8

**P**

**P** 2:12 9:1 195:4
**page** 3:5,13 4:4,12 5:4
6:4 7:4 8:4 15:8
16:24 22:18 23:3
24:17,25 26:2 27:17
27:20,23 31:11 32:4
35:1,5,6 37:10,12,13
41:21 51:3,10,15,17
59:3 62:24 63:10,23
64:2 68:13 78:4,6
80:24 118:2 146:1,6
148:1,10 166:7,11,15
166:18 167:5 168:5
168:22 196:17 208:18
209:11 213:2 217:24
229:9 234:1 241:17
242:21 243:4,9 257:2
257:25 263:10,21
265:4,11,14 281:20
281:22 282:19 285:24
289:20 292:25 293:14
298:5 299:6,14
302:20 303:6,13,13
303:16 313:4,21
330:14 332:5,11,19
332:21 333:3,7
335:10,11 336:2
355:5
**pages** 37:20 77:25
116:2,6,8 259:22
260:20 264:19 281:18
283:16 286:17 293:2
331:25 332:1 356:4
**paid** 49:13
**panel** 190:20 191:19,20
341:5
**paper** 156:18 205:25
224:8,17,22,24
231:23 237:7 261:13
261:17 268:23 269:7
279:19 282:7 323:10
335:1 336:16
**papers** 261:21
**par** 330:16 332:8
**paragraph** 15:9,12,14
41:21,23 59:3 124:2,6
124:9 129:19 130:1,8
137:24 138:8 148:21
156:18 166:22 197:10
199:6,6 200:21
201:11 207:10,14
208:12,16,19,23
210:4 223:3 233:21

235:20 241:18 247:4
252:14 261:21 265:14
282:2 289:24 298:6
299:16 300:5 303:17
304:12 311:18 316:7
316:10 317:10 322:1
322:3 328:11 329:23
330:21,22 331:14
333:7 351:1
**paragraphs** 200:3
208:16 351:2
**paraphrase** 276:17
**pardon** 23:16 37:14
**parens** 237:13
**parents** 44:1
**paroxetine** 4:9,23 5:6
5:16 7:6,11 38:25
146:19 147:23 148:14
200:10 213:5,18,22
214:7 229:15 257:2
275:11 285:23,24
303:20 304:9,21
306:8,11 320:19
324:18,19 329:1,19
333:20
**paroxetine-exposed**
229:11 231:14 241:22
244:4,8,20 285:5
**part** 10:6 30:10 36:2
37:12 48:3 49:10
52:14 53:10 67:23
82:13 83:8 84:24
86:1 92:14 95:23
116:17,22 121:16
123:17 128:3,11
129:15,20 130:3
137:15 141:17,18
146:7 149:5,5,6,12
174:16,17,19 176:24
178:17 179:12 181:16
182:15,17,17 183:11
184:8,16 187:24
188:1,2,2,6 191:2
213:19 221:21 226:18
237:5 267:23 272:9
274:22 281:5 289:19
290:6 292:10 316:5
317:13,14 321:15
322:7,8 329:23 340:3
342:18,18,19 346:12
**partial** 277:19
**Partially** 136:17,19
138:4 279:19
**participated** 56:5
**particular** 21:5 25:14
44:13,14 64:15 79:15
79:24,24 80:5 95:13
95:18 96:18 100:16

100:16 102:24 124:24
154:1 160:18 193:18
198:17 212:12 216:8
237:2 288:14 290:12
292:24 328:18 343:23
**particularly** 60:19
64:24 96:7 98:16
99:3 170:2 242:5
323:19
**parties** 354:12,15
**partly** 99:22 100:12
322:13
**passive** 336:22,24
**patent** 161:7
**pathway** 149:9
**pattern** 344:12,20,21
344:25 345:9
**patterning** 157:10,22
278:12
**patterns** 5:11 334:19
**Pavone** 347:6
**Paxil** 4:13,20,21 25:12
25:15,17 26:9 42:4
48:20 59:8,17,20,23
60:3,8 61:5,10,13
63:5 64:7 65:4,9,15
65:21 66:2,6,24 67:15
68:16,23 69:3,7,11,14
69:20 70:3,24 71:2,10
71:13 72:5,14,21 73:1
73:10 74:11,14,24,25
75:9 77:14,17,22 78:8
78:16,21 79:7,14
80:10,20 81:1,5,6,14
82:1,11,14,16,22 83:5
83:10,12,17,20,25
84:7,11,16,21 85:11
86:3,6,12,18 88:11,22
88:23 89:14,25 90:13
90:20 91:5 92:1,3,9
92:16 93:4 98:18
100:19 101:14 106:5
106:21 110:5,9,25
111:2 116:15,19,24
117:8,12 118:23
119:19 120:16 121:14
121:15,18 122:9
124:10,11,15,16
126:7 127:4,12,23
128:6,9,13,16 129:15
130:18,21,24 131:2,5
131:9,19 132:1,4,7,16
132:18,23 133:6
134:23 136:15 137:14
137:21,22 138:15,24
141:12 142:20 143:22
144:8,11,15 145:1,10
145:21 146:8,11,15

149:8,20 150:4 154:9
159:9,18 160:15
161:21 162:5 163:2
164:13,14 168:3
170:2,3 173:24
177:11,24 179:22,23
180:10,17,18,25
181:3,6,19,20 182:3
182:16,23 183:5,14
183:18,21 184:5,7,9
184:15,17 186:1,5
187:17,18 192:5
199:23 200:3,14,22
201:3,12 202:2,3,12
202:14,18,19,23
203:4,20,25 204:1,3,4
204:8,12,23 209:12
210:14 211:2,7,8,9
212:7 214:20,24
215:14 216:13 217:1
217:8 218:23 221:2
221:19 223:2 224:8,9
224:18,25 225:1,6,13
225:14 227:4,24
228:8 231:10 232:1,3
232:4,16,24 235:9,16
236:15,24 238:2
241:17 242:4 245:3,9
246:5 247:7,16,24
248:5,12,25 249:16
249:18,19 251:8
255:20,24 256:15,17
256:21 257:4,12
258:8 260:24 261:5,7
261:10 262:6 263:24
264:19 265:5 268:5
270:15,20 271:5,23
272:1,16,21 273:6,18
273:21 274:11,20,24
276:25 279:23 280:13
280:17 282:4 287:6
288:8,16,24 301:20
305:17,21 306:5
307:22,24,25 308:3,3
308:4,21,25 309:4,13
309:17,19,22 310:2
310:12 314:20 315:6
315:12,13,15,19
320:20 321:3,5,18
322:21 323:1,19
328:19,21 330:3
336:14,18 337:2,8,16
337:22 341:1,20
343:8,16,18 345:1,12
345:16,20 346:4
349:12 350:3 351:2,7
352:1
**Paxil-exposed** 310:5

**Paxil-Frischhertz** 3:20
**Paxil-specific** 282:15
**pay** 97:12
**PCB** 190:14,16 191:5
192:8 340:18 342:8
**PCBs** 341:21
**PCB126** 133:24
**PDA** 161:16,22,23,25
162:5,9,12,16 164:10
164:14
**Peachtree** 2:18
**pediatric** 45:6,7 64:18
**pediatrics** 165:8
**pelvic** 254:23 255:10
**pelvis** 329:2,20,25
333:15
**pen** 218:6
**pending** 12:8 109:2
212:25 215:12 242:13
258:6 319:12 349:1
**people** 29:14 173:22
174:2 177:4 226:12
226:19 231:25 232:4
232:16,23 253:18
344:14 350:13 352:21
**people's** 173:19
**percent** 25:17 26:4,5,8
26:10 27:7,13,22
28:11 32:13 83:9,16
152:18 153:5,16,20
154:1,5,6 160:10,11
190:18 228:7 265:16
**percentage** 150:24
151:11,13 160:7
245:2
**Pereira** 173:21 176:6,7
177:9
**perfectly** 190:25
**performing** 175:22
**perinatal** 4:17
**period** 186:5
**person** 29:10 34:21
176:12
**persons** 227:15 228:8
269:23 270:8
**pertain** 44:12
**pertaining** 183:8
252:21
**pertains** 243:19
**perturb** 177:11 192:5
270:14,15 271:5
280:13,14
**perturbation** 81:13,25
82:10 83:6 84:8,25
85:6,16,20,24 86:1,14
87:7,10 91:2,14 92:5
92:12,23,24 93:3,11
94:6 95:11,22 96:2

97:11 98:17 99:19,24
103:3,6,22 104:19
106:2,20 110:13
114:19 115:22 125:12
125:20 126:9 127:9
127:13 130:5 133:12
133:17 135:2 139:1,9
139:20,23 140:10
141:16 142:20 149:11
149:13 157:21,23
158:2 163:7,10,18,22
177:25 178:19,23
185:3 292:4 347:14
349:9
**perturbations** 178:16
181:19 280:20 310:17
311:4 317:4,7 323:18
323:20 346:7 349:6
349:13 350:4 351:3,8
351:10 352:1
**perturbed** 100:19
131:19 132:9 273:21
**perturbing** 119:21
178:8 179:4,6 180:1
180:18 181:2,5,11
182:4,10,23 192:5
271:8
**perturbs** 130:18,21,24
131:2,5,9,11,12
132:16 273:18 280:8
314:20 315:16
**Peterson** 296:11
**PFO** 149:20,21 150:1
155:16 157:15 158:1
158:4,7,21 159:10,19
159:19,22 160:8,15
160:16,20,25,25
161:8 162:20 163:2
163:18,19,20 164:6
164:14
**PFOs** 149:20,22,23
156:5 158:9,10,18,25
159:3,13,18 160:5
164:8
**pharmacologist** 30:9
175:15
**PharmacoSolutions**
205:16
**Philadelphia** 58:5
**Phillips** 2:13
**phocomelia** 77:14,15
77:23 154:16,20
170:21 171:1 172:1
**phrase** 60:1
**physician** 29:25 30:16
35:15 80:2
**physicians** 35:18 43:20
45:9 162:24 174:2

**physiologist** 175:17
**Ph.D** 1:17 2:12 3:2 13:5
30:2 175:2,4 353:13
356:14
**pick** 199:8
**piece** 74:9 126:19 129:7
135:3
**pieces** 128:23 346:19
**place** 136:12 154:6
**placenta** 181:21 336:25
337:8
**placental** 336:15 337:3
**plaintiff** 35:13 36:15
37:23 41:18,19,25
44:21 101:7 102:24
160:19,19,22,22
**plaintiffs** 1:8 2:3 12:23
44:6 48:20,25 49:13
49:18,19,20,22,23
51:23 52:13
**plaintiff's** 35:21 37:6
43:23
**plausibility** 118:9
119:1,4,12,20,22
120:12 122:2 123:7
123:16 124:21 134:16
135:14,16 138:10
179:14 185:4 187:14
188:23 202:8 203:11
274:19 275:1 323:7
340:11 347:14
**plausible** 275:24
**play** 271:14 278:10
319:25
**plays** 312:3 324:16
**please** 12:15 16:9 28:15
50:18 54:23 77:1
103:11 104:3 106:9
107:25 122:14 145:18
170:11 184:13 212:25
219:24 226:6 227:20
231:22 232:14 235:14
237:22 242:16 243:2
243:13 250:3,21
265:23 266:3 284:5
308:8 316:10 328:13
336:6 337:1,20
338:25
**pleiotropic** 185:2
**plus** 210:23 253:3,3
**point** 26:19 39:8 87:22
93:9 95:2,3 99:4
107:17 170:4 215:25
226:11 227:16 242:1
271:17 273:23 287:9
290:12 302:20 307:19
309:3 322:25,25
323:1 347:13 348:11

