# Exhibit 3


Epidemiology
International

**FINAL REPORT:**
Expert Opinion of
Shira Kramer, Ph.D.

**Prepared by:**
Shira Kramer, Ph.D.
Epidemiology International, Inc.
111 Lake Front Drive
Hunt Valley, MD 21030

*Shira Kramer*
Shira Kramer, Ph.D.
March 14, 2012

**Prepared for:**
Martzell & Bickford
338 Lafayette Street
New Orleans, Louisiana 70130

**In Reference to:**

Andrea Frischhertz, Brad Frischhertz and E.F. Frischhertz v. SmithKline
Beecham Corporation, in Louisiana Eastern District Court,
Case No.: 2: 2010cv02125

**Table of Contents**

**Page**

1. BACKGROUND AND EXPERIENCE OF DR. SHIRA KRAMER ...............................3

2. PRINCIPLES OF EPIDEMIOLOGY.........................................................................4

    2.1. What is Epidemiology? ......................................................................................4

    2.2. Epidemiologic Tools and Statistical Methods ................................................4

    2.3. Evaluation and Interpretation of Epidemiologic Studies .............................11

    2.4. Hyper-Susceptible Populations and Critical Periods of Development ........17

3. PAXIL® (PAROXETINE) ........................................................................................20

4. CONGENITAL CARDIAC AND LIMB DEFECTS....................................................21

    4.1 Embryology and Developmental Timing Of Congenital Cardiac  and Limb
Defects .......................................................................................................................28

5. SUMMARY LIST OF OPINIONS ...........................................................................29

    5.1. Opinion 1: Cardiac Teratogenicity of Paxil® (Paroxetine) .............................29

    5.2. Opinion 2: Limb Teratogenicity of Paxil® (Paroxetine)..................................29

    5.3. Opinion 3: Mechanistic Support for Teratogenicity of Paxil® (Paroxetine)..30

6. BASES OF OPINIONS............................................................................................30

    6.1. Bases of Opinions 1 and 2: Cardiac and Limb Teratogenicity of Paxil®
(Paroxetine) ...............................................................................................................30

        6.1.1.  Summary of Cardiac and Limb Teratogenicity of Paxil® (Paroxetine) ..........54

    6.2. Basis of Opinion 3:  Mechanistic Support for Teratogenicity of Paxil®
(Paroxetine) ...............................................................................................................58

7. CONCLUSIONS.....................................................................................................63

EXHIBIT 1. CURRICULUM VITAE OF EXPERT, SHIRA KRAMER, PH.D. .................66

EXHIBIT 2. PREVIOUS TESTIMONY OF SHIRA KRAMER, PH.D. ............................72

REFERENCES.............................................................................................................76

## 1. BACKGROUND AND EXPERIENCE OF DR. SHIRA KRAMER

1. I am President of Epidemiology International, Inc. (formerly RidgeCom, Inc.), a full-service epidemiological research and consulting firm founded in 1984.

2. I am an epidemiologist specializing in the design, conduct, and analysis of studies of the relationship between environmental, occupational, and other types of risk factors, and patterns in the occurrence of, and survival from, disease.

3. I received a Bachelor of Arts degree in the Natural Sciences from the Johns Hopkins University in 1973; a Master of Health Science degree in Human Genetics from the Johns Hopkins School of Public Health in 1975; and a Ph.D. in Epidemiology from the Johns Hopkins School of Public Health in 1979.

4. I have over 25 years of experience in conducting original epidemiological research, as well as evaluating and interpreting epidemiological and biomedical data.

5. From 1978 to 1984, I was an Assistant Professor of Epidemiology at the University of Pennsylvania School of Medicine, where I taught primary courses in Epidemiology to graduate students, medical students, and physicians. I served as a thesis Advisor to graduate students.  During that time, I co-authored a best-selling textbook on epidemiologic methods.

6. From 1978 to 1984, I held the position of Epidemiologist at the Children's Cancer Research Center at the Children's Hospital of Philadelphia.  I designed and conducted NIH-supported studies of incidence patterns of childhood cancers, and case-control studies of risk factors for childhood cancers. These studies are among the first and largest such studies ever published. I was also responsible for designing studies utilizing data from the largest population-based pediatric cancer registry in the world, the Greater Delaware Valley Pediatric Tumor Registry.

7. In 1984, I founded RidgeCom, Inc. (now called Epidemiology International, Inc.), which specializes in epidemiological/biomedical research.  Epidemiology International conducts studies for clients in industry, academic institutions, federal and state agencies, and professional trade organizations.  These studies focus on a wide range of diseases including cancer, cardiovascular diseases, neurobehavioral conditions, respiratory illnesses, birth defects, and reproductive outcomes.

Page 3

8.  I am a member of numerous professional societies, including the American Public Health Association and the International Society for Environmental Epidemiology.

9.  I am a Fellow of the American College of Epidemiology.

## 2. PRINCIPLES OF EPIDEMIOLOGY

### 2.1. What is Epidemiology?

10.  Epidemiology is the study of the occurrence of illness and disease in human populations, especially the cause(s) (etiology) and determinants of patterns of disease.  A principal aim of epidemiological studies is to determine how and why disease rates vary among populations and what factors are associated with increased risk of disease.  Another major objective is to quantify the magnitude of the relationship between risk factors and disease.  Epidemiologists use standardized methods and tools to *describe* disease occurrence in a given population, to *identify* populations at high risk, and finally, to *evaluate* causal factors.  Epidemiologists interpret results within the context of available information and data in order to critically assess the weight of the entire body of evidence.  This evidence comes from numerous sources including toxicological experiments, clinical case reports, disease/exposure monitoring systems, and epidemiological studies.

### 2.2. Epidemiologic Tools and Statistical Methods

11.  Most epidemiological studies of the relationship between a risk factor and disease are observational in nature, as opposed to experimental. Unlike toxicological studies, which can control genetic, environmental, dietary, and other exposure factors in animals, most human studies must be designed to observe documented exposures and their relationship to disease risk.  Dr. Martha Linet explains, "Epidemiologists typically evaluate the association between exposure and disease by estimating the ratio of rates of disease in people who had previous exposure to the agent with unexposed people" [154].

12.  Controlled human epidemiological studies generally fall into one of three categories:  a) experimental/clinical trials, b) cohort studies, and c) case-control studies.  These types of studies, all of which incorporate control populations, permit the evaluation of the potential relationship between exposure to a factor of interest and risk of disease for other specific health outcomes.  Clinical trials are an example of an experimental study

design, while cohort and case-control studies are considered to be observational study designs.

13. The purpose of a clinical trial is to test the efficacy of a preventive or therapeutic intervention, such as a vaccine or pharmacological agent. Clinical trials must be ethical with regards to exposure so that potentially harmful treatments are not utilized. With respect to pregnant women, their fetuses are considered a vulnerable as well as hypersusceptible population; thus women of child bearing age were often excluded from participating in clinical trials [262]. Study subjects with a diagnosis of the disease in question are ascertained through informed consent and randomized to treatment groups, so that these groups are comparable on all factors except treatment status. Often times, one of the treatment groups (i.e., the comparison group) will receive a placebo, which is an inert treatment intended to have no effect other than the psychological benefit of offering treatment. However, when an effective treatment is available, the use of a placebo group may be considered unethical and the best available treatment should be used as a comparison instead. Results are analyzed with intention-to-treat so that investigators must "analyze what they randomize." In other words, the analysis should be compared to the originally randomized treatment groups to avoid the effects of crossover and drop-out, which may alter the randomization to the treatment groups. Blinding is often carried out to minimize bias. Ideally, the investigator that assigns treatment, the patient, and the assessor of the outcome should all be blind to the treatment assignment. Studies in which the patient and the assessor are blind to the treatment assignment are known as double-blind studies.

14. Cohort studies identify study populations according to exposure or non-exposure to the risk factor of interest, and then follow these two groups forward in time to measure their respective rates of the disease of interest. Healthy cohorts are first identified according to exposure/non-exposure (or different levels of exposure), and before disease develops. The investigator verifies exposure among the "exposed" group, and identifies a comparison group(s) which is not exposed to the risk factor ("unexposed" group) but which is representative of the unexposed population from which the exposed group was identified. Cohort studies are ideal if the prevalence of exposure to the risk factor in the general population is low, because the investigator can assemble a cohort or specific population with known exposure to the factor of interest. Cohort studies permit the direct calculation of incidence rates of disease according to exposure group, and therefore can generate measures of relative risk (RR) of disease according to exposure status or level. There are several significant disadvantages, however, to cohort studies. They are not efficient for the study of diseases of low incidence because of the very large number of study subjects that would be required.

Cohort studies may require long follow-up periods between exposure and disease occurrence, large numbers of study subjects, and therefore high cost.  Cohort studies must be designed with the proper follow-up period for the true incidence of disease to be appropriately estimated.  If the follow-up period is not sufficient the incidence of disease may be underestimated, causing an attenuation of the observed RRs.

15.  Case-control studies first identify groups of individuals with the disease of interest ("cases") and groups of individuals without the disease of interest ("controls"), and then compare the respective proportions in each group that were exposed to the risk factor of interest prior to the diagnosis or reference date.  Case-control studies should include only cases with newly diagnosed disease, because the validity of case-control studies depends upon accurate classification of disease status.  Case-control studies are ideal for the study of rare diseases, because it is efficient to assemble a sufficiently large group of individuals with the disease over a short interval of time instead of following a huge population of healthy persons over a long period of time and waiting for the disease to develop.  Case-control studies are less expensive and less time-consuming than cohort studies, and generally require a smaller number of study subjects.  One disadvantage is that it is not possible to directly calculate incidence rates of disease because there are no appropriate denominators.  However, the relative risk of disease can be estimated in case-control studies utilizing the odds ratio (OR) (see below).

16.  Case reports and case series represent observations of the occurrence of disease among specific groups of exposed individuals.  While case reports are not controlled studies, they provide important information and indeed may be the first indication about a relationship between a risk factor and a disease.

17.  In order to identify groups at high risk of disease, it is necessary to calculate rates of disease specific to demographic, personal, and other characteristics (e.g., age, race, sex, and risk factor exposure status).  The nature and form of the variables studied should rationally serve the ultimate goal of identifying groups at unusual risk, and identifying unusual patterns of disease in a population.  Measures of risk of disease are associated with potential causal factors.  Epidemiologists study defined populations in order to draw causal inferences for subgroups of the population.

18.  In studying the association between a population risk factor and disease, a group chosen for study must be defined, but the group is not required to be representative of all persons ever exposed to the risk factor (in a cohort study) or representative of all cases of the disease that have ever

been diagnosed (in a case-control study).  Rates are often compared between subgroups.  There are several ways to determine if a relationship exists between exposure and disease:  a) compare disease rates in an exposed group to disease rates in an unexposed group; b) examine how disease rates change within a study group according to level of exposure.

19.   An important measure of the risk of developing disease in a defined population is the <u>incidence rate</u> (*number of new cases of disease during a specified time period divided by the population at risk of disease during the specified time period*).  The calculation of incidence rates of disease requires the definition and enumeration of a population at risk of developing the disease (denominator); the number of new cases of the disease that occurred in the population at risk (numerator); and a time period.  An incidence rate may be calculated for any age group, any geographical area, any exposure group, or any other risk factor category that serves the ultimate goal of identifying groups at unusual risk.

20.   Another routine tool used in epidemiology is to measure the probability of having a disease, such as a birth defect, by calculating <u>prevalence rates</u> (*number of individuals with a disease at a specified time divided by the total population during the specified time*).  This measure does not require knowledge of time of onset.  However, prevalence rates do not express risk of *developing* disease; rather, they express risk of *having* a disease.  In the case of birth defects, the true number of conceptions is unknown when factoring spontaneous abortions. The incidence rate therefore cannot be determined making prevalence rates the preferred method of measurement [184].

21.   Statistical measures of disease risk in the exposed study population compared to the non-exposed control population involve the comparison of incidence rates in each group.  The <u>rate ratio</u>, or <u>relative risk (RR)</u>, measures the ratio of incidence rates in exposed and unexposed groups (*incidence rate in exposed group divided by incidence rate in unexposed group*).  If the RR equals 1.0, there is no detectable excess risk of disease associated with the exposure.  If the RR measure exceeds 1.0, the risk of disease is higher in the exposed group.  For example, a RR of 2.0 means that the risk of disease is twice as high in the exposed group as compared to the unexposed group.  A RR of 1.5 means that the risk in the exposed group is 50% higher than in the unexposed group.

22.   The relative risk is the measure of exposure-disease association used in cohort studies, because it is possible to calculate incidence rates directly in both the exposed and unexposed groups.

23.   The <u>odds ratio (OR)</u> is the measure of exposure-disease association used in case-control studies.  For diseases of low incidence, the OR is an accurate estimation of the relative risk.  The OR is defined as *the odds of exposure among the cases divided by the odds of exposure among the controls*.  The interpretation of the OR in a case-control study is the same as the interpretation of the RR in a cohort study.  Therefore, an OR of 2.0 means that exposure to the risk factor is associated with a two-fold risk of disease compared to the risk in the unexposed control group.

24.   In studies of birth defects, the RRs and ORs will be comparisons of prevalence rates rather than incidence rates, due to the aforementioned rationale.

25.   The most meaningful measure and method for specifying the precision of a parameter, such as the RR or OR, is to construct a <u>confidence interval (CI)</u>, which is routinely calculated to *estimate the range within which the parameter* (i.e., RR) *could vary because of variability in the data*.  A CI conveys information concerning the magnitudes of effect that are statistically excluded based on the empirical results.  Thus the RR or OR has a CI around it that expresses how "stable" the estimate is in repeated trials, and the endpoints of that interval are called the confidence limits.  A 95% confidence interval provides the percentage is the range of values that would include the "actual" risk 95 times out of 100 if the same study were repeated over and over again, allowing for random fluctuations in the data inherent in the selection of subjects.  Thus, a relative risk of 16.58 with a confidence interval of 1.51 to 182.21 would be highly likely to represent a true RR of greater than 1.51, or as high as 182.21, in 95 out of 100 repeated trials.

26.   While the confidence interval includes a range of statistically predicted risk values, the most likely "actual" risk is the one that is calculated in the study itself (i.e., the RR or OR).  Furthermore, the width of the confidence interval is heavily influenced by sample size and other factors of epidemiological study design and sources of random variability in the data collection process [227].

27.   Biomedical researchers may perform a test of statistical significance to evaluate an association between a risk factor and disease.  Declarations of statistical significance are based upon p-values.  The <u>p-value</u> expresses the *probability that a difference in outcome detected between exposure groups results from random variation or unexplained factors alone*.  P-values are interpreted as the probability (i.e., 0.05, 0.01, 0.001) that an observed difference is due to random variation or unexplained factors, and not due to a systematic difference between exposure groups.  Therefore, the p-value represents the probability that claiming a

meaningful difference between study groups will be erroneous.  Although a p-value of less than or equal to 0.05 is often chosen to represent statistical significance, this standard is arbitrary.  If statistical significance testing is conducted, the investigator should determine the p-value level that represents a statistically significant finding based upon consideration of the nature of the study, the population under study, and the consequences of missing a true association, should one exist.

28. Statistical tests of significance may be carried out as two-sided or one-sided tests.  Two-sided tests indicate that the investigator does not have any *a priori* knowledge as to which direction the difference in risk between study groups might lie i.e., the cases might be equally likely to have a significantly higher or lower rate of exposure compared to the controls.  On the other hand, if prior studies have indicated that the exposure is associated with an increased risk of disease (and not a decrease in disease risk), the investigator would be justified in conducting a one-sided test of statistical significance.  A one-sided test of statistical significance can be used when the hypothesis states that the measure of relative risk will only be detected as either significantly elevated *or* decreased, but not both.

29. Some researchers have developed an inappropriate and ill-conceived reliance on statistical significance testing.  Sir Ronald A. Fisher, one of the leading statisticians of the 20th century, developed the concept of statistical significance testing as a rough guide for scientific inference [31].  This reliance detracts from meaningful and proper interpretation of the results of epidemiological studies, which is to *measure or quantify* an effect, and to specify the *precision* of the parameter of effect.  A significant body of literature argues against reliance upon arbitrary p-values and "statistical significance testing" in assessing the validity of findings [18, 148, 177, 263].  Dr. Kenneth Rothman states, "Testing for statistical significance has become so commonly used that it has often been mistaken for scientific inference itself, but the connection is actually remote" [225]. In another paper, Rothman writes:  "One example of the negative influence of statistical thinking in epidemiologic practice is the dominance of statistical hypothesis testing in epidemiologic data analysis…The notion of statistical significance has come to pervade epidemiologic thinking, and results are declared 'statistically significant' or 'non-significant' using arbitrary criteria that became conventional" [228].  Gardner and Altman agree: "The implication of hypothesis testing – that there can always be a simple 'yes' or 'no' answer as the fundamental result from a medical study – is clearly false and used in this way hypothesis testing is of limited value" [105].  The use of p-values as a litmus test for proof of an association obscures important information and may be misleading.  In addition, in order to reach a decision regarding a causal relationship, one must look to the entire

weight of the evidence rather than focusing on any particular study result and its level of statistical significance.  As stated in the Federal Judicial Center (FJC) Reference Guide on Statistics: "In the end, deciding whether associations are causal is not a matter of statistics, but a matter of good scientific judgment" [138].

30. If statistical tests of significance are performed, the choice of the level of the significance test should be well reasoned, based upon factors such as the prevalence of the risk factor under study, the size of the population, and the magnitude of the difference in risk that one wishes to detect.  In the words of R.A. Fischer, "In choosing the grounds upon which a general hypothesis should be rejected, personal judgment may, and should, properly be exercised" [97].

31. It is inaccurate to interpret results that do not meet the 0.05 level of statistical significance as not meaningful or non-contributory to a causal argument [10].  It is a grave error to interpret such results as necessarily due to random variation or unexplained factors.  There are many other determinants of statistical findings, including those factors listed above.  As such, it is inappropriate to exclude a study in a causal assessment just because the results fail to attain statistical significance.

32. The level of confidence (or width of the confidence interval) is specified by the investigator depending on the nature of the analysis.  While 95% confidence intervals (analogous to a p-value of 0.05) are commonly used in the medical literature, ideally this level should be set based on the nature of the population under study and the consequences of erroneously claiming a difference between the exposed and unexposed populations.  Other factors that guide the choice of the width of the confidence interval include the prevalence of the risk factor, the size of the population under study, and the magnitude of the difference in risk that the investigator wishes to detect

33. Confidence intervals and the p-value both function to convey information about magnitude and precision of the estimate.  Confidence intervals, however, are more informative than the simple results of hypothesis tests (where we decide 'reject the null hypothesis' or 'do not reject the null hypothesis') since they provide a range of plausible values for the unknown parameter.

34. The width of a confidence interval is largely driven by the sample size in a study.  Smaller sample sizes contribute to greater instability in estimating the precision of a risk estimate.  Even in studies with relatively large overall sample sizes (e.g., cohort studies), when analyses are conducted by subgroups, such as demographic factors (e.g., gender, race, age category), exposure conditions (e.g., job title), or disease

outcomes (e.g., birth defect prevalence), the sample size available for analysis is reduced from the overall study sample size, and as such, confidence intervals may be more likely to be broad and to include the null value of 1.0.

35. It is important to note that a "negative" finding, (e.g., a risk ratio with a non-statistically significant p-value or a confidence interval that includes the null value of 1.0) does not prove the null hypothesis of no association [20]. By definition of hypothesis testing, the null hypothesis cannot be proven, only disproven. Failing to reject a null hypothesis does not mean that it is true. Especially with small samples, one must be careful not to accept the null hypothesis. Therefore, failing to reject the null hypothesis does not give us enough information to conclude anything about the viability of the null hypothesis, primarily because of the high probability of Type II error (i.e., low statistical power) [11].

36. The presence of studies in the literature with "negative" or null findings is not uncommon and not unexpected. Dr. Sheldon Krimsky states: "Each type of study may provide some evidence, but each has its limitations. If a chemical were known to be one of the causal agents responsible for a human disease, then we would expect a series of evidentiary pathways to converge on that conclusion… But not all of the evidence may be consistent with that result" [143]. In practical terms, "no study can prove that any particular exposure is 'safe'" [91].

37. A number of methodological issues inherent in epidemiologic research may preclude the identification of positive associations in a study, such as the appropriateness of the study population, insufficient statistical power (too few study subjects), inadequate length of follow-up, failure to account for adequate latency periods, failure to include all individuals at risk, the "healthy worker effect," and other methodological limitations [227].

## 2.3. Evaluation and Interpretation of Epidemiologic Studies

38. Studies of risk factors for disease in humans, including birth defects, are necessarily observational in nature, and the investigator cannot directly control all factors that might constitute a "perfect" study, including which individuals participate, their genetic characteristics, their lifestyles, habits, etc. However, human epidemiologic studies, along with toxicological data and clinical observations, have been extraordinarily powerful and informative about the risk factors for human disease.

39. In evaluating the validity of a study, the primary issues are the role of *bias, confounding, random variation or unexplained factors, and true*

*cause or effect.*  (Measurement of random variation has been discussed previously.)

40.   Bias is defined as "systematic error", which can be caused by a variety of flaws in study design, study group selection, and methods used to collect the data.  Bias is generally caused by factors that create unmeasured differences between the study groups.  Biases due to inadequacies in study design are difficult to detect and control in the analysis of a study, and therefore it is important to address these issues in the planning stages of the study.  Bias may also result from failure to control for important confounding variables.

41.   "Information bias" may be introduced if the quality and nature of the information elicited from the study groups (cases and controls, or exposed and unexposed) is systematically different.  "Misclassification bias" may occur if the study subjects in one or both of the study groups are systematically misclassified into the wrong group (i.e., case versus control).  Classification errors may be differential or non-differential. Differential misclassification occurs when the classification error depends on the values of other variables; non-differential misclassification occurs when the classification error does not depend on the value of other variables [228].  The bias caused by differential misclassification on the measure of effect (such as the RR) can be unpredictable. The bias caused by non-differential misclassification tends to be toward the null value (no effect) if the misclassification is independent of other errors [228].  "Selection bias" can occur if one of the study groups, particularly the controls, is not representative of the population from which the cases came.  "Recall bias" occurs in a case-control study if there is differential reporting of exposure status by the case and control groups.  For example, recall bias would occur in a study of pregnancy outcomes if mothers of affected infants reported a different exposure proportion than mothers of unaffected infants [54].  This situation could potentially cause an increase in the observed odds ratio if mothers of affected infants reported an elevated exposure frequency; however, both groups tend to have a similar amount of discrepancies in their self-reporting of exposure status [140].

42.   "Confounding bias" occurs when an unmeasured factor is closely associated with both the exposure of interest and the outcome of interest, thereby confusing or distorting the effects of the relationship between the exposure and the outcome.  Otherwise stated, a confounding factor is associated with the disease, and is also correlated with the risk factor under study, but is not a result of the risk factor under study.  "Confounding by indication" occurs in a study when the indication for treatment acts as a confounder.  For example, in studies of the association between antidepressant use and the risk of infertility,

depression is the indication for treatment and is considered to be a potential confounding factor [230]. The effect of confounding factors may be controlled by several methods, including *matching* of the study groups or subjects to each other based on the confounding factors, or *statistical adjustment* for the effect of confounding factors through stratification or more complicated methods of statistical analysis such as conditional logistic regression.

43. "Publication bias" occurs when the publication of research depends on the nature and direction of the results. Publication bias is generally positive result bias, meaning that study authors are more likely to submit (selective reporting), or editors to accept (selective publication), positive than negative or inconclusive results (i.e., results that are not statistically significant) [61, 130, 248]. Evaluations of clinical and pharmaceutical research show that positive result bias, and overt or covert duplicate publication, often overestimate the efficacy of the drug or treatment under investigation [62, 254, 257]. A study by Lexchin et al. [152] found that research funded by drug companies was less likely to be published or presented than research funded by other sources, and that clinical trials and meta-analyses sponsored by the drug companies favored the product produced by the funder. An examination by Melander and colleagues [170] focusing on studies of selective serotonin reuptake inhibitors (SSRIs) sponsored by the pharmaceutical industry showed that duplicate publication, selective publication, and selective reporting all occurred and introduced bias in systematic literature reviews and meta-analyses. Publication bias also occurs in publications of government-funded trials subjected to peer review [63].

44. In considering the causal or "real" association between a risk factor and disease, the investigator must use judgment about the individual studies under consideration, as well as the entire weight of evidence available from other studies. First, it is important to understand the meaning of the word "cause." A cause of disease can be defined as a component of the interaction of factors that lead to occurrence of disease [228]. There are often multiple interactions of various component causes that create a sufficient cause of a given disease. Certain disease outcomes, especially chronic diseases, often have several independent causes that do not appear individually as necessary and sufficient.

45. Authors of individual scientific studies tend to hedge the claims of scientific papers and are unlikely to submit papers with strong, unhedged conclusions. Regarding published scientific literature and assessments of causation, Dr. Carl Cranor [75] writes that: "[c]onsequently, the tentative, hedging language of professional papers would be a poor guide to how strongly the original author, or even others who held similar views, believed in the results of research," and that "[s]cientists are not

likely to write papers with strong, unhedged conclusions, saying how they are certain that they have discovered a causal relationship…".

46. There are important examples in the history of epidemiology where scientific authorities and authors took many years to define an association as causal, despite the accumulating and compelling weight of the evidence. For example, data on the causal link between smoking and lung cancer began to amass in the 1930s [274] and continued throughout the 1950s and 1960s [197]. In 1950, three important case-control studies linking smoking and lung cancer were published. By the mid-1950s, at least one author stated that the rising incidence of lung cancer was due to widespread addiction to smoking [274]. It was not until 1957 that the US Surgeon General stated an opinion that, "the weight of the evidence is increasingly pointing in one direction: that excessive cigarette smoking is one of the causative factors in lung cancer", and it was not until 1964 that a Surgeon General report established cigarette smoking as the major cause of lung cancer. Importantly, during the 1950s and 1960s, the Surgeon General's opinion on the association between smoking and lung cancer was contradicted by the opinion of the Tobacco Industry Research Committee [197].

47. In 1965, Sir Austin Bradford Hill proffered a suggested list of considerations for assessing causality which include strength of the association, consistency, specificity, temporality, biologic gradient (dose-response), plausibility, coherence of evidence across disciplines (e.g., epidemiology and toxicology), experimental evidence, and analogy [126]. These considerations are clearly multidisciplinary, requiring both human population studies and support from basic, experimental science.

48. However, it should be noted that these and other 'criteria' are not required elements to infer causation (with the exception of temporality) [129, 206, 224, 227, 228, 269]. Indeed, Hill himself, in discussing these guidelines, asserted that the postulates should be used as a reference and that none could be required as essential: "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non" [126, 127]. Instead, guidelines for establishing causation should be viewed as a "sensible or reasonable standard for imputing causation in practice or for policy reasons where knowledge of a disease may be incomplete…" [64]. Instances of established causation exist in which not all of Hill's guidelines were met. For example, the Hill "viewpoint" of strength of the association (i.e., the absolute value of the risk ratio) is not seen in the well-accepted causal relationship between cigarette smoking and cardiovascular disease, due to the common occurrence of cardiovascular disease [228]. The "strength of the association" viewpoint is additionally not observed in the causal relationship between

secondhand smoke and lung cancer. "[S]ystematic reviews [have] identified an excess risk of lung cancer of the order of 24% in nonsmokers who lived with a smoker, which could not be explained by chance, potential biases or confounding" [48]. Although exposure increases the risk by 24% (an OR or RR = 1.24), secondhand smoke, (also known as 'environmental tobacco smoke'), is classified as a known human pulmonary carcinogen by regulatory agencies including the US Environmental Protection Agency and the International Agency for Research on Cancer [37].  As stated by Phillips and Goodman [206], scientists and regulators alike must "escape from the false dichotomy of 'proven vs. not proven,' facilitated by the nonexistent bright line implied by statistical hypothesis testing and by the notion that causality can be definitively inferred from a list of criteria," so that appropriate decisions can be made to protect public health based on the current information that is available.

