

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30140

CV 10-2125-C

ANDREA FRISCHHERTZ, wife of Brad Frischhertz, individually and on behalf of the minor child, Evan Frischhertz; BRAD FRISCHHERTZ, individually and on behalf of the minor child, Evan Frischhertz,

    Plaintiffs - Appellants

v.

GLAXOSMITHKLINE, L.L.C., formerly known as Smithkline Beecham Corporation,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of June 03, 2013, pursuant to appellants' motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
    Deputy  JUN 0 3 2013
New Orleans, Louisiana