pointing 146:1
points 56:9 298:11
poly 167:24
polydactyly 68:17,24
    68:25 71:14,18,21,23
    72:1,4,5,11,13,18,20
    72:20,24 73:2,4,6,7
    73:15,21,23,24 75:16
    75:25 76:3,6 77:9
    78:10 80:13 88:24
    89:10,18,21 94:5
    101:21,24 102:3,4,8
    154:16,20 167:2,12
    167:14 168:16 285:10
    285:15,16,20,25
polysyndactyly 167:17
    167:20,23 285:21
polytherapy 209:15
    210:17,18,21,23
    213:6,10,11,19,23
    214:7,12
population 199:1
populations 350:16
Population-Based 5:18
portions 45:22 46:3,6,9
    46:11
position 159:6 252:5
positional 290:17
possible 38:24 343:3
possibly 56:8 113:9
    142:12
postaxial 167:3,11
    168:23
poster 343:11
postnatal 312:7
postpartum 330:25
    331:1,5,8,8,11 332:18
    333:20
postural 97:17
potential 7:8 26:22
    85:5 90:20 127:15
    274:10 304:15 312:15
Poulliard 2:5
power 39:2 117:15,24
    118:1,20 170:4
    179:18 193:20,25
    194:11,19 195:2,7,10
    226:12 227:17 242:3
    246:10 267:22 270:9
    274:17 345:18
powered 241:4,9,13
    309:5
pre 312:7
preaxial 167:14 168:6
    168:16
precise 102:7
precisely 74:8 134:22
    179:2 182:21 277:9

precision 228:20
precursor 320:3
prefer 36:20 226:1
pregnancies 4:7 153:4
    169:1,16 170:5
    252:16
pregnancy 4:19 5:7,11
    5:14 6:8,13 26:23
    59:11,24 65:23 100:3
    146:8,12 148:15
    167:10 179:7 197:5
    197:11,16 199:16
    255:21 287:7 314:9
    336:23 337:4,7
    344:11
pregnant 81:7 146:18
    180:6 196:25 317:23
    332:4
preliminary 331:15
premature 25:18 26:10
    28:11 197:20,24
    200:3,18
prematurity 27:1,2,4,8
    27:14 28:6,8,9,12
    198:19 199:1,8,10,15
    199:17,24,25 200:15
    314:5
prenatal 332:20 333:12
prenatally 313:24
    331:17
Preneural 277:23
preparation 15:20
    173:9
prepared 4:12 19:4
    24:17 28:19 29:19
    31:20 72:16 73:6
    89:24 111:20 164:21
    173:14,16 178:12
    276:8
preselect 33:17
present 12:15 319:22
    330:23
presented 25:4 26:1
    163:21 212:20 247:7
    324:16,18 343:11
preserved 11:16
press 9:22 10:14
pressure 66:12
presumed 188:6
pretend 271:19
pretty 199:11 237:9
    252:1 303:1
prevalence 4:10 56:23
    56:25 57:4 169:11,24
    179:18 186:7 207:23
    208:1 227:18 242:7
    247:12 251:11,14
Prevention 188:13

previous 20:15
previously 155:3
Pre-gestational 207:6
pre-marked 14:15
primarily 118:19,24
    124:21 125:23,23
    169:21
primary 125:4 127:11
    127:13 157:10 345:24
    348:2,3,17
prime 190:12
principle 57:17
print 47:16
printed 47:4,13
printouts 47:3,11
prior 16:7,19 17:3 23:5
    25:15 261:20 283:23
    328:19
probable 343:2
probably 9:15 60:9
    76:17 107:12 115:2
    115:16 190:19 332:1
    342:1,2,12,17
problem 11:12 26:22
    32:18 42:21 262:2
    318:15
proceed 13:10
PROCEEDINGS
    173:1
process 157:23 327:7
    340:3 344:19
processes 313:9 327:11
produce 9:6 18:16
produced 9:24 10:10
    10:19,20 19:2,8,20
    20:3 25:9 28:3 173:8
product 21:10
production 45:17
    140:23 260:16
professional 1:21 144:7
professor 165:7
profoundly 313:11
programmed 312:9,13
    313:11
projects 29:6
proliferation 312:9
    313:10 326:18
prominent 170:21
    171:2
promoted 324:10
pronounce 348:1
proposed 272:6
propounded 356:7
prospective 5:7 313:23
protective 253:3
    269:21
protruding 333:14
prove 194:9 274:5

provide 32:16 47:5
provided 14:21 17:10
    24:22 31:22 32:1
    36:7 38:16 44:4
    161:15
provides 246:3,7
proximal 61:18 62:4
Prozac 285:10 286:5
Public 1:22
publication 9:11 121:6
    121:7 294:10,19
    296:2 297:7,23 306:3
    311:3
publications 189:13
    351:7
publicly 9:15
publish 121:6 300:24
published 9:15 16:13
    17:9 117:4 151:23
    155:19 264:17 292:12
    293:11,19 295:5,6,13
    295:14 298:3 304:13
    315:8 343:6 349:3
    351:2
pull 39:18 199:22
    206:18 215:19 219:23
    340:15
pup 328:23 329:1,19
    330:7 332:12,14
    333:10
pups 139:7
purpose 48:13 330:23
purposes 28:22 35:2,9
    35:12 38:6 42:25
pushed 252:23
put 10:18 107:3 221:6
    243:1,14,22 249:2
    259:14 273:11,21
    292:18 341:25 342:20
    350:6,14
putting 105:19 272:14
    273:12,17
p.m 172:9 173:2 246:18
    246:19 305:10,11
    353:14
P450 127:25

Q
qualified 44:19
qualify 267:7
quality 192:7
quantification 342:21
quantify 112:20,22
    113:8 342:20
question 13:22 14:2,5
    17:2,20 19:5,6 23:23
    23:24 24:11 26:3
    27:5,24 28:4 29:19

30:14 32:6 33:11
    35:7 38:10 40:2 41:2
    42:7,16 47:25 50:6
    51:18,22,25 52:4,8,12
    52:15 53:1,5,6 54:1,5
    54:9,13,14 55:3 60:1
    60:5,6,23 63:3 65:13
    68:19,22 69:4 70:1,1
    70:23 71:7,20 72:2,6
    72:7,9,17,25 73:1,4,7
    73:14 74:1,6,12 75:7
    75:14,25 76:12,25
    82:6,24,25 83:1,22
    84:6,17 85:9 87:25
    88:16 89:1 91:1,6
    92:6 95:5 96:13,14
    97:3,23,24 98:12
    100:21 102:7,7
    103:10 104:24 105:22
    106:7 108:25 109:2
    109:14,18 110:17
    112:24 116:21 119:9
    121:24 122:3,4,6,15
    122:18,23 123:12
    124:7,18 125:1,16
    126:5 129:21 130:17
    134:13,21 137:13
    140:8 142:11,15,16
    142:23 143:8 144:18
    145:18 146:11,14
    149:16 151:4,20,22
    152:4,9 153:23
    155:10,13 156:16
    158:5 163:15,16
    170:4,11,13 171:5,6
    171:10,20,22 176:17
    179:21,23 181:8,25
    182:1,13 184:12
    186:19,20,21 188:17
    189:9 190:4 192:10
    193:3,6,9,10,24
    194:15 198:11,20
    200:7,11 202:11
    203:14,19 204:11,19
    204:21 205:21 206:4
    206:7,11,20 207:9
    212:25 215:12,13
    216:22 217:5 219:18
    220:16 226:17 231:24
    236:8 238:5,6 242:12
    244:18 248:10 250:11
    258:6 262:4 266:19
    266:23 267:2,4,7
    270:22 271:11,12
    272:5,12 273:11,13
    273:16,17 276:14,18
    277:3,19 279:15,21
    279:22 281:12 294:22

294:25 295:3 297:10
301:10 302:12 307:2
308:6,14 309:25,25
312:19 314:14,23,24
314:25 315:2,9,22
319:12 320:25 321:21
323:22,23 325:14,18
325:21 326:21,22
327:3,4 329:6,9,10
337:1,19 338:20,21
339:4,14 341:25
348:23 349:1,2,19,25
350:1,10,22 351:23
352:3
**questioning** 44:23
52:25 261:18,19
332:2
**questions** 10:22 29:8
43:16,17 44:20 54:19
54:24 57:9 75:14
79:12 97:7 105:10
108:3,7,10,14,17
118:1 144:5 215:18
219:7 220:14 230:8
255:7 261:23 291:21
297:18 318:18 320:24
324:1,24 356:6
**quick** 40:14 222:3
307:10,12
**quicker** 23:19 226:2
293:1
**quickly** 41:2
**quiet** 205:23
**quite** 30:12 32:9 97:14
120:25 163:9 188:8
**quote** 48:4 117:21
119:9 140:24 141:9
**quoted** 113:3
**quotes** 20:21 140:25
344:24 349:8
**quote-unquote** 269:24

_____
**R**

**R** 9:1 355:2,2
**rabbits** 148:4
**radius** 168:7,12
**raised** 44:22
**ran** 114:21,23
**randomized** 56:3,6
**range** 58:12,13 100:5
129:9 155:1 242:8
267:11 268:12,14,23
269:6 277:14 289:4
298:22 299:1 300:5
301:19 302:3 307:24
342:25 346:2
**ranged** 168:14
**ranging** 284:24

**rank** 298:7
**rapidly** 157:6
**rare** 77:16 169:22
186:6 287:19 309:7
**rarity** 39:1 117:25
345:7
**Rasmussen** 189:15
344:15
**rat** 328:24 348:7
**rate** 27:8 28:10 121:1
142:18 169:11 197:16
197:24 199:1 200:18
242:8 251:14,14,23
**rates** 56:23,25 57:4
251:11
**rating** 343:4
**ratio** 121:8 195:9
204:16,24 217:8
224:20 231:16 232:7
232:12 235:9,13,15
236:10,15 238:25
239:22 240:11 245:9
253:3,5,6,15,22 254:3
254:13 255:2,25
256:3 257:11 262:7
262:14 263:25 265:7
265:16 266:7 267:8
267:15,18,19 268:5
269:2,8 282:5 283:2
284:8,13,24 286:3
287:7 288:4,8,13,18
299:18 300:2,21,22
**rationale** 212:19
**ratios** 118:8 120:17
121:5 193:2 195:2,3
204:16,24 236:7
254:19 267:10,20
308:18
**rats** 146:18 148:3
331:11 332:4
**reach** 121:17 123:4
124:4,15 182:3 184:8
189:24 201:24 202:1
202:12,17,22 203:3
203:20 204:12,22
290:4 315:11 341:21
**reached** 188:19 189:5
330:6 349:4
**reaching** 121:13 200:2
314:19
**read** 24:22 40:6,22,24
48:8 59:12 61:19
62:1,8 70:13 74:8
89:3 90:19 106:8,10
114:13,15 118:10
126:24 133:6 148:5
151:22 154:4 167:7
171:21,23 193:8

198:1,4 212:6 213:7
233:10 236:9 275:9
275:10 291:19,22
308:7,9,14 313:4
314:15,15 315:3
316:14,17,18 323:12
324:8,23 328:16,18
331:21 332:15,18
334:9 343:19 349:8
349:10 352:13,14
356:4
**reading** 37:23 44:4
48:6 62:9 70:10 74:2
75:20 76:3 80:5
96:17 148:7,8,20
155:23,24 156:21
159:2 160:3 171:14
202:25 206:24 229:6
299:24 319:14 323:23
**ready** 11:23
**real** 40:14 227:17
**reality** 270:25 271:2
**really** 17:20 18:1 28:8
35:16 36:5,20 38:24
42:22 60:16 68:3
70:1 71:18 72:16
75:19 87:11 102:24
111:20 117:14 118:19
118:24 119:1 120:11
124:20 128:22 133:3
134:2,18 136:9 143:4
151:7 152:6,8,12
154:7,10,24 160:21
162:18 170:16 191:9
192:15 211:14 214:15
220:13 226:2,14
232:19 233:20 234:16
235:18 271:10,16
281:10 288:1 297:2
318:17 333:4 339:12
342:3 345:4,17
352:22
**realm** 50:13,22 60:19
60:20 194:18 195:6
**Realtime** 1:21
**reason** 26:13 85:14
86:16 91:5 92:16
132:7 153:8 187:16
280:18 316:20 355:7
355:9,11,13,15,17,19
355:21,23,25
**reasonable** 11:14 59:7
59:16,19 60:2 61:4,9
64:6 68:15 69:1,6,10
69:13 70:2,23 71:1,9
71:12 73:9 77:12,21
78:20 80:17,25 85:9
89:13 92:8 149:19