49.    It is widely accepted that most, if not all, diseases have a multifactorial etiology and arise through multiple mechanisms; that is, the 'cause' actually consists of multiple components that act in concert [160, 224, 228].  Rothman defines a cause of a disease as "an event, condition, or characteristic that plays an essential role in producing an occurrence of the disease."

50.    Multiple non-mutually exclusive 'constellations' of component causes can and do exist [139, 160, 224, 228].  As such, the existence of any particular cause does not negate the causal role of any other cause (e.g., hormonal status, age, genetic makeup).

51.    Much of present day epidemiology focuses on many multifactorial diseases, which include chronic diseases such as cancer and birth defects, as well as exposures to hazardous and pharmacologic agents that are capable of inducing disease pathogenesis in multiple organ systems.  These and other challenges require epidemiologists to evaluate with careful consideration the collective weight of evidence for causality.  Epidemiologic inferences on causation are not dictated by any single piece of evidence, but are based on a mosaic of evidence.  Such a construct of logic depends on the collective power of the evidence and not the potential shortcomings of the individual pieces of evidence [99].  Such evidence is accumulated across many areas of expertise, including environmental sciences, toxicology, epidemiology, and basic sciences, and the weight of evidence is assessed by an evaluation and synthesis of information from these multiple sources.  Animal and toxicological studies, clinical case reports, and epidemiological studies are all pieces of a puzzle and contribute to a weight-of-evidence analysis [65].  The inclusion of a particular study as part of the overall weight of evidence

depends upon a scientist's experience, expertise, and judgment of both the internal and external validity of that particular study.

52.   Inferences on disease causation are made on the basis of a logical deductive process that makes use of a mosaic of evidence. Epidemiologic studies provide critical contributions to the weight of evidence in an assessment of causality.  It is widely accepted that the observational nature of epidemiologic studies, if well conducted, provide the best basis for estimating human risk [247].  However, animal studies provide important and complementary data on toxicology and risk assessment.  There is general acceptance for at least a qualitative relationship between experimental animals and humans with regard to the pathophysiology of disease and qualitative inter-species extrapolation is widely accepted and applied in the fields of Epidemiology and Risk Assessment [118].  Simply put, if a substance causes disease in test animals, then that same substance is considered harmful to humans.

53.   In considering causality, the investigator must use judgment about individual studies, as well as the entire weight of evidence (WOE) available.  Epidemiology as a practice utilizes evidence provided from a multitude of disciplines in order to assess causation, and recognizes that it is the collective WOE that drives its recommendations.   A causation analysis inherently requires epidemiologists to review the methodology of individual scientific studies.  Interpreting a scientific study requires the use of critical thinking to weigh the various factors that may be responsible for the observed association.  This includes evaluating the role of bias, unexplained or random variation, and real effect, together and separately, and making judgments on what generalizations are valid.  Each professional brings a unique set of experiences, training and expertise to this complex process.  Philosophical differences exist between experts, often deeply rooted in beliefs about the 'cost' (both individual and societal) of making inappropriate, or invalid, conclusions. The careful consideration of such costs inherently influences judgments about the internal or external validity of a particularly study, as well as a larger general causation opinion.  The *process* of causation and the *tools* that scientists, and epidemiologists in particular, use to arrive at causation are widely agreed upon and employed every day by scientists and experts in diverse scientific contexts.

54.   This weight of evidence methodology is both standard and accepted in the practice of epidemiology, as well as other scientific disciplines [68, 117, 137, 144].  Federal regulating agencies, including the Food and Drug Administration (FDA), Environmental Protection Agency (EPA), and Agency for Toxic Substances and Disease Registry (ATSDR) use WOE analyses in order to determine if drugs, medical devices, and

environmental and man-made materials are toxic and detrimental to health of humans and other living organisms [12, 89, 98]. "The terms WOE may suggest that a measurement is involved, but that is a false implication of the term" [144]. Weight of evidence analyses use "scientific judgment in evaluation of the totality of the data" [98].

## 2.4. Hyper-Susceptible Populations and Critical Periods of Development

55. In the context of this case, as well as in environmental law and public policy, a hyper-susceptible population is a population subgroup that is at particularly high risk for an adverse outcome. The most commonly recognized hyper-susceptible subgroups include fetuses, pregnant women, children, the elderly, immunocompromised individuals, and individuals with pre-existing health and/or nutritional impairments [199, 205].

56. Among the factors known to influence the toxicity of many hazardous agents is an animal's age at the time of exposure. Both mammalian and avian species demonstrate age-dependence in their sensitivity to hazardous agents. In general, younger animals tend to be more sensitive than their adult counterparts, with differences being dependent on the species and the pharmacologic agent under study. This sensitivity is due to under-developed protective mechanisms that function in adult animals but are reduced or absent in the young, as well as higher rates of DNA synthesis [32, 53, 115]. Fetuses are extraordinarily sensitive, as normal fetal development is highly dependent on a tightly controlled succession of cellular differentiation and migration that is easily disrupted by exposure to chemicals and other teratogens [32, 53, 115, 221].

57. Furthermore, vulnerability to certain chemicals is often dependent on developmental stage. Certain periods of structural and functional development during both prenatal and postnatal life are critical to healthy development, and exposure to a pharmacologic agent during one of these sensitive periods may render the individual particularly vulnerable to its adverse effects [50, 81]. For example, development of the human nervous system extends from the embryonic period through adolescence [221]. Such a long period of development is associated with multiple vulnerable periods related to the temporal and regional emergence of critical developmental processes such as neural proliferation, migration, differentiation, synaptogenesis, myelination, and apoptosis. The toxicological and epidemiological literature reveals that exposure to a wide spectrum of environmental agents during development of the nervous system is associated with developmental neurotoxicity (as reviewed by Rice and Barone [221]). Similarly, the development of the

heart during early gestation involves a precise series of molecular and morphogenetic events including specification of cardiac cell fate, morphogenesis and looping of the heart, segmentation and growth of cardiac chambers, cardiac valve formation, and vascular connections to the heart [245]. Epidemiologic literature illustrates that exposure to numerous pharmacologic agents during the periconceptional period (up to 3 months prior to pregnancy) or the first trimester of pregnancy may cause disruption in this developmental process resulting in congenital cardiac defects (as reviewed by Jenkins et al. [131]).

58.  The opinion that fetuses and children are a hyper-susceptible population, highly vulnerable to environmental toxicants, is largely held in the medical/epidemiologic literature. Dr. Philip Landrigan and colleagues [147] cite this enhanced susceptibility as being "recognized in the creation of the discipline of pediatrics" and underscored by some of the seminal studies on pediatric lead toxicity. The authors further state, "Children are not little adults. They have unique patterns of environmental exposure and developmentally determined susceptibilities that increase their risk of disease following toxic environmental exposure." This recognition is reflected in government health policy regarding assessment of the population health impacts of toxic exposures [116].

59.  While children are often the most commonly considered hyper-susceptible population, additional groups may be susceptible to particular chemicals and specific exposure scenarios. Fetuses are highly susceptible to pharmacologic agents due to the high rate of cell division, the vulnerability of developing organ systems, and the complex interactions among multiple cell types and regulatory factors necessary to support a successful pregnancy [19]. For example, use of the non-steroidal anti-inflammatory (NSAID) drug indomethacin during pregnancy has been known to cause oligohydramnios, premature closure of the fetal ductus arteriosis with subsequent persistent pulmonary hypertension of the newborn, fetal nephrotoxicity, and periventricular hemorrhage [39]. Women, and pregnant women in particular, may also be more vulnerable to pharmacologic agents due to hormonal factors, metabolic factors, and the multiple physiological stressors associated with pregnancy, childbirth, and nursing [171]. Individuals with pre-existing health and nutritional conditions, such as immunological impairment, pre-existing disease, or nutritional deficits often experience increased susceptibility to adverse health effects from chemical exposures. Elderly individuals may also be a hyper-susceptible population due to the increasing frequency of multiple co-morbidities and nutritional deficits with age, as well as increasing cumulative dose of exposure to environmental toxicants.

60. Aware of the potential risk to the fetus, the FDA introduced pregnancy labeling categories for prescription drugs in 1979.  These categories were intended to provide a risk-benefit formula for practitioners by standardizing the presentation of experimental animal and human data on potential pregnancy effects of medications.  The current categories are defined in the following table [169]:

**Current FDA Categories for Drug Use in Pregnancy**

| Category | Description |
|---|---|
| A | Adequate, well-controlled studies in pregnant women have not shown an increased risk of fetal abnormalities. |
| B | Animal studies have revealed no evidence of harm to the fetus, however, there are no adequate and well-controlled studies in pregnant women.<br>**or**<br>Animal studies have shown an adverse effect, but adequate and well-controlled studies in pregnant women have failed to demonstrate a risk to the fetus. |
| C | Animal studies have shown an adverse effect and there are no adequate and well-controlled studies in pregnant women.<br>**or**<br>No animal studies have been conducted and there are no adequate and well-controlled studies in pregnant women. |
| D | Studies, adequate well-controlled or observational, in pregnant women have demonstrated a risk to the fetus. However, the benefits of therapy may outweigh the potential risk. |
| X | Studies, adequate well-controlled or observational, in animals or pregnant women have demonstrated positive evidence of fetal abnormalities. The use of the product is contraindicated in women who are or may become pregnant. |

61. The FDA is proposing major revisions to this labeling strategy due to perceived limitations in the labeling among the medical and scientific community [212].  If implemented, the pregnancy subsection of labeling must include a risk summary.  This risk summary should encapsulate the risks of the medicine to the fetus, and contain a discussion of the data supporting that summary.  These changes would eliminate the current pregnancy categories, and provide more detailed and relevant clinical information useful for counseling pregnant women about the prescribing and management of use of the medication [8].

62. When adequate studies in the literature do not exist to assess the particular susceptibilities of potential hyper-susceptible populations, it is reasonable to assume that risk estimates in the literature potentially underestimate the risk of an adverse health outcome associated with an exposure for hyper-susceptible populations.

3.  **PAXIL® (PAROXETINE)**

63.  The goal of this report was to conduct a weight-of-evidence analysis of the association between exposure to Paxil® (paroxetine) during the first trimester of pregnancy (defined as weeks 0 – 14 after conception) and congenital cardiac and limb defects.

64.  Paxil® (paroxetine) is an orally administered psychotropic drug used in the treatment of depression, obsessive compulsive disorder, panic disorder, social anxiety disorder, generalized anxiety disorder, posttraumatic stress disorder, and premenstrual dysphoric disorder (PMDD) [46].

65.  The recommended initial dose of Paxil® (paroxetine) for the treatment of depression is 20 mg/day, and should be administered as a single daily dose [46, 113].  If a dose increase is necessary, it should be implemented in 10 mg/day increments at intervals of at least one week. Steady-state concentrations are needed for therapeutic effects to be seen, and these levels can be achieved in approximately ten days for most patients.  Clinical trials have demonstrated the efficacy of Paxil® (paroxetine) in the treatment of depression for up to one year [113].

66.  Paxil® (paroxetine) is the hydrochloride salt of a phenylpiperidine compound identified chemically as (-)-*trans*-4$R$-(4'-fluorophenyl)-3$S$-[(3',4'-methylenedioxyphenoxy) methyl] piperidine hydrochloride hemihydrate [113].

67.  Paxil® (paroxetine) is a selective-serotonin reuptake inhibitor (SSRI) meaning that its efficacy in the treatment of the aforementioned disorders is linked to potentiation of serotonergic activity in the central nervous system resulting from inhibition of neuronal reuptake of serotonin (5-hydroxy-tryptamine, 5-HT).  Paxil® (paroxetine) has the highest affinity for human serotonin transporters compared to other SSRIs [165], and thus is the most potent inhibitor of serotonin reuptake of all the SSRIs [46, 125, 250].

68.  Paxil® (paroxetine) is extensively metabolized, with a mean elimination half-life of approximately 21 hours in adult humans.  The principal metabolites are polar and conjugated products of oxidation and methylation, which are readily cleared and considered to be inactive [113, 125].

69.  It takes six half-lives for 98% of a drug to be eliminated from the human body, at which point a person may be considered drug-free [132]. Therefore, assuming a mean elimination half-life of 21 hours, it would take more than 5 days for Paxil® (paroxetine) to be completely

eliminated from a person's body following discontinuation of use.  Half-life data and mean elimination rates are averages based upon the specific population studied, and individual metabolism rates can vary.

70.   Six pure SSRIs, with similar, class-based toxicological profiles, are available in the US: citalopram, escitalopram, fluvoxamine, fluoxetine, sertraline, and paroxetine [189].  While all six of these drugs have the property of potent serotonin reuptake inhibition, they also all have unique individual pharmacological profiles of secondary binding properties.  This is a possible explanation for why the SSRIs have clinically detectable distinctions, especially at higher doses [246].

71.   Epidemiological studies show that 15-25% of pregnant women are affected with a psychiatric disorder [80].  It is estimated that the lifetime risk of depression for women ranges from 10 to 25%, with the peak prevalence occurring between the child bearing ages of 25 and 44 years [83].  Women depressed during pregnancy are found to have more obstetrical complications such as premature delivery [196, 256], preterm onset of labor [79], low birth weight infants [256], and pre-eclampsia [150].  In addition, infants of depressed mothers are shown to have numerous adverse outcomes including delayed linguistic development and behavioral difficulties [95].

72.   Data from a study by Milea et al. [173] indicates that Paxil® (paroxetine) is prescribed to both patients with depression and anxiety in almost equal numbers.  Among a total study population of 183,440 individuals beginning antidepressant treatment in 2003 and 2004, Milea and colleagues show that similar proportions of paroxetine users were treated for depression (24%) and anxiety (24.7%).

73.   There has been a significant increase in the use of SSRIs among pregnant women since their introduction into the US market in 1988,and they are the most commonly used antidepressant medication during pregnancy [13, 73].  Between 2001 and 2005, SSRIs were estimated to be used in 5.6% of all pregnancies, and 83.5% of all pregnancies in which an antidepressant was administered [17].  SSRIs have also shown a marked increase in use in European countries such as The Netherlands [25, 266].  Between 2001 and 2005 in the US, approximately 1% of pregnant women were dispensed Paxil® (paroxetine) during the first trimester of their pregnancy [17].

## 4. CONGENITAL CARDIAC and LIMB DEFECTS

74.   A teratogen is defined as any agent that during prenatal life produces a permanent alteration in morphology or function of the offspring [236].

The agent may be a chemical, drug, infectious agent, physical agent, or a maternal or metabolic condition [279]. There are several key aspects regarding teratogenicity: 1) the stage of embryonic development determines susceptibility to teratogens, and 2) a specific teratogen acts on a particular aspect of cellular metabolism (i.e., affects cellular physiology or alters the genetic mechanism) [286].

75. Teratogens can cause an array of effects on the developing fetus including adverse health outcomes, birth defects, and even cancer. For example, thalidomide (alpha-phthalimido-glutarimide), while commonly associated with limb defects, is also involved in defects of the ears, eyes, kidneys, urinary tract, alimentary tract, and genital tract. Thalidomide is documented as the cause of cardiac defects including patent ductus arteriosis, ventricular septal defects (VSD), atrial septal defects (ASD), pulmonary stenosis, and complex conotrucal defects [244]. Exposure to diethylstilbestrol (DES) during pregnancy is found to cause miscarriage, preterm delivery, adenosis, structural defects of the female reproductive tract (vagina, cervix, and uterus), and clear-cell adenocarcinoma [82, 279]. Maternal exposure to DES during pregnancy is found to cause adverse effects in male infants including genital lesions (epididymal cysts, hypotrophic testes, or capsular induration of the testes) and pathological changes in spermatozoa [82]. Consumption of alcohol during pregnancy may result in fetal alcohol syndrome, which is a clinical pattern of anomalies characterized by intrauterine growth retardation, mental retardation, microcephaly, characteristic faces, joint defects, skeletal defects, dermal defects, cleft palate, and cardiac defects [82, 279]. Anti-epileptic drugs (AEDs), such as valproic acid, are found to increase the risk of major congenital anomalies, including heart defects, cleft lip and cleft palate, and anomalies of the urinary tract, limbs and brain (especially neural tube defects) [195] Accutane® (isotretinoin) is associated with miscarriage, craniofacial anomalies (microtia or anotia, accessory parietal sutures, narrow sloping forehead, micrognathia, flat nasal bridge, cleft lip and palate, and ocular hypertelorism), abnormalities in thymic development, alterations in central nervous system development, and cardiac defects (including conotrucal defects, aortic arch abnormalities, and VSD) [82, 159].

76. Birth defects are a broadly defined class of developmental outcomes that may include congenital malformations, functional and metabolic disorders, and other developmental delays or alterations, not all of which may be recognizable at the time of birth or in the immediate postnatal period [237].

77. Congenital birth defects are the leading cause of infant death (> 20%) in the United States [290].

a. Congenital cardiac defects are the leading cause of death from congenital birth defects [131], as 30% of infants who die from a birth defect have a cardiac defect [223]. The prevalence of congenital cardiac defects is estimated to be 4 to 10 per 1,000 live births, with 40% diagnosed within the first year of life [207]. Ten percent of infants diagnosed with congenital cardiac defects will die within the first year of life, and this mortality rate results in an annual cost of more than $8 billion in medical expenses and lost contributions to the gross national product [176]. The body of published literatures shows that there has been an increase in the occurrence of congenital cardiac defects over the past several decades [42]. Improvements in defect ascertainment (e.g., diagnostic technology such as echocardiography) and reporting have contributed to this trend, but we cannot be certain that these factors fully explain the observed increase [42].

b. Congenital limb defects occur in a spectrum from the shortening of digits to the complete absence of one or more limbs [6, 36]. Limb defects can lead to severe functional deficits, including impaired development of motor skills, limitations in movement, and the need for assistance with daily activities [58]. The prevalence of congenital limb defects is estimated to be between 1 to 5 per 10,000 live births [56, 198]. Epidemiologic evidence indicates that the prevalence of limb defects has been consistent in recent decades (1990s-present) [56, 198].

78. Epidemiologic studies are the most useful in understanding the frequency, trends, and incidence of congenital malformations [49]. The ideal epidemiological study of birth defects would be able to examine the association between exposure to a potential teratogen and risk of specific congenital malformations. However, this is rarely possible given a number of limitations inherent in studying birth defects and in studying certain potential teratogens. For example, among a cohort of children affected with major congenital malformations, the number of children with any one type of birth defect will likely be relatively small. Further, the number of children exposed during the relevant critical period of gestation to the teratogen under study (a drug such as paroxetine, for example), will also likely be relatively small. The small sample sizes of either exposed children and/or children affected with specific types of birth defects results in very limited power to detect statistical differences in risk between exposed and unexposed, particularly for specific malformations. One data source that can be particularly useful in assessing the association between a potential teratogen and birth defects is a pregnancy registry, which has the important advantage of enrolling women exposed to a drug before the pregnancy outcome is

known. Another advantage is that a registry can provide large numbers of exposed pregnancies, thus increasing the power in statistical analyses. This type of data source has strong support from the FDA [3].

79. The classification of specific defects into groups is a useful practice in the study of etiological factors of cardiac birth defects in particular, due to the small sample sizes of specific cardiac birth defects in epidemiological studies [210], though small sample sizes of specific limb defects are also common. In doing so, there is a balance to be struck between "lumping" together heterogeneous sets of defects and "splitting" so distinctly that there are not enough cases in each group [9, 222]. The ultimate goal of the grouping process is "producing unbiased and precise risk estimates, optimizing statistical power, and, ultimately, providing information useful for intervention and prevention" [44]. Indeed, an "organized classification and aggregation system may be useful in studying different presumed morphogenetic mechanisms and possibly different risk factors" [222].  Otherwise, as stated by Dr. Edward B. Clark in his 1996 review of cardiac birth defect classification [69], there are "too many groups, too few cases."

80. The grouping of birth defects in epidemiological studies is possible because specificity is not a necessary criterion to establish causation. As previously discussed, teratogens are capable of causing multiple birth defects, and birth defects often do not occur in isolation.  This spectrum of defects can often be attributed to "a primary problem in morphogenesis that leads to a cascade of consequent defects" [215]. The FDA Center for Drug Evaluation and Research (CDER) states that in "addition to evaluating the overall rate of birth defects in a study population, it is also important to look at rates of individual birth defects" [81].  The wording of this statement implies that it is an important and common first step to study broader categories of birth defects, and then, as appropriate, to study more specific, individual birth defects.  The Federal Judicial Center (FJC) Reference Guide on Epidemiology echoes this concept, stating that "while evidence of specificity may strengthen the case for causation, lack of specificity does not necessarily undermine it when there is a plausible biological explanation for its absence" [117].

81. Indeed, a 2003 study by Harris and colleagues [122] performed an analysis to determine the teratogenic specificity of maternal diabetes, which is considered a "known cardiac teratogen."  Their results did not support the notion that diabetes is the cause of only certain specific cardiac defects, leading authors to conclude that "even though the odds ratio is significantly increased for some but not all cardiac defects, all can be estimates of the same slightly increased odds ratio."  In other words, the findings indicate a generalized association between maternal

Page 24

diabetes and cardiac defects, which argues against the idea of specificity of effect.

82. The embryologic origin of birth defects is recognized to be heterogeneous.  Disease classification, therefore, is equally heterogeneous and can be based upon embryologic origin, specific study hypotheses, or other mechanisms for grouping or classification.  Syndromes in which diverse phenotypes occur further complicate the classification process.

83. Disease classification is a crucial consideration in all epidemiologic studies of birth defects, because certain groupings of birth defects may obscure potential associations between specific birth defects and exposure to a potential teratogen.  Specifically, etiologic heterogeneity (i.e., inclusion of infants with different causes in the study of the birth defect) may cause the observed association to be biased towards the null [215].  Misclassification of defects by category may also bias risk estimates in epidemiologic studies, the ultimate impact thereof depending upon whether error is systematic or differential.  An additional consideration for epidemiologic research is the high rate of fetal loss related to birth defects.  More than 500,000 spontaneous abortions, stillbirths, and miscarriages each year are thought to be due to defective fetal development [286].  Thus, if only live births are considered, the impact of teratogenic factors may be greatly underestimated or overlooked in a study [45].

84. There are various methods employed in classifying congenital birth defects.  For example, some studies use the International Classification of Diseases, 9th edition/revision (ICD-9), while some classify according to pathogenetic mechanism [45] or developmental considerations [44].  There is no agreed upon "gold standard" to classify congenital defects.  However, in general, the goal of case classification is to "maximize the number of cases studied," "increase the power of a study," and "use knowledge of embryologic and pathogenetic mechanisms to make case groups used for analysis more comparable" [215].

**4.0.1 Classification of Congenital Cardiac Defects**

a. The Slone Epidemiology Center Birth Defects Study, an ongoing (initiated in 1976) U.S. program of case-control surveillance of medications in relation to birth defects, uses an embryologically-based classification scheme and separates congenital cardiac defects into seven distinct categories: Situs Anomalies and Looping Defects, Conotruncal and Major Arch Anomalies, Septal Defects, AV Canal/AV Septal Defects, Right Ventricular Outflow Tract Obstructions, Left Ventricular Outflow Tract Obstructions, and Anomalous Pulmonary Venous Return [157].

b. Septal defects are holes in the walls of the heart that do not close before an infant is born [51]. Ventricular septal defects (VSD) are the most common form of congenital cardiac defect, and account for 14% to 16% of defects requiring an invasive procedure within the first year of life [223]. Atrial septal defects (ASD) are often not diagnosed until adult life due to the patient being asymptomatic or having soft murmurs. Therefore, the observed and reported prevalence in infancy and childhood may underestimate the true prevalence of these cardiac defects [128, 270].

c. Atrioventricular (AV) septal defects result from maldevelopment of the endocardial cushions and consist of primum type atrial septal defect with AV valve malformation. This can occur with or without a ventricular septal defect, and accounts for about 5% of congenital heart anomalies [2].

d. Conotruncal defects result from an error in septation, rotation, or a misalignment in the union of the aortic and pulmonary valves [284]. Conotruncal defects represent approximately 10-15% of all congenital heart defects and include Tetralogy of Fallot, pulmonary atresia with VSD, truncus arteriosis, and interrupted aortic arch [15]. Major arch anomalies refer to congenital cardiac defects resulting from the aberrant development of one or more components of the embryonic pharyngeal arch system. They represent less than 1% of all congenital cardiac defects [167].

e. The term "situs" refers to the position of the heart and abdominal viscera relative to the midline. Situs solitis is the term for the normal position of the heart and abdominal viscera. Thus, situs anomalies (also referred to as heterotaxia) represent the abnormal arrangement of the heart and abdominal viscera [102]. During the early phases of development, the initially straight and tubular embryonic heart undergoes a process known as cardiac looping, resulting in a helically-wound loop. Cardiac looping is considered a key process of cardiac morphogenesis. Looping defects are congenital cardiac defects that result from the disturbance of this process [163].

f. Left ventricular outflow tract obstruction refers to a defect in which the egress of blood from the left ventricle is obstructed at one of three anatomic sites – the aorta, the aortic valve, or the subaortic region of the left ventricle [85]. An example of a left ventricular outflow tract obstruction is coarctation of the aorta, which comprises 8 to 11% of complex congenital cardiac defects [223]. In kind, right ventricular outflow tract obstruction refers to a defect in

which the egress of blood from the right ventricle is obstructed [153].

g. Anomalous pulmonary venous return is a cardiac defect in which all or part of the veins from the right lung drain directly into the right atrium [40].

## 4.0.2 Classification of Congenital Limb Defects

a. The main classes of limb defects include: amelia, meromelia, brachydactyly, polydactyly, synostosis, syndactyly, and skeletal dysplasia [6]. Amelia refers to the complete absence of a limb. Meromelia is the partial absence of a limb. Brachydactyly is the shortening of digits. Polydactyly involves supernumerary digits. Synostosis is the fusion of bones. Syndactyly is the fusion of digits, and skeletal dysplasia includes defects of abnormal growth, organization, and density of cartilage and bone.

b. Through the 1990s, limb defects and deficiencies were described on an anatomical and radiological basis. Limb defects were not classified based on embryology, aetology, or epidemiology [78]. More recent classification schemes have focused on the embryonic origin of defects and specifically limb defects [234].

c. According to an embryology [234] based classification scheme, limb defects are classified into two major categories: limb reduction/ addition defects and other musculoskeletal defects. Defects from the main classes of amelia, meromelia, and polydactyly would be classified as limb reduction/ addition defects. Defects from the classes of syndactyly and skeletal dysplasia would be classified as other musculoskeletal defects.

d. Due to the various classification methods, one of the primary problems regarding the study of limb defects is that studies use different classification schemes [36]. Often, defects are classified under less specific limb defect categories, such as transverse limb deficiencies or limb reduction defects, or limb defects are lumped into one 'limb defect' category [36].

e. In the Paxil literature, limb defects are classified into categories by ICD-9 code or broad categories such as 'musculoskeletal defects', when the defects are classified into a subcategory.  Due to the rarity of limb defects, and further complicating the issue, limb defects are often classified into the much broader category of 'major malformations'.

## 4.1  Embryology and Developmental Timing Of Congenital Cardiac  and Limb Defects

85.  Most congenital defects occur during the embryonic period, the period when most major organs and structures begin forming.  During this period the embryo is most vulnerable to the effects of drugs, radiation, and viruses [51].  This period corresponds with the first trimester of pregnancy.