150:3 158:6 178:7
179:3,5,25 182:9
200:13 342:14,22
**reasoning** 188:3
**reasons** 178:22
**recall** 16:11,16,18 18:1
18:8 24:12 26:7
30:20 33:24 44:4
46:2,7,13 48:2,6,21
49:2,4 55:10,11,12
56:2,8,10 58:16,19,22
58:24,24 61:25 62:6,8
62:9 88:17 90:24
91:9,10,11,17,18,20
102:3 103:23 104:1
104:11 119:6 133:8
140:13,14,20 141:21
145:4,7 150:23 156:7
159:11,13 160:9,12
162:14,19,23,25
165:5 186:24 191:7,8
195:20 196:4 197:2
200:1,9,19 205:14
209:24 212:5,10
215:2,3,16 216:7
225:23 263:5 276:5
279:13 290:15,19
291:3 305:18 307:23
308:16 309:15,18,21
335:7 338:16 340:19
**receive** 30:11
**received** 33:15 37:5
49:14,19,23 51:18
160:21
**receiving** 48:25
**receptor** 7:20 128:1
275:13 321:11,14
322:22,24
**receptors** 90:21 320:1
321:24,24 322:12,17
322:19,19 323:2,4
**recess** 41:6,7 94:16,17
143:15,16 172:9
246:18,19 305:10,11
**recite** 164:22
**recognize** 218:10
256:20
**recognized** 169:10
**recollection** 162:1
**recommending** 352:21
**record** 9:3 10:19 11:6
11:15,23,24 12:1 38:4
40:9,12,24 41:9 44:6
54:17 70:13 94:14,19
106:10 108:23 143:14
143:18 155:23 156:24
164:19 166:1 171:23
172:6,8 173:4 206:10

219:10,12,13,15
231:6 237:5 246:16
246:21 305:6,9,13
308:9 319:3,7,8,10
323:11,14,25 326:1,3
326:4,6 332:16 336:8
336:9,11 349:10,21
353:6 354:8
**records** 15:25 16:5,20
17:4,23 18:3,6 31:14
31:16,17,21,24 32:1,3
32:6,8,10,18,21 33:2
33:4,7,12,15,17,17,22
34:14 36:7 43:25
44:2 45:16 161:3,6,11
161:14 162:24 261:10
**reduced** 235:9,13
236:14
**reduction** 4:21 34:1,7
35:4,6,10,13,20 36:22
37:7,11,24 38:13,14
39:7,7,10,11 40:4,4
41:13,14 61:6,11 74:5
77:18,22 78:18 82:5
94:25 141:12 144:12
144:16 155:8,12
165:2 220:2,20 224:9
227:4 230:6,24
243:19 244:3,20
245:25 246:5 249:7
255:4 282:15,25
284:9 285:13,17
286:1,4 287:5,25
288:5,16,24 289:12
292:1 307:24 308:3
309:22 310:2,6,13
**reductions** 37:13
244:14
**Redwine** 2:17 12:21
**refer** 45:9 113:16
118:12,15,19 155:18
235:21 292:20
**reference** 20:12 21:1
21:11 22:11 56:22
104:6 106:18 114:11
114:16 140:24 146:25
147:25 169:18 245:8
289:14 299:9,10
301:25 303:24,25
304:2 313:5,15,22
325:6,10 328:11,14
328:15 331:20 332:3
**referenced** 31:14 137:1
156:3 306:22
**references** 15:21 17:24
21:8 46:24 47:11
74:17 75:3 96:21,22
99:18 104:5,7,8,9,19

105:23 107:4 109:17
112:5,6 114:3,3,8,11
114:13,14,16 138:19
140:21 148:1 152:20
278:9,13,14 310:24
316:3 320:1,4
**referencing** 109:23
315:11
**referred** 43:12 65:6
68:2 139:8 310:24
316:2 323:15 330:2
**referring** 26:14 49:5
51:11 58:25 61:24
63:3,8,17 67:11
131:15 145:16 149:8
152:21 154:8 166:24
169:14,15,16 196:16
232:11 267:24 276:25
277:20 278:9 294:3
317:10 332:24 338:7
343:10
**refers** 15:14 118:20,24
157:12 220:23 285:24
291:9 329:5
**reflect** 113:11
**reflection** 152:3 169:8
**reflects** 115:20
**refresh** 140:12 259:25
319:3 335:25 336:21
**refreshed** 49:4
**refute** 246:9
**regard** 66:24 67:14
72:18,19 83:1,3 84:6
88:3 94:6 99:15,19
100:10,25 103:6,22
112:12 116:15 133:10
134:23 140:15 154:9
170:2 177:21 184:19
187:20,22 203:11
224:19 225:17 228:21
237:6 256:15 270:12
275:23 277:3 283:25
326:8 332:3 344:8
345:19
**regarding** 207:12
**regardless** 117:5
**regards** 342:6
**region** 334:20
**Registered** 1:20
**regulate** 317:19
**regulates** 313:8
**regulation** 7:18 327:11
**regulators** 8:7
**regulatory** 143:20
**Reis** 6:10 283:11
295:21
**reiterate** 186:2 269:22
309:2

**relate** 27:3,17 37:22
38:3 66:1 81:13
86:11 101:16 120:13
121:12 216:22 275:2
275:7 313:1
**related** 30:13 59:8,21
60:9,12 66:21 67:5,23
69:11 75:20 76:6
77:17,22 80:10 81:16
81:18 87:14,21 97:10
103:2 128:6 145:9,20
147:20 149:9 150:18
186:4 223:2 280:17
349:9 351:11,13
354:12
**relates** 27:23 41:19
64:15 81:6 109:17
150:6 185:18 241:13
280:23
**relating** 39:1 306:8
**relation** 74:5 126:16
270:25 271:2
**relationship** 32:23 67:4
74:25 75:4 117:11
124:19 134:19 154:10
196:4 197:3,6 255:23
291:25
**relationships** 267:13
**relative** 204:13,14
222:11,16 223:24
226:7,9 227:12,14
228:4,6 241:12
243:24 266:25 268:4
354:14
**relevance** 125:10
**relevant** 27:5 125:8
126:21 145:25 147:16
147:17 156:16 160:22
192:9,15 313:19
323:2,7 327:14,16
**reliability** 292:15,16
**reliable** 252:6,9
**reliance** 17:11 20:23
21:7 31:20 32:16
74:13 272:18
**relied** 22:16 23:8 25:7
36:6 37:5 47:8 75:3
102:11 104:7 149:3
316:15
**relies** 137:15 316:3
**rely** 23:12 26:12,19
35:18 48:10,12,13
64:24 65:5 111:7
136:16 138:3,15,24
180:3,21 182:22
218:10 221:15,18
222:1 250:17,25
261:22 272:15 290:3

290:11 312:2 316:15
325:1 328:4
**relying** 26:6 34:18,19
34:25 45:15 74:11
84:14 87:4 113:17
119:19 129:20 156:24
181:16 182:15,18
183:17,24 191:5
201:2 237:25 238:8
261:14 280:25 346:8
**remain** 158:12
**remaining** 90:6
**remains** 276:16
**remember** 16:2 18:1,5
93:6 191:9 223:16
228:25 299:4 306:13
310:11 343:13
**remind** 279:21 317:24
**remodeling** 278:11
**removed** 198:22 324:4
**rendering** 44:24 110:7
**repeat** 89:2 92:6 106:6
108:17 116:21 163:14
184:12 192:19 193:23
223:10 298:15 308:6
318:12 337:19 338:25
**repeated** 34:17
**repeatedly** 22:13
254:13
**repeating** 35:7 69:4
76:11 124:7 198:20
238:5
**repetitive** 108:18
**rephrase** 16:9 23:24
**report** 3:14 8:10 14:16
14:19,23 15:1,8,11,18
15:19,21 16:3,6,7,14
16:17,21 17:3,5,10,17
17:22,25 18:4 22:22
22:25 23:2,4,5,8 24:3
24:6,8,10,11 33:23
37:1 38:6,7,12,18,21
39:5,9,17,22 40:2,7
40:22,24 41:12,15,17
41:19,20 42:1,2,9,11
42:25 45:1 59:2
61:20,23,25 62:1,7,9
62:23 65:2 67:8 68:2
74:18 91:21,25 96:22
105:3 107:23 113:10
113:19,24 114:5
115:20 116:3 118:2
118:13 120:13 121:7
124:3,3 136:23,25
137:2,18,25 138:8,16
138:18 139:18 146:2
146:7,18 157:20
173:9 182:20 195:5

195:13 196:13,17
197:10 199:7 200:21
205:11 207:11 209:25
212:20 217:1 221:4
222:3,10 223:11
229:22 232:22 233:15
233:16 235:9,12
242:1,21 243:5,9
247:3,14 249:23
250:15,18 252:14,21
253:6 255:19 257:7
259:6,12,22 260:23
264:20 265:4,10
281:17,20,22 282:2,8
282:9,14 283:15
286:17 289:16 292:21
293:3 294:6 298:6
300:6 302:1,16,19
303:1 305:20 306:19
306:22 310:23 311:18
316:7,13 318:3,8,10
319:20 328:11,24
329:11 331:19 333:18
338:9
**reported** 2:24 4:13
101:11 121:4 129:11
137:24 152:5 185:10
197:19 214:23 215:10
216:13 218:23,25
221:5 229:13 234:1
247:16,19 248:11,24
249:8 258:7 259:14
265:5 301:24 305:25
308:17,22 310:4
322:23
**reporter** 1:21,21,22
13:1,23 47:16 157:1
230:22 277:24 301:16
352:12 353:1 354:4
**reporting** 258:10
308:25
**reports** 16:1 61:21 67:3
67:22 117:2 230:17
236:14 252:16 272:23
305:24 338:12 343:20
**represent** 12:17 13:16
128:5 136:1 229:4
**represented** 346:19
**reproductions** 20:21
**reproductive** 27:3,6,18
27:19,24
**request** 9:17 10:19 28:1
47:14 177:15
**requested** 9:7 18:16
21:14 70:14 106:11
171:24 308:10
**requests** 277:24
**require** 108:6 156:25

161:16
**required** 10:10 111:15
136:8 192:17,21
193:13
**requires** 87:11 129:4
**research** 49:1,7,8,14,15
49:16,17 50:1,5,8,20
50:20 51:19 53:8,10
55:21 56:14 64:16,21
64:22 72:10 73:5
74:2 114:22 133:25
173:23 176:25 190:14
280:16 340:23
**researched** 291:1,24
**researcher** 141:4
**reserve** 10:24 307:13
318:20
**reserving** 73:21 88:6
**resist** 128:22
**respect** 345:5
**respects** 108:16
**respond** 54:23 55:3
108:3,7,9
**responding** 105:20
**response** 19:3,8,20
23:20 24:14 53:1,5,6
79:11,18
**responsibility** 330:11
**responsive** 54:18
105:19
**rest** 28:22 148:20
164:18 188:1 335:25
**restate** 145:18
**restating** 143:7
**resting** 312:14
**restroom** 143:11
**result** 157:10 288:11
340:2
**resulted** 329:19 331:17
**results** 208:11 321:25
334:24 335:5 348:14
350:18
**retarded** 147:1
**retinoic** 7:20 321:7
324:5
**return** 353:7,8
**Reuptake** 5:13,21 6:7
**review** 15:15 16:7 18:3
32:22 33:16 35:3
36:8 46:18 75:4
115:8,18 116:14
127:22 153:3 154:1
161:10 163:6 178:1
189:1,8 190:5 229:15
247:12 312:20,25
313:2 318:2 325:6
335:1,24 346:25
348:22