86.  Exposure to teratogenic agents during the embryonic period has the greatest likelihood of causing a structural anomaly, although the pattern of defects produced depends upon which systems are differentiating at the time of exposure [82, 286].  A teratogen could potentially exert effects on more than one embryonal cell type, thus affecting multiple developmental mechanisms, not all of which are understood.  Organs and structures are typically at their most susceptible stage early in their differentiation, so it is possible that prolonged exposure to a teratogen may affect numerous organs and structures, each at its own critical stage of differentiation or development [286].  Additionally, certain organs such as the brain continue to develop throughout gestation and into the postnatal period [221], and as such, are susceptible to insult at multiple stages of development.

87.  Organ formation begins 3 weeks after fertilization in a normal human pregnancy.  The heart is the first organ to form during embryogenesis [291], and it begins its formation generally by about day 16 or 17 of gestation [51].  The heart is also the first organ that becomes functional in the vertebrate embryo [47] and it begins to pump fluid through blood vessels by day 20 [51].  The morphogenesis of the heart is complex, and the disruption of this process can result in a wide array of defects [210].

88.  Both upper and lower limb development begins approximately 4 weeks after fertilization and continues development through the 8th week after fertilization in a normal pregnancy [81]. The upper limb is first apparent 26 days after fertilization, while the lower limbs begin to appear 1-2 days later [6]. During the 7th or 8th week after fertilization, digits on the upper and lower limb can be recognized. Numerous events must be spatiotemporally synchronized in order to develop normal limbs. Impairment of cellular and molecular interactions can result in different limb abnormalities [6].

89.  Several drugs and exposures are known to cause congenital cardiac defects including hydantoins (phenytoin and trimethadione), isotretinoin (13-cis-retinoic acid), lithium, valproate, thalidomide, and isotretinoin [82, 279].  Similarly, other exposures, including drugs, are known to cause

congenital limb defects, including thalidomide [244] and alcohol [82, 279].

## 5.  SUMMARY LIST OF OPINIONS

90.   For this report, I reviewed original peer-reviewed research papers as well as review papers, meta-analyses, abstracts, and the opinions of experts.  Scientific literature sources include PubMed, Google Scholar, Medline, Ovid databases, Cochrane Library, direct searching of relevant journals and scientific conference abstracts, and relevant references cited in articles.  Terms used for searches include appropriate synonyms.  Websites reviewed included FDA CDER, Health Canada Drugs and Health Products, the World Health Organization (WHO) Drug Information, and the National Institutes of Child Health and Human Development (NICHD).

91.   This report represents my findings regarding first trimester exposure to Paxil[®] (paroxetine) as a causal agent in congenital cardiac and limb defects.

92.   The opinions I provide in this report are given to a reasonable degree of scientific certainty, and are based on my knowledge, skills, experience, training, education, research, and the information and data available to me at the time these opinions were rendered.  If additional information becomes available (including the submission of new or revised expert reports on or after March 14, 2012 by Plaintiffs' experts in this litigation, or the receipt of other information or data after the time that I prepared this report), I may supplement my opinion to reflect such additional information.

### 5.1.  Opinion 1: Cardiac Teratogenicity of Paxil[®] (Paroxetine)

93.   It is my opinion, to a reasonable degree of scientific certainty, that Paxil[®] (paroxetine) is causally related to an elevated risk of congenital cardiac defects among the fetuses exposed to the drug during the first trimester of pregnancy.  First trimester Paxil[®] (paroxetine) exposure is associated with a variety of congenital cardiac defects including conotruncal defects, atrial septal defects, ventricular septal defects, right ventricular outflow tract obstruction defects, left ventricular outflow tract obstruction defects, and all cardiac defects combined.

### 5.2.  Opinion 2: Limb Teratogenicity of Paxil[®] (Paroxetine)

94. It is my opinion, to a reasonable degree of scientific certainty, that Paxil[®] (paroxetine) is causally related to an elevated risk of congenital limb malformations among the fetuses exposed to the drug during the first trimester of pregnancy.

### 5.3.  Opinion 3: Mechanistic Support for Teratogenicity of Paxil[®] (Paroxetine)

95. It is my opinion, to a reasonable degree of scientific certainty, that the causal association between congenital cardiac and limb defects and first trimester exposure to Paxil[®] (paroxetineis supported by mechanistic and animal studies, which provide a biologically plausible explanation for this causal relationship.  Specifically, the literature supports the influence of serotonin on the proliferation, differentiation, and migration of fetal heart cells and related structures, as well as the potential for *in utero* first trimester Paxil[®] exposure to perturb these processes, resulting in subsequent cascading adverse effects on all structures of the developing heart. Additionally, the limbs are developing at the same time as the heart and cardiovascular system, and research supports the primary influence of serotonergic signaling in limb development.

## 6.  BASES OF OPINIONS

### 6.1.  Bases of Opinions 1 and 2: Cardiac and Limb Teratogenicity of Paxil[®] (Paroxetine)

96. Exposure to Paxil[®] (paroxetine) during the first trimester of pregnancy is associated with congenital cardiac defects and the broader category of major congenital malformations, including limb defects.  Reviews, opinions, and warnings have been issued by researchers and experts in the field, as well as organizations such as the United States Food and Drug Administration (FDA), GlaxoSmithKline (GSK; endorsed by Health Canada), the American College of Obstetrics and Gynecologists (ACOG), Medicines and Healthcare products Regulatory Agency (MHRA; United Kingdom), the National Institute for Health and Clinical Excellence (NICE; United Kingdom), and the World Health Association (WHO) with regard to the exposure to Paxil[®] (paroxetine) in pregnant women and the risk of congenital defects, including cardiac defects [1, 4, 5, 13, 16, 30, 84, 88, 92, 108, 109, 112, 119, 134, 141, 155, 165, 166, 174, 185, 229, 242, 251, 252, 256, 258-261, 268, 271, 275, 278].

97. Early reports of the teratogenic potential of Paxil[®] were first reported by GSK in a NDA report to the FDA dated December 8, 1994 [107] that reported on 232 patients who conceived during treatment with

paroxetine. The study observed 12 abnormal outcomes or congenital malformations among patients with first trimester exposure to paroxetine (11.9% of the 101 pregnancies at risk based on the available information in the report). 11.9% is in excess of the background rate ~3% in the general population.

98.  Other signals of teratogenicity have been noted outside of the epidemiological literature including a study described in a personal e-mail correspondence [59] by Dr. Chambers of the California Teratogen Information Service (TIS)-UCSD in February 2007. Dr. Chambers described 196 pregnant women who contacted the TIS between June 1993 and January 2003 who were taking paroxetine and enrolled in the pregnancy outcome study. Of the 191 pregnancies who took only paroxetine (not another SSRI) during the first trimester, 141 resulted in live births, 19 were spontaneously aborted, 3 resulted in stillbirth, 8 were electively terminated, and 20 were lost to follow-up. The comparison group consisted of 383 women who called the TIS during the same period and did not use any antidepressant or known human teratogen during pregnancy. Of these pregnancies 303 resulted in live births, 34 resulted in spontaneous abortions, 13 were electively terminated, and 22 were lost to follow-up. In a comparisons of cardiac birth defects among pregnancies resulting in live births, 2/141 cardiac birth defects  were observed in the paroxetine exposed group, compared to 0/303 cardiac birth defects in the group not exposed to a teratogenic agent. In comparisons of live births, elective terminations, and stillbirths, 3/152 cardiac defects were observed among the paroxetine exposed, and 0/316 cardiac defects were observed among the group not exposed to teratogenic agents.

99.  These signals of the teratogenic potential of Paxil, which were reported as early as 1994, combined with the biological plausibility of Paxil causing birth defects, should have prompted GSK to set-up a pregnancy registry. A pregnancy registry would have allowed GSK to accumulate tens of thousands of Paxil-exposed deliveries in a short number of years following the drug's approval [17].

100. Specific epidemiological literature addressing the teratogenicity of Paxil$^{®}$ (paroxetine) includes:

### *Cole et al, 2007*

101. Cole et al. [70] conducted a cohort study to compare the prevalence of birth defects, including cardiovascular defects, among infants born to women with first trimester paroxetine exposure with the prevalence of birth defects, including cardiovascular defects, among infants born to women with first trimester exposure to other antidepressants.  The source of the study population was the Ingenix Research Data Mart

(RDM), which contains medical and pharmacy claims data from UnitedHealthcare affiliated health plans located in the Northeast, South/Southeast, Midwest, and Western United States.  The cohorts included in the study are derived from datasets initially created for a study of exposure to the antidepressant bupropion during pregnancy.  Inclusion criteria for the women in the study population included at least one dispensing of an antidepressant, a live-born delivery to a mother between the ages of 12 and 49 during the time period January 1995 to September 2004, and one year of continuous health plan membership before the delivery date.  Associated infants had to remain on the insurance plan for the duration of the pregnancy to be included in the study.  The exposed population was defined as paroxetine monotherapy (815 infants among 791 women) or paroxetine mono- or polytherapy (1020 infants among 989 women).  The unexposed population was created by a birth-year frequency-matched random sample of women with exposure to all other antidepressants during the first trimester (sampled using a 7:1 ratio for births from 1995-2002, and a 2:1 ratio from 2003 to September 2004).  The "other antidepressant" monotherapy group contained 4,198 infants from 4,072 women, while the "other antidepressant" mono- or polytherapy group had 4,936 infants from 4,767 women.  Adjusted ORs were calculated after controlling for maternal age, geographic region of the health plan, infant sex, diagnosis of gestational diabetes, bipolar disorder, cancer, hemorrhage in early pregnancy, fetal abnormalities affecting the mother, general symptoms, respiratory system or other chest symptoms, special examinations, the number of physician visits within the 10-12 months before delivery, and dispensing (within 1 year before delivery through the end of the first trimester) of carbamazepine, phenytoin, hydrocodone/acetaminophen, norgestimate-ethinyl estradiol, levothyroxine, and sertraline.  The prevalence of cardiovascular defects in the paroxetine monotherapy group was 14.7 per 1,000 live born infants, while the prevalence in the "other antidepressant" monotherapy group was 9.5 per 1,000.  The OR for the comparison of these two groups was **1.46 (95% CI: 0.74 – 2.88)**.  The prevalence of cardiovascular defects in the paroxetine mono- or polytherapy group was 16.7 per 1,000 live born infants, while the prevalence in the "other antidepressant" mono- or polytherapy group was 9.5 per 1,000.  The OR for the comparison of these two groups was **1.68 (95% CI: 0.95 – 2.97)**.  Nine of 12 (75%) of the cardiovascular malformations in the paroxetine monotherapy group were VSD.  A secondary analysis was performed among infants with no maternal dispensing of a drug known or suspected to affect the cardiovascular system.  In this analysis, the prevalence of cardiovascular defects in the paroxetine monotherapy group was 14.7 per 1,000 live born infants, while the prevalence in the "other antidepressant" monotherapy group was 9.1 per 1,000 live born infants.  The OR for the comparison of these two groups was **1.47 (95% CI: 0.74-2.89)**.  The prevalence of

cardiovascular defects in the paroxetine mono- or polytherapy group was 15.8 per 1,000 live born infants, while the prevalence in the "other antidepressant" mono- or polytherapy group was 9.2 per 1,000.  The OR for the comparison of these two groups was **1.60 (95% CI: 0.89 – 2.89)**.

102. The prevalence of all congenital defects and musculoskeletal defects in the paroxetine monotherapy group was 35.6 per 1,000 live born infants, and 3.7 per 1,000 live born infants respectively, while the prevalence in the "other antidepressant" monotherapy group was 19.8 per 1,000 and 1.0 per 1,000, respectively.  The OR for the comparison of these two groups regarding all congenital defects was **1.89 (95% CI: 1.20 – 2.98)**. The prevalence of all congenital defects and musculoskeletal defects in the paroxetine mono- or polytherapy group was 35.3 per 1,000 live born infants and 2.9 per 1,000 live born infants respectively, while the prevalence in the "other antidepressant" mono- or polytherapy group was 20.7 per 1,000 and 1.0 per 1,000, respectively.  The OR for the comparison of these two groups regarding all congenital defects was **1.76 (95% CI: 1.18 – 2.64)**.  Separate analyses of musculoskeletal defects were not conducted. Musculoskeletal defects accounted for three of the 17 non-cardiovascular malformations in the paroxetine monotherapy group and three of the 43 in the "other antidepressant" monotherapy group. No musculoskeletal defects were observed in the paroxetine or "other antidepressant" polytherapy groups.  A secondary analysis was performed among infants with no maternal dispensing of a drug known or suspected to affect the cardiovascular system.  In this analysis, the prevalence of all congenital defects in the paroxetine monotherapy group was 37.7 per 1,000 live born infants, while the prevalence in the "other antidepressant" monotherapy group was 19.4 per 1,000 live born infants.  The OR for the comparison of these two groups was **2.03 (95% CI: 1.26-3.25)**.  The prevalence of all congenital defects in the paroxetine mono- or polytherapy group was 36.4 per 1,000 live born infants, while the prevalence in the "other antidepressant" mono- or polytherapy group was 20.9 per 1,000.  The OR for the comparison of these two groups was **1.79 (95% CI: 1.17 – 2.73)**.

103. There are several methodological issues in this study that must be addressed.  The reasoning for the two separate matching ratios used for the unexposed group (7:1 for births from 1995 – 2002 and a 2:1 ratio for births from 2003 – September 2004) was not provided by the authors.  Standard epidemiologic practice is to use only one matching frequency for the entire dataset.  Therefore, more information is needed on the datasets from the two distinct time periods and what differences may exist between them.  It would be important to demonstrate comparability between these datasets with regard to meaningful covariates before combining them into one complete dataset.  If the covariates for the two dataset differ, bias would be introduced into the combined dataset and it

would not allow for accurate assessment of confounding. Furthermore, the higher sampling ratio of the first dataset compared to the second (7:1 vs. 2:1) will further skew the results. The inclusion of antidepressant-exposed individuals in the control group is another methodological concern. In a cohort study, the unexposed group should have the same baseline risk of the outcome as the exposed group, other than the effect of the exposure itself. If exposure to other SSRIs during pregnancy is associated with an increased risk of birth defects [90, 183, 213, 282], the risk ratios in this study may be attenuated. However, using this population as a control group may control the independent effect of depression on birth outcome if it exists. Ideally, this study would have had an additional control group consisting of mothers not exposed to any antidepressant. Additionally, the outcomes included in the study are those identified up to 9 months of age among infants. A short follow-up period such as this will underestimate the prevalence of congenital cardiac defects, as many defects are not detected until later in life. Further, studies have shown that exposure to SSRIs, including Paxil® (paroxetine), during pregnancy is associated with spontaneous abortion [213, 267]; thus, excluding miscarriages and stillbirths will also cause the prevalence of congenital defects to be underestimated. Due to the sample size and the rarity of the exposure and outcome in question, this study is insufficiently powered to detect the reported ORs for cardiovascular malformations as statistically significant at the 0.05 level. Thus, it is not unexpected that the 95% confidence intervals would include the null value of 1.0. Nevertheless, the study identified ORs of 1.46, 1.48, 1.47, and 1.60 for congenital cardiovascular defects and 1.89, 1.76, 2.03, and 1.79 for all congenital defects. Further, earlier versions of this study published on the GSK website identified a statistically significant **OR=2.08 (95% CI: 1.03-4.23)** in a preliminary publication [108] that in successive publications [109] reduced to an **OR=1.54 (95% CI: 0.81-2.92)**, and finally the **OR=1.47 (95% CI: 0.74-2.89)** reported in the Cole 2007 [70] publication for cardiovascular malformations with the extended study period, but more importantly, a substantial increase in the covariate adjusted for in the analysis.

### *Alwan et al, 2007*

104. Data were acquired from the National Birth Defects Prevention Study (NBDPS) to evaluate the relationship between maternal SSRI use in early pregnancy and the occurrence of selected birth defects in a case-control study. Alwan et al. [14] ascertained case infants (n=9,622) with at least one diagnosis of a selected birth defect through population-based birth-defects surveillance systems at eight study sites involved with NBDPS including Arkansas, California, Georgia, Iowa, Massachusetts, New Jersey, New York, and Texas. Case infants were born on or after October 1, 1997, had an estimated date of delivery on or before December 31, 2002, and were born alive (all study sites) or died

at 20 weeks or more of gestation (6 study sites). Electively terminated pregnancies with defects were also included (5 study sites). Infants with chromosomal abnormalities or single-gene conditions were excluded. Control infants (n=4,092) were live-born with no major birth defects, and were randomly selected from hospital or state birth-certificate records from the same geographic areas as case infants. Mothers were interviewed by telephone between 6 weeks to 2 years after the estimated date of delivery. Data was gathered on demographic information, exposure to SSRIs (fluoxetine, sertraline, and paroxetine), and other risk factors during pregnancy. Exposure was defined as reported use of any SSRI from one month before to three months after conception. Women were considered unexposed if they did not take an SSRI or took a non-SSRI antidepressant during pregnancy or during the three months before conception. After adjustment for maternal race/ethnicity, maternal obesity, maternal smoking, and family income, maternal use of paroxetine during early pregnancy was associated with a 70% increased odds of conotruncal heart defects, septal heart defects, right ventricular outflow tract obstruction defects, and left ventricular outflow tract obstruction defects combined **(OR=1.7, 95% CI: 0.9-3.1)**. After adjustment for maternal race/ethnicity, maternal obesity, maternal smoking, and family income, maternal paroxetine exposure was associated with increased risks for conotruncal heart defects **(OR=1.6, 95% CI: 0.7-4.0)**, septal heart defects **(OR=1.7, 95% CI: 0.8-3.5)**, right ventricular outflow tract obstruction defects **(OR=2.5, 95% CI: 1.0-6.0)**, and left ventricular outflow tract obstruction defects **(OR=1.3, 95% CI: 0.4-3.8)**. None of the mothers of case infants with these cardiac defects were concomitantly exposed to other medications with known teratogenic effects.

105. Analyses of the '14 noncardiac birth defects' category included the birth defects: anencephaly, spina bifida, anotia or microtia, cleft lip with or without cleft palate, cleft palate alone, esophageal atresia, intestinal atresia, anorectal atresia, second or third degree hypospadias, transverse limb deficiencies, craniosynosis, omphalocele, diaphragmatic hernia, and gastroschisis. Two of the 42 noncardiac birth defects in the paroxetine exposed group were transverse limb deficiencies. After adjustment for maternal race/ethnicity, maternal obesity, maternal smoking, and family income, maternal use of paroxetine during early pregnancy was associated with a 50% increased odds of 'noncardiac birth defects' **(OR=1.5; 95% CI: 0.9-2.7)**. Infants whose mothers had prepregnancy type 1 or 2 diabetes were excluded from the analysis. No analysis of the transverse limb deficiencies was conducted, as the authors only conducted analyses when there were three exposed infants. Analyses for the category of 18 pooled birth defects, including cardiac and noncardiac defects, adjusted for maternal race/ethnicity, maternal obesity, maternal smoking, and family income and showed

maternal use of paroxetine during early pregnancy was associated with a 60% increased odds of birth defects **(OR=1.6; 95% CI: 0.9-2.7)**. None of the mothers of case infants with defects associated with SSRI or paroxetine use were concomitantly exposed to other medications with known teratogenic effects.

106.  There are several methodological issues to consider in this study. Women who took non-SSRI antidepressants were included in the unexposed group; therefore, not all women included in this group are truly unexposed. Maternal depression is an independent risk factor for adverse neonatal outcomes [67]. However, the use of a control group that is exposed to antidepressants in an epidemiologic study will control for this confounding by indication. The exclusion of miscarriages and stillbirths will also cause the prevalence of congenital malformations to be underestimated if these outcomes were associated with a congenital defect. Due to the small sample size of those exposed to paroxetine and the rarity of the outcomes in question, this study is insufficiently powered to detect the reported ORs for specific defects as statistically significant at the 0.05 level. Thus, it is not unexpected that the 95% confidence intervals would include the null value of 1.0. Nevertheless, the study identified ORs of 1.6, 1.7, 2.5, and 1.3 for conotruncal heart defects, septal heart defects, right ventricular outflow tract obstruction defects, and left ventricular outflow tract obstructions, respectively, and ORs of 1.5 and 1.6 for noncardiac and all pooled birth defects, respectively.

### *Louik et al, 2007*

107.  Louik et al. [157] used data from the Slone Epidemiology Center Birth Defects Study to evaluate the risks of congenital malformations, including cardiac and limb defects in relation to specific SSRIs in a case-control study. Case infants born with defects were identified in five study centers (Boston, Philadelphia, Toronto, San Diego, and New York State) beginning in 1976. Nonmalformed control infants were identified at study hospitals in the same geographic areas until 1998, with subsequent enrollment expanded to include a population-based random sample of newborns in Massachusetts. Mothers of all infants completed an interview within six months after delivery that gathered information on risk factors for birth defects including all medications used at any time from two months before conception through the end of the pregnancy. The following specific drugs were identified in the interview: fluoxetine, sertraline, paroxetine, venlafaxine, amitriptyline, citalopram, fluvoxamine, escitalopram, and bupropion. First trimester exposure was defined as use of any SSRI from 28 days before the last menstrual period through the fourth lunar month (112 days after the last menstrual period). Unexposed women were those not exposed to any antidepressant at any time from 56 days before the last menstrual period through the end of pregnancy. Analysis was limited to women whose last menstrual

period occurred between January 1, 1993 and December 31, 2004, and excluded infants with chromosomal defects, known Mendelian inherited disorders, syndromes, defects with a known cause, and metabolic disorders. A total of 9,849 case infants and 5,860 control infants were included. After controlling for maternal age, maternal race or ethnic group, maternal education, year of last menstrual period, study center, first trimester smoking status, first trimester alcohol consumption, history of a birth defect in a first-degree relative, prepregnancy body-mass index, parity, presence or absence of seizures, diabetes mellitus, hypertension, infertility, and first trimester use of folic acid, maternal use of paroxetine during the first trimester was associated with a 3.3-fold excess odds of right ventricular outflow tract obstruction defects **(OR=3.3, 95% CI: 1.3-8.8)**, a 70% excess odds of conotruncal defects **(OR=1.7, 95% CI: 0.6-5.1)**, and a 40% excess odds of any cardiac defect **(OR=1.4, 95% CI: 0.8-2.5)**. The OR for the association of maternal use of paroxetine during the first trimester of pregnancy and septal defects was not elevated **(OR=0.8, 95% CI: 0.3-2.2)**. The OR for the association of maternal use of paroxetine during the first trimester and left ventricular outflow tract obstructions was also not elevated; however, this risk estimate was based on only one exposed case **(OR=0.5, 95% CI: 0.1-3.9)**. Maternal use of paroxetine during the first trimester was associated with a 5.8-fold excess odds of clubfoot **(OR=5.8, 95% CI: 2.6-12.8)**. The OR for the association of maternal use of paroxetine and the category "limb-reduction defects" was also not elevated **(OR=1.0; 95% CI: 0.1-8.3)**, though the analysis was based on only one limb reduction defect among the paroxetine exposed group.

108. The sample sizes in this study in regards to women exposed to paroxetine, and regarding rare outcomes such as birth defects, does not allow for sufficient power to detect the reported ORs for certain specific cardiac and limb defects as statistically significant at the 0.05 level. This may explain why 95% confidence intervals contain the null value of 1.0. Maternal depression is an independent risk factor for adverse neonatal outcomes [67]; therefore, confounding by indication was addressed by performing analysis on a separate group of pregnant women exposed to non-SSRI antidepressants. All case infants were live born, thus miscarriages and stillbirths were not included in analysis, which may cause an attenuation of the ORs. Despite these issues, the study identified ORs of 3.3, 1.7, and 1.4 for right ventricular outflow tract obstruction defects, conotruncal defects, and any cardiac defect, respectively, and 5.8 for club foot.

109. There are several issues involved in the generation of the Louik et al. final published article that are of concern including changing study populations and cardiac defect classifications throughout successive drafts of the manuscript. For example, the San Diego study center was

initially excluded due to a very small proportion of Paxil® (paroxetine) exposed individuals; however, this study center was later included in the final published article.  Additionally, a subanalysis of the cardiac defect category of looping and laterality defects was included in several draft manuscripts (including the one submitted to the FDA), but was eliminated from the subanalyses in the final published article. Study populations and outcome classification should be defined at the beginning of the study (as part of the standard study protocol) and should not be altered as the study is progressing or after the results are generated. Further, e-mail exchanges between Dr. Louik and Sara Ephross, a GSK epidemiologist, (disclosed through litigation) indicate a high level of influence on the part of GSK regarding the analysis and reporting of this study. In the e-mails, Dr. Louik states on 12/14/2006 regarding the manuscript, "In the second paragraph of the Introduction, we did not accept your changes. We are trying to avoid reinforcing the widely-held perception that "statistical significance" is a standard by which to judge the validity of a study finding. Significance is a function of study size, and while a single non-significant result may not be credible, in this case it supports findings from other studies and should not be dismissed for reasons of significance alone.[7]"

### *__Kallen & Olausson, 2007__*

110. Kallen and Olausson [135] conducted a cohort study of delivery outcomes after maternal use of SSRIs in early pregnancy using data from three Swedish health registries: the Medical Birth Register, the Register of Congenital Malformations, and the Hospital Discharge Register.  The study was restricted to July 1, 1995 through 2004.  Infants with congenital defects were identified by linking the three health registers, and data on maternal use of SSRIs and other risk factors were obtained from the Medical Birth Register.  A total of 943 women reported using paroxetine in early pregnancy, and the frequency of certain birth defects in these women was compared to expected national rates.  Most analyses were performed using the Mantel-Haenszel procedure with risks expressed as odds ratios (ORs).  When the expected number was <10, the observed number of exposed cases was compared with the expected number with the risks expressed as the relative risk (RRs). After adjustment for year of birth, maternal age, parity, smoking, and ≥3 previous miscarriages, maternal use of paroxetine during early pregnancy was associated with a 63% elevated odds of any cardiac malformation **(OR=1.63, 95% CI: 1.05-2.53)**, and an 81% elevated odds of ventricular septal defects (VSD) or atrial septal defects (ASD) **(OR=1.81, 95% CI: 0.96-3.09)**.  Excluding women with BMI >26 (high BMI, generally equated with being overweight or obese), born outside of Sweden, or with reported subfertility, maternal use of paroxetine during early pregnancy showed a 2.63-fold excess risk of any cardiac defect **(RR=2.63, 95% CI: 1.40-4.50)** and a 3.07-fold excess risk of VSD or

ASD **(RR=3.07, 95% CI: 1.32-6.04)**.  Further analysis also excluded women using neuroleptics, sedatives, hypnotics, folic acid, NSAID, or anticonvulsants.  Maternal use of paroxetine during early pregnancy showed a 2.93-fold excess risk of any cardiac defect **(RR=2.93, 95% CI: 1.52-5.13)** and a 3.23-fold excess risk of VSD or ASD **(RR=3.23, 95% CI: 1.30-6.65)**.

111. Analyses of the category "any congenital malformation", adjusted for year of birth, maternal age, parity, smoking, and ≥3 previous miscarriages, showed maternal use of paroxetine during early pregnancy was associated with an odds ratio of 1.03 **(OR=1.03, 95% CI: 0.76-1.38).** No paroxetine specific analysis of limb reduction defects was conducted.

112. The self-reporting of exposure status introduces the possibility of recall bias.  However, the method in which the self-reporting was performed allows exposure status to be ascertained before the outcome, making recall bias unlikely.  Upon the exclusion of women using folic acid, one would expect the ORs/RRs to increase due to the protective effect of folic acid in risk of congenital defects.  However, the exclusion of folic acid only resulted in one less observed cardiac defect and a minimal increase in the ORs/RRs.  Despite these limitations, the study identified a RR of 2.93 for any cardiac malformation and an RR of 3.23 for VSD or ASD.