**reviewed** 15:10,17,20
16:6,13,20,21 17:13
17:19,22 31:9,21
32:11 33:21 36:8
37:7 43:25 44:2
45:19 46:3,8,17 47:8
67:8 74:3 87:4 98:7
99:23 127:23 161:3,6
161:14,20 162:25
163:4 177:2,3,6,6
247:12 309:24 310:1
318:3 330:9,10
**Reviewer** 4:5
**reviewing** 18:5 115:17
313:18
**reviews** 49:11 50:19
273:3
**revise** 334:2
**richer** 136:5
**right** 10:24 15:4,7 18:9
27:13,23 28:13 34:5
34:10,11 35:21 37:3,4
37:8,25 48:15 54:15
55:14 59:1,12,15 61:8
68:8 72:17 73:21
83:19 84:19 86:16,22
87:23 88:2,6,19 91:4
91:11,22 93:2 97:3
101:22 103:15 104:20
104:23,25 110:3
111:19 116:6 118:10
127:1 133:13 134:17
135:17,23 137:21
140:18 145:2 154:17
156:2 157:22 164:19
164:22 167:3,14
168:23 187:15 191:23
200:20,24 206:16
207:25 209:12 210:4
211:4 213:16,20,24
214:1,3 216:4,16
217:6,10 218:1 221:8
222:2,7 223:4 224:14
224:23 225:15,20
228:9 229:7 232:25
238:15 239:12 241:18
241:24 243:12,14
245:24 246:3 247:9
249:16,20 250:7
251:3,22 252:12,20
252:23,24 253:19
254:17,22 255:3,16
256:8,9,19,23 257:21
258:15,21 259:15
262:2,3,17,20 263:14
265:13,22 267:14
269:11,19 275:23
276:20 278:3 279:5

279:20 280:10 282:16
282:19 283:5 284:14
286:8 287:3 288:23
289:23 293:17,23
294:10,19 295:25
296:21 304:5 307:5
307:14 312:6,20
315:21 316:24 318:20
319:16 328:3 330:6
330:15,18 333:11,13
334:21 351:21 352:20
352:23
**rights** 352:22
**right-hand** 208:19,23
303:12,16 313:22
332:8
**risk** 4:23 5:22 6:18 59:8
60:12 77:17 118:7
120:17 121:5,7 128:6
129:11 150:23 180:11
195:16,25 196:3,6
197:4 198:10,14,19
200:23 204:16,24
221:1 222:11,16,20
223:2,25 226:7,10
227:12,14,17,17
228:4,6 229:10 231:9
231:10,13 232:7,12
235:9,13,15 236:7,10
236:14,24,25 241:6
241:11,12,21 243:24
249:17 251:25 253:4
254:9,14 256:16
266:25 267:19 268:4
268:12,14,19 269:5,8
272:23 282:10,13
287:5 288:13 289:4
298:7 300:5 301:19
302:3 303:19 304:8
304:16,22 307:22,24
308:2,17 314:10
**risks** 4:6,15 121:19,20
153:3 195:6 204:13
204:14
**Road** 1:19 12:14
**robust** 346:16
**role** 101:4 107:6 112:2
112:10 114:6 125:4
130:12 132:23 138:22
154:23 156:4,7 157:8
185:5 274:3,9 278:6,7
278:10 311:14 312:3
312:17 316:25 319:25
322:4,15,15 324:16
327:8 336:17,22
345:24 346:21 347:3
348:17
**Roles** 7:13

**rough** 353:1
**RPR** 2:25 354:23
**rubric** 201:6
**Rule** 10:10
**rules** 13:21
**running** 115:4
**runs** 87:24

─────────
**S**
─────────

**S** 3:11 9:1 48:16
**Sadler** 112:7 155:19
156:1,8 157:4,5
163:24 164:3 334:11
334:14 344:17
**Sadler's** 163:5
**safety** 26:22
**Saint** 2:6
**sample** 251:18,19,25
252:2,3 256:20
304:14
**satisfied** 115:19,24
**save** 262:1
**saw** 22:25 23:1 24:2,8
309:13
**saying** 11:15 16:4
17:15 25:10 27:9
47:6 88:16 91:5 92:2
99:15 103:4 104:21
112:13,17 113:16
123:20 161:24 181:2
181:4 199:10 214:4
237:5 271:13 273:24
275:20 288:1 297:19
332:19 338:12 347:24
351:13
**says** 24:14 28:16 34:12
35:5 37:13 45:22
66:9 79:1 106:19
111:8 118:6 141:3
144:10,15,25 146:5,8
148:14 151:9,11
157:5,17,24 164:3
167:8,21 168:11,25
207:7 214:6 222:4
228:14 229:9 235:18
235:20,25 237:11
241:18 261:7 263:3
278:8 289:25 291:4
299:16 306:4 311:4
312:6 313:7,23 315:4
315:18 316:6 317:16
327:10 330:15,22
348:5
**Schardein** 153:7,14
**schemes** 36:22
**Schloemp** 300:16,20
**School** 165:9
**science** 99:5 107:2,5,16

151:13,16 175:21
176:9 274:7 344:4
**scientific** 59:7,17,20
60:3 61:5,10 64:7
68:16 69:2,6,10,14
70:3,24 71:2,9,13
73:9 77:13,21 78:20
80:18 81:1 85:10
89:13 92:8 93:17,20
93:25 100:6 102:25
103:20 104:13 112:2
125:3 130:11 141:6
141:23 142:8,21
148:19 149:19 150:4
158:6 178:8 179:3,6
179:25 182:10 190:20
191:17 200:14 274:18
297:6 310:25 342:15
342:22 349:4 351:25
**scientifically** 310:17
346:6 349:5
**scientist** 175:19
**scientists** 341:5
**scope** 44:23
**screaming** 125:24
126:3
**search** 39:22 98:23
99:12 114:17 115:5
309:20
**searched** 209:2
**searches** 114:23
**second** 11:4 51:7,14,15
54:20,25 62:25 63:23
78:22 118:5 126:2
146:3 165:24 209:2
211:19 215:11 241:23
260:10 265:20 266:3
299:16 302:13 313:7
325:21 329:12,23
**secondary** 150:8,10
157:8
**seconds** 54:14 205:24
206:8,17
**section** 41:20 62:23
64:2,9 65:11 66:8
68:11 69:7 77:25
78:4 79:9 80:11 81:2
82:4,7,12,21,22 83:4
84:15 85:11 86:17
88:20,21 89:9 94:24
95:1,2 96:11 97:5
98:2,12,14,21 99:16
100:25 102:18 109:16
118:13 126:6 129:23
149:10 166:10 215:5
215:24 223:8,13,18
223:23 224:10,19
225:6 227:7 228:2

231:16 233:18 234:6
234:22 236:20,25
237:13,17 238:19
239:7 240:6,22
243:19 244:14 245:2
245:20,25 246:6
249:16 253:10 257:12
257:19 258:8 259:4
259:11 263:23,25
269:3 283:1 285:18
286:1 288:17 303:2
316:12
**sections** 63:16,17
**see** 9:9 15:24 16:17
21:10 22:17 24:9,15
25:20 28:16 31:17
34:2 37:12 41:1
43:14 45:20 46:17
48:7,9,15 63:12 64:4
68:13 75:24 80:15
113:3 116:20 124:11
127:3 141:1 156:21
165:20 166:11,13,18
166:20 167:17 209:12
210:3,11,15 215:20
215:22 218:9 220:8
222:12,17,23 223:21
225:13 228:23 232:2
233:8 237:14 238:16
239:3,18 240:2,15,18
240:22 241:23 242:24
243:8 248:6,17,21
251:5 253:12 254:1
257:5,23 258:2
260:20,24 261:7
263:3 264:2 265:17
266:4 282:4,6,9,22
284:5,6 289:21 291:6
291:16,17 292:1
293:14 297:4 298:8
298:12,23 299:15,20
300:2,17 302:1 303:3
303:21 304:9,17,24
306:25 313:4 314:1,5
314:11 315:18 321:4
328:12 329:2,21
330:16,18,19 331:9
332:9,13 333:23
335:18 344:20
**seeing** 309:15
**seeking** 10:7
**seen** 9:18 11:1 17:13
18:17 19:12,17 20:22
20:25 21:2,3,4 23:5
41:11 77:16 165:15
291:20 310:2
**selected** 33:11,18 45:22
46:3,6,8,12

Shira Kramer, Ph.D., MHS

**selection** 33:6,7 85:15
**Selective** 5:12,21 6:6,16
**self-resolving** 229:17
**semantics** 60:17
**sense** 99:11 179:20
  212:18
**sent** 33:16,18
**sentence** 60:22 118:5
  166:21 207:15 209:2
  236:9 312:23 313:7
  313:19 315:3,5
  348:10 350:8,25
**sentences** 348:24 351:1
**separate** 27:20,25
  125:7 126:19 209:18
  209:21 210:5 255:7
  348:14
**separates** 85:3
**septal** 130:25 202:18
  202:19
**September** 354:25
**series** 191:12 305:17
  342:24
**serotonergic** 145:5
  164:16 277:22 312:2
  325:17 326:11,17
  335:23 346:14 347:8
**serotonin** 5:13,21 6:7
  7:14,20 8:6,12 67:5
  74:20,25 75:1,5,11
  77:19 81:7,14,25
  82:10,17 83:6,12 84:9
  84:25 85:6,16,20,24
  86:2,15 87:7,10,17,21
  88:14 90:14,16 91:3
  91:14 92:1,5,12,18,21
  92:23,24 93:3,11,22
  94:1,7 95:11,22 96:3
  96:18 97:11,13,21
  98:5,18 99:6,25
  100:10,19 101:1,4,9
  102:13,25 103:3,7,22
  104:14,15,20 106:1
  106:20 107:6 109:8
  109:11,24 110:9,13
  110:24 111:8,15,23
  112:3,10,14,18
  113:12,18 114:1,6,19
  114:20 115:22 119:20
  124:21 125:5,12,21
  126:10,15,17 127:9
  127:14 128:3 130:6
  130:12,19,21,24
  131:2,5,12,19 132:9
  132:16 133:12,17
  135:2,18 138:22
  139:1,3,10,20,24
  140:2,10 141:16

142:21 149:11,13,25
  154:23 157:17,18,21
  158:2 163:7,11,19,21
  177:2,12,25 178:9,17
  178:19,23 179:4,7,14
  180:1,18 181:2,5,12
  181:20,21 182:4,11
  182:24 184:19 185:3
  185:5,7 192:5,6
  270:14,16 271:6,9
  272:2 273:19,20
  274:4,5,10 275:3,21
  276:1,4,9 277:4 278:5
  278:7,9 280:3,8,13,14
  280:20,24 306:9,9
  310:18 311:4,7,10,14
  312:8 314:20 315:16
  316:25 317:4,7,19
  321:8,12,16,24 322:1
  322:4,15,16,19,22,25
  323:3,4,8,18,20 324:5
  324:10,16 325:8,23
  327:9,24 334:19
  342:7 345:24,25
  346:7,22 347:3,15,20
  348:2,5,18 349:6,9,13
  350:4 351:3,8,11
  352:2
**serotonin-like** 8:6
**serotonin-related**
  93:14
**Serotonin-Reuptake**
  6:17
**sertraline** 288:3
**served** 14:17
**session** 51:8,13,14,15
  293:17
**set** 64:11 140:25 142:7
  143:1 283:19
**sets** 51:8
**seven** 11:9,16,20 206:1
  240:8,24 243:15
  293:17
**severe** 196:5
**shadow** 93:19
**shape** 312:10
**share** 229:20 236:2
**shared** 184:9,18
**Shawan** 1:19 12:14
**sheet** 4:12 25:20 28:5
  205:25 217:20 224:8
  224:17,22,23 227:20
  259:3 261:25 262:13
  268:4,7,23 269:7
  288:21 356:9
**sheets** 257:23
**Shira** 1:16 3:2 12:4
  13:5 28:24 353:12
  356:14