### *Reis & Kallen, 2010*

113. Reis and Kallen [219] conducted a cohort study of delivery outcomes following maternal use of antidepressant drugs during pregnancy using data from three Swedish health registries: the Medical Birth Register (MBR), the Register of Birth defects (formerly known as the Register of Congenital Malformations), and the Patient Register (formerly known as the Hospital Discharge Register).  This study expands on data from previous publications which utilized this database (e.g., Kallen and Olausson, 2007 [135]).  For this particular analysis, data were obtained for the period of July 1, 1995 up to 2007.  Information on maternal use of drugs was obtained from the MBR, with early pregnancy exposures determined by an interview conducted by a midwife at the first prenatal visit (90% occurred before the end of the first trimester).  A total of 1,208 women reported the use of paroxetine during early pregnancy. Information on congenital malformations was obtained by linking all three registers, with malformed infants identified from ICD codes (ICD-9 codes 740-759 or ICD-10 codes beginning with Q).  Infants with one or more of the following were excluded: pre-auricular appendix, tongue tie, patent ductus in a preterm infant, single umbilical artery, undescended testicle, hip (sub)luxation, and nevus.  Infants with known chromosomal anomalies were also excluded.  Women reporting use of paroxetine during pregnancy were compared to all other women in the register

using Mantel-Haenszel analysis and were adjusted for pertinent factors. Odds ratios (ORs) were calculated with 95% confidence intervals (CIs); however, when the expected number of outcomes was <10, risk ratios (RRs) were calculated as observed numbers divided by expected numbers with 95% CIs based on exact Poisson distributions. After adjustment for year of birth, maternal age, parity, smoking, and body mass index (BMI), maternal use of paroxetine during early pregnancy [218] was associated with a 66% elevated odds of any cardiovascular defect **(OR=1.66, 95% CI: 1.09-2.53)**, and a 61% elevated risk of VSD and/or ASD **(RR=1.61, 95% CI: 0.83-2.82)**. Excluding infants from mothers that reported use of other potentially teratogenic drugs, maternal use of paroxetine showed an 81% elevated odds of any cardiovascular defect **(OR=1.81, 95% CI: 1.19-2.76)**, and a 79% elevated risk of VSD and/or ASD **(RR=1.79, 95% CI: 0.99-3.22)**.

114. Reis and Kallen additionally conducted an analysis of relatively severe malformations, which included major malformations such as cardiac defects, positional foot defects, polydactyly, syndactyly, and poly-syndctyly, and various other types of anomalies. After adjustment for year of birth, maternal age, parity, smoking, and body mass index (BMI), maternal use of paroxetine during early pregnancy [218] was associated with a 20% elevated odds of relatively severe malformations **(OR=1.20, 95% CI: 0.90-1.61)**. No specific information was provided regarding the number of positional foot, polydactyly, syndactyly, and poly-syndctyly defects observed in the paroxetine exposed group.

115. Drug use during pregnancy was obtained through self-report of the mothers; however, the method used allowed exposure status to be ascertained before the outcome, making recall bias unlikely. Marked differences were observed in the characteristics of women reporting antidepressant use during pregnancy and other women who gave birth that did not report the use of antidepressants (e.g., age, parity, smoking, BMI, etc.). The majority of these variables were controlled for in the analysis. Only 24 cases of cardiovascular defects and 49 total cases of relatively severe malformations were identified among the paroxetine-exposed mothers. Despite this low number of exposed cases and the aforementioned limitations, the study identified an OR of 1.81 for any cardiovascular defect, a RR of 1.79 for VSD and/or ASD, and an OR of 1.2 for relatively severe malformations. The authors themselves concluded that "[a] specific association between paroxetine use and infant cardiovascular defects is supported," and that "paroxetine seems to be associated with a specific teratogenic property" [219].

### Bérard et al, 2007

116. Bérard et al. [35] conducted a nested case-control study using a population-based pregnancy registry in Quebec, Canada to quantify the association between first trimester exposure to paroxetine and

occurrence of any major cardiac defects (defined by ICD-9 codes 745.0-745.9, 746.0-746.9, 747.0-747.4, and 747.8 when recorded within the first year of life). The dose-response relationship was also studied using the estimated average daily dose of paroxetine use during the first trimester (mg/day) of pregnancy in relation to birth outcomes. Three administrative databases of the Province of Quebec were linked together to compile data on all pregnancies that occurred in Quebec between January 1, 1997 and June 30, 2003. Women included in the study (n=1,403) were between 15 and 45 years of age, were continuously insured by the RAMQ drug plan for at least 12 months before the first day of gestation and during pregnancy, filled only one type of antidepressant prescription during the first trimester (0-14 weeks of gestational age) of pregnancy, and had a live birth. Women exposed to multiple antidepressants during the first trimester (also those on combotherapy including paroxetine) and women exposed to known teratogens were excluded. Case infants (n=24) were identified through the database using ICD-9 codes recorded within the first 12 months of each infant's life. These diagnoses were confirmed during a systematic recall visit at 12 months. Control infants (n=1,302) were all infants without any minor or major defects diagnosed in the first 12 months of life. Mothers were considered exposed if they filled at least one prescription for an antidepressant during the first trimester, or if they filled prescriptions for an antidepressant before the first day of gestation and the duration of treatment lasted into the first trimester. After adjustment for gestation and maternal age at the time of delivery, mean number of prenatal visits, visits to an obstetrician during pregnancy, pregnancy in the year before this pregnancy, diagnosis of diabetes, hypertension, and depression in the year before or during the pregnancy, place of residence, living alone, welfare status, calendar year, mean number of physician visits in the year before pregnancy, visits to a psychiatrist before or during pregnancy, emergency department visits or hospitalization in the year before or during pregnancy, number of different medications taken (excluding antidepressants) in the year before or during pregnancy, and number of different prescribers in the year before or during pregnancy, Bérard and colleagues found a 1.38-fold increase in odds of major cardiac malformations associated with maternal first trimester use of paroxetine compared to maternal first trimester use of other antidepressants **(OR=1.38, 95% CI: 0.49-3.92)**, and a 1.32-fold increase in the odds of major congenital malformations **(OR=1.32, 95% CI:0.79-2.20)**. The analysis of major congenital malformations among the paroxetine exposed group (n=60) included seven 'musculoskeletal deformit[ies] (ICD-9: 754)', ten 'other musculoskeletal anomalies (ICD-9: 756)', and zero 'other anomalies of the limbs (ICD-9: 755)'.

117. In all study groups, duration of exposure during the first trimester was calculated by adding all antidepressant prescription durations over the length of the first trimester.  Average estimated daily dose of paroxetine was calculated by dividing the cumulative daily dose of paroxetine exposure by the total duration of paroxetine use during the first trimester. The paroxetine dose-response analysis was performed using an estimated dose of 0 mg/day as the reference category, with the other cut-off points being the distribution quartiles of >0-20 mg/day, >20-25 mg/day, and >25 mg/day.  After adjusting for second and third trimester exposure to antidepressants, gestational and maternal age at the time of delivery, mean number of prenatal visits, visits to an obstetrician during pregnancy, pregnancy in the year before the index pregnancy, diagnosis of diabetes, hypertension, depression in the year before or during the index pregnancy, place of residence, living alone, welfare status, calendar year, mean number of physician visits in the year before pregnancy, visits to a psychiatrist before or during pregnancy, emergency department visits or hospitalizations in the year before or during pregnancy, number of different medications taken (excluding antidepressants) in the year before or during pregnancy, and the number of different prescribers in the year before and during pregnancy, analyses showed a 3.07-fold increase in odds of major cardiac malformation associated with >25 mg/day estimated dose of paroxetine during the first trimester of pregnancy compared to 0 mg/day estimated dose of paroxetine (i.e. women who used other SSRIs or non-SSRIs) during the first trimester **(OR=3.07, 95% CI: 1.00-9.42)**.  Analyses also showed a 2.23-fold increase in odds of major congenital malformations associated with the >25 mg/day estimated dose group **(OR=2.23, 95% CI: 1.19-4.17)**.  This paper demonstrates a significantly increased risk of cardiac and major congenital malformations at the estimated dose of >25 mg/day.

118. All cases of congenital malformations included in this study were live births.  This means that miscarriages and stillbirths were not included in analysis, which may cause an attenuation of the ORs.  The dose-response analysis performed was conducted using an estimated dose, and the number of mothers exposed to paroxetine overall, as well as in each dose category, was low in the analysis of cardiac malformations.  These small sample sizes do not allow for adequate statistical power to detect the reported ORs for cardiac malformations as statistically significant at the 0.05 level.  Additionally, even one misclassified case according to estimated dose could have a major impact on the calculated ORs.  Because of this, as well as the non-linear pharmacokinetics of paroxetine [46], the most relevant comparison is the highest estimated dose (>25 mg/day) compared to the reference group (0 mg/day), which found an excess odds of 3.07 for cardiac defects.

### *Diav-Citrin et al, 2008*

119. Diav-Citrin et al. [83] conducted a prospective, controlled, multicenter, observational study to evaluate the rate of major congenital anomalies after pregnancy exposure to paroxetine.  Study participants were all pregnant women who contacted a teratology information service (TIS) in Jerusalem, Israel; Padua, Italy; or Berlin, Germany between the years 1994 and 2005.  Exposed women were those who called a TIS in regard to gestational exposure to paroxetine (n=463; 410 exposed in the first trimester), while controls were women who contacted a TIS during pregnancy regarding exposures known not to be teratogenic (n=1,467).  Control women contacted the TIS about common exposures including antibiotics (e.g. penicillin), oral contraceptives taken no later than the first 4-5 weeks of pregnancy, low-dose diagnostic irradiation, topical preparations with negligible systemic absorption, acetaminophen, hair dye, house cleaning agents, iron supplementation, and thyroxine replacement.  Details on exposure and other risk factors were collected at initial contact with the TIS.  Follow-up was conducted by telephone interview or mailed questionnaire to the woman or the child's pediatrician to obtain details of the pregnancy outcome between the neonatal period and six years of age (most within the first two years of life).  Major anomalies were defined as structural abnormalities in the offspring that have serious medical, surgical, or cosmetic consequences.  Ventricular septal defects (VSDs) are structural anomalies of the heart and were therefore considered major anomalies.  The prevalence of major cardiovascular anomalies associated with first trimester exposure of paroxetine was 2.0% (7/348) compared with 0.6% (8/1,359) in the control group (this comparison was statistically significant at the p<0.05 level).  The prevalence of major anomalies associated with first trimester exposure of paroxetine was 5.5% (19/348) compared with 2.9% (40/1,359) in the control group (this comparison was statistically significant at the p<0.05 level). The prevalence of major noncardiovascular anomalies associated with first trimester exposure of paroxetine was 3.4% (12/348) compared with 2.4% (32/1,359) in the control group.  The crude OR for major cardiovascular anomalies related to maternal exposure to paroxetine was **3.47 (95% CI: 1.13-10.58)**.  After controlling for type of exposure, gestational age at call, maternal age, smoking, previous miscarriages, TIS origin, concomitant psychiatric medications, multi-fetal gestation and SSRI dose, maternal exposure to paroxetine during pregnancy was associated with a 2.66-fold increase in odds for major cardiovascular anomalies **(OR=2.66, 95% CI: 0.80-8.90).** No analyses of major anomalies or noncardiovascular anomalies associated with first trimester exposure to paroxetine were presented.

120. Due to the nature of participant ascertainment (via hotline), this study population may not be representative of all pregnancies in the study areas over the study period.  The sample sizes in this study did not allow

for sufficient statistical power to detect the reported ORs for major cardiovascular anomalies as statistically significant at the 0.05 level. Therefore, it is not unexpected that the 95% CIs may contain the null value of 1.  Follow-up was performed for up to 6 years after child birth; therefore, more cases of congenital cardiac defects such as VSDs would be more likely to be detected.  This study identified an adjusted OR of 2.66 for major cardiovascular anomalies.

### *Bar-Oz et al, 2007*

121. Bar-Oz et al. [28] performed a meta-analysis of literature published from 1985 to 2006 to systematically review whether first trimester exposure to paroxetine was associated with an overall increased risk for birth defects. All studies included in the analysis  [35, 70, 83, 134, 145, 162, 162, 164, 235] were required to have reported first trimester (0-14 weeks of gestational age) exposure to paroxetine and to have had a control group of pregnant women not exposed to paroxetine. One of the studies Case-control and cohort studies were accepted as long as both groups (case/control or exposed/unexposed) were drawn from the same population.  There were no restrictions placed on the studies included regarding timing (prospective or retrospective), location, language of publication, or data source (e.g., database, patient interview, etc.). Studies excluded from the meta-analysis included experimental studies, editorials, case reports, reviews, studies without a control group, and studies that did not provide specific details about malformations in the study groups.  Four of the studies included in the meta-analysis used women exposed to antidepressants other than paroxetine as the control group, while the other studies included used women exposed to known nonteratogenic medication as the control group.  The summary OR for the studies of cardiac defects showed that first trimester exposure to paroxetine is associated with a 72% increase in the odds of cardiac defects **(OR=1.72, 95% CI: 1.22-2.42)** , a 29% increase in the odds of 'noncardiac major malformations' **(OR=1.29, 95% CI: 0.86-1.92)**, and a 31% increase in the odds of major malformations **(OR=1.31, 95% CI: 1.03-1.67)**.  The four studies that used women exposed to other antidepressants as the control group showed a 70% increase in the odds of cardiac defects **(OR=1.70, 95% CI: 1.17-2.46),** a 44% increase in the odds of 'noncardiac major malformations' **(OR= 1.44, 95% CI: 0.95-2.19),** and a 30% increase in the odds of major malformations **(OR=1.30, 95% CI: 0.93-1.80)** associated with first trimester paroxetine exposure. The three studies that used women exposed to known nonteratogenic medication as the control group showed over a three-fold increase in the odds of cardiac malformation **(OR=3.47, 95% CI: 0.90-12.21),** along with an increased odds of 'noncardiac major malformations' **(OR=1.79, 95% CI: 0.83-3.85)** and of major malformations **(OR=1.54, 95% CI:0.99-2.41)**. These findings indicate that the literature shows a consistently elevated risk of major congenital malformations and congenital cardiac defects

associated with first trimester exposure to paroxetine regardless of the control population (women exposed to other antidepressants or women exposed to other nonteratogenic drugs). A subanalysis using three administrative databases from Quebec, Canada was performed to quantify the use of ultrasound, echocardiogram, and amniocentesis during pregnancy. The three databases, the RAMQ, Med-Echo, and ISQ, were combined to form the 'Medication and Pregnancy' registry which contains data on all pregnancies that occurred in Quebec between January 1, 1997 and June 30, 2003. Women included in the sub-analysis (n= 24,947) were between 15 and 45 years of age, were continuously insured by the RAMQ drug plan for at least 12 months before the first day of gestation and during pregnancy, filled only one type of antidepressant prescription during the first trimester (0-14 weeks of gestational age) of pregnancy, and had a live birth. Women also exposed to known teratogens during pregnancy were excluded. First trimester antidepressant exposure was grouped into three categories including "paroxetine," "other SSRIs," and "other antidepressants". Exposed women were those who filled ≥ 1 prescription for an antidepressant during the first trimester or those who filled prescriptions for an antidepressant before the first day of gestation but where the duration of treatment lasted into the first trimester period. The results showed that women exposed to antidepressants during the first trimester had a significantly higher mean number of ultrasounds, echocardiograms, and amniocentesis than women not exposed to antidepressants ($p < 0.001$). However, there was not a significant difference between women using paroxetine versus other antidepressants in administration of these tests.

122. Confounding by indication was assessed in this meta-analysis by including studies that used both women exposed to other antidepressants as well as women exposed to known nonteratogenic medications as control groups. When analyzed separately, the studies that used maternal exposure to other antidepressants as the control group had a summary ORs of 1.72. This is lower than the summary OR of 3.47 from the studies that used maternal exposure to known nonteratogenic drugs as a control group. This lower OR may be explained by other antidepressants' (i.e., antidepressants other than paroxetine) ability to cause adverse pregnancy outcomes. However, the rate of congenital cardiac defects in mothers exposed to paroxetine is still higher than that of those exposed to these other antidepressants. The results of the subanalysis in this study indicate that detection bias may occur in the comparison of paroxetine to the no antidepressant group, as there was a significant difference in the rates of ultrasounds, amniocentesis, and echocardiograms between the antidepressant groups and the no antidepressant group. However, there was no difference in these diagnostic procedures between the paroxetine group

Page 45

and the other antidepressant groups.  Therefore, if a study uses a control group that is exposed to antidepressants other than paroxetine, they may effectively control for detection bias.  Despite these limitations, the study identified ORs ranging from 1.7 to 3.42 for all cardiac malformations, 1.29 to 1.79 for noncardiac malformations, and 1.30 to 1.54 for major malformitons.

### *Davis et al., 2007*

123.  Davis et al. [77] utilized a population-based cohort, from the HMO Research Network's CERTs program, to evaluate the risk for congenital anomalies among infants exposed to antidepressants during pregnancy.  The study population was comprised of females older than 15 years of age who were admitted to a hospital between January 1, 1996 and December 31, 2000 for delivery of an infant and were continuously enrolled with prescription drug coverage for 1 year prior to the admission.  The study was limited to infants linked to these women who had a requisite follow-up of 365 days for the evaluation of congenital anomalies.  Prescription drug use was evaluated with the assumption of a gestational age of 270 days and three 90-day trimesters of pregnancy.  In a subanalysis of paroxetine exposure, exposed infants were those whose mothers had first trimester dispensing of paroxetine (n=182).  Unexposed infants were those whose mothers were not exposed to antidepressants at any time during pregnancy, but who might have had other medications prescribed (n=49,654).  Classification of birth defects was performed using ICD-9 codes.  The risks among exposed and unexposed infants were compared stratified by health system, maternal age, and birth season (unadjusted for multiple testing).  Maternal use of paroxetine during the first trimester showed a 1.98-fold excess risk of "other congenital anomalies of heart" **(RR=1.98, 95% CI: 0.64-6.15)** and a 1.58-fold excess risk of "other congenital anomalies of circulatory system" **(RR=1.58, 95% CI: 0.39-6.39)**.  The RR for "bulbis cordis anomalies and anomalies of cardiac septal closure" was not elevated; however, this risk estimate was based on only one case **(RR=0.50, 95% CI: 0.07-3.54)**. The RR for "certain congenital anomalies of limbs" were also not elevated **(RR=0.5, 95%CI: 0.13-1.98)**, nor was "other congenital anomalies of limbs" **(RR=0.72, 95% CI: 0.18-2.83)**, or "other congenital musculoskeletal anomalies **(RR=0.76, 95% CI: 0.19-3.02)**.

124.  The low number of exposed individuals does not allow for adequate statistical power to detect the reported RRs for cardiac and noncardiac malformations as statistically significant at the 0.05 level.  All cases of congenital malformations included in this study were live births.  This means that miscarriages and stillbirths were not included in analysis, which may cause an attenuation of the RRs.  Follow-up was only done at the one year mark, which means that some congenital cardiac malformations such as VSD may not have been detected.  Potential

confounders such as race, exposure to alcohol, and cigarette smoking were not accounted for in the statistical analysis. Confounding factors may attenuate the RRs, but they will not eliminate the association. Positive associations between first trimester exposure to paroxetine and congenital cardiac defects found in other studies that adequately control for these confounding factors supports this conclusion. Despite these limitations, the study identified an OR of 1.98 and 1.58 for other congenital anomalies of the heart and other congenital anomalies of circulatory system, respectively.

### *O'Brien et al., 2008*

125. O'Brien et al. [192] presented a meta-analysis of literature published from January 1985 through November 2007 to systematically review whether first trimester exposure to paroxetine was associated with an increased rate of cardiac defects. Studies included in the analysis could be written in any language, reported first trimester (0-14 weeks gestation) exposure to paroxetine, and used a comparison group of pregnant women unexposed to paroxetine. Case-control and cohort studies were both accepted provided that the populations from which study and control groups were drawn were similar; however, they were analyzed separately due to their methodological differences. Excluded from the analysis were review articles, case reports, editorials, studies without a comparison group, and studies that did not specifically report cardiac defects. A total of nine studies, six cohort and three case-control, were included in the analysis. Six studies included had a comparison group comprised of women exposed to antidepressants other than paroxetine [14, 35, 70, 135, 157, 276]. Three studies had a comparison group consisting of women exposed to known nonteratogenic medications [77, 86, 162]. The summary OR for the three case-control studies [14, 35, 157] showed that first trimester exposure to paroxetine is associated with an 18% increase in the odds of cardiac defects **(OR=1.18, 95% CI: 0.88-1.59)**. The analysis of the six cohort studies [70, 77, 86, 135, 162, 276] showed that the rates of cardiac malformations in the 3,428 infants exposed to paroxetine during the first trimester were 1.14%, compared to 1.09% in the 62,981 controls.

126. The methods used by O'Brien et al in their analysis do not take into account the control for potential confounding factors in the individual studies included in the meta-analysis. The authors used the data from the studies included and reconstructed their own 2x2 tables. However, there was not enough information or data presented in the paper to allow for recreation of their tables and calculations. In addition, they did not stratify or attempt to control for confounding factors during analysis. Despite this methodological limitation, the authors report a positive crude OR, illustrating that first trimester to exposure is associated with

congenital cardiac defects.  Controlling for confounding factors may attenuate the OR, but it would most likely not eliminate the reported positive association.  If the authors had used the ORs found in the included studies to calculate a summary OR, it would have been higher than 1.18, and would also have controlled for confounding.  Despite these limitations, the study identified an OR of 1.18 for cardiac defects.

### *Bakker et al., 2009*

127.  Bakker et al. [24] conducted a population-based case-control study to investigate the association between the use of paroxetine during early pregnancy and the occurrence of specific congenital cardiac defects in the Netherlands.  Data were obtained from the Eurocat Northern Netherlands database, a population-based birth defects registry that receives voluntary notification of infants and fetuses affected with birth defects by physicians and midwives, and also actively collects reports from obstetric and pediatric hospital departments, cytogenetic laboratories, and pathology departments.  Miscarriages and terminations of pregnancy after prenatal diagnosis of congenital malformations are included in the database.  For inclusion in the database, children must be added to the registry by age 16, and informed consent must be obtained from the parents.  Information on medications dispensed both before and during pregnancy is acquired from community pharmacies, and the use of these medications (including over-the-counter medications) is verified via telephone interview.  The study performed by Bakker and colleagues defined cases as fetuses or children born between 1997 and 2006 with isolated simple or complex congenital heart defects.  Fetuses or children with associated genetic or other syndromes, extracardiac malformations, and minor malformations were excluded.  Cases were reviewed by a clinical geneticist and classified into phenotypic subgroups based on embryologic origin.  Controls were defined as fetuses and children with a chromosomal or single gene disorder, due to the fact that the Eurocat Northern Netherlands database does not collect information on non-malformed children.  Control children with an associated heart defect were excluded, as well as stillbirths, neonatal deaths, and terminations of pregnancy without a postmortem examination.  Children were deemed exposed if the mother took paroxetine at some point during the first trimester (defined as the period from 4 weeks before conception through the 12th week of pregnancy).  Children were considered unexposed if the mother did not take paroxetine or any other SSRI at any time during pregnancy.  Children were excluded from the analysis if the mother took paroxetine outside the first trimester, took paroxetine at an unknown time during the pregnancy, or took another type of SSRI during the pregnancy.  After controlling for year of birth, maternal use of paroxetine during the first trimester was associated with an increased risk for all heart defects **(OR=1.5, 95% CI: 0.5-4.0)**, ASD **(OR=5.7, 95% CI: 1.4-23.7)**, septal

Page 48

defects (includes children with ASD and VSD; **OR=1.6, 95% CI: 0.4-5.6)**, and left-sided defects **(OR=2.1, 95% CI: 0.5-8.7)**.  Maternal first trimester use of paroxetine was not associated with an increased risk for VSD **(OR=0.5, 95% CI: 0.1-4.2)** or right-sided defects **(OR=0.9, 0.1-7.6)**; however, these risk estimates were based on single cases. A personal communication [21] with the author verified that the categories of right-sided and left-sided defects utilized in this study are "comparable to RVOTO and LVOTO."

128. The control population in this particular study consists of children with a chromosomal or single gene disorder, but without an associated heart defect.  This control group is in contrast to most other case-control studies in the literature examining the association between congenital cardiac defects and maternal first trimester use of paroxetine, which typically utilize nonmalformed infants as controls.  There is no reason to believe that, in this study, the control population of children with genetic disorders will affect the interpretation of the study findings in a meaningful way, given that maternal use of paroxetine is not related to the genetic disorders, and sampling from the source population was done independently of exposure status.  In addition, a previous study performed by Bakker et al. [22] concluded that first trimester use of prescription drugs, except for antimigraine medication, does not differ significantly between mothers of children with a genetic disorder and the source population of all pregnant women.  Due to the small sample size of women exposed to paroxetine and the rarity of the outcomes in question, this study is insufficiently powered to detect the reported ORs for specific cardiac defects as statistically significant at the 0.05 level.  Thus, it is not unexpected that the 95% confidence intervals would include the null value of 1.0.  Nevertheless, the study identified elevated ORs of 5.7, 1.6, 2.1 and 1.5 for ASD, septal defects, left-sided defects, and all heart defects, respectively.

### *GlaxoSmithKline, 2009*

129. GlaxoSmithKline (GSK), in collaboration with University of North Carolina (UNC)-GSK Center of Excellence in Pharmacoepidemiology and Public Health, conducted a meta-analysis of literature published through February 15, 2007 to systematically review the association between first trimester paroxetine use and the prevalence of congenital, including cardiac, defects [110].  The analysis was subsequently updated through October 15, 2007, and secondary references were searched to find additional studies [111].  The analysis was then updated once more to include data available through September 30, 2008 [114].  Publications utilized in the meta-analysis included abstracts and full text manuscripts written in English.  They were required to include human subjects and contain data pertaining to the prevalence of congenital defects, both cardiac and total, with paroxetine use.  Excluded from the

analysis were data from case reports, case series, non-human data, neonatal consequences from breast-milk exposure, third trimester only exposure, and neonatal complications unrelated to congenital defects. Investigators contacted publication authors to obtain necessary information not included in published information such as paroxetine-specific estimates for total and specific defects, clarification of exposure definition and ascertainment, outcome ascertainment, definition and exclusions, control or comparison groups used, and confounders assessed (through November 30, 2008).  Fourteen studies were included in the analysis of the association between first trimester paroxetine use and cardiac malformations and seventeen studies in the analysis for total congenital malformations.  Ten of the fourteen cohort studies were cohort studies [59, 70, 77, 83, 135, 145, 162, 183, 194, 267], while the other four were case-control studies [14, 23, 35, 157]. The fixed-effect summary prevalence odds ratio (POR) calculated from these fourteen studies showed that first trimester exposure to paroxetine is associated with a 46% increase in the odds of cardiac malformations **(POR=1.46, 95% CI: 1.17-1.82)** and a 24% increase in the odds of total malformations **(POR=1.24, 95% CI: 1.08-1.43)**.  The malformations observed among the paroxetine exposed groups, from the studies that provided individual defect data for the analysis of total malformations, included limb defects, such as: clubfoot, 'musculoskeletal anomalies', 'other musculoskeletal anomalies', congenital hip dislocation, hip dysplasia, arthrogryposis multiplex conenita, transverse limb deficiencies, limb reduction defects, 'other congenital anomalies of limbs', and 'certain congenital musculoskeletal deformities'.