**short** 250:8
**shortened** 220:2,7
  230:19 243:23 249:4
**shorthand** 228:3
**shortly** 160:6 300:24
**shoulder** 218:3
**show** 14:14 18:10 39:18
  46:12 49:6 50:24
  93:23 94:4 153:1
  165:10 180:11 181:18
  216:4 249:17 250:23
  266:14 268:12 269:20
  272:21 287:17,21
  290:24 303:10 330:3
  331:23
**showed** 135:11 146:19
  317:18
**showing** 121:1 268:4
  324:18 345:11
**shown** 48:2,3 81:8
  145:23 167:11 170:9
  197:15 314:3 319:25
  331:15
**shows** 93:21 94:1 201:3
  266:8,24 267:17
  287:23 308:2 337:2
**Shuey** 8:12 279:2,8,13
  334:10 347:7,18
**side** 218:9 294:5 313:6
  335:15
**sign** 352:13,14
**signal** 26:20 27:1,8,13
  27:18 28:6,12 195:10
**signaling** 87:18 145:5
  164:16 312:2 325:17
  326:11,17 335:23
  346:14 347:8 348:3
**signature** 352:12
  353:11
**significance** 192:17,20
  193:13,17 195:4
**significant** 193:1 241:6
  241:16 245:13 288:6
  289:16
**significantly** 241:11,21
  301:1
**similar** 129:25
**similarities** 154:14
**similarly** 229:14
**simple** 13:21 17:21
  32:6 42:17 54:1,5,8
  122:16 295:3 323:22
**simpler** 47:25 89:8
  222:21
**simplest** 323:23
**simplify** 127:4
**simply** 55:6 289:25
  309:5,10 345:6

**single** 17:18 80:2 87:12
  98:10,24 101:19
  103:7 104:6,18
  105:22 106:17,23
  113:14 114:15 164:4
  217:1 245:16,19
  248:11,24 266:8
  318:14 337:15,21
**sit** 36:12 67:19 68:8
  84:13 86:16 87:6
  88:2,17 89:25 90:22
  91:4,12 92:16 104:17
  104:20 109:22 115:19
  133:1 141:23 145:1
  171:11 189:3 200:12
  276:1 307:5,15
  308:25 316:24
**sites** 334:20 335:12
**sitting** 47:7 192:2
**six** 199:12 213:3 269:12
  282:18 323:16
**size** 241:10 251:18,19
  251:25 252:2,3
  256:20 304:14
**skeletal** 43:3,5,9,10,11
  74:22 81:9,10,10,12
  81:12,18 99:8,20
  100:1,10,15,18
  101:15 135:11 145:23
  146:18,20,21 147:5
  147:19,23 216:20
  317:1 320:16 335:6
  338:4,6,9,12
**skip** 167:15 253:24
  254:19
**skipping** 332:21
**slice** 348:13
**slow** 208:21
**slowly** 76:11 92:6
  106:14 124:8 184:12
  192:19 193:23 337:19
  338:25
**small** 218:19,24 219:3
  220:2,7,21 230:13,14
  230:18 243:22 248:16
  270:4,6 308:25 309:6
  309:13 329:2,20,25
  333:15
**smaller** 22:3
**SMITHKLINE** 1:10
**smoking** 205:12 206:21
**sole** 126:20 132:22
**solely** 122:9,12 123:19
  142:20
**someone's** 151:23
**sorry** 14:23 20:24
  37:14 80:24 84:18
  91:8 94:24 97:9

106:6,12 107:19
  125:23 131:12 148:16
  166:6 209:20 214:3,5
  217:25 222:14 223:10
  224:9 233:23 235:17
  260:12 268:16 269:1
  270:15 272:7 275:18
  289:11 290:10 299:25
  303:15 317:6,12
  320:5 333:6
**sort** 16:1 65:19 67:6
  97:17 116:11 179:13
  288:11
**sought** 98:8
**sound** 70:15
**sounds** 181:6 229:25
**source** 31:11 49:15
  136:5 301:13
**sources** 31:23 100:5
  350:15
**Spalding** 2:18
**sparse** 169:20 180:5
  183:22 186:5
**speak** 43:19,22 108:23
  112:7 185:2 230:4
**speaks** 67:8,10
**specific** 35:14 38:23
  41:15,17,18,23,24
  44:10,12,17,21 45:2
  49:5 53:1,5,6 54:13
  58:25 65:8 67:21
  68:18,21 72:10 75:17
  75:21 76:2 77:15
  79:3 80:4 84:9 85:2,5
  85:21 96:6,6,15 98:22
  99:12 101:2,6,8,8,10
  102:3,14 103:2 104:9
  105:10,13 107:10,11
  107:13 111:18 115:17
  116:9 141:5 148:13
  152:4,13,20 156:4,7,9
  169:18,20 184:4
  199:17 200:9 216:3
  237:15 273:18 307:18
  308:17,18 309:6,15
  327:6 336:1 338:11
  338:24 339:3 340:13
**specifically** 25:14 27:5
  38:3 62:6 65:7 66:22
  67:15 69:23 72:18,19
  73:3,23 75:2 95:8
  96:4 97:4 98:1,8,14
  98:20 102:13,19
  103:6 109:17 112:13
  112:15 117:24 130:9
  132:6 133:11 137:22
  140:11 143:23 144:1
  144:4 146:19 147:22

147:24 159:14 176:16
176:21 180:10 183:18
183:21 191:11 200:10
201:4 225:15 232:20
235:21 238:18 257:20
280:23 292:6 308:11
315:14,19 326:13
327:13,22 341:17
345:5,16 347:23
**specification** 278:18
279:3
**specificity** 38:22 39:4
57:9 64:19 101:17
196:14 310:15
**specifics** 77:6,8 279:13
318:18 324:7 338:9
**specified** 25:25 38:15
39:23 104:11 115:18
**spectrum** 163:11
168:14 170:9,19,22
272:21 276:24 277:5
277:10 279:18,22
340:8
**spend** 166:2 302:6
**spending** 16:23 40:23
**spent** 110:8 116:2
308:20
**spinal** 111:9
**splitting** 212:14
**spontaneously** 158:9
158:22 161:23
**square** 232:19 233:21
**SSRI** 103:1 180:23,25
252:18 283:1 287:13
287:17 288:4 314:8
**SSRIs** 98:18 100:2
101:5,13 139:13,23
140:1 150:22 161:21
180:11 181:20 199:24
238:1,2,9,17,20 239:5
245:4 252:18,21
253:1 282:19,23
283:7,8 321:6
**staff** 28:20 29:4 177:16
**stage** 87:12 93:9,9
154:25 327:9,9,10
335:15,17,18 336:3
340:4
**stages** 112:11 335:11
336:23
**stand** 214:16 252:4
**standalone** 288:13
**standard** 342:11,14,17
**standards** 61:2
**standing** 201:11,17
**stands** 72:7 203:24
347:12
**start** 54:18 78:9 83:2

105:18 116:25 117:1
128:16 181:8 212:16
212:18 315:1
**starting** 80:24 137:7
**starts** 78:3
**state** 1:23 28:7 62:23
62:24 81:22 84:23
114:10 127:10 169:18
197:10 200:22 212:22
222:10 242:22 282:14
287:14 291:16 298:21
**stated** 37:12 39:24
108:15 132:21 139:21
143:1 152:17 153:15
157:22 201:22 203:9
316:3 345:14
**statement** 49:12 64:13
74:13 153:9,20 180:3
180:5 237:6 321:22
350:12
**statements** 143:2 144:2
169:7 306:6 348:25
**states** 1:1 12:9 156:12
156:19 163:17 286:24
317:3 335:3 354:1
**stating** 83:16,18 111:11
127:14 128:2
**statistic** 151:22 301:24
**statistical** 116:10
192:16,20 193:12,17
194:18 195:3
**statistically** 193:1
229:10 231:13 241:5
241:11,16 245:12
288:5 289:16
**statistics** 154:4
**stem** 92:4
**step** 32:25
**Stephanie** 175:23,25
**stick** 239:9 353:8
**sticking** 83:23
**stillbirth** 314:4
**stimulated** 323:3
**stipulated** 25:25 39:25
**stop** 11:7 14:8 94:12
102:5 108:2 126:3
213:1 246:13
**story** 108:3
**strategy** 115:2
**Street** 2:18
**strike** 30:8 43:15 126:6
159:21 181:8 182:5
188:18 201:24
**strong** 107:3,17 120:20
121:25 123:15 133:22
174:9 187:13 271:21
274:8
**stronger** 195:10

**strongly** 125:13 346:21
348:17
**structural** 150:6
**structure** 93:13 147:8
**structures** 43:9 81:11
82:18 86:1 87:13
90:17 93:8,10 94:3
98:6 99:10,25 100:1,4
101:15,16,20 107:7
112:4 125:6 130:13
154:24 155:21 185:6
278:12 311:15
**studied** 152:4 169:12
327:15
**studies** 8:11 39:2,3
49:10 56:20 57:4,4,5
57:6,22 58:3,5 65:1
68:1 116:4,19,24
117:16,18 118:1,20
120:3,25 121:4,9,20
122:5 124:10 125:10
126:16 129:13 135:10
135:12,14,15 136:20
138:1,20,21,22 139:2
139:12,13,22,25
145:22 149:6,24
152:7,8,14 159:15
161:19,21 162:8,10
162:11 163:9 169:8
169:10,14,15 170:1
179:19 181:18 184:3
185:11,25 186:3
188:12 189:20 191:11
191:12 192:18,22
193:14 195:1,5
198:13,22 199:21,21
200:9 201:8 204:14
205:10 218:9 221:14
221:18 227:16 229:12
267:23 268:4,7,9
269:12,13,20 270:4,7
270:10 283:25 288:21
288:23 292:17 293:11
293:17,24 294:3,5,14
297:3,21 298:12,17
299:16 300:10,12,15
301:15,21 303:18
304:7,13 308:17,22
309:3,9,14,16 313:23
328:4 330:1,2 332:17
333:2 337:5 345:11
346:8,10,15,20,25
347:11,17,20 348:13
348:13,15,21 351:6,9
**study** 5:9,19 50:9,12,13
52:5,16,20 53:14,19
53:24 54:2,6 55:8,16
55:17,18 56:10,18

57:2,10,11,13,19
58:21,22,25 67:16
146:17 147:15,16,21
147:24 148:3,4 170:4
175:22 188:13,14
192:24,25 193:5,16
193:18 194:4,6,11,12
194:13,19 195:10
198:8,21 205:11,11
206:12,16,21 207:16
209:19,22 214:18
216:25 217:9 218:24
219:20,21 220:5
221:9,10 224:19
225:17 228:15 234:21
235:16 238:15,15
241:4,15 242:3,5,7,10
242:16,22 243:5
244:5,21 246:3,10
247:2,4,20 249:17
250:23 251:2,7,12,17
251:19 252:2,5,6,11
256:22 258:8 259:4
259:16,18,23 260:5
260:19 263:6,8 265:5
266:8,10 267:25
268:1,17,21 275:15
281:18 282:18 283:9
283:11,16,23,23,23
286:10,14,25 287:10
287:10,24 288:14
289:15 290:12 292:13
293:2 295:4,8,9,18
296:5,8,11,14,17,20
296:23 297:1,11,14
298:12,17,18 299:6
300:7 301:25 302:11
302:12,25 304:12
307:21 308:2 316:2,4
316:8 317:17,18,22
317:25 318:4,10,24
319:13,13,19,20,22
319:23 320:15,19
321:3 324:2,8,9,13
328:10,14,15,16,17
328:20,24,24 329:14
332:3,6 334:9,19
336:13 337:2,16,22
337:24 338:2,3,5,10
346:13 350:8
**study's** 193:21 194:1
**subclasses** 66:6
**Subgroup** 299:15
**subgroups** 56:24 57:5
**subheadings** 90:8
**subject** 117:23 139:24
183:6 193:5 208:17
236:8 241:19 350:19