130. A subanalysis of the association between first trimester paroxetine use and cardiac septal defects was performed using three total studies, including one cohort study [135] and two case-control studies [14, 157]. The POR calculated from these three studies showed that first trimester exposure to paroxetine is associated with a 67% increase in the odds of cardiac septal defects **(POR=1.67, 95% CI: 1.02-2.73)**.  Another sub-analysis was performed of the association between first trimester paroxetine use and right ventricular outflow tract obstruction (RVOTO) defects.  This sub-analysis included two case-control studies [14, 157]. The POR showed that first trimester exposure to paroxetine is associated with a 185% increase in the odds of RVOTO malformations **(POR=2.85, 95% CI: 1.48-5.47)**.  Thus, this meta-analysis demonstrated that first trimester exposure to paroxetine causes an increase in the prevalence of all congenital cardiac malformations and total malformations, as well as septal cardiac defects and RVOTO defects (this meta-analysis was not published in a peer-reviewed journal).

***Wurst et al., 2009***

131. Wurst et al. [285] updated and published the GSK meta-analysis discussed in the previous paragraph.  The methods of this published study were largely the same as the report from 2009.  Analysis was performed on published literature from January 1, 1992 through September 30, 2008.  The authors chose to report only a fixed-effect summary POR calculated from these fourteen studies, which showed that first trimester exposure to paroxetine causes a 46% increase in the odds of combined cardiac defects (POR=1.46, 95% CI: 1.17-1.82) and a 24% increase in the odds of aggregated defects (POR=1.24, 95% CI: 1.08-1.43).  The sub-analysis for septal and RVOTO defects was not reported.  Additionally, this meta-analysis found little evidence of publication bias or overall statistical heterogeneity.

132. The Wurst et al. [285] publication was accompanied by a commentary by Anick Bérard [34], who concluded that, "the increased risk of cardiac malformation seen in users of paroxetine in the first trimester of pregnancy is beyond and above the baseline risk and the occurrence resulting from unknown causes, which is highlighted in the meta-analysis of Wurst et al."

### *Colvin et al. 2011*

133. Colvin et al. [72] conducted a population-based record linkage study to investigate major birth defects and other birth outcomes among children born to women exposed to SSRIs during pregnancy, using data from five Australian health data sources: the Western Australian Data Linkage System: Hospital Morbidity Data System, the Midwives' Notification System, the Registry of Births and Deaths, the Birth Defects Registry, and the national Pharmaceutical Benefits Scheme. The study population included all children born in Western Australia from 2002 to 2005 (n=97,262). Linkages with the Birth Defects Registry identified birth defects which were defined as pregnancies resulting in birth with structural or functional abnormalities present at conception or occurring before the end of the pregnancy, and diagnosed by the time the child is 6 years of age. Most minor defects are excluded from the registry unless the defects are disfiguring or require treatment. Muscular ventricular septal defects and small atrial septal defects are coded as minor birth defects, while isolated patent ductus arteriosus (PDA) defects are included if the ductus was still patent at 3 months of age in a child born at term or at 6 months of age in a child born preterm. PDAs are also included in the registry if the ductus is ligated at 2 months of age in both term and preterm births, or if other congenital heart defects are also present. All birth defects registered in the Birth Defects Registry are coded according to the ICD-9 system. Linkages with the national Pharmaceutical Benefits Scheme identified maternal use of SSRIs, including paroxetine hydrochloride. A total of 572 children were born to women who were dispensed paroxetine hydrochloride during the first

trimester, defined as paroxetine dispensed from 14 days to 104 days after their last menstrual period. The paroxetine exposed children were compared to 94,561 children of women who were not exposed to SSRIs during the first trimester. Maternal use of paroxetine during the first trimester was associated with an increased risk for cardiovascular defects **(OR=1.76, 95% CI: 0.83-3.73)** and for the cardiovascular subcategories of 'bulbus cordis anomalies of cardiac septal closure' **(OR= 1.80, 95% CI: 0.67-4.83)**, 'ventricular septal defect' **(OR= 1.56, 95% CI: 0.39-6.30)**, 'ostium secundum type atrial septal defect' **(OR= 3.68, 95% CI: 0.90-14.99)**, 'anomalies of pulmonary valve' **(OR= 1.74, 95% CI: 0.24-12.51)**, 'other congenital anomaly of circulatory system' **(OR= 3.62, 95% CI: 1.49-8.81)**, 'patent ductus arteriosus' **(OR=1.49, 95% CI: 0.21-10.69)**, 'anomalies of pulmonary artery' **(OR= 19.94, 95% CI: 6.00-66.22)**, and 'other anomalies of peripheral vascular system' **(OR= 10.37, 95% CI: 2.48-43.35)**. After adjustment for gestational age, the risk of 'patent ductus arteriosus' remained elevated **(OR= 1.28, 95% CI: 0.18-9.17)**. The subcategory of 'other congenital anomaly of heart' was not associated with maternal paroxetine exposure in the first trimester **(OR= 0.69, 95% CI: 0.10-4.96)**. Maternal use of paroxetine was also associated with talipes (club foot) **(OR= 1.79, 95% CI: 0.44-7.23)**, though not associated with the broader category of "certain congenital musculoskeletal deformities **(OR= 0.47, 95% CI: 0.12-1.89)**, musculoskeletal defects **(OR=0.47, 95% CI: 0.15-1.46)** or the category of any major birth defect **(OR=0.99, 95% CI: 0.65-1.51)**. The exact number of defects was not reported for any of the categories except cardiovascular defects and 'other congenital anomaly of circulatory system' due to privacy requirements that categories containing less than five observed defects not report the exact number of defects.

134. There are several methodological issues to consider in this study. Only pregnancies that resulted in births were included in this study. Therefore, ectopic pregnancies and terminations of pregnancy were not included in the analyses, which may cause attenuation of the ORs if these outcomes were associated with a congenital malformation. In addition, the unexposed population was defined as women who were not dispensed an SSRI during the first trimester, which does not exclude women who were dispensed non-SSRI antidepressants. The use of this control group that is potentially exposed to antidepressants controls for confounding by indication, but can drive the ORs towards the null.

### *Malm 2011*

135. Malm et al. [161] conducted a retrospective cohort study to evaluate the risk of major congenital anomalies among women exposed to SSRIs during the first trimester of pregnancy, using data from three registries in Finland: The Medical Birth Register, the Register of Congenital Malformations, and the Drug Reimbursement Register. The study

population included a total of 635,583 mother and child pairs, including all pregnancies in Finland ending in live birth, still birth, or termination due to severe fetal anomaly, between 1996 and 2006. The Medical Birth Register includes all live births and stillbirths from all maternity hospitals and the occasional home birth with gestational age of 22 weeks or more, or a birth weight of 500g or more. The exposed population (n=6,976) was defined as women who had at least one purchase of one or more SSRIs during the period of 1 month before pregnancy through week 12 of pregnancy, based on reimbursements from the Drug Reimbursement Register, which contains data on 98% of reimbursed prescription drug purchases. Prescription-only medicines deemed necessary for treatment of an illness are reimbursed for all permanent residents of Finland. There were 968 offspring who were identified as exposed to paroxetine during the study period, and they were compared to 628,607offspring of mothers not exposed to SSRIs. Offspring with at least one major congenital anomaly were identified in the Register of Congenital malformations, including major structural anomalies, chromosomal defects, and congenital hypothyroidism Offspring were classified according to ICD-9 code and grouped according to organ system following the EUROCAT subgroupings. Cardiovascular anomalies were further grouped into the categories of: atrial septal defects (ASDs); ventricular septal defects (VSDs, excluding VSDs in tetralogy of Fallot); right ventricular outflow tract defects (including pulmonary valve stenosis, pulmonary valve atresia, and infundibular pulmonary stenosis, and excluding tetralogy of Fallot); transposition off great arteries; conotruncal heart defects (including tetralogy of Fallot, pulmonary artery atresia with ventricular septal defects, double outlet right ventricle, persistent or common truncus arteriosus, aortic septal defect including aortopulmonary window, and Fallot pentalogy); and left ventricular outflow tract defects (including aortic valve atresia and stenosis). Minor anomalies were excluded from the registry, including patent formen ovale and patent ductus arteriosus, but ventricular septal defects were considered major congenital anomalies because no extensive follow-up information was available for possible spontaneous closure. After controlling for maternal age at the end of pregnancy, parity, year of pregnancy ending, marital status, smoking at any time during pregnancy, other reimbursed psychiatric medicine purchases during the first trimester, and entitlement for special reimbursement for prepregnancy diabetes; maternal use of paroxetine during the first trimester was associated with a 368% increased risk of right ventricular outflow tract defects **(OR= 4.68; 95% CI: 1.48-14.74)**, as well as an increased risk of conotruncal heart defects **(OR=2.46; 95% CI:0.60-10.03)**, and ASDs **(OR=1.28; 95% CI: 0.41-4.00)**. Excluding major chromosomal anomalies from the analysis of right ventricular outflow tract defects increased the risk associated with first trimester paroxetine exposure **(OR=5.18; 95% CI; 1.64-16.34)**. For the category "all major cardiovascular anomalies"

grouped together, the odds ratio was 1.09 **(OR=1.09; 95% CI: 0.66-1.79)**, and for ventricular septal defects, the odds ratio was 1.01 **(OR=1.01; 95% CI: 0.54-1.88)**. For musculoskeletal anomalies, including limb defects, the odds ratio was 1.11 **(OR= 1.11, 95% CI: 0.61-2.02)**, and for major congenital anomalies, the odds ratio was 1.22 **(OR=1.22, 95% CI: 0.91-1.64)**.

136. The unexposed population in this study included women who took non-SSRI antidepressants, although the analysis statistically adjusted for the purchase of other reimbursed psychiatric drugs (including antiepileptics) during the first trimester. In addition, the unexposed population did not exclude women who used other drugs or teratogenic agents, which could increase the risk of congenital malformations among controls and drive the odds ratios towards the null.

### 6.1.1. SUMMARY OF CARDIAC AND LIMB TERATOGENICITY OF PAXIL® (PAROXETINE)

137. In the reviewed studies, and others, exposure to Paxil® (paroxetine) during the first trimester of pregnancy has been associated with increased risk of a variety of major congenital defects, including cardiac and limb defects:

    a. **All Cardiac Defects Combined (risk range: 0.50-3.47)** [14, 23, 24, 28, 35, 70-72, 83, 87, 114, 135, 142, 157, 161, 192, 203, 219, 285]

    b. **Septal Defects (Ventricular and Atrial) (risk range: 0.41-5.70)** [14, 23, 24, 72, 114, 135, 142, 157, 161, 203, 219]

    c. **Conotruncal Defects (risk range: 1.60-1.70)** [14, 157]

    d. **Right Ventricular Outflow Tract Obstruction Defects (risk range: 0.90-5.18)** [14, 24, 114, 157, 161]

    e. **Left Ventricular Outflow Tract Obstruction Defects (risk range: 0.50-2.10)** [14, 24, 157]

    f. **All/Major/Any Congenital Malformations (risk range:0.61-2.4)** [28, 35, 70, 70, 72, 114, 135, 145, 161, 285]

    g. **Non-cardiac Defects (risk range:1.29-1.79)** [14, 14, 28]

    h. **Club foot Defects (risk estimate:1.79- 5.80)** [72, 157, 157]

    i. **Relatively severe malformations (risk estimate: 1.2)** [135]

The results detailed above are consistent with a causal relationship between first trimester exposure to Paxil® (paroxetine) and congenital cardiac defects. The cumulative evidence summarized above support the NICE guideline on clinical management and service guidance and its reference to paroxetine as a drug "with known teratogenic risk" [185]. Indeed, data from such studies "indicate that paroxetine should not be

used during pregnancy, particularly given the availability of other antidepressant options" [165].

138. There are inherent limitations in epidemiological studies of birth defects that warrant discussion.  The first issue deals with the rarity of specific congenital malformations, and the sample sizes necessary to statistically evaluate such rare outcomes.  If one chooses to evaluate the relationship between an exposure such as Paxil® (paroxetine) and specific cardiac defects, or even very narrowly defined subgroups of cardiac defects, the "possibility of detecting a risk factor is diminished because of the small number of cases" [122]. This also holds true for limb defects which are even more rare than cardiac defects. The prevalence of limb defects is estimated to be between 1 to 5 per 10,000 live births [56, 198], which are considerably  more rare than cardiac defects which occur at an estimated prevalence of 4 to 10 per 1,000 live births  [207]. For example, out of 496,881 live born infants studied by Pederson and colleagues [204], only 539 mothers were exposed to paroxetine during pregnancy, among which only 4 cardiac malformations and 1 septal defect were observed. With such a limited number of cases in this analysis, study authors did not have the statistical power to observe an effect of paroxetine on cardiac birth defects, even if such an association was actually present. As illustrated by this example, it is important that authors of studies of rare outcomes, such as birth defects, consider and discuss the impact of statistical power on interpretation of results. Furthermore, Dr. Lars Henning Pederson himself concludes: "We believe that the data, interpreted in the context of earlier studies, suggest a class effect of SSRIs on heart defects.  Our results seem overall to be in accordance with two large and well-performed American studies" [283].  Recently, other researchers have echoed this belief that there is a class effect of SSRIs causing congenital cardiac defects [16, 142, 255]. One recent review by Tuccori et al [255] concluded that, "[t]he overall current findings suggest a trend toward a major teratogenic effect of paroxetine. However, […], it cannot be stated that any of the other SSRIs should be recommended during pregnancy in place of paroxetine, since a teratogenic potential has been shown for each drug belonging to this class". The authors go on to say that, "[t]he teratogenic effects of paroxetine, particularly in the heart region, are likely to represent a class effect of SSRIs" [255].

139. Additionally, the "sample size demands of multivariate analyses [do] not permit very narrow definitions" [93].  For example, the prevalence of pulmonary atresia with intact ventricular septum (PA-IVS) is approximately 0.5 per 10,000 births [43], indicating that one would have to examine approximately 20,000 births in order to be likely to detect a single case of PA-IVS. Large numbers of live births would also be needed in a study to detect single cases of limb defects. The broad limb

defect grouping of lower limb reduction deformities have a estimated prevalence of 1.68 per 10,000 live births [198], indicating that one would have to examine approximately 6,000 live births to detect one case that would be classified as a lower limb reduction defect.

140. Another limitation of epidemiological studies of birth defects is the interpretation of statistical significance.  The likelihood that any given study will generate statistically significant results depends largely upon the size of the exposed population and the relative frequency of the disease.  The more rare the disease and the smaller the exposed population, the less likely that a particular study will find a statistically significant elevation, even under circumstances in which a true causal connection exists.  Consequently, statistical significance is "neither necessary nor appropriate as a requirement for drawing inferences from epidemiologic data" [68].  Study results are not invalidated by the absence of statistical significance in the presence of low power [33]. According to the FJC Reference Guide on Epidemiology: "[e]pidemiologic studies have become increasingly sophisticated in addressing the issue of random error and examining the data from studies to ascertain what information they may provide about the relationship between an agent and a disease, without the rejection of all studies that are not statistically significant" [117].

141. This concept is clearly illustrated in the comprehensive review and meta-analysis conducted Meador et al. [168] on the teratogenicity of anti-epileptic drugs (AEDs).  In their analysis, Meador and colleagues report results for the category of cardiovascular malformations, as well as individual cardiac defects including atrial septal defect, coarctation, patent ductus arteriosis, Tetralogy, transposition, and ventricular septal defect.  Not surprisingly, the results for the broad grouping of cardiovascular malformations achieve statistical significance, while none of the specific defect results were found to be statistically significant. Nonetheless, the study authors conclude that they were "comfortable in inferring that congenital malformation risk is significantly higher in those patients treated with AEDs as opposed to not treated."

142. Along with the aforementioned studies, additional research demonstrates the association between Paxil® (paroxetine) and major congenital birth defects, including cardiac defects, as well as other adverse outcomes.  These associations are discussed in the following paragraphs.

143. The associations observed in the epidemiological literature regarding exposure to Paxil® (paroxetine) and increased risks of congenital cardiac malformations is supported by other studies evaluating exposure to SSRIs in general during the first trimester of pregnancy.  These studies

have also identified increased risks of congenital cardiac defects [142, 172, 183, 203, 213, 282], including septal defects [142, 194, 203] associated with exposure to SSRIs, including Paxil[®] (paroxetine).

144. Furthermore, the risk of congenital cardiac malformations, general or specific, associated with first trimester exposure to Paxil[®] (paroxetine) are shown to be elevated compared to first trimester exposure to other SSRIs in general [23, 35, 70, 77, 135, 157, 219].

145. Exposure to SSRIs, including Paxil[®] (paroxetine), during pregnancy is also associated with other adverse health outcomes in the infant. These adverse health outcomes include neonatal withdrawal syndrome [96, 106, 231, 256], lower APGAR scores [57, 72, 136, 158, 219, 241], delayed psychomotor development [57], persistent pulmonary hypertension of the newborn (PPHN) [60, 133, 219, 289], decreased gestational duration [72, 90, 94, 158, 241, 289], decreased birth weight [72, 136, 193, 241, 273, 289], preterm birth [72, 77, 94, 136, 158, 219, 253, 273, 280], impaired fetal growth [76], small for gestational age (SGA) [193, 253], increased admissions to the neonatal intensive care unit [96, 158], and convulsions [136, 183, 273]. A meta-analysis by Lattimore and colleagues [150] shows that maternal exposure to SSRIs during pregnancy is associated with premature birth, low birth weight, increased rate of special care nursery or neonatal intensive care unit admissions, and poor neonatal adaptation. These studies demonstrate that exposure to Paxil[®] (paroxetine) is associated with numerous adverse fetal outcomes in addition to congenital cardiac birth defects. Across studies and compared to other SSRIs, "the use of paroxetine is most consistent in being associated with deleterious effects" [166]. Furthermore, data from the FDA and the WHO Organization Collaborating Centre for International Drug Monitoring suggest that among SSRIs, neonatal adverse effects are most commonly reported with paroxetine [29, 178].

146. Exposure to SSRIs, including Paxil[®] (paroxetine), during pregnancy is also associated with increased risks of spontaneous abortion (miscarriage) and fetal death (stillbirth) [52, 123, 145, 181, 182, 200, 213, 235, 267, 273, 289]. For example, a meta-analysis by Rahimi and colleagues found a 70% excess odds of spontaneous abortion among mothers exposed to SSRIs during pregnancy **(OR=1.70, 95% CI: 1.28-2.24)** [213]. In addition, a study by Wen et al. found a 2.23-fold excess risk of fetal death in women exposed to SSRIs during pregnancy compared to women not exposed to SSRIs during pregnancy **(OR=2.23, 95% CI: 1.01-4.93)** [273].

147. The authors of several studies conclude that it is not possible to determine which results occurred just by random variation or

unexplained factors because of the multiple comparisons performed during analysis [14, 135, 157].  However, analyses of this issue by numerous biostatisticians and epidemiologists have shown that adjustments for multiple comparisons are not necessary [149, 209, 226, 233].

## 6.2.  Basis of Opinion 3:  Mechanistic Support for Teratogenicity of Paxil[®] (Paroxetine)

148. The placenta provides a link between the circulations of the mother and the fetus, and is thus involved in many essential functions vital to fetal development.  For example, the placenta is involved in transfer of nutrients and oxygen from the mother to the fetus, and the removal of waste products from the fetus to the mother [272].  The placenta also serves as a barrier to protect the fetus from xenobiotics (i.e., chemical compounds that are foreign to a living organism) that may be present in maternal blood; however, it is established that most substances used by the mother during pregnancy, including drugs, will cross the placental barrier via passive diffusion and enter fetal circulation to some extent [179, 272].  For example, Wloch and colleagues state that "lack of fetomaternal circulation up to 10 weeks of gestation, i.e. in the phase of intensive organogenesis of the embryo, does not completely eliminate toxic or embryotoxic effects of xenobiotics, which effectively influx the fetal cells by way of the bodily tissue via the wide intracellular spaces" [281].  Substances able to cross the placental barrier via passive diffusion are generally characterized by a low molecular weight (i.e., <500 Da), high solubility in fats, and a neutral charge (i.e., non-ionized) [179, 272, 281].  Paxil[®] (paroxetine) has all three of these characteristics [46, 113, 211] and is therefore likely to cross the placenta via passive diffusion throughout pregnancy, including during the first trimester.

149. Paxil[®] (paroxetine) and other SSRIs are known to cross the placenta [146, 191].  In a study of 38 pregnant women taking citalopram, fluoxetine, paroxetine, or sertraline, antidepressant and metabolite concentrations were detectable in 86.8% of umbilical cord samples. Among those women on paroxetine therapy (n=8, dose range 10-40 mg/day), cord serum concentrations of the drug were as high as 31 ng/ml [124].  Concurring results were obtained by Rampono and colleagues [214], who found a mean drug concentration in cord serum samples taken from women using paroxetine (n=2, dose of 20 mg/day) during pregnancy of 6 µg/l.  Paroxetine is also found in the amniotic fluid of pregnant women using antidepressants who underwent amniocentesis [156].

150. The placenta expresses numerous transporters to facilitate the transport of substances between the mother and fetus during pregnancy.  The serotonin transporter (SERT) is one such type of transporter, and it plays a role in amniotic fluid and fetal circulation homeostasis [272].  SERT located in the placenta is "identical to the serotonin transporter expressed in serotonergic neurons and therefore is a target for the widely used antidepressants such as fluoxetine (Prozac), sertraline (Zoloft), paroxetine (Paxil), and citalopram (Celexa)" [104].  These antidepressants, including paroxetine, do not use SERT to gain access to the placenta and fetus (i.e., they are not transportable substrates).  Rather, they compromise the ability of SERT to collect and transport serotonin into the placenta [104, 272].  This compromise in function is expected to have significant clinical consequences for the developing fetus [104, 272].  Although the aforementioned antidepressants, including Paxil[®] (paroxetine), do not utilize SERT to enter the placenta, there are other transporters in the placenta (e.g., cation transporters) which may transport them across the placental barrier [103].  Thus, Paxil[®] (paroxetine) may enter the placenta via both passive and active transport.

151. Animal studies show that exposure to Paxil[®] (paroxetine) and other SSRIs produces adverse effects in developing animals [120, 191, 238, 249].  Effects observed in developing animals support epidemiological studies and are considered to be an indicator of potential risk to developing humans [49, 118].  In the various animal studies performed by GSK, adverse effects on offspring were reported in animals receiving one-sixth of the maximum recommended human dose (on a mg Paxil[®] per kg body weight basis) [113].

    a. A 1996 rat study conducted by Wier [277], which used an oral administration of 13 mg/kg/day as the high dose category, detected a single, isolated heart malformation in a pup found dead on day 1 postpartum.
    b. In a 1981 rat study [293], a dosage related, increase in minor skeletal anomalies was observed, though these differences were not statistically significant. Skeletal anomalies were also observed in a 1981 rabbit study [292]. A 1984 rat study, involving exposure to 3.9 mg/kg of paroxetine, observed a pup that died in utero with malrotated limbs and a small pelvis [26].

152. A study conducted by Rayburn and colleagues demonstrated that paroxetine exposed mouse pups also have lower body weights and narrower heads than mouse pups exposed to placebos [216].  These findings were demonstrated at a dose expected to achieve a serum level in the gravid mouse comparable to the upper therapeutic concentration in the human.  In a study of rats by Van den Hove, maternal paroxetine

treatment led to a shortened gestational length, reduced birth weight and a 10-fold increase in neonatal mortality in both stressed and non-stressed litters [264].  Submitting pregnant rats to stress is an attempt to simulate the effect that a mood disorder has on a developing fetus in humans.  These findings demonstrate the teratogenic potential of Paxil[®] (paroxetine).

153.  The proposed primary mechanism by which exposure to Paxil[®] (paroxetine) leads to the adverse effects in animals and humans involves the drug's effect on serotonin (5-HT).  It is believed that fetal serotonin is derived from maternal blood [265]. Yavarone and colleagues [287] state the following: "Several lines of evidence suggest that blood-borne 5-HT is available to the embryo in vivo during the period of cardiac morphogenesis. Since no sites of 5-HT synthesis have been detected in the cultured mouse embryo or extraembryonic structures it is assumed that the main source of 5-HT in vivo is the maternal embryonic circulation." Based on evidence from embryonic stem cells, as well as eggs and oocytes of both vertebrate and invertebrate embryos, Levin and colleagues [151] noted that serotonin, "is likely to play a role in oocyte maturation, vascular remodeling, neural crest migration, patterning of cytoskeletal structures, … craniofacial and limb development, and the specification of neuronal identity and connectivity."

154.  All SSRIs, including Paxil[®] (paroxetine), block neuronal transport of serotonin, both acutely and chronically.  Research shows that the serotonin system is involved in embryonic development, including formation of the heart and limbs [55, 66, 74, 121, 186, 201, 240, 265].

a.  "During embryogenesis, 5-HT regulates a wide variety of developmental processes including cell proliferation, migration and differentiation, as well as programmed cell death, profoundly affecting neural, craniofacial, cardiac, and limb development"[208].

b.  A study by Bhasin and colleagues [38]  showed that serotonin levels regulate the development of cartilage in the mouse hind limb.

c.  Additionally, there is compelling "evidence that serotonin, via the 5-HT2B receptor, regulates cardiac structure and function" [187]. Specifically, serotonin acts as a "humoral morphogen" by regulating the proliferation, migration, and differentiation of fetal heart cells in a dose-dependent manner [175, 201, 232, 243, 287].

d.  Furthermore, it is hypothesized that normal concentrations of serotonin are mitogenic, but that concentrations departing from normal levels (either higher or lower) may actually be inhibitory [41, 121, 175, 217, 232, 287].

155. Sari and Zhou state that "blocking 5-HT uptake decreases heart cell proliferation" [232].  In support of this hypothesis, several animal studies demonstrate that exposing the developing embryo to SSRIs (including Paxil[®]) and serotonin receptor antagonists decreases the proliferation and/or migration of fetal heart cells [66, 188, 232, 287] by blocking the uptake of serotonin in these cells.  For example, in the aforementioned study [232], paroxetine decreased fetal heart and cardiac muscle cell proliferation by 35% and 20%, respectively.  Similarly, Yavarone and colleagues [287] presented evidence for the capability of SSRIs (fluoxetine and sertraline) to inhibit proliferation of cardiac mesenchyme (CM), endocardium, and myocardium.  Yavarone reports that "CM cells in the OT [Outflow Tract] were clearly abnormal following this treatment, and so sparse that they could not be counted."  The ability of fetal heart cells to successfully proliferate and migrate is crucial for normal heart development [243], and early disruption of these processes can have deleterious downstream effects on the morphogenesis and patterning of the heart's structures [66, 186, 186].

156. Additionally, animal studies have shown that serotonin regulates limb development [38] and bone development in mice [238, 239], and that exposure to SSRIs and blocking 5-HT can delay bone development [14]. Delayed ossification was observed in a GSK rat study [293] following exposure to paroxetine and in other animals exposed to sertraline [14]. In the aforementioned GSK rat study, delayed ossification was observed following exposure to paroxetine and according to the study authors "may be considered indicative of retarded development" [293].

157. "The presence of 5-HT during gastrulation is particularly interesting with respect to [neural crest] cell migration, since both processes have been suggested to be pivotal for determination of the body plan" [175].  In early mouse embryos, it has been demonstrated that 5-HT derived from the maternal-embryonic circulation controls the proliferation, migration, gene expression, and morphogenesis of neural crest and neural crest derived cells [55]. The importance of neural crest cells in heart morphogenesis is well known.  Proper induction, migration, proliferation, and differentiation of neural crest cells are tightly regulated by a variety of molecular pathways (including 5-HT) and receptors, and drugs that interfere with these molecular pathways may induce neural crest-related malformations [265].  "Neural crest cells (NCCs) provide a major extracardiac source of mesenchyme to the outflow tract (OFT) and postganglionic neural progenitors that innervate the heart. Seminal work…demonstrated that NCCs contributed to the aorticopulmonary (AP) septum, the tunica media of the great arteries, the OFT septum, and the semilunar valves" [180].  "Ablation of pre-migratory neural crest results in a spectrum of cardiovascular disorders including persistent

truncus arteriosis (PTA), double outlet right ventricle (DORV), and ventricular septal defect (VSD)" [220]. Nebigil and colleagues demonstrated that treatment of embryos with selective antagonists of serotonin receptors caused trabeculation defects in the heart along with defects in neural crest cell derivatives [186]. Ye et al. performed a study in mice in which the loss of a gene expressed in NC cells (*ETS-1)* negatively affected heart development, specifically causing VSDs [288]. A study conducted by Nomura-Kitabayashi et al. in mice found that deletion of the *Bmpr1a* gene, which is expressed in cardiac neural crest cells (cNCC), caused cNCC to be abnormally distributed in the mouse embryo [190]. This led to abnormal development of the heart, specifically the outflow tract [190].