**subjects** 315:2
**submitted** 9:10,22
10:13 24:23 25:24
29:13 292:13
**Subparagraph** 63:11
317:16
**subsections** 98:11
**subsets** 164:25 299:1
**substance** 356:8
**substances** 8:7
**subsumed** 87:20 255:3
**subtly** 108:16
**sufficient** 154:12
191:25 284:21
**sufficiently** 191:21
241:5,9,13
**suggest** 324:16
**summaries** 20:8,11
316:15
**summarize** 207:1
**summarized** 24:25
28:21 328:2
**summary** 21:2,12
146:24 173:13,17
261:22,25
**supplement** 14:20
256:25 257:1 263:22
**support** 49:18 69:19
112:10 114:8 117:7,7
123:1 125:4 154:22
177:16 195:12 246:4
246:9 277:5 306:7
323:16 348:17
**supported** 74:3 125:14
129:13
**supporting** 130:12
**supportive** 119:5
179:19 185:7 238:10
**supports** 119:2 274:7
311:2 328:21 346:2
346:21 347:13
**supposed** 15:19
**sure** 9:25 14:10 19:16
54:25 59:14 63:2,2
78:23 88:24 99:14
116:22 143:12 145:19
156:22 157:4 165:18
167:9 175:24 176:9
180:16 186:10,12
188:8 203:16 206:14
216:21 229:6 231:3,5
232:15 252:8 275:14
277:12 291:13 302:25
303:4
**surgical** 161:16 162:16
162:21
**surprise** 198:2 199:2
**surrounding** 118:22

**swear** 13:3
**Sweden** 281:19 283:20
**Swedish** 6:14
**switched** 315:2
**sworn** 13:7 48:24
    266:15 354:7
**symphalangism** 61:18
    62:5 249:9 309:19
**syndactyles** 167:24
**syndactyly** 69:3,7,12
    69:15,21,24 70:3,18
    70:19,25 71:3,5,10,24
    72:23,25 73:13 74:4,9
    74:10,15 76:9,14
    77:10 78:14 80:15
    94:5 168:3 329:20,25
    234:13 236:2 285:21
**syndrome** 248:21
    289:19
**syndromes** 290:1
**synonymous** 199:15
**syntheses** 50:19
**synthesis** 136:1 178:1
    181:14,17 185:17
    193:18
**synthesize** 129:4
**system** 64:23 110:4,6,8
    110:10,14,20 127:25
    136:7 209:7 218:14
    228:16 325:23 340:1
    342:24 343:4 347:20
**systematic** 273:3
**systems** 65:2 66:5
    87:14 96:20 109:7,10
    109:25 127:24 128:1
    133:7 188:11 275:12
    277:8 279:7 280:22
    347:4
**S-c-h-l-o-e-m-p** 300:17
**S-h-u-e-y** 279:2 334:10

――――――――――
            **T**
**T** 3:11 355:2
**tab** 22:15,24 23:7,25
    24:13 26:16,17 28:2
    28:15 29:21 31:9,14
    32:7,8 33:3,3,8,8,22
    33:25 34:17 35:6
    37:21 43:13 45:18
    140:23 161:12 173:13
    260:17
**table** 19:18 20:20 37:20
    157:12,15,16 210:9
    213:10 222:21,22,25
    227:5 231:15,22
    232:13,19 233:1,15
    233:16 235:10,11,22
    236:5,12 238:14,16

245:5,23 247:20
248:4 252:15,20
254:18 255:16 256:5
256:12,13 262:6,9
263:23 282:19,22
287:4,21,23 288:3,20
293:14 297:3 300:14
**tables** 287:17
**tabs** 12:2 173:7
**take** 22:5,12 39:15
    40:17,21 41:4 45:5
    77:24 78:22 105:24
    126:2 141:9,11,14
    144:17 162:19 164:23
    165:24 172:4 198:13
    199:2 206:22 208:10
    209:23 224:12 225:10
    244:13,17 248:7
    265:19 270:3 274:4
    294:20,24 301:25
    305:3,3 306:24
    307:10,12 312:4
    319:1 321:1,4 329:12
    330:10 334:3 336:5
    353:4
**taken** 1:17 21:23 41:6
    62:18 94:16 143:15
    172:9 246:18 305:10
    354:5,13
**takes** 121:24
**talipes** 6:20 258:12
    289:7 290:25
**talk** 145:17 157:13
    189:13,15 190:24
    242:11 283:15 293:2
    294:5 335:14
**talked** 78:14 138:25
    218:17 334:15
**talking** 50:25 51:9 52:1
    52:3,8 55:18 56:25
    58:23 67:12 75:1
    87:17 120:1 131:22
    138:11 141:15 152:21
    167:2,16 170:3
    183:11,15 187:21
    189:18,19 192:23
    198:18 243:5 266:9
    266:11 277:11 285:14
    299:7 311:17 322:11
    332:12,22 336:20
**talks** 311:7 336:17
**Tamar** 12:12 18
    13:15
**Tamir** 334:11
**tape** 87:24 94:12
**technically** 352:19
**Technologies** 13:1,2
**tell** 19:16 23:2,7,11

29:7,11,14 54:23
55:24 57:18,20 59:3
70:8 78:7 80:4 84:10
98:19 108:2 120:7
145:8,19 154:14,20
166:4,15 170:18
171:16 187:1 188:1
190:8 231:25 232:16
235:5 237:22 257:25
270:24 272:19 277:10
297:8 319:1 321:25
345:19
**telling** 79:25 136:11
    192:3
**tells** 167:5
**temporality** 118:9
    119:1
**ten** 9:12 10:8 112:21
    205:24 206:8 243:16
    244:7
**tend** 290:16
**teratogen** 186:8 189:4
    195:15
**teratogenic** 167:10
    189:11 314:9 344:18
**teratogenicity** 27:9
**teratogens** 168:25
    185:22 186:11
**teratologic** 190:7
    343:22
**teratologist** 30:8 165:6
    176:13,14,18
**Teratologists** 174:4
**teratology** 176:16,23
**term** 61:20
**terminology** 35:14,17
    61:22 62:8
**terms** 79:6 196:5
    251:13 348:15
**terrible** 166:12
**testified** 13:7 48:19
    102:14 155:3 184:6
    184:14 254:12
**testifying** 120:15 344:5
**testimony** 3:22 12:3
    28:5 48:24 49:5
    50:25 119:7 162:13
    266:15 354:6,8
**testing** 194:9,19
**text** 228:24
**textbook** 144:10
**thalidomide** 168:13
    169:13 170:6,8,14,19
    170:23,25 171:4,12
    172:2
**thalpern@phillipslyt...**
    2:15
**thank** 11:23 22:9 49:21

53:2,4 86:23 94:12
122:21 172:3 178:6
179:9 187:22 194:21
214:14 227:22 249:13
281:8,12 289:6 300:1
352:8
**thenar** 168:15
**thing** 11:4 16:2 29:16
    60:15 65:19 67:6
    84:14 88:1 97:17
    151:15 194:4 199:10
    206:18 250:8 252:1
**things** 22:21,24 23:11
    23:25 47:3,7,12 50:2
    72:20 80:19 81:4
    84:13 85:3 89:18
    111:1 116:11 130:6
    133:2 144:18 164:19
    164:21 228:11 275:2
    276:12 312:1
**think** 11:11 14:15
    23:10 30:13 39:24
    41:1 42:7,22 47:24
    56:1 60:16 64:1
    65:21 70:6,6,11 76:17
    86:5 87:25 88:23,25
    89:3,10 98:25 109:7
    112:24 122:17 125:2
    127:17 130:16 132:4
    132:7 134:9 135:7
    139:21 142:16 143:9
    145:2 147:16,17,18
    147:19 149:15 153:22
    160:25 161:5 162:3
    162:11 169:7 173:16
    174:11 181:24 183:2
    184:2 185:20 186:21
    192:3,9,15 199:6,15
    201:1 203:8,15,16
    218:14 219:2 229:8
    233:2,7,24 237:8
    244:15 247:11 264:14
    266:13 267:18 272:17
    275:9,17 277:15
    279:23 281:1,11
    286:19 290:6,7,8
    295:1,1 300:25
    303:11 306:15,19
    307:5,16 310:21
    312:5 316:3 323:9
    327:4 339:4 341:24
    342:3,8 346:16
    350:18 351:19 353:4
**thinking** 60:6 279:17
**third** 64:1 140:25 141:3
    181:25 211:25 227:25
    328:10
**thoracic** 147:2

**thought** 23:16 27:11
    163:13 181:4
**thoughts** 88:7
**thousand** 242:9
**three** 33:2 55:4 89:5
    152:6 196:24 210:13
    210:22 212:12 213:3
    214:2 223:2 229:24
    233:4,9 234:20
    238:17 263:8 284:17
    285:6,9 293:20
    299:16 300:10,12,15
    301:15,20 330:1
    332:7 333:19
**thumb** 46:23 47:5
    168:6,12,15,16
**Thursday** 1:17
**thymic** 187:5
**tight** 109:4
**time** 11:9,11,14 12:1
    16:23 19:11,17 24:2
    39:16 40:10 41:8
    48:23 67:25 72:2
    94:13,18 110:8 120:7
    138:12 143:13,17
    164:23 172:5 173:3
    182:1 192:24 196:18
    205:18 219:11,14
    225:10 246:15,20
    262:1,12 264:15
    270:3 275:15 302:6
    305:8,12 307:11
    308:20 315:21 318:6
    319:6,9 325:13,22
    326:2,5 333:25 336:7
    336:10 349:20 352:10
**timely** 14:10
**times** 55:4 89:1,6 92:13
    132:21 134:3 140:9
    142:4 153:3 182:14
    201:22 276:15,18
    345:15
**timing** 41:21 340:3
**tiny** 258:11
**tissue** 43:8 77:4 81:9,10
    81:18 290:18 292:3
    317:1 324:2
**tissues** 74:22 76:13,19
    77:9 156:9 327:17
    340:5 344:22
**title** 19:14 224:24 226:3
    237:2 239:9 240:5
    263:3
**today** 11:7 13:1 36:12
    36:21 46:16 51:21
    67:19 68:22 73:7
    74:19 84:14 87:6
    88:2 90:1,22 91:13

92:16 93:24 94:10
104:17,20 109:22
115:20 141:24 151:14
171:11 172:2 189:3
192:3 200:12 212:20
212:23 276:2,18,22
277:6 307:16 308:20
308:24,25 309:24
310:10 316:2 330:2
345:15 346:5 347:1,4
349:8,10
**Today's** 12:12
**toes** 94:24 95:4,15 96:5
96:9
**told** 9:13 88:23 90:11
174:11 216:7 232:24
274:1 340:17
**tongue** 333:14
**top** 19:11 22:18 24:12
31:10 35:25 56:2
71:25 77:7,11 86:19
103:8 127:18 133:13
144:9,13 150:22
196:21 211:17 234:9
256:1 261:6 265:13
265:14 299:4 306:13
308:16 309:21 338:16
347:10
**topic** 116:9 117:4
135:22,24 179:17
**topics** 116:7
**total** 133:23 210:23
282:12 346:17
**totally** 85:23 88:15
226:16 271:16 315:2
**totals** 209:16
**tough** 233:8
**toxs** 341:9
**track** 11:11
**tract** 131:6 157:9
**train** 163:12
**training** 30:4,5,9,10,13
30:23,25 31:1,5
174:22
**transcript** 5:24 45:23
45:24 51:1,10 266:19
266:20
**transcription** 356:5
**transcripts** 51:12
**translate** 184:23
**Transmission** 7:16
**transportive** 336:24
**transverse** 34:22 35:23
36:4,14,16 37:2 73:10
73:13 74:6 76:9,15
**treating** 43:19 45:7
**treatment** 331:16
332:20 333:12