158. In a 2009 study by Sloot and colleagues, paroxetine was "identified as a clear teratogen, as [it] induced malformations in the absence of effects on growth or development" at doses as low as 3 µg/ml [243]. These malformations included fused or swollen branchial bars, abnormalities of posterior neopores, displaced otic systems, abnormal allontosis, flexion deficient, small heads, and abnormal craniofacial appearance. The authors suggest that observed specific malformations *in vitro* "may be early ontogenetic indicators for infrequent CV-anomalies observed *in vivo*." The mechanism most likely to produce this cardiovascular dysmorphogenesis is "[p]erturbations of non-neural serotonin regulated migration of cardiac neural crest cells."

159. Research performed by Fukumoto et al. [101] identified "5-HT as a novel and highly dynamic small-molecule signal regulating left-right patterning" in both frog and chick embryos. When exposed to SSRIs (including fluoxetine and citalopram), which block serotonin transport, the "only observed effect was the independent randomization of the position of the heart and visceral organs" [100]. Given that "both the availability of serotonin to intracellular signaling mechanisms, and its concentration outside of neighboring cells" may be controlled by serotonin transport, these results indicate that the effects on laterality observed were due to changes in serotonin concentration [100].

160. Building on the aforementioned studies by Fukomoto et al., Bamforth and colleagues [27] provide evidence for the spectrum of cardiac defects that can result from abnormalities in left-right patterning. In mice lacking the Cited2 gene, which is essential for establishing embryonic laterality, "embryos have a variable spectrum of cardiovascular malformations with defects in atrioventricular septation, outflow tract formation and aortic arch remodeling." Therefore, defective laterality from a single cause, such as a genetic defect or Paxil® (paroxetine) exposure *in utero*, can lead to a wide array of cardiac defects.

Page 62

161. Pavone and colleagues [202] studied the embryologic effects of mice lacking the serotonin transporter (SERT) gene, also known as SERT-KO mice.  Seventy-five percent of SERT-KO mice died prematurely within the first week after birth, and histological analysis of heart sections revealed that SERT-KO mice developed cardiac fibrosis. Study authors concluded that "our data also support the suggested association of congenital heart disease with the use of selective serotonin reuptake inhibitors (SSRIs) during pregnancy."  In a study by Narboux-Nême et al. conducted on a serotonin transporter transgenic (SERT[cre]) mouse line, the authors concluded the following: "Given the widespread expression of SERT in development, one may question the safety of administration of SSRIs during pregnancy or infancy in humans."

162. Taken together, these animal and mechanistic studies provide strong evidence for the ability of Paxil[®] to deleteriously perturb the normal development of the fetal heart and limbs, and thus play a causal role in the development of congenital cardiac and limb defects.  This evidence provides support for the biological plausibility of the associations observed in the epidemiological literature between first trimester exposure to paroxetine and increased risk of congenital cardiac and limb malformations.


## 7. CONCLUSIONS

1. In forming my scientific opinion on this matter I have relied upon my own knowledge, experience and training and have applied standard concepts and criteria for evaluating causality.  Compelling bases for causation in this case include: consistency of elevated risk ratios across epidemiological literature, biological plausibility, and temporality.

2. As expected, in the entire body of epidemiological and toxicological literature, which is overwhelmingly positive, there are a few studies that did not identify an association between first trimester exposure to Paxil[®] (paroxetine) and congenital cardiac and limb defects.  However, the existence of these studies does not negate the impact of the positive studies in the literature.

3. The weight of the evidence, which is driven by the strength and consistency of studies and scientific evidence, supports, to a reasonable degree of scientific certainty, a causal association between first trimester exposure to Paxil[®] (paroxetine) and congenital cardiac and limb defects in the epidemiological literature.

4.   It is my opinion, to a reasonable degree of scientific certainty, that first trimester exposure to Paxil[®] (paroxetine) is causally related to an increased risk of cardiac and limb malformations.  This conclusion is affirmed by the following:

   a.  Despite the lack of sufficient cases of a rare outcome to sufficiently power epidemiological studies, the human epidemiological evidence supports the association between first trimester exposure to Paxil[®] (paroxetine) and congenital cardiac and limb defects, in case-control studies, cohort studies, and meta-analyses.

   b.  Exposure to Paxil[®] (paroxetine) during pregnancy is associated with adverse birth outcomes in animal models.  There is coherence across scientific disciplines with regard to a causal link between Paxil[®] (paroxetine) and several developmental pathways related to the development of the heart and limbs.

Page intentionally left blank

**EXHIBIT 1.  CURRICULUM VITAE OF EXPERT, SHIRA KRAMER, Ph.D.**

# Curriculum Vitae
# Shira Kramer, Ph.D.

**Address:**     Epidemiology International, Inc.
                 111 Lakefront Drive
                 Hunt Valley, MD  21030

**Email:**       s.kramer@epiinternational.com

**Telephone:** 410-581-9450          **Fax:**  410-581-9428

**Education:**

| | | |
|---|---|---|
| B.A. – 1973 | M.H.S. - 1975 | Ph.D. - 1979 |
| Natural Sciences | Human Genetics | Epidemiology |
| The Johns Hopkins University | The Johns Hopkins University | The Johns Hopkins University |
| Baltimore, MD | School of Public Health | School of Public Health |
| | Baltimore, MD | Baltimore, MD |

## Current Professional Affiliations:

1985-Present:  President, Epidemiology International, Inc. (formerly RidgeCom, Inc.), Hunt Valley, MD  (Firm specializes in epidemiological research and consulting)

1995-Present:  President, Sterilex Corporation, Hunt Valley, MD  (Firm specializes in developing antimicrobial technologies for infection control)

## Positions Held:

Summer, 1975  Epidemiologist, National Heart and Lung Institute, National Institutes of Health

1976-1978      Teaching Fellow in Epidemiology, The Johns Hopkins University

1979-1985      Epidemiologist, Children's Cancer Research Center, Children's Hospital of Philadelphia

1979-1985      Assistant Professor of Epidemiology, University of Pennsylvania School of Medicine

1985-Present    President, Epidemiology International (formerly called RidgeCom, Inc.), Hunt
           Valley, MD

1995-Present    President, Sterilex Corporation, Hunt Valley, MD

**Specialty Certification**

Fellow, American College of Epidemiology

## Memberships in Professional Societies

American College of Epidemiology
American Public Health Association
Consumer Specialty Products Association
International Association for Food Protection
International Society for Environmental Epidemiology
Society for Epidemiologic Research
Women in Bio

## Board Positions

Women in Bio (Board of Directors)
Maryland Industrial Partnerships (Board of Advisors)

## Patents

"Methods of Using a Cleaner, Sanitizer, Disinfectant, Fungicide, Sporicide, Chemical Sterilizer" US Patent # 5,320,805, June 14, 1994.

"Antimicrobial Compositions" Filing Date: 12/26/06.  *Patent Pending.*

## Honors

Recipient, Technology Council of Maryland "Bio Product of the Year, 2004" Award

## Publications:

<u>Textbooks</u>

Kramer S, Jarrett P. Epidemiology and Biostatistics for Tumor Registry Professionals. The Commonwealth of Pennsylvania, 1984.

Mausner JS, Kramer S. Epidemiology: An Introductory Text. Second Edition. WB Saunders Co:  Philadelphia, 1985.

## Chapters in Books

Cohen BH, Lilienfeld AM, Kramer S, Hyman LC.  Parental Factors in Down's Syndrome.  Result of the Second Baltimore Case-Control Study.  In:  Hook EB and Porter IH (Eds.), *Population Cytogenetics, Studies in Humans*.  Academic Press: New York, 1977, pp. 301-352.

Kramer S. The Epidemiology of Brain Tumors:  Additional Considerations.  In:  Cohen M and Duffner P (Eds), *Brain Tumors of Childhood*. Raven Press:  New York, 1984, pp. 45-46.

Soskolne CL, Kramer S. Canada's Sydney Tar Ponds: Conflicting Interests Resulting in a Case of Suppression Bias and Social Injustice?  In: Westra L, Bosselmann K, and Soskolne C (Eds), *Globalisation and Ecological Integrity in Science and International Law*, Cambridge Scholars Publishing: Newcastle upon Tyne, 2011, pp. 410-424.

## Journal Articles

Kramer S, Diamond EL, Lilienfeld AM. Patterns of Incidence and Trends in Diagnostic Classification of Cerebrovascular Disease in Washington County, Maryland 1969-1971 to 1974-1976.  Am J Epidemiol 115:3, 398-411, 1982.

Meadows AT, Kramer S, Hopson R, Lustbader E, Jarrett P, Evans AE.  Survival in Childhood Acute Lymphocytic Leukemia: Effect of Protocol and Place of Treatment. Cancer Invest 1:51-58, 1983.

Lange B, Kramer S, Gregg J, Toledano S, Wimmer R, Evans AE. High Dose Methotrexate and Adriamycin in Osteogeneic Sarcoma Am J Clin Oncol 5:3-8, 1982.

Kramer S, Meadows AT, Jarrett P, Evans AE.  The Incidence of Childhood Cancer: Experience of a Decade in a Population-Based Registry.  J Natl Cancer Inst 70:49-55, 1983.

Kramer S, Meadows AT, Jarrett P. Racial Variation in Incidence of Wilms' Tumor: Relation to Congenital Anomalies.  Med Pediat Oncol, 12:401, 1984.

Ward E, Kramer S, Meadows AT.  The Efficacy of Random Digit Dialing in Selecting Matched Controls for a Case-Control Study of Pediatric Cancer.  Am J Epidemiol, 120:582, 1984.

Kramer S, Caplan I, Sessions R, Meadows AT. An On-Line Interactive Interviewing Program For Epidemiologic Studies, J. Med Systems, 8:27, 1984.

Kramer S, Meadows AT, Jarrett P. The Influence of Place of Treatment on Diagnosis, Treatment, and Survival in Three Pediatric Solid Tumors. J Clin Oncol, 2:917, 1984.

Lange B, Halpern S, Gale G, Kramer S. Trimethoprim-Sulfamethoxazole and Nystatin Prophylaxis in Children with Acute Lymphoblastic Leukemia. Europ J Paed Haematol Oncol, 1:231, 1985.

Kramer S, Ward E, Meadows At, Malone K. Medical and Drug Risk Factors Associated With Neuroblastoma: A Case-Control Study. J Natl Cancer Inst, 78:797, 1987.

Bunin GR, Kramer S, Marrero O, Meadows AT. Gestational Risk Factors for Wilms' Tumor: Results of a Case-Control Study. Cancer Res, 47:2972, 1987.

Bunin GR, Nass CC, Kramer S, Meadows AT. Parental Occupation and Wilms' Tumor: Results of a Case-Control Study. Cancer Research 49:725-729.1989

Bunin GR, Ward E, Kramer S, et al. Neuroblastoma and Parental Occupation. Am J Epidemiol 5:776,1990.

Dominici F, Kramer S, Zambelli-Weiner A. The Role of Epidemiology in the Law: A Toxic Tort Litigation Case. Law, Probability and Risk, 5:17-34, 2008.

Kramer S, Moller Hikel S, Adams K, Hinds D, Moon K. Current status of the epidemiologic evidence linking polychlorinated biphenyls and non-Hodgkin lymphoma, and the role of immune dysregulation. *In press,* Environ Health Perspect.

<u>Monographs</u>

Dublin TD, Kramer S, Weston MG, et al. A Follow-Up Study of Candidates for Educational Commission for Foreign Medical Graduates (ECFMG) Certification, 1969-1982. III. The Certification of Candidates. ECFMG Monograph, 1986.

Dublin TD, Kramer S, Weston MG, et al. A Follow-Up Study of Candidates for Educational Commission for Foreign Medical Graduates (ECFMG) Certification, 1969-1982. IV. Candidates Entering the Medical Care System of the United States. ECFMG Monograph, 1986.

Kramer S. A Review and Critique of Community Environmental Epidemiologic Studies, and the Role of Biologic Monitoring in Community Surveillance Programs. American Petroleum Institute Monograph, 1986.

<u>Abstracts</u>

Meadows AT, Kramer S, Evans AE.  A Population-Based Pediatric Tumor Registry:  Potential for Etiology Studies.  Proceedings SIOP, September 1979.

D'Angio GJ, Kramer S. Leukemogenic Hazards in Medical Treatment.  Leukemia Research Fund International Research Symposium.  London, April 1980.

Kramer S, Meadows AT, Jarrett P, Evans AE.  The Greater Delaware Valley Pediatric Tumor Registry:  Potential for Epidemiologic-Etiologic Research.  Am J Epidemiol 112:3, September 1980.

Kramer S, Meadows AT, Jarrett P, Hopson R, Evans AE.  Racial Groups at High Risk of Childhood Cancer in the Greater Delaware Valley.  Proceedings ASCO, Vol 22, 1981.

Kramer S, Jarrett P, Meadows AT.  Studies of the Epidemiology of Wilms' Tumor in the Greater Delaware Valley.  Proceedings, American Society of Preventive Oncology, 1982.

Kramer S, Meadows AT, Pastore G, Jarrett P, D'Angio GJ.  Influence of Place of Treatment on Diagnosis, Treatment, and Survival in Pediatric Solid Tumors.  Proceedings ASCO, Vol 1, 1982.

Kramer S, Ward E, Jarrett P. Random Digit Dialing as a Method of Control Selection in a Pediatric Case-Control Study.  Am J Epidemiol 116:574, 1982.

Sessions R, Kramer S, Caplan I, Meadows AT.  The Development of an On-Line Interactive Interviewing Program for Epidemiologic Studies.  Proceedings, American Association for Medical Systems and Informatics 1:45, 1982.

Meadows AT, Kramer S, Jarrett P, Evans AE.  Congential Anomalies in Wilms' Tumor and Neuroblastoma:  Relationship to Racial Variation in Incidence and Genetic Forms.  Proceedings AACR, Vol 24, 1983.

Meadows AT, Domanski L, Kramer S, Peltz V, Evans AE.  Childhood Cancer Survivors:  Education, Employment, and Reproduction.  Proceedings ASCO, Vol 2, 1983.

Meadows AT, Kramer S, Domanski L, Peltz V, Evans AE. Social and Psychologic Sequelae in Adult Survivors of Childhood Cancer.  Proceedings SIOP, September 1983.

Kramer S, Ward E, Meadows AT.  A Case-Control Study of Risk Factors for Neuroblastoma.  Proceedings AACR, Vol 25, 1984.

Bunin G, Kramer S, Meadows AT.  Familial and Environmental Risk Factors for Wilms' Tumor.  Am J Epidemiol 122:528, 1985.

Bunin G, Marrero O, Kramer S, et al.  Shared Risk Factors for Wilm's Tumor and Neuroblastoma:  Results of Case-Control Studies.  Proceedings AACR, 27:201, 1986.

Arnold, J.W., Zambelli-Weiner, A., Kramer S.  Methods to Measure Control of *Listeria monocytogenes* Biofilms on Test Materials from Food Production and Processing Facilities.  American Society for Microbiology, 4th Conference on Biofilms, Quebec City, Canada, March 2007.

Zambelli-Weiner A, Kramer S, Arnold JW.  Superior Control of *Listeria* Biofilms. 94th IAFP National Meeting, Lake Buena Vista, FL,  2007.

Zambelli-Weiner A, Kramer S.  Elevated Incidence of Neuroblastoma in a Community Exposed to Carcinogens from a Munitions Factory. 40th Annual Meeting of the Society for Epidemiologic Research, Boston, Massachusetts, June 2007. Proceedings SER, 2007.

Zambelli-Weiner A, Moller S, Kramer S.  Association Between Hazardous Waste from a Munitions Factory and Neuroblastoma.  20th Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Boston, Massachusetts, June 2007. Proceedings SPER, 2007.

Hawkins M, Kramer S, Moller S, Zambelli-Weiner A. Elevated Rates of Neuroblastoma Associated with Exposure to Coal Tar from a Former Manufactured Gas Plant (MGP) Site.  25th Annual Meeting of the American College of Epidemiology, September 15-18, 2007, Ft. Lauderdale, Florida. Proceedings ACE, 2007.

Moller S, Zambelli-Weiner A, Hawkins M, Kramer S.  Excess Cancer Risk Among a Population Exposed to Environmental Carcinogens.  Society for Epidemiologic Research 41st Annual Meeting, July 2008, Chicago, IL.  Proceedings SER, 2008.

Arnold JW, Kramer S, Zambelli-Weiner A.  Assay to Measure Efficacy of Disinfectants Against *Listeria monocytogenes* Biofilms.  122nd AOAC meeting, Dallas TX, 2008.

Zambelli-Weiner A,  Kramer S,  Moller S, Hawkins M.  A Persistent Worldwide Environmental Hazard: Former Manufactured Gas Plant (FMGP) Sites.  International Society for Environmental Epidemiology 20th Conference, October 2008, Pasadena CA.

Moller Hikel S, Hinds D, Kramer S. Previously unreported risks of birth defects and childhood neoplasms in a cohort of semiconductor workers. 3rd North American Congress of Epidemiology. Montreal, Canada; June 2011.

Hinds D, Chang A, Kramer S. Paroxetine and Cardiac Birth Defects: A Causal Role. 3rd North American Congress of Epidemiology. Montreal, Canada; June 2011.

**EXHIBIT 2.  PREVIOUS TESTIMONY OF SHIRA KRAMER, Ph.D.**

My trial and deposition experience is as follows:

CASE:              *Benny Amburgey, et al. v. McGraw Edison Company, et al.*
LOCATION:  Dayhoit, Kentucky
YEAR:              1996
NOTES:          Consolidated Civil Action No. 92-62 (Civil Action Nos. 90-38, 90-39, 92-
                       45, 92-46, 92-62, 92-73, 92-74)


CASE:              *Zachary Donaldson, et al. v. Central Illinois Public Service, et al.*
LOCATION:  Taylorville, Illinois
YEAR:              1997
NOTES:          Circuit Court of 4th Judicial District, Taylorville, Christian
County, Illinois


CASE:              *Henry Johnson, et al. v. Lincoln Creosote, et al.*
LOCATION:  Bossier City, Louisiana
YEAR:              1998
NOTES:          Case No. 70,481, Parish of Bossier, State of Louisiana


CASE:              *Kerr et al v. Aerojet-General Corp.*
LOCATION:  Chino Hills, California
YEAR:              2005
NOTES:          Case No ED CV 01-10 VAP (SOLX)
                       U.S. D. Ct. Central District of California


CASE:              *Charles W. Adams v. Cooper Industries, Inc. et al*
LOCATION:  Dayhoit, Kentucky
YEAR:              2006
NOTES:          United States District Court Eastern District of Kentucky at Lexington
                       Civil Action No. 5:03-CV-476-JBC


CASE:              *Joseph Charles vs. Bayer Corporation et al.*
LOCATION:  Opelousas, Louisiana
YEAR:              2006
NOTES:          Case No. 02-CV-0355 WDLA
                       United States District Court of Opelousas Louisiana


CASE:                    *Norma Acord et al v. Colane Company et al.*
LOCATION:         Logan County, West Virginia
YEAR:                    2009
NOTES:                 Case No. 04-C-151-0, Circuit Court of Logan County, West
Virginia

CASE:      *Lyam Kilker v. GlaxoSmithKline*
LOCATION:      Philadelphia, Pennsylvania
YEAR:      2009
NOTES:      Case No. 001813, Court of Common Pleas, Civil Trial Division,
Philadelphia, Pennsylvania

CASE:      *Shauna Evelyn McMurray v. GlaxoSmithKline*
LOCATION:      Tulsa, Oklahoma
YEAR:      2009
NOTES:      Case No.: 08-CV-381-GKF-SAJ, United States District Court for
the Northern District of Oklahoma

CASE:      *Alberta M. Woodson and Dale V. Woodson v. Khalid A. Abousy,*
*Fritz Andersen, Pavani Muddasani, and Novartis Pharmaceuticals*
*Corporation*
LOCATION:      Fairfax, Virginia
YEAR:      2010
NOTES:      Case No. CL2007-5870, Circuit Court for the County of Fairfax

CASE:      *Ruth Nishida, et al. v. Monsanto Company and Solutia Inc.* **and**
*Edward Colella v. Monsanto Company and Solutia Inc.*
LOCATION:      St. Louis County, Missouri
YEAR:      2010
NOTES:      Case No. 095L-CC01964 (Nishida et al.); Case No. 095L-
CC01972 (Colella),
Missouri Circuit Court 21st Judicial Circuit, St. Louis County

CASE:      *Wendolyn Tumlinson, Jake Albert Tumlinson, Jillveh Ontiveros*
*and Paris*

      *Ontiveros v. Advanced Micro Devices, Inc.*
LOCATION:      New Castle County, Delaware
YEAR:      2010-2011
NOTES:      Case No. 08C-07-106 FSS, Superior Court of the State of
Delaware

CASE:      *Anna Blyth v. GlaxoSmithKline*
LOCATION:      Philadelphia, Pennsylvania
YEAR:      2010
NOTES:      Case No. 003305, Court of Common Pleas, Philadelphia,
Pennsylvania

CASE:      *Richard Jernee, et al. v. Kinder Morgan Energy Partners, et al.* **and**
*Floyd Sands, et al. v. Kinder Morgan Energy Partners, et al.*
LOCATION:      Washoe County, Nevada
YEAR:      2011

NOTES:                 Case No. CV03-03482 (Jernee et al.); Case No. CV03-05326
(Sands et al.),
                Second Judicial District Court of the State of Nevada in and for the
        County of Washoe


CASE:           *Robert J. Blum, Jr., et al. v. Monsanto Company and Solutia Inc.,*
LOCATION:          St. Louis County, Missouri
YEAR:              2011
NOTES:             Case No. 10SL-CC02866, Twenty-first Judicial Circuit Court of
St. Louis County


CASE:           *Livingston Hampton, et al. v. Monsanto Company, et al.*
LOCATION:          St. Louis County, Missouri
YEAR:              2011-2012
NOTES:             Case No. 10SL-CC03428, Division No. 17, Twenty-first Judicial
                Circuit Court of St. Louis County


CASE:           *Beverly Shurtleff v. Cordis Corporation and Johnson & Johnson of New
                Jersey, Inc., d/b/a Johnson & Johnson*
LOCATION:          Palm Beach County, Florida
YEAR:              2011
NOTES:             Case No. 50 2007 CA 008474, Circuit Court for the 15th Judicial
                Circuit in and for Palm Beach County, Florida


CASE:           *In Re: Chantix (Varenicline) Products Liability Litigation*
LOCATION:          Northern District of Alabama
YEAR:              2012
NOTES:             2:09-CV-2039-IPJ MDL No. 2092, United States District Court,
Northern District of Alabama, Southern Division

**EXHIBIT 3.  COMPENSATION FOR EXPERT REPORT AND TESTIMONY**

<u>2012 Hourly rates of Epidemiology consultants and experts:</u>

| **<u>Type of Service</u>** | **<u>Rate</u>** |
| --- | --- |
| PhD Level Epidemiologist or Biostatistician (consulting) | $200-$375/hour |
| PhD Level Epidemiologist or Biostatistician (testifying) | $375-$450/hour |
| Expert testimony in trial/deposition | $7,500/day<br>or any portion of |
| Services requested on a "rush" basis | $100/hour surcharge |
| Research Staff [†] | $125-$225/hour |
| Senior Project Management by PhD-Level Staff | $250/hour |

[†]Research support staff activities may include the following and are based upon individual staff experience and qualifications:
Review and evaluation of case documents
Background research and literature searching
Project management
Statistical analyses
Preparation of exhibits and materials for deposition or trial

**REFERENCES**

1   MHRA update on the risks of birth defects in babies born to mothers taking paroxetine - Q&A.

2   Congenital Cardiovascular Anamolies: Atrioventricular Septal Defect. The Merck Manuals Online Medical Library 2005 NovemberAvailable from: URL: http://www.merck.com/mmpe/sec19/ch287/ch287d.html

3   Pharmacoepidemiology. 4 ed. Philladelphia: John Wiley & Sons, Ltd; 2005.

4   ACOG Committee Opinion No. 354: Treatment with selective serotonin reuptake inhibitors during pregnancy. Obstet Gynecol 2006 Dec;108(6):1601-3.

5   SSRI antidepressants and birth defects. Prescrire Int 2006 Dec;15(86):222-3.

6   The Limbs. In: Ferretti P, Copp A, Tickle C, Moore G, editors. Embryos, Genes, and Birth Defects. 2 ed. West Sussex: John Wiley and Sons, LtD; 2006. p. 123-66.

7   E-mail Correspondance Between GSK and the Sloan Epidemiology Center. 2007.

8   Pregnancy and Lactation Labeling. U S Food and Drug Administration, Center for Drug Evaluation and Research 2008 June 11Available from: URL: http://www.fda.gov/cder/regulatory/pregnancy_labeling/default.htm

9   EUROCAT Guide 1.3 and reference documents - Instructions for the Registration and Surveillance of Congenital Anomalies. European Surveillance of Congenital Anomalies (Eurocat) 2009 MayAvailable from: URL: http://www.eurocat-network.eu/content/EUROCAT-Guide-1.3.pdf

10  Matrixx Initiatives v. Siracusano. Supreme Court of the United States. No. 09-1156.  3-22-2011.

11  Aberson C. Interpreting Null Results: Improving Presentation and Conclusions with Confidence Intervals. Journal of Articles in Support of the Null Hypothesis 2002;1(3):36-42.

12  Agency for Toxic Substances and Disease Registry (ATSDR). Public Health Assessment Guidance Manual.  1998. Washington, D.C., U.S. Department of Health and Human Services.

13  Alwan S, Friedman JM. Safety of Selective Serotonin Reuptake Inhibitors in Pregnancy. CNS Drug Rev 2009;23(6):493-509.

14  Alwan S, Reefhuis J, Rasmussen SA, Olney RS, Friedman JM. Use of selective serotonin-reuptake inhibitors in pregnancy and the risk of birth defects. N Engl J Med 2007 Jun 28;356(26):2684-92.

15   Anaclerio S, Di C, V, Michielon G, Digilio MC, Formigari R, Picchio FM, et al.
     Conotruncal heart defects: impact of genetic syndromes on immediate operative
     mortality. Ital Heart J 2004 Aug;5(8):624-8.

16   Andrade C. Continuing medical education: SSRIs and pregnancy. Indian J
     Psychiatry 2010 Jan;52(1):83-6.

17   Andrade SE, Raebel MA, Brown J, Lane K, Livingston J, Boudreau D, et al. Use
     of antidepressant medications during pregnancy: a multisite study. Am J Obstet
     Gynecol 2008 Feb;198(2):194-5.

18   Atkins L, Jarrett D. The Significance of "Significance Tests". In: Evans J, Irvine J,
     editors. Demystifying Social Statistics.London: Pluto Press; Reissue edition;
     1979.

19   Audus KL, Soares MJ, Hunt JS. Characteristics of the Fetal/Maternal Interface
     with Potential Usefulness in the Development of Future Immunological and
     Pharmacological Strategies. J Pharmacol Exp Ther 2002 May 1;301(2):402-9.