**Tri** 4:9
**trial** 3:22 51:2 56:4
58:23
**trials** 56:6
**tricyclic** 240:25
**tricyclics** 240:17 241:6
**trimester** 4:22 5:16
6:16 59:10,23 82:17
100:3 101:12 104:15
117:12 179:7 247:7
248:13,25 251:9
252:17 255:21 287:7
304:20 336:15 337:3
337:7,9
**triphalangism** 168:16
**trisomy** 248:20
**trophic** 312:11
**true** 17:5,7 45:3,4
51:21 52:7 66:18
67:25 155:5,6 160:17
195:15 197:21 201:10
209:18 210:2,16
230:7 266:8 286:7
287:7 312:22 354:8
**trumped** 302:8
**try** 13:25 47:21 84:19
89:4,7 127:3 235:6
348:14
**trying** 23:19 32:18
43:13 57:16 73:15
82:19 95:9 103:16
108:19 281:3 293:1
297:5 308:21
**tube** 145:6
**turn** 24:13 28:15 37:10
51:2 63:23 80:22,23
118:2 140:22 165:22
166:7,11 167:13
187:2 205:25 207:10
208:18 209:10 210:9
223:15,18 238:16
242:21 248:4 252:15
254:18 256:25 258:4
260:17 261:3 263:21
281:22 284:4 287:4
288:15 298:5 299:13
303:6,12 313:21
324:25 328:3,4 332:5
333:3
**turning** 255:16
**twelve** 213:3 247:20,22
**twice** 298:16
**two** 9:14 32:24 51:8,12
77:5 85:3 89:17
111:1 158:15 161:17
176:19,21,21 206:6
206:17 208:1 210:23
213:10 215:2 226:10

226:11,19 227:15
228:8 232:24 233:15
233:16 255:6 258:17
263:5,9 269:23 270:8
277:2 283:7 288:21
288:23 289:2 292:22
298:12,17 350:25
351:1
**two-year** 30:18,19,21
**type** 58:14,16 121:18
151:20 157:11,24
158:3 159:19,20
160:15 162:12 163:8
163:22 164:4,4
167:11,11,22 171:13
171:16 189:10 195:19
195:19 196:11 338:24
339:3
**types** 29:8 42:10 43:6
55:20 65:18 66:2
67:4 77:4,4 90:21
101:10 103:2 131:10
131:11,13,14 154:15
154:18 155:20 156:9
162:13 164:15 167:3
170:21 196:10 246:11
272:18 278:16 340:2
340:13
**typically** 201:8 312:15
**typo** 222:14 298:20
**T.W** 334:11

**U**

**ulna** 169:2
**Um** 128:14
**Um-hmm** 123:12 279:1
**un** 151:1
**unaware** 229:12
**uncomfortable** 68:3
**uncontrolled** 195:22,25
196:2
**underlies** 185:4
**underlying** 25:6 26:5
28:1 83:11 274:23
**underpowered** 184:3
242:5,10 256:21
270:11 283:9,24
287:24 309:10
**understand** 9:5,21 11:6
14:8 16:10 21:9
23:21 24:4 31:13
32:23 39:21 44:8
59:14 60:23 65:13
72:6 73:15 82:19
83:14 88:15 95:19
98:20 99:15 116:17
124:22 129:6,24
130:4 132:25,25

134:20 142:11 151:18
175:12 177:8 181:24
185:20 194:22 195:13
198:11 206:5 212:23
234:17 244:12 273:24
275:21,25 276:11
281:3 294:13 302:7
302:17 307:15 309:8
322:18
**understanding** 10:17
20:25 27:4 87:11
147:13 149:2,23
154:13 158:8,17
159:2 160:3 273:9
280:18 287:19
**understands** 152:1
**understood** 14:5
129:17
**undiscovered** 133:9
**Unequivocally** 317:6
**unfortunately** 233:20
237:10
**uninterrupted** 23:22
**unit** 8:11 165:8
**United** 1:1 12:9 354:1
**universal** 65:15
**universe** 60:25 272:18
**unknown** 150:25 151:5
152:19 153:6,16,21
**unpublished** 9:10 10:8
**unreasonable** 105:5
206:5
**unrelated** 85:23
**unspecified** 94:23
**unstudied** 151:5
**unwilling** 126:23
**update** 6:13 302:17
303:8
**upper** 34:7,23 35:13,19
38:20,23 41:22,24
61:11 74:5,7,14,15
76:9,16 78:19 79:1,22
101:3,5,22,25 102:8
102:12,20 104:16
165:1 169:23 182:4
216:14 217:2 228:20
253:7 255:25 267:16
284:25 288:19 298:25
300:4,22 301:4,19
310:12 319:21 330:15
**upstream** 87:16 93:10
93:12
**uptake** 334:20
**use** 5:16 6:6,12,16
22:13 126:12 228:2
281:21 283:1 340:25
342:11
**usually** 168:17

**utero** 210:15 229:14
246:4 329:1,24
333:10
**utilize** 242:23 252:11
341:5
**utilized** 64:21 209:6

**V**

**vague** 30:14 125:2
**valid** 133:19,22 185:15
**Valley** 1:19,19 12:14
**variable** 65:3
**varied** 141:8
**variety** 53:11 313:8,25
344:21
**various** 36:21 56:24
65:5 67:4 117:17
145:23 150:21 155:21
184:1 335:11 340:2,4
346:19
**vary** 35:15,18
**vascular** 278:11
**ventricular** 131:6
**verify** 248:3 285:19,20
**version** 225:23
**versions** 65:5
**versus** 12:8 38:23
41:24 154:16,20
**vertebrae** 147:2
**Video** 11:24,25 12:24
13:9 40:10,15 41:8
94:13,18 143:13,17
172:5 173:3 219:11
219:14 246:15,20
305:8,12 319:6,9
326:2,5 336:7,10
349:22 352:10
**videographer** 2:22
11:10
**videotape** 9:8 12:3
**Videotaped** 1:16 3:15
**view** 93:9 115:21
132:17 133:15 170:4
197:13 271:17 273:23
312:2
**VIIC** 332:12
**virtually** 157:11,23
163:8
**vitro** 120:2 139:8
191:11 318:4,10,25
319:13,19 324:2
334:19 337:16,21
341:9
**vitro/in** 175:22
**vivo** 120:2 139:8
175:22 191:10 318:4
318:10,24 319:13
324:17,20 337:16,22

Shira Kramer, Ph.D., MHS

341:9
vouch 153:25
vs 1:9

_____

**W**

wait 51:9 89:23 194:23
    194:23,23 224:11
    229:5 280:6,6,6
    312:19 316:9 322:18
waiting 62:25
waive 352:21
waived 353:12
want 11:15 16:16 22:20
    29:10,11 35:5 39:15
    40:6 46:17,21 47:20
    53:18 54:24 59:14
    65:19 74:8 80:22,23
    83:15 86:24 89:2
    90:5,23 93:15 99:14
    113:2 115:8 117:9
    133:4 136:14 144:23
    151:12 159:18 164:22
    166:5 177:18 178:20
    180:2,7,24 181:1
    186:2 188:17 194:16
    199:22 209:10 220:1
    220:9 221:6,6 222:22
    225:3,11,16 227:2
    229:1,6 231:6 232:3
    234:3,25 235:1,21
    237:10,21 246:13
    248:7 250:8 252:15
    259:6 261:24 262:12
    262:17,22 265:25
    266:4 273:25,25
    277:10,13 279:10
    281:9 291:19 294:23
    297:8,18 301:25
    303:4 313:1 318:18
    318:23 332:15 334:2
    338:10,19 353:1
wanted 11:5,14 115:18
    252:8
Washington 188:14
wasn't 106:17 221:3
    297:4 314:23
waste 262:12 319:5
wasting 205:18
way 17:12 23:10 37:1
    39:13 61:14,17 97:19
    127:10 128:23 149:23
    177:12 188:16 192:1
    194:7 202:10 205:12
    212:13 233:14 237:25
    245:18 272:13 290:9
    315:16 316:12 340:7
ways 183:5
weaker 203:8,14

webbed 230:2
webbing 230:13
weeks 161:17,24
weight 123:18 126:17
    238:12 341:4 344:3,6
    344:9 345:21
weighted 136:10
weighting 136:7
weights 136:13
Weishaar 173:22
    176:11,12
well-known 134:8
    188:10
went 101:17 263:13
    300:23
weren't 32:1 106:23
Western 251:4
we're 349:24 351:19
we've 167:14
whatsoever 134:1
    154:11
white 157:25
Wichman 297:13
wide 313:8
widely 169:10 194:8
    197:15 344:7
wife 1:5 12:5
willing 129:22 184:15
    187:16 250:17 252:4
    339:22
withdraw 9:17 100:24
    125:16 207:9 250:10
    294:25 315:22 320:25
witness 13:3,6 21:24
    47:20 49:24 70:9,15
    108:9,14,24 109:3
    143:10 193:8 220:17
    243:3 293:8 352:16
    352:22 353:7 354:6,9
Wloch 336:16,20,22
womb 66:17
women 5:12 81:7 180:6
    197:11,15,25 198:7
    198:13,22 247:24
    251:16,20 255:20
    264:18 287:16 299:17
word 42:21 50:12,20
    126:12 162:19 328:18
    343:13,13
wording 39:14
words 20:18 115:1,15
    178:20 346:18
work 21:10 49:10
    50:14 75:20,20
    174:16 176:24
worked 173:23
works 29:23 48:17
    204:3

worldwide 61:2 190:21
wouldn't 23:10 191:25
    199:18 205:4 343:25
    347:22
write 59:6 213:3
    218:16 220:9,15
    221:5 225:16,25
    226:20 227:2,6,19,25
    231:2,4,7,19 235:14
    247:5 250:20 259:3,8
    261:24 263:12,22,24
    265:4 266:5 288:17
    316:12 318:3
writing 16:7,21 18:4
    23:8 154:8 213:15
written 17:18 165:9
    188:9,14 190:11
    235:21 247:9 261:6
    264:9 268:24 314:18
    315:7 344:16 349:12
    350:3,24 351:25
wrong 37:4 216:2
    268:25
wrote 17:22 22:22,25
    23:2 24:3,8,9,10
    33:23 37:1 220:21
    236:5 302:21 307:23
    329:11 343:8
WURST 121:6
W-i-c-h-m-a-n 297:14
W-l-o-c-h 336:17
W-U-R-S-T 121:7

_____

**X**

x 1:4,13 3:1,11
XYZ 350:23

_____

**Y**

year 48:23 158:22
    160:8 190:15 334:12
    343:12
years 9:12 10:8 134:10
    176:19,22,25
York 2:14,14

_____

**Z**

zero 226:12 230:18,18
    230:24 243:25 245:22
    248:16 249:2,6,14
zeros 243:14,22
Zimmerman 278:25
Zuhlke 146:17 148:2,3
    338:2
Z-u-h-l-k-e 148:3

_____

**0**

0.05 283:3
0.09 284:25

0.1 262:8 268:12 287:8
    288:19 308:1
0.12 264:2
0.13 222:17 223:25
    224:20
0.15 256:17
0.19 228:7
0.29 240:14
0.30 253:15
0.35 239:2
0.36 254:10
0.4 261:11 262:7
    268:15,22 269:8,10
0.43 254:4 284:13,24
0.44 283:2
0.46 239:23
0.47 256:16 264:1
    269:6
0.5 222:16 269:4
0.50 223:25 224:20
0.53 253:7
0.55 253:15
0.60 240:14
0.61 265:8,17 267:16
0.65 255:25
0.67 238:25
0.72 227:14 289:4
    307:25
0.76 228:6 239:23
    282:6
0.80 253:4,22
0.83 300:2
0.87 254:9
0.99 255:25 299:19
05 195:4 268:16,19,24