20   Axelson O. Negative and non-positive epidemiological studies. Int J Occup Med
     Environ Health 2004;17(1):115-21.

21   Bakker MK. RE: First-trimester use of paroxetine and congenital heart defects: A
     population based case-control study.  2009.

22   Bakker MK, de Walle HE, Dequito A, van den Berg PB, de Jong-van den Berg
     LT. Selection of controls in case-control studies on maternal medication use and
     risk of birth defects. Birth Defects Res A Clin Mol Teratol 2007 Sep;79(9):652-6.

23   Bakker MK, Kersjens-Frederikse WS, Van den Berg MD, De Jong-Van den Berg
     LTW, De Walle HEK. Use of Selective Serotonin Reuptake Inhibitors in Early
     Pregnancy and Risk of Cardiac Malformations. Pharmacoepidemiol Drug Saf
     2006;15(S):81.

24   Bakker MK, Kerstjens-Frederikse WS, Buys CH, de Walle HE, de Jong-van den
     Berg LT. First-trimester use of paroxetine and congenital heart defects: A
     population-based case-control study. Birth Defects Res A Clin Mol Teratol 2009
     Nov 20.

25   Bakker MK, Kolling P, van den Berg PB, de Walle HE, de Jong van den Berg LT.
     Increase in use of selective serotonin reuptake inhibitors in pregnancy during the
     last decade, a population-based cohort study from the Netherlands. Br J Clin
     Pharmacol 2008 Apr;65(4):600-6.

26   Baldwin JA. BRL 29060A: Effects of Oral Administration on the Peri- And Post-
     Natal Development of Rats.  1984.

27   Bamforth SD, Braganca J, Farthing CR, Schneider JE, Broadbent C, Michell AC,
     et al. Cited2 controls left-right patterning and heart development through a Nodal-
     Pitx2c pathway. Nat Genet 2004 Nov;36(11):1189-96.

28   Bar-Oz B, Einarson T, Einarson A, Boskovic R, O'Brien L, Malm H, et al. Paroxetine and congenital malformations: meta-Analysis and consideration of potential confounding factors. Clin Ther 2007 May;29(5):918-26.

29   Belik J. Fetal and neonatal effects of maternal drug treatment for depression. Semin Perinatol 2008 Oct;32(5):350-4.

30   Bellantuono C, Migliarese G, Gentile S. Serotonin reuptake inhibitors in pregnancy and the risk of major malformations: a systematic review. Hum Psychopharmacol 2007 Apr;22(3):121-8.

31   Bellhouse D. Invited commentary: p values, hypothesis tests, and likelihood. Am J Epidemiol 1993;137:497-9.

32   Benke GM, Murphy SD. The influence of age on the toxicity and metabolism of methyl parathion and parathion in male and female rats. Toxicol Appl Pharmacol 1975 Feb;31(2):254-69.

33   Berard A. Paroxetine exposure during pregnancy and the risk of cardiac malformations: What is the evidence? Birth Defects Res A Clin Mol Teratol 2009 Nov 30.

34   Berard A. Paroxetine exposure during pregnancy and the risk of cardiac malformations: what is the evidence? Birth Defects Res A Clin Mol Teratol 2010 Mar;88(3):171-4.

35   Berard A, Ramos E, Rey E, Blais L, St-Andre M, Oraichi D. First trimester exposure to paroxetine and risk of cardiac malformations in infants: the importance of dosage. Birth Defects Res B Dev Reprod Toxicol 2007 Feb;80(1):18-27.

36   Bermejo-Sanchez E, Cuevas L, Amar E, Bakker MK, Bianca S, Bianchi F, et al. Amelia: a multi-center descriptive epidemiologic study in a large dataset from the International Clearinghouse for Birth Defects Surveillance and Research, and overview of the literature. Am J Med Genet C Semin Med Genet 2011 Nov 15;157C(4):288-304.

37   Besaratinia A, Pfeifer GP. Second-hand smoke and human lung cancer. Lancet Oncol 2008 Jul;9(7):657-66.

38   Bhasin N, Kernick E, Luo X, Seidel HE, Weiss ER, Lauder JM. Differential regulation of chondrogenic differentiation by the serotonin2B receptor and retinoic acid in the embryonic mouse hindlimb. Dev Dyn 2004 Jun;230(2):201-9.

39   Black RA, Hill DA. Over-the-counter medications in pregnancy. Am Fam Physician 2003 Jun 15;67(12):2517-24.

40   Blake HA, Hall RJ, Manion WC. Anomalous Pulmonary Venous Return. Circulation 1965 Sep 1;32(3):406-14.

41   Borue X, Chen J, Condron BG. Developmental effects of SSRIs: lessons learned from animal studies. Int J Dev Neurosci 2007 Oct;25(6):341-7.

42   Botto LD, Correa A. Decreasing the burden of congenital heart anomalies: an epidemiologic evaluation of risk factors and survival. Progress in Pediatric Cardiology 2003;18:111-21.

43   Botto LD, Correa A, Erickson JD. Racial and temporal variations in the prevalence of heart defects. Pediatrics 2001 Mar;107(3):E32.

44   Botto LD, Lin AE, Riehle-Colarusso T, Malik S, Correa A, National Birth Defects Prevention Study. Seeking Causes: Classifying and Evaluating Congenital Heart Defects in Etiologic Studies. Birth Defects Res A Clin Mol Teratol 2007;79:714-27.

45   Botto LD, Mastroiacovo P. Epidemiology, etiology and pathogenesis of congenital heart defects. Ann Ist Super Sanita 1993;29(1):105-14.

46   Bourin M, Chue P, Guillon Y. Paroxetine: a review. CNS Drug Rev 2001;7(1):25-47.

47   Brand T. Heart development: molecular insights into cardiac specification and early morphogenesis. Dev Biol 2003 Jun 1;258(1):1-19.

48   Brennan P, Buffler PA, Reynolds P, Wu AH, Wichmann HE, Agudo A, et al. Secondhand smoke exposure in adulthood and risk of lung cancer among never smokers: a pooled analysis of two large studies. Int J Cancer 2004 Mar;109(1):125-31.

49   Brent RL, Beckman DA. Environmental Teratogens. Bulletin of the New York Academy of Medicine 1990;66(2):123-63.

50   Brent RL, Tanski S, Weitzman M. A Pediatric Perspective on the Unique Vulnerability and Resilience of the Embryo and the Child to Environmental Toxicants: The Importance of Rigorous Research Concerning Age and Agent. Pediatrics 2004 Apr 1;113(4):935-44.

51   Brown HL. Normal Pregnancy: Stages of Development. The Merck Manuals Online Medical Library 2007 NovemberAvailable from: URL: http://www.merck.com/mmhe/sec22/ch257/ch257c.html

52   Broy P, Berard A. Gestational Exposure to Antidepressants and the Risk of Spontaneous Abortion: A Review. Curr Drug Deliv 2010;7:76-92.

53   Bruckner JV. Differences in sensitivity of children and adults to chemical toxicity: the NAS panel report. Regul Toxicol Pharmacol 2000 Jun;31(3):280-5.

54   Bryant HE, Visser N, Love EJ. Records, recall loss, and recall bias in pregnancy: a comparison of interview and medical records data of pregnant and postnatal women. Am J Public Health Nations Health 1989 Jan 1;79(1):78-80.

55   Buznikov GA, Lambert HW, Lauder JM. Serotonin and serotonin-like substances as regulators of early embryogenesis and morphogenesis. Cell Tissue Res 2001 Aug;305(2):177-86.

56   Canfield MA, Collins JS, Botto LD, Williams LJ, Mai CT, Kirby RS, et al. Changes in the birth prevalence of selected birth defects after grain fortification with folic acid in the United States: findings from a multi-state population-based study. Birth Defects Res A Clin Mol Teratol 2005 Oct;73(10):679-89.

57   Casper RC, Fleisher BE, Lee-Ancajas JC, Gilles A, Gaylor E, DeBattista A, et al. Follow-up of children of depressed mothers exposed or not exposed to antidepressant drugs during pregnancy. J Pediatr 2003 Apr;142(4):402-8.

58   Center for Disease Control. Facts about Upper and Lower Limb Reduction Defects. http://www cdc gov/ncbddd/birthdefects/UL-LimbReductionDefects html 2011 February 25

59   Chambers CD. Birth Outcomes Among Pregnant Women Taking Paroxetine (Paxil).  2007.

60   Chambers CD, Hernandez-Diaz S, Van Marter LJ, Werler MM, Louik C, Jones KL, et al. Selective Serotonin-Reuptake Inhibitors and Risk of Persistent Pulmonary Hypertension of the Newborn. N Engl J Med 2006 Feb 9;354(6):579-87.

61   Chan AW, Altman DG. Identifying outcome reporting bias in randomised trials on PubMed: review of publications and survey of authors. BMJ 2005 Apr 2;330(7494):753.

62   Chan AW, Hrobjartsson A, Haahr MT, Gotzsche PC, Altman DG. Empirical evidence for selective reporting of outcomes in randomized trials: comparison of protocols to published articles. JAMA 2004 May 26;291(20):2457-65.

63   Chan AW, Krleza-Jeric K, Schmid I, Altman DG. Outcome reporting bias in randomized trials funded by the Canadian Institutes of Health Research. CMAJ 2004 Sep 28;171(7):735-40.

64   Charlton BG. Attribution of causation in epidemiology: chain or mosaic? J Clin Epidemiol 1996 Jan;49(1):105-7.

65   Cheek L. Legal vs. medical criteria for determining causation in occupational disease claims. Annals New York Academy of Sciences 1989;572:19.

66   Choi DS, Ward SJ, Messaddeq N, Launay JM, Maroteaux L. 5-HT2B receptor-mediated serotonin morphogenetic functions in mouse cranial neural crest and myocardiac cells. Development 1997 May;124(9):1745-55.

67   Chung TKH, Lau TK, Yip ASK, Chiu HFK, Lee DTS. Antepartum Depressive Symptomatology Is Associated With Adverse Obstetric and Neonatal Outcomes. Psychosom Med 2001 Sep 1;63(5):830-4.

68  Clapp RW, Ozonoff D. Environment and Health: Vital Intersection or Contested Territory? American Journal of Law & Medicine 2004;30:189-215.

69  Clark EB. Pathogenetic mechanisms of congenital cardiovascular malformations revisited. Semin Perinatol 1996 Dec;20(6):465-72.

70  Cole JA, Ephross SA, Cosmatos IS, Walker AM. Paroxetine in the first trimester and the prevalence of congenital malformations. Pharmacoepidemiol Drug Saf 2007 Oct;16(10):1075-85.

71  Colvin L, Slack-Smith L, Stanley F, Bower C. Linking to a pharmaceutical claims database with birth defects registry to investigate birth defect rates of suspected teratogens. Pharmacoepidemiol Drug Saf 2010 Jul;19:1137-50.

72  Colvin L, Slack-Smith L, Stanley FJ, Bower C. Dispensing patterns and pregnancy outcomes for women dispensed selective serotonin reuptake inhibitors in pregnancy. Birth Defects Res A Clin Mol Teratol 2011 Mar;91(3):142-52.

73  Cooper WO, Willy ME, Pont SJ, Ray WA. Increasing use of antidepressants in pregnancy. American Journal of Obstetrics & Gynecology 2007 Jun;196:544.e1-544.e5.

74  Cote F, Fligny C, Bayard E, Launay JM, Gershon MD, Mallet J, et al. Maternal serotonin is crucial for murine embryonic development. Proc Natl Acad Sci U S A 2007 Jan 2;104(1):329-34.

75  Cranor C. Excellent Evidence Makes Bad Law: Pragmatic Barriers to the Discovery of Harm and Fair Admissibility Decisions. Toxic Torts: Science, Law and The Possibility of Justice.New York, NY: Cambridge University Press; 2006. p. 192-9.

76  Davidson S, Prokonov D, Taler M, Maayan R, Harell D, Gil-Ad I, et al. Effect of exposure to selective serotonin reuptake inhibitors in utero on fetal growth: potential role for the IGF-I and HPA axes. Pediatr Res 2009 Feb;65(2):236-41.

77  Davis RL, Rubanowice D, McPhillips H, Raebel MA, Andrade SE, Smith D, et al. Risks of congenital malformations and perinatal events among infants exposed to antidepressant medications during pregnancy. Pharmacoepidemiol Drug Saf 2007 Oct;16(10):1086-94.

78  Day HJ. The ISO/ISPO classification of congenital limb deficiency. Prosthet Orthot Int 1991 Aug;15(2):67-9.

79  Dayan J, Creveuil C, Herlicoviez M, Herbel C, Baranger E, Savoye C, et al. Role of Anxiety and Depression in the Onset of Spontaneous Preterm Labor. Am J Epidemiol 2002 Feb 15;155(4):293-301.

80  De las CC, Sanz EJ. Safety of selective serotonin reuptake inhibitors in pregnancy. Curr Drug Saf 2006 Jan;1(1):17-24.

81   DHHS. Reviewer Guidance Evaluating the Risks of Drug Exposure in Human Pregnancies.  2005 Apr.

82   Diav-Citrin O, Koren G. Human Teratogens: A Critical Evaluation. In: Koren G, Bishai R, editors. Nausea and Vomiting of Pregnancy: State of the Art 2000. Motherisk; 2000.

83   Diav-Citrin O, Shechtman S, Weinbaum D, Wajnberg R, Avgil M, Di GE, et al. Paroxetine and fluoxetine in pregnancy: a prospective, multicentre, controlled, observational study. Br J Clin Pharmacol 2008 Nov;66(5):695-705.

84   Donnelly A, Paton C. Safety of selective serotonin reuptake inhibitors in pregnancy. Psychiatric Bulletin 2007;31:183-6.

85   Edwards JE. Pathology of Left Ventricular Outflow Tract Obstruction. Circulation 1965 Apr 1;31(4):586-99.

86   Einarson A, Pistelli A, DeSantis M, Malm H, Paulus W, Panchaud A, et al. Paroxetine in pregnancy: Is there an association with congenital cardiovascular defects? Birth Defects Res A Clin Mol Teratol 2007;79:358.

87   Einarson A, Pistelli A, DeSantis M, Malm H, Paulus WD, Panchaud A, et al. Evaluation of the risk of congenital cardiovascular defects associated with use of paroxetine during pregnancy. Am J Psychiatry 2008 Jun;165(6):749-52.

88   Ellfolk M, Malm H. Risks associated with in utero and lactation exposure to selective serotonin reuptake inhibitors (SSRIs)- a review. Reprod Toxicol 2010 May 3.

89   Environmental Protection Agency. Proposed Guidelines for Carcinogen Risk Assessment. Washington, DC: Office of Research and Development, U.S. Environmental Protection Agency; 1996 Apr.

90   Ericson A, Kallen B, Wiholm B. Delivery outcome after the use of antidepressants in early pregnancy. Eur J Clin Pharmacol 1999 Sep;55(7):503-8.

91   Farmer R. The problems with some epidemiological studies. Maturitas 2007 May 20;57(1):11-5.

92   Favreliere S, Nourrisson A, Jaafari N, Pochat P. Treatment of depressed pregnant women by selective serotonin reuptake inhibitors: Risk for the foetus and the newborn. Encephale 36S2, D133-D138. 2010.

93   Ferencz C, Loffredo CA, Correa-Villasenor A, Wilson PD. Categorization of Cardiovascular Malformations for Risk Factor Analysis. Genetic & Environmental Risk Factors of Major Cardiovascular Malformations: The Baltimore-Washington Infant Study 1981-1989.Armonk, NY: Futura Publishing Co., Inc.; 1997. p. 13-28.

94   Ferreira E, Carceller AM, Agogue C, Martin BZ, St-Andre M, Francoeur D, et al. Effects of selective serotonin reuptake inhibitors and venlafaxine during pregnancy in term and preterm neonates. Pediatrics 2007 Jan;119(1):52-9.

95   Field T. Infants of Depressed Mothers. Infant Behav Dev 1995;18:1-13.

96   Field T. Prenatal depression and selective serotonin reuptake inhibitors. Int J Neurosci 2010 Mar;120(3):163-7.

97   Fischer RA. Statistical Methods and Scientific Inference. 3rd ed. New York: Hafner Press; 1973.

98   Food and Drug Administration (FDA).Center for Drug Evaluation and Research (CDER). Guidance for Industry: S1B Testing for Carcinogenicity of Pharmaceuticals. Rockville, MD: U.S. Department of Health and Human Services; 1997 Jul.

99   Fujimura JH, Chou DY. Dissent in science: Styles of scientific practice and the controversy over the cause of AIDS. Social Science Medicine 1994;38:1017-36.

100  Fukumoto T, Blakely R, Levin M. Serotonin transporter function is an early step in left-right patterning in chick and frog embryos. Dev Neurosci 2005;27(6):349-63.

101  Fukumoto T, Kema IP, Levin M. Serotonin signaling is a very early step in patterning of the left-right axis in chick and frog embryos. Curr Biol 2005 May 10;15(9):794-803.

102  Fulcher AS, Turner MA. Abdominal Manifestations of Situs Anomalies in Adults. RadioGraphics 2002 Nov 1;22(6):1439-56.

103  Ganapathy V. Role of transporters in placental transfer of drugs.  2-20-2010.

104  Ganapathy V, Prasad PD. Role of transporters in placental transfer of drugs. Toxicol Appl Pharmacol 2005 Sep 1;207(2 Suppl):381-7.

105  Gardner MJ, Altman DG. Confidence intervals rather than P values: estimation rather than hypothesis testing. Br Med J 1986;292:746-50.

106  Gentile S. On categorizing gestational, birth, and neonatal complications following late pregnancy exposure to antidepressants: the prenatal antidepressant exposure syndrome. CNS Spectr 2010 Mar;15(3):167-85.

107  GlaxoSmithKline. FDA Request for Information on Pregnancy. NDA 20-031 Paxil (paroxetine).  12-8-1994.

108  GlaxoSmithKline. New safety information regarding paroxetine: findings suggest increased risk over other antidepressants, of congenital malformations, following first trimester exposure to paroxetine. Health Canada 2005 September 29Available from: URL: http://www.hc-sc.gc.ca/dhp-mps/alt_formats/hpfb-dgpsa/pdf/medeff/paxil_3_hpc-cps-eng.pdf

109  GlaxoSmithKline. New safety information regarding paroxetine: second large study shows an increased risk of cardiac defects, over other antidepressants, following first trimester exposure to paroxetine. Health Canada 2005 December

16Available from: URL: http://www.hc-sc.gc.ca/dhp-mps/alt_formats/hpfb-dgpsa/pdf/medeff/paxil_4_hpc-cps-eng.pdf

110   GlaxoSmithKline. Paroxetine Use in First Trimester of Pregnancy and the Prevalence of Congenital, Specifically Cardiac, Malformations: Systematic Review and Meta-Analysis of Epidemiological Data.  2007. Report No.: WEUSRTP2280.

111   GlaxoSmithKline. Updated Report: First Trimester Paroxetine Use and the Prevalence of Congenital, Specifically Cardiac, Malformations: Systematic Review and Meta-Analysis of Epidemiological Data.  2008 Feb 28.

112   GlaxoSmithKline. Additional study shows use of paroxetine in first trimester of pregnancy may have small increased risk of heart-related birth defects, compared to other antidepressants. Health Canada 2009 December 22Available from: URL: http://www.hc-sc.gc.ca/dhp-mps/alt_formats/hpfb-dgpsa/pdf/medeff/paxil_4_pc-cp-eng.pdf

113   GlaxoSmithKline. Paxil (paroxetine hydrochloride) tablets & oral suspension prescribing information. GlaxoSmithKline 2009 JanuaryAvailable from: URL: http://us.gsk.com/products/assets/us_paxil.pdf

114   GlaxoSmithKline. Updated Report: First Trimester Paroxetine Use and the Prevalence of Congenital, Specifically Cardiac, Malformations: Systematic Review and Meta-Analysis of Epidemiological Data.  2009.

115   Goldenthal EI. A compilation of LD50 values in newborn and adult animals. Toxicol Appl Pharmacol 1971 Jan;18(1):185-207.

116   Goldman L, Falk H, Landrigan PJ, Balk SJ, Reigart JR, Etzel RA. Environmental pediatrics and its impact on government health policy. Pediatrics 2004 Apr;113(4 Suppl):1146-57.

117   Green MD, Freedman DM, Gordis L. Reference Guide on Epidemiology.  Federal Judicial Center; 2000.

118   Guittina P, Elefant E, Saint-Salvi B. Hierarchization of animal teratology findings for improving the human risk evaluation of drugs. Reprod Toxicol 2000 Jul;14(4):369-75.

119   Hackley B. Antidepressant medication use in pregnancy. J Midwifery Womens Health 2010 Mar;55(2):90-100.

120   Hallberg P, Sjoblom V. The use of selective serotonin reuptake inhibitors during pregnancy and breast-feeding: a review and clinical aspects. J Clin Psychopharmacol 2005 Feb;25(1):59-73.

121   Hansson SR, Mezey E, Hoffman BJ. Serotonin transporter messenger RNA expression in neural crest-derived structures and sensory pathways of the developing rat embryo. Neuroscience 1999 Mar;89(1):243-65.

122   Harris JA, Francannet C, Pradat P, Robert E. The epidemiology of cardiovascular defects, part 2: a study based on data from three large registries of congenital malformations. Pediatr Cardiol 2003 May;24(3):222-35.

123   Hemels MEH, Einarson A, Koren G, Lanctot KL, Einarson TR. Antidepressant Use During Pregnancy and the Rates of Spontaneous Abortions: A Meta-Analysis. The Annals of Pharmacotherapy 2005 May;39:803-9.

124   Hendrick V, Stowe ZN, Altshuler LL, Hwang S, Lee E, Haynes D. Placental passage of antidepressant medications. Am J Psychiatry 2003 May;160(5):993-6.

125   Hiemke C, Hartter S. Pharmacokinetics of selective serotonin reuptake inhibitors. Pharmacol Ther 2000 Jan;85(1):11-28.

126   Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med 1965 May;58:295-300.

127   Hill AB. Principles of Medical Statistics. London: The Lancet Limited; 1971.

128   Hoffman JI, Kaplan S. The incidence of congenital heart disease. J Am Coll Cardiol 2002 Jun 19;39(12):1890-900.

129   Hofler M. The Bradford Hill considerations on causality: a counterfactual perspective. Emerg Themes Epidemiol 2005 Nov 3;2:11.

130   Ioannidis JP. Effect of the statistical significance of results on the time to completion and publication of randomized efficacy trials. JAMA 1998 Jan 28;279(4):281-6.

131   Jenkins KJ, Correa A, Feinstein JA, Botto L, Britt AE, Daniels SR, et al. Noninherited risk factors and congenital cardiovascular defects: current knowledge: a scientific statement from the American Heart Association Council on Cardiovascular Disease in the Young: endorsed by the American Academy of Pediatrics. Circulation 2007 Jun 12;115(23):2995-3014.

132   Julien RM. Pharmacokinetics: How Drugs Are Handled by the Body. A Primer of Drug Action: a concise, nontechnical guide to the actions, uses, and side effects of psychoactive drugs. Ninth Edition ed. New York, NY: Worth Publishers; 2001. p. 2-36.

133   Kallen B, Olausson PO. Maternal use of selective serotonin re-uptake inhibitors and persistent pulmonary hypertension of the newborn. Pharmacoepidemiol Drug Saf 2008 Aug;17(8):801-6.

134   Kallen B, Otterblad OP. Antidepressant drugs during pregnancy and infant congenital heart defect. Reprod Toxicol 2006 Apr;21(3):221-2.

135   Kallen BA, Otterblad OP. Maternal use of selective serotonin re-uptake inhibitors in early pregnancy and infant congenital malformations. Birth Defects Res A Clin Mol Teratol 2007 Apr;79(4):301-8.

136  Kallen B. Neonate Characteristics After Maternal Use of Antidepressants in Late Pregnancy. Arch Pediatr Adolesc Med 2004 Apr 1;158(4):312-6.

137  Kassirer JP, Cecil JS. Inconsistency in Evidentiary Standards for Medical Testimony: Disorder in the Courts. JAMA 2002;288(11):1382-7.

138  Kaye DH, Freedman DM. Reference Guide on Statistics.  Federal Judicial Center; 2000.

139  Kelsey J, Whittemore A, Evans A, Thompson WD. Methods in Observational Epidemiology. 2nd ed. New York: Oxford University Press; 1996.

140  Klemetti A, Saxen L. Prospective versus retrospective approach in the search for environmental causes of malformations. Am J Public Health Nations Health 1967 Dec 1;57(12):2071-5.

141  Kloos AL, Dubin-Rhodin A, Sackett JC, Dixon TA, Weller RA, Weller EB. The impact of mood disorders and their treatment on the pregnant woman, the fetus, and the infant. Curr Psychiatry Rep 2010 Apr;12(2):96-103.

142  Kornum JB, Nielsen RB, Pedersen L, Mortensen PB, Norgaard M. Use of selective serotonin-reuptake inhibitors during early pregnancy and risk of congenital malformations: updated analysis. Clinical Epidemiology 2010;2:29-36.

143  Krimsky S. The weight of scientific evidence in policy and law. Am J Public Health 2005;95 Suppl 1:S129-S136.

144  Krimsky S. The weight of scientific evidence in policy and law. Am J Public Health 2005;95 Suppl 1:S129-S136.

145  Kulin NA, Pastuszak A, Sage SR, Schick-Boschetto B, Spivey G, Feldkamp M, et al. Pregnancy outcome following maternal use of the new selective serotonin reuptake inhibitors: a prospective controlled multicenter study. JAMA 1998 Feb 25;279(8):609-10.

146  Laine K, Heikkinen T, Ekblad U, Kero P. Effects of exposure to selective serotonin reuptake inhibitors during pregnancy on serotonergic symptoms in newborns and cord blood monoamine and prolactin concentrations. Arch Gen Psychiatry 2003 Jul;60(7):720-6.

147  Landrigan PJ, Carlson JE, Bearer CF, Cranmer JS, Bullard RD, Etzel RA, et al. Children's health and the environment: a new agenda for prevention research. Environ Health Perspect 1998 Jun;106 Suppl 3:787-94.

148  Lanes SF, Poole C. 'Truth in packaging?' The unwrapping of epidemiologic research. J Occup Med 1984 Aug;26(8):571-4.

149  Lanes SF, Poole C. 'Truth in packaging?' The unwrapping of epidemiologic research. J Occup Med 1984 Aug;26(8):571-4.

150   Lattimore KA, Donn SM, Kaciroti N, Kemper AR, Neal CR, Jr., Vazquez DM. Selective serotonin reuptake inhibitor (SSRI) use during pregnancy and effects on the fetus and newborn: a meta-analysis. J Perinatol 2005 Sep;25(9):595-604.

151   Levin M, Buznikov GA, Lauder JM. Of minds and embryos: left-right asymmetry and the serotonergic controls of pre-neural morphogenesis. Dev Neurosci 2006;28(3):171-85.

152   Lexchin J, Bero LA, Djulbegovic B, Clark O. Pharmaceutical industry sponsorship and research outcome and quality: systematic review. BMJ 2003 May 29;326(7400):1167-70.

153   Lin TY, Chiu KM, Chien CY, Wang MJ, Chu SH. Unusual Sites of Metastatic Involvement: CASE 1. Right Ventricular Outflow Obstruction Caused by Metastatic Hepatocellular Carcinoma. J Clin Oncol 2004 Mar 15;22(6):1152-3.

154   Linet MS, Wacholder S, Zahm SH. Interpreting epidemiologic research: lessons from studies of childhood cancer. Pediatrics 2003 Jul;112(1 Pt 2):218-32.