_____

**1**

1 3:14 12:2 14:11,16
    22:15,24 23:7,25 32:8
    33:3,8 37:20 39:18
    43:13 45:18 94:15
    157:12,15,16 190:16
    191:22 195:19 231:11
    238:14,16 245:5
    253:16 266:25 267:1
    267:2 293:14 297:3
    300:14 303:6
1.0 287:7 288:9,13,18
    289:4 307:25
1.03 282:5,12
1.1 254:13 265:7 266:7
    267:3,8,11,15
1.11 265:16 268:1,13
    268:19 269:6,10
    308:1
1.16 254:4
1.2 262:8 267:11
1.20 253:8

1.25 285:1
1.26 239:23
1.27 240:15
1.29 239:3 298:8,25
1.32 245:9
1.38 282:6
1.46 256:17
1.51 255:25
1.54 299:19
1.59 283:3
1.7 300:1
1.79 298:8,25 299:23
    300:22 301:13,19,24
1.89 264:2
1.98 222:17 224:1,21
1:53 219:12
1:55 219:15
10 1:17 3:3 24:13 26:16
    26:17 27:15 28:2
    154:6 242:8 331:6
10th 12:12
10,000 169:25 251:15
    251:23,24
10-minute 41:5
10-10-09 5:15
10-2125 1:9 12:11
10:20 94:14,16
10:28 94:17
10:29 94:19
100 4:21 32:13 227:3,9
    287:12,15 288:15,24
10022 2:14
101 4:20 208:16,16
    224:4 261:4 262:18
    262:19,25 263:2,5,10
    265:23,25 268:1
102 207:10,15 210:4
    213:2
1020 209:14
105 3:19 21:22 22:6,7
    47:9
106 3:21 47:17,18
1077 208:18
1092 241:17
1093 229:9 233:3,21
11 253:18,18 316:3
    324:3
11-16-10 3:22
11-21-02 6:19
11-5-07 7:5
11.9 27:22
11:26 143:14,15
11:37 143:16,18
111 282:2
1130 2:6
1180 2:18
119 247:4
12 248:4

**12:12** 172:6
**12:13** 172:9
**12:59** 173:2,4
**123** 222:3
**126** 190:14,16 191:5
    192:8 342:8
**13** 3:6
**133** 252:14
**137** 124:2,6,9 129:19
    129:23 130:1,8
    137:24 138:8 200:21
    201:11
**137g** 298:6
**14** 3:14,23 23:15 24:1
    63:19,20 68:13 77:25
    215:20 223:18 227:8
    236:19 244:13 298:16
    299:10 302:1 304:1,2
    354:25
**14th** 15:1 17:25 24:5
**145** 199:6
**146** 166:7
**15** 4:8 165:22 166:7
    205:6,9 239:12,13,19
    239:20 330:25
**151b** 328:11 329:23
**152** 4:5
**153** 166:11,15 167:5
**154** 317:11,12,14,16
**154a** 311:18
**156** 316:7 317:10
    330:14
**164** 168:5
**167** 241:2
**17** 6:15 116:2,6,8
    140:23 214:2 286:9
    286:11,14
**173** 168:22
**18** 3:15,17 6:5 281:13
    281:16,23
**1800** 209:11
**182** 242:4,9
**1835** 209:16
**19** 6:10 283:10,12
**1980s** 58:10
**1981** 146:17 148:3,4
    338:2
**1984** 328:24 329:14
**1988** 278:25
**1990** 347:7
**1992** 279:2,9
**1993** 8:12 279:2 334:13
    347:18
**1994** 24:15 26:21
**1995** 281:19 283:20
**1997** 347:6
**1999** 347:6

**2**

**2** 3:15 18:11,12 19:9
    35:5,6 37:10,12,13,20
    94:20 160:10 172:7
    195:19 226:20 247:20
    257:25
**2.02** 265:8,17 267:16
**2.11** 254:10
**2.41** 299:19
**2:32** 246:16,18
**2:39** 246:19,21
**20** 4:22 242:16,18
    335:15
**2000** 153:7,14 347:6
**2001** 325:1,10 326:9
**2002** 251:4
**2004** 7:13,17 278:22,24
    281:20 315:7,10
    316:1 319:13
**2005** 4:5 107:18 251:4
**2006** 277:21 293:12
    295:11,24
**2007** 205:11 225:17
    283:21 288:18 292:22
    295:9,14,18 296:5,8
    347:7,19
**2008** 247:2 292:22
    296:14 297:17
**2009** 296:11,17 297:1
    297:11,14
**2010** 6:10 48:20 260:19
    261:11 263:13,15
    268:22 269:9 270:1
    283:11 296:20 347:19
**2011** 5:10,20 155:19
    157:4 250:24 263:9
    263:13,18,20 264:17
    270:2 294:10,19
    295:3
**2012** 1:17 3:3 12:12
    15:2 17:25 23:15
    24:1 165:11 296:23
    354:25
**205** 4:8
**21** 5:5 51:17 246:23
    247:1 248:20
**212-759-4888** 2:14
**217** 4:12
**22** 3:19 7:5 293:4,6
    299:5,14
**221** 4:15
**224** 4:20
**227** 4:21
**24** 4:12 196:17 217:16
    217:17 222:7 228:10
    228:14 230:15 235:15
    236:23 243:1,13,18
    253:22,22 258:5

259:5 260:13 263:13
    282:1 293:25 294:4
    331:8 333:20
**242** 4:22
**245** 1:19 12:14
**246** 5:5
**25** 4:15 219:21,24
    221:11 335:15
**250** 5:10
**259** 5:15
**26** 5:10 10:10 173:7,11
    173:12 250:2,4
    263:18,20
**264** 5:20
**266** 5:24
**2676** 289:20
**27** 5:20 62:24 63:10
    173:12 264:4,7,10,18
**28** 41:21 173:12 299:12
**281** 6:5
**283** 6:10
**286** 6:15
**29** 5:15 15:8 173:12
    259:18,19 260:6
**290** 6:19
**293** 7:5 105:2,6,23

**3**

**3** 5:24 25:17 26:3,5,8
    26:10 27:7,13 28:11
    173:5 222:21,22,25
    227:5 231:15,22
    232:13 233:15,16
    235:10,11 236:5,12
    246:17 257:2 263:21
    265:24 266:16,21
    285:10 287:4 288:3
    288:20
**3a** 9:8
**3.02** 228:7
**3.14** 254:5
**3.3** 331:6
**3.47** 299:22
**3.5** 258:13
**3.85** 300:2
**3.9** 288:5 328:25
**3:57** 305:9,10
**30** 54:14 59:3 173:12
**30-some** 176:25
**302** 7:10 281:22
**30309** 2:19
**305** 282:19
**31** 173:12
**311** 7:13
**315** 7:17
**32** 173:7,11,13 177:4
**325** 8:5
**328** 8:10

**334** 8:12
**34th** 2:13
**35** 260:17
**36** 7:10 286:17 302:12
    302:22
**375** 330:17,18 332:19
**38** 281:18,20 286:17
**383** 332:5,6,21 333:7
**39** 281:18 283:16

**4**

**4** 169:25 210:9 213:10
    246:22 305:14 331:16
**4b** 146:2 147:25 148:10
    148:12,14 149:10
**4.0.2e** 62:24
**4:04** 305:11,13
**4:21** 319:7
**4:23** 319:10
**4:31** 326:3
**4:36** 326:6
**4:49** 336:8
**4:51** 336:11
**40** 3:17 18:22,23 19:1,7
    22:12,13 28:3,15
    29:21 32:7,8 45:18
    140:22 161:13 173:8
    242:21 260:16 283:16
**404-572-4600** 2:19
**406** 313:4
**41** 243:4,9
**410** 313:21
**437** 2:13
**44** 293:2
**45** 8:5 325:2,3,11 326:8
**46** 293:2
**463** 247:24
**47** 3:21 340:16
**48** 259:22
**49** 259:22
**499** 333:3

**5**

**5** 248:4 251:15 254:18
    255:16 256:5 282:19
**5-HT** 312:8,11,17
    313:8 320:1,6,12
    335:12,17 336:2
**5-HT2b** 321:10,14,23
    322:12,17,18,21,24
    323:2
**5-14-12** 3:14
**5.8** 289:15
**5:10** 352:11
**5:12** 353:13
**5:30** 11:7,19 14:9
**50** 160:10 276:18
**500** 251:24 252:2

**504-264-9915** 2:7
**51** 3:22
**52** 264:19
**53** 7:13 51:3,7,8,10,10
    51:10,15,17 311:17
    311:19,23
**533** 68:13 77:25 78:4
**537** 77:25 78:6 80:24
**54** 7:17 264:20 265:4
    265:11 298:5 315:20
    315:23
**55** 97:6 325:10
**56** 8:12 334:4,5
**572** 251:8,21 252:6
**58** 307:1

**6**

**6** 3:22 50:18 51:4
    252:15,20 256:13
    282:22
**6-20-84** 8:10
**6-28-07** 6:15
**6-6-01** 8:5
**6.1** 118:13
**63** 3:23 118:2
**64** 4:5 146:1,6 148:1,10
    151:2 152:23 153:2
    153:12
**65** 95:3 152:18 153:5
    153:16,20 154:1,5

**7**

**7** 187:3 242:8 332:11
**7c** 333:7
**70-page** 40:22
**70130** 2:7
**71** 197:10
**754** 64:2,9 65:11 66:8
    80:22,23 96:11 97:5,8
    98:2,4,11 215:5,19,24
    223:9,13,18,23
    224:10,19 225:6,18
    225:19 226:3 234:6
    234:12 239:7 244:14
    252:23 253:2,10
    256:12 257:5,12,17
    257:19,25 263:23,25
    269:3
**754.5** 257:20
**754.89** 215:21
**755** 68:11,17 77:25
    78:4 79:9 80:11 82:5
    82:7,12,22 88:20 89:9
    90:8,15 91:2 95:1,2
    98:12,14,21 99:16
    100:25 102:18 215:6
    227:8 231:16 233:18
    234:22,25 236:20,25

Shira Kramer, Ph.D., MHS

237:13,17 238:19
240:22 243:7,11,19
244:15,22,25 245:20
245:25 246:6 249:16
252:23 253:3,25
255:4,12 256:12
258:1,8,18,25 259:4
259:11 283:1 285:18
286:1 288:17
**755.01** 78:10
**755.02** 78:11
**755.1** 69:3,7 78:15
**755.2** 78:18,21
**755.21** 78:24
**755.50** 34:11
**755.6** 254:21
**755.65** 94:25
**756** 80:24 81:2,23,24
82:21 83:1,4,23,24
84:15,21 85:11 86:17
88:3 90:12 91:1
228:2 240:6 244:15
245:2 252:23 253:3
254:7 256:12 257:5
257:18
**77** 335:11 336:2
**78** 6:19 290:21 291:14

---

### 8

**8** 24:14 284:4,5 286:2
**8-27-08** 5:5
**8-30-07** 4:8,15
**8.3** 287:8 288:19
**8:34** 1:18
**8:37** 11:19
**8:38** 12:1
**815** 209:14
**82** 8:10 328:6,7,13
**88** 41:21
**89** 215:25

---

### 9

**9** 28:15 29:21 31:9,14
32:7 33:3,8,22,25
34:17 35:6 161:12
267:4 285:8,9
**9-18-06** 6:5
**9:08** 40:11
**9:09** 41:6
**9:17** 41:7,9
**90** 15:9,12,14
**921** 299:6,14
**922** 293:14
**94** 59:3
**94,000** 251:16
**95** 228:6 265:16
**968** 264:18,22