155   Livio F, Buclin T, Biollaz J. [Pharmacovigilance and teratovigilance]. Rev Med Suisse 2007 Jan 24;3(95):238-42.

156   Loughhead AM, Fisher AD, Newport DJ, Ritchie JC, Owens MJ, DeVane CL, et al. Antidepressants in amniotic fluid: another route of fetal exposure. Am J Psychiatry 2006 Jan;163(1):145-7.

157   Louik C, Lin AE, Werler MM, Hernandez-Diaz S, Mitchell AA. First-trimester use of selective serotonin-reuptake inhibitors and the risk of birth defects. N Engl J Med 2007 Jun 28;356(26):2675-83.

158   Lund N, Pedersen L, Henriksen TB. Selective Serotonin Reuptake Inhibitor Exposure In Utero and Pregnancy Outcomes. Arch Pediatr Adolesc Med 2009 Oct;163(10):949-54.

159   Lynberg MC, Khoury MJ, Lammer EJ, Waller KO, Cordero JF, Erickson JD. Sensitivity, specificity, and positive predictive value of multiple malformations in isotretinoin embryopathy surveillance. Teratology 1990 Nov;42(5):513-9.

160   MacMahon B, Pugh TF. Epidemiology: Principles and Methods. Boston: Little, Brown, and Company; 1970.

161   Malm H, Artama M, Gissler M, Ritvanen A. Selective serotonin reuptake inhibitors and risk for major congenital anomalies. Obstet Gynecol 2011 Jul;118(1):111-20.

162   Malm H, Klaukka T, Neuvonen PJ. Risks associated with selective serotonin reuptake inhibitors in pregnancy. Obstet Gynecol 2005 Dec;106(6):1289-96.

163   Manner J. The anatomy of cardiac looping: a step towards the understanding of the morphogenesis of several forms of congenital cardiac malformations. Clin Anat 2009 Jan;22(1):21-35.

164   Marcus SM, Flynn HA, Blow FC, Barry KL. Depressive symptoms among pregnant women screened in obstetrics settings. J Womens Health (Larchmt ) 2003 May;12(4):373-80.

165   Marks DM, Park MH, Ham BJ, Han C, Patkar AA, Masand PS, et al. Paroxetine: safety and tolerability issues. Expert Opin Drug Saf 2008 Nov;7(6):783-94.

166   McClanahan KK. Depression in pregnant adolescents: considerations for treatment. J Pediatr Adolesc Gynecol 2009 Feb;22(1):59-64.

167   McElhinney DB, Goldmuntz E. Abnormalities of the Aortic Arch. Orphanet 2004 June

168   Meador K, Reynolds MW, Crean S, Farbach K, Probst C. Pregnancy outcomes in women with epilepsy: A systematic review and meta-analysis of published pregnancy registries and cohorts. Epilepsy Res 2008;81(1):1-13.

169   Meadows M. Pregnancy and the Drug Dilemma. FDA Consum 200135(3)Available from: URL: http://www.fda.gov/fdac/features/2001/301_preg.html#categories

170   Melander H, hlqvist-Rastad J, Meijer G, Beermann B. Evidence b(i)ased medicine--selective reporting from studies sponsored by pharmaceutical industry: review of studies in new drug applications. BMJ 2003 May 31;326(7400):1171-3.

171   Merkatz RB, Temple R, Sobel S, Feiden K, Kessler DA, The Working Group on Women in Clinical Trials. Women in Clinical Trials of New Drugs -- A Change in Food and Drug Administration Policy. N Engl J Med 1993 Jul 22;329(4):292-6.

172   Merlob P, Birk E, Sirota L, Linder N, Berant M, Stahl B, et al. Are selective serotonin reuptake inhibitors cardiac teratogens? Echocardiographic screening of newborns with persistent heart murmur. Birth Defects Res A Clin Mol Teratol 2009 Aug 18.

173   Milea D, Verpillat P, Guelfucci F, Toumi M, Lamure M. Prescription patterns of antidepressants: findings from a US claims database. Curr Med Res Opin 2010 Apr 7.

174   Mintzes B, Jureidini J. Should paroxetine be used to treat depression during pregnancy? Am J Psychiatry 2008 Nov;165(11):1487-8.

175   Moiseiwitsch JRD, Lauder JM. Serotonin regulates mouse cranial neural crest migration. Proc Natl Acad Sci U S A 1995 Aug 1;92(16):7182-6.

176   Moller JH, Allen HD, Clark EB, Dajani AS, Golden A, Hayman LL, et al. Report of the task force on children and youth. American Heart Association. Circulation 1993 Nov;88(5 Pt 1):2479-86.

177   Morrison D, Henkel R. The Significance Test Controversy: A Reader. Aldine Transaction; 2006.

178  Moses-Kolko EL, Bogen D, Perel J, Bregar A, Uhl K, Levin B, et al. Neonatal signs after late in utero exposure to serotonin reuptake inhibitors: literature review and implications for clinical applications. JAMA 2005 May 18;293(19):2372-83.

179  Myllynen P, Pasanen M, Vahakangas K. The fate and effects of xenobiotics in human placenta. Expert Opin Drug Metab Toxicol 2007 Jun;3(3):331-46.

180  Nakamura T, Colbert MC, Robbins J. Neural crest cells retain multipotential characteristics in the developing valves and label the cardiac conduction system. Circ Res 2006 Jun 23;98(12):1547-54.

181  Nakhai-Pour HR, Broy P, Berard A. Antidepressant medication use during pregnancy and the risk of miscarriage. Canadian Journal of Clinical Pharmacology 16, e202-e233. 2009.

182  Nakhai-Pour HR, Broy P, Berard A. Use of antidepressants during pregnancy and the risk of spontaneous abortion. CMAJ 2010 May 31.

183  Nash CM, O'Connell CM, Howlett AA. Neonatal outcomes associated with maternal antidepressant use in a population cohort of Nova Scotian pregnancies between 1993 and 2004. Paediatrics and Child Health 2007;12(SA):42.

184  National Birth Defects Prevention Network (NBDPN). Guidelines for Conducting Birth Defects Surveillance. Atlanta,GA: National Birth Defects Prevention Network, Inc.; 2004 Jun.

185  National Collaborating Centre for Mental Health. Antenatal and Postnatal Mental Health - The NICE Guideline on Clinical Management and Service Guidance. 2007.

186  Nebigil CG, Choi DS, Dierich A, Hickel P, Le MM, Messaddeq N, et al. Serotonin 2B receptor is required for heart development. Proc Natl Acad Sci U S A 2000 Aug 15;97(17):9508-13.

187  Nebigil CG, Hickel P, Messaddeq N, Vonesch JL, Douchet MP, Monassier L, et al. Ablation of serotonin 5-HT(2B) receptors in mice leads to abnormal cardiac structure and function. Circulation 2001 Jun 19;103(24):2973-9.

188  Nebigil CG, Maroteaux L. A novel role for serotonin in heart. Trends Cardiovasc Med 2001 Nov;11(8):329-35.

189  Nelson LS, Erdman AR, Booze LL, Cobaugh DJ, Chyka PA, Woolf AD, et al. Selective serotonin reuptake inhibitor poisoning: An evidence-based consensus guideline for out-of-hospital management*. Clinical Toxicology 2007 Jan 1;45(4):315-32.

190  Nomura-Kitabayashi A, Phoon CK, Kishigami S, Rosenthal J, Yamauchi Y, Abe K, et al. Outflow tract cushions perform a critical valve-like function in the early embryonic heart requiring BMPRIA-mediated signaling in cardiac neural crest. Am J Physiol Heart Circ Physiol 2009 Nov;297(5):H1617-H1628.

191   Noorlander CW, Ververs FF, Nikkels PG, van Echteld CJ, Visser GH, Smidt MP. Modulation of serotonin transporter function during fetal development causes dilated heart cardiomyopathy and lifelong behavioral abnormalities. PLoS ONE 2008;3(7):e2782.

192   O'Brien L, Einarson TR, Sarkar M, Einarson A, Koren G. Does paroxetine cause cardiac malformations? J Obstet Gynaecol Can 2008 Aug;30(8):696-701.

193   Oberlander TF, Warburton W, Misri S, Aghajanian J, Hertzman C. Neonatal Outcomes After Prenatal Exposure to Selective Serotonin Reuptake Inhibitor Antidepressants and Maternal Depression Using Population-Based Linked Health Data. Arch Gen Psychiatry 2006;63:898-906.

194   Oberlander TF, Warburton W, Misri S, Riggs W, Aghajanian J, Hertzman C. Major congenital malformations following prenatal exposure to serotonin reuptake inhibitors and benzodiazepines using population-based health data. Birth Defects Res B Dev Reprod Toxicol 2008 Feb;83(1):68-76.

195   Ornoy A. Valproic acid in pregnancy: How much are we endangering the embryo and fetus? Reprod Toxicol 2009;28:1-10.

196   Orr ST, James SA, Blackmore Prince C. Maternal Prenatal Depressive Symptoms and Spontaneous Preterm Births among African-American Women in Baltimore, Maryland. Am J Epidemiol 2002 Nov 1;156(9):797-802.

197   Parascandola M. Cigarettes and the US Public Health Service in the 1950s. Am J Public Health 2001 Feb;91(2):196-205.

198   Parker SE, Mai CT, Canfield MA, Rickard R, Wang Y, Meyer RE, et al. Updated National Birth Prevalence estimates for selected birth defects in the United States, 2004-2006. Birth Defects Res A Clin Mol Teratol 2010 Dec;88(12):1008-16.

199   Parkin RT, Balbus JM. Variations in concepts of "susceptibility" in risk assessment. Risk Anal 2000 Oct;20(5):603-11.

200   Pastuszak A, Schick-Boschetto B, Zuber C, Feldkamp M, Pinelli M, Sihn S, et al. Pregnancy outcome following first-trimester exposure to fluoxetine (Prozac). JAMA 1993 May 5;269(17):2246-8.

201   Pavone LM, Mithbaokar P, Mastellone V, Avallone L, Gaspar P, Maharajan V, et al. Fate map of serotonin transporter-expressing cells in developing mouse heart. Genesis 2007 Nov;45(11):689-95.

202   Pavone LM, Spina A, Rea S, Santoro D, Mastellone V, Lombardi P, et al. Serotonin transporter gene deficiency is associated with sudden death of newborn mice through activation of TGF-beta1 signalling. J Mol Cell Cardiol 2009 Nov;47(5):691-7.

203  Pedersen LH, Henriksen TB, Vestergaard M, Olsen J, Bech BH. Selective serotonin reuptake inhibitors in pregnancy and congenital malformations: population based cohort study. BMJ 2009 Sep 23;339(sep23_1):b3569.

204  Pedersen LH, Henriksen TB, Vestergaard M, Olsen J, Bech BH. Selective serotonin reuptake inhibitors in pregnancy and congenital malformations: population based cohort study. BMJ 2009 Sep 23;339(sep23_1):b3569.

205  Perera FP. Environment and cancer: who are susceptible? Science 1997 Nov 7;278(5340):1068-73.

206  Phillips CV, Goodman KJ. The missed lessons of Sir Austin Bradford Hill. Epidemiol Perspect Innov 2004 Oct 4;1(1):3.

207  Pierpont ME, Basson CT, Benson DW, Jr., Gelb BD, Giglia TM, Goldmuntz E, et al. Genetic basis for congenital heart defects: current knowledge: a scientific statement from the American Heart Association Congenital Cardiac Defects Committee, Council on Cardiovascular Disease in the Young: endorsed by the American Academy of Pediatrics. Circulation 2007 Jun 12;115(23):3015-38.

208  Pino G, Moessner R, Lesch K, Lauder J, Persico A. Roles for Serotonin in Neurodevelopment: More than Just Neural Transmission. Current Neuropharmacology 2004;2:403-17.

209  Poole C. Multiple comparisons? No problem! Epidemiology 1991 Jul;2(4):241-3.

210  Pradat P, Francannet C, Harris JA, Robert E. The epidemiology of cardiovascular defects, part I: a study based on data from three large registries of congenital malformations. Pediatr Cardiol 2003 May;24(3):195-221.

211  PubChem. Paroxetine - Compound Summary.  2010.

212  Public Affairs Committee of the Teratology Society. Teratology Public Affairs Committee Position Paper: Pregnancy Labeling for Prescription Drugs: Ten Years Later. Birth Defects Res A Clin Mol Teratol 2007;79:627-30.

213  Rahimi R, Nikfar S, Abdollahi M. Pregnancy outcomes following exposure to serotonin reuptake inhibitors: a meta-analysis of clinical trials. Reprod Toxicol 2006 Nov;22(4):571-5.

214  Rampono J, Proud S, Hackett LP, Kristensen JH, Ilett KF. A pilot study of newer antidepressant concentrations in cord and maternal serum and possible effects in the neonate. Int J Neuropsychopharmacol 2004 Sep;7(3):329-34.

215  Rasmussen SA, Olney RS, Holmes LB, Lin AE, Keppler-Noreuil KM, Moore CA. Guidelines for case classification for the National Birth Defects Prevention Study. Birth Defects Res A Clin Mol Teratol 2003 Mar;67(3):193-201.

216  Rayburn WF, Gonzalez CL, Christensen HD, Kupiec TC, Jacobsen JA, Stewart JD. Effect of antenatal exposure to paroxetine (paxil) on growth and physical maturation of mice offspring. J Matern Fetal Med 2000 Mar;9(2):136-41.

217  REDDY DV, ADAMS FH, BAIRD C. TERATOGENIC EFFECTS OF SEROTONIN. J Pediatr 1963 Sep;63:394-7.

218  Reis M. Delivery outcome after maternal use of antidepressant drugs in pregnancy: an update using Swedish data.  1-19-2010.

219  Reis M, Kallen B. Delivery outcome after maternal use of antidepressant drugs in pregnancy: an update using Swedish data. Psychol Med 2010 Jan 5;1-11.

220  Rentschler S, Jain R, Epstein JA. Tissue-tissue interactions during morphogenesis of the outflow tract. Pediatr Cardiol 2010 Apr;31(3):408-13.

221  Rice D, Barone Jr. S. Critical periods of vulnerability for the developing nervous system: Evidence from humans and animal models. Environ Health Perspect 2000;108(S3):511-33.

222  Riehle-Colarusso T, Strickland MJ, Reller MD, Mahle WT, Botto LD, Siffel C, et al. Improving the quality of surveillance data on congenital heart defects in the metropolitan Atlanta congenital defects program. Birth Defects Res A Clin Mol Teratol 2007 Nov;79(11):743-53.

223  Rosamond W, Flegal K, Friday G, Furie K, Go A, Greenlund K, et al. Heart disease and stroke statistics--2007 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2007 Feb 6;115(5):e69-171.

224  Rothman KJ. Modern Epidemiology. Boston: Little, Brown and Company; 1986.

225  Rothman KJ. Significance questing. Ann Intern Med 1986 Sep;105(3):445-7.

226  Rothman KJ. No adjustments are needed for multiple comparisons. Epidemiology 1990 Jan;1(1):43-6.

227  Rothman KJ, Greenland S, Lash TL. Modern Epidemiology: 3rd edition. Philadelphia, PA: Lippincott Williams & Wilkins; 2008.

228  Rothman KJ, Greenland S. Modern Epidemiology: 2nd Edition. 2nd ed. Philadelphia: Lippincott Williams & Wilkins Publishers; 1998.

229  Sadler TW. Selective serotonin reuptake inhibitors (SSRIs) and heart defects: potential mechanisms for the observed associations. Reprod Toxicol 2011 Dec;32(4):484-9.

230  Salas M, Hotman A, Stricker BH. Confounding by Indication: An Example of Variation in the Use of Epidemiologic Terminology. Am J Epidemiol 1999 Jun 1;149(11):981-3.

231  Sanz EJ, De-las-Cuevas C, Kiuru A, Bate A, Edwards R. Selective serotonin reuptake inhibitors in pregnant women and neonatal withdrawal syndrome: a database analysis. Lancet 2005 Feb 5;365(9458):482-7.

232  Sari Y, Zhou FC. Serotonin and its transporter on proliferation of fetal heart cells. Int J Dev Neurosci 2003 Dec;21(8):417-24.

233  Savitz DA, Olshan AF. Multiple comparisons and related issues in the interpretation of epidemiologic data. Am J Epidemiol 1995 Nov 1;142(9):904-8.

234  Scheuerle A, Tilson H. Birth defect classification by organ system: a novel approach to heighten teratogenic signalling in a pregnancy registry. Pharmacoepidemiol Drug Saf 2002 Sep;11(6):465-75.

235  Schloemp S, Paulus WE, Sterzik K, Stoz F. Congenital malformations after antidepressant medication with paroxetine in early pregnancy? Hum Reprod 2006 Jun 1;21(suppl_1):i11-i13.

236  Shepard TH. Agents that cause birth defects. Yonsei Med J 1995 Nov;36(5):393-6.

237  Shi L, Chia SE. A review of studies on maternal occupational exposures and birth defects, and the limitations associated with these studies. Occup Med (Lond) 2001 Jun;51(4):230-44.

238  Shuey DL, Sadler TW, Lauder JM. Serotonin as a regulator of craniofacial morphogenesis: site specific malformations following exposure to serotonin uptake inhibitors. Teratology 1992 Oct;46(4):367-78.

239  Shuey DL, Sadler TW, Tamir H, Lauder JM. Serotonin and morphogenesis. Transient expression of serotonin uptake and binding protein during craniofacial morphogenesis in the mouse. Anat Embryol (Berl) 1993 Jan;187(1):75-85.

240  Shuey DL, Yavarone M, Sadler TW, Lauder JM. Serotonin and morphogenesis in the cultured mouse embryo. Adv Exp Med Biol 1990;265:205-15.

241  Simon GE, Cunningham ML, Davis RL. Outcomes of prenatal antidepressant exposure. Am J Psychiatry 2002 Dec;159(12):2055-61.

242  Simoncelli M, Martin BZ, Berard A. Antidepressant use during pregnancy: a critical systematic review of the literature. Curr Drug Saf 2010 Apr;5(2):153-70.

243  Sloot WN, Bowden HC, Yih TD. In vitro and in vivo reproduction toxicology of 12 monoaminergic re-uptake inhibitors: Possible mechanisms of infrequent cardiovascular anomalies. Reprod Toxicol 2009 Apr 18.

244  Smithells RW, Newman CG. Recognition of thalidomide defects. J Med Genet 1992 Oct;29(10):716-23.

245  Srivastava D, Olson EN. A genetic blueprint for cardiac development. Nature 2000;407:221-6.

246  Stahl SM. Not so selective serotonin reuptake inhibitors. J Clin Psychiatry 1998 Jul;59(7):343-4.

247   Stayner LT, Smith RJ. Methodologic issues in using epidemiologic studies of occupational cohorts for cancer risk assessment. Epidemiol Prev 1992 Dec;14(53):32-9.

248   Stern JM, Simes RJ. Publication bias: evidence of delayed publication in a cohort study of clinical research projects. BMJ 1997 Sep 13;315(7109):640-5.

249   Stewart JD, Rayburn WF, Gonzalez CL, Christensen HD. Impact of Antenatal Paroxetine (Paxil) Exposure on Perinatal and Neonatal Outcomes of Mice. Neurotoxicology and Teratology 1998;20(3):365-6.

250   Tang SW, Helmeste D. Paroxetine. Expert Opin Pharmacother 2008 Apr;9(5):787-94.

251   Tango R, Berney P, Schulz P. [Selective serotonin reuptake inhibitors (SSRIs) in pregnancy]. Rev Med Suisse 2006 Apr 12;2(61):981-5.

252   Thormahlen GM. Paroxetine use during pregnancy: is it safe? Ann Pharmacother 2006 Oct;40(10):1834-7.

253   Toh S, Mitchell AA, Louik C, Werler MM, Chambers CD, Hernandez-Diaz S. Antidepressant use during pregnancy and the risk of preterm delivery and fetal growth restriction. J Clin Psychopharmacol 2009 Dec;29(6):555-60.

254   Tramer MR, Reynolds DJ, Moore RA, McQuay HJ. Impact of covert duplicate publication on meta-analysis: a case study. BMJ 1997 Sep 13;315(7109):635-40.

255   Tuccori M, Montagnani S, Testi A, Ruggiero E, Mantarro S, Scollo C, et al. Use of selective serotonin reuptake inhibitors during pregnancy and risk of major and cardiovascular malformations: an update. Postgrad Med 2010 Jul;122(4):49-65.

256   Tuccori M, Testi A, Antonioli L, Fornai M, Montagnani S, Ghisu N, et al. Safety concerns associated with the use of serotonin reuptake inhibitors and other serotonergic/noradrenergic antidepressants during pregnancy: a review. Clin Ther 2009 Jun;31(Pt 1):1426-53.

257   Turner EH, Matthews AM, Linardatos E, Tell RA, Rosenthal R. Selective publication of antidepressant trials and its influence on apparent efficacy. N Engl J Med 2008 Jan 17;358(3):252-60.

258   U.S. Food and Drug Administration. FDA News: FDA Advising of Risks of Birth Defects with Paxil - Agency Requiring Updated Product Labeling. FDA News 2005 December 8Available from: URL: http://www.fda.gov/bbs/topics/NEWS/2005/NEW01270.html

259   U.S. Food and Drug Administration. FDA Public Health Advisory: Paroxetine. Center for Drug Evaluation and Research 2005 December 8Available from: URL: http://www.fda.gov/cder/drug/advisory/paroxetine200512.htm

260   U.S. Food and Drug Administration. Historical Information on Paroxetine hydrochloride (marketed as Paxil). Center for Drug Evaluation and Research

2005 DecemberAvailable from: URL:
http://www.fda.gov/cder/drug/infopage/paroxetine/historical.htm

261  U.S. Food and Drug Administration. Paxil and the risk of birth defects. FDA
     Consum 2006 Mar;40(2):4.

262  Uhl K, Parekh A, Kweder S. Females in clinical studies: where are we going?
     Clin Pharmacol Ther 2007 Apr;81(4):600-2.

263  Upshur RE. The ethics of alpha: reflections on statistics, evidence and values in
     medicine. Theor Med Bioeth 2001;22(6):565-76.

264  Van den Hove DL, Blanco CE, Scheepens A, Desbonnet L, Myint AM, Leonard
     BE, et al. Prenatal maternal paroxetine treatment and neonatal mortality in the
     rat: a preliminary study. Neonatology 2008;93(1):52-5.

265  van Gelder MM, van Rooij IA, Miller RK, Zielhuis GA, de Jong-van den Berg LT,
     Roeleveld N. Teratogenic mechanisms of medical drugs. Hum Reprod Update
     2010 Jan 7.

266  Ververs T, Kaasenbrood H, Visser G, Schobben F, de Jong-van den Berg,
     Egberts T. Prevalence and patterns of antidepressant drug use during
     pregnancy. Eur J Clin Pharmacol 2006 Oct;62(10):863-70.

267  Vial T, Cournot MP, Bernard N, Carlier P, Jonville-Bera AP, Jean-Pastor MJ, et
     al. Paroxetine and Congenital Malformations: a Prospective Comparative Study.
     Drug Saf 2006;29(10):911-1010.

268  Vythilingum B. Anxiety disorders in pregnancy and the postnatal period.
     Continuing Medical Education 2009;27(10):450-2.

269  Ward A. Causal criteria and the problem of complex causation. Med Health Care
     Philos 2009 Aug;12(3):333-43.

270  Warnes CA, Liberthson R, Danielson GK, Dore A, Harris L, Hoffman JIE, et al.
     Task Force 1: The Changing Profile of Congenital Heart Disease in Adult Life.
     Journal of the American College of Cardiology 2001;37(5):1170-5.

271  Way CM. Safety of newer antidepressants in pregnancy. Pharmacotherapy 2007
     Apr;27(4):546-52.

272  Weier N, He SM, Li XT, Wang LL, Zhou SF. Placental drug disposition and its
     clinical implications. Curr Drug Metab 2008 Feb;9(2):106-21.

273  Wen SW, Yang Q, Garner P, Fraser W, Olatunbosun O, Nimrod C, et al.
     Selective serotonin reuptake inhibitors and adverse pregnancy outcomes. Am J
     Obstet Gynecol 2006 Feb 12;194:961-6.

274  White C. Research on smoking and lung cancer: a landmark in the history of
     chronic disease epidemiology. Yale J Biol Med 1990 Jan;63(1):29-46.

275   WHO. WHO Drug Information.  2006. Report No.: Vol 20, No. 1.

276   Wichman CL, Moore KM, Lang TR, St Sauver JL, Heise RH, Jr., Watson WJ. Congenital heart disease associated with selective serotonin reuptake inhibitor use during pregnancy. Mayo Clin Proc 2009;84(1):23-7.

277   Wier PJ. BRL 29060A: Oral Study for Effects on Pre- and Postnatal Development in Rats.  1997.

278   Williams M, Wooltorton E. Paroxetine (Paxil) and congenital malformations. CMAJ 2005 Nov 22;173(11):1320-1.

279   Wilson RD, Johnson JA, Summers A, Wyatt P, Allen V, Gagnon A, et al. Principles of human teratology: drug, chemical, and infectious exposure. J Obstet Gynaecol Can 2007 Nov;29(11):911-26.

280   Wisner KL, Sit DKY, Hanusa BH, Moses-Kolko EL, Bogen DL, Hunker DF, et al. Major Depression and Antidepressant Treatment: Impact on Pregnancy and Neonatal Outcomes. Am J Psychiatry 2009 May 1;166(5):557-66.

281   Wloch S, Palasz A, Kaminski M. Active and passive transport of drugs in the human placenta. Ginekol Pol 2009 Oct;80(10):772-7.

282   Wogelius P, Norgaard M, Gislum M, Pedersen L, Munk E, Mortensen PB, et al. Maternal use of selective serotonin reuptake inhibitors and risk of congenital malformations. Epidemiology 2006 Nov;17(6):701-4.

283   Worth T. Study Links SSRI Use and Neonatal Heart Defects. AJN The American Journal of Nursing 2010;110(1).

284   Wu A. Conotruncal Heart Defects. In: Praveen K, Burton BK, editors. Congenital Malformations: Evidence-Based Evaluation and Management. 01 ed.  McGraw-Hill Professional Publishing; 2007. p. 183-92.

285   Wurst KE, Poole C, Ephross SA, Olshan AF. First trimester paroxetine use and the prevalence of congenital, specifically cardiac, defects: A meta-analysis of epidemiological studies. Birth Defects Res A Clin Mol Teratol 2009 Sep 8.

286   Yager JW. Congenital malformations and environmental influence: the occupational environment of laboratory workers. J Occup Med 1973 Sep;15(9):724-8.

287   Yavarone MS, Shuey DL, Tamir H, Sadler TW, Lauder JM. Serotonin and cardiac morphogenesis in the mouse embryo. Teratology 1993 Jun;47(6):573-84.

288   Ye M, Coldren C, Liang X, Mattina T, Goldmuntz E, Benson DW, et al. Deletion of ETS-1, a gene in the Jacobsen syndrome critical region, causes ventricular septal defects and abnormal ventricular morphology in mice. Hum Mol Genet 2010 Feb 15;19(4):648-56.

289   Yonkers KA, Wisner KL, Stewart DE, Oberlander TF, Dell DL, Stotland N, et al. The management of depression during pregnancy: a report from the American Psychiatric Association and the American College of Obstetricians and Gynecologists. Gen Hosp Psychiatry 2009 Sep;31(5):403-13.

290   Yoon P, Rasmussen SA, Lynberg MC, Romitti PA, Langlois PH, Edmonds LD, et al. The National Birth Defects Prevention Study. Public Health Reports 2001;116(Supplement 1):32-40.

291   Zaffran S, Frasch M. Early signals in cardiac development. Circ Res 2002 Sep 20;91(6):457-69.

292   Zuhlke U. Paroxetine: Teratology Study in the New Zealand White Rabbit.  1981.

293   Zuhlke U. Paroxetine: Teratology Study in the Rat.  1